# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FLOYD S. BLEDSOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:16-CV-02296 |
| | ) |
| v. | ) |
| | ) |
| JEFFERSON COUNTY, KANSAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### Plaintiff's Reply in Support of Motion for a Scheduling Conference

The sole basis upon which the Jefferson County Defendants, Defendant Hayes, and Defendant Vanderbilt opposed Plaintiff's motion for a scheduling conference was that the Jefferson County Defendants had an outstanding motion to dismiss in which they had invoked qualified immunity defenses. *See* Dkt. 155, 156, & 157. That argument no longer provides any barrier to commencing discovery, as yesterday, this Court resolved the Jefferson County Defendants' motion to dismiss, allowing nearly all of Plaintiff's claims to proceed against them and denying their request for dismissal on the basis of qualified immunity. *See, e.g.*, Dkt. 158 at 117-24, 160-62. Without conceding the merit of Defendants' concerns about commencing discovery while the Jefferson County Defendants' motion to dismiss was pending, those concerns are now moot given this Court's November 18th order. Thus, Plaintiff respectfully reiterates his request for a scheduling conference so that the parties can commence discovery. Dkt. 153.

WHEREFORE, Plaintiff respectfully requests that the Court set a scheduling conference pursuant to Federal Rule of Civil Procedure 16(b).

Respectfully submitted,

/s/ Joshua Loevy
Attorney for Plaintiff

Jon Loevy
Russell Ainsworth
Ruth Z. Brown
Theresa Kleinhaus
Joshua Loevy
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Phone: 312-243-5900
Fax: 312-243-5902

Dionne Scherff
ERICKSON SCHERFF (No. 150 66)
10990 Quivira, Suite 200
Overland Park, KS 66210
Phone: (913) 948-9490
Fax: (913) 491-6398

## CERTIFICATE OF SERVICE

I, Joshua Loevy, an attorney, certify that on November 19, 2020, the foregoing was served via the Court's electronic filing system upon all counsel of record.

/s/ Joshua Loevy