IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FLOYD S. BLEDSOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-2296-DDC-JPO |
| | ) |
| JEFFERSON COUNTY, KANSAS, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## SUGGESTION OF DEATH

The Kansas Bureau of Investigation Defendants Terry Morgan and Jim Woods notify the Court and all parties that defendant George Johnson died on December 11, 2020.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/Shon D. Qualseth
Shon D. Qualseth, KS Sup. Ct. No. 18369
Assistant Attorney General/Senior Trial Counsel
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 368-8424
Fax: (785) 291-3767
Email: shon.qualseth@ag.ks.gov
*Attorney for Defendants Terry Morgan and Jim Woods*

## **CERTIFICATE OF SERVICE**

      I certify that on this 26th day of February, 2021, I electronically filed this Suggestion of Death using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                      s/Shon D. Qualseth
                                                     Shon D. Qualseth