**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| FLOYD S. BLEDSOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 16-2296-DDC-JPO |
| | ) |
| v. | ) |
| | ) |
| BOARD OF COUNTY | ) |
| COMMISSIONERS OF THE COUNTY | ) |
| OF JEFFERSON COUNTY, KANSAS, | ) |
| RANDY CARRENO, | ) |
| TROY FROST, | ) |
| ROBERT POPPA, | ) |
| JIM VANDERBILT, | ) |
| GEORGE JOHNSON, | ) |
| JIM WOODS, | ) |
| TERRY MORGAN, | ) |
| MICHAEL HAYES, | ) |
| JEFFREY HERRIG in his individual | ) |
| and official capacity, and | ) |
| UNKNOWN OFFICERS OF THE | ) |
| JEFFERSON COUNTY SHERIFF'S | ) |
| DEPARTMENT, and KANSAS | ) |
| BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DEFENDANT JEFFERSON COUNTY'S RULE 26(a) INITIAL DISCLOSURES

Defendant Jefferson County Board of County Commissioners gives notice to the Court that

Defendant Jefferson County's Rule 26(a) Initial Disclosures were served by electronic mail on

June 11, 2021 to all counsel of record.

Respectfully submitted by:


FOULSTON SIEFKIN LLP

By: */s/ Eric Turner*
Eric Turner, #25065

9225 Indian Creek Parkway, Suite 600
Overland Park, Kansas 66210
Telephone: 913.498.2100
Facsimile: 913.498.2101
Email: eturner@foulston.com

Michael J. Norton, #18732
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone: 316.267.6371
Facsimile: 316.771.6036
Email:  mnorton@foulston.com

ATTORNEYS FOR JEFFERSON
COUNTY BOARD OF COUNTY
COMMISSIONER

## CERTIFICATE OF SERVICE

I certify that on June 11, 2021, I electronically filed the foregoing with the Clerk of the

Court using the Court's ECF system, which will send a notice of electronic filing to all counsel of

record.

*/s/ Eric Turner*
Eric Turner