# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

FLOYD S. BLEDSOE,⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No. 16-2296-DDC-JPO
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
JEFFERSON COUNTY, KANSAS, et al.⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Defendants.⠀⠀⠀)
_____)

## NOTICE OF WITHDRAWAL OF INTENT TO ISSUE SUBPOENA

Defendants Terry Morgan and Jim Woods hereby give notice of withdrawal of their intent to issue a Subpoena of Business Records to Justin Wingerter filed on July 22, 2021, Document No. 210.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/Shon D. Qualseth⠀⠀⠀⠀⠀⠀⠀
Shon D. Qualseth, KS Sup. Ct. No. 18369
Assistant Attorney General/Senior Trial Counsel
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel:  (785) 368-8424
Fax:  (785) 291-3767
Email:  shon.qualseth@ag.ks.gov
*Attorney for Defendants Terry Morgan and Jim Woods*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 30th day of July, 2021, I electronically filed this Notice of Intent using the CM/ECF system, and counsel was served via electronic mail as follows:

Dionne M. Scherff at dscherff@josephhollander.com
Jonathan Loevy at jon@loevy.com
Joshua Loevy at JoshL@Loevy.com
Russell Ainsworth at russell@loevy.com
Ruth Brown at ruth@loevy.com
Theresa Kleinhaus at tess@loevy.com
*Attorneys for Plaintiff*

And

David E. Rogers at drogers@foulston.com
Eric Turner at eturner@foulston.com
Michael J. Norton at mnorton@foulston.com
*Attorneys for Defendant Jefferson County, KS,*
*Board of Commissioners,  Randy Carreno,*
*Troy Frost, Robert Poppa, Jeffrey Herrig*

And

Kevin D. Case at kevin.case@caselinden.com
Patric S. Linden at patric.linden@caselinden.com
*Attorneys for Defendant Jim Vanderbilt*

And

Thomas G. Lemon at tlemon@cavlem.com
Vincent M. Cox at vcox@cavlem.com
*Attorneys for Michael Hayes*


s/Shon D. Qualseth
Shon D. Qualseth