IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FLOYD S. BLEDSOE, | ) |
|         Plaintiff, | ) Case No. 16-2296-DDC-JPO |
| v. | ) |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON COUNTY, KANSAS, RANDY CARRENO, TROY FROST, ROBERT POPPA, JIM VANDERBILT, GEORGE JOHNSON, JIM WOODS, TERRY MORGAN, MICHAEL HAYES, JEFFREY HERRIG in his individual and official capacity, and UNKNOWN OFFICERS OF THE JEFFERSON COUNTY SHERIFF'S DEPARTMENT, and KANSAS BUREAU OF INVESTIGATION, | ) |
|         Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL**

Plaintiff Floyd Bledsoe and Defendant Jefferson County Board of County Commissioners jointly move this Court for an extension of time for Plaintiff to file a motion to compel in accordance with District of Kansas Local Rules 37.1, 6.1, and 7.1. In support of this motion, the parties state:

1. On August 26, 2021, Defendant Jefferson County timely served its objections and responses to Plaintiff's first set of interrogatories and first set of requests for production. ECF No. 216. The parties agreed to an extension of the original due date of July 29, 2021.

1

2. Under District of Kansas Local Rule 37.1, Plaintiff's motion to compel is due September 27, 2021. Local Rule 37.1 allows the Court to extend the time for filing such motion for good cause.

3. The parties are meeting and conferring about Jefferson County's objections and responses.

4. To allow the parties sufficient time to confer regarding the discovery objections and responses and resolve any discovery disputes before involving the Court, the parties request a 30-day extension of Plaintiff's deadline to file a motion to compel.

5. Accordingly, Plaintiff and Defendant Jefferson County jointly request the Court grant the agreed extension and extend the deadline for Plaintiff to file a motion under Local Rule 37.1 to October 27, 2021.

6. This motion is not presented for the purposes of delay and it will not prejudice any party.

Respectfully submitted by:

/s/ *Theresa Kleinhaus*

Theresa Kleinhaus
Jonathan Loevy
Russell Ainsworth
Ruth Brown
Joshua Loevy
Loevy & Loevy
311 N. Aberdeen St.,
3rd Fl. Chicago, IL 60607
Attorneys for Plaintiff

FOULSTON SIEFKIN LLP

By: */s/ Eric Turner*
Eric Turner, #25065

9225 Indian Creek Parkway, Suite 600
Overland Park, Kansas 66210
Telephone: 913.498.2100
Facsimile: 913.498.2101
Email: eturner@foulston.com

Michael J. Norton, #18732
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone: 316.267.6371
Facsimile: 316.771.6036
Email:  mnorton@foulston.com

ATTORNEYS FOR JEFFERSON
COUNTY BOARD OF COUNTY COMMISSIONER

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the Court's ECF system, which will send a notice of electronic filing to all counsel of record.

          */s/ Eric Turner*
          Eric Turner