UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

December 07, 2022

Ms. Skyler O'Hara  
United States District Court for the District of Kansas  
Office of the Clerk  
500 State Avenue  
Robert J. Dole U.S. Courthouse  
Room 259  
Kansas City, KS 66101-0000

**RE:** 20-3252, Bledsoe v. Board Cty Comm. Jefferson KS, et al  
Dist/Ag docket: 2:16-CV-02296-DDC-GLR

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's November 15, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert  
Clerk of Court

cc:  Russell Ainsworth  
Ruth Brown  
Kevin D. Case  
Vincent M. Cox  
Toby Crouse  
Theresa Kleinhaus  
Thomas G. Lemon

    Patric Shane Linden
    Michael J. Norton
    Shon D. Qualseth
    David E. Rogers
    Eric V. Turner
    Elizabeth Wang


CMW/jm