**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

FLOYD S. BLEDSOE,                          )
                                           )
                    Plaintiff,             ) Case No. 16-2296-DDC-JPO
                                           )
v.                                         )
                                           )
BOARD OF COUNTY                            )
COMMISSIONERS OF THE COUNTY                )
OF JEFFERSON COUNTY, KANSAS,               )
RANDY CARRENO,                             )
TROY FROST,                                )
ROBERT POPPA,                              )
JIM VANDERBILT,                            )
GEORGE JOHNSON,                            )
JIM WOODS,                                 )
TERRY MORGAN,                              )
MICHAEL HAYES,                             )
JEFFREY HERRIG in his individual           )
and official capacity, and                 )
UNKNOWN OFFICERS OF THE                    )
JEFFERSON COUNTY SHERIFF'S                 )
DEPARTMENT, and KANSAS                     )
BUREAU OF INVESTIGATION,                   )
                                           )
                    Defendants.            )

## NOTICE OF SERVICE

Defendants Randy Carreno, Troy Frost, Robert Poppa, and Jeffery Herring give notice to the Court that their Rule 26(a) Initial Disclosures were served by electronic mail on December 15, 2021 to all counsel of record.

Respectfully submitted by:

FOULSTON SIEFKIN LLP

By: */s/ Eric Turner*
Eric Turner, #25065

9225 Indian Creek Parkway, Suite 600
Overland Park, Kansas 66210
Telephone: 913.498.2100
Facsimile: 913.498.2101
Email: eturner@foulston.com

Michael J. Norton, #18732
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Telephone: 316.267.6371
Facsimile: 316.771.6036
Email:  mnorton@foulston.com

ATTORNEYS FOR JEFFERSON
COUNTY BOARD OF COUNTY
COMMISSIONER

## CERTIFICATE OF SERVICE

I certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of

the Court using the Court's ECF system, which will send a notice of electronic filing to all counsel

of record.

*/s/ Eric Turner*
Eric Turner