# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FLOYD BLEDSOE, | ) |
|       Plaintiff, | ) Case No. 2:16 CV 02296 |
| v. | ) Judge Daniel D. Crabtree |
| JEFFERSON COUNTY, KS, et al., | ) Magistrate Angel D. Mitchell |
|       Defendants. | ) |
| | ) JURY TRIAL DEMANDED |

## NOTICE OF INTENT TO ISSUE SUBPOENA

Pursuant to Federal Rule of Civil Procedure 45, Plaintiff Floyd Bledsoe hereby gives notice of his intent to issue the Subpoena of Documents, attached hereto as "Exhibit A", to Kansas Bureau of Investigation, and that the subpoena will be issued on February 8, 2023, without objection thereto.

Respectfully submitted,

**FLOYD S. BLEDSOE**

BY: /s/ Josh Loevy
  *One of Plaintiff's Attorneys*

Jon Loevy
Josh Loevy
Russell Ainsworth
Ruth Z. Brown
Theresa Kleinhaus
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Phone: 312-243-5900
Fax: 312-243-5902

Dionne Scherff
ERICKSON SCHERFF (No. 15066)
10990 Quivira, Suite 200
Overland Park, KS 66210
Phone: (913) 948-9490
Fax: (913) 491-6398

## CERTIFICATE OF SERVICE

I, Josh Loevy, an attorney, certify that on February 2, 2023, I served the foregoing Notice of Subpoena to counsel of record via the ECF system.

/s/ Josh Loevy

Jon Loevy
Josh Loevy
Russell Ainsworth
Ruth Z. Brown
Theresa Kleinhaus
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Phone: 312-243-5900
Fax: 312-243-5902