## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FLOYD BLEDSOE, | ) |
| | ) Case No. 2:16 CV 02296 |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Daniel D. Crabtree |
| | ) |
| JEFFERSON COUNTY, KS, et al., | ) |
| | ) Magistrate Angel D. Mitchell |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF MEDIATION
## BY PLAINTIFF AND JEFFERSON COUNTY DEFENDANTS

Plaintiff Floyd Bledsoe and the Jefferson County Defendants,[1] by and through their respective counsel, hereby jointly apprise this Court of their agreement to participate in a mediation on March 17, 2023, stating:

1.  Plaintiff and the Jefferson County Defendants submit this Notice of Mediation pursuant to the Court's scheduling order. ECF 277 at p. 3, ¶1(l).

2.  In accordance with the Court's scheduling order (*id.*), Plaintiff and the Jefferson County Defendants timely exchanged, respectively, a settlement proposal and counter-proposal.

3.  Based on that exchange, Plaintiff and the Jefferson County Defendants have jointly agreed to participate in a mediation on March 17, 2023, before the following mediator:

   Jay Daugherty Mediation
   Phone: (816) 931-6300

---

[1] The "Jefferson County Defendants" consist of Defendants Randy Carreno, Troy Frost, Robert Poppa, Jeffrey Herrig, Jim Vanderbilt, and Jefferson County.

Mailing address: 4717 Grand, Suite 830, Kansas City, MO 64112

WHEREFORE, Plaintiff and the Jefferson County Defendants submit this notice to apprise the Court of their upcoming mediation on March 17, 2023.

DATED: February 15, 2023

RESPECTFULLY SUBMITTED,

/s/ Joshua Loevy
Jonathan Loevy
Russell Ainsworth
Ruth Brown
Theresa Kleinhaus
Joshua Loevy
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL  60607
Attorneys for Plaintiff

/s/ Michael Norton
Michael J. Norton
Eric Turner
Foulston Siefkin LLP
1551 N. Waterfront Pkwy., Ste. 100
Wichita, KS  67206-4466
Attorneys for Defendants Board of County Commissioners for Jefferson County, Kansas, and Defendants Troy Frost, Randy Carreno, Jeffrey Herrig, Robert Poppa

**CERTIFICATE OF SERVICE**

I, Josh Loevy, an attorney, hereby certify that on February 15, 2023, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Josh Loevy
*One of Plaintiff's Attorneys*