IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FLOYD S. BLEDSOE,**

    Plaintiff,

v.

**JEFFERSON COUNTY, KANSAS, et al.**

    Defendants.

Case No. 2:16-cv-02296-DDC-GLR

**DESIGNATION OF CONFIDENTIAL DEPOSITION TESTIMONY AND EXHIBITS BY DEFENDANT JIM VANDERBILT**

Pursuant to Paragraph 5 of the Agreed Protective Order, ECF No. 202-1, and the Kansas Open Records Act, K.S.A. 45-221, Defendant Jim Vanderbilt, designate the following deposition exhibits and deposition testimony as confidential:

**Deposition Exhibits**.

Exhibit 46, Exhibit 133, Exhibit 134, Exhibit 135, Exhibit 139, Exhibit 140, and Exhibit 143.

**Deposition of Jim Vanderbilt**.

    Page 172:13-176:3

    Page 180:10-181:11

    Page 181:12-17

    Page 224:4-226:23

Page 224:24-230:4

                                            Respectfully submitted,

                                            **Case Linden Kurtz Buck P.C.**

                                            <u>s/Patric S. Linden</u>
                                            Kevin D. Case, KS 14570
                                            Patric S. Linden, KS 18305
                                            2600 Grand Boulevard, Suite 300
                                            Kansas City, MO  64108
                                            Tel:   (816) 979-1500
                                            Fax:  (816) 979-1501
                                            kevin.case@caselinden.com
                                            patric.linden@caselinden.com
                                            Attorneys for Defendant Jim Vanderbilt

## Certificate of Service

      I hereby certify that on April 10, 2023, a true and correct copy of the above and foregoing was served by electronic filing with the Clerk of the Court in the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

Jonathan Loevy
Russell Ainsworth
Ruth Brown
Theresa Kleinhaus
Joshua Loevy
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL  60607
Attorneys for Plaintiff

Michael J. Norton
Eric Turner
Foulston Siefkin LLP
1551 N. Waterfront Pkwy., Ste. 100
Wichita, KS  67206-4466
Attorneys for Defendants Board of County Commissioners of the County of Jefferson County, Randy Carreno, Troy Frost, Robert Poppa and Jeffrey Herrig

Thomas G. Lemon
Vincent M. Cox
Cavanaugh, Biggs & Lemon, P.A.
3200 SW Huntoon
Topeka, KS  66604
Attorneys for Defendant Michael Hayes

Shon D. Qualseth
Kansas Attorney General's Office
120 SW 10th Ave., 2nd Floor
Topeka, KS  66612-1597
Attorney for Defendants Jim Woods, Terry Morgan and the Estate of George Johnson

                                                s/Patric S. Linden
                                                Patric S. Linden