**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| FLOYD S. BLEDSOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-2296-DDC-JPO |
| | ) | |
| JEFFERSON COUNTY, KANSAS, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of May, 2023, Defendants served their responses to Plaintiff's First Interrogatories to Defendant Estate of George Johnson, Plaintiff's Second Set of Interrogatories to Defendants Jim Woods and Terry Morgan, and Plaintiff's First Set of Requests for Admission to Defendants Jim Woods, Terry Morgan, Estate of George Johnson and Michael Hayes, were served via electronic mail to Plaintiff's attorneys as follows:

Dionne M. Scherff at dscherff@josephhollander.com
Jonathan Loevy at jon@loevy.com
Joshua Loevy at JoshL@Loevy.com
Russell Ainsworth at russell@loevy.com
Ruth Brown at ruth@loevy.com
Theresa Kleinhaus at tess@loevy.com
*Attorneys for Plaintiff*

And a courtesy copy to:

David E. Rogers at drogers@foulston.com
Eric Turner at eturner@foulston.com
Michael J. Norton at mnorton@foulston.com
*Attorneys for Defendant Jefferson County, KS,*
*Board of Commissioners, Randy Carreno,*
*Troy Frost, Robert Poppa, Jeffrey Herrig*

And

Kevin D. Case at kevin.case@caselinden.com
Patric S. Linden at patric.linden@caselinden.com
*Attorneys for Defendant Jim Vanderbilt*

And

Thomas G. Lemon at tlemon@cavlem.com
Vincent M. Cox at vcox@cavlem.com
*Attorneys for Michael Hayes*

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/Shon D. Qualseth
Shon D. Qualseth, KS Sup. Ct. No. 18369
Assistant Attorney General/Senior Trial Counsel
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel:  (785) 368-8424
Fax:  (785) 291-3767
Email:  shon.qualseth@ag.ks.gov
*Attorney for Defendants Terry Morgan and Jim Woods*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2023, I electronically filed the foregoing with the Court using the CM/ECF system, and a notice of electronic filing was sent via the CM/ECF system to all counsel of record.

/s/Shon D. Qualseth
Shon D. Qualseth
Assistant Attorney General