### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| FLOYD S. BLEDSOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:16-CV-02296-DDC-JPO |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERSON COUNTY, KANSAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE OF DEFENDANT MICHAEL HAYES' SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND RESPONSES TO PLAINTIFF'S SECOND REQUEST TO PRODUCE DOCUMENTS

Defendant Michael Hayes gives notice to the Court that his Supplemental Responses to Plaintiff's First Set of Interrogatories and his Responses to Plaintiff's Second Request to Produce Documents were served by electronic mail on May 12, 2023, to all counsel of record.

/s/ Vincent M. Cox
Vincent M. Cox - 22051
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas 66604
TEL: 785/440-4000
FAX: 785/440-3900
vcox@cavlem.com
ATTORNEYS FOR DEFENDANT
MICHAEL HAYES

1

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of May 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Vincent M. Cox
        Vincent M. Cox - 22051
        CAVANAUGH, BIGGS & LEMON, P.A.
        3200 SW Huntoon
        Topeka, Kansas 66604
        TEL: 785/440-4000
        FAX: 785/440-3900
        vcox@cavlem.com
        ATTORNEYS FOR DEFENDANT
        MICHAEL HAYES