UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FLOYD S. BLEDSOE,

               Plaintiff,

v.                                         Case No.  16-2296-DDC-ADM

JIM WOODS, ESTATE OF GEORGE JOHNSON,
TERRY MORGAN, and MICHAEL HAYES,

               Defendants.

## DEFENDANT MICHAEL HAYES' MOTION FOR SUMMARY JUDGMENT

Comes now Defendant Michael Hayes, by and through his attorneys, and pursuant to

Federal Rule of Civil Procedure 56 moves the Court for summary judgment in his favor on all

claims asserted against him by the Plaintiff.  A Memorandum in Support of Defendant Michael

Hayes' Motion for Summary Judgment is submitted contemporaneously herewith.

WHEREFORE, Defendant Michael Hayes respectfully requests this Court grant his

Motion for Summary Judgment.


                              /s/ Vincent M. Cox
                                 Vincent M. Cox - 22051
                                 CAVANAUGH, BIGGS & LEMON, P.A.
                                 3200 SW Huntoon
                                 Topeka, Kansas 66604
                                 TEL: 785/440-4000
                                 FAX: 785/440-3900
                                 vcox@cavlem.com
                                 ATTORNEYS FOR DEFENDANT
                                 MICHAEL HAYES

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Vincent M. Cox
    Vincent M. Cox - 22051
    CAVANAUGH, BIGGS & LEMON, P.A.
    3200 SW Huntoon
    Topeka, Kansas 66604
    TEL: 785/440-4000
    FAX: 785/440-3900
    vcox@cavlem.com
    ATTORNEYS FOR DEFENDANT
    MICHAEL HAYES