



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FLOYD BLEDSOE,

    Plaintiff,

v.                                   Case No. 2:16 CV 02296

JEFFERSON COUNTY, KS, et al.,

    Defendants.

---

**REMOTE VIDEOTAPED DEPOSITION**

**KIRK VERNON**

**TAKEN ON
TUESDAY, APRIL 18, 2023
10:43 A.M.**

**COLLEGE PARK OFFICES SUITES
2611 SOUTHWEST 17TH STREET
TOPEKA, KANSAS 66604**

EXHIBIT 4

```
 1      A.   Yes.
 2      Q.   Okay.  And you participated in the Arfmann
 3 investigation in 1999, correct?
 4      A.   Yes.
 5      Q.   Okay.  Let's take a look at Exhibit 242.
 6           MS. BROWN:  Adam, can you -- or Vince, are
 7 you able to hand that one to the witness?  And I
 8 will put it up on the screen as well.
 9 BY MS. BROWN:
10      Q.   Okay.  Can you see this exhibit on the
11 screen in front of you --
12      A.   Yes.
13      Q.   -- Officer Vernon?
14      A.   Yes.
15      Q.   Okay.  And you have a copy in front of you
16 as well?
17      A.   Yes.
18      Q.   Okay.
19           MR. COX:  Ruth, can you share it in the
20 chat too?
21           MS. BROWN:  Let me see how to do that.
22           THE REPORTER:  Which party was that that
23 spoke?
24           MR. COX:  This is Mr. Cox.
25           THE REPORTER:  Thank you.
```

```
 1              MR. COX:  If that's too difficult, Ruth,
 2   you can go ahead.
 3              MS. BROWN:  All right.  I'm almost there.
 4   Give me just a sec.  Okay.
 5   BY MS. BROWN:
 6       Q.   So just for the record, this is the
 7   exhibit that's been previously marked 242, and it's
 8   just a copy of your testimony in 2015 at the
 9   proceeding in Floyd Bledsoe's case, the Motion to
10   Vacate Judgment.  Do you remember participating in
11   that hearing?
12       A.   Yes, I do.
13       Q.   Okay.  And I'd just like to direct your
14   attention to page 7 of the exhibit.  And do you see
15   there where it says in line 4 -- sorry, line 10.
16   "Were you involved in the original investigation of
17   this case?"  Answer, "Yes, I was."  Question, "How
18   were you involved?"  Answer, "I was a newer
19   detective at the time, and I was given several leads
20   to follow up on throughout the course of the
21   investigation, so I would go out and conduct an
22   interview or go out and look for this, and I'd
23   return my results to those that were in charge at
24   the time."  Do you see that testimony?
25       A.   Yes.
```

1    Q.   Okay.  And is that an accurate description
2  of your role in the 1999-2000 Arfmann homicide
3  investigation?
4    A.   Yes.
5    Q.   Okay.  So back in 1999-2000, you were not
6  making decisions on which leads would be followed up
7  on during the Arfmann homicide investigation, right?
8    A.   Correct.
9    Q.   Okay.  And you were not making decisions
10 on what would be documented apart from your personal
11 documentation of leads that you were working on,
12 right?
13   A.   Correct.
14   Q.   Okay.  Who was running the Arfmann
15 homicide investigation back in 1999 and 2000?
16   A.   Sheriff Dunnaway.
17   Q.   Okay.  And that was Sheriff Dunnaway for
18 Jefferson -- the Jefferson County Sheriff's
19 Department?
20   A.   Correct.
21   Q.   Okay.  And Randy Carreno was the lead
22 detective on the case for Jefferson County, right?
23   A.   Correct.
24   Q.   Okay.  And Jefferson County, at the start
25 of the investigation, reached out to the KBI for

```
 1        Q.   Can you repeat your answer just so we have
 2   a clear record?
 3        A.   The only interviews of Tom that I am aware
 4   of were done by Randy Carreno with his attorney,
 5   Mike Hayes, present, and I believe there was a --
 6   there was an initial interview and then a follow-up
 7   interview with those same three parties.
 8        Q.   Okay.  And so you were not present at the
 9   law enforcement center on the night that Tom Bledsoe
10   turned himself in, right?
11        A.   I was there.  Yes, I was present but not -
12   - you know, I was not in the room, if that makes
13   sense.  There was more than one room in the law
14   enforcement center.
15        Q.   Sure.  What were you doing on that night
16   at the time?
17        A.   I don't recall.
18        Q.   Okay.
19        A.   I recall coming back from doing something
20   and seeing Tom Bledsoe in his truck on the phone in
21   front of the sheriff's office at about dusk, and
22   then it was way later when the -- when Mr. Hayes and
23   Mr. Bledsoe showed up -- Tom Bledsoe showed up to
24   talk to the sheriff.
25        Q.   Okay.  And you were not -- you didn't
```

1  participate in any of the communications between Tom
2  Bledsoe or Mike Hayes with law enforcement officers
3  on the night of November 7th, 1999?
4      A.   No, I did not.
5      Q.   Did you ever view any video or audio
6  recordings of any questioning of Tom Bledsoe back in
7  the 1999 timeframe?
8      A.   I believe I watched the first interview
9  with Captain Randy Carreno, Mike Hayes and Tom.
10     Q.   Okay.  You're calling it the first
11 interview.  Are you referring to the November 24th of
12 1999 interview?
13     A.   If that was the first one, yes.
14     Q.   Okay.
15     A.   Because I believe --
16     Q.   You're talking about the first documented
17 interview, formal interview of Tom Bledsoe by
18 Jefferson County Police; is that right?
19     A.   Correct.  I mean there was the polygraph
20 on the 12th.
21     Q.   Mm-hmm.
22     A.   And then there was the -- then the first
23 interview.  If you say it was the 24th, I can go
24 with that.
25     Q.   That sounds about right to you?

1    Q.   Okay.  Okay.  Back in 1999 or 2000, did
2  you witness any communications by Mike Hayes
3  relating to the Arfmann murder?
4    A.   Any -- I mean I'm -- I probably saw him
5  say something to someone, but I have no idea what it
6  would've been.
7    Q.   Okay.  So you don't -- as you sit here
8  today, you don't recall anything that Mike Hayes
9  said or -- you know, said during the Arfmann
10 homicide investigation with regards to that case; is
11 that fair?
12   A.   Yeah.  I have no direct knowledge of
13 anything he specifically stated.
14   Q.   Okay.  And you never interviewed Mike
15 Hayes, either formally or informally, with regards
16 to the Arfmann homicide investigation, right?
17   A.   No.
18   Q.   Okay.  And your colleagues, your law
19 enforcement colleagues may have interviewed Mike
20 Hayes relating to the Arfmann homicide
21 investigation, but that's not something you have any
22 personal knowledge of; fair to say?
23        MR. COX:  This is Vince Cox.  Object to
24 form. You can answer if you can.
25        THE DEPONENT:  You used the word

```
 1  interview, and I don't know what that means.  I know
 2  what it means to me.  I don't know what it means to
 3  you.  I don't -- I have no knowledge of anyone
 4  interviewing Mike Hayes in regards to these cases --
 5  or this case.
 6  BY MS. BROWN:
 7      Q.   Sure.  That's a fair point.  You know,
 8  normally when we talk about interviewing, we're not
 9  talking about interviewing a suspect's attorney,
10  right?
11      A.   I know there were conversations about this
12  case back in '99 between Mr. Hayes and Sheriff
13  Dunnaway and Jim Woods and Jim Vanderbilt.  What the
14  content of those conversations was, I have no idea.
15      Q.   Got it.  And how do you know that there
16  were conversations between Mike Hayes and Sheriff
17  Dunnaway and KBI Agent Woods?
18      A.   Because I saw Mike Hayes and Jim
19  Vanderbilt enter the law enforcement center on
20  Tuesday so Sunday, Monday, Tuesday afternoon and
21  went into a closed-door meeting with Jim Woods and
22  Sheriff Dunnaway, the four of them.  And it was
23  after that meeting, we began looking at Floyd as the
24  person that committed the homicide.
25      Q.   Got it.  Okay.  And you said it was that
```



1  Tuesday.

2     A.    She went missing on Friday.  She was

3  recovered Sunday night/Monday morning.  Tom was

4  arrested.  So 5th, 6th, 7th -- 9th.  If anyone has a

5  1999 calendar in front of them.

6     Q.    Yeah, I've got it.  So Tuesday, November

7  9th of 1999, you observed this closed-door meeting

8  that you described and after that, that was when the

9  investigation switched from focusing on Tom to

10 focusing on Floyd; is that right?

11    A.    That was my perception.

12    Q.    Okay.  Okay.  I want to take a look at an

13 exhibit, Number 10.

14    A.    Randy Carreno's report?

15    Q.    That's right.  Do you have that in front

16 of you?

17    A.    I do.

18    Q.    All right.  Let's take a look at page 14

19 at the bottom.  Do you see the very last paragraph

20 of page 14 at the bottom?  It says on November 9th

21 of 1999 at 2000 hours, KBI SA Morgan and I

22 interviewed Floyd S. Bledsoe.  The interview was at

23 the Jefferson County Sheriff's Law Enforcement

24 Center.  The interview was videotaped."  Do you see

25 that?

```
 1  cover.
 2          Go ahead.
 3  BY MS. BROWN:
 4       Q.   Okay.  So I just want to confirm with you,
 5  so this is -- have you seen this report that Ronnie
 6  Burke prepared regarding an attempted interview of
 7  Attorney Mike Hayes?
 8       A.   Yes.
 9       Q.   Okay.  And is it correct that in February
10  of 2016 -- on February 24th of 2016 at approximately
11  10:30 a.m., you and Ronnie Burke attempted to
12  interview Mike Hayes regarding the 1999 murder
13  investigation of Camille Arfmann?
14       A.   I'm sorry.  Can you repeat that?
15       Q.   Sure.  Is it correct that on February 24th
16  of 2016 at approximately 10:30 a.m., you and Special
17  Agent Burke attempted to interview Mike Hays
18  regarding the Arfmann investigation?
19       A.   Yes.
20       Q.   Okay.  And why did you want to interview
21  him?
22       A.   Wanted to talk to him about what had gone
23  on back in '99.
24       Q.   Okay.  And you had some -- you and Ronnie
25  Burke had some questions about the relationship
```

1  Roy just started grinning and almost laughing and
2  said, Mike, you know I can't do that.  I got to work
3  with whoever is elected. Just screwing with Mike
4  because neither one of them thought Jim was going to
5  win.  Does that make sense at all?
6        Q.   Yeah, that makes sense.  Got it.  All
7  right.  So turning back to Exhibit 206.  So you and
8  Ronnie Burke noticed that Mike Hayes was at the
9  Jefferson County Sheriff's Office on February 24th
10 of 2016; is that right?
11       A.   Yes.
12       Q.   Okay.  And he was there -- you noticed --
13 Burke noticed that he was present at approximately
14 9:00 a.m., and he was speaking with other Jefferson
15 County employees about a variety of topics, not
16 relating to any official business, right?
17       A.   Yes.
18       Q.   Okay.  And did you -- were you -- did you
19 observe Hayes talking to Jefferson County employees
20 between 9:00 and 10:30 a.m.?
21       A.   I mean not during the whole time but, yes.
22       Q.   Okay.  And do you remember what -- so you
23 heard like snippets of this conversation with other
24 employees; is that fair to say?
25       A.   Sure.

1  Q. And do you remember any topics that were
2  being discussed?
3  A. I mean Ronnie's indicating here in this
4  report that what he heard between Captain Carreno
5  and Mr. Hayes. Specifically, no, I do not.
6  Q. Okay. But at some point, you know, you
7  and Burke could hear Mike Hayes and Randy Carreno
8  talking about the Arfmann homicide with particular
9  reference to the current review by the KBI, right?
10 A. Correct.
11 Q. Okay. And you don't remember the
12 specifics other than that?
13 A. No.
14 Q. Okay. At the end when it seemed like
15 Hayes was finished talking, you asked him if you
16 could speak with him for a few minutes, and Mike
17 Hayes told you that he was busy and had a full
18 docket, and he couldn't be bothered on this day or
19 the following day; is that right?
20 A. That sounds about right.
21 Q. Okay. When you spoke to Jim Woods back in
22 2015 about the Arfmann homicide case, he remembered
23 the case, right?
24 A. I mean he --
25      MR. QUALSETH: Object to the form. You

```
 1      Q.   Did you know Tom Bledsoe before the
 2 Arfmann investigation?
 3      A.   I knew who he was.
 4      Q.   Had you ever arrested him?
 5      A.   No.
 6      Q.   Are you aware of him ever having been
 7 arrested?
 8      A.   No.
 9      Q.   How did you know who he was?
10      A.   Floyd and Tom were both red-headed and
11 smaller of statute -- stature and they just kind of
12 -- when you saw them, you noticed them.  And Floyd
13 was fairly gregarious, would be one to engage
14 people, and so they were just known.
15      Q.   Small town?
16      A.   Exactly.
17      Q.   You may have already testified to some of
18 this, but I do want to go through some of the
19 allegations in addition to Mr. Bledsoe's claim.  Are
20 you aware of any evidence that any of the defendants
21 framed Floyd Junior of the Arfmann murder?
22      A.   No, I am not.
23      Q.   Are you aware of any evidence why any of
24 the defendants would frame Floyd Junior for the
25 murder?
```

1     A.   I have no knowledge as to why anyone would
2  do that.
3     Q.   Are you aware of any evidence that any of
4  the defendants had a meeting to discuss framing
5  Floyd Junior for the murder?
6     A.   No.
7     Q.   Are you aware of any evidence that any of
8  the defendants conspired to frame Floyd Junior?
9     A.   No, I am not.
10    Q.   Are you aware of any evidence that any of
11 the defendants fabricated evidence like getting a
12 false recantation from Tom?
13    A.   No, I am not.
14    Q.   Are you aware of any evidence that any of
15 the defendants intentionally concealed evidence in
16 this case?
17    A.   No, I am not.
18    Q.   Are you aware of any evidence that any of
19 the defendants intentionally suppressed evidence in
20 the case?
21    A.   No, I am not.
22    Q.   Are you aware of any evidence that any of
23 the defendants destroyed evidence?
24    A.   No, I am not.
25    Q.   Are you aware of any evidence that any of

1   the defendants had any ill will or dislike or hatred
2   of Floyd Junior before the investigation occurred?
3        A.   No, I am not.
4        Q.   Are you aware of any evidence -- and I'll
5   ask it a little bit different.  But are you aware of
6   any evidence that any of the defendants had a prior
7   grudge against Floyd Junior?
8        A.   No, I am not.
9        Q.   Are you aware of any evidence that George
10  Johnson instructed Tom to continue lying to
11  implicate Floyd Junior?
12       A.   No, I am not.
13       Q.   Are you aware of any evidence that George
14  Johnson intentionally manipulated the results of the
15  polygraph exams of Tom and Floyd?
16       A.   No, I am not.
17       Q.   Are you aware of any evidence that George
18  Johnson lied about the polygraph exam results?
19       A.   No, I am not.
20       Q.   Are you aware of any evidence that George
21  Johnson believed that the results of the polygraph
22  exams were different than what he reported them to
23  be?
24       A.   No, I am not.
25            MR. QUALSETH:  That's all the questions I

1  have for you, Mr. Vernon.  Thank you.
2          THE DEPONENT:  Thanks.
3          THE REPORTER:  I apologize.  I heard
4  someone speak, but I wasn't sure who it was.
5          MR. QUALSETH:  Trying to get the mic
6  affixed and changed.
7  EXAMINATION
8  BY MR. COX:
9      Q.   Mr. Vernon, I know I'm the last to go
10 today. It's been a long day, so I'll try to be
11 extremely brief. Just a couple of follow-up items.
12 You testified earlier today about your familiarity
13 with the Tom Bledsoe suicide notes, right?
14     A.   Correct.
15     Q.   And you have read those before?
16     A.   Yes.
17     Q.   And those didn't mention Michael Hayes,
18 correct?
19     A.   No, they did not.
20     Q.   To your knowledge, were all of the law
21 enforcement reports, including the sheriff's
22 department reports and the KBI reports, available to
23 Mr. Vanderbilt who was making the decisions in this
24 case?
25          MS. BROWN:  Objection -- I'm sorry.

1  Objection, form.

2           THE DEPONENT:  To my knowledge, yes.

3           MS. BROWN:  I'm sorry.  I wanted to add an

4  objection, calls for speculation, for the previous

5  question.

6  BY MR. COX:

7     Q.   Earlier in your testimony today, you

8  talked about the relationships between Michael

9  Hayes, Sheriff Dunnaway and Jim Vanderbilt.  Do you

10 remember that?

11    A.   Sure.

12    Q.   My understanding of your testimony today,

13 though, is that you're not implying that there was

14 any scheme that Mr. Hayes was involved in to somehow

15 frame Floyd S. Bledsoe for the murder; is that

16 right?

17    A.   I have no knowledge that would support a

18 theory like that.

19          MR. COX:  I don't have any more questions.

20          THE REPORTER:  I apologize.  Mr. Cox,

21 could you just repeat what you said?

22          MR. COX:  I don't have any further

23 questions.

24          THE REPORTER:  Thank you.

25          MS. BROWN:  Okay.  Is that -- do any other