# JEFFREY L. HERRIG

Page 1

```
 1 .
 2       IN THE UNITED STATES DISTRICT COURT
 3          FOR THE DISTRICT OF KANSAS
 4 .
 5 .
 6 FLOYD BLEDSOE,
 7      Plaintiff,
 8 .
 9   vs.            Case No. 2:16 CV 02296
10 .
11 JEFFERSON COUNTY, KS, et al.,
12      Defendants.
13 .
14 .
15        VIDEOTAPED DEPOSITION OF
16           JEFFREY L. HERRIG,
17 taken on behalf of the Plaintiff, pursuant to
18 Notice to Take Deposition, beginning at 9:32 a.m.
19 on the 15th day of March, 2023, at the offices of
20 Appino & Biggs Reporting Service, 5111 Southwest
21 21st Street, in the City of Topeka, County of
22 Shawnee, and State of Kansas, before Cori R.
23 Power, CCR, CVR, Kansas License No. 1739, Missouri
24 License No. 1436.
25 .
```

Page 2

```
 1           APPEARANCES
 2 .
 3 .
 4 ON BEHALF OF THE PLAINTIFF:
 5 .
 6    Ms. Ruth Brown (via videoconference)
 7    Loevy & Loevy
 8    311 North Aberdeen Street, 3rd Floor
 9    Chicago, IL 60607
10    312-243-5900
11    ruth@loevy.com
12 .
13 .
14 ON BEHALF OF DEFENDANT VANDERBILT:
15 .
16    Mr. Patric S. Linden
17    Case Linden, P.C.
18    2600 Grand Boulevard, Suite 300
19    Kansas City, MO 64108
20    816-979-1500
21    patric.linden@caselinden.com
22 .
23 .
24 .
25 .
```

Page 3

```
 1 ON BEHALF OF DEFENDANTS JEFFERSON COUNTY,
 2 FROST, CARRENO, POPPA & HERRIG:
 3 .
 4    Mr. Eric Turner
 5    Foulston Siefkin, LLP
 6    7500 College Boulevard
 7    Suite 1400
 8    Overland Park, KS 66210
 9    913-498-2100
10    eturner@foulston.com
11 .
12    Mr. Michael J. Norton
13    Foulston Siefkin, LLP
14    1551 North Waterfront Parkway
15    Suite 100
16    Wichita, KS 67206
17    316-267-6371
18    mnorton@foulston.com
19 .
20 .
21 .
22 .
23 .
24 .
25 .
```

Page 4

```
 1 ON BEHALF OF DEFENDANTS MORGAN, WOODS &
 2 JOHNSON ESTATE:
 3 .
 4    Mr. Shon D. Qualseth
 5    Attorney General's Office
 6    Memorial Building, 2nd Floor
 7    120 Southwest 10th Avenue
 8    Topeka, KS 66612
 9    785-368-8424
10    shon.qualseth@ag.ks.gov
11 .
12 .
13 ALSO PRESENT:
14 .
15    Mr. Michael Hayes (via videoconference)
16    Mr. Efrain Soto, Videographer
17 .
18 .
19 .
20 .
21 .
22 .
23 .
24 .
25 .
```

Appino & Biggs Reporting Service, Inc.
5111 SW 21st Street, Topeka, KS 66604  785-273-3063  www.appinobiggs.com
6420 W. 95th Street, Suite 101, Overland Park, KS 66212  913-383-1131
800 E. 1st Street, Suite 305, Wichita, KS 67202  316-201-1612
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

EXHIBIT 5

Page 37

1   A. No, ma'am.
2   Q. All right. Other than Jefferson County
3   Sheriff's Department, have you ever applied to any
4   other police departments?
5   A. No.
6   Q. Okay. So you told me about being hired
7   on in lake patrol part -- through summers in 1982,
8   and that you were hired full time by the Jefferson
9   County Sheriff's Department beginning in 1983; is
10  right?
11  A. Yes. I actually started lake patrol in
12  '83 and then got -- I was -- once lake patrol was
13  over in August/September I was -- I just stayed
14  on, so my full-time start date was when lake
15  patrol started in '83, which would have been March
16  or April, April I believe.
17  Q. Okay. Can you please take me through
18  your positions and your approximate years in which
19  you held them beginning when you began working at
20  the Jefferson County Police Department to the
21  present day?
22  A. I do not remember the exact dates, but I
23  started out as a patrolman, deputy sheriff. I was
24  deputy sheriff for a few years and actually became
25  lieutenant in charge of the jail and support

Page 38

1   services, which back in the '80s to mid '90s, it
2   wasn't a whole lot. The -- the department has
3   grown significantly along with a new building. We
4   used to be in an old two-story brick, looked like
5   house, and the jail was upstairs, and we didn't
6   have very many employees at the time, but -- so I
7   -- I was lieutenant there in charge of that, and
8   then from there I was promoted to undersheriff.
9   Q. What year were you promoted to
10  undersheriff?
11  A. I don't remember exactly, but I want to
12  say '95. If -- if you want me to look and get
13  the exact date, I -- I've got it on my website.
14  Q. That's all right. Just approximate dates
15  are fine.
16  A. Yeah. I -- I think '95, but I am not
17  positive.
18  Q. Okay. When you say "your website," are
19  you referring to your page as the sheriff of
20  Jefferson County has a description of your -- your
21  career?
22  A. It's -- it's actually every division.
23  It's -- it's a website, the Jefferson County
24  Kansas sheriff's website that has several
25  different tabs and -- and all the employees and --

Page 39

1   and inmates, and registered offenders, and it's
2   just an informational website.
3   Q. Okay. Got it. All right. So like you
4   became the undersheriff in around 1995, and how
5   long were you in that position?
6   A. Until 2008 when I was appointed sheriff
7   by the governor at that time.
8   Q. Who was that?
9   A. I believe Governor Sebelius, but I'm --
10  I'm drawing a blank. It's on my website too I
11  believe.
12  Q. Okay. Thanks. Okay. What were your
13  responsibilities as the undersheriff in the 1999
14  time frame?
15  A. So as -- as being the undersheriff, I was
16  more the numbers guy, so I -- I took care of the
17  budget. I did scheduling for patrol, paid the
18  vouchers, or -- so the way we paid bills is we
19  have a voucher system. I do all the vouchers,
20  turn them over to the clerk's office, make sure
21  that we have all the supplies and -- and
22  everything and uniforms that's needed within the
23  office.
24  Q. Okay. And as undersheriff did you have
25  any investigative role as well?

Page 40

1   A. Very limited. I kind of left that to the
2   guys that worked under me.
3   Q. Okay. As undersheriff in the 1999 time
4   frame, who did you supervise?
5   A. Well, as -- as undersheriff you -- you
6   kind of supervise everybody, yeah. I mean, it --
7   it goes sheriff and undersheriff, and those are
8   the two that are ones that answer to the employees
9   and the public.
10  Q. Okay. And Sheriff Dunnaway was your
11  supervisor in 1999, right?
12  A. Yes, ma'am.
13  Q. And both of you supervised the detectives
14  of Jefferson -- of the Jefferson County Sheriff's
15  Department, right?
16  A. Correct.
17  Q. Okay. Did you have any division, you
18  know, in terms of you were supervising the
19  detectives as to certain aspects of their job, and
20  Sheriff Dunnaway was supervising the detectives as
21  to other aspects of their job?
22  A. No. That was more -- especially on major
23  cases Sheriff Dunnaway was -- was involved. He
24  was very proactive about going out and doing
25  investigations, and -- and assisting and being

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street          800 E. 1st Street
Topeka, KS 66604             Suite 101                    Suite 305
785-273-3063                 Overland Park, KS 66212      Wichita, KS 67202
www.appinobiggs.com          913-383-1131                 316-201-1612

Page 81
1  tell you.
2      Q.  Okay.  If there was a lead that there was
3  a neighbor in the -- in the nearby area that might
4  have been the source of the screams, is that a
5  lead that you think should have been followed up
6  on?
7      A.  Possibly.  I don't -- I don't know what
8  the investigators -- there could have been a
9  reason why there wasn't, and I don't even know if
10 they didn't follow up on it to be honest with you.
11     Q.  Okay.  If they had followed up on it
12 though, you'd expect to see a report, right?
13     A.  Yes, ma'am.
14     Q.  Okay.  And you've never seen a report
15 about any investigators in the Arfmann
16 investigation following up on a lead about a
17 neighbor -- neighbor that might have been the
18 source of the screams that were heard at Wildhorse
19 Road, right?
20     A.  I, I haven't seen it -- I haven't gone
21 through all the reports and -- yeah, I don't know.
22     Q.  Okay.  The investigative team didn't find
23 any evidence connecting the scream heard near
24 Wildhorse -- the scream heard by the hunter to
25 Camille Arfmann's disappearance, right?

Page 82
1      A.  I don't know.  I don't think so, but I
2  don't know, you know.  With -- without going
3  through all the reports, I -- I don't know what
4  everything -- what all the investigators have
5  done.
6      Q.  Sure.  As you sit here today, to your
7  knowledge you're not aware of any of the
8  investigative team finding any evidence connecting
9  the scream heard by the hunter to Camille
10 Arfmann's disappearance, right?
11     A.  That is right.
12     Q.  Okay.  Now on the evening of November
13 7th, Tom Bledsoe turned himself in for Camille's
14 murder, right?
15     A.  I don't know.  Sorry.
16     Q.  I'm sorry.  I couldn't hear the answer.
17 Can you repeat that, please.
18     A.  I don't know.
19     Q.  Okay.  You're not aware one way or
20 another whether or not Tom Bledsoe turned himself
21 in on November 7th for the murder of Camille
22 Arfmann?
23     A.  I -- I don't know how all that come
24 about.
25     Q.  Okay.  Are you aware that on the night of

Page 83
1  November 7th or into the morning of November 8th,
2  Tom Bledsoe revealed the location of Camille's
3  body, which had been buried in the dump behind
4  Tom's residence?
5      MR. TURNER:  Object to form.
6      A.  I -- I -- I don't know.  I -- I'm
7  assuming he did, but I -- I don't know.  That
8  would have been the investigators.
9      BY MS. BROWN:
10     Q.  Okay.  And you didn't make any decisions
11 about where the bloodhound was searched in
12 November 1999, correct?
13     A.  No, I did not.
14     Q.  Okay.  Do you know any reason why law
15 enforcement officers didn't ask that the
16 bloodhound be used to investigate Tom's residence?
17     A.  I am -- no.
18     Q.  Okay.  Do you know any reasons why law
19 enforcement officers didn't use the bloodhound to
20 search Tom's car?
21     A.  No.
22     Q.  So you're not aware of the reason for why
23 searches were not -- were or were not undertaken
24 during the Bledsoe investigation; correct?
25     A.  I do not know.  Like I said, I have

Page 84
1  limited information and -- and knowledge of the
2  total investigation and total case.
3      Q.  Okay.  And that's true today as well,
4  right?  You still have a fairly limited knowledge
5  as to what happened during the investigation of
6  the Arfmann homicide, right?
7      A.  That is correct.
8      Q.  Okay.  You were not present for any of
9  the events on the evening of November 7, 1999, and
10 continuing into the morning of November 8, 1999,
11 when Tom and Mike Hayes arrived at the law
12 enforcement center in connection with the Arfmann
13 homicide; correct?
14     A.  That is right.
15     Q.  Okay.  You were not present at the burial
16 site when Tom Bledsoe revealed the location of
17 Arfmann's body, and she was uncovered, right?
18     A.  Right.
19     Q.  Do you recall where you were on November
20 7th and November 8th that you weren't present for
21 those events?
22     A.  I'm sorry.  Can -- I'm not even sure what
23 days those are to be honest with you.  Is that --
24 is that a weekend or -- I'm not sure.
25     Q.  Sure.  I'll represent to you that

Appino Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612

Page 85

1  November 7th was -- was Sunday, and November 8th
2  was a Monday.
3     A.  I would have been off on the 7th then,
4  and the 8th I probably would have been at the
5  office.
6     Q.  Okay.  You were never called -- you were
7  never notified to come into the law enforcement
8  center on Sunday night, right?
9     A.  No.
10    Q.  Okay.  Now you must have received notice
11 at some point of the events of November 7th and
12 November 8th, right?
13    A.  I'm not sure what you mean.
14    Q.  Well, you must have learned at some point
15 that Camille Arfmann's body had been discovered in
16 the early morning hours of November 8th, right?
17    A.  I don't remember when I heard it, but I
18 did hear it, yes.
19    Q.  Okay.  And at that point Jefferson County
20 was engaged in a murder investigation, right?
21    A.  Yes.
22    Q.  Okay.  Do you remember what information
23 you were told about what had happened on November
24 7th and November 8th with respect to Camille's
25 body being found?

Page 86

1     A.  Just that it was found at a dump site
2  north of Floyd -- was it Floyd L.?  North of
3  their house.
4     Q.  Okay.  And who gave you that information?
5     A.  I don't remember.
6     Q.  Do you remember any other parts of
7  communication besides what you've just described?
8     A.  No.
9     Q.  Okay.  So you don't remember the full
10 contents of the briefing that you would have
11 gotten about Camille Arfmann being -- Camille
12 Arfmann's body being found, right?
13    A.  Right.
14    Q.  Okay.  Do you recall anything that you
15 learned about what Tom Bledsoe or Mike Hayes had
16 said on the evening of November 7th or the morning
17 of November 8th to law enforcement officers?
18    A.  I do not know.
19    Q.  So you don't know one way or another what
20 information Sheriff Dunnaway received from Tom
21 Bledsoe and Mike Hayes on the evening of November
22 7th, right?
23    A.  That is correct.
24    Q.  Okay.  And you don't know one way or
25 another what information Sheriff Dunnaway received

Page 87

1  from Tom Bledsoe and Mike Hayes on the morning of
2  November 8th, right?
3     A.  Right.
4     Q.  You don't know any of the details of, you
5  know, what investigation was conducted at the
6  burial site on November 8th; correct?
7     A.  I did go out to the burial site and took
8  out a sifting tool, a sifting board, so they could
9  sift, and that's the only time I was out at the
10 burial site.
11    Q.  Okay.  And that was about a week later,
12 right?
13    A.  I don't remember.
14    Q.  It wasn't on the morning that Camille's -
15 - Arfmann's body was uncovered, correct?
16    A.  I think it was, but I'm not quite sure.
17 To me it seems like the body was still there.
18    Q.  You said you had a sifting tool.  What
19 were you sifting for?
20    A.  I would assume that they were sifting for
21 any evidence out of the dump site.
22    Q.  Okay.  And were you looking in particular
23 for -- for, you know, ballistics evidence, like
24 casings, cartridges?
25    A.  Yeah.  Any -- anything that could be

Page 88

1  obtained that we felt like was evidence is what
2  they would have been looking for, whether that be
3  shell casings, bullets, cigarette butts, any kind
4  of evidence that we felt might be necessary to
5  preserve.
6     Q.  Okay.  Do you recall anything about being
7  at the burial site other than that you were
8  sifting for evidence?
9     A.  I wasn't really sifting.  I just took
10 them the equipment, and I left shortly thereafter.
11    Q.  Oh, I see.  You just brought the
12 equipment and then you left?
13    A.  Yes, ma'am.
14    Q.  Okay.  So do you recall anything about
15 the investigation that took place at the burial
16 site other than what you've already testified to
17 about bringing the sifting equipment and leaving
18 shortly thereafter?
19    A.  No.
20    Q.  Do you recall about how long you were at
21 the burial site?
22    A.  It was not very long, probably less than
23 30 minutes.
24    Q.  Okay.  Well, if you were there, you know,
25 let's say 20 minutes, what would you have been

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street       6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604              Suite 101                  Suite 305
785-273-3063           Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com         913-383-1131               316-201-1612

Page 89

1  doing during that time?
2     A.  Dropping off the equipment and setting it
3  up and making sure somebody knew how to use it.
4  It was kind of a homemade screen-type tabletop
5  thing.
6     Q.  Oh, I see.  Okay.  Other than setting up
7  the equipment and making sure that other officers
8  had -- knew how to use it, did you do anything
9  else, any other kind of work of any kind at the
10 burial site?
11    A.  No, ma'am.
12    Q.  Okay.  Do you recall any communications
13 that were made to you at the burial site?
14    A.  I don't recall any.
15    Q.  Okay.  Do you recall any communications
16 that were made to you about the evidence at the
17 burial -- at the burial site?  And this is back
18 in 1999.
19    A.  No.
20    Q.  Did you participate in any questioning of
21 Tom Bledsoe in 1999 or 2000?
22    A.  No.
23    Q.  Okay.  Let's take a look at Exhibit 147.
24 Let me know when you've got that in front of you.
25        (THEREUPON, Herrig Deposition Exhibit

Page 90

1  No 147 was marked for identification.)
2  BY MS. BROWN:
3     Q.  And just for the record this has been
4  previously marked as Exhibit 47 (sic), and it is
5  pages 1 -- 146, 147, and 148 from the deposition
6  of Robert Poppa on February 21st of 2023.
7        MR. TURNER:  How many pages should it be?
8        MS. BROWN:  It should be four pages.
9        MR. TURNER:  Okay.  That's here.
10 BY MS. BROWN:
11    Q.  Okay.  Let's take a look at the top of
12 147.
13    A.  All right.
14    Q.  Could you just flip to the third page
15 there.
16    A.  Okay.
17    Q.  It's marked 147 at the top.  Do you see
18 that?
19    A.  Yes, ma'am.
20    Q.  Okay.  And I'll represent to you that
21 this is a transcript of the deposition of Robert
22 Poppa.  And I'm going to read you a short section
23 and then ask you questions about it, okay?
24    A.  Sure.
25    Q.  Okay.  So do you see where it says

Page 91

1  Question: "Okay.  And what were -- what were you
2  referring to?"
3     Answer: "I watched Tom when he -- when he
4  was talking to Randy Carreno and Mike Hayes, and
5  then he was asked if he had sex with the family
6  dog, and I might have watched some more of it, but
7  I just don't remember exactly how much more I
8  would have watched.  I'd tell you if I knew, but
9  I just can't remember."
10    Question: "Okay.  Got it.  The interview
11 that you're talking about is the one that was
12 taken around the time of November 7th to November
13 10th, somewhere in that three-day time frame?"
14    Answer: "I guess.  Whenever they -- Randy
15 Carreno and Mike Hayes were in there interviewing
16 me.  I'm not sure exact date."
17    Question: "Okay.  Well, I guess I'm
18 wondering -- what I'm wondering is approximate
19 time frame.  Was it pretty soon after Tom had
20 turned himself in for the crime or was it weeks
21 later?"
22    Answer: "I don't believe it was weeks later.
23 I'm pretty sure -- I'm pretty sure it would have
24 been soon, but I -- it wouldn't have been weeks, I
25 wouldn't think."

Page 92

1     Did you see that testimony that I just read?
2     A.  Yes, ma'am.
3     Q.  Okay.  I'm wondering, do you recall being
4  made aware of this interview that's described by
5  Robert Poppa in his deposition testimony and --
6  where he's watching an interview of Randy Carreno
7  talking to Tom Bledsoe and Mike Hayes?
8     A.  I was not there.
9     Q.  Do you recall being made aware of this
10 interview at any time?
11    A.  No.
12    Q.  Well, it's a pretty memorable to hear the
13 question about whether Tom Bledsoe had sex with a
14 dog, isn't it?
15       MR. TURNER:  Object to form.
16    A.  I did hear that.  I didn't know about the
17 interview though.
18 BY MS. BROWN:
19    Q.  Okay.  When do you recall learning that
20 investigators had asked Tom Bledsoe about having
21 sex with the dog?
22       MR. TURNER:  Object to form.
23    A.  I don't remember.
24 BY MS. BROWN:
25    Q.  Okay.  But at some point you -- you

Appino & Biggs Reporting Service, Inc.
5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

Page 93
1  learned that investigators had asked Tom about
2  having sex with the dog?
3      MR. TURNER: Object to the form.
4      A. I did hear that, yes.
5      BY MS. BROWN:
6      Q. Okay. And had you heard those rumors --
7  had you heard of any rumors about Tom Bledsoe
8  having sex with the family dog prior to the
9  Arfmann investigation?
10     A. No.
11     Q. Okay. Was there a -- a time you learned
12 during the Arfmann homicide investigation that Tom
13 Bledsoe was blaming Floyd Bledsoe for Camille's
14 death?
15     A. I don't remember how I heard or if that's
16 what I heard or...
17     Q. Do you remember hearing that Tom Bledsoe
18 was saying that he had run into Floyd Bledsoe on
19 the road, and Floyd had confessed to the crime?
20     A. No.
21     Q. Okay. Did you have any awareness from
22 1999 that polygraph interviews were going to be
23 conducted of Floyd and Tom Bledsoe prior to when
24 they were conducted?
25     A. Did I know about them beforehand?

Page 94
1      Q. Yes.
2      A. No, I did not.
3      Q. Did you find out about them afterwards?
4      A. I just knew they were going to be done.
5      Q. So you knew they were going to be done
6  beforehand?
7      A. It probably would have been the day of.
8      Q. Okay. And what did you hear about why
9  polygraphs on Tom Bledsoe were -- were going to be
10 administered?
11     MR. TURNER: Object to the form.
12     A. I'm not exactly sure how polygraphs work,
13 but it's hopefully to get the truth or any
14 deception is my understanding.
15     BY MS. BROWN:
16     Q. What were you told about the polygraphs
17 on -- in early November of 1999 that you recall as
18 you sit here today?
19     A. I don't recall anything other than they
20 happened.
21     Q. Okay. Did you know in 1999 -- or scratch
22 that.
23     As you sit here today, do you know of any
24 evidence that existed prior to the polygraph
25 examinations that would have suggested that Floyd

Page 95
1  was guilty of the crime?
2      A. I'm sorry. Can you rephrase that or ask
3  it again?
4      Q. Sure. Are you aware of any evidence that
5  existed prior to the polygraphs on November 12th
6  of 1999 that would have suggested that Floyd might
7  be guilty of the crime?
8      A. I do not know of any.
9      Q. Did you ever learn that Tom Bledsoe would
10 be given immunity in exchange for testifying
11 against Floyd Bledsoe?
12     A. No.
13     Q. Is this the first time you're hearing
14 today that Tom Bledsoe was given immunity in
15 exchange for testifying against Floyd?
16     A. It is.
17     Q. So I take it you have no information
18 about the circumstances by which Tom was given
19 immunity back in 1999; correct?
20     A. That is right.
21     Q. Okay. In 1999 or 2000 did you observe
22 any questioning of Tom Bledsoe at the Jefferson
23 County Law Enforcement Center?
24     A. No.
25     Q. In 1999 or 2000 did you observe any

Page 96
1  questioning of Tom Bledsoe at any place other than
2  the Jefferson County Law Enforcement Center?
3      A. No.
4      Q. In 1999 or 2000 did you have any
5  communications with Tom Bledsoe?
6      A. No.
7      Q. In 1999 or 2000 did you review any video
8  or audio recordings of any questioning of Tom
9  Bledsoe?
10     A. No.
11     Q. In 1999 or 2000 did you witness any
12 communications by Mike Hayes relating to the
13 Arfmann murder?
14     A. No.
15     Q. In 1999 or 2000 were you made aware of
16 any communications by Mike Hayes relating to the
17 Arfmann murder?
18     A. Can you rephrase that -- or I'm sorry,
19 can you reask that?
20     Q. Sure. In 1999 or 2000 were you made
21 aware of any communications by Mike Hayes relating
22 to the Arfmann murder?
23     A. Sheriff Dunnaway did talk to me about the
24 case once in a while, not very often, but he did
25 say that Mike and Tom had came in and talked to

Appino & Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street          6420 W. 95th Street           800 E. 1st Street
Topeka, KS 66604             Suite 101                     Suite 305
785-273-3063                 Overland Park, KS 66212       Wichita, KS 67202
www.appinobiggs.com          913-383-1131                  316-201-1612

Page 97

1  the investigators on the case.
2      Q.  Okay. What else do you recall Dunaway
3  telling you?
4      A.  Back then?
5      Q.  Yes.
6      A.  In 1999 or 2000? Nothing really other
7  than -- I don't even remember what he was saying
8  other than Mike and Tom were coming in to be
9  interviewed and had new information.
10     Q.  Okay. And relative to Camille going
11 missing on November 5th, you know, about when was
12 that communication that you had with Sheriff
13 Dunnaway?
14     A.  I don't remember. It would have been
15 well after that, but I -- I couldn't tell you what
16 day they came in.
17     Q.  Okay. So I'll represent to you that
18 Camille went missing on November 5th, and then Tom
19 and Mike Hayes went to the law enforcement center
20 on the night of November 7th, and it was on the
21 night of November 7th and the morning of November
22 8th that her body was -- the location of her body
23 was identified. So with that orientation, you
24 know, can you -- can you give us any sense of
25 when you heard from Sheriff Dunnaway that Mike and

Page 98

1  Tom were going to come in and talk to
2  investigators?
3      A.  He would have told me either -- either
4  the 7th or the 8th.
5      Q.  Okay. And did you ever learn what Mike
6  Hayes and Tom Bledsoe had told investigators on
7  November 7th or November 8th?
8      A.  No.
9      Q.  Did you participate in any questioning of
10 Floyd Bledsoe in 1999 or 2000?
11     A.  No.
12     Q.  In 1999 or 2000 did you observe any
13 questioning of Floyd Bledsoe?
14     A.  No.
15     Q.  Did you suggest any questions that would
16 be asked of Floyd Bledsoe?
17     A.  No.
18     Q.  Did you shape the interviews of Floyd
19 Bledsoe in any way?
20     A.  Did I -- I'm sorry, did I what?
21     Q.  Did you -- did you influence the
22 interviews of Floyd Bledsoe in any way?
23     A.  No.
24     Q.  Okay. Did you -- you didn't provide any
25 input into the questioning of Floyd Bledsoe in

Page 99

1  1999 or 2000; correct?
2      A.  No, ma'am.
3      Q.  Okay. So you had no participation in
4  interviews of Floyd or Tom Bledsoe in 1999 and
5  2000; correct?
6      A.  That is right.
7      Q.  Okay. Did you watch any parts of the --
8  any video of Floyd Bledsoe being interviewed?
9      A.  No.
10     Q.  Did you witness any communications by
11 Floyd Bledsoe during the Arfmann murder
12 investigation?
13     A.  Witness any communications? He -- he
14 Floyd would come to the law enforcement center,
15 but I did not hear or -- or know what he said or
16 what he wanted.
17     Q.  Other than that, did you witness any
18 statements made by Floyd Bledsoe during -- in 1999
19 or 2000 regarding the Arfmann homicide
20 investigation?
21     A.  No.
22     Q.  Okay. Tom and Floyd took polygraphs in
23 November 1999 to your knowledge, right?
24     A.  I knew they took them. I don't know when
25 for sure.

Page 100

1      Q.  Okay. Did you know that the polygraphs
2  were conducted by a KBI polygrapher by name of
3  George Johnson?
4      A.  I did know that, yes.
5      Q.  Okay. Are you familiar with George
6  Johnson?
7      A.  He has done some other polygraphs for the
8  sheriff's office in the past.
9      Q.  Okay. Prior to 1999 had he done any
10 polygraphs for the sheriff's office to your
11 knowledge?
12     A.  He's done them -- he's done them
13 beforehand and probably afterwards, after the
14 case. To know the exact dates, I would not know.
15     Q.  Got it. Okay. So by 1999 he had -- he
16 had done polygraph -- to your knowledge he had
17 done some polygraphs for Jefferson County before,
18 right?
19     A.  Yes, ma'am.
20     Q.  Okay. And what cases that you remember
21 did George Johnson work on polygraphs for the
22 Jefferson County Sheriff's Department on?
23     A.  I do not remember, but they would have
24 been either a major burglary or robbery or
25 homicide.

Appino Biggs Reporting Service, Inc.
TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

5111 SW 21st Street        6420 W. 95th Street        800 E. 1st Street
Topeka, KS 66604           Suite 101                  Suite 305
785-273-3063               Overland Park, KS 66212    Wichita, KS 67202
www.appinobiggs.com        913-383-1131               316-201-1612