UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FLOYD S. BLEDSOE,

Plaintiff,

v.

Case No.  16-2296-DDC-ADM

JIM WOODS, ESTATE OF GEORGE JOHNSON,
TERRY MORGAN, and MICHAEL HAYES,

Defendants.

## AFFIDAVIT

STATE OF KANSAS        )
                       ) ss:
COUNTY OF SHAWNEE      )

Comes now Victor J. Braden, of lawful age, and being first duly sworn under oath, does hereby state from personal knowledge as follows:

1.      In 1999, I was an Assistant County Attorney in Jefferson County, Kansas during the investigation of the murder of Camille Arfmann, and during the prosecution of Floyd S. Bledsoe for the murder of Camille Arfmann.

2.      Although I was not directly involved in the Camille Arfmann case, I recall that Thomas E. Bledsoe had been arrested for the murder of Camille Arfmann, and that he was represented in that case by Oskaloosa, Kansas attorney Michael Hayes.

3.      The Jefferson County Attorney in 1999, Jim Vanderbilt, prosecuted the murder of Camille Arfmann.

4.      During the investigation and prosecution of the Camille Arfmann murder, I personally witnessed interactions between Jim Vanderbilt and Michael Hayes.

EXHIBIT 9

5.      I believe that Michael Hayes was persuasive in his arguments to Jim Vanderbilt in Mr. Hayes' representation of Thomas E. Bledsoe.  However, I did not see or hear Michael Hayes do anything improper.

6.      I am aware that Jim Vanderbilt was involved in a divorce in 1999, and that Michael Hayes represented Jim Vanderbilt in that divorce.

7.      However, I do not believe that Michael Hayes representing Jim Vanderbilt in that divorce resulted in a conspiracy between Michael Hayes and Jim Vanderbilt as it related to Mr. Hayes' representation of Thomas E. Bledsoe or the Camille Arfmann murder.

8.      I am not aware of Michael Hayes or Jim Vanderbilt working together to fabricate or withhold any evidence with regard to the Camille Arfmann murder.

9.      I believe the decision to dismiss the charges against Thomas E. Bledsoe was Jim Vanderbilt's decision alone, and was not the result of any improper conduct by Michael Hayes.

10.     I believe that, based upon the evidence at the time, it was appropriate for Vanderbilt to have dismissed the charges against Thomas E. Bledsoe.

FURTHER AFFIANT SAITH NOT.

_Victor J. Braden_
Victor J. Braden

Subscribed and sworn to by Victor J. Braden before me this 5th day of July, 2023.

Windy M. Hogan
Notary Public - State of Kansas
My Appt. Expires 1/11/2027

_Windy M. Hogan_
Notary Public

My Appointment Expires:
1/11/2027

2