**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000356

To my wife
mary L shorre

KBI Subpoena 001114

EXHIBIT 12

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000357

Dear Mary

I am sorry, I really loved you, but I cannot go on. Its tearing me up inside I know the lord will take care of you

Hope you can forgive me. It не́d Anyg Fine I dont think god will forgive me for what I have done.

Best wishes to you and your kids.

sorry
Tom B.

P.S. Please cremate me

Its the cheapest way

KBI Subpoena 001115

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000358

To my mom and Dad

& Floyed and Cathy Bledsoe

KBI Subpoena 001116

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000359

Dear mom and dad

I am sorry I have caused all this pain

Floyd is innocent, the CA made me lye and keep my mouth shut.

Please dont be upset with me.

Please Tell Floyd I am sorry

Love
Tom

KBI Subpoena 001117

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000360

To whomever cores

KBI Subpoena 001118

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000361

To Whome This Values

I've sent a innocent man to prison, The Jefferson county police and county attorney Jim Vanderbilt made me do it.

I was told By Vanderbilt to keep my mouth shut.

Now I am going to set thing right

I Killed Camille Arfmann on Nov 5 1998

I had sex with her and killed her.

On Nov 5 1998, I stoped by my Brothers house around 4:30 to 5pm and Camille was there we talked a little and then went to my parents house, and she helped me do something, sorry my mind is blank on what we did, then we talked and then the conversation got moved to sex and she told me she's had sex before, with whom I don't know. Then she asked me and I said no, then it hopped so fast I don't Rember much, we had sex on my parents Bed, that's how my Fathers DNA got on her clothes. After wards we were leaving and I asked her not to tell, thats when I found out she was 14, and I freaked out

KBI Subpoena 001119

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000362

so I drove up to the ditch where the Family dump trash and tried to convince her not to tell, Everything was happening so fast I couldn't think.

I went to my truck and got my gun gun that was behind my seat and pushed her to the ground to try to scare her, but it failed when the gun went off behind her head. It was accident I didn't mean to kill her.

I as well might go ahead and say it I Raped and murdered a 14 year girl.

I tried telling the truth but No one would listen, I was told to keep my mouth shut. It tore me up doing it.

I would ask for forgiveness, But I know None will come, Not even from God.


Floyd S Bledsoe is innocent man

Thomas E Bledsoe is the Guilty one in

KBI000363

And here is the proote

the crime seine is less than 20 yards from the grove site where I berried her.

↗ grove
x site

you will find a empty gm shell No more than 20 yards of the ditch.

KBI Subpoena 001121

All that I can say is sorry to all and I seek Forgiveness. But I don't deserve any Not Even From God.

*[signature]*

KBI Subpoena 001122