## IN THE DISTRICT COURT OF JEFFERSON COUNTY, KANSAS

STATE OF KANSAS, )
          Plaintiff, )
  v. ) Case No. 99 CR 318
)
Thomas E. Bledsoe, )
          Defendant. )

### FIRST APPEARANCE/ARRAIGNMENT JOURNAL ENTRY

NOW on this 9th day of November, 1999, this case comes before the Honorable Dennis Reiling for first appearance/arraignment. The State appears by J.D. Vanderbilt, ~~Assistant~~ Jefferson County Attorney.

X The defendant appears ___ on bond X in custody ___ pursuant to summons X by counsel Michael C. Hayes.

___ The defendant does not appear, and
    ___ a 30 day letter shall be sent by the clerk of the district court.
    ___ a bench warrant shall issue
        ___ immediately
        ___ on the ____ day of _____, 199__, at _____.
        .M. on the following conditions:_____
_____
_____

THEREUPON, the Court reads the charges or explains the substance of the charges to defendant and informs the defendant of all constitutional and statutory rights at all stages of the proceedings including the right to counsel, to trial by jury, the burden upon the State to prove guilt beyond a reasonable doubt, and of the available pleas.

THEREUPON, the defendant states that he/she understands the nature of the charges and his/her rights, is currently knowingly and voluntarily acting without threat or promise, and is not under the influence of alcohol or controlled substance.

THEREUPON, the Court inquires about counsel:
X The defendant asks for a court appointed attorney. The Court finds that the defendant is entitled to a court appointed attorney and appoints Michael C. Hayes.
___ The defendant waives counsel by a separate waiver of counsel and after reviewing the same and further inquiry of the defendant the court finds from all evidence and statements that said waiver was knowingly and intelligently made and was voluntary.
___ The defendant intends to retain private counsel.
___ The nature of the charges do not create a right to counsel.
X Michael C. Hayes previously appointed.

HAYES 0004
EXHIBIT 14

On Count I: __Murder in the First Degree_____,
    in violation of: __KSA  21-3401 (a)_____, __off-grid__
____ class ____ misdemeanor ____ infraction ____ level __person__ felony,
____ The State moves to dismiss ____ the Court grants the States motion to dismiss without prejudice.
____ The defendant did not enter a plea.
____ The defendant pleaded _____ to____ the defendant was found _____ by the Court after a sufficient factual basis for a finding of guilt was provided by the State and stipulated to by the defendant.
____ The defendant pleaded not guilty.
_X_ The matter is set for preliminary hearing.

On Count II ____n/a_____,
    in violation of: _____,
____ class ____ misdemeanor ____ infraction ____ level _____ felony,
____ The State moves to dismiss ____ the Court grants the States motion to dismiss without prejudice.
____ The defendant did not enter a plea.
____ The defendant pleaded _____ to____ the defendant was found _____ by the Court after a sufficient factual basis for a finding of guilt was provided by the State and stipulated to by the defendant.
____ The defendant pleaded not guilty.
____ The matter is set for preliminary hearing.

On Count III: ____n/a_____,
    in violation of: _____,
____ class ____ misdemeanor ____ infraction ____ level _____ felony,
____ The State moves to dismiss ____ the Court grants the States motion to dismiss without prejudice.
____ The defendant did not enter a plea.
____ The defendant pleaded _____ to____ the defendant was found _____ by the Court after a sufficient factual basis for a finding of guilt was provided by the State and stipulated to by the defendant.
____ The defendant pleaded not guilty.
____ The matter is set for preliminary hearing.

On Count IV: ____n/a_____,
    in violation of: _____,
____ class ____ misdemeanor ____ infraction ____ level _____ felony,
____ The State moves to dismiss ____ the Court grants the States motion to dismiss without prejudice.
____ The defendant did not enter a plea.
____ The defendant pleaded _____ to____ the defendant was found _____ by the Court after a sufficient factual basis for a finding of guilt was provided by the State and stipulated to by the defendant.
____ The defendant pleaded not guilty.
____ The matter is set for preliminary hearing.

HAYES 0005

On Count V: _____N|A_____,
            in violation of: _____,
____ class ____ misdemeanor ____ infraction ____ level _____ felony,
____ The State moves to dismiss ____ the Court grants the States motion to dismiss without prejudice.
____ The defendant did not enter a plea.
____ The defendant pleaded _____ to ____ the defendant was found _____ by the Court after a sufficient factual basis for a finding of guilt was provided by the State and stipulated to by the defendant.
____ The defendant pleaded not guilty.
____ The matter is set for preliminary hearing.
_X_ the Court also orders as follows: __Bond set a  No bond defendant held w/o bond until preliminary hearing. Defendant waived further reading of complaint by counsel. Defendant waives preliminary Hearing within 10 days.__
____ the Court orders a presentence investigation report prepared by Court Service Officer.

           WHEREUPON, the Court sets the matter for __Preliminary Hearing__
on the _20, 21_ day of __December__, 199_9_, at _10:30_ a.M.

            **IT IS SO ORDERED.**

                                                _____
                                                JUDGE OF THE DISTRICT COURT

PREPARED BY:                                    APPROVED BY:

_____                 _____
Jim A. Vanderbilt #16951                        DEFENDANT
Jefferson County Attorney
Victor J. Braden #18524
Assistant Jefferson County Attorney             _Michael C. Hayes #11651_
ATTORNEY FOR PLAINTIFF                          ATTORNEY FOR DEFENDANT
                                                P.O. Box 367
                                                Oskaloosa, KS 66066
                                                785-863-2772

3