```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF KANSAS
 3
 4
 5
 6   FLOYD BLEDSOE,
 7              Plaintiff,
 8   vs.                         Case No. 2:16 CV 02296
 9   JEFFERSON COUNTY, KS, et al.,
10              Defendants.
11
12
13
14
15
16         VIDEO-RECORDED DEPOSITION OF JAMES W. WOODS,
17   a Defendant, taken on behalf of the Plaintiff,
18   pursuant to Notice, on February 2, 2023, at
19   Marriott SpringHill Suites, One Riverfront Plaza,
20   Lawrence, Kansas 66044, before
21
22                      MYLES A. MEGEE
23
24   Certified Realtime Reporter, Registered Professional
25   Reporter, Certified in Kansas, Missouri, and Iowa.
```

8700 Monrovia, Suite 310                                    (913) 825-2510
Lenexa, Kansas 66215-3500    Cornerstone                    Fax (913) 825-2530
www.cornerstonekc.net        Court Reporting Company LLC    office@cornerstonekc.net

EXHIBIT 15

```
 1          Q.   All right.  It says "On arrival, Dunnaway
 2   met with Carreno outside of law enforcement center
 3   and advised Tom Bledsoe currently had admitted to
 4   being involved.  Dunnaway advised victim was in a
 5   field with a bullet to the head."  Do you see that?
 6          A.   Yes.
 7          Q.   All right.  And you were Badge No. 655; is
 8   that right?
 9          A.   Correct.
10          Q.   All right.  And so it says that the --
11   that "In the conference room was Mike Hayes,
12   Vanderbilt, Dunnaway, Woods, Poppa, Kyle, and
13   another deputy in the conference room."
14               Do you remember that happening?
15          A.   No.
16          Q.   Do you have any reason to doubt that
17   that's what happened?
18          A.   No.
19          Q.   Do you remember Dunnaway and Mike Hayes
20   going away and talking for a while?
21          A.   No.
22          Q.   All right.  In any event, if you learned,
23   as a law enforcement officer, that not only did Tom
24   Bledsoe say, "You could find the dead body of the
25   14-year-old girl that you're looking for in the
```