```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF KANSAS
 3
 4
 5
 6   FLOYD BLEDSOE,
 7              Plaintiff,
 8   vs.                         Case No. 2:16 CV 02296
 9   JEFFERSON COUNTY, KS, et al.,
10              Defendants.
11
12
13
14
15
16   VIDEO RECORDED DEPOSITION OF TERRY L. MORGAN,
17   a Defendant, taken on behalf of the Plaintiff,
18   pursuant to Notice, on February 13, 2023, at
19   Ramada by Wyndham Topeka, 420 Southeast Sixth
20   Street, Topeka, Kansas 66607, before
21
22                    MYLES A. MEGEE
23
24   Certified Realtime Reporter, Registered Professional
25   Reporter, Certified in Kansas, Missouri, and Iowa.
```

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
www.cornerstonekc.net

Cornerstone
Court Reporting Company LLC

(913) 825-2510
Fax (913) 825-2530
office@cornerstonekc.net

EXHIBIT 16

1   before the Arfmann homicide investigation?
2       A.   I knew of him, that he was an attorney in
3   Jefferson County.
4       Q.   Did you know him to be the former
5   prosecutor in Jefferson County or the county
6   attorney?
7       A.   Yes.  I had heard that before, that he was
8   the former county --
9       Q.   Had you worked --
10      A.   I'm sorry.  The former county --
11      Q.   Had you worked on any cases with Michael
12  Hayes when he was the county attorney?
13      A.   Not to the best of my knowledge or memory.
14      Q.   Did you ever see Michael Hayes at the law
15  enforcement center during the Arfmann homicide
16  investigation?
17      A.   I do not recall.
18      Q.   Did you ever have a meeting with other
19  members of the Arfmann homicide investigation where
20  you talked about whether Floyd should be arrested or
21  not?
22           MR. TURNER:  Object to form.
23           MR. LINDEN:  Join.
24      A.   I do not recall.
25      Q.   (By Mr. Ainsworth)  Did you ever have a