UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FLOYD S. BLEDSOE,

        Plaintiff,

v.                                       Case No.  16-2296-DDC-ADM

JIM WOODS, ESTATE OF GEORGE JOHNSON,
TERRY MORGAN, and MICHAEL HAYES,

        Defendants.

**MEMORANDUM IN SUPPORT OF
DEFENDANT MICHAEL HAYES' MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT INDEX**

**Exhibit No.**

1. Cited Portions of Deposition of Michael Hayes, Vol. 1
2. Cited Portions of Deposition of Troy Frost
3. Cited Portions of Deposition of Jim Vanderbilt
4. Cited Portions of Deposition of Kirk Vernon
5. Cited Portions of Deposition of Jeffrey Herrig
6. Cited Portions of Deposition of Robert Poppa
7. Cited Portions of Deposition of Michael Hayes, Vol. 2
8. Cited Portions of Deposition of Randy Carreno
9. Affidavit of Victor J. Braden
10. Relevant Portions of Preliminary Hearing Transcript, Nov. 29, 1999
11. Cited Portions of Deposition of Plaintiff
12. Notes - KBI Subpoena 001114-001122
13. Cited Portions of Deposition of Ronnie Burke
14. First Appearance/Arraignment Journal Entry – HAYES 0004-6
15. Cited Portions of Deposition of James Woods
16. Cited Portions of Deposition of Terry Morgan