UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FLOYD S. BLEDSOE,

            Plaintiff,

v.                                                         Case No.  16-2296-DDC-ADM

JIM WOODS, ESTATE OF GEORGE JOHNSON,
TERRY MORGAN, and MICHAEL HAYES,

            Defendants.

## **DEFENDANT MICHAEL HAYES' MOTION TO EXCLUDE PORTIONS OF EXPERT TESTIMONY OF J. NICK BADGEROW**

Comes now Defendant Michael Hayes, by and through his attorneys, and pursuant to Federal Rule of Evidence 702 moves the Court to exclude portions of the proposed expert testimony of J. Nick Badgerow.

Specifically, Defendant Hayes requests the Court exclude the following opinions of Mr. Badgerow from trial and all other proceedings in this case:

1. Attorney Hayes, at the instruction, or at least acquiescence, of his client, District Attorney Jim Vanderbilt, engaged in a strenuous examination of Floyd S. Bledsoe, in the presence of his other client, Thomas Bledsoe, and law enforcement officers.

2. Given the dismissal of charges against Thomas Bledsoe and pursuit of charges against Floyd S. Bledsoe shortly after the November 12 videorecorded interview, Vanderbilt appears to have acquiesced to the conduct of attorney Hayes in his videotaped attacks against Floyd Bledsoe.

3. But for the conflicted representation of District Attorney Vanderbilt and Thomas Bledsoe, Attorney Hayes' improper conduct towards Floyd Bledsoe would likely not have been allowed by the sheriff's office or the prosecutor.

A Memorandum in Support of Defendant Hayes' Motion to Exclude Portions of Expert Testimony of J. Nick Badgerow is submitted contemporaneously herewith.

WHEREFORE, Defendant Michael Hayes respectfully requests this Court grant his Motion to Exclude Portions of Expert Testimony of J. Nick Badgerow.

/s/ Vincent M. Cox
Vincent M. Cox - 22051
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas 66604
TEL: 785/440-4000
FAX: 785/440-3900
vcox@cavlem.com
ATTORNEYS FOR DEFENDANT
MICHAEL HAYES

CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Vincent M. Cox
Vincent M. Cox - 22051
CAVANAUGH, BIGGS & LEMON, P.A.
3200 SW Huntoon
Topeka, Kansas 66604
TEL: 785/440-4000
FAX: 785/440-3900
vcox@cavlem.com
ATTORNEYS FOR DEFENDANT
MICHAEL HAYES