UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BLEDSOE,<br><br>  Plaintiff,<br><br>v.<br><br>JEFFERSON COUNTY, ET. AL.,<br><br>  Defendants. | Case No. 2:16-cv-02296-DDC-ADM |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBITS CONVENTIONALLY**

Plaintiff Floyd Bledsoe, by and through his counsel, hereby moves this Court to permit the conventional filing of exhibits in support of Plaintiff's Motion for Partial Summary Judgement. In support of this motion, Plaintiff states the following:

1. This action has been pending in the United States District Court of Kansas since 2016.

2. On June 28, 2023, the parties engaged in a mediation conference in effort to resolve this matter prior to trial.

3. On July 7, 2023, this Court issued an order entering July 19, 2023 as the deadline to file any dispositive motions in this case (Dkt. 329).

4. The parties have yet to finalize a settlement agreement, and Plaintiff intends to file his Motion for Summary Judgment by the deadline of July 19th.

5. Counsel for Plaintiff conferred with defense counsel and Defendants do not object to Plaintiff filing exhibits conventionally.

6. This Court has the authority to grant a motion for leave to file exhibits conventionally pursuant to Administrative Rule IV. C.

WHEREFORE, Plaintiff requests this Court to permit the conventional filing of Exhibit 4

and Exhibit 37 in support of his Motion for Partial Summary Judgment.

                    Respectfully submitted,

                    **FLOYD S. BLEDSOE**

                    BY**:** /s/ Josh Loevy
                      *One of Plaintiff's Attorneys*

Jon Loevy
Josh Loevy
Russell Ainsworth
Ruth Z. Brown
Theresa Kleinhaus
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Phone: 312-243-5900
Fax: 312-243-5902

Dionne Scherff
ERICKSON SCHERFF (No. 15066)
10990 Quivira, Suite 200
Overland Park, KS 66210
Phone: (913) 948-9490
Fax: (913) 491-6398

**CERTIFICATE OF SERVICE**

I, Josh Loevy, an attorney, certify that, on July 19, 2023, I caused the foregoing motion to be filed via the Court's electronic filing system, which effected service on all counsel of record.

/s/ Josh Loevy