# EXHIBIT 2

FILED BY CLERK
KS. DISTRICT COURT
THIRD JUDICIAL DIST.
TOPEKA, KS

2019 MAY 22  P 4: 36

## IN THE THIRD JUDICIAL DISTRICT COURT OF KANSAS, SHAWNEE COUNTY

In the matter of the  )
Wrongful conviction of  )  Case No. 2018-CV-000539
FLOYD SCOTT BLEDSOE  )

### CERTIFICATE OF INNOCENCE AND ORDER

Floyd Scott Bledsoe, ("the Claimant" or "Claimant"), filed an action for relief under 2018 Kansas Laws Ch. 108 (H.B. 2579), now codified at K.S.A. 60-5004 ("the Statute"). The Court finds and orders as follows:

1. The Claimant was convicted by the State of Kansas in the County of Jefferson of multiple felonies arising from the death of Zetta Camille Arfmann, and subsequently imprisoned.

2. The Claimant did not commit the offenses for which he was convicted.

3. The Claimant was not an accessory or accomplice to the acts that were the basis of the conviction.

4. The Claimant did not commit or suborn perjury, fabricate evidence, or by the Claimant's own conduct cause or bring about the conviction.

5. The Claimant's conviction was vacated and the charges against him dismissed.

6. The Claimant, who was convicted, imprisoned and released from custody before July 1, 2018, timely commenced this action prior to July 1, 2020.

7. The State of Kansas does not oppose the Claimant's action for relief.

IT IS THEREFORE ORDERED as follows:

That the Petition for Certificate of Innocence is GRANTED.

PlaintiffFB 000001

IT IS SO ORDERED, this __22__ day of __May__, 2019.

_____
~~Franklin R. Theis~~
Judge of the District Court
Division Seven

Approved By:

s/ Joshua Loevy
_____
Joshua Loevy, KS #26312
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
Phone: 3112-243-5900
Email: Joshl@Loevy.com
*Attorneys for Claimant*

OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT

s/ Shon D. Qualseth
_____
Shon D. Qualseth, KS #18369
Dennis D. Depew, KS #11605
Assistant Attorneys General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-6797
Email: shon.qualseth@ag.ks.gov
         dennis.depew@ag.ks.gov
*Attorneys for the State of Kansas*