# EXHIBIT 3

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000356

To my wife
mary L shove

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI000357

Dear Mary

I am sorry, I really loved you, but I cannot go on. Its tearing me up inside I Now the Lord will take care of you

Hope you can Forgive me. IF not that's Fine I dont think god will Forgive me For what I have done.

Best wishes to you and your kids.

Sorry
Tom B.

P.S. Please cremate me

Its the cheapest way.

KBI Subpoena 001115

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI000358

To my mom and Dad

& Floyed and Cathy Bledsoe

KBI Subpoena 001116

KBI000359

Dear mom and dad

I am sorry I have caused all this pain

Floyd is innocent, the C.A. made me lye and keep my mouth shut.

Please dont Be upset with me.

Please Tell Floyd I am sorry

Love

TOM

KBI Subpoena 001117

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI000360

To whoever cares

KBI Subpoena 001118

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI000361

To whome this valves

I sent a innocent man to prison, The Jefferson county police and county attorney Jim Vanderbelt made me do it.

I was told by Vanderbelt to keep my mouth shut.

Now I am going to set thing right

I killed Camille Arfmann on Nov. 5 1999

I had sex with her and killed her.

On Nov 5 1999, I stoped by my Brothers house around 4:30 to 5pm and Camille was there we talked a little and then went to my parents house, and she helped me do something. Sorry my mind is blank on what we did. then we talked and then the conversation got moved to sex and she told me she's had sex before with whome I don't know. Then she asked me and I said no, then it happed so fast I don't rember much, we had sex on my parrents bed, that's how my Fathers DNA got on her clothes. Afterwards we were leaving and I asked her not to tell, that's when I found out she was 14, and I freaked out

KBI Subpoena 001119

KBI000362

so I drove up to the ditch where the Family dump trash and Tried to convice her Not to tell, Everything was happening so Fast I couldnt think.

I went to my truck and got my gun gun that was behind my seat and pushed her to the ground to try to scare her, but it Failed when the gun went off behide her head It was accident I didn't mean to Kill her

I as well might go ahead and say it I Raped and murdered a 14 year girl.

I tried telling the truth but No-one would listen, I was told to keep my mouth shut

It tore me up doing it

I would ask For Forgiveness, But I know None will come, Not eveon From God.


Floyd S Bledsoe is innecent man

Thomas E Bledsoe is the Guilty one is

KBI Subpoena 001120

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI000363

~~Cert~~

and here is the proofe

the crime seinee is less than 20 yards from the grove site where I berried her.

X grove site

you will find a empty gm shell No more than 20 yards of the ditch.

KBI Subpoena 001121

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI000364

All that I can say is sorry to all and I seek Forgiveness. But I don't deserve any Not Even From God.

*[signature]*

KBI Subpoena 001122