# EXHIBIT 4

## (Digital Exhibit)