# EXHIBIT 5

**Transcript of Tom Bledsoe's telephone messages to Jim Bolinger.**

Hi, Jim. This is Tom. I just wanted you to be the first to know. Ah- I know - I lied to you. I know where Camille is. And when you get this message I turned myself into the police department. You don't know the grief that went through me as I sat there thinking, I (inaudible) wish I never did it. I hurt the church. I hurt God. Most of all, I let everybody down. All I can say is, I'm sorry. I will pay for the rest of my life for what I have, what I have done. And all I can ask is for the church to remain strong. And, ah, please, forgive me. Also, one other thing as a favor to me, please remember my Mom and Dad. Help them as they go through the (inaudible) help with the pain (inaudible). Thank you, Jim. I'm sorry. Bye. (Sunday, 8:55 P.M.)

Hi, Jim. It's me again, Tom. Please hold - help my Mom and Dad through this. Right now, they're, they're disappointed in me. I know the church will be too. All I can ask is forgiveness for what I have done. I will pay the rest of my life for what I have done. The other night, I wanted to get up and say it in front of the church, but I didn't have enough guts. I'm sorry. I don't - I don't know what went through my mind. But right now you're probably shocked. I wish I could turn the clock back, but I can't. I had a choice. I made my choice. I wish I didn't. Now I'll pay. I'm sorry. Bye. (Sunday, 9:01 P.M.)

PETITIONER'S EXHIBIT 15A

195

IN THE SECOND JUDICIAL DISTRICT
DISTRICT COURT, JEFFERSON COUNTY, KANSAS

PERSONS IN CUSTODY

FLOYD S. BLEDSOE, #70545    )
    Plaintiff,    )
        )
vs.    ) Case No: 03CV19
        )
STATE OF KANSAS,    )
    Defendant.    )

### STIPULATION

COMES NOW the parties above-named, and hereby stipulate that the audio-tape of Tom Bledsoe's telephone messages to James Bolinger be admitted into evidence as Petitioner's Exhibit 15, and be considered by the Court in addition to the other evidence adduced at the October 22, 2004 hearing. Attached to this stipulation is a typed transcript of the messages contained in Petitioner's Exhibit 15, which was prepared by the Plaintiff, and which is submitted as Plaintiff's Exhibit 15A.

SO STIPULATED.

Richard Ney, #11985
Ney, Adams & Sylvester
200 N. Broadway, Suite 300
Wichita, Kansas 67202
Tel: (316) 264-0100
Fax: (316) 264-1771
Attorney for Plaintiff

Lee J. Davidson, #17236
Assistant Attorney General
Criminal Litigation Division
120 SW 10th Avenue, Second Floor
Topeka, Kansas 66612
Tel: (785) 296-2215
Fax: (785) 291-3875
Attorney for Defendant