# Exhibit 6

*From: Heather*
*Rcvd 11-08-99*
*10:45am ALM*

```
Supplemental Report:    CALLS FOR SERVICE    Incident: S 99005455   KBI001451
=====================================================================
Rpt  Date      Time   Offcr   Subject
03   11/07/99  0000   00044   supplemental report
---------------------------------------------------------------------
```

On 11-07-1999, this officer Deputy Kyle with the Jefferson County Sheriff's Department was requested to contact Jim Bolinger at 913-796-6593. This was at 2148. I called him back and he said that he received a phone call from Tom Bledsoe saying that he (Tom) knew where Camille was and that he was going to turn himself in. Jim asked if Tom was at the Sheriff's Department yet. I told him not to my knowledge. Jim asked that I call him back on his other line so that I could listen to the recording.

I got a micro-cassette recorder from Deputy Kufahl and attempted to record with the recorder next to the earpiece. After doing this, I asked Jim to play it again and I put it on speakerphone to try to get another recording in case the first did not work. (This was done because the answering service is a digital service and there is no actual physical answering machine.) During the second attempt to record, I could hear a man identified as "Tom" saying that he didn't know why he did what he did, and that he would pay for the rest of his life, and that he was sorry. Jim said that it would be okay if I came over to the house to try to get a better recording. I told him I would try to do that.

I advised Sheriff Dunnaway. He requested that I get a recording off Jim Bolinger's phone. I called Jim and told him that we would be there in a few minutes. Deputy Kufahl and I both went to his residence.

There were two phone calls received from Tom. The first was 8:55pm and the second was 9:01pm. I had Jim play the recording three times. The first time I recorded the information, which came out fairly clearly on the cassette. The second time I attempted to write down what was being said. The third time, I listened to get clarification. We spoke with Jim for awhile as he was very upset. We cleared this residence and returned to the LEC in Oskaloosa.

When I arrived, I showed the information to Sheriff Dunnaway and to Sgt. Poppa. I was requested to transcribe the tape, which I did. I turned the micro-cassette tape over to Sgt. Poppa (with attached evidence custody sheet) as well as the transcription of the tape.

Deputy Kyle
JFSO

99005455
11-07-1999
Deputy Kyle

Telephone messages left on Jim Bolinger's answering machine from Tom Bledsoe.

Hi, Jim, this is Tom. I...wanted you to be the first to know. I know...I lied to you. I know where Camille is. And when you get this message, I'm going to turn myself in to the police. ...went through...I said. I wished I never did it. I hurt the church, I hurt God, most of all, I let everyone down. All I can say is, I'm sorry. I'll pay for the rest of my life for what I've done. All I can ask is for the church to remain strong. Please forgive me. As a favor, please remember my mom and dad. Help them when they go through...Help with pain...I'm about to...Thank you, Jim. Sorry. Goodbye.

8:55pm

Hi, Jim. Me again. Tom. Please help mom and dad through this. Right now they're disappointed. I know that the church will be, too. All I can ask...forgive me for what I've done and I will pay for it for the rest of my life. I wanted to tell you in front of the church, but I didn't have enough guts...I'm sorry. I don't know what went through my mind. ... Right now you're probably pretty shocked. I wish I could turn the clock back, but I can't. I made my choice. I wish I didn't. I'm sorry. Bye.

9:01pm

