# EXHIBIT 9



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

FLOYD BLEDSOE,

      Plaintiff,

v.                                    Case No. 2:16 CV 02296

JEFFERSON COUNTY, KS, et al.,

      Defendants.

_____

COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS



NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800) 528-3335
NAEGELIUSA.COM

**REMOTE VIDEOTAPED DEPOSITION**

**KIRK VERNON**

**TAKEN ON**
**TUESDAY, APRIL 18, 2023**
**10:43 A.M.**

**COLLEGE PARK OFFICES SUITES**
**2611 SOUTHWEST 17TH STREET**
**TOPEKA, KANSAS 66604**

1          **APPEARANCES BY VIDEOCONFERENCE**

2

3   **Appearing on behalf of the Plaintiff:**

4   RUTH Z. BROWN, ESQUIRE

5   **Loevy & Loevy**

6   311 North Aberdeen Street, Third Floor

7   Chicago, Illinois 60607

8   (312) 243-5900

9   (312) 243-5902 (Fax)

10  ruth@loevy.com

11

12  **Appearing on behalf of Kirk Vernon:**

13  J. RICHARD LAKE, ESQUIRE

14  **Lake Law**

15  110 West Fifth Street

16  Holton, Kansas 66436

17  (785) 364-4161

18  lakelawks@gmail.com

19

20

21

22

23

24

25



1        **APPEARANCES BY VIDEOCONFERENCE CONTINUED**

2

3    **Appearing on behalf of Defendant, Michael Hayes:**

4    VINCENT COX, ESQUIRE

5    **Cavanaugh Biggs & Lemon, PA**

6    3200 Southwest Huntoon Street

7    Topeka, Kansas 66604

8    (785) 440-4000

9    (785) 440-3900 (Fax)

10   vcox@camlem.com

11

12   **Appearing on behalf of Jim Woods, Terry Morgan, and the**

13   **Estate of George Johnson:**

14   SHON D. QUALSETH, ESQUIRE

15   **KC Attorney General**

16   120 Southwest Tenth Avenue, Suite 200

17   Topeka, Kansas 66612

18   (785) 368-8424

19   shon.qualseth@ag.ks.gov

20

21   -and-

22

23

24

25



1        **APPEARANCES BY VIDEOCONFERENCE CONTINUED**

2

3    MILESHA SEGUN, ESQUIRE

4    **Wyandotte County District Attorney**

5    710 Seventh Street

6    Topeka, Kansas 66101

7    (913) 573-2851

8    (913) 573-2948 (Fax)

9    milesha.segun@ag.ks.gov

10

11   **ALSO PRESENT:**

12   Michael Hayes, Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

**NAEGELI**
DEPOSITION & TRIAL

**(800)528-3335**
**NAEGELIUSA.COM**

1                              INDEX

2                                                    Page

3

4   EXAMINATION BY MS. BROWN                          10

5

6   EXAMINATION BY MR. QUALSETH                       156

7

8   EXAMINATION BY MR. COX                            173

9

10   FURTHER EXAMINATION BY MR. QUALSETH              175

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                         EXHIBITS

 2   Exhibit                                      Page

 3

 4     177       REPORT                             98

 5

 6     235       REPORT                             75

 7

 8     236       REPORT                             79

 9

10     237       REPORT                             87

11

12     239       REPORT                            105

13

14     240       REPORT                             89

15

16     241       REPORT                             91

17

18     242       TRANSCRIPT                         14

19

20     248       REPORT                             93

21

22     249       LETTER                             94

23

24     252       EMAIL                              35

25
```



NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

```
 1              EXHIBITS CONTINUED

 2   Exhibit                              Page

 3

 4    255      LEAD SHEET                  72

 5

 6    258      TRANSCRIPT                  45

 7

 8    404      ARREST                     157

 9

10    405      LETTER                     175

11

12    406      STATEMENT                  160

13

14    407      REPORT                     161

15

16    408      REPORT                     166

17

18

19

20

21

22

23

24

25
```



NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

**REMOTE VIDEOTAPED DEPOSITION**

**KIRK VERNON**

**TAKEN ON**

**TUESDAY, APRIL 18, 2023**

**10:43 A.M.**


1   **THE VIDEOGRAPHER:**  We are on the record.

The time is now 10:43 a.m.  The date is Tuesday,

April 18th, 2023.  This is the beginning of the

deposition of Mr. Kirk Vernon.  The case caption is

Bledsoe versus Jefferson County, Kansas.  Will

counsel introduce yourselves and please state whom

you represent.

   **MR. LAKE:**  J. Richard Lake, representing

Kirk Vernon.

   **MS. BROWN:**  Good morning.  Ruth Brown,

representing the plaintiff, Floyd S. Bledsoe.

   **MR. QUALSETH:**  Shon Qualseth and Milesha

Segun for Jim Woods, Terry Morgan and the estate of

George Johnson.

   **MR. COX:**  Vincent Cox, representing

defendant, Michael Hayes.

   **THE VIDEOGRAPHER:**  And will the court

reporter please now swear in the witness.

   **MS. BROWN:**  And just for the record,



1   Defendant Michael Hayes is present and observing the

2   deposition.

3            **THE REPORTER:**  Thank you.  My name is

4   Jennifer Brooks.  I'm your court reporter for today.

5   I have a quick statement to make for the record.  I

6   would like everyone to please speak loudly, slowly

7   and clearly so I can make an accurate transcript

8   today.  Please do not talk over one another because

9   I can only report one person at a time.

10           I will be administering an affirmation for

11  any testimony given, and I would like to stipulate

12  for the record that the remote testimony will be

13  captured by myself, a professional digital reporter.

14  The testimony will be transcribed and certified.

15           Ms. Brown, do you agree to move forward?

16           **MS. BROWN:**  Yes, thank you.

17           **THE REPORTER:**  Mr. Lake, do you agree?

18           **MR. LAKE:**  I do.

19           **THE REPORTER:**  Mr. Cox, do you agree?

20           **MR. COX:**  Yes.

21           **THE REPORTER:**  Mr. Qualseth, do you agree?

22           **MR. QUALSETH:**  Yes.

23           **THE REPORTER:**  And also present in the

24  room is Milesha Segun.  Do you agree?

25           **MS. SEGUN:**  Yes.



1          **THE REPORTER:**  Thank you.  Mr. Vernon, may

2    you please raise your right hand.

3          Do you solemnly affirm, under penalty of

4    perjury, that you are Kirk Vernon, and that the

5    testimony that you are about to give will be the

6    truth, the whole truth, and nothing but the truth?

7          **THE DEPONENT:**  I do.

8          **THE REPORTER:**  Thank you.

9          Counsel, you may proceed.

10         Prior to doing that though, I did notice

11   Mr. Cox is in the waiting room.  Is that -- should I

12   admit you, sir?

13         **MR. COX:**  Sure.  I thought that might be

14   helpful. I can login if you want.

15         **THE REPORTER:**  Okay.  One moment, please.

16   Counsel, you may proceed.

17         **MS. BROWN:**  Okay.  Thank you.

18   **KIRK VERNON**, having been first duly sworn, was

19   examined, and testified as follows:

20   **EXAMINATION**

21   **BY MS. BROWN:**

22     Q.   **So good morning again, sir.  My name is**

23   **Ruth Brown, and I'm an attorney for Floyd S.**

24   **Bledsoe, who is the plaintiff in this lawsuit.  Have**

25   **you ever had your deposition taken before?**



1        A.    Years ago.

2        Q.    Okay.  I'd like to begin just by going

3  over the ground rules so everyone's on the same

4  page.  Okay?

5        A.    Sure.

6        Q.    Okay.  As you, I think, you're aware

7  there's a court reporter who's going to be taking

8  down all of the questions and answers.  And just

9  like in court, you know, she can't take down head

10  nods and uh-huhs and huh-uhs, so I'd ask you to just

11  do your best to give a verbal response to my

12  questions.  Okay?

13       A.    Yes.

14       Q.    And everyone forgets so I might -- you

15  know, I might remind you during the course of the

16  deposition. Okay?  Okay, sir?

17       A.    Yes.

18       Q.    Great.  And if you and I were having a

19  conversation, we might naturally anticipate where

20  the other one was going over and talk over one

21  another a little bit. But just like in court, you

22  know, the court reporter can't take down two people

23  speaking at the same time, so I'd ask you to just do

24  your best to try to remember to let me finish asking

25  my question before you begin your answer. Okay?

1    A.    Okay.

2    Q.    And I will do my best to wait until you've

3  finished your answer before I begin my next

4  question. Okay?

5    A.    Okay.

6    Q.    If at any time you don't hear one of my

7  questions or you didn't understand it or you need me

8  to repeat or rephrase it, please let me know and I'm

9  happy to do that. Okay?

10    A.    Okay.

11    Q.    If at any time you remember information

12  that's responsive to one of my questions and you'd

13  like to supplement your answers, please let me know

14  and I'll give you the chance to do so.  Okay?

15    A.    Okay.

16    Q.    Okay.  You understand that you're giving -

17  - you will be giving sworn testimony under oath

18  today?

19    A.    Yes, I do.

20    Q.    Okay.  Is there any reason that you cannot

21  testify accurately and truthfully today?

22    A.    No, there is not.

23    Q.    Okay.  You're not on any medications that

24  would impact your ability to testify today?

25    A.    I am not.

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1      Q.   Okay.  And you have no medical conditions

2   that would impact your ability to testify today?

3      A.   No.

4      Q.   Okay.  If you need to take a break at any

5   time, please just let me know, you know, and I'm

6   absolutely happy to do that and allow you to take a

7   break.  Okay?

8      A.   Okay.

9      Q.   The only thing I ask is that you just

10  finish answering any pending question before we take

11  the break. Fair?

12     A.   Yes.

13     Q.   Okay.  Have you reviewed any of the

14  complaints in this lawsuit that were filed by Floyd

15  S. Bledsoe?

16     A.   When it was -- the original complaint that

17  was filed back in 2016, I reviewed that and I can't

18  -- I don't recall whether I've reviewed any of --

19  because I know that there's been revisions or

20  supplemental.  I don't recall whether I've seen

21  those or not.

22     Q.   Okay.  But you have an understanding that

23  this is a lawsuit arising out of a conviction of

24  Floyd S. Bledsoe for a murder that he alleges he

25  didn't commit, right?

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

 1      A.   Yes.

 2      Q.   Okay.  And you participated in the Arfmann

 3  investigation in 1999, correct?

 4      A.   Yes.

 5      Q.   Okay.  Let's take a look at Exhibit 242.

 6           MS. BROWN:  Adam, can you -- or Vince, are

 7  you able to hand that one to the witness?  And I

 8  will put it up on the screen as well.

 9  BY MS. BROWN:

10      Q.   Okay.  Can you see this exhibit on the

11  screen in front of you --

12      A.   Yes.

13      Q.   -- Officer Vernon?

14      A.   Yes.

15      Q.   Okay.  And you have a copy in front of you

16  as well?

17      A.   Yes.

18      Q.   Okay.

19           MR. COX:  Ruth, can you share it in the

20  chat too?

21           MS. BROWN:  Let me see how to do that.

22           THE REPORTER:  Which party was that that

23  spoke?

24           MR. COX:  This is Mr. Cox.

25           THE REPORTER:  Thank you.



1          MR. COX:  If that's too difficult, Ruth,

2    you can go ahead.

3          MS. BROWN:  All right.  I'm almost there.

4    Give me just a sec.  Okay.

5    BY MS. BROWN:

6       Q.   So just for the record, this is the

7    exhibit that's been previously marked 242, and it's

8    just a copy of your testimony in 2015 at the

9    proceeding in Floyd Bledsoe's case, the Motion to

10   Vacate Judgment.  Do you remember participating in

11   that hearing?

12      A.   Yes, I do.

13      Q.   Okay.  And I'd just like to direct your

14   attention to page 7 of the exhibit.  And do you see

15   there where it says in line 4 -- sorry, line 10.

16   "Were you involved in the original investigation of

17   this case?"  Answer, "Yes, I was."  Question, "How

18   were you involved?"  Answer, "I was a newer

19   detective at the time, and I was given several leads

20   to follow up on throughout the course of the

21   investigation, so I would go out and conduct an

22   interview or go out and look for this, and I'd

23   return my results to those that were in charge at

24   the time."  Do you see that testimony?

25      A.   Yes.

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1    Q.   Okay.  And is that an accurate description

2   of your role in the 1999-2000 Arfmann homicide

3   investigation?

4    A.   Yes.

5    Q.   Okay.  So back in 1999-2000, you were not

6   making decisions on which leads would be followed up

7   on during the Arfmann homicide investigation, right?

8    A.   Correct.

9    Q.   Okay.  And you were not making decisions

10  on what would be documented apart from your personal

11  documentation of leads that you were working on,

12  right?

13   A.   Correct.

14   Q.   Okay.  Who was running the Arfmann

15  homicide investigation back in 1999 and 2000?

16   A.   Sheriff Dunnaway.

17   Q.   Okay.  And that was Sheriff Dunnaway for

18  Jefferson -- the Jefferson County Sheriff's

19  Department?

20   A.   Correct.

21   Q.   Okay.  And Randy Carreno was the lead

22  detective on the case for Jefferson County, right?

23   A.   Correct.

24   Q.   Okay.  And Jefferson County, at the start

25  of the investigation, reached out to the KBI for

1   assistance, right?

2        A.   Yes.

3        Q.   Okay.  And the KBI -- agents from the KBI

4   joined the investigative team back in 1999, right?

5        A.   Yes.

6        Q.   Okay.  And the KBI agents were kind of

7   seen as the experts, right?

8            MR. QUALSETH:  Object to the form.  This

9   is Shon. You can answer.

10           THE DEPONENT:  I would say that in my

11  opinion, they had subject matter expertise like Mr.

12  Johnson was utilized as a polygrapher because we

13  didn't have one.

14  BY MS. BROWN:

15       Q.   Got it.  And so the KBI agents had -- they

16  had access to some resources that the Jefferson

17  County Sheriff's Department didn't have; is that

18  right?

19       A.   Yes.

20       Q.   Okay.  So they had access to polygraphs as

21  one example, right?

22       A.   Yes.

23       Q.   And KBI had access to more lab testing,

24  right?

25       A.   Yes.

1        Q.   Okay.  And so -- and Jefferson County --

2   the Jefferson County Sheriff's Department, back in

3   1999 and 2000, did not investigate a lot of

4   homicides, right?

5        A.   Correct.

6        Q.   And it's a fairly small county, and there

7   were not a lot of homicides in Jefferson County back

8   in that timeframe, right?

9        A.   Correct.

10        Q.   Okay.  So to your understanding, was KBI

11   brought in on the murder investigation because, you

12   know, they were seen as having more subject matter

13   expertise in homicide investigation?

14        A.   I suppose you could phrase it that way.

15        Q.   Okay.  Would you phrase it a different

16   way?  Is that accurate as I phrased it?

17        A.   The bureau is primarily an assisting

18   agency that when you need additional manpower,

19   additional resources that your agency may not have,

20   they're available for your agency to request their

21   assistance.

22           MR. LAKE:   And I'm going to object at this

23   point. This is Dick Lake.  You're asking him for the

24   basis of someone else's decision.  I don't think

25   it's been established that he's the one that decided

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1  to bring the KBI in.

2          MS. BROWN:  Oh, no.  I certainly didn't

3  mean to imply that.  I was just asking what his

4  understanding was at the time of why KBI was brought

5  in.  Okay.

6          MR. LAKE:  If he knows.

7          MS. BROWN:  Of course, if he knows, yes.

8  Okay.

9  BY MS. BROWN:

10      Q.  So the lead investigator in the case from

11  KBI back in 1999 and 2000 was Special Agent Jim

12  Woods; is that right?

13      A.  I would believe so.

14      Q.  Okay.  Now, when you participated in the

15  Arfmann homicide investigation back in 1999 and you

16  investigated leads that were -- you were instructed

17  to investigate, you reported that information to the

18  leads on the case, right?

19      A.  Yes.

20      Q.  And who would you report that to?

21      A.  I would just turn them in.  There was no

22  designated person but ultimately, we needed to make

23  sure that Sheriff Dunnaway and Captain Carreno

24  received that information.

25      Q.  Okay.  And when you say you turned them

1  in, did you turn them in, you know, by hand to

2  Sheriff Dunnaway or through some different method?

3      A.   Would've turned them in through Records,

4  ultimately.

5      Q.   What do you mean by that?  Can you

6  describe the process?

7      A.   Back in the day, we had a box that we

8  would drop our report in and a log that we would

9  write those report numbers on.

10      Q.   Okay.  And so did you turn all of your

11  reports into the box, or did you give some of them

12  to, you know, Randy Carreno or Sheriff Dunnaway to

13  then turn into the box?

14      A.   I would -- I don't recall ever handing

15  anything directly to Captain Carreno or Sheriff

16  Dunnaway.

17      Q.   Okay.  All right.  Now, you -- when you

18  were following up leads that you were instructed to

19  carry out and you documented those, your

20  investigation and police reports, you tried to be

21  accurate and thorough in your police reports, right?

22      A.   Correct.

23      Q.   Okay.  And you knew that your fellow

24  officers would rely on your police reports during

25  the course of the investigation, right?

NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM

1      A.   Correct.  And the county attorney.

2      Q.   Okay.  And you know -- you knew also if

3  there's a criminal prosecution, the defendant's

4  attorney would rely on your reports, right?

5      A.   Correct.

6      Q.   And so you included all information that

7  was potentially material to the investigation in

8  your reports, right?

9      A.   Yes.

10     Q.   And you knew that you should include

11  information that both helped or hurt the police case

12  against the suspect, right?

13     A.   Correct.

14     Q.   Okay.  That was your understanding as a

15  detective back in 1999 that you were supposed to

16  include information, you know, both that helped the

17  police suspect or hurt the police suspect, right?

18     A.   Correct.

19     Q.   Okay.  And you did your best in your

20  police reports to be accurate, right?

21     A.   Yes.

22     Q.   And you did your best in your police

23  reports to be thorough, correct?

24     A.   Yes.

25     Q.   Okay.  Back in the 1999-2000 timeframe,

1  there was -- to your knowledge, there was some level

2  of coordination between the KBI and the Jefferson

3  County Sheriff's Department officers regarding the

4  course of the investigation, right?

5      A.   Yes.

6      Q.   Do you recall how that coordination

7  happened? You know, were they case meetings that you

8  were aware of?

9      A.   There were meetings, briefings when you're

10 conducting a homicide investigation, occurring

11 daily, if not multiple times a day.

12     Q.   Okay.  And do you recall whether you

13 personally participated in the -- you know, these

14 case meetings and briefings back in the 1999-2000

15 timeframe?

16     A.   I would've been in some.  Not all.

17     Q.   Okay.  Other than case meetings and

18 briefings, are there other ways in which -- scratch

19 that.  Never mind. So I understand this

20 investigation took place well over 20 years ago.

21 How would you characterize your memory today of the

22 events that took place during the 1999-2000 Arfmann

23 homicide investigation?

24     A.   Probably like most other people, I mean

25 I'm not going to tell you that I recall everything

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1  that I did during that investigation.  I'm sure that

2  if conversation was being held, that, you know, just

3  like anyone else, it would spark a memory, oh, yeah,

4  I remember that now that you've brought it up.  I

5  have, I think, a fairly good general understanding

6  of what was going on during that time or good memory

7  of what was going on.

8  　　　Q.　　Okay.  Do you have an independent memory,

9  as you sit here today, of any of the case meetings

10  or case briefings that you participated in during

11  the Arfmann homicide investigation back in 1999?

12  　　　A.　　Of any one in particular, no.

13  　　　Q.　　Okay.  Okay.  When I refer to Floyd

14  Bledsoe or Floyd, can we agree that we're -- that

15  I'll be referring to the plaintiff in this case,

16  Floyd S. Bledsoe?

17  　　　A.　　Yes.

18  　　　Q.　　Okay.  And if either one of us wishes to

19  refer to the plaintiff's father, Floyd L. Bledsoe,

20  Senior, can we agree that you and I will call him

21  Floyd L. Bledsoe or Floyd Bledsoe, Senior or in some

22  way indicate that we're talking about the

23  plaintiff's father?

24  　　　A.　　Yes.

25  　　　Q.　　Okay.  What did you do to prepare for this



1  deposition?

2      A.    I met with the attorneys from Foulston and

3  Siefkin about --

4      Q.    And let me just interrupt you there.  I

5  don't want to hear about any of your communications

6  with your counsel, but I would like to know, you

7  know, when those meetings took place.

8      A.    If I can consult my calendar, I can give

9  you the date.

10      Q.    Sure.

11      A.    It was on Thursday, March 16th, I met with

12  those attorneys.

13      Q.    Okay.  About how long did you meet with

14  them for?

15      A.    Two and a half, three hours.

16      Q.    Okay.  And did they give you any documents

17  to review in preparation for the deposition?

18      A.    No.

19      Q.    Okay.  Other than meeting with the

20  Foulston attorneys, did you do anything else to

21  prepare for this deposition?

22      A.    I reached out to Dick Lake and asked him

23  if he could be present with me for this, and he

24  agreed.

25      Q.    Okay.  And without telling me the



1  **substance of any of your communications with Mr.**

2  **Lake, how long did you meet with him in advance of**

3  **the deposition?**

4      A.    We just had a couple of phone calls.

5      **Q.    Got it.  Okay.  And did Mr. Lake give you**

6  **any documents to review in preparation for the**

7  **deposition?**

8      A.    He did not.

9      **Q.    Did you, yourself, review any documents**

10  **for the deposition?**

11      A.    There was a couple when I met with

12  Foulston and Siefkin, but it was primarily a

13  conversation.

14      **Q.    Okay.  Just in terms of documents handed**

15  **to you during the conversation with the Foulston**

16  **attorneys, you know, what documents did you look at?**

17      A.    As I sit here right now, I don't recall,

18  specifically.

19      **Q.    Okay.**

20      A.    It was just a couple that they had shown

21  me on the -- much like you have here on the screen.

22      **Q.    Got it.  Did you speak with any law**

23  **enforcement officers in order to prepare for this**

24  **deposition today?**

25      A.    No, I have not.

1      Q.   Okay.  And I'm just going to ask you a few

2   questions about your background.  Just beginning

3   with your education, are you a high school graduate?

4      A.   Yes.

5      Q.   Okay.  What year did you graduate from

6   high school?

7      A.   1984.

8      Q.   And have you obtained any education beyond

9   a high school degree?

10      A.   I've got numerous college hours.

11   Obviously, standard training that comes with

12   becoming a law enforcement officer and the

13   continuing education that goes along with that.

14      Q.   Okay.  Just setting aside your law

15   enforcement training for a second, you said you've

16   got numerous college hours.  What college hours did

17   you -- what educational institutions did you attend?

18      A.   Washburn University of Kansas.

19      Q.   Okay.  And did you obtain any degrees from

20   that institution?

21      A.   No.

22      Q.   Okay.  And then you have law enforcement

23   training as well, correct?

24      A.   Correct.

25      Q.   Was your first law enforcement training

1    the police academy?

2        A.   Yes.

3        Q.   Okay.  When did you go through the police

4    academy?

5        A.   In the spring of 1994.

6        Q.   I'm sorry.  Was that 1994?

7        A.   Correct.

8        Q.   Okay.  And where did you attend the police

9    academy?

10       A.   It was the law enforcement academy through

11   -- sponsored through the Lawrence Police Department.

12       Q.   Okay.  And about how long was that police

13   academy?

14       A.   Eighteen weeks.

15       Q.   Okay.  And since the -- you -- since you

16   went through the police academy, you've had, I'm

17   sure, various continuing education requirements in

18   law enforcement, correct?

19       A.   That is correct.

20       Q.   Did you have -- did you ever go through

21   another, you know, major training like that such as

22   the police academy like detective school or

23   something like -- you know, to that nature?

24       A.   Nothing that extensive, no.

25       Q.   Okay.  How old were you when you first



1  began working as a law enforcement officer?

2      A.    I started the academy when I was 26, I

3  believe.

4      Q.    Okay.  Other than -- you just retired

5  recently, correct?

6      A.    Yes, July 29th of last year.

7      Q.    Okay.  Other than working in law

8  enforcement, what other employment have you done

9  during your career?

10      A.    Since or prior -- before?

11      Q.    Let's start with before.

12      A.    I had a couple of sales jobs and then the

13  typical part-time jobs that you would participate in

14  while you were going to school.  That was prior to.

15      Q.    Got it.  And what about while you were

16  working in law enforcement, did you have any

17  secondary employment outside of the field of law

18  enforcement?

19      A.    We would occasionally do security

20  associated with, but I had no other job, steady job,

21  regular job outside of law enforcement.

22      Q.    Okay.  And what about since you have

23  retired, have you had any -- since you retired from

24  the Jefferson County Sheriff's Department, have you

25  had any other employment?

1       A.    I -- June 13th of '22, I started working

2   for the Kansas Suicide Prevention Headquarters as

3   their 911 in law enforcement liaison.

4       **Q.    Okay.   And what do you do in that**

5   **position?**

6       A.    I coordinate between the Kansas Suicide

7   Prevention Headquarters and law enforcement agencies

8   primarily for the purpose of working on the

9   diversion of mental health calls to 911, getting law

10  enforcement agencies to transfer those calls to 988

11  or to our agency.

12      **Q.    Got it.   What was your first job in law**

13  **enforcement?**

14      A.    Patrol.

15      **Q.    And where was that?**

16      A.    As -- where what?   I'm sorry.

17      **Q.    Yeah, go ahead.   I'm sorry.   I didn't mean**

18  **to interrupt you.   Did you have more to answer**

19  **there?**

20      A.    Yeah.   I was a deputy on patrol.

21      **Q.    Okay.   And with what police department was**

22  **that?**

23      A.    The -- well, I initially started with the

24  Meriden, Kansas Police Department, and that was very

25  short, and then went to work July 11th of '94 for

1  the Jefferson County Sheriff's Office.

2  **Q.   Okay.  And why did you switch over to the**

3  **Jefferson County Sheriff's Department in July of**

4  **1994?**

5  A.   That was -- Meriden was a part-time

6  position, and the Jefferson County Sheriff's Office

7  was a full-time position.

8  **Q.   Okay.  And you worked full time for**

9  **Jefferson County from July of 1994 through July of**

10  **2022?**

11  A.   That is correct.

12  **Q.   Okay.  Can you take me through your -- the**

13  **positions that you held with the Jefferson County**

14  **Sheriff's Department beginning when you first began**

15  **your employment there in July of 1994 and taking me**

16  **through the end of your retirement?**

17  A.   I started as a deputy on patrol and then

18  due to circumstances, became the D.A.R.E. officer.

19  While the D.A.R.E. officer, I began working cases

20  that were of an investigative nature, and became a

21  detective and then detective sergeant and then

22  detective captain.

23  **Q.   Okay.  And when you said the D.A.R.E.**

24  **officer, is that the drug program for children?**

25  A.   Correct.



1     Q.   Okay.  And when did you first become

2 detective?

3     A.   I believe it was a -- I can't tell you

4 when it was -- somewhere in the late '90s to 2000.

5     Q.   Okay.  So fair to say that it was, you

6 know, right around the time that you began working

7 on the Arfmann homicide investigation in 1999?

8     A.   I would've been officially classified as a

9 detective, correct.

10     Q.   Okay.  And you were a new detective at

11 that time, right?

12     A.   Correct.

13     Q.   Was that your first homicide investigation

14 that you worked on?

15     A.   No.

16     Q.   Okay.  How many homicide investigations

17 had you worked on prior to the Arfmann homicide

18 investigation?

19     A.   Three, four, five.  We had an organization

20 called the Capital Area Majors Case Squad that

21 basically was a group of rural counties where should

22 you have a homicide, this group would come together,

23 you know, being that homicide requires a lot of

24 manpower, so we could go into other counties and

25 assist those agencies with their homicides.  As far

1 as working on homicides in Jefferson County, there

2 would've been two that I can recall prior to the

3 Arfmann homicide.

4     **Q.   Got it.   Okay.   And for the two that you**

5 **worked on with Jefferson County prior to the Arfmann**

6 **homicide, did you have a similar role as in the**

7 **Arfmann homicide investigation in that you were**

8 **helping carry out investigative leads that were**

9 **given to you but not leading the investigations?**

10     A.   That would be correct, yeah.   I was not

11 the decision-maker on those.

12     **Q.   Okay.   And then when did you become**

13 **detective sergeant with the Jefferson County**

14 **Sheriff's Department?**

15     A.   Once again, I don't recall that,

16 specifically. It would've been early 2000s.

17     **Q.   Okay.   And what were your responsibilities**

18 **as detective sergeant?**

19     A.   Really to work -- just work my own cases.

20 It somewhat grew over time to where I would work my

21 own cases and make my own decision on my own cases.

22 And then over time, you know, headed into the later

23 2000s into the -- I would -- you know, into the

24 2010s, even though I was still just detective

25 sergeant, I would be taking on more of a leadership

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1  role on larger cases, assigning people to perform

2  tasks, so on and so forth.  And then in June of 2015

3  is when I was promoted from detective sergeant to

4  detective captain.

5      Q.   Okay.  Thanks.  And what were your

6  responsibilities as detective captain?

7      A.   To run the detective division, assign

8  cases and make sure that the detectives were

9  following their caseloads and then I also, being a

10  smaller agency, had to maintain a caseload as well.

11      Q.   Okay, got it.  When you were -- when you

12  became a detective captain in June 2015, is that the

13  first -- is that the beginning of when you

14  supervised other officers, or did you have a

15  supervisory role as detective sergeant?

16      A.   That's kind of a hard question.  As a

17  detective sergeant, if it was a major case towards

18  the later years -- if it was a larger case, even

19  though I had a detective captain, he relied on me

20  heavily to give assignments and make sure that

21  people were following and then when I became -- when

22  he retired and I became the actual captain, you

23  know, that's when the detective division was mine

24  and I reported directly to the sheriff or the

25  undersheriff, depending on the day and, you know,

1  the investigative division was my responsibility.

2       Q.   Got it.   Okay.   So taking you back to 1999

3  when the Arfmann homicide investigation began, at

4  that point you were -- I think we established you

5  were a new detective, right?

6       A.   Correct.

7       Q.   And you were still learning the ropes of

8  the detective position, correct?

9       A.   I'm sorry.   You broke up.

10      Q.   Sure.   You were -- at that time, you were

11  still learning the ropes of the detective position,

12  correct?

13      A.   Yeah, that's fair.

14      Q.   Okay.   Okay.   In 2015, you became -- you

15  learned at some point that Tom Bledsoe had committed

16  suicide, right?

17      A.   Yes.

18      Q.   Okay.   And you were part of the team that

19  investigated that suicide, correct?

20      A.   No.   Tom Bledsoe committed suicide in

21  Bonner Springs, Kansas, and it was the Bonner

22  Springs Police Department that investigated his

23  suicide.

24      Q.   Okay, got it.   Let's take a look real

25  quick at another exhibit here.   It's 252.



1      A.   Oh, are there -- yes.

2      Q.   I'm going to put it on the screen for you

3  as well here.  Okay.  Can you see Exhibit 252 on the

4  screen in front of you as well?

5      A.   Yes.

6      Q.   Okay.  And just for the record, this is

7  the one- page exhibit that's been previously marked

8  Exhibit 252, and it's Jefferson County 2388.  Why

9  don't you take a minute to review that and tell me

10  when you're ready.

11      A.   Mm-hmm.

12      Q.   Okay.  I just want to confirm this

13  timeline with you.  So, you know, the Innocence

14  Project filed a motion on behalf of Floyd S. Bledsoe

15  on October 20th, of 2015, right?

16      A.   I mean if you say so.

17      Q.   Well, just according to your email.  Were

18  you being accurate in your email?

19      A.   Was I being accurate in -- I mean I would

20  believe so, yes.

21      Q.   Okay.  I just want to confirm.  So your

22  information was that the Innocence Project motion

23  was filed on October 20th of 2015?

24      A.   Yes.

25      Q.   Okay.  And the motion, to your



1 understanding, you know, said that Floyd Scott

2 Bledsoe was innocent, and Tom Bledsoe's DNA was

3 found on a vaginal swab from the victim, just kind

4 of -- just summarizing the motion; is that fair?

5     A.   Yes.

6         THE REPORTER:   Counsel, I apologize.   Your

7 question got -- cut out a little bit.   Could you

8 repeat it?

9         MS. BROWN:   Sure.

10 BY MS. BROWN:

11    Q.   So you characterize -- just as kind of a

12 summary of the motion, just a general

13 characterization.   In this email, you characterized

14 the motion as saying that Floyd Scott Bledsoe was

15 innocent and Tom Bledsoe's DNA was found on a

16 vaginal swab from the victim; fair?

17    A.   Yes.

18    Q.   Okay.   And according to your

19 understanding, that motion hit the news two or three

20 days after it was filed. There was a lot of media

21 coverage of the contents of that motion, correct?

22    A.   Correct.

23    Q.   Okay.   And let's take a look back at

24 Exhibit 242. I'm sorry.   Actually before we go on --

25 so the media coverage would've been somewhere, you

1  know, in the order of October 22nd, 23rd of 2015,

2  right?

3      A.   Somewhere in there, yes.

4      Q.   Okay.  All right.  So let's take a look at

5  Exhibit 242 again.  And I just want to direct your

6  attention to page 23 of that exhibit.

7      A.   I'm there.

8      Q.   Okay.  So if you look beginning at line 19

9  on page 23 -- I'm sorry, line 17 on page 23.  Do you

10 see where it says, question, "I'd like to turn at

11 this time to Tom Bledsoe's suicide.  When did he

12 disappear?"  Answer, "Tom Bledsoe disappeared from

13 his residence on Sunday, November 1st."  Question,

14 "When was he reported missing?"  Answer, "He was

15 reported missing to the sheriff's office on Tuesday,

16 November 3rd by his wife."  Do you see that

17 testimony?

18     A.   Yes.

19     Q.   Okay.  And I just wanted to confirm that

20 timeframe with you.  So you -- you know, you had

21 some role in -- for Jefferson County in looking into

22 the Tom Bledsoe suicide, fair?

23     A.   We were -- yes.  We were looking at it in

24 correlation to the filing of the motion and the work

25 that was going to be needed to be done in relation

1  to that.  So, yes, we did look into this -- his

2  suicide.

3      Q.   Okay.  And also the Jefferson County

4  Sheriff's Department, to your knowledge, received

5  notice from Tom Bledsoe's wife on November 3rd that

6  Tom Bledsoe was missing, right?

7      A.   That is correct.

8      Q.   Okay.  And you learned about that -- well,

9  let's keep reading here.  Let's take a look.

10  Scratch that.  Look at 242 -- Exhibit 242 at page

11  23, line 24.  Do you see where it says, "When did

12  you find out?"

13      A.   Correct.

14      Q.   Answer -- question, "When did you find

15  out?" Answer, "I learned that he had been reported

16  to the sheriff's office.  I learned about it on

17  Friday." Question, "Okay.  And when was Tom Bledsoe

18  found?"  Answer, "On Monday, November 9th."  Do you

19  see that testimony?

20      A.   Yes.

21      Q.   Okay.  And that was accurate when you gave

22  that, correct?

23      A.   Yes.

24      Q.   Okay.  So it was the Bonner Springs Police

25  Department that first received notice of a possible

1   death at the Walmart in Bonner Springs, Kansas that

2   turned out to be Tom Bledsoe, correct?

3       A.   Correct.

4       Q.   Okay.  And your information was that

5   responding officers from the Bonner Springs Police

6   Department found a deceased man in a car with a

7   plastic bag over his head, right?

8       A.   Yes.

9       Q.   Okay.  And the responding officers then

10  ran the license plate of the vehicle.  They

11  discovered that Tom Bledsoe and his vehicle were

12  listed as missing out of Jefferson County; is that

13  right?

14      A.   Yes.

15      Q.   Okay.  Bonner Springs Detective Dan Farr

16  (phonetic) then contacted you and the significance

17  of Tom Bledsoe's death, in terms of its relationship

18  to the missing person's report became evident,

19  right?

20      A.   So the way that happened is Bonner Springs

21  -- so Tom Bledsoe was listed through NCIC as a

22  missing person. When they identified him in the

23  parking lot of Walmart, they ran his driver's

24  license.  They saw him -- my agency had him listed

25  as a missing person; they, being Bonner Springs.

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1  Their dispatch then contacted my dispatch, and we

2  did not -- my dispatch then contacted me.

3          My response to that was that we wanted

4  them to hold Mr. Bledsoe because we wanted to speak

5  to him, which they were confused because they knew

6  that Mr. Bledsoe was deceased.  We did not know that

7  at that point in time so we were in a -- I was in a

8  meeting at that moment with Ramon Gonzalez in

9  regards to how we were going to -- because we were

10 looking to interview Tom Bledsoe, so I sent Ramon

11 and Tyler Wade to Bonner Springs to find out the

12 circumstances of Mister -- of Tom Bledsoe's suicide.

13     Q.    Got it.  Okay.  And based on your

14 investigation, did Tom Bledsoe contact anyone prior

15 to killing himself?

16     A.    Not that I recall.

17     Q.    Okay.  Was there anything in his phone

18 that indicated what he'd been doing that day?

19     A.    There was -- I can't recall specifically,

20 but there was -- I do recall that there were

21 searches in regards to the news articles about the

22 DNA evidence that had been discovered.  There were

23 several searches in regards to that, and there were

24 several searches in regards to ways to commit

25 suicide.

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1        Q.   Okay.  And you -- there was also -- there

2    were suicide notes found in -- with Tom Bledsoe in

3    his car; is that right?

4        A.   That is correct.

5        Q.   Okay.  And you read those suicide notes

6    into the record at this 2015 hearing; is that right?

7        A.   That is correct.

8        Q.   Okay.  And let's just take a look at them.

9    Okay. If you begin -- if you look at, beginning at

10   page 26 of Exhibit 242, it looks like this is where

11   you began your testimony, reading the three notes

12   into the record.  Do you see that?

13       A.   Yeah.

14       Q.   Okay.  And I just want to confirm that,

15   you know, you read them accurately to the best of

16   your ability, and you don't dispute that this is

17   what was in the suicide notes; is that fair?

18       A.   That is correct.

19       Q.   Okay.  What communications did you have at

20   the time with other Jefferson County police officers

21   when you learned of Tom Bledsoe's suicide?

22       A.   I'm sorry.  Could you -- I mean,

23   obviously, I was speaking with Ramon Gonzalez who

24   was working with -- he, along with Ronnie Burke,

25   from the KBI.  I'm sure that I informed my sheriff,

**NAEGELI**
DEPOSITION *&* TRIAL

(800)528-3335
NAEGELIUSA.COM

1  and I'm sure I had conversations with my other

2  detectives, but I can't recall anything specific.

3      Q.   Okay.  And when you say your sheriff, your

4  sheriff at the time, that was still Roy Dunnaway?

5      A.   No.  That would've been Jeff Herrig.

6      Q.   Oh, okay.  Okay.  Do you recall any

7  communications with Randy Carreno in 2015 regarding

8  the Tom Bledsoe suicide?

9      A.   I'm sure I had conversations with him, but

10  I don't recall any of them, specifically.

11      Q.   Okay.  Do you recall anything about them,

12  generally?

13      A.   No.

14      Q.   Okay.  What about -- do you remember any

15  communications with Troy Frost in 2015 about the Tom

16  Bledsoe suicide?

17      A.   Not specifically, no.

18      Q.   Okay.  And what about generally?

19      A.   It would've just been what we discovered

20  and what happened, and that would hold -- the same

21  would hold true for Randy Carreno, just, you know,

22  basically what happened, what we discovered.

23      Q.   Got it.  So you kind of gave Randy Carreno

24  and Troy Frost an update on what you had learned

25  about the Tom Bledsoe suicide; is that fair to say?

1      A.   That would be fair.

2      Q.   Okay.  And do you recall the reactions of

3  Randy Carreno or Troy Frost to that news?

4      A.   No.

5      Q.   Okay.  What about what communications did

6  you have with Roy Dunnaway in 2015 about the Tom

7  Bledsoe suicide?

8      A.   I had no conversations with former Sheriff

9  Dunnaway about any of this until it was a week --

10  say 10 -- this hearing occurred where -- on December

11  8th.  It was somewhere within the next three to 10

12  days, I did have a sit-down with Sheriff Dunnaway

13  about this, but I had not spoken to him prior.

14      Q.   Okay.  And about how long did that sit-

15  down last?

16      A.   Oh, at least an hour.  An hour to an hour

17  and a half.

18      Q.   Okay.  All right.  You were involved in a

19  period of reinvestigation of the Arfmann homicide by

20  the Jefferson County Sheriff's Department and the

21  KBI in the 2015 timeframe, right?

22      A.   Correct.

23      Q.   Okay.  And that was -- if I call that the

24  reinvestigation, is that the term that you would use

25  for it?

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1    A.    That's fair.

2    Q.    Okay.  And so that reinvestigation was

3  carried out between the time of the release of the

4  DNA report and the December 2015 hearing and the

5  Motion to Vacate the conviction of Floyd Bledsoe's

6  case; is that right?

7    A.    Yes.

8    Q.    Okay.  And you carried out that

9  reinvestigation along with Ramon Gonzalez and Ronnie

10  Burke of the KBI, correct?

11    A.    Correct.

12    Q.    Okay.  And you were carrying out those

13  reinvestigation tasks on the order of your current

14  sheriff at the time, Sheriff Herrig; is that right?

15    A.    Yes.

16    Q.    And to your understanding, the

17  reinvestigation was prompted both by the DNA results

18  that confirmed -- or that supported Tom Bledsoe as

19  being the source of semen from -- that was recovered

20  from the victim and also Tom Bledsoe's suicide; is

21  that fair?

22    A.    We were committed to reinvestigate that

23  case as soon as that information -- the first person

24  that was aware of the new DNA results, to my

25  knowledge, was Jason Belveal, the county attorney.

1  He had called me and provided me the information

2  that he had received and -- you know, in that

3  meeting, was like we've got to reinvestigate that.

4  Then I went and informed my sheriff of what had

5  happened, and it was like yes, we have to

6  reinvestigate this.  And we were in the process of

7  getting all that organized when -- and then when Tom

8  Bledsoe killed himself and his body was discovered,

9  that just accelerated the process dramatically.

10      Q.   Got it.  Okay.  Let's take a look at

11  **Exhibit 258. Let me know when you've got that in**

12  **front of you, and I'm going to put it on the screen**

13  **as well.  Okay.  Do you have that Exhibit 258 in**

14  **front of you?**

15      A.   I do.

16      Q.   Okay.

17          MS. BROWN:  And just for the record, this

18  has been previously marked Exhibit 258.  It's 16

19  pages long, and it consists of the cover pages of

20  the Jeffrey Herrig deposition in this case and then

21  some selected pages from that deposition transcript.

22  And the pages of the deposition transcript are 182

23  through 191.

24  BY MS. BROWN:

25      Q.   Okay.  So I'll represent to you that

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1   Sheriff -- or former sheriff -- no, current sheriff,

2   Jeff Herrig gave a deposition in this case in which

3   he described -- you know, he gave some testimony

4   about the reinvestigation, and I just want to

5   confirm with you that it's correct.

6            So why don't you take a minute and review

7   pages 182 of this transcript to page 191.  Let me

8   know when you're done and at the end, I'll ask you

9   whether this is correct, to the best of your

10  recollection.

11           THE DEPONENT:  Huh?

12           MR. LAKE:  Tell her you're ready.

13           THE DEPONENT:  Okay.

14  BY MS. BROWN:

15     Q.   Okay, great.  Have you had a chance to

16  review pages 182 to 191 of Sheriff Jeffrey Herrig's

17  deposition transcript?

18     A.   Yes, ma'am.

19     Q.   Okay.  And did you see anything inaccurate

20  in Jeffrey Herrig's testimony on those pages?

21     A.   They would -- I see some differences, and

22  I think it's mainly in vernacular, in wording.  I --

23  you know, the general tenor of what I'm seeing here,

24  and I believe this was a shortcoming on my part, I

25  believe we did keep him a little bit more updated

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

1  than what this would indicate. That being said, in

2  retrospect, I do not believe I kept him anywhere

3  near as updated as to what was going on as I should

4  have.

5        So it's kind of some middling ground in

6  regards to, you know, oral briefings or, you know,

7  hey, this is what we found out, but I was definitely

8  negligent in keeping him as informed during that

9  roughly six-to-eight- week period that this

10 reinvestigation, we'll call it, was going on as I

11 should have.

12     Q.    Okay, got it.   Anything else jump out at

13 you as being something that you might disagree with

14 Jeffrey Herrig's characterization, or are you

15 otherwise in agreement?

16     A.    It's -- I think it's basically accurate,

17 you know, trying to remember something that happened

18 seven years ago.

19     Q.    Okay.  So is it fair to say that the --

20 you know, the overarching task that Sheriff Herrig

21 gave you to conduct during this reinvestigation was

22 to gather up all the evidence and records and follow

23 up -- and see whether there's any evidence or follow

24 up on any evidence that needed to be followed up on

25 that maybe was missed during the initial

1  investigation?

2      A.    Generally, it was somewhat -- when Tom

3  Bledsoe committed suicide, that obviously changed a

4  lot.  So going forward from that Monday that we were

5  informed that Tom was deceased, it's like the

6  question, at least amongst Ronnie and myself and

7  Ramon was how did -- you know, Tom is saying this in

8  his notes and the DNA results are saying this.  How

9  did Floyd end up in prison, was the question that we

10  had.

11     Q.    Okay.  And did you prepare some sort of

12  summary report at the conclusion of the

13  reinvestigation?

14     A.    No.  Because even after the hearing, we

15  were still looking into things.

16     Q.    Okay.  And when did you -- so after the

17  hearing in the beginning of 2016, you were still

18  kind of tying up loose ends for the reinvestigation;

19  is that fair to say?

20     A.    That's -- yes.

21     Q.    Okay.  But the reinvestigation, your

22  involvement ended in 2016; is that right?

23     A.    Yes.

24     Q.    You weren't carrying out any active

25  investigation of the Arfmann murder after 2016, were

1  you?

2      A.   No.

3      Q.

1

1

18  BY MS. BROWN:

19      Q.   Okay.  When you carried out the

20  reinvestigation in the 2015, early 2016 timeframe,

21  you followed Sheriff's Herrig's instructions on what

22  the scope of the reinvestigation was, right?

23      A.   I -- in reading Sheriff Herrig's testimony

24  at his deposition, once again, I think this comes

25  down to the communication between he and I.  It was

1    -- when the DNA results came out and then when Tom

2    killed himself and left those notes, the focus of

3    our investigation was how did this happen, trying to

4    figure out how Floyd Scott Bledsoe was in prison,

5    and we were trying to figure out how that -- how

6    this whole thing happened and if there was anything

7    -- any other parties possibly involved.

8        Q.    Got it.   So you were looking at whether or

9    not, aside from Tom Bledsoe, there were any other

10   parties involved in Camille Arfmann's murder or in

11   concealing her death; is that right?

12       A.    Yes.

13       Q.    Okay.   And so was that your primary

14   objective in the reinvestigation?

15       A.    Yes.

16       Q.    Okay.   And you were looking into whether

17   there were any other involved parties other than Tom

18   Bledsoe in order to determine whether anyone else

19   needed to be prosecuted, correct?

20       A.    Yes.

21       Q.    And so you were looking at Floyd Scott

22   Bledsoe to see whether there was evidence that he

23   was involved, correct?

24       A.    Yes.

25       Q.    And you were looking at Floyd L. Bledsoe,



1    Senior, to see whether there was evidence that he

2    was involved, correct?

3         A.    Yes.

4         Q.    Okay.  You weren't looking into whether or

5    not there was misconduct by the Jefferson County

6    Sheriff's Department; is that fair?

7         A.    That is fair.

8         Q.    Okay.  And you weren't looking into

9    investigating the veracity of Tom Bledsoe's claim in

10   his suicide note that, you know, he was told to keep

11   his mouth shut and that the Jefferson County -- that

12   law enforcement officers and the prosecutor

13   committed some sort of misconduct; is that right?

14        A.    That is -- we were not looking at that.

15        Q.    Okay.  And you also were not investigating

16   the allegations in Floyd S. Bledsoe's civil

17   complaint in this case, correct?

18        A.    Well, that -- a civil complaint hadn't

19   been filed yet so, no.

20        Q.    Okay, got it.  So the civil complaint in

21   this case was filed around May of 2016, right?

22        A.    I believe it was April 16th but, yes.

23        Q.    Okay.  And by that time -- by the time

24   that the lawsuit had been filed, you had pretty much

25   finished the reinvestigation; is that right?

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1       A.    It was shortly thereafter, active efforts

2   on my part ceased.

3       Q.    Okay, got it.    And so Sheriff Herrig

4   didn't ask you to conduct any follow-up

5   investigation into the allegations in Floyd S.

6   Bledsoe's civil complaint about law enforcement

7   misconduct --

8       A.    No, he did not.

9       Q.    -- is that right?

10      A.    No, he did not.

11      Q.    Okay.  And you didn't investigate that

12  matter at any time, right?

13      A.    No.

14      Q.    That's correct that you did not

15  investigate it?

16      A.    No.  I did not investigate any of those

17  types of complaints.

18      Q.    Okay.  Did you review any summary report

19  prepared by Ronnie Burke regarding the -- you know,

20  the conclusion of his reinvestigation for the KBI on

21  the Arfmann homicide?

22      A.    I do not recall -- I recall seeing

23  numerous individual reports.  I do not recall seeing

24  a summary report.

25      Q.    Okay.  Do you recall reviewing a summary -

1  - a report by Ronnie Burke about what I'll loosely

2  characterize as the flaws in the -- yeah, the flaws

3  in the 1999-2000 investigation?

4      A.   I can't say that I -- I want to say that

5  sounds familiar, but I can't say that I recall

6  seeing that.

7      Q.   Okay.  Okay.  At some point when you

8  finished your work in the reinvestigation, did you

9  give Sheriff Herrig an update on your findings of

10  whether there was evidence implicating anyone other

11  than Tom Bledsoe in the Arfmann homicide?

12      A.   I'm certain at some point, I shared my

13  opinion with him.

14      Q.   Okay.  Do you recall anything about that

15  conversation, as you sit here today, what you told

16  him?

17      A.   I would've told him what I believe --

18  excuse me, what I believe -- how I believe the

19  homicide was committed.

20      Q.   Okay.  And is it fair to say that you

21  didn't find any evidence during the reinvestigation

22  that implicated Floyd S. Bledsoe in Camille

23  Arfmann's murder?

24      A.   That is correct.

25      Q.   Okay.  And also fair to say that you

1    didn't find any evidence during the reinvestigation

2    that implicated Floyd S. Bledsoe in any involvement

3    in concealing Camille Arfmann's homicide?

4        A.    That is correct.

5        Q.    Who led the reinvestigation?  Was it, you,

6    you know, for the Jefferson County Sheriff's

7    Department or Ronnie Burke with the KBI, or did you

8    kind of share leadership for that?

9        A.    I would say I was ultimately responsible,

10   but it was definitely a collaborative effort between

11   Ronnie, Ramon, and myself.

12       Q.    Okay.  And did you ask for the KBI's

13   assistance in the reinvestigation?

14       A.    I did.

15       Q.    Okay.  And was that because the KBI has a

16   lot of, you know, resources and expertise in

17   homicide investigation?

18       A.    It was two-fold, because they were

19   involved in it from the beginning and they had a

20   vested interest in it. And also even though it's the

21   same agency, when I made the request to Bill Smith,

22   the Senior Special Agent in charge for that region,

23   to bring -- neither Ramon nor Ronnie were involved

24   in the original investigation, so it was to bring

25   new fresh eyes onto it, unbiased.

NAEGELI    40    (800)528-3335
DEPOSITION & TRIAL    CELEBRATING    NAEGELIUSA.COM

1    Q.   Okay.  And during the reinvestigation, you

2 found substantial evidence that Tom Bledsoe had

3 killed Camille Arfmann, right?

4    A.   I would say yes.

5    Q.   Can you just summarize some of that

6 evidence for us?

7    A.   Well, namely the notes that he left

8 confessing to the crime when -- and then the DNA

9 evidence that was uncovered as well.  When you

10 combine that with the information that was available

11 from 1999, it would be -- I don't know how you can

12 draw any other conclusion.

13    Q.   Okay.  And when you refer to the

14 information that was available back in 1999, do you

15 mean the fact that, you know, it was Tom who

16 revealed that Camille Arfmann had been killed and

17 led investigators to the location of her body?

18    A.   That and the -- other pieces of -- the

19 messages that were left on his church's answering

20 machine, you know, things of that nature, yes.

21    Q.   Okay.  And also he provided law

22 enforcement officers with the murder weapon, or a

23 murder weapon, which was his Jennings 9MM pistol,

24 right?

25    A.   Correct.



NAEGELI   CELEBRATING 40 YEARS IN BUSINESS   (800)528-3335
DEPOSITION & TRIAL                          NAEGELIUSA.COM

1    **Q.    Okay.   And the victim was found buried**

2  **behind the residence where Tom lived with his**

3  **parents, right?**

4    A.   Well, adjacent to, yes, on their same

5  property.

6    **Q.   Okay.  Okay.  Going back to Exhibit 242 --**

7         MR. QUALSETH:  Ruth, this is Shon.  What

8  do you think about a break or lunch or something?

9         MS. BROWN:  You know what, I feel great

10 about it. How does everyone else feel?  Is this a

11 good time for a lunch break?

12         MR. QUALSETH:  How long do you anticipate

13 this to take?

14         MS. BROWN:  We still have some ways to go,

15 so I think a lunch break would be wise, but I'm

16 happy to -- you know, to do it however you guys

17 want, but I feel like we have some ways to go still.

18         MR. QUALSETH:  Time wise?

19         MS. BROWN:  I'm sorry?  Did you ask me --

20         MR. QUALSETH:  Best guess as to how long

21 it'll take to finish?

22         MS. BROWN:  Oh, sure.  Yeah.  I mean I'm

23 terrible at estimating, and I understand you're not

24 going to hold me to it.  I would say that we have

25 two hours remaining.  That could be -- it could be

1  more, could be less.

2          **MR. QUALSETH:**  All right.

3          **THE VIDEOGRAPHER:**  All right.  Standby,

4  please. We are going off the record.  The time is

5  now 12:08 p.m.

6          **(WHEREUPON, a recess was taken.)**

7          **THE VIDEOGRAPHER:**  We are back on the

8  record. The time is now 1:20 p.m.

9  **BY MS. BROWN:**

10     **Q.   Okay.  You gave testimony on Floyd S.**

11 **Bledsoe's behalf during a 2015 proceeding regarding**

12 **his criminal conviction, right?**

13     A.   Yes.

14     **Q.   And you gave testimony on his behalf**

15 **because you believed that a wrong had been committed**

16 **with respect to his incarceration for the murder of**

17 **Camille Arfmann, correct?**

18     A.   Correct.

19     **Q.   Now, at some point, you later came to**

20 **believe that you had made a mistake as to just one**

21 **part of your testimony at this hearing in 2015**

22 **regarding an order to stop testing; is that right?**

23     A.   There was actually two issues but, yes,

24 that is one of them.

25     **Q.   Okay.  So with regard to this -- the order**

1   **to stop testing, you wrote a memo to Jason Belveal**

2   **clarifying what you -- you know, your testimony and**

3   **what you had learned; is that fair?**

4            MR. QUALSETH:  Object to the form.

5   BY MS. BROWN:

6        Q.   You can answer.

7            MR. QUALSETH:  Yeah, you still answer.

8            THE DEPONENT:  Okay.  So I'm sorry.  Could

9   you repeat?

10  BY MS. BROWN:

11       Q.   Well, let me just ask you.  What were the

12  **two issues that you just referenced?**

13       A.   So the two issues were, during the

14  hearing, I testified to a stop -- during the

15  original investigation in '99, a letter had been

16  sent to the KBI.  I believe it was signed by Sheriff

17  Dunnaway and Jim Woods, possibly.  If not Jim Woods,

18  then it was Vanderbilt.  But nonetheless, the letter

19  said stop this lab testing that they were doing on

20  the original case back in 1999, early 2000, and I

21  testified that we had -- a letter had been sent and

22  said stop testing.  After the hearing, I found in

23  the case file buried, another copy of that letter

24  that had a page 2 stapled to it, and it was

25  basically stop this testing and do this testing

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1  instead.  But the way that the letter was written

2  didn't make it clear that there was more to follow

3  when I originally testified.  So that's the one

4  issue that I sent the memo to Jason Belveal about.

5           The other issue that I discovered that was

6  not completely accurate is I provided testimony

7  regarding the reexamination of Floyd Scott Bledsoe's

8  polygraph exam that was done back in 1999.  During

9  2015, we had examiners, polygraph examiners from the

10 KBI, the current examiners, review the results from

11 1999.  And prior to the hearing, I received an email

12 from Ronnie Burke.  I can't remember exactly what it

13 said but essentially, it was as opposed to what was

14 said back in 1999, the new examiners are saying

15 Floyd passed his polygraph and Tom failed the

16 polygraph back in 1999.

17          When I got the actual lab report from the

18 KBI examiners that reexamined the polygraph, what it

19 said was Tom failed his polygraph and Floyd failed

20 the first relevant question which was something to

21 the effect of do you have knowledge and passed the

22 question, did you kill, whatever part two was.  So I

23 let Jason know that, that that lab result was not

24 exactly what I testified to at the hearing.

25      Q.   Okay.  And you were clarifying those, you



1 know, because you believed it was your

2 responsibility to be forthright about your -- you

3 know, any errors in your testimony, correct?

4      A.   That is correct.

5      Q.   Okay.  And those are the only errors in

6 your testimony in 2015 that you're aware of,

7 correct?

8      A.   Correct.

9      Q.   Okay.  The rest of your testimony at the

10 December 2015 hearing on the motion for a new trial

11 was accurate and truthful, to the best of your

12 knowledge?

13      A.   That is correct.

14      Q.   Okay.  And two days after -- a few days

15 after the December 8th, 2015 hearing, you got a

16 phone call from Jim Woods from KBI about your

17 testimony regarding the stop order, correct?

18      A.   He was retired at that time but, yes.

19      Q.   Okay.  And what did he say to you?

20      A.   A variety of things, but the two that I --

21 he basically was chastising me, telling me what I

22 had done was wrong and repeatedly told me that he

23 hoped I could sleep with myself after what I had

24 done at that hearing.

25      Q.   Okay.  And he recalled the Arfmann

1  homicide case when he called you in 2015, correct?

2      A.   We didn't discuss any details of it, so I

3  don't know what he recalled.  He was --

4      Q.   Okay.  But he was calling you because he

5  was angry about your testimony, and he felt it was

6  inaccurate?

7      A.   He felt that once he -- I'd be speculating

8  what he thought.  He was angry at me for having

9  provided that testimony.

10     Q.   About the DNA stop order?

11          MR. QUALSETH:  Object to the form.

12          THE DEPONENT:  No --

13  BY MS. BROWN:

14     Q.   Scratch that.  Okay.  He was angry at

15  providing -- what do you mean?  He was angry at

16  providing what testimony?

17     A.   My impression was he was angry because we

18  got Floyd out of prison.

19     Q.   I understand.  So he was angry that you

20  were testifying on behalf of Floyd Bledsoe at that

21  hearing?

22     A.   I believe -- once again, my

23  interpretation, I felt like he was angry because we

24  had undone a homicide conviction that he believed

25  in.

1      Q.    Okay.  So -- and where did you get that

2  understanding from?  What did he say that you

3  recall?

4      A.    Because he was telling me that I was wrong

5  in what I did, you know.

6      Q.    Okay.  And how long did you speak to Jim

7  Woods for during that phone call, roughly speaking?

8      A.    Ten to 15 minutes, maybe.

9

1  –

1

1

1

1

1

1

25        Q.    Okay.  All right.  Turning back to the

1  **1999 investigation, I want to show you the lead -- a**

2  **lead sheet from that investigation, so let's take a**

3  **look at Exhibit 255.**

4          **THE DEPONENT:**  You want me to dig through

5  this?

6          **MR. QUALSETH:**  Ask her.

7          **THE DEPONENT:**  We don't -- I don't have a

8  255. Is it in this box that's been delivered?

9          **MS. BROWN:**  Yes.  Can -- is Adam Penney

10 available there?  Adam, can you take care to -- when

11 I say an exhibit number, to hand the correct exhibit

12 to the witness, please?

13          **THE DEPONENT:**  It should be at the bottom

14 of the page.

15 **BY MS. BROWN:**

16     **Q.   Okay.  And Mr. Vernon, can you see it on**

17 **the screen right now?**

18     A.   I see part of it, anyways.

19     **Q.   Okay.  Do you see what's marked at the**

20 **bottom, Exhibit 255?**

21     A.   Yeah.

22     **Q.   Okay.  Okay.  While you're waiting for the**

23 **hand - - oh, you have the copy in hand?**

24     A.   Yeah, I've got it.

25          **MR. LAKE:**  We've just got one.



```
 1              THE DEPONENT:  We've just got one copy but
 2   --
 3   BY MS. BROWN:
 4        Q.   Okay.  Can you see it on the screen as
 5   well?
 6        A.   Yeah.
 7        Q.   Okay.  So I'm showing you what's been
 8   marked Exhibit 255, and it is a seven-page document
 9   that consists of a lead sheet from the 1999
10   investigation.  Are you familiar with this type of
11   document?
12        A.   Yes.
13        Q.   Okay.  And I want to direct your attention
14   to lead -- on the first page, lead 34 where it says,
15   "Catherine Bledsoe," the subject's mother.
16        A.   Yes.
17        Q.   Do you see that?
18        A.   Yes.
19        Q.   Okay.  And then do you see to the right,
20   it says, "Vernon" and then slash "Vernon."  Do you
21   see that?
22        A.   Yes.
23        Q.   So I just want to clarify.  Does that mean
24   that you were assigned to initially investigate the
25   lead of Catherine Bledsoe and that the "slash
```

1  **Vernon" means you were then assigned a follow-up**

2  **task to -- that also involved investigating a lead**

3  **regarding Catherine Bledsoe?**

4      A.   I don't know why that has Vernon/Vernon

5  because as I look down the list and I see -- you

6  know, like I see Morgan/Carreno/Vernon, I see

7  Morgan/Woods.  I see Poppa -- you know, to me, that

8  indicates that, you know, those two or those three

9  officers were assigned to that particular lead, so I

10  have no idea why my name is twice on number 34.

11      Q.   Okay.  And you interviewed Catherine

12  **Bledsoe a first time, and then you again interviewed**

13  **her the next day; is that right?**

14      A.   If you have reports to indicate that, then

15  yes.

16      Q.   Okay.

17      A.   Or if that's indicated within the report

18  that I did back then.  I have no independent

19  recollection of interviewing her one day, then the

20  next.

21      Q.   Got it, okay.  I'll show you her report --

22  **the report real quick then, so let's take a look at**

23  **-- well, actually, we'll do it -- we'll look at it a**

24  **little later. Okay.  So to your knowledge, the**

25  **Vernon/Vernon, you know, it could either -- you're**

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1  **not sure why it's there.  It's possible -- fair to**

2  **say that it's possible because you were initially**

3  **assigned to investigate her and then you had another**

4  **task, but you're not sure?**

5       A.   No, I am not sure.  Because theoretically,

6  if there was another task, there should -- involving

7  her, there should've been another lead.

8       Q.   Okay, got it.  Okay.  But on this lead

9  **sheet -- so for example, for lead 14 which is Floyd**

10 **S. Bledsoe, Floyd Bledsoe was interviewed numerous**

11 **times, but he's only listed one time on this lead**

12 **sheet, correct?**

13      A.   I'd have to read the whole lead sheet but

14 if you say so, that he's only listed as once, you

15 have --

16      Q.   **Yeah.  I see him only under lead 14.**

17      A.   And --

18      Q.   **And 78 for the polygraph.**

19      A.   And -- you know, and I don't know why my

20 name is attached to his because I never interviewed

21 Floyd Scott.

22      Q.   **Okay, got it.  All right.  We'll get to**

23 **that. Okay.  So let's go to -- let's take a look at**

24 **another exhibit.  I want to look at some of your**

25 **police reports in this case.  Let's look at Exhibit**

1  **235.**

2      A.   I see 236.  We're close.  There we go,

3  yes.

4      **Q.   Okay.  For the record, you've been handed**

5  **a copy of Exhibit 235, which is a copy of a report**

6  **that appears to have been authored by you regarding**

7  **an interview with Cindy Kelsay, and it's Bates-**

8  **stamped KBI Subpoena 2420 to KBI Subpoena 2421.  Do**

9  **you have that in front of you?**

10     A.   I have this document in front of me.  What

11 are these numbers you're referring to?

12     **Q.   Sure.  Do you have the -- your police**

13 **report of an interview with Cindy Kelsay in front of**

14 **you?**

15     A.   Yeah.

16     **Q.   Okay.  And do you see at the bottom,**

17 **there's two sets of numbers.  The bottom right-hand**

18 **of every page, it says Exhibit 235 and then above**

19 **that, there is a Bates stamp number.  It says KBI**

20 **Subpoena 2420.  Do you see that?**

21     A.   Mine does not have that KBI number on it.

22     **Q.   But it has Exhibit 235 at 001 on it?**

23     A.   Yeah.

24     **Q.   And it's two pages?**

25     A.   A short narrative by me and a written



1  statement by her.

2      Q.   Okay, great.  Okay.  So taking a look at

3  this report, you interviewed Cindy -- this is a

4  report that you authored, correct?

5      A.   Yes.

6      Q.   Okay.  And you interviewed Cindy Kelsay on

7  November 8th of 1999, correct?

8      A.   Correct.

9      Q.   And during that interview, she told you

10  that on Saturday, November 6th at 8:10 a.m., she

11  heard gunshots southeast of her home, and her home

12  was at 12115 Namiha Road in Oskaloosa; is that

13  correct?

14      A.   Yes.

15      Q.   Okay.  And after you interviewed her, you

16  typed up this report, correct?

17      A.   Mm-hmm.

18      Q.   And what did you do with it after you

19  submitted it -- or after you finished it?  Scratch

20  that.  Let me ask a different question.  After you

21  interviewed Cindy Kelsay on November 8th of 1999,

22  how did you share the information that you learned

23  with the lead investigators on the case?

24      A.   I would've come back -- I would've come --

25  after returning from talking to her, I would've

1  returned to the sheriff's office and relayed the

2  information to the officers -- the other officers

3  working the case.

4       Q.   Okay.  And that would've been the lead

5  officers working on the case, so Sheriff Dunnaway or

6  Randy Carreno, right?

7       A.   Likely, yes.

8       Q.   Okay.  And in addition to informing the

9  investigators working on the case, you would've also

10 submitted your police report, correct?

11      A.   Yes.

12      Q.   Okay.  And that police report was

13 submitted to the records clerk, right?

14      A.   Or to the -- yeah, to the -- that's where

15 it ultimately would've ended up, yes.

16      Q.   Okay.  And the records clerk was good at

17 their job, to your knowledge, right?

18           MR. QUALSETH:  Object to the form.  Go

19 ahead.

20           THE DEPONENT:  Yes.

21 BY MS. BROWN:

22      Q.   Okay.  You're not aware of the records

23 clerk ever, you know, losing police reports from an

24 investigative file, are you?

25      A.   Not that I'm aware of.

1    Q.    Okay.

2          THE REPORTER:   I apologize for

3    interrupting the testimony.   That objection was Mr.

4    Lake, just to clarify?

5          MR. QUALSETH:   It's Shon.

6          THE REPORTER:   Thank you.

7    BY MS. BROWN:

8    Q.    Okay.  And so when you passed along the

9    information that you learned from Cindy Kelsay to

10   the investigators leading the case, you left it to

11   the lead investigators to decide whether or not any

12   follow-up was needed; is that right?

13   A.    Yes.

14   Q.    Okay.  And that was generally the

15   procedure you followed with all the investigative

16   leads that you followed up on.  After the

17   investigation, you would alert the investigators

18   leading the case, and you would leave it to them to

19   decide whether any additional follow-up needed to be

20   carried out; is that right?

21   A.    I mean there would be conversation but,

22   yes.

23   Q.    Okay.  Let's take a look at Exhibit 236.

24   A.    Is that another report?

25   Q.    Yes.

1              THE DEPONENT:  So it's another one of

2    these.

3              MR. QUALSETH:  Okay.

4    BY MS. BROWN:

5        Q.    Okay.  And Mr. Vernon, before you look at

6    that report, when you say there would've been

7    conversation, you mean that you could've had made

8    suggestions or had -- you know, you could've

9    provided your own thoughts on what should be

10   followed up on, but you were ultimately not making

11   the decisions about what leads should be followed up

12   on; is that right?

13       A.    That would be correct.

14       Q.    Okay.

15       A.    I have 236 now.

16       Q.    Okay.

17             MS. BROWN:  So for the record, this has

18   been Bates-stamped KBI Subpoena 2415 to 2417, and

19   it's a copy of Detective Vernon's report regarding

20   contact with Roberta Graika.

21   BY MS. BROWN:

22       Q.    Detective Vernon, are you familiar with

23   this report?

24       A.    I mean I remember the name.  I don't

25   remember the contents.

1   Q.   Okay.   Let's take a look at this.   So on

2   November 8th of 1999, you interviewed Roberta Graika

3   at the law enforcement center; is that correct?

4   A.   Yes.

5   Q.   And looking at the top of the second page

6   of this exhibit, Robert Graika told you that she had

7   known -- you know, Heidi Bledsoe had been married to

8   Floyd Bledsoe for about four years, and she had

9   known the Bledsoe family for about five years; is

10   that correct?

11   A.   I'm sorry.   Could you repeat that?   I was

12   reading.

13   Q.   Sure.   At the top of the second page, you

14   recorded in your report that Roberta Graika said

15   that Heidi had been married to Floyd for about four

16   years and she, meaning Roberta Graika, had known the

17   Bledsoe family for about five years; is that

18   correct?

19   A.   Yes.

20   Q.   Okay.   And Roberta Graika told you that

21   Floyd and Heidi had two children, Cody and

22   Christian, correct?

23   A.   Yes.

24   Q.   And Roberta Graika told you, when you

25   interviewed her, that Camille Arfmann was living

1  with Floyd Bledsoe and Heidi Bledsoe so she could

2  attend school in Oskaloosa.

3      A.   Yes.

4      Q.   Is that right?

5      A.   Yes.

6      Q.   Okay.  And Roberta Graika told you that

7  Tom Bledsoe lived at home with his parents, and she

8  didn't think that he worked?

9      A.   Yes.

10      Q.   Okay.  And Roberta Graika told you that

11 she thought that Tom Bledsoe maybe gets disability?

12      A.   Yes.

13      Q.   And Roberta Graika told you that Tom

14 drives a black Mazda pickup, which she thinks is a

15 1986-1987 model?

16      A.   Yes.

17      Q.   Okay.  Roberta Graika then told you that

18 Tom Bledsoe and Floyd Bledsoe are jealous of each

19 other?

20      A.   Yes.

21      Q.   She told you that Tom Bledsoe was jealous

22 because Floyd Bledsoe was married and had a family?

23      A.   Yes.

24      Q.   Roberta Graika went on to make some

25 disparaging comments about her mother, Tommie Sue

1  Arfmann?

2       A.   Yes.

3       Q.   Okay.  She said that her mom, Tommie Sue

4  Arfmann is a witch and that she -- her mother is

5  embarrassing and annoying.  She said that none of

6  the kids liked Tommie Sue Arfmann.  Is that right?

7       A.   Yes.

8       Q.   Okay.  And Roberta Graika said that her

9  parents never showed any of the kids any affection

10 and it was like not having parents -- any parents at

11 all?

12      A.   Yes.

13      Q.   She said that her mother, Tommie Sue

14 Arfmann, goes overboard and treats people like dirt

15 and that her mother is nuts?

16      A.   Yes.

17      Q.   Roberta Graika told you that Camille was

18 more like a daughter than a sister to her, and that

19 she had offered for Camille Arfmann to come live

20 with her; is that right?

21      A.   Yes.

22      Q.   Okay.  Continuing down towards the bottom

23 of page 2, Roberta Graika told you that Camille

24 Arfmann had been attending the Countryside Baptist

25 Church for about three years; is that right?

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1      A.    Yes.

2      Q.    And Roberta Graika told you that Camille

3   was attending Oskaloosa High School just this year

4   and that Camille had previously attended Jefferson

5   County North Schools; is that right?

6      A.    Yes.

7      Q.    And Roberta Graika told you that Floyd and

8   Cathy Bledsoe have lots of guns at their house?

9      A.    Yes.

10      Q.    And she was referring to Floyd L. Bledsoe

11   and Cathy Bledsoe, correct?

12      A.    Yes.

13      Q.    Okay.  And she told you that Tom Bledsoe

14   keeps a gun under the passenger seat of his truck?

15      A.    Yes.

16      Q.    And she had seen that gun one day when she

17   took Camille to church and parked next to Tom

18   Bledsoe's truck?

19      A.    Yes.

20      Q.    Okay.  Continuing on to the top of the

21   third page, Roberta Graika told you that Camille

22   Arfmann was a very caring person, and Roberta didn't

23   know of her having any boyfriends, let alone sexual

24   partners?

25      A.    Yes.

1    Q.   Okay.   And Roberta Graika told you that

2  Camille had lectured her and Heidi about waiting to

3  have sex until after marriage; is that right?

4    A.   Yes.

5    Q.   And Roberta Graika told you during this

6  interview that Camille Arfmann was not having any

7  problems in school other than grades, and that she

8  was doing much better since transferring to

9  Oskaloosa?

10    A.   Yes.

11    Q.   And at the bottom of page 3, Roberta

12  Graika also told you that Tom Bledsoe attended

13  church, the Countryside Baptist Church, with

14  Camille, correct?

15    A.   Yes.

16    Q.   Okay.   And so with this report, when you

17  finished your interview with Roberta Graika, you

18  reported the information that you learned from her

19  to the lead investigators on the case, right?

20    A.   Yes.

21    Q.   And so you then documented it in this

22  report, and you also submitted the report so it

23  would be added to the investigative file for the

24  case, correct?

25    A.   Yes.

1      Q.   And you left it to lead investigators to

2  decide whether any follow-up needed to be carried

3  out, right?

4      A.   Once again, there would be conversations

5  but ultimately, it was their decision, yes.

6      Q.   Do you remember, as you sit here today,

7  any -- you know, any thoughts that you personally

8  offered about what follow-up needed to happen during

9  the 1999 and 2000 Arfmann investigation?

10     A.   No, I don't.

11     Q.   Okay.  So you just generally remember that

12 there would've been conversations.  You could

13 potentially have had input, but you don't remember

14 the content of any of those conversations?

15     A.   No.  That was standard operating procedure

16 throughout my career on any major case, is the

17 leaders were not operating alone in a vacuum.  They

18 were -- you know, they needed, wanted and there was

19 input from everybody involved, but the leadership

20 was ultimately making the decisions.

21     Q.   Okay.  And you don't remember, as you sit

22 here today, what input you did or did not provide

23 regarding thoughts on investigative leads; is that

24 right?

25     A.   That would be correct.

1    Q.   Okay.  Let's take a look at the next one,

2  Exhibit 236.

3    A.   236 is what we just did.

4    Q.   Oh, okay.  Give me a sec.  Sorry, 237.

5  Okay.

6          MS. BROWN:  So for the record, I'm showing

7  you on the screen here, and you'll be shortly handed

8  a copy of Exhibit 237, which has been previously

9  Bates-stamped KBI Subpoena 2429 to 2430.

10         THE DEPONENT:  Yeah, I have it.  Just two

11  pages?

12  BY MS. BROWN:

13    Q.   Yes.  And do you recognize this as a

14  police report that you completed regarding your

15  interview of Reverend Michael Wagoneer on November

16  8th of 1999?

17    A.   Yes.

18    Q.   Okay.  And so towards the middle of this -

19  - let's see here.  Okay.  At the bottom of page one

20  of your report, do you see where it says, "Wagoneer

21  stated he never knew of Tom Bledsoe to be

22  romantically involved or romantically with anyone.

23  He said Tom showed some interest in his niece while

24  she was staying with him, but it never went beyond

25  flirting.  Tom never called or wrote to his niece,

1    to his knowledge.  It should be noted that

2    Wagoneer's niece was 15 during the time in which Tom

3    Bledsoe was around her."  Do you see that?

4        A.   Yeah.

5        Q.   Okay.  And is that an accurate summary of

6    information that you learned from Michael Wagoneer

7    during the investigation on November 8th of 1999?

8        A.   Yes.

9        Q.   Okay.  So he told you that Tom Bledsoe,

10   who was 25 years old at the time of the Arfmann

11   homicide, had been flirting with Wagoneer's 15-year-

12   old niece?

13          MR. QUALSETH:  Objection, asked and

14   answered. This is Shon.

15          MR. LAKE:  You can answer.

16          THE DEPONENT:  Yes.

17   BY MS. BROWN:

18       Q.   Okay.  And after your investigation with

19   Reverend Michael Wagoneer, you would've reported the

20   information that you learned from the interview to

21   the other investigators on the case, correct?

22       A.   Yes.

23       Q.   And you documented it in this report, and

24   you submitted that so that it would be in the

25   investigative file for the case, correct?

1      A.   Yes.

2      Q.   And you left it to the lead investigators

3  to decide whether any follow-up was needed based on

4  your interview with Reverend Wagoneer, correct?

5      A.   Yes.

6      Q.   Do you know if any investigators in the --

7  during the Arfmann homicide, ever questioned Tom

8  Bledsoe about whether he had made any sexual

9  advances on young girls that were about 14 or 15

10  years of age such as Reverend Wagoneer's niece?

11     A.   You're asking if I recall anyone doing

12  that?

13     Q.   Yes.

14     A.   Asking that?  No, I do not.

15     Q.   Okay.  And do you have any information,

16  one way or another, whether Tom Bledsoe was ever

17  questioned about whether he had made sexual advances

18  on young girls during the 1999 Arfmann homicide

19  investigation?

20     A.   No, I do not.

21     Q.   Okay.  Let's take a look at Exhibit 240.

22  Okay.

23         MS. BROWN:  And just for the record,

24  you've been handed a copy of Exhibit 240, which is a

25  two-page exhibit Bates-marked KBI Subpoena 2621 to

1  2622.

2  BY MS. BROWN:

3     Q.   Do you recognize this report as a report

4  that you completed regarding an interview on

5  November 8th of 1999 with Dale G. Arfmann?

6     A.   Yes.

7     Q.   Okay.  Now, Dale Arfmann, that you

8  interviewed, was Heidi and Camille's brother,

9  correct?

10     A.   Yes.

11        MR. LAKE:   Is there a question?

12        MS. BROWN:   I'm getting there, sorry.

13  BY MS. BROWN:

14     Q.   And so at the bottom of page 2 of this

15  report, Dale Arfmann told you that Tom Bledsoe drove

16  a black or a dark gray Mazda pickup; is that right?

17     A.   Yes.

18     Q.   And Dale Arfmann told you that Camille did

19  not have a boyfriend; is that right?

20     A.   Yes.

21     Q.   And Dale Arfmann told you that Camille

22  Arfmann was doing well in school at Oskaloosa High

23  School?

24     A.   I'm sorry.  I'm not seeing that in this

25  report.

1      Q.    Sure.  Do you see on page 2, the first

2  paragraph at the top, the last sentence of the

3  paragraph?

4      A.    Okay, yeah.

5      Q.    So Dale --

6      A.    Dale said Camille was doing well in school

7  at Oskie, yes.

8      Q.    Okay.  And that was Oskaloosa High School,

9  correct?

10     A.    Yes.

11     Q.    Okay.  And just like all of your

12  investigative work in the Arfmann homicide, after

13  you conducted this interview, you shared the

14  information that you learned with investigators, and

15  you left it up to the lead investigators to decide

16  whether any follow-up was needed subject to sharing

17  your thoughts, if you had any?

18     A.    Yes.

19     Q.    Okay.  Let's take a look at Exhibit 241.

20     A.    241?

21     Q.    Yes.

22     A.    George Thomas Arfmann?

23     Q.    Correct.  So you've been handed Exhibit

24  241, which has been Bates-marked KBI Subpoena 2413

25  to 2414.  Do you recognize this as a police report

1  that you completed regarding a November 8th, 1999

2  interview of George T. Arfmann?

3      A.   Yes.

4      Q.   Okay.  And George T. Arfmann, when you

5  interviewed him, told you that Camille Arfmann had

6  moved in with Heidi and Floyd Bledsoe approximately

7  one week before the school year started; is that

8  right?

9      A.   Yes.

10      Q.   And that the people living with Camille

11  were Heidi, Floyd; their two children, Cody and

12  Christian; and Camille, correct?

13      A.   Yes.

14      Q.   And George Arfmann told you that Camille

15  had moved to Heidi's to try to do better in school,

16  right?

17      A.   Yes.

18      Q.   And he told you -- George Arfmann told you

19  that Camille Arfmann had been doing poorly at JCN

20  prior to moving in with Heidi and Floyd; is that

21  right?

22      A.   Yes.

23      Q.   And what does JCN stand for?

24      A.   Jefferson County North.

25      Q.   Okay.  And George Arfmann told you that

1    Camille Arfmann had no boyfriends and no boys ever

2    called the house for her, right?

3        A.    Yes.

4        Q.    And George Arfmann described his

5    relationship with Camille as being close, right?

6        A.    Yes.

7        Q.    Continuing to the -- on the second page

8    here. George Arfmann told you that normally, Jim and

9    Rose Bollinger would take Camille to church but

10   sometimes -- but Tom Bledsoe had given Camille a

11   ride to church a few times, right?

12       A.    Yes.

13       Q.    Okay.  And you shared the information that

14   you learned from George Arfmann with the

15   investigators in the Arfmann homicide, correct?

16       A.    Yes.

17       Q.    And you shared -- you might have shared

18   your personal input, but you ultimately left it up

19   to the lead investigators to decide whether any

20   follow-up needed to be carried out based on your

21   interview with George Arfmann, correct?

22       A.    Yes.

23       Q.    Okay.  And you shared -- you didn't --

24   scratch that.  Okay.  Let's take a look at Exhibit

25   248.

1        A.    Heidi Bledsoe?

2        Q.    Yes.  So you interviewed --

3              MS. BROWN:   And just for the record, this

4    has been Bates-stamped JC 4802 to 4806 and pre-

5    marked Exhibit 248.

6    BY MS. BROWN:

7        Q.    Detective Vernon, you interviewed Heidi

8    Bledsoe on November 18th of 1999, correct?

9        A.    Yes.

10       Q.    Okay.  And just taking you to page 3 of

11   your report here towards the middle of the page,

12   Heidi Bledsoe told you that Camille Arfmann was

13   doing well in school since coming to live with her

14   and Floyd, and that Camille had gotten all A's and

15   B's on her report card; is that right?

16       A.    Yes.

17       Q.    And Heidi Bledsoe received Camille

18   Arfmann's report card in the mail the same day that

19   Camille Arfmann came up missing?

20       A.    Yes.

21       Q.    Okay.  And let's take a look at Exhibit

22   249.

23       A.    Oskaloosa Public Schools?

24       Q.    Yes.  And so was it you who was involved

25   in getting this fax about Camille Arfmann's

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1  performance at Oskaloosa High School in 1999 from

2  the principal?

3       A.    It's addressed to me, so I'm sure, yes.

4       Q.    Okay.  And you would've shared the

5  information that you learned in this report with

6  investigators in the Arfmann homicide investigation,

7  right?

8       A.    Yes.

9       Q.    And with the lead investigators of that

10  homicide, right?

11      A.    Yes.

12      Q.    Okay.  And the principal told you by

13  letter back in 1999 that Camille Arfmann was

14  attending Oskaloosa High School beginning that fall

15  in August of 1999, and she had not missed any school

16  during that schoolyear, right?

17      A.    Yes.

18      Q.    Okay.  Now, you signed an arrest warrant

19  for Floyd S. Bledsoe's arrest back in 1999, correct?

20      A.    An arrest report but, yes.

21      Q.    Arrest report, okay.  And you signed it,

22  Arresting Officer Roy Dunnaway by Kirk Vernon,

23  correct?

24      A.    Yes.

25      Q.    And you signed it that way because you had

1    **concerns at that point in time that there was not**

2    **probable cause to arrest Floyd S. Bledsoe, correct?**

3        A.    Correct.

4        **Q.    And you expressed those concerns to Roy**

5    **Dunnaway at the time, right?**

6        A.    Yes.

7        **Q.    What did you tell Roy Dunnaway?**

8        A.    It wasn't exactly -- I was directed to

9    arrest Floyd which meant filling out this arrest

10   report, so I filled it out as you see initially, and

11   it did not -- I put Roy's name on it because I

12   didn't want my name on it because I did not believe

13   we had probable cause and established probable

14   cause.  After I did that, I had a conversation with

15   the sheriff, and I was directed to take his name off

16   and put my name on as the arresting officer. And

17   again, I refused to do that and, you know, I was

18   told to go back and change it.  And I went back and

19   I added my name, not removing his.  So it was

20   originally filled out and I printed his name, not

21   wanting to sign it, and then I just added my name

22   below it.

23       **Q.    Got it.**

24       A.    And it was dropped at that point.

25       **Q.    You mean dropped by Roy Dunnaway; like he**


NAEGELI DEPOSITION & TRIAL    CELEBRATING 40 YEARS IN BUSINESS    (800)528-3335    NAEGELIUSA.COM

1  didn't push it any further?

2       A.   Right.   Telling me, you know, to go redo

3  that or --

4       Q.   Okay.  And at the time that you signed

5  this arrest report in the manner that you just

6  described, did you have -- well, you were

7  uncomfortable with the idea of arresting Floyd

8  Bledsoe for the Arfmann homicide; fair to say?

9       A.   At the point we were in the investigation,

10  yes.

11       Q.   Okay.  And is that because, you know, Tom

12  Bledsoe had turned himself in for the crime,

13  provided the Jennings 9MM firearm as the murder

14  weapon, led investigators to Camille Arfmann's body

15  which was buried behind his -- or adjacent to his

16  residence?

17            MR. COX:  This is Vince Cox.  Object to

18  form.

19            MR. QUALSETH:  Same.

20            MR. LAKE:  You still answer.

21            THE DEPONENT:  Where did you leave off?

22  You were listing off the reasons why I was

23  uncomfortable, as well as the messages left on the

24  church answering machine and the fact that, to my

25  knowledge, none of the interviews of Floyd had

1  provided any incriminating information for him

2  regarding the homicide.  And to me, the only thing

3  that had changed was the failure -- the reported

4  failure of Floyd on the polygraph and the passing of

5  Tom on his polygraph.

6  **BY MS. BROWN:**

7      **Q.    Got it.   Okay.   And so those polygraphs --**

8  **the polygraph results were -- those were significant**

9  **to you when you heard the results as reported by**

10 **George Johnson back in 1999?**

11     A.    Well, it's significant that you don't use

12 them as probable cause, and I'm not going to say

13 that -- you know, I'm not going to speak for anybody

14 else, but I was not aware of evidence implicating

15 Floyd other than the polygraphs and you can't use

16 those.  So I did not understand what probable cause

17 we were basing our arrest on.

18     **Q.    Got it.   Okay.   All right.   You**

19 **interviewed Catherine Bledsoe.   Let's scratch that.**

20 **Let's take a look at Exhibit 177.**

21     A.    Catherine Bledsoe?

22     **Q.    Yes.**

23     **MS. BROWN:**  For the record, you've been

24 handed a copy of Exhibit 177.  It's four pages.

25 It's been Bates- marked JC 4772 to 4775.

NAEGELI
DEPOSITION & TRIAL

(800)528-3333
NAEGELIUSA.COM

1  BY MS. BROWN:

2      Q.    Do you recognize this as the report that

3  you completed regarding interviews of Catherine

4  Bledsoe on November 8th of 1999 and then November

5  9th of 1999?

6      A.    Yes.

7      Q.    Okay.  You recorded both of your

8  interviews with Catherine Bledsoe at the Jefferson

9  County Law Enforcement Center, right?

10     A.    Yes.

11     Q.    And you preserved the recordings of both

12  interviews so they could be retained in the

13  sheriff's department master file for the case,

14  correct?

15     A.    Yes.

16     Q.    And just like with your other

17  investigative leads, you prepared a report on your

18  interviews with Catherine Bledsoe, correct?

19     A.    Yes.

20     Q.    And after you interviewed Catherine

21  Bledsoe, you shared the information that you learned

22  with investigators and put the report -- and

23  arranged for the report to be -- you put in the box

24  for -- so that it would be given to the records

25  clerk, correct?

1      A.    Yes.

2      Q.    Okay.  You interviewed Catherine Bledsoe

3  for, roughly speaking, approximately an hour on

4  November 8th and then another hour on November 9th

5  of 1999; is that right?

6      A.    Yes.

7      Q.    Now, Floyd L. Bledsoe, Catherine Bledsoe's

8  husband, was interviewed by Terry Morgan during that

9  time period in the investigation; is that right?

10     A.    I'm going to presume your information is

11  accurate, yes.

12     Q.    Okay.  You don't have any reason to

13  dispute that Terry Morgan interviewed --

14     A.    No.

15     Q.    -- Floyd L. Bledsoe, right?

16     A.    No.

17     Q.    Okay.  So who was it that decided that you

18  would interview Catherine Bledsoe and, you know,

19  another agent would interview Floyd L. Bledsoe?

20     A.    It would've been whoever was assigning

21  leads, and then it could have been Terry and I

22  independently saying, you know, which one do you

23  want or -- you know, or it just worked -- you know,

24  worked out who took one and who took the other.

25     Q.    Okay.  Was the -- you know, was the

1  rationale of interviewing them separately to find

2  out, you know, what Catherine would say and what

3  Floyd L. would say so that you could then compare

4  their accounts?

5      A.   That would seem reasonable, yes.

6      Q.   Okay.  But it wouldn't be you who was

7  really comparing their accounts.  It would be the

8  lead investigators on the case, right?

9      A.   Well, probably in all likelihood, it would

10 -- Terry and I would've done that after we

11 concluded.  What did Catherine say, what did Floyd

12 Laverne say, and then, you know, we probably -- we

13 would've reported back together to leadership, is

14 what I believe would've happened but --

15     Q.   Okay, thanks.  So did you -- would you and

16 Terry Morgan, to the best of your knowledge, have

17 spoken beforehand on what kinds of questions you

18 wanted to ask the two parents?

19     A.   It would -- I mean potentially, yes.

20     Q.   Okay.  And so at this point in the

21 investigation, Tom Bledsoe had left the answering

22 machine messages, you know, he had alerted law

23 enforcement about the location of Arfmann's body, he

24 had provided the Jennings 9MM firearm as the murder

25 weapon that was his gun, and the body was -- had

1  been uncovered on the property where he lived with

2  his parents, right?

3       A.   Yes.

4       Q.   Okay.  And at this point in the

5  investigation, by the time it was known that -- by

6  the time that -- after the time that Tom Bledsoe

7  left Rusty's in Lawrence on November 5th on the

8  evening when the victim disappeared -- between the

9  time he left Rusty's and when he arrived at church

10  later that evening, there was nobody who could vouch

11  for his whereabouts, right?

12            MR. QUALSETH:  Object to the form.  You

13  can answer.

14            THE DEPONENT:  Can you restate that

15  question?

16  BY MS. BROWN:

17       Q.   Sure, yeah.  So during the -- well,

18  scratch that. Let's look at Exhibit 242 real quick

19  and take a look at page 10.  Okay.  Why don't you

20  review page 10 and let me know when you're done.

21       A.   I'm done.

22       Q.   Okay.  So fair to say that during the 1999

23  investigation, the information was that between the

24  time that Tom Bledsoe left Rusty's Sporting Goods on

25  the afternoon that Camille Arfmann disappeared --

1  between the time he left Rusty's and the time that

2  he arrived at church somewhere around 6:00 or 7:00

3  p.m., he had no alibi witness, right?

4      A.   Correct.

5      Q.   Okay.  But his -- you know, after church

6  at some point that evening, his parents became alibi

7  witnesses for him and said that later that evening,

8  they had found -- they had seen Tom Bledsoe,

9  correct?

10     A.   Yes.

11     Q.   Okay.  So when you were -- let's go back

12 to Exhibit --

13          THE REPORTER:   242?

14          THE DEPONENT:   177?

15 BY MS. BROWN:

16     Q.   We're going to go back to the Catherine --

17 177, that's right.  To the interview with Catherine

18 Bledsoe. Okay.  So when you were interviewing

19 Catherine Bledsoe in early November of 1999, you

20 were particularly looking for evidence about where

21 Tom was on November 5th, whether Catherine Bledsoe

22 could provide any sort of alibi for him or

23 information about his whereabouts and where -- and

24 what Tom Bledsoe had told his parents about the

25 Arfmann homicide; fair to say?

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1      A.   Yes.

2      Q.   Okay.  And were you instructed to ask

3  those kinds of questions by anyone, or was that just

4  kind of basic -- you know, just obvious law

5  enforcement protocol when you're talking about

6  someone who's turned themselves in for murder and

7  you --

8      A.   Yeah.  I don't -- I think it would've been

9  just the obvious.  I don't recall, you know, hey

10  specifically ask her this or, you know, trying to

11  understand what the facts were.

12      Q.   Okay.  And, you know, it was obvious to

13  you that you would want to know exactly what Tom had

14  communicated to his parents about the murder of

15  Camille Arfmann, right?

16      A.   Yes.

17      Q.   And it was obvious to you that you would

18  want to know, you know, Tom's whereabouts on the

19  afternoon and what Catherine Bledsoe could -- the

20  afternoon of November 5th of 1999 and what Catherine

21  Bledsoe could tell you about Tom's whereabouts on

22  that day --

23      A.   Yes.

24      Q.   -- right?

25      A.   Yes.

1      Q.   Okay.  And you also -- it was obvious to

2  you that you would want to know what Tom Bledsoe had

3  told his parents in connection with him turning

4  himself into the law enforcement center, right?

5      A.   Yes.

6      Q.   Okay.  And Catherine Bledsoe told you that

7  Tom Bledsoe had problems with his hearing, right?

8      A.   Yes.

9      Q.   And Catherine Bledsoe told you that Tom

10 Bledsoe had problems at school because of his

11 impaired hearing, right?

12     A.   Yes.

13     Q.   Okay.  Let's take a look at Exhibit 239.

14 Okay.

15          MS. BROWN:  And for the record, you've

16 been -- you're being handed Exhibit 239 which was

17 previously Bates -- or previously marked Exhibit 239

18 and it's JC 2089 to 2090, and it's a report by Orin

19 Turner.

20 BY MS. BROWN:

21     Q.   Do you have that in front of you?

22     A.   I do.

23     Q.   Okay.  So if you look at the first

24 paragraph of this report, Captain Turner describes

25 being asked by you to make contact with James

1    Bollinger, you know, to check out some information

2    that he, meaning you, had received.  Can you tell us

3    what information that this report is referring to in

4    that first paragraph?

5         A.   I -- based upon this, I don't recall.

6         Q.   Okay.  So the Countryside Baptist Church,

7    you know, was at one location and at a separate

8    location, there was a barn known as the Retreat of

9    the Countryside Baptist Church; is that right?

10        A.   I don't recall.

11        Q.   Okay.  Do you recall any reason why the

12   Retreat was searched back in 1999?

13        A.   No.

14        Q.   Okay.  Do you recall anything about this -

15   - you know, the information involving the Retreat,

16   as you sit here today?

17        A.   No.

18        Q.   Do you know who might know about the

19   content of this report, other than you and Orin

20   Turner?

21        A.   No.

22        Q.   Okay.  Let's take a look at Exhibit 242

23   again.

24            MR. QUALSETH:  Ruth, this is Shon.  Is

25   this a good time for a break?

1        **MS. BROWN:**  Can we just go like three more

2   minutes and then we'll stop?

3        **MR. QUALSETH:**  I can make it three

4   minutes.

5        **MS. BROWN:**  All right.

6   BY MS. BROWN:

7        Q.   Let's take a look at Exhibit 242, page 9.

8        A.   I'm there.

9        Q.   Okay.  Do you see at the top of page 9,

10  this is your testimony at the 2015 hearing and you

11  were asked the question, "What prompted his arrest

12  for this"?  And you said, answer, "He had made --

13  you know, his ability to lead us to the body.  He

14  had made statements indicating his guilt to both law

15  enforcement as well as he had made phone calls to

16  his church or his church paster, Jim Bollinger,

17  where he apologized profusely, though never

18  specifically admitted to killing her.  It could've

19  been" -- "it could've absolutely inferred from the

20  messages he left and interpreted that he was, in

21  fact, responsible."  Do you see that?

22       A.   Yes.

23       Q.   Okay.  So my question is, so you told the

24  court that Tom had made statements indicating his

25  guilt to law enforcement, right?

1      A.    Yes.

2      Q.    Okay.  And what statements had -- were you

3  referring to when you said that Tom had made

4  statements indicating his guilt to law enforcement?

5      A.    The only thing I can think of would be

6  indicating where the -- where Camille's body was and

7  where the firearm was, you know, turning -- the

8  turning over the firearm.

9      Q.    Okay.  Did you participate in any

10  questioning of Tom Bledsoe in 1999 or 2000?

11      A.    No.

12      Q.    Back in --

13      A.    I --

14      Q.    Yeah.

15      A.    I'm unaware of any questioning of Tom

16  Bledsoe other than the initial interview done by

17  Randy Carreno with Mike Hayes present, and then I

18  believe there was a follow- up interview with the

19  same parties.

20          THE REPORTER:  I apologize for the

21  interruption. The freeze -- did you say case

22  president?

23          MR. QUALSETH:  Hayes present.

24          THE DEPONENT:  Hayes present.

25  BY MS. BROWN:

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

CELEBRATING 40 YEARS IN BUSINESS

1        Q.    Can you repeat your answer just so we have

2   a clear record?

3        A.    The only interviews of Tom that I am aware

4   of were done by Randy Carreno with his attorney,

5   Mike Hayes, present, and I believe there was a --

6   there was an initial interview and then a follow-up

7   interview with those same three parties.

8        Q.    Okay.  And so you were not present at the

9   law enforcement center on the night that Tom Bledsoe

10  turned himself in, right?

11       A.    I was there.  Yes, I was present but not -

12  - you know, I was not in the room, if that makes

13  sense.  There was more than one room in the law

14  enforcement center.

15       Q.    Sure.  What were you doing on that night

16  at the time?

17       A.    I don't recall.

18       Q.    Okay.

19       A.    I recall coming back from doing something

20  and seeing Tom Bledsoe in his truck on the phone in

21  front of the sheriff's office at about dusk, and

22  then it was way later when the -- when Mr. Hayes and

23  Mr. Bledsoe showed up -- Tom Bledsoe showed up to

24  talk to the sheriff.

25       Q.    Okay.  And you were not -- you didn't



1  participate in any of the communications between Tom

2  Bledsoe or Mike Hayes with law enforcement officers

3  on the night of November 7th, 1999?

4      A.   No, I did not.

5      Q.   Did you ever view any video or audio

6  recordings of any questioning of Tom Bledsoe back in

7  the 1999 timeframe?

8      A.   I believe I watched the first interview

9  with Captain Randy Carreno, Mike Hayes and Tom.

10     Q.   Okay.  You're calling it the first

11  interview. Are you referring to the November 24th of

12  1999 interview?

13     A.   If that was the first one, yes.

14     Q.   Okay.

15     A.   Because I believe --

16     Q.   You're talking about the first documented

17  interview, formal interview of Tom Bledsoe by

18  Jefferson County Police; is that right?

19     A.   Correct.  I mean there was the polygraph

20  on the 12th.

21     Q.   Mm-hmm.

22     A.   And then there was the -- then the first

23  interview.  If you say it was the 24th, I can go

24  with that.

25     Q.   That sounds about right to you?

1      A.    Yes.

2      **Q.    Okay.**

3            **MS. BROWN:**  All right.  Why don't we take

4   a break for Mr. Qualseth.  Shon, how much time do

5   you want?

6            **MR. QUALSETH:**  Not much.

7            **THE VIDEOGRAPHER:**  All right.  Standby,

8   please. We are going off the record.  The time is

9   now 2:37 p.m.

10           **(WHEREUPON, a recess was taken.)**

11           **THE VIDEOGRAPHER:**  We are back on the

12  record. The time is now 2:45 p.m.

13  **BY MS. BROWN:**

14     **Q.    Okay.  So I believe before the break, you**

15  **testified that you were not -- while you were**

16  **physically at the Jefferson County Law Enforcement**

17  **office on the night of November 7th, 1999, you were**

18  **not present when law enforcement officers talked to**

19  **Tom Bledsoe and Mike Hayes at the law enforcement**

20  **center; is that correct?**

21     A.    That is correct.

22     **Q.    Okay.  So the only information that you**

23  **would've learned about statements made by Tom**

24  **Bledsoe or Mike Hayes on the night of November 7th,**

25  **1999 to law enforcement officers would've been**

1  secondhand information received from other officers,

2  right?

3      A.   Correct.

4      Q.   Okay.  And the only thing that you

5  remember hearing that was disclosed on the night of

6  November 7th, 1999 was that Tom and/or Mike Hayes

7  disclosed where the body was and that they were

8  going to turn over the firearm; is that right?

9      A.   Correct.

10     Q.   Is there anything else that you remember,

11 as you sit here today?

12     A.   In regards to that specifically, no.

13     Q.   Okay.  Let's take a look at Exhibit 224.

14     A.   The telephone log sheet and --

15     Q.   Yes.

16          MS. BROWN:  So for the record, you've been

17 handed Exhibit 224.  It's been -- it's a single-page

18 exhibit Bates-marked KBI Subpoena 5810, and it's a

19 telephone log.

20 BY MS. BROWN:

21     Q.   Are you familiar with this document?  Have

22 you seen it before?

23     A.   I don't recall seeing this.

24     Q.   Okay.  If you look at the narrative

25 section about five lines down, do you see where it

1   says, "Tom claimed he tried to have sex with her in

2   truck.  She laughed.  He shot her.  Tom came in with

3   attorney after looking for girl" -- oh Tom came --

4   well, let's stop there.  Do you see where it says,

5   "Tom claimed he tried to have sex with her in truck.

6   She laughed.  He shot her"?

7       A.   What -- about how many lines down is it?

8       Q.   It's the fifth line of the narrative.

9       A.   Yeah.  I don't see anything about -- "Tom

10  came in with/atty" --

11      Q.   Right above that.

12      A.   "Tom claimed he tried to have sex with her

13  in truck.  She laughed.  He shot her."

14      Q.   Yeah.  Do you see that documentation?

15      A.   Yeah, I do.

16      Q.   Okay.  And do you have -- were you ever

17  told by any law enforcement officers what the source

18  of this information was in the investigative file?

19      A.   Like I say, I don't recall seeing this

20  document. This is -- I don't know who wrote it.  I

21  don't know anything about this document.

22      Q.   Okay.  And you never -- other

23  investigators like Jim Woods or Randy Carreno or Roy

24  Dunnaway never told you that Tom had admitted that

25  he tried to have sex with Camille in his truck and

1   that she had laughed and he shot her; is that fair

2   to say?

3        A.   I don't recall that, no.

4        Q.   Okay.  Did you become -- did you ever

5   become aware that Tom had disclosed, either himself

6   or through Mike Hayes, on the night that he turned

7   himself in for Camille Arfmann's murder that she had

8   been shot in the head before her body was -- had

9   been unearthed by law enforcement officers?

10       A.   I have no knowledge of that.

11       Q.   Okay.  So we talked about your role back

12  in 1999. You were a new detective.  You were not a

13  lead investigator on this case.  You were just

14  helping out with some investigative tasks, right?

15       A.   Correct.

16       Q.   So fair to say that you were not kept

17  abreast of all the developments in the investigation

18  in terms of what Tom Bledsoe and Mike Hayes were

19  saying to investigators?

20       A.   That would be fair.

21       Q.   The only questioning of Tom Bledsoe that

22  you recall observing back in 1999 was the November

23  20 -- was the recorded interview with -- that Randy

24  Carreno did of Tom Bledsoe with Mike Hayes present,

25  correct?

1     A.   And the polygraph exam.

2     Q.   **Did you observe the polygraph examination**

3 **of Tom Bledsoe?**

4     A.   Yes.

5     Q.   **Okay.  And did you observe the section of**

6 **the polygraph examination after the polygraph had**

7 **been administered when Tom Bledsoe made some**

8 **statements about the -- having killed Camille**

9 **Arfmann?**

10    A.   I don't recall that either.

11    Q.   **Okay.  All right.  Did you watch the**

12 **entire polygraph interview that George Johnson did**

13 **with Tom Bledsoe on November 12th of 1999?**

14    A.   If that's -- so the interview room is one

15 thing where George and Tom and then George and Floyd

16 Scott were, and then there's a conference room with

17 a TV that you can monitor the interview room.  And,

18 you know, there would've been multiple people in

19 there, and I observed it, yes.  Did I -- am I going

20 to tell you that I observed the entire thing front

21 to back like you would go to a theater and watch a

22 movie, no.  You know, could I have stepped out to

23 use the restroom or do whatever, make a phone call,

24 quite probably.  So I observed it.  I didn't -- I'm

25 not going to tell you I caught every detail.

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1    Q.    Okay.  And you may have been in and out at

2  various points during the polygraph interview?

3    A.    Or could've been engaged with a

4  conversation with one of my other officers about

5  whatever, you know.  So, yeah, I could've easily

6  missed something, but I never heard what you

7  described.

8    Q.    Okay.  Turning back to Exhibit 224 for a

9  second, that phone log.

10    A.    Yes.

11    Q.    This notation here that Tom claimed he

12  tried to have sex with her in the truck, she

13  laughed, he shot her, you're not disputing that Tom

14  Bledsoe made that statement. You just don't have

15  knowledge, one way or another, whether he did; is

16  that fair to say?

17    A.    I have no idea who wrote this, so I'm not

18  saying he didn't say it.  I'm just saying I have no

19  idea the source of this document or who wrote it.

20    Q.    Okay.  I just wanted to make sure you were

21  not disputing that it was said.  You just don't know

22  one way or another.  You don't have any personal

23  information about that statement.  Is that -- do I

24  have that right?

25    A.    That would be correct.

1      Q.    Okay.  Okay.  Back in 1999 or 2000, did

2  you witness any communications by Mike Hayes

3  relating to the Arfmann murder?

4      A.    Any -- I mean I'm -- I probably saw him

5  say something to someone, but I have no idea what it

6  would've been.

7      Q.    Okay.  So you don't -- as you sit here

8  today, you don't recall anything that Mike Hayes

9  said or -- you know, said during the Arfmann

10  homicide investigation with regards to that case; is

11  that fair?

12     A.    Yeah.  I have no direct knowledge of

13  anything he specifically stated.

14     Q.    Okay.  And you never interviewed Mike

15  Hayes, either formally or informally, with regards

16  to the Arfmann homicide investigation, right?

17     A.    No.

18     Q.    Okay.  And your colleagues, your law

19  enforcement colleagues may have interviewed Mike

20  Hayes relating to the Arfmann homicide

21  investigation, but that's not something you have any

22  personal knowledge of; fair to say?

23          MR. COX:   This is Vince Cox.  Object to

24  form. You can answer if you can.

25          THE DEPONENT:  You used the word

1  interview, and I don't know what that means.  I know

2  what it means to me.  I don't know what it means to

3  you.  I don't -- I have no knowledge of anyone

4  interviewing Mike Hayes in regards to these cases --

5  or this case.

6  **BY MS. BROWN:**

7      **Q.   Sure.   That's a fair point.   You know,**

8  **normally when we talk about interviewing, we're not**

9  **talking about interviewing a suspect's attorney,**

10  **right?**

11      A.   I know there were conversations about this

12  case back in '99 between Mr. Hayes and Sheriff

13  Dunnaway and Jim Woods and Jim Vanderbilt.  What the

14  content of those conversations was, I have no idea.

15      **Q.   Got it.  And how do you know that there**

16  **were conversations between Mike Hayes and Sheriff**

17  **Dunnaway and KBI Agent Woods?**

18      A.   Because I saw Mike Hayes and Jim

19  Vanderbilt enter the law enforcement center on

20  Tuesday so Sunday, Monday, Tuesday afternoon and

21  went into a closed-door meeting with Jim Woods and

22  Sheriff Dunnaway, the four of them.  And it was

23  after that meeting, we began looking at Floyd as the

24  person that committed the homicide.

25      **Q.   Got it.  Okay.  And you said it was that**

1  Tuesday.

2      A.    She went missing on Friday.  She was

3  recovered Sunday night/Monday morning.  Tom was

4  arrested.  So 5th, 6th, 7th -- 9th.  If anyone has a

5  1999 calendar in front of them.

6      Q.    Yeah, I've got it.  So Tuesday, November

7  9th of 1999, you observed this closed-door meeting

8  that you described and after that, that was when the

9  investigation switched from focusing on Tom to

10  focusing on Floyd; is that right?

11     A.    That was my perception.

12     Q.    Okay.  Okay.  I want to take a look at an

13  exhibit, Number 10.

14     A.    Randy Carreno's report?

15     Q.    That's right.  Do you have that in front

16  of you?

17     A.    I do.

18     Q.    All right.  Let's take a look at page 14

19  at the bottom.  Do you see the very last paragraph

20  of page 14 at the bottom?  It says on November 9th

21  of 1999 at 2000 hours, KBI SA Morgan and I

22  interviewed Floyd S. Bledsoe.  The interview was at

23  the Jefferson County Sheriff's Law Enforcement

24  Center.  The interview was videotaped."  Do you see

25  that?

1      A.   Yes.

2      Q.   Okay.  And the "I" there refers to Randy

3  Carreno, right?

4      A.   Yes.

5      Q.   Okay.  So this is referring to an

6  interview by Agent Morgan and Randy Carreno of Floyd

7  S. Bledsoe beginning at 2000.

8      A.   8:00, 8:00 p.m.

9      Q.   8:00 p.m. on November 9th of 1999, right?

10     A.   Correct.

11     Q.   Okay.  And if you go down, the next few

12  pages are descriptions of this interview, and you're

13  welcome to verify that for yourself, but I want you

14  to go all the way till you get to page 19.

15     A.   Yes.

16     Q.   Okay.  And then do you see in the second

17  paragraph from the top there, it says, "During this

18  time, 0033, 12:33 a.m., we took a break.  We resumed

19  at 1:00 a.m. At this time, Detective Kirk Vernon

20  began to take interview notes.  See Detective

21  Vernon's report."  Do you see that?

22     A.   I see it.

23     Q.   Okay.  And I think we touched on this

24  earlier. You don't remember ever interviewing Floyd

25  S. Bledsoe; is that right?

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1    A.   That would be correct.

2    Q.   Okay.  Do you remember being asked to take

3 interview notes in an interview of Floyd S. Bledsoe

4 that was conducted by Terry Morgan and Randy

5 Carreno?

6    A.   I mean I believe there had to have been --

7 you know, Captain Carreno documented this so I

8 believe there was a conversation about me doing

9 this.  It would not -- I do not have any

10 recollection of ever being in the interview room

11 with Floyd, so it would've been a request of me to

12 take notes from the conference room where the

13 monitor was, but I don't remember this.  And I'm

14 going to presume there's no report from me about it.

15    Q.   Why do you say that?  Why do you presume

16 that?

17    A.   This was -- we -- this had been brought to

18 my attention prior to today.

19    Q.   By who?

20    A.   By the attorneys.

21    Q.   Oh, okay.  I don't want to ask about any

22 of your confidential communications with your

23 counsel.

24    A.   I'm just saying, this has been brought to

25 my attention, and I still have no recollection of

1  it.

2      Q.   Okay.  Let's just take a look at Exhibit

3  238 and see if that helps refresh your memory.

4      A.   Have I been provided that yet?  No?

5      Q.   You're going to get -- 238, 238.

6      A.   Okay.

7      Q.   And I know this was a long time ago so --

8      A.   You hang on for just one moment.

9      Q.   Sure.

10     A.   Okay, go ahead.

11     Q.   Hold on.  I'm going to try to share this

12  exhibit, and I'll be right with you.  Do you have a

13  copy of Exhibit 238 in front of you?

14     A.   I do.  I'm flipping through it.

15     Q.   Okay.

16          MS. BROWN:  And just for the record, the

17  witness has been handed the exhibit pre-marked

18  Exhibit 238.  It's a nine-page exhibit.  It's marked

19  JC 4930 to 4938.

20  BY MS. BROWN:

21     Q.   And having looked at this handwritten set

22  of notes, is this -- do you recognize this as your

23  handwriting?

24     A.   No.  This is not my handwriting.

25     Q.   Oh, that's not your handwriting, okay.  Do



1  **you know whose handwriting this is?**

2      A.    My best guess, based upon the format,

3  particularly of the numbers --

4      **Q.    Mm-hmm.**

5      A.    -- is that it looks like Troy Frost.

6      **Q.    Okay.**

7      A.    Troy was -- Troy and Robert Poppa were the

8  only two in the military, and there's some military-

9  style notations in here, and this just looks like

10 Troy's handwriting.

11     **Q.    Okay.  So as you sit here today and after**

12 **having worked on the reinvestigation of this case,**

13 **you have no recollection of any interviews of Floyd**

14 **S. Bledsoe that you took notes in during the 1999-**

15 **2000 timeframe; is that right?**

16     A.    That is correct.

17     **Q.    Okay.  So you don't know -- you can't**

18 **confirm or deny that you were taking notes during an**

19 **interview of Floyd S. Bledsoe back in 1999; is that**

20 **right?**

21     A.    Yeah.  I did -- I have no recollection of

22 doing it and based on -- you know, this is 11/10 and

23 it looks like 0227 in the morning.  You know,

24 potentially -- I mean, you know, I can speculate

25 that Randy asked me to do this and then Troy decided

 1  to do it instead, which kind of makes sense to me,

 2  but I'm not going to tell you that's what happened.

 3  I just -- I have no recollection of me personally

 4  taking any notes in regards to the interviews of

 5  Floyd Scott.

 6      Q.   Okay.  All right.  Let's take a look at

 7  Exhibit 244.  Tell me when you've got that.  It

 8  should be your trial testimony.

 9          MS. BROWN:   And for the record, the

10  exhibit has been handed -- the witness has been

11  handed the exhibit pre- marked Exhibit 244.  It's a

12  five-page exhibit, Bates-marked JC 647 to 651.

13  BY MS. BROWN:

14      Q.   Do you have that in front of you?

15      A.   I do.

16      Q.   Okay.  In your trial testimony -- you were

17  briefly called as a witness at Floyd S. Bledsoe's

18  trial in 2000 on behalf of Mr. Bledsoe by his

19  attorney, right?

20      A.   That is correct.

21      Q.   Okay.  And you gave some testimony about

22  contact with Tommie Sue Arfmann, the victim's

23  mother, correct?  And I'll direct you to page 4 of

24  the testimony.

25      A.   Yes.  That is correct.

1       Q.   Okay.  And you testified at Floyd S.

2   Bledsoe's trial that you interviewed Tommie Sue

3   Arfmann on November 18th of 1999, correct?

4       A.   Yes.

5       Q.   And you were testifying truthfully during

6   this testimony in Exhibit 244, correct?

7       A.   Yes.

8       Q.   Okay.  And Tommie Sue told you that she

9   went by the Zule Dairy to try to find Floyd Bledsoe

10  on November 5th of 1999, right?

11      A.   Yes.

12      Q.   And she told you that it was sometime

13  shortly before midnight that she arrived at the Zule

14  Dairy, right?

15      A.   Yes.

16      Q.   And then she told you when you interviewed

17  her in November of 1999, that she went to the Floyd

18  and Heidi Bledsoe residence at that point, right?

19      A.   Yes.

20      Q.   And when she went to the Floyd and Heidi

21  Bledsoe residence after she left the Zule Dairy,

22  Floyd was there, correct?

23      A.   Correct.

24      Q.   That's what she told you, right?

25      A.   Yeah.

1    Q.   Okay.   Now, do you know -- do you have any

2  information as to whether or not Tommie Sue Arfmann

3  later changed her testimony about the time that she

4  went to the Zule Dairy to look for Floyd Bledsoe?

5    A.   Not that I'm aware of, independently.

6    Q.   Are you aware of it in some other way

7  other than independently?   What do you mean?

8    A.   No.   I'm not aware.

9    Q.   Oh, okay.

10   A.   I mean --

11   Q.   I'm sorry.   Go ahead.

12   A.   Unless you were to provide me with some

13  documentation, I'm not aware of that.

14   Q.   Okay.   So as you sit here today, you don't

15  have any information about -- based on your memory,

16  about whether or not law enforcement ever came to

17  believe that Tommie Sue Arfmann changed her timeline

18  regarding when she was at the Zule Dairy on the

19  night of November 5th of 1999; is that right?

20   A.   Correct.

21   Q.   Okay.   On November 14th of 1999, law

22  enforcement carried out a series of searches of

23  Floyd's trailer, his vehicle and the burial site,

24  correct?

25   A.   Correct.

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1    Q.    And those searches were documented in

2  police reports, correct?

3    A.    Yes.

4    Q.    And based on your law enforcement training

5  back in 1999, you knew that when searches were

6  undertaken in a homicide investigation, those

7  searches were to be documented, right?

8    A.    Yes.

9    Q.    Okay.  And do you recall your role during

10  the searches of Floyd's trailer, his vehicle and the

11  burial site?

12    A.    I remember primarily being at the

13  residence of Fairview Road, and that's where I

14  physically was searching, looking for any type of

15  evidence that would indicate something had happened

16  and that's the one that I -- I mean I specifically

17  recall locating -- or not saying that I located

18  them, but locating some clothing that was collected,

19  which I believe didn't materialize to anything. I

20  recall there was something about a brownie on the

21  couch that seemed to be relevant in regards to a

22  timeline.  And I also recall being out at the Floyd

23  Laverne property and I did -- I was present when

24  Camille was recovered and when some of the sifting

25  of the earth, you know, looking for evidence was

1  being done, though I was not physically doing that.

2      Q.   Okay.  So were you present during two

3  different searches of the burial site, the first one

4  being the one where Camille Arfmann's body was found

5  and the second one, about a week later when officers

6  returned to that site to do a follow-up search?

7      A.   I recall being there when she was

8  recovered.  I do not recall being there a week

9  later.

10     Q.   Okay.  With regard to the searches on

11  November 14th of 1999, you didn't have any role in

12  helping to prepare Troy Frost's search warrant

13  affidavit to conduct those searches, did you?

14     A.   No.

15     Q.   Okay.  You don't know where he got the

16  information that went into the search affidavit,

17  right?

18     A.   I mean other than from the -- you know,

19  what he did and the investigation itself, no.

20     Q.   Okay.

21     A.   I mean --

22     Q.   I guess -- what I guess what I mean to say

23  is that you didn't verify any of the information in

24  the search warrant affidavit.  That wasn't part of

25  your role back in 1999; is that right?

1    A.    No.

2    Q.    **That's correct?**

3    A.    Yeah.   That was not my role.

4    Q.    **Okay.**

5          MR. QUALSETH:  I'm going to interrupt,

6    Ruth.  Ms. Segun is now leaving the room.

7          MS. BROWN:  Okay, thank you.

8    BY MS. BROWN:

9    Q.    **Do you have any information as to -- well,**

10   **during the November 14th, 1999 searches, law**

11   **enforcement officers recovered a Countryside -- a**

12   **black T-shirt that said Countryside Baptist Church**

13   **near the location where Camille's body was found; is**

14   **that right?**

15   A.    I do not have that information.   That

16   sounds correct.

17   Q.    **Okay.  Do you have any information about**

18   **whether -- why -- about whether any decision-making**

19   **with regards to testing of the Countryside Baptist**

20   **T-shirt back in 1999?**

21   A.    No, I have -- that would've been done at a

22   higher level than me at the time.

23   Q.    **Okay.  A higher -- by higher level, you**

24   **mean Jim Woods and Sheriff Dunnaway?**

25   A.    And I mean likely and possibly Vanderbilt,

1  possibly Carreno.  I mean the --

2      **Q.   Okay, got it.  All right.  During the**

3  **reinvestigation back in 2015 and maybe a little bit**

4  **of 2016, you and Ronnie Burke spoke with law**

5  **enforcement officers as part of the reinvestigation,**

6  **correct?**

7      A.   Correct.

8      **Q.   Okay.  You interviewed -- well, scratch**

9  **that. Terry Morgan was interviewed formally,**

10 **correct?**

11     A.   I believe by Ronnie Burke.

12     **Q.   Okay.  And Vic Braden was interviewed by**

13 **Ronnie Burke as well?**

14     A.   Correct.

15     **Q.   Okay.  Did you make any effort to**

16 **interview George Johnson?**

17     A.   I did not, no.

18     **Q.   Do you know whether Ronnie Burke made any**

19 **effort to interview George Johnson?**

20     A.   I don't -- I have no -- I don't recall,

21 and I don't have any direct knowledge of him doing

22 that.  I believe George Johnson was in Florida at

23 that time.

24     **Q.   Okay.  How did you know he was in Florida?**

25     A.   That's just what my memory is telling me



1  is that he was in Florida, that he -- because he had

2  retired and moved, I know that.

3      Q.   Oh, okay, got it.   All right.   Are you

4  aware of any efforts to interview Jim Woods during

5  the reinvestigation by either yourself or Ronnie

6  Burke or Robert Gonzalez?

7      A.   Ramon Gonzalez.  And no, I'm not.

8      Q.   Do you know why -- well, do you know

9  whether -- you just don't know whether or not --

10  scratch that. Terrible question.   Let me start over.

11  Would you have wanted to interview Jim Woods about

12  the investigation if you had the opportunity?

13      A.   No.

14      Q.   And why is that?

15      A.   I just -- I don't believe it would have

16  led to anything.  Just to make this easy, I wish I

17  would've had more in-depth conversations with

18  Sheriff Dunnaway on the front side.

19      Q.   What do you mean, on the front side?

20      A.   Prior to December 8th instead of after

21  December 8th.

22      Q.   Oh, I see.  And how come?  Why do you wish

23  you could've done it that way?

24      A.   I believe that it would've brought a

25  clearer understanding as to how we got to where we

1  got.

2      Q.   I see.  Okay.  So was there some law

3  enforcement pushback after your testimony on

4  November 8th of 2015 from people like Jim Woods and

5  Sheriff Dunnaway?

6      A.   Sheriff Dunnaway, no.

7          MR. QUALSETH:  I'm going to interrupt.

8  I'm sorry, Ruth.  Did you say November 8th, 2015 or

9  December 8th?

10         MS. BROWN:  Thank you.  I meant December

11  8th.

12  BY MS. BROWN:

13     Q.   Did you understand my question to refer to

14  December 8th?

15     A.   That's what -- I had a lengthy

16  conversation with Sheriff Dunnaway.  He was wanting

17  -- he asked me questions, but he was not questioning

18  me, if you understand the difference.  He was

19  needing to understand how we got to where we got.

20  Jim Woods expressed his displeasure to me as far as

21  pushback.  Sheriff Herrig was unhappy with, not

22  necessarily what I testified to, but how I

23  testified.  In the moment, he felt that my language

24  was -- on the stand was maybe a bit harsher towards

25  law enforcement than it could've been.

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

1

11        Q.    Did you have any conversations with Randy

12   Carreno about the reinvestigation or the testimony

13   that you gave in December of 2015?

14        A.    Not that I recall.

15        Q.    Did you try to interview him in connection

16   with the reinvestigation?

17        A.    No.

18        Q.    And why not?

19        A.    We had not -- we were busy doing what we

20   were doing.  We had so many tasks to perform, we

21   were -- from the point in time that Tom Bledsoe

22   killed himself, we were probably working 60 hours a

23   week or more, and we attempted to get Floyd Scott's

24   lawyers to push the hearing date back from December

25   8th.  There was only so much that we could

1    accomplish, and we -- and I mean -- and I understand

2    their position.

3           Their position is our client is innocent,

4    and one more minute that he has to spend in jail is

5    too many, so they were unwilling to allow us any

6    more time than what was scheduled so it was -- so

7    it's -- you know, you asked us why we didn't do

8    this, why we didn't -- we didn't have time.  We were

9    on a deadline that was at 1:00 on December 8th or

10   whatever time the hearing started.

11       Q.   What about after December 8th of 2015, did

12   you ever have any communications with Randy Carreno,

13   formal or informal, about the Arfmann homicide

14   investigation?

15       A.   Not really that I recall and then -- and

16   after the lawsuit was filed, I know absolutely there

17   was no conversations about that.

18       Q.   Okay.  And what about Troy Frost, do you

19   recall any conversations with Troy Frost in 2015 or

20   2016 about the Arfmann homicide investigation,

21   whether formal interviews or informal?

22       A.   I think there were a couple of informal

23   conversations, and it was nothing specific.  It --

24   what I recall is a contrary point of view to what

25   was being alleged in the document, in the original

1  filing.

2      Q.    Are you talking about the lawsuit?   A

3  contrary view to the lawsuit?

4      A.    Yes.

5      Q.    Okay.   What allegations in the lawsuit was

6  --

7      A.    I say -- and I mean if you were Troy Frost

8  and you read that document, you can imagine that you

9  would be unhappy with some of the things that were

10 being alleged. You follow what I'm saying?   I don't

11 recall specifically. I'm just telling you, you know.

12 Were I to allege those things about you, you would

13 not be happy.

14     Q.    So you're telling me that you had

15 communications with Troy Frost in which he expressed

16 unhappiness or disagreement with the allegations in

17 the lawsuit?

18     A.    Sure.   With certain -- yeah, sure.   But I

19 can't remember which ones.   I mean once again, we're

20 talking about, you know, seven years ago.   And then

21 once everybody was appointed lawyers, it was just

22 really not discussed.

23     Q.    Okay.   All right.   After --

24     A.    Shockingly, your clients listen to you

25 all.

1        Q.   I want to show you an Exhibit 256.  Let me

2   know when you've got that in front of you.

3              MR. LAKE:  He has it.

4              THE DEPONENT:  I have it.  I'm sorry.  I

5   was just getting ahead looking at what it was.

6   BY MS. BROWN:

7        Q.   Sure.  So yeah, please take a look and

8   review it. While you're looking, just for the

9   record, this is --

10             MS. BROWN:  The witness has been handed

11   Exhibit 256.  It is a two-page email from Vince Cox

12   to myself regarding documents that were provided to

13   Mr. Hayes and Mr. Hayes says by Kirk Vernon, and

14   then there's an attachment of four pages, which is a

15   list of reports received from Kirk Vernon.

16   BY MS. BROWN:

17        Q.   So I just want to ask --

18             MR. QUALSETH:  Okay.  Ask him questions.

19             THE DEPONENT:  Okay.  What --

20   BY MS. BROWN:

21        Q.   Are you ready for questions?

22        A.   Sure.

23        Q.   Okay.  So after the lawsuit was filed

24   sometime, you gave Mike Hayes documents from the

25   Arfmann investigation; is that right?

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1      A.   I did what?

2      Q.   Did you give Michael Hayes documents from

3  the Arfmann investigation sometime --

4      A.   From the original 1999 --

5      Q.   That's correct.  And, you know, later on

6  in 2000 -- sometime between 2015, 2016 and the

7  present, did you give Mike Hayes documents from the

8  Arfmann investigation?

9      A.   I have no idea what you're talking about.

10     Q.   Okay.  Do you know whether Sheriff Herrig

11 gave Mike Hayes documents from the Arfmann

12 investigation?

13     A.   I have no idea what Sheriff Herrig may or

14 may not have done.

15     Q.   Okay.  So if Defendant Michael Hayes is

16 saying that you provided him with documents from the

17 original investigation sometime after the lawsuit

18 was filed, you don't have any recollection of doing

19 that; is that right?

20     A.   I have no idea what you're talking about.

21     Q.   Okay.  If Sheriff Herrig had given Mike

22 Hayes documents from the 1999-2000 investigation

23 sometime in 2016, would you be concerned about that?

24     A.   I have -- I mean I would have to

25 understand what the purpose for that was.  I have no

1   idea.

2       Q.   Okay.  All right.  During the

3   reinvestigation, you tried to talk to Mike Hayes; is

4   that correct?

5       A.   That is correct.

6       Q.   Okay.  And you emailed him at his email

7   address, reflaw@hotmail.com, asking him to call you;

8   is that right?

9       A.   Yes.

10      Q.   Okay.  And you also called him and left

11  him messages to call you back; is that right?

12      A.   Yeah.

13      Q.   And Mike Hayes declined to talk to you,

14  right?

15      A.   That would be correct.

16      Q.   Okay.  He was not returning your calls, so

17  you tried to catch him one time when he showed up

18  for court; is that right?

19      A.   I believe he was at our office, but

20  nonetheless, yes, I saw him.

21      Q.   All right.  I think you are right.  Sorry,

22  you are correct.  I didn't mean to mislead you.  So

23  let's take a look at Exhibit 206.

24      A.   Okay.

25          THE DEPONENT:  No, I think this is the

1    cover.

2              Go ahead.

3    BY MS. BROWN:

4         Q.   Okay.  So I just want to confirm with you,

5    so this is -- have you seen this report that Ronnie

6    Burke prepared regarding an attempted interview of

7    Attorney Mike Hayes?

8         A.   Yes.

9         Q.   Okay.  And is it correct that in February

10   of 2016 -- on February 24th of 2016 at approximately

11   10:30 a.m., you and Ronnie Burke attempted to

12   interview Mike Hayes regarding the 1999 murder

13   investigation of Camille Arfmann?

14        A.   I'm sorry.  Can you repeat that?

15        Q.   Sure.  Is it correct that on February 24th

16   of 2016 at approximately 10:30 a.m., you and Special

17   Agent Burke attempted to interview Mike Hays

18   regarding the Arfmann investigation?

19        A.   Yes.

20        Q.   Okay.  And why did you want to interview

21   him?

22        A.   Wanted to talk to him about what had gone

23   on back in '99.

24        Q.   Okay.  And you had some -- you and Ronnie

25   Burke had some questions about the relationship

1   between Hayes and Dunnaway and Vanderbilt, right?

2       A.   Well, and now that Tom was dead and in

3   regards to Tom as well.

4       Q.   Okay.

5       A.   But yes, all of the above.

6       Q.   Okay.  Back in 1999, were you aware of the

7   relationship between Hayes and Dunnaway or Hayes and

8   Vanderbilt?  Did you have any knowledge about that?

9       A.   I mean I was aware of some things, yes.

10      Q.   What were you aware of?

11      A.   That there was -- it's -- I knew that Mr.

12  Hayes had helped Mr. Vanderbilt with some personal

13  issues that Mr. Vanderbilt had.  It's -- there's

14  just a lot of history with Mr. Hayes and Sheriff

15  Dunnaway just in regards to how everyone interacted

16  with each other that has known each other for a long

17  time.

18      Q.   All right.  So let's start with Hayes and

19  Vanderbilt.  So you said that you had knowledge that

20  Hayes had helped Vanderbilt with personal issues

21  that Vanderbilt had; is that right?

22      A.   I mean in putting a timeline and a date on

23  them, I know that there was some issues that --

24  regarding Vanderbilt's marital, financial situations

25  and I don't know -- I can't recall exactly when

1  Vanderbilt first started having troubles regarding

2  his law license, things along that nature.

3      Q.   Okay, got it.  So by 1999 -- so you're not

4  sure of the timeframe about when the Vanderbilt --

5  when Mike Hayes -- excuse me, scratch that.  You're

6  not sure of the timeframe when Vanderbilt began

7  having trouble with his law license, but you are

8  aware that as of 1999, Hayes was helping Vanderbilt

9  with some personal issues involving his marital and

10  financial situations.  Do I have that right?

11      A.   Correct.

12      Q.   Okay.  And you said there was a lot of

13  history between Mike Hayes and Roy Dunnaway in terms

14  of how they interacted.  You know, can you describe

15  what their relationship was like?

16      A.   Well, Sheriff Dunnaway was the sheriff and

17  had been since, I believe, 1983 and Mike Hayes was a

18  defense attorney.  He had also served as the county

19  attorney.  And so for a period of years off and on,

20  during one period of time, they're on the same side

21  of the coin, you know, trying to pursue justice.

22  And then during other times, Mr. Hayes is defense

23  counsel and Sheriff Dunnaway is the sheriff so it's

24  -- I mean it's -- and both of them like to play

25  games.  I mean I don't know how else to put it, and

1    I'm not suggesting that they were playing games

2    during the time of this -- you know, with the

3    Arfmann case.  I'm not suggesting that in any way,

4    shape or form, but they liked to -- I don't know how

5    else to put it.  They liked to screw with each

6    other, as men will do.

7        Q.    **Are you thinking of any specific**

8    **instances?**

9        A.    The specific one that comes to mind when

10   it comes to this is, Mike Hayes ran for county

11   attorney at the same time that Jim Vanderbilt ran

12   for county attorney when Jim got elected to this

13   term when he was the prosecuting attorney during the

14   Arfmann case and no one -- Jim was an assistant

15   under the previous county attorney, Dan Owen.

16          No one believed that Jim running as a

17   democrat in Jefferson County, which is very

18   Republican, stood a snowball's chance in hell of

19   becoming elected.  Jim ran as a Democrat.  Mike ran

20   as a Republican.  And Jim was doing everything in

21   his power to try and get this job, and Mike ran

22   basically on his prior reputation.

23          And at some point, I was in the room when

24   Mike asked Jim -- or excuse me, Mike asked Sheriff

25   Dunnaway for his endorsement for the election, and


NAEGELI DEPOSITION & TRIAL    (800)528-3335    NAEGELIUSA.COM

 1  Roy just started grinning and almost laughing and

 2  said, Mike, you know I can't do that.  I got to work

 3  with whoever is elected. Just screwing with Mike

 4  because neither one of them thought Jim was going to

 5  win.  Does that make sense at all?

 6     **Q.   Yeah, that makes sense.  Got it.  All**

 7  **right.  So turning back to Exhibit 206.  So you and**

 8  **Ronnie Burke noticed that Mike Hayes was at the**

 9  **Jefferson County Sheriff's Office on February 24th**

10  **of 2016; is that right?**

11     A.   Yes.

12     **Q.   Okay.  And he was there -- you noticed --**

13  **Burke noticed that he was present at approximately**

14  **9:00 a.m., and he was speaking with other Jefferson**

15  **County employees about a variety of topics, not**

16  **relating to any official business, right?**

17     A.   Yes.

18     **Q.   Okay.  And did you -- were you -- did you**

19  **observe Hayes talking to Jefferson County employees**

20  **between 9:00 and 10:30 a.m.?**

21     A.   I mean not during the whole time but, yes.

22     **Q.   Okay.  And do you remember what -- so you**

23  **heard like snippets of this conversation with other**

24  **employees; is that fair to say?**

25     A.   Sure.

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1    **Q.    And do you remember any topics that were**

2  **being discussed?**

3    A.    I mean Ronnie's indicating here in this

4  report that what he heard between Captain Carreno

5  and Mr. Hayes. Specifically, no, I do not.

6    **Q.    Okay.  But at some point, you know, you**

7  **and Burke could hear Mike Hayes and Randy Carreno**

8  **talking about the Arfmann homicide with particular**

9  **reference to the current review by the KBI, right?**

10    A.    Correct.

11    **Q.    Okay.  And you don't remember the**

12  **specifics other than that?**

13    A.    No.

14    **Q.    Okay.  At the end when it seemed like**

15  **Hayes was finished talking, you asked him if you**

16  **could speak with him for a few minutes, and Mike**

17  **Hayes told you that he was busy and had a full**

18  **docket, and he couldn't be bothered on this day or**

19  **the following day; is that right?**

20    A.    That sounds about right.

21    **Q.    Okay.  When you spoke to Jim Woods back in**

22  **2015 about the Arfmann homicide case, he remembered**

23  **the case, right?**

24    A.    I mean he --

25        **MR. QUALSETH:**  Object to the form.  You

1    can answer.

2           **THE DEPONENT:**  I would say he remembered

3    the case, generally.  I'm not going to tell you -- I

4    cannot state if he had any specific -- you know, he

5    remembered details, details about the case.

6    **BY MS. BROWN:**

7        **Q.    How do you know that he -- you know, where**

8    **do you get your understanding that he remembered the**

9    **case generally; although you don't know what**

10   **specifics he knows?**

11       A.    Well, I mean it's no different than -- you

12   know, I remember -- just as we've had this

13   conversation today, I remember the Arfmann case.

14   Everyone you've deposed remembers that it happened

15   and remembers certain details, but we don't remember

16   all of it.  What I know about that phone call after

17   the December 8th hearing is Jim Woods was angry

18   because he expressed that anger towards me.  And

19   what it appeared to me he was angry about is, we had

20   taken a case that he was involved in in 1999 where

21   they had a successful prosecution, and we had undone

22   that.  And at first blush, anybody that -- you know,

23   you take an accomplishment that they did and you

24   undo it, is going to be unhappy about it.

25              Now, if you find out later that it was the

1  right thing to do -- you know, I can't speak to what

2  their emotions would be but that's what he was -- in

3  that moment immediately after it happened, not

4  knowing anything about what was going on, you know,

5  that's what I feel he was unhappy about.

6       Q.   Okay, got it.  Now, you also said that you

7  talked -- you had a sit-down with Sheriff Roy

8  Dunnaway for about an hour or an hour and a half --

9       A.   Yes.

10      Q.   -- three to 10 days after the December

11  8th, 2015 hearing, right?

12      A.   Correct.

13      Q.   Okay.  And during that time, you know, you

14  questioned Roy Dunnaway on, you know, what evidence

15  that he had implicating Floyd S. Bledsoe back in

16  1999 and 2000, correct?

17      A.   I did not question Roy Dunnaway.  I

18  questioned in my mind what had -- you know, what had

19  changed and I stood up as much as -- you know, by

20  not signing that.

21      Q.   Did you want to continue your answer, or

22  are you finished?

23           MR. LAKE:   Yes.  I want to object.  This

24  has been asked and answered before in great detail.

25           If you have anything else, you can still

1  say it.

2          **THE REPORTER:**  I apologize for the

3  interruption. Just to clarify, who was that that

4  spoke?

5          **MR. LAKE:**  Dick Lake.

6          **THE REPORTER:**  Thank you.

7          **THE DEPONENT:**  I would add that Sheriff

8  Dunnaway was a -- he always was trying to do what

9  was right and getting something like this wrong was

10 his biggest fear being -- that and getting one of

11 his guys hurt.  Screwing something up like this and

12 getting one of his -- he was terrified by that, and

13 he was a great man, and it bothers me that there's

14 people that this is what they think of him. They

15 think he screwed this up, and he did so much good.

16 **BY MS. BROWN:**

17     Q.   **Let's take a look at Exhibit 186.  And if**

18 **you -- do you want to take a break, Detective**

19 **Vernon?**

20          **MR. LAKE:**  We want to finish.

21          **THE DEPONENT:**  No.  We just want to get

22 this done.

23          **MR. LAKE:**  That was Dick Lake.

24          **THE REPORTER:**  Thank you.

25 **BY MS. BROWN:**



```
 1      Q.    So let's take a look at Exhibit 186, which

 2  is a memorandum by Special Agent Ronnie Burke dated

 3  February 25th of 2016.

 4          MS. BROWN:   And for the record, it's been

 5  previously marked Exhibit 186, KBI Subpoena 1773 to

 6  1778.

 7  BY MS. BROWN:

 8      Q.    And I want to direct your attention to --

 9  get the right page here.   Okay.   If you take a look

10  at page 5 of the exhibit, there's a middle paragraph

11  there.   And the middle of --

12      A.    "In subsequent review"?

13      Q.    Yes.   And in the middle of that -- or the

14  second half of that paragraph, do you see where it

15  says, "Former JFSO Sheriff Dunnaway was interviewed

16  after the court proceedings, November 8th, 2015 by

17  JFSO Captain Kirk Vernon. Sheriff Dunnaway was asked

18  what physical evidence was present that led his

19  investigators to believe that Floyd S. Bledsoe

20  committed the murder.   Sheriff Dunnaway could only

21  state that Floyd S. Bledsoe was acting weird and

22  changed his story on several occasions.   In this

23  interview with Captain Vernon, Sheriff Dunnaway also

24  stated he could not believe that Thomas E. Bledsoe

25  was capable of murder."   Do you see that?
```

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1        A.    Well, for starters --

2        Q.    **So let's start with, my question was, do**

3 **you see that?  Do you see where I'm at?**

4        A.    I see what you're talking about, yes.

5        Q.    **So are you -- you know, did you**

6 **communicate to Ronnie Burke the information that he**

7 **put in this paragraph in the middle paragraph of**

8 **page 5 of Exhibit 186?**

9        A.    I would say that Ronnie is paraphrasing

10 potentially something that I said because for

11 starters, the date is wrong because obviously he

12 means December 8th, 2015, not November 8th.  And

13 much like I got what -- you know, Ronnie emailed me

14 about the polygraph exams.  That wasn't quite

15 exactly right, you know, what he is saying here.

16 And I've got nothing but respect for Ronnie.  It's

17 the pass- the-secret game.  Sheriff Dunnaway and I

18 had a conversation, and then Ronnie and I had a

19 conversation, and then Ronnie translated that into

20 written form.  And I'm not going to say it's

21 horrifically wrong, but it's not completely accurate

22 either.

23        Q.    **Sure.  And so that's why I'm asking.  What**

24 **did you share -- say to Sheriff Dunnaway during this**

25 **communication, and what did Sheriff Dunnaway say**

1  **back to you?**

2      A.    So -- and like I told you previously, the

3  sheriff came to visit -- or as he did occasionally,

4  and he ran into me and he said can I talk to you,

5  and I said absolutely. And we had a room in the

6  sheriff's annex that we were using to conduct the

7  reinvestigation and Sheriff and I went to that room,

8  and I don't recall how it basically started but I

9  knew what he wanted.  He wanted to talk to me about

10  the Arfmann/Bledsoe case, and he wanted -- and so we

11  walked through what we'd been doing over the past

12  couple of months, you know, starting with the filing

13  by the Innocence Project in regards to the DNA, and

14  we just kind of walked through everything and how we

15  got to where we got.  And I will say that Sheriff

16  Dunnaway was asking me questions, but he was not

17  questioning me.  It was more like okay, well how did

18  we -- you know, how did you get -- well, what

19  happened next, you know, that sort of question.  It

20  wasn't a -- he wasn't questioning the result.  He

21  was just trying to understand.

22

1

8       Q.    Sure.  So when you were going through with

9  Sheriff Dunnaway the -- you know, going through the

10  investigation, what explanation, if any, did Sheriff

11  Dunnaway provide for why the investigation had

12  shifted from Tom Bledsoe to Floyd Bledsoe?

13       A.    We did not have that conversation.

14       Q.    Okay.

15       A.    I was the --

16            MR. LAKE:  That's it.  You didn't have

17  that conversation.

18            THE DEPONENT:  Well, yeah.  Thank you.

19  BY MS. BROWN:

20       Q.    Okay.  Was there more to your answer, sir?

21       A.    No.

22       Q.    Okay.  Did you discuss with Sheriff

23  Dunnaway, you know, any early statements that Tom or

24  Mike Hayes had given regarding the --

25       A.    No.

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1      Q.    -- Arfmann homicide?

2      A.    No.

3      Q.    Okay.  Did you discuss with Sheriff

4   Dunnaway what evidence existed back in 1999 that

5   pointed towards Floyd S. Bledsoe?

6          MR. LAKE:   It's been asked and answered.

7   I object.  This is Dick Lake.

8   BY MS. BROWN:

9      Q.    You can answer.

10     A.    No.

11     Q.    Okay.  Do you recall anything else from

12  your conversation with Sheriff Dunnaway that took

13  place for an hour, an hour and a half back in

14  December of 2015 other than what you've already

15  testified to?

16     A.    No.

17     Q.    Do you have any knowledge as to why

18  investigators that were leading the Arfmann homicide

19  investigation did not ensure, back in 1999, that Tom

20  Bledsoe's clothing was searched?

21     A.    I have no idea.

22     Q.    Okay.  Do you have any knowledge regarding

23  why investigators leading the Arfmann homicide back

24  in 1999 and 2000 did not ensure that Tom's residence

25  was thoroughly searched?

1      A.    No.

2      Q.    Do you have any knowledge regarding why,

3 back in 1999 and 2000, the investigators leading the

4 Arfmann homicide investigation did not ensure that

5 Tom's truck was thoroughly searched?

6      A.    No.

7      Q.    Do you recall any communications with Jim

8 Woods that you had during the 1999-2000

9 investigation?

10      A.    No.

11      Q.    Do you recall any communications with

12 Terry Morgan during the 1999-2000 investigation?

13      A.    I recall having conversations with Terry.

14 Like the one that sticks out is I remember Terry and

15 I and others were assigned to go out to Fairview

16 Road in the area near Floyd and Heidi Bledsoe's

17 residence to -- basically, we stopped every car

18 from, I want to say, about 4:00 to 6:00 on a given

19 day, and Terry was put in charge of that to ask

20 passing motorists if they had seen anything, a

21 standard canvas type thing, and Terry was basically

22 in charge of that for our group.  My recollection of

23 Terry is that he wasn't in a whole lot of higher

24 decision-making capacity than I was.  Terry was not

25 a main decision maker on this in any way, shape or

 1  form.

 2      Q.   Got it.  Okay.  And did you have any

 3  involvement in investigation of the pumping well on

 4  Floyd S. Bledsoe's -- near Floyd S. Bledsoe's

 5  trailer?

 6      A.   I recall something about that, but I don't

 7  -- I recall that happening, but I don't remember

 8  what the significance was.

 9      Q.   Okay.  Other than the fact that you recall

10  it happening, you don't remember any of the details,

11  as you sit here today?

12      A.   That is correct.

13      Q.   Okay.  Did you have any involvement in

14  investigating the screams that were heard by the

15  hunter near Wild Horse Road?

16      A.   The only involvement that I recall having

17  was we went and searched that area to see if we

18  could locate any indication of any type of crime

19  being committed out in that area.

20      Q.   Okay.  And you didn't find anything,

21  right?

22      A.   Correct.

23      Q.   Okay.  Were you told, during that

24  investigation, that the hunter revealed that the

25  screams were coming to the west of the creek near

1   Wild Horse Road?

2        A.   I can't recall that.

3        Q.   Okay.  Were you told during that

4   investigation that there was a couple that

5   frequently had domestic violence issues that was

6   nearby?

7        A.   I do recall hearing that.

8        Q.   Okay.  Did you recall hearing that that

9   couple -- that house was -- an interview was done at

10  that house?

11       A.   Do I recall that?

12       Q.   Mm-hmm.

13       A.   I can't recall whether that happened or

14  not.  I don't know.

15       Q.   Okay.  Do you recall who you heard from

16  about the neighbor -- the couple with domestic

17  violence issues --

18       A.   No.

19       Q.   -- back in 1999?

20       A.   No, I do not.

21       Q.   All right.  When you were at the burial

22  site when Camille Arfmann's body was being

23  recovered, do you know what happened to the shovel

24  that Tom Bledsoe had revealed had potentially been

25  used to bury the body?

NAEGELI
DEPOSITION & TRIAL

(800)528-3335
NAEGELIUSA.COM

1    A.   No, I don't.

2    Q.   **Do you have any information as to why that**

3  **shovel was not taken into evidence?**

4    A.   I do not.

5      **MS. BROWN:**  All right.  I think I'm done,

6  but let's take a five-minute break and I'll just

7  confirm.

8      **THE VIDEOGRAPHER:**  All right.  Standby,

9  please. We are going off the record.  The time is

10  now 3:58 p.m.

11      **(WHEREUPON, a recess was taken.)**

12      **THE VIDEOGRAPHER:**  We are back on the

13  record. The time is now 4:02 p.m.

14      **MS. BROWN:**  Thank you.  The plaintiff has

15  no further questions at this time.

16  **EXAMINATION**

17  **BY MR. QUALSETH:**

18    Q.   **Mr. Vernon, my name is Shon Qualseth, and**

19  **I represent the KBI defendants.  Do you know why you**

20  **are not a named defendant in this lawsuit?**

21    A.   Do I know why?  No.  I can presume why.

22    Q.   **Well, let me start with, have you ever**

23  **been told why you're not a defendant?**

24    A.   No.

25    Q.   **What do you presume why you're not a**



1  defendant in this lawsuit?

2       A.    I presume it's because I didn't have

3  anything to do with interviewing Floyd Scott in the

4  original investigation, and I presume it's because

5  myself and Ronnie and Ramon did this reinvestigation

6  which aided -- you know, I think he would've got out

7  anyways, but aided in Mr. Bledsoe's release from

8  prison.

9            MS. BROWN:   I'm sorry.   I just want to

10  interpose an objection that the question calls for

11  speculation.   You can continue.

12            THE DEPONENT:   But as far as knowing, I

13  have no idea.

14  BY MR. QUALSETH:

15       Q.    I think you talked about it earlier, but

16  I'm handing you what's been marked as Exhibit 404.

17       A.    Yes.

18       Q.    Exhibit 404 is the arrest report that you

19  testified earlier that you had completed; is that

20  correct?

21       A.    That is correct.

22       Q.    And that's the one where it's -- well, let

23  me back up.   Exhibit 404, the handwriting on there,

24  is that yours?

25       A.    Yes.



1       Q.    And if you look at the top of Exhibit 404,

2   it says, "Report date," and it says 11/13/1999,

3   correct?

4       A.    Correct.

5       Q.    And is that the date that this arrest

6   report was written?

7       A.    It would've the day, yeah.  The date that

8   I was directed to go back there and do this.  I did

9   this in the booking room.

10      Q.    Okay.  And then over onto the right,

11  upper-right, it says, "Incident date, November 13th,

12  1999."  What does that refer to as --

13      A.    The date of the arrest.

14      Q.    Okay.  And then a little bit lower it

15  says, "First degree murder," and that's the charge,

16  correct?

17      A.    Correct.

18      Q.    And it says, "Date of incident," also

19  November 13th, '99.  Is that -- was that the date of

20  the murder?

21      A.    No.

22      Q.    All right.  What did you mean by, "Date of

23  incident"?  Did you mean to put the date of the

24  murder?

25      A.    I mean I can't tell you what I meant 24

1  years later.  It's wrong, I can tell you that.

2      Q.   Okay.  Was that a mistake that you did?

3      A.   Sure.

4      Q.   Was that an intentional mistake?

5      A.   No.

6      Q.   Does that happen that you make mistakes as

7  an investigator?

8      A.   It happens to every investigator on every

9  case.

10     Q.   And if you make a mistake, you go back and

11 change it, wouldn't you, if you realized you made a

12 mistake?

13     A.   I mean sure.  Maybe you would, maybe you

14 wouldn't.  You might notate that you made a mistake

15 and not correct it so that it's there to be known.

16 It just depends on the circumstance.

17     Q.   In fact, after you testified at the

18 December 8th, 2015 hearing, you learned of more

19 facts that might have made your testimony

20 inaccurate; is that fair?

21     A.   In two incidents.

22     Q.   And you tried to correct that, correct?

23     A.   Correct.

24     Q.   Have you ever had a perfect investigation?

25     A.   Absolutely not.

NAEGELI   CELEBRATING 40 YEARS IN BUSINESS   (800)528-3335
DEPOSITION & TRIAL   NAEGELIUSA.COM

1    Q.   Why not?

2    A.   Because the world's not perfect.   It

3  doesn't work that way.

4    Q.   Did you intentionally misrepresent your

5  testimony at the December 8th, 2015 hearing?

6    A.   No, I did not.   What I -- I believed what

7  I was stating was truthful at the time or accurate,

8  using another word, and I found out later that what

9  I presented in court was not accurate.   And I felt I

10  had a duty to make that known.

11         MR. QUALSETH:   I'm going to take a minute.

12  I've got kind of a paper bomb here.   I'm cleaning it

13  up.

14         THE DEPONENT:   Are we done with this?

15         MR. QUALSETH:   Yes.

16  BY MR. QUALSETH:

17    Q.   I'm handing you what's been marked as

18  Exhibit 406.   Exhibit 406 with the Bates number of

19  JC 1734.   That's a memo that you wrote dated March

20  31st, 2016, correct?

21    A.   Yeah.   And this was brought up to me

22  earlier as well.

23    Q.   What do you mean by "this"?

24    A.   This document.

25    Q.   Okay.   Exhibit 406, this is your report,

1   correct?

2       A.   Yes, I wrote this.

3       Q.   And in the third sentence of the first

4   paragraph it states, "Sheriff Herrig stated he had

5   been told that all three of the Bledsoe males' DNA

6   had been located on the socks."  Did Sheriff Herrig

7   tell you who told him that information or how he

8   found out that information?

9       A.   No, he did not.

10      Q.   You said you "advised Sheriff Herrig that

11  is not what the report said."

12      A.   Mm-hmm.

13      Q.   Is that correct?

14      A.   I mean I wrote that so, yeah.

15      Q.   What is your understanding of what the

16  report said?

17      A.   I don't recall.  Without seeing the report

18  and rereading it to refreshing, which is -- if

19  that's the 28- page report that you're about to hand

20  me, we're going to be here a while.

21      Q.   I'm not going to have you read the report

22  or ask for your vision --

23      A.   Okay.

24      Q.   -- but I am going to hand you what's been

25  marked as Exhibit 407.  If you go through that, and



1  **you tell me if Exhibit 407 is, in fact, the DNA**

2  **report dated September 2nd, 2015 from the**

3  **Serological Research Institute.**

4      A.   That's -- yes.   That's what that is and if

5  you -- are you asking me, is this what I'm referring

6  to in this email?

7      Q.   **Well, I want to make sure we're on the**

8  **same page, is that the DNA report that you're**

9  **referring to is, in fact, Exhibit 407.**

10     A.   In this?

11     Q.   **In 406.**

12     A.   Okay.   Without -- I believe this is what

13 we're talking about.   This is talking about this

14 (indicating.)

15     Q.   **So you're saying Exhibit 406 --**

16         MR. LAKE:   Tell the exhibit so they can

17 get it in the record.

18         MR. QUALSETH:   I'll get it.

19 **BY MR. QUALSETH:**

20     Q.   **Mr. Vernon --**

21         THE REPORTER:   I apologize, gentleman.

22 Who just spoke about the record?

23         MR. LAKE:   Dick Lake.

24         THE REPORTER:   Can you say your name, sir?

25 I apologize.

1          **MR. LAKE:**  Dick Lake.

2          **THE REPORTER:**  Thank you.

3   **BY MR. QUALSETH:**

4     **Q.   And Mr. Vernon, when you refer to four --**

5   **Exhibit 406, it references the report that is**

6   **contained and been marked as Exhibit 407; is that**

7   **correct?**

8     A.   Yes.

9     **Q.   Did you have anything further that you**

10  **wanted to expound on your answer?**

11    A.   No.  I'm just waiting.

12    **Q.   If you go to Exhibit 407, it's page 12 of**

13  **13.**

14    A.   All right.  Mine's not marked.  Hang on.

15    **Q.   All right.  That's okay.  The Bates stamp**

16  **is Plaintiff FB 140.**

17    A.   So "Conclusions"?

18    **Q.   At the top it says, "Conclusions**

19  **(continued)" and the first paragraph as marked as**

20  **paragraph 4.  Are we on the same page, hopefully?**

21    A.   Yes, yes.  So which --

22    **Q.   All right.  So in paragraph 4, the**

23  **conclusion is, DNA recovered from the front of the**

24  **right sock of Ms. Arfmann."  That's in the first**

25  **sentence, correct?  Have you had a chance to review**

1  paragraph 4?

2      A.    Paragraph 4, yes.

3      Q.    And the conclusion is that there's DNA

4  recovered on the front of Ms. Arfmann's right sock,

5  and Thomas Edward Bledsoe, Zetta Arfmann and Floyd

6  Laverne Bledsoe were each included as possible minor

7  contributors, correct?

8      A.    Correct.

9      Q.    And if you could review paragraph 5.

10     A.    Mm-hmm.

11     Q.    Paragraph 5 is DNA from the back of the

12 right sock.  It was found DNA from Floyd Scott

13 Bledsoe, Thomas Edward Bledsoe and again Camille --

14 Zetta Arfmann; is that right?

15          MS. BROWN:   Objection, form.

16 BY MR. QUALSETH:

17     Q.    You can answer.

18     A.    Correct.

19     Q.    And also Floyd Laverne Bledsoe was also

20 included as a possible contributor --

21     A.    Correct.

22     Q.    -- from the back of the right sock,

23 correct?

24     A.    Correct.

25     Q.    And paragraph 6, on the back of the left


NAEGELI
DEPOSITION & TRIAL
(800)528-3335
NAEGELIUSA.COM
CELEBRATING 40 YEARS IN BUSINESS

1  sock, Floyd Laverne Bledsoe was listed as a

2  contributor?

3      A.    Correct.

4      Q.    And to refer back to Exhibit 406, which

5  was your memo, and Sheriff Herrig had told you that

6  the report did state all three of the Bledsoe males'

7  DNA was on the sock, and you stated that that's not

8  what the report says.  What did you mean by, "what

9  the report says"?

10      A.    And, obviously, I mean I can read like

11  everybody in the room.

12      Q.    Sure.

13      A.    And I see what this says, and I see what

14  this says (indicating).  I'm not going to say it's

15  impossible, but I find it difficult for me to

16  believe that I could've read this with the sheriff

17  and then wrote this.  I mean so I have no reasonable

18  -- I have no explanation, let alone a reasonable

19  one.

20      Q.    Okay.  That was my question.  Do you have

21  an explanation about the differences?

22      A.    The only potential is we're not talking

23  about this report, but I don't have any idea what

24  other report it could possibly be.

25      Q.    Okay.

1      A.   Are we done here?  I'll give you that.

2      Q.   **Yes.**

3      A.   Okay.

4

1



1    Q.    -- is that fair?

2    A.    Yes.

3    Q.    I can take this exhibit.  You testified

4 earlier that during the reinvestigation and opening

5 up of the investigation in 2015 and 2016 that you

6 were not looking for any law enforcement misconduct;

7 is that correct?

8    A.    That is correct.  And I don't believe we

9 found any, and I was told -- in addition to that, I

10 was told by Jean Phillips, Alice Craig and Beth

11 Cateforis that they did not believe that law

12 enforcement had done anything intentionally wrong.

13    Q.    When did they tell you that?

14    A.    On more than one occasion between probably

15 November -- late November to spring of '16.

16    Q.    Late November of 2015?

17    A.    2015 to February or March.

18    Q.    And those were Floyd S. Bledsoe's

19 attorneys, correct?

20    A.    That is correct.  I don't want to over --

21 I mean they believed that we screwed up, but they

22 didn't -- did not believe we had done anything

23 intentional to try and purposefully wrong Floyd S.

24    Q.    Before the Arfmann investigation, did you

25 even know Floyd S. Bledsoe?

1    A.   Before '99?

2    Q.   **Correct.**

3    A.   Yes.

4    Q.   **You did know him?**

5    A.   Yeah.  I mean not -- Floyd was -- Floyd

6  Scott was on the edge of trouble, so we were all

7  familiar with him.

8    Q.   **What do you mean by "on the edge of**

9  **trouble"?**

10    A.   Just nothing -- you know, people he

11  associated with, we -- I don't recall ever having

12  arrested Floyd Scott, but we arrested many of the

13  people that he had associated with and for primarily

14  minor of the -- you know, maybe a theft, maybe a

15  DUI, maybe a -- you know, they're not thugs on the

16  street, so to speak, but just prone to getting

17  themselves in trouble.

18    Q.   **Did you know Tom Bledsoe before the**

19  **Arfmann investigation?**

20    A.   I knew who he was.  I wouldn't say --

21    Q.   **Stop.  If you could, just let me finish.**

22    A.   I apologize.

23    Q.   **Go ahead and let me finish my question.**

24  **I'll try to give you the same courtesy.  Okay?**

25    A.   Yes.

1    Q.   Did you know Tom Bledsoe before the

2  Arfmann investigation?

3    A.   I knew who he was.

4    Q.   Had you ever arrested him?

5    A.   No.

6    Q.   Are you aware of him ever having been

7  arrested?

8    A.   No.

9    Q.   How did you know who he was?

10    A.   Floyd and Tom were both red-headed and

11  smaller of statute -- stature and they just kind of

12  -- when you saw them, you noticed them.  And Floyd

13  was fairly gregarious, would be one to engage

14  people, and so they were just known.

15    Q.   Small town?

16    A.   Exactly.

17    Q.   You may have already testified to some of

18  this, but I do want to go through some of the

19  allegations in addition to Mr. Bledsoe's claim.  Are

20  you aware of any evidence that any of the defendants

21  framed Floyd Junior of the Arfmann murder?

22    A.   No, I am not.

23    Q.   Are you aware of any evidence why any of

24  the defendants would frame Floyd Junior for the

25  murder?

1      A.   I have no knowledge as to why anyone would

2  do that.

3      Q.   **Are you aware of any evidence that any of**

4  **the defendants had a meeting to discuss framing**

5  **Floyd Junior for the murder?**

6      A.   No.

7      Q.   **Are you aware of any evidence that any of**

8  **the defendants conspired to frame Floyd Junior?**

9      A.   No, I am not.

10      Q.   **Are you aware of any evidence that any of**

11  **the defendants fabricated evidence like getting a**

12  **false recantation from Tom?**

13      A.   No, I am not.

14      Q.   **Are you aware of any evidence that any of**

15  **the defendants intentionally concealed evidence in**

16  **this case?**

17      A.   No, I am not.

18      Q.   **Are you aware of any evidence that any of**

19  **the defendants intentionally suppressed evidence in**

20  **the case?**

21      A.   No, I am not.

22      Q.   **Are you aware of any evidence that any of**

23  **the defendants destroyed evidence?**

24      A.   No, I am not.

25      Q.   **Are you aware of any evidence that any of**



1  the defendants had any ill will or dislike or hatred

2  of Floyd Junior before the investigation occurred?

3       A.   No, I am not.

4       Q.   Are you aware of any evidence -- and I'll

5  ask it a little bit different.  But are you aware of

6  any evidence that any of the defendants had a prior

7  grudge against Floyd Junior?

8       A.   No, I am not.

9       Q.   Are you aware of any evidence that George

10  Johnson instructed Tom to continue lying to

11  implicate Floyd Junior?

12       A.   No, I am not.

13       Q.   Are you aware of any evidence that George

14  Johnson intentionally manipulated the results of the

15  polygraph exams of Tom and Floyd?

16       A.   No, I am not.

17       Q.   Are you aware of any evidence that George

18  Johnson lied about the polygraph exam results?

19       A.   No, I am not.

20       Q.   Are you aware of any evidence that George

21  Johnson believed that the results of the polygraph

22  exams were different than what he reported them to

23  be?

24       A.   No, I am not.

25            MR. QUALSETH:  That's all the questions I

1  have for you, Mr. Vernon.  Thank you.

2            THE DEPONENT:  Thanks.

3            THE REPORTER:  I apologize.  I heard

4  someone speak, but I wasn't sure who it was.

5            MR. QUALSETH:  Trying to get the mic

6  affixed and changed.

7  **EXAMINATION**

8  **BY MR. COX:**

9       **Q.   Mr. Vernon, I know I'm the last to go**

10  **today. It's been a long day, so I'll try to be**

11  **extremely brief. Just a couple of follow-up items.**

12  **You testified earlier today about your familiarity**

13  **with the Tom Bledsoe suicide notes, right?**

14       A.   Correct.

15       **Q.   And you have read those before?**

16       A.   Yes.

17       **Q.   And those didn't mention Michael Hayes,**

18  **correct?**

19       A.   No, they did not.

20       **Q.   To your knowledge, were all of the law**

21  **enforcement reports, including the sheriff's**

22  **department reports and the KBI reports, available to**

23  **Mr. Vanderbilt who was making the decisions in this**

24  **case?**

25            MS. BROWN:  Objection -- I'm sorry.

1  Objection, form.

2          **THE DEPONENT:**  To my knowledge, yes.

3          **MS. BROWN:**  I'm sorry.  I wanted to add an

4  objection, calls for speculation, for the previous

5  question.

6  **BY MR. COX:**

7      **Q.   Earlier in your testimony today, you**

8  **talked about the relationships between Michael**

9  **Hayes, Sheriff Dunnaway and Jim Vanderbilt.  Do you**

10  **remember that?**

11     A.   Sure.

12     **Q.   My understanding of your testimony today,**

13  **though, is that you're not implying that there was**

14  **any scheme that Mr. Hayes was involved in to somehow**

15  **frame Floyd S. Bledsoe for the murder; is that**

16  **right?**

17     A.   I have no knowledge that would support a

18  theory like that.

19          **MR. COX:**  I don't have any more questions.

20          **THE REPORTER:**  I apologize.  Mr. Cox,

21  could you just repeat what you said?

22          **MR. COX:**  I don't have any further

23  questions.

24          **THE REPORTER:**  Thank you.

25          **MS. BROWN:**  Okay.  Is that -- do any other

1  -- no other defense counsel have any questions,

2  correct?

3      MR. QUALSETH:  I have a follow-up.  I lost

4  an exhibit in my paper bomb.

5      MS. BROWN:  Sure, go ahead.

6  FURTHER EXAMINATION

7  BY MR. QUALSETH:

8      Q.   Mr. Vernon, I'm handing you what's been

9  marked as Exhibit 405.  On the bottom, it's Bates

10  number 1681 of the first page of Exhibit 405, and

11  then the rest of Exhibit 405 is actually Exhibit

12  225, and it's been marked in this case. I'll let you

13  have a chance to review the entire Exhibit 405.

14      A.   Okay.

15      Q.   Have you had a chance to review Exhibit

16  405?

17      A.   I have.  Yes.  I'm familiar with this.

18      Q.   And the first page is the memo that we

19  talked about -- or at least you testified to before.

20  It's dated December 14th, 2015 where it documents

21  you had a conversation with Jim Woods and then as

22  far as your testimony was incomplete.  Is that a

23  fair characterization of the first page?

24      A.   Yes.

25      Q.   I think you testified, as far as the

1   second page of Exhibit 405, prior to your testimony

2   at the December 8th, 2015 hearing, if my

3   understanding is correct, the only page that you

4   were given prior to that hearing was page 2 of

5   Exhibit 405 which has the, "Please disregard two

6   prior memos" language.

7        A.   Correct.

8        Q.   Were you given the next two pages, showing

9   what evidence to test and what evidence to hold and

10  preserve for future testing?

11       A.   After --

12            MS. BROWN:   Objection to the form of the

13  question.   Sorry.   You can answer.

14            THE DEPONENT:   This is what I testified

15  to.

16  BY MR. QUALSETH:

17       Q.   And you have your left hand on the second

18  page of Exhibit --

19       A.   I'm sorry.   I apologize.   I testified to

20  the second page of Exhibit 405 --

21       Q.   Do you remember the question?

22       A.   -- which is 15 and after my conversation

23  with Jim Woods, I was troubled by what -- you know,

24  some of what he had said, and so I started digging,

25  digging, digging, and I found not just this page but

1  I found a copy with page 2, 3 and 4 of Exhibit 405.

2  So I found this document in its entirety, which made

3  what I testified to on the 8th in regards to the

4  stop order inaccurate.

5      Q.    And pages 3 and 4 list various items of

6  evidence, correct?

7      A.    And it was essentially stop this testing

8  and do this testing -- it was not stop testing.  It

9  was change what testing you're doing, and I'm sure

10  that they had their reasons for making those

11  changes.

12      Q.    And how you read it, this was a

13  clarification order; is that fair?

14      A.    In the way I read it the first go-around

15  when I testified was it was a stop order.  When I

16  found the entire -- the document in its entirety, it

17  was -- how did you phrase it?  I'm sorry.

18      Q.    I think you used the word "clarification."

19      A.    Clarification in the change order or --

20  but do this instead of that.

21      Q.    Okay.  And Exhibits 3 and 4 list items of

22  evidence that had been gathered; is that fair?

23      A.    Yes.

24      Q.    Some of the items are listed as "to be

25  tested."

1        A.    Correct.

2        Q.    And if I'm reading it correctly, some of

3    the items are listed as "hold onto them."

4        A.    Correct.

5        Q.    And that -- does that indicate to you to

6    not test at that time?

7        A.    At that time.

8        Q.    But that would preserve that evidence in

9    case it needed to be tested later; is that fair?

10       A.    Yes.

11            MR. QUALSETH:   That's all.

12            MS. BROWN:   Okay.   Any other questions

13   from defense attorneys or attorneys in the room with

14   Mr. Vernon?

15            MR. QUALSETH:   Not at this time.

16            MR. COX:   No.

17            MS. BROWN:   All right.   Plaintiff has no

18   further questions.

19            THE VIDEOGRAPHER:   All right.   Standby,

20   please. We are going off the record.   The time is

21   now 4:35 p.m. This concludes the deposition.

22            (WHEREUPON, the deposition of KIRK VERNON

23   was concluded at 4:35 p.m.)

24

25

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

1                    CERTIFICATE

2

3        I the undersigned, Adam Penney, am a videographer

4   on behalf of NAEGELI DEPOSITION AND TRIAL.  I do hereby

5   certify that I have accurately made the video recording of

6   the deposition of Kirk Vernon, in the above captioned

7   matter on the 18th day of May, 2023, taken at the location

8   of College Park Offices Suites, 2611 SW 17th ST.,

9   6604.

10

11       No alterations, additions or deletions were made

12   thereto.

13

14       I further certify that I am not related to any of the

15   parties in the action and have no financial interest in

16   the outcome of this matter.

17

18

19

20

21   Adam Penney

22

23

24

25



```
 1                        CERTIFICATE

 2

 3        I, Jennifer Brooks, do hereby certify that I

    reported all proceedings adduced in the foregoing matter
 4
    and that the foregoing transcript pages constitutes a
 5
    full, true and accurate record of said proceedings to the
 6
    best of my ability.
 7        I further certify that I am neither related to

    counsel or any party to the proceedings nor have any
 8
    interest in the outcome of the proceedings.
 9
          IN WITNESS HEREOF, I have hereunto set my hand this
10
    4th day of May, 2023.
11

12

13

14    _____

15                        Jennifer Brooks

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CORRECTION SHEET

 2   Deposition of: Kirk Vernon      Date: 04/18/23

 3   Regarding:    Bledsoe vs. Jefferson County, KS

 4   Reporter:     Brooks/Pollreisz

 5   _____

 6   Please make all corrections, changes or clarifications

 7   to your testimony on this sheet, showing page and line

 8   number.  If there are no changes, write "none" across

 9   the page.  Sign this sheet on the line provided.

10   Page    Line   Reason for Change

11   _____  _____  _____

12   _____  _____  _____

13   _____  _____  _____

14   _____  _____  _____

15   _____  _____  _____

16   _____  _____  _____

17   _____  _____  _____

18   _____  _____  _____

19   _____  _____  _____

20   _____  _____  _____

21   _____  _____  _____

22   _____  _____  _____

23   _____  _____  _____

24            Signature_____

25                 Kirk Vernon
```

NAEGELI
DEPOSITION & TRIAL

(800) 528-3335
NAEGELIUSA.COM

```
 1                        DECLARATION

 2  Deposition of: Kirk Vernon      Date: 04/18/23

 3  Regarding:    Bledsoe vs. Jefferson County, KS

 4  Reporter:     Brooks/Pollreisz

 5  _____

 6

 7  I declare under penalty of perjury the following to

 8  be true:

 9

10  I have read my deposition and the same is true and

11  accurate save and except for any corrections as made

12  by me on the Correction Page herein.

13

14  Signed at _____, _____

15  on the _____ day of _____, 2023.

16

17

18

19

20

21

22

23

24              Signature_____

25                      Kirk Vernon
```

NAEGELI
DEPOSITION & TRIAL

(800) 528-3335
NAEGELIUSA.COM

| | | | |
|---|---|---|---|
| **0** | 89:9 119:18 | **1983** 141:17 | 114:12 |
| **001** 76:22 | 119:20 | **1984** 26:7 | 114:22 |
| **0033** 120:18 | **140** 163:16 | **1986-1987** | 115:13 |
| **0227** 123:23 | **14th** 126:21 | 82:15 | 117:1 119:5 |
| | 128:11 | **1994** 27:5 | 119:7 |
| **1** | 129:10 | 27:6 30:4 | 119:21 |
| **1:00** 120:19 | 175:20 | 30:9 30:15 | 120:9 |
| 134:9 | **15** 64:8 | **1999** 14:3 | 123:14 |
| **1:20** 59:8 | 88:2 89:9 | 16:15 | 123:19 |
| **10** 15:15 | 176:22 | 17:4 18:3 | 125:3 |
| 43:10 43:11 | **15-year** 88:11 | 19:11 19:15 | 125:10 |
| 102:19 | **16** 45:18 67:3 | 21:15 23:11 | 125:17 |
| 102:20 | 168:15 | 31:7 34:2 | 126:19 |
| 119:13 | **1681** 175:10 | 57:11 57:14 | 126:21 |
| 146:10 | **16th** 24:11 | 60:20 | 127:5 |
| **10:30** | 53:22 | 61:8 | 128:11 |
| 139:11 | **17** 37:9 | 61:11 61:14 | 128:25 |
| 139:16 | **1734** 160:19 | 61:16 64:15 | 129:10 |
| 143:20 | **177** 98:20 | 72:1 73:9 | 129:20 |
| **10:43** 8:5 8:8 | 98:24 | 77:7 | 137:4 |
| **10th** 167:5 | 103:14 | 77:21 | 139:12 |
| **11/10** 123:22 | 103:17 | 81:2 86:9 | 140:6 141:3 |
| **11/13/1999** | **1773** 148:5 | 87:16 | 141:8 |
| 158:2 | **1778** 148:6 | 88:7 | 145:20 |
| **11th** 29:25 | **18** 8:4 | 89:18 | 146:16 |
| **12** 163:12 | **182** 45:22 | 90:5 92:1 | 150:22 |
| **12:08** 59:5 | 46:7 46:16 | 94:8 95:1 | 152:4 |
| **12:33** 120:18 | **186** 147:17 | 95:13 95:15 | 152:19 |
| **12115** 77:12 | 148:1 148:5 | 95:19 98:10 | 152:24 |
| **12th** 110:20 | 149:8 | 99:4 99:5 | 153:3 |
| 115:13 | **18th** 8:9 94:8 | 100:5 | 155:19 |
| **13** 163:13 | 125:3 | 102:22 | 158:12 |
| **13th** 29:1 | **19** 37:8 | 103:19 | **1999-2000** |
| 158:11 | 120:14 | 104:20 | 16:2 16:5 |
| 158:19 | **191** 45:23 | 106:12 | 21:25 22:14 |
| **14** 75:9 75:16 | 46:7 46:16 | 108:10 | 22:22 |
| | | 110:3 110:7 | 55:3 137:22 |
| | | 110:12 | 153:8 |
| | | 111:17 | 153:12 |
| | | 111:25 | **1st** 37:13 |
| | | 112:6 | |
| | | | **2** |

**2** 60:24 83:23
  90:14
  91:1
  176:4 177:1

**2:37** 111:9

**2:45** 111:12

**20** 22:20
  114:23

**2000** 16:15
  18:3
  19:11
  31:4
  60:20 64:19
  67:12
  86:9 108:10
  117:1
  119:21
  120:7
  123:15
  124:18
  137:6
  146:16
  152:24
  153:3

**2000s** 32:16
  32:23

**2010s** 32:24

**2015** 15:8
  33:2
  33:12 34:14
  35:15 35:23
  37:1 41:6
  42:7
  42:15
  43:6
  43:21
  44:4 49:8
  49:11 49:16
  49:24 51:1

51:20 59:11
59:21
61:9 62:6
62:10 62:15
63:1 66:5
67:3 107:10
130:3 132:4
132:8
133:13
134:11
134:19
137:6
144:22
146:11
148:16
149:12
152:14
159:18
160:5 162:2
168:5
168:16
168:17
175:20
176:2

**2016** 13:17
  48:17 48:22
  48:25
  49:6
  49:16 51:20
  53:21 130:4
  134:20
  137:6
  137:23
  139:10
  139:10
  139:16
  143:10
  148:3
  160:20
  168:5

**2017** 50:17

**2022** 30:10

49:18 50:14
50:17 50:20
51:9 166:23
167:2

**2023** 8:4 8:9

**206** 138:23
  143:7

**2089** 105:18

**2090** 105:18

**20th** 35:15
  35:23

**22** 29:1
  166:18
  167:5

**224** 112:13
  112:17
  116:8

**225** 175:12

**22nd** 37:1

**23** 37:6
  37:9 37:9
  38:11

**235** 76:1 76:5
  76:18 76:22

**236** 76:2
  79:23 80:15
  87:2 87:3

**237** 87:4 87:8

**238** 122:3
  122:5 122:5
  122:13
  122:18

**2388** 35:8

**239** 105:13
  105:16
  105:17

**23rd** 37:1

**24** 38:11
  158:25

**240** 89:21
  89:24

**241** 91:19
  91:20 91:24

**2413** 91:24

**2414** 91:25

**2415** 80:18

**2417** 80:18

**242** 14:5 15:7
  36:24
  37:5
  38:10 38:10
  41:10
  58:6 102:18
  103:13
  106:22
  107:7

**2420** 76:8
  76:20

**2421** 76:8

**2429** 87:9

**2430** 87:9

**244** 124:7
  124:11
  125:6

**248** 93:25
  94:5

**249** 94:22

**24th** 110:11
  110:23
  139:10
  139:15
  143:9

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

**25** 88:10

**252** 34:25
  35:3 35:8

**255** 72:3 72:8
  72:20 73:8

**256** 136:1
  136:11

**258** 45:11
  45:13 45:18

**25th** 148:3
  167:2

**26** 28:2 41:10

**2621** 89:25

**2622** 90:1

**28** 161:19

**29** 167:4

**29th** 28:6

**2nd** 162:2

─────────────
        3
**3** 85:11 94:10
  177:1 177:5
  177:21

**3:58** 156:10

**31st** 160:20

**34** 73:14
  74:10

**3rd** 37:16
  38:5

─────────────
        4
**4** 15:15
  124:23
  163:20
  163:22
  164:1 164:2
  177:1 177:5

177:21

**4:00** 153:18

**4:02** 156:13

**4:35** 178:21
  178:23

**404** 157:16
  157:18
  157:23
  158:1

**405** 175:9
  175:10
  175:11
  175:13
  175:16
  176:1 176:5
  176:20
  177:1

**406** 160:18
  160:18
  160:25
  162:11
  162:15
  163:5 165:4

**407** 161:25
  162:1 162:9
  163:6
  163:12

**408** 166:5
  166:6 167:2
  167:14
  167:21

**4772** 98:25

**4775** 98:25

**4802** 94:4

**4806** 94:4

**4930** 122:19

**4938** 122:19

─────────────
        5
**5** 148:10
  149:8 164:9
  164:11

**5810** 112:18

**5th** 102:7
  103:21
  104:20
  119:4
  125:10
  126:19

─────────────
        6
**6** 164:25

**6:00** 103:2
  153:18

**60** 133:22

**647** 124:12

**651** 124:12

**6th** 77:10
  119:4

─────────────
        7
**7** 15:14

**7:00** 103:2

**78** 75:18

**7th** 110:3
  111:17
  111:24
  112:6 119:4

─────────────
        8
**8:00** 120:8
  120:8 120:9

**8:10** 77:10

**8th** 43:11
  62:15

**77:7**
**77:21**
**81:2**
**87:16**
**88:7** 90:5
**92:1** 99:4
**100:4**
**131:20**
**131:21**
**132:4** 132:8
**132:9**
**132:11**
**132:14**
**133:25**
**134:9**
**134:11**
**145:17**
**146:11**
**148:16**
**149:12**
**149:12**
**159:18**
**160:5** 176:2
**177:3**

─────────────
        9
**9** 107:7 107:9

**9:00** 143:14
  143:20

**90s** 31:4

**911** 29:3 29:9

**94** 29:25

**988** 29:10

**99** 60:15
  118:12
  139:23
  158:19
  169:1

**9MM** 57:23
  64:10 64:13

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

64:22 65:14
65:22
67:2
68:18 97:13
101:24

**9MMs** 65:18

**9th** 38:18
99:5
100:4 119:4
119:7
119:20
120:9

---
A
---

**a.m** 8:5 8:8
77:10
120:18
120:19
139:11
139:16
143:14
143:20

**ability** 12:24
13:2
41:16
107:13

**able** 14:7
67:15
70:3
71:20 71:22

**abreast**
114:17

**absolutely**
13:6 107:19
134:16
150:5
159:25

**academy**
27:1 27:4
27:9

27:10 27:13
27:16 27:22
28:2

**accelerated**
45:9

**access**
17:16 17:20
17:23
166:10

**accomplish**
134:1

**accomplishment** 145:23

**according**
35:17 36:18

**accountable**
151:4

**accounts**
101:4 101:7

**accurate**
9:7 16:1
18:16 20:21
21:20 35:18
35:19 38:21
47:16
61:6
62:11
88:5 100:11
149:21
160:7 160:9

**accurately**
12:21 41:15

**acting** 148:21

**active**
48:24
49:5 54:1

**actual**
33:22 61:17

**actually**
36:24
51:7
59:23 74:23
175:11

**Adam** 14:6
72:9 72:10

**add** 147:7
174:3

**added** 85:23
96:19 96:21

**addition** 78:8
168:9
170:19

**additional**
18:18 18:19
79:19

**address** 138:7

**addressed**
95:3

**adjacent** 58:4
97:15

**administered**
115:7

**administering**
9:10

**admit** 10:12

**admitted**
107:18
113:24

**advance** 25:2

**advances** 89:9
89:17

**advised**
161:10

**affection**
83:9

**affidavit**
128:13
128:16
128:24

**affirm** 10:3

**affirmation**
9:10

**affixed** 173:6

**afternoon**
102:25
104:19
104:20
118:20

**against** 21:12
172:7

**age** 89:10

**agencies** 29:7
29:10 31:25

**agency**
18:18 18:19
18:20 29:11
33:10 39:24
50:1 50:3
56:21

**agent** 19:11
56:22
64:9
64:21
100:19
118:17
120:6
139:17
148:2

**agents** 17:3
17:6 17:15

**ago** 11:1
22:20 47:18
122:7

135:20

**agreed** 24:24

**agreement**
47:15

**ahead** 15:2
29:17 78:19
122:10
126:11
136:5 139:2
169:23
175:5

**aided** 157:6
157:7

**alert** 79:17

**alerted**
101:22

**alibi** 103:3
103:6
103:22

**Alice** 168:10

**allegations**
53:16
54:5
135:5
135:16
170:19

**allege** 135:12

**alleged**
134:25
135:10

**alleges** 13:24

**allow** 13:6
134:5

**alone** 84:23
86:17
165:18

**already**

152:14
167:24
170:17

**am** 12:25
50:18
66:9
66:10
75:5
109:3
115:19
161:24
170:22
171:9
171:13
171:17
171:21
171:24
172:3 172:8
172:12
172:16
172:19
172:24

**amongst** 48:6

**and/or** 112:6

**anger** 145:18

**angry** 63:5
63:8
63:14 63:15
63:17 63:19
63:23
145:17
145:19

**annex** 150:6

**annoying** 83:5

**answer**
11:25
12:3
15:17 15:18
17:9
29:18 37:12

37:14 38:14
38:15 38:18
51:13 51:15
60:6 60:7
68:7 70:7
88:15 97:20
102:13
107:12
109:1
117:24
145:1
146:21
151:6
151:20
152:9
163:10
164:17
176:13

**answered**
88:14
146:24
152:6

**answering**
13:10 57:19
97:24
101:21

**answers**
11:8 12:13

**anticipate**
11:19 58:12

**anybody** 98:13
133:1
145:22

**anymore** 68:15
151:7

**anyone** 23:3
40:14 52:18
55:10 87:22
89:11 104:3
118:3 119:4

171:1

**anything**
20:15 24:20
40:17
42:2
42:11 46:19
47:12
52:6
55:14
106:14
112:10
113:9
113:21
117:8
117:13
127:19
131:16
146:4
146:25
152:11
153:20
154:20
157:3 163:9
168:12
168:22

**anyways** 72:18
157:7

**anywhere** 47:2

**apart** 16:10

**apologize**
36:6
51:13
65:3 65:3
68:4 68:4
79:2 108:20
147:2
162:21
162:25
169:22
173:3
174:20

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

176:19

**apologized**
107:17

**appeared**
69:13
145:19
167:9
167:10

**appears** 76:6

**appointed**
135:21

**approximately**
92:6
100:3
139:10
139:16
143:13

**April** 8:4  8:9
53:22

**area** 31:20
153:16
154:17
154:19

**Arfmann**
14:2  16:2
16:7
16:14  19:15
22:22  23:11
31:7
31:17
32:3  32:5
32:7  34:3
43:19  48:25
49:5
50:17  54:21
55:11
57:3
57:16  59:17
62:25  65:15
71:1

81:25
83:1  83:4
83:6
83:14  83:19
83:24  84:22
85:6  86:9
88:10
89:7
89:18
90:5  90:7
90:15  90:18
90:21  90:22
91:12  91:22
92:2  92:4
92:5
92:14  92:18
92:19  92:25
93:1  93:4
93:8
93:14  93:15
93:21  94:12
94:19
95:6
95:13
97:8  102:25
103:25
104:15
115:9  117:3
117:9
117:16
117:20
124:22
125:3  126:2
126:17
134:13
134:20
136:25
137:3  137:8
137:11
139:13
139:18
142:3
142:14

144:8
144:22
145:13
152:1
152:18
152:23
153:4
163:24
164:5
164:14
168:24
169:19
170:2
170:21

**Arfmann/
Bledsoe**
150:10

**Arfmann's**
52:10  55:23
56:3
69:14
70:4
70:15  70:20
94:18  94:25
97:14
101:23
114:7  128:4
155:22
164:4

**arising** 13:23

**Arms** 66:9
66:24
67:2  67:10

**arranged**
99:23

**arrest**
95:18  95:19
95:20  95:21
96:2  96:9
96:9  97:5
98:17

107:11
157:18
158:5
158:13

**arrested**
119:4
169:12
169:12
170:4  170:7

**arresting**
95:22  96:16
97:7

**arrived** 102:9
103:2
125:13

**articles**
40:21

**A's** 94:14

**aside** 26:14
50:11  50:15
52:9

**assign** 33:7

**assigned**
73:24
74:1  74:9
75:3  153:15

**assigning**
33:1  100:20

**assignments**
33:20

**assist** 31:25

**assistance**
17:1
18:21  56:13

**assistant**
142:14

**assisted**

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

71:15

**assisting**
18:17

**associated**
28:20
169:11
169:13

**attached**
75:20

**attachment**
136:14

**attempted**
133:23
139:6
139:11
139:17

**attend**
26:17
27:8 82:2

**attended** 84:4
85:12

**attending**
83:24
84:3 95:14

**attention**
15:14
37:6
73:13
121:18
121:25
148:8

**attorney**
10:23
21:1 21:4
44:25 109:4
113:3 118:9
124:19
139:7
141:18

141:19
142:11
142:12
142:13
142:15

**attorneys**
24:2
24:12 24:20
25:16
121:20
168:19
178:13
178:13

**audio** 110:5

**August**
95:15 167:2

**authored** 76:6
77:4

**available**
18:20 57:10
57:14 72:10
173:22

**aware** 11:6
22:8
44:24
49:7
50:15
62:6
78:22 78:25
98:14 109:3
114:5 126:5
126:6 126:8
126:13
131:4 140:6
140:9
140:10
141:8
166:24
170:6
170:20
170:23

171:3 171:7
171:10
171:14
171:18
171:22
171:25
172:4 172:5
172:9
172:13
172:17
172:20

———————
B
**background**
26:2 65:5

**bag** 39:7

**Baptist** 83:24
85:13 106:6
106:9
129:12
129:19

**barn** 106:8

**based** 40:13
64:24 70:23
89:3
93:20 106:5
123:2
123:22
126:15
127:4

**basic** 104:4

**basically**
31:21 42:22
47:16 60:25
62:21 66:11
66:12 66:20
142:22
150:8
153:17
153:21

**basing** 98:17

**basis** 18:24

**Bates** 76:7
76:19 98:25
105:17
160:18
163:15
166:10
166:12
175:9

**Bates-marked**
89:25 91:24
112:18
124:12

**Bates-stamped**
80:18
87:9 94:4

**became**
30:18 30:20
33:12 33:21
33:22 34:14
39:18 103:6

**become** 31:1
32:12 114:4
114:5

**becoming**
26:12
142:19

**beforehand**
101:17

**begin** 11:2
11:25
12:3 41:9
65:13
167:18

**beginning** 8:9
26:2
30:14 33:13

37:8 41:9
48:17 56:19
95:14 120:7

**behalf**
35:14 59:11
59:14 63:20
124:18

**behind** 58:2
97:15

**belief** 66:21

**believe** 19:13
28:3 31:3
35:20 46:24
46:25
47:2
53:22 55:17
55:18 55:18
59:20 60:16
63:22 65:14
66:23
71:3 71:6
71:7 71:9
71:14 71:16
71:17 96:12
101:14
108:18
109:5 110:8
110:15
111:14
121:6 121:8
126:17
127:19
130:11
130:22
131:15
131:24
133:7 133:9
133:10
133:10
138:19
141:17

148:19
148:24
151:4
162:12
165:16
167:2 168:8
168:11
168:22

**believed**
59:15
62:1
63:24
142:16
150:25
151:1 160:6
167:24
168:21
172:21

**believes**
133:4

**belonged**
64:14 67:24
68:12

**belonging**
65:19 67:17

**Belveal** 44:25
60:1 61:4

**best** 11:11
11:24
12:2
21:19 21:22
41:15
46:9
58:20 62:11
101:16
123:2

**Beth** 168:10

**better** 85:8
92:15

**beyond** 26:8

87:24

**biggest**
147:10

**Bill** 56:21

**bit** 11:21
36:7
46:25 51:14
130:3
132:24
158:14
172:5

**black** 82:14
90:16
129:12

**Bledsoe**
8:11 8:17
10:24 13:15
13:24 23:14
23:16 23:19
23:21 23:21
34:15 34:20
35:14
36:2
36:14 37:12
37:22
38:6
38:17
39:2
39:11 39:21
40:4 40:6
40:10 40:14
41:2 42:8
42:16 42:25
43:7
44:18
45:8 48:3
52:4 52:9
52:18 52:22
52:25 55:11
55:22
56:2 57:2

63:20 64:14
64:19 65:22
67:11 67:18
67:25 68:12
69:5 69:8
69:9
69:14 69:18
69:22
70:4
70:18 70:18
70:24
71:6
73:15 73:25
74:3
74:12 75:10
75:10
81:7 81:8
81:9
81:17
82:1 82:1
82:7
82:11 82:18
82:18 82:21
82:22
84:8
84:10 84:11
84:13 85:12
87:21
88:3 88:9
89:8
89:16 90:15
92:6
93:10
94:1 94:8
94:12 94:17
96:2 97:8
97:12 98:19
98:21
99:4 99:8
99:18 99:21
100:2 100:7
100:15
100:18

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

100:19
101:21
102:6
102:24
103:8
103:18
103:19
103:21
103:24
104:19
104:21
105:2 105:6
105:7 105:9
105:10
108:10
108:16
109:9
109:20
109:23
109:23
110:2 110:6
110:17
111:19
111:24
114:18
114:21
114:24
115:3 115:7
115:13
116:14
119:22
120:7
120:25
121:3
123:14
123:19
124:18
125:9
125:18
125:21
126:4
133:21
146:15

148:19
148:21
148:24
151:12
151:12
152:5
155:24
161:5 164:5
164:6
164:13
164:13
164:19
165:1 165:6
168:25
169:18
170:1
173:13
174:15

**Bledsoe's**
15:9 36:2
36:15 37:11
38:5
39:17 40:12
41:21
44:5
44:20
53:9
53:16
54:6
59:11
61:7
67:14 70:14
70:19 71:22
84:18 95:19
100:7
124:17
125:2
152:20
153:16
154:4 154:4
157:7
168:18

170:19

**blush** 145:22

**body** 45:8
57:17 65:25
66:3
71:11 71:16
71:16 97:14
101:23
101:25
107:13
108:6 112:7
114:8 128:4
129:13
155:22
155:25

**Bollinger**
93:9
106:1
107:16

**bomb** 160:12
175:4

**Bonner**
34:21 34:21
38:24
39:1 39:5
39:15 39:20
39:25 40:11

**booking** 158:9

**bothered**
144:18
150:24

**bothers**
147:13

**bottom**
72:13 72:20
76:16 76:17
83:22 85:11
87:19 90:14
119:19
119:20

167:2 175:9

**box** 20:7
20:11 20:13
72:8 99:23

**boyfriend**
90:19

**boyfriends**
84:23 93:1

**boys** 93:1

**Braden** 130:12

**break** 13:4
13:7
13:11
58:8
58:11 58:15
106:25
111:4
111:14
120:18
147:18
156:6

**brief** 173:11

**briefings**
22:9
22:14 22:18
23:10 47:6

**briefly**
124:17

**bring** 19:1
56:23 56:24

**broke** 34:9

**Brooks** 9:4

**brother** 90:8

**brought** 18:11
19:4 23:4
121:17
121:24
131:24

160:21

**Brown** 8:16
  8:16 8:25
  9:15 9:16
  10:17 10:21
  10:23
  14:6 14:9
  14:21
  15:3 15:5
  17:14
  19:2 19:7
  19:9 36:9
  36:10 45:17
  45:24 46:14
  51:18
  58:9
  58:14 58:19
  58:22
  59:9 60:5
  60:10 63:13
  65:12
  68:8 68:9
  70:10
  72:9
  72:15
  73:3
  78:21
  79:7 80:4
  80:17 80:21
  87:6
  87:12 88:17
  89:23
  90:2
  90:12 90:13
  94:3 94:6
  98:6
  98:23
  99:1 102:16
  103:15
  105:15
  105:20
  107:1 107:5

107:6
108:25
111:3
111:13
112:16
112:20
118:6
122:16
122:20
124:9
124:13
129:7 129:8
132:10
132:12
136:6
136:10
136:16
136:20
139:3 145:6
147:16
147:25
148:4 148:7
151:19
152:8 156:5
156:14
157:9
164:15
166:9
166:13
166:19
173:25
174:3
174:25
175:5
176:12
178:12
178:17

**brownie**
  127:20

**B's** 94:15

**bullet** 65:25

**bureau** 18:17

**burglary**
  67:17 68:11
  68:20 68:25
  69:4

**burial** 126:23
  127:11
  128:3
  155:21

**buried** 58:1
  60:23 97:15

**Burke** 41:24
  44:10 54:19
  55:1 56:7
  61:12
  64:9
  64:21 68:18
  130:4
  130:11
  130:13
  130:18
  131:6 139:6
  139:11
  139:17
  139:25
  143:8
  143:13
  144:7 148:2
  149:6

**bury** 155:25

**business**
  143:16

**busy** 133:19
  144:17

---
C
---

**calendar** 24:8
  119:5

**Camille** 52:10
  55:22

56:3 57:3
57:16 59:17
69:14
70:4
70:15 70:20
70:25
71:7
81:25 83:17
83:19 83:23
84:2 84:4
84:17 84:21
85:2 85:6
85:14 90:18
90:21
91:6 92:5
92:10 92:12
92:14 92:19
93:1 93:5
93:9
93:10 94:12
94:14 94:17
94:19 94:25
95:13 97:14
102:25
104:15
113:25
114:7 115:8
127:24
128:4
139:13
155:22
164:13

**Camille's**
  65:25
  90:8
  108:6
  129:13

**canvas** 153:21

**capable**
  148:25

**capacity**

153:24

**Capital** 31:20

**captain** 19:23
20:15 30:22
33:4 33:6
33:12 33:19
33:22
105:24
110:9 121:7
144:4
148:17
148:23

**caption** 8:10

**captured** 9:13

**car** 39:6 41:3
153:17

**card** 94:15
94:18

**care** 72:10

**career** 28:9
86:16

**caring** 84:22

**Carreno** 16:21
19:23 20:12
20:15
42:7
42:21 42:23
43:3 69:1
69:5 78:6
108:17
109:4 110:9
113:23
114:24
120:3 120:6
121:5 121:7
130:1
133:12
134:12
144:4 144:7

**Carreno's**
119:14

**carried**
44:3 44:8
49:4
51:19 79:20
86:2
93:20
126:22

**carry** 20:19
32:8

**carrying**
44:12 48:24

**case** 8:10
15:9
15:17 16:22
19:10 19:18
21:11
22:7
22:14 22:17
23:9
23:10 23:15
31:20 33:17
33:18
44:6
44:23 45:20
46:2
53:17 53:21
60:20 60:23
63:1
75:25 77:23
78:3 78:5
78:9
79:10 79:18
85:19 85:24
86:16 88:21
88:25 99:13
101:8
108:21
114:13
117:10

118:5
118:12
123:12
142:3
142:14
144:22
144:23
145:3 145:5
145:9
145:13
145:20
150:10
150:24
159:9
171:16
171:20
173:24
175:12
178:9

**caseload**
33:10

**caseloads**
33:9

**cases** 30:19
32:19 32:21
32:21
33:1 33:8
118:4

**casing** 49:8
49:10 49:23
50:2 50:6
50:12 50:19
51:1 51:5
51:8
64:25
65:1 66:5
66:14 66:21
66:23
166:18
166:23
167:10

**casings** 65:24
66:2 66:7
66:11
71:9
167:7 167:9

**catch** 65:5
138:17

**Cateforis**
168:11

**Catherine**
69:8
70:18 73:15
73:25
74:3
74:11 98:19
98:21
99:3 99:8
99:18 99:20
100:2 100:7
100:18
101:2
101:11
103:16
103:17
103:19
103:21
104:19
104:20
105:6 105:9

**Cathy** 84:8
84:11

**caught** 115:25

**cause** 67:13
96:2
96:13 96:14
98:12 98:16

**ceased** 54:2

**center**
66:13
81:3 99:9

105:4 109:9
109:14
111:20
118:19
119:24

**certain** 55:12
135:18
145:15

**certainly**
19:2

**certified**
9:14

**chance**
12:14 46:15
142:18
163:25
175:13
175:15

**change**
96:18
159:11
177:9
177:19

**changed**
48:3 98:3
126:3
126:17
146:19
148:22
173:6

**changes**
177:11

**characterizat
ion** 36:13
47:14
175:23

**characterize**
22:21 36:11
55:2

**characterized**
36:13

**charge**
15:23 56:22
153:19
153:22
158:15

**chastising**
62:21

**chat** 14:20

**check** 106:1

**chest** 66:1

**children**
30:24 81:21
92:11

**chose** 71:18

**Christian**
81:22 92:12

**church**
71:12 83:25
84:17 85:13
85:13
93:9
93:11 97:24
102:9 103:2
103:5 106:6
106:9
107:16
107:16
129:12

**church's**
57:19

**Cindy** 76:7
76:13
77:3 77:6
77:21 79:9

**circumstance**
159:16

**circumstances**
30:18 40:12
51:8

**civil** 53:16
53:18 53:20
54:6

**claim** 53:9
170:19

**claimed** 113:1
113:5
113:12
116:11

**clarification**
177:13
177:18
177:19

**clarify** 73:23
79:4 147:3

**clarifying**
60:2 61:25

**classified**
31:8

**cleaning**
160:12

**clear** 61:2
68:7 109:2

**clearer**
131:25

**clearly** 9:7

**clerk** 78:13
78:16 78:23
99:25

**client** 134:3

**clients**
135:24

**close** 76:2
93:5

**closed-door**
118:21
119:7

**clothing**
127:18
152:20

**Cody** 81:21
92:11

**coin** 141:21

**collaborative**
56:10

**colleagues**
117:18
117:19

**collected**
64:17 65:18
69:17 69:23
127:18

**college** 26:10
26:16 26:16

**combine** 57:10

**comes** 26:11
51:24 142:9
142:10

**coming**
94:13
109:19
154:25

**comments**
82:25

**commit**
13:25 40:24

**committed**
34:15 34:20
44:22
48:3
53:13 55:19
59:15

118:24
148:20
154:19

**communicate**
149:6

**communicated**
104:14

**communicating**
68:17

**communication**
51:25
149:25

**communication
s** 24:5 25:1
41:19
42:7
42:15
43:5
110:1 117:2
121:22
134:12
135:15
153:7
153:11

**compare** 101:3

**comparing**
101:7

**complaint**
13:16 53:17
53:18 53:20
54:6

**complaints**
13:14 54:17

**completed**
87:14
90:4 92:1
99:3 157:19

**completely**

61:6 149:21

**concealed**
171:15

**concealing**
52:11
56:3 71:1

**concerned**
68:18
137:23

**concerns** 96:1
96:4

**concluded**
101:11
178:23

**concludes**
178:21

**conclusion**
48:12 54:20
57:12
163:23
164:3

**Conclusions**
163:17
163:18

**conditions**
13:1

**conduct** 15:21
47:21
54:4 128:13
150:6

**conducted**
91:13 121:4

**conducting**
22:10

**conference**
115:16
121:12

**confessed**

71:14

**confessing**
57:8

**confidential**
121:22

**confirm** 35:12
35:21 37:19
41:14
46:5 123:18
139:4 156:7

**confirmed**
44:18
167:23
167:24

**confused** 40:5

**connected**
71:8

**connection**
105:3
133:15

**consistent**
70:14

**consists**
45:19 73:9

**conspired**
171:8

**consult** 24:8

**contact** 40:14
80:20
105:25
124:22

**contacted**
39:16
40:1 40:2

**contained**
163:6

**content** 86:14

106:19
118:14

**contents**
36:21 80:25

**continue**
146:21
157:11
172:10

**continued**
163:19

**continuing**
26:13 27:17
83:22 84:20
93:7

**contrary**
134:24
135:3

**contributor**
164:20
165:2

**contributors**
164:7

**conversation**
11:19
23:2
25:13 25:15
55:15 79:21
80:7
96:14 116:4
121:8
132:16
143:23
145:13
149:18
149:19
151:13
151:17
152:12
175:21
176:22

**conversations**
  42:1 42:9
  43:8 86:4
  86:12 86:14
  118:11
  118:14
  118:16
  131:17
  133:11
  134:17
  134:19
  134:23
  153:13

**conviction**
  13:23
  44:5
  59:12 63:24

**coordinate**
  29:6

**coordination**
  22:2 22:6

**copy** 14:15
  15:8
  60:23 72:23
  73:1 76:5
  76:5
  80:19
  87:8
  89:24 98:24
  122:13
  177:1

**correct**
  14:3 16:8
  16:13 16:20
  16:23
  18:5 18:9
  20:22
  21:1 21:5
  21:13 21:18
  21:23 26:23
  26:24

27:7
27:18 27:19
28:5
30:11 30:25
31:9
31:12 32:10
34:6 34:8
34:12 34:19
36:21 36:22
38:7
38:13 38:22
39:2 39:3
41:4 41:7
41:18 43:22
44:10 44:11
46:5 46:9
49:14
50:4
51:10 52:19
52:23
53:2
53:17 54:14
55:24
56:4
57:25 59:17
59:18
62:3 62:4
62:7 62:8
62:13 62:17
63:1
64:15 64:16
64:19 64:20
67:18
69:9
69:10 69:15
69:16 69:21
69:22 70:20
72:11 75:12
77:4 77:7
77:8
77:13 77:16
78:10 80:13
81:3

81:10 81:18
81:22 84:11
85:14 85:24
86:25 88:21
88:25
89:4 90:9
91:9
91:23 92:12
93:15 93:21
94:8
95:19 95:23
96:2 96:3
99:14 99:18
99:25 103:4
103:9
110:19
111:20
111:21
112:3 112:9
114:15
114:25
116:25
120:10
121:1
123:16
124:20
124:23
124:25
125:3 125:6
125:22
125:23
126:20
126:24
126:25
127:2 129:2
129:16
130:6 130:7
130:10
130:14
137:5 138:4
138:5
138:15
138:22

139:9
139:15
141:11
144:10
146:12
146:16
154:12
154:22
157:20
157:21
158:3 158:4
158:16
158:17
159:15
159:22
159:22
159:23
160:20
161:1
161:13
163:7
163:25
164:7 164:8
164:18
164:21
164:23
164:24
165:3
166:23
167:3
167:25
168:7 168:8
168:19
168:20
169:2
173:14
173:18
175:2 176:3
176:7 177:6
178:1 178:4

**correctly**
  178:2

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

correlation
37:24

couch 127:21

could've
66:23 68:22
80:7 80:8
107:18
107:19
116:3 116:5
131:23
132:25
165:16

counsel
8:12 10:9
10:16
24:6 36:6
68:5 121:23
141:23
175:1

counties
31:21 31:24

Countryside
83:24 85:13
106:6 106:9
129:11
129:12
129:19

county 8:11
16:18 16:22
16:24 17:17
18:1 18:2
18:6 18:7
21:1 22:3
28:24
30:1 30:3
30:6 30:9
30:13
32:1 32:5
32:13
35:8 37:21

38:3
39:12 41:20
43:20 44:25
49:4
50:15 50:21
50:24
53:5
53:11
56:6 84:5
92:24
99:9 110:18
111:16
119:23
141:18
142:10
142:12
142:15
142:17
143:9
143:15
143:19

couple 25:4
25:11 25:20
28:12
134:22
150:12
155:4 155:9
155:16
173:11

course
11:15 15:20
19:7
20:25 22:4

court 8:23
9:4 11:7
11:9
11:21 11:22
107:24
138:18
148:16
160:9

courtesy
169:24

cousin 65:19

cover 45:19
139:1

coverage
36:21 36:25

cover-up 70:5

Cox 8:21 8:21
9:19 9:20
10:11 10:13
14:19 14:24
14:24
15:1
97:17 97:17
117:23
117:23
136:11
173:8 174:6
174:19
174:20
174:22
178:16

Craig 168:10

credence
66:25

creek 154:25

crime 57:8
97:12
154:18

criminal 21:3
59:12

culpability
71:19

current 44:13
46:1
61:10 144:9

cut 36:7

51:14

_____

D

D.A.R.E 30:18
30:19 30:23

daily 22:11

Dairy 125:9
125:14
125:21
126:4
126:18

Dale 90:5
90:7
90:15 90:18
90:21
91:5 91:6

Dan 39:15
142:15

dark 90:16

date 8:8 24:9
133:24
140:22
149:11
158:2 158:5
158:7
158:11
158:13
158:18
158:19
158:22
158:23
167:1 167:4

dated 148:2
160:19
162:2
175:20

daughter
83:18

day 20:7

22:11 33:25
40:18 74:13
74:19 84:16
94:18
104:22
133:4
144:18
144:19
153:19
158:7 167:5
173:10

**days** 36:20
43:12 62:14
62:14
146:10

**dead** 140:2

**dead-center**
66:20

**deadline**
134:9

**death** 39:1
39:17 52:11
70:5 71:1

**deceased** 39:6
40:6 48:5

**December**
43:10
44:4
62:10 62:15
131:20
131:21
132:9
132:10
132:14
133:13
133:24
134:9
134:11
145:17
146:10

149:12
152:14
159:18
160:5
175:20
176:2

**decide**
79:11 79:19
86:2 89:3
91:15 93:19

**decided** 18:25
51:11
100:17
123:25

**decision**
18:24 32:21
50:2 50:5
86:5 153:25

**decision-
maker** 32:11

**decision-
making**
129:18
153:24

**decisions**
16:6 16:9
80:11 86:20
173:23

**declined**
138:13

**defendant**
8:22 9:1
137:15
156:20
156:23
157:1

**defendants**
156:19
170:20

170:24
171:4 171:8
171:11
171:15
171:19
171:23
172:1 172:6

**defendant's**
21:3

**defense**
141:18
141:22
175:1
178:13

**definitely**
47:7 56:10

**degree** 26:9
158:15

**degrees** 26:19

**delivered**
72:8

**democrat**
142:17
142:19

**deny** 123:18

**department**
16:19 17:17
18:2 22:3
27:11 28:24
29:21 29:24
30:3
30:14 32:14
34:22
38:4
38:25
39:6
43:20
49:4
50:16 50:22
50:25

51:3 51:4
53:6 56:7
99:13
173:22

**depending**
33:25

**depends**
159:16

**DEPONENT** 10:7
17:10 46:11
46:13 51:16
60:8
63:12
65:7 70:8
72:4 72:7
72:13
73:1
78:20
80:1
87:10 88:16
97:21
102:14
103:14
108:24
117:25
136:4
136:19
138:25
145:2 147:7
147:21
151:18
157:12
160:14
166:16
166:20
173:2 174:2
176:14

**deposed**
145:14

**deposition**
8:1 8:10

9:2 10:25
11:16
24:1
24:17 24:21
25:3 25:7
25:10 25:24
45:20 45:21
45:22
46:2
46:17 51:24
65:9 166:25
178:21
178:22

**deputy**
29:20 30:17

**describe** 20:6
141:14

**described**
46:3 93:4
97:6
116:7 119:8

**describes**
105:24

**description**
16:1

**descriptions**
120:12

**designated**
19:22

**desire** 67:12

**destroyed**
171:23

**detail** 115:25
146:24

**details**
63:2
145:5 145:5
145:15
154:10

**detective**
15:19 16:22
21:15 27:22
30:21 30:21
30:22
31:2 31:9
31:10 32:13
32:18 32:24
33:3 33:4
33:6 33:7
33:12 33:15
33:17 33:19
33:23
34:5 34:8
34:11 39:15
80:19 80:22
94:7 114:12
120:19
120:20
147:18

**detectives**
33:8 42:2

**determine**
52:18

**develop**
67:5 67:8

**developments**
114:17

**Dick** 18:23
24:22 147:5
147:23
152:7
162:23
163:1

**difference**
132:18

**differences**
46:21
165:21

**different**

18:15
20:2
66:22
71:8
77:20 128:3
145:11
167:11
172:5
172:22

**difficult**
15:1 165:15

**dig** 72:4

**digging**
176:24
176:25
176:25

**digital** 9:13

**direct**
15:13
37:5
73:13
117:12
124:23
130:21
148:8

**directed** 96:8
96:15 158:8

**directly**
20:15 33:24

**dirt** 83:14

**disability**
82:11

**disagree**
47:13 133:6

**disagreement**
135:16

**disappear**
37:12

**disappeared**
37:12 102:8
102:25

**disclosed**
112:5 112:7
114:5

**discovered**
39:11 40:22
42:19 42:22
45:8
49:24 61:5

**discuss**
63:2 151:22
152:3 171:4

**discussed**
68:22
135:22
144:2

**dislike** 172:1

**disparaging**
82:25

**dispatch** 40:1
40:1 40:2

**displeasure**
132:20

**dispute** 41:16
100:13

**disputing**
116:13
116:21

**disregard**
176:5

**diversion**
29:9

**division** 33:7
33:23 34:1

**DNA** 36:2
36:15 40:22

44:4
44:17 44:24
48:8 52:1
57:8
63:10 69:12
69:17 69:21
69:23 70:11
70:13 70:14
70:14 70:19
150:13
161:5 162:1
162:8
163:23
164:3
164:11
164:12
165:7

**docket** 144:18

**document** 73:8
73:11 76:10
112:21
113:20
113:21
116:19
134:25
135:8
160:24
177:2
177:16

**documentation**
16:11
113:14
126:13

**documented**
16:10 20:19
68:19 85:21
88:23
110:16
121:7 127:1
127:7

**documents**

24:16
25:6 25:9
25:14 25:16
136:12
136:24
137:2 137:7
137:11
137:16
137:22
175:20

**domestic**
155:5
155:16

**done** 28:8
37:25
46:8
49:17 49:20
51:11 51:17
61:8
62:22 62:24
101:10
102:20
102:21
108:16
109:4 128:1
129:21
131:23
137:14
147:22
155:9 156:5
160:14
166:1
168:12
168:22

**dramatically**
45:9

**draw** 57:12

**drew** 66:7

**driver's**
39:23

**drives** 82:14

**drop** 20:8

**dropped** 96:24
96:25

**drove** 90:15

**drug** 30:24

**due** 30:18

**DUI** 169:15

**duly** 10:18

**Dunnaway**
16:16 16:17
19:23
20:2
20:12 20:16
42:4 43:6
43:9
43:12 60:17
78:5
95:22
96:5 96:7
96:25
113:24
118:13
118:17
118:22
129:24
131:18
132:5 132:6
132:16
133:2 140:1
140:7
140:15
141:13
141:16
141:23
142:25
146:8
146:14
146:17
147:8

148:15
148:17
148:20
148:23
149:17
149:24
149:25
150:16
150:23
151:6 151:9
151:11
151:23
152:4
152:12
174:9

**during**
11:15
16:7
20:24 22:22
23:1 23:6
23:10 25:15
28:9 47:8
47:21 47:25
55:21
56:1 57:1
59:11 60:13
60:14
61:8 64:7
64:11 64:17
64:22 65:17
67:16 68:10
69:9 70:2
77:9 85:5
86:8 88:2
88:7 89:7
89:18 95:16
100:8
102:17
102:22
116:2 117:9
120:17
123:14

123:18
125:5 127:9
128:2
129:10
130:2 131:4
138:2
141:20
141:22
142:2
142:13
143:21
146:13
149:24
153:8
153:12
154:23
155:3 168:4

**dusk** 109:21

**duty** 160:10

———————

E

**earlier**
120:24
157:15
157:19
160:22
166:25
167:7 168:4
173:12
174:7

**early** 32:16
51:20 60:20
103:19
151:23

**earth** 127:25

**easily** 116:5

**easy** 131:16

**edge** 169:6
169:8

**education**

26:3 26:8
26:13 27:17

**educational**
26:17

**Edward**
164:5
164:13

**effect** 61:21

**effort**
56:10
130:15
130:19

**efforts**
54:1 131:4

**Eighteen**
27:14

**either**
23:18 70:25
74:25 114:5
115:10
117:15
131:5
149:22

**elected**
142:12
142:19
143:3

**election**
142:25

**else** 23:3
24:20 47:12
52:18 58:10
98:14
112:10
133:1
141:25
142:5
146:25
152:11

**else's** 18:24

**email** 35:17
35:18 36:13
61:11
136:11
138:6 162:6

**emailed** 138:6
149:13

**embarrassing**
83:5

**emotions**
146:2

**employees**
143:15
143:19
143:24

**employment**
28:8
28:17 28:25
30:15

**endorsement**
142:25

**enforcement**
25:23 26:12
26:15 26:22
26:25 27:10
27:18
28:1 28:8
28:16 28:18
28:21
29:3 29:7
29:10 29:13
53:12
54:6
57:22
81:3 99:9
101:23
104:5 105:4
107:15
107:25

108:4 109:9
109:14
110:2
111:16
111:18
111:19
111:25
113:17
114:9
117:19
118:19
119:23
126:16
126:22
127:4
129:11
130:5 132:3
132:25
133:4 168:6
168:12
173:21

**engage** 170:13

**engaged** 116:3

**ensure**
69:20
152:19
152:24
153:4

**enter** 118:19

**entire** 115:12
115:20
175:13
177:16

**entirety**
177:2
177:16

**errors** 62:3
62:5

**essentially**
61:13 177:7

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

establish
   67:13

established
   18:25
   34:4 96:13

estate 8:19

estimating
   58:23

evening 102:8
   102:10
   103:6 103:7

events 22:22

everybody
   86:19
   135:21
   165:11

everyone
   9:6 11:14
   58:10
   140:15
   145:14

everyone's
   11:3

everything
   22:25
   142:20
   150:14

evidence
   40:22 47:22
   47:23 47:24
   51:2
   52:22
   53:1
   55:10 55:21
   56:1 57:2
   57:6 57:9
   69:12 71:21
   98:14
   103:20

127:15
127:25
146:14
148:18
152:4 156:3
170:20
170:23
171:3 171:7
171:10
171:11
171:14
171:15
171:18
171:19
171:22
171:23
171:25
172:4 172:6
172:9
172:13
172:17
172:20
176:9 176:9
177:6
177:22
178:8

evident 39:18

exactly 61:12
   61:24
   96:8 104:13
   140:25
   149:15
   170:16

exam 61:8
   115:1
   172:18

examination
   10:20 115:2
   115:6
   156:16
   173:7 175:6

examined
   10:19

examiners
   61:9 61:9
   61:10 61:14
   61:18

example 17:21
   75:9

exams
   149:14
   172:15
   172:22

excuse
   55:18 141:5
   142:24

exhibit
   14:5
   14:10
   15:7
   15:14 34:25
   35:3 35:7
   35:8
   36:24
   37:5 37:6
   38:10 41:10
   45:11 45:13
   45:18
   58:6 72:3
   72:11 72:11
   72:20
   73:8
   75:24 75:25
   76:5
   76:18 76:22
   79:23
   81:6 87:2
   87:8
   89:21 89:24
   89:25 91:19
   91:23 93:24
   94:5

94:21 98:20
98:24
102:18
103:12
105:13
105:16
105:17
106:22
107:7
112:13
112:17
112:18
116:8
119:13
122:2
122:12
122:13
122:17
122:18
122:18
124:7
124:10
124:11
124:11
124:12
125:6 136:1
136:11
138:23
143:7
147:17
148:1 148:5
148:10
149:8
157:16
157:18
157:23
158:1
160:18
160:18
160:25
161:25
162:1 162:9
162:15

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

162:16
163:5 163:6
163:12
165:4 166:5
166:6 167:1
167:14
167:20
168:3 175:4
175:9
175:10
175:11
175:11
175:13
175:15
176:1 176:5
176:18
176:20
177:1
**Exhibits**
177:21
**existed** 152:4
**expert**
66:10 66:15
**expertise**
17:11 18:13
56:16
**experts** 17:7
**explanation**
151:10
165:18
165:21
**expound**
163:10
**expressed**
96:4 132:20
135:15
145:18
**extensive**
27:24

**extremely**
173:11
**eyes** 56:25

---

F

**fabricated**
171:11
**fact** 57:15
97:24
107:21
154:9
159:17
162:1 162:9
**facts**
104:11
159:19
**failed**
61:15 61:19
61:19
**failure**
98:3 98:4
**fair** 13:11
31:5
34:13
36:4
36:16 37:22
41:17 42:25
43:1 44:1
44:21 47:19
48:19
53:6 53:7
55:20 55:25
60:3 75:1
97:8 102:22
103:25
114:1
114:16
114:20
116:16
117:11

117:22
118:7
143:24
159:20
168:1
175:23
177:13
177:22
178:9
**fairly** 18:6
23:5 170:13
**Fairview**
127:13
153:15
**fall** 95:14
**false** 171:12
**familiar** 55:5
73:10 80:22
112:21
169:7
175:17
**familiarity**
173:12
**family** 81:9
81:17 82:22
**Farr** 39:15
**father**
23:19 23:23
71:15
**fax** 94:25
**FB** 163:16
**fear** 147:10
**February**
139:9
139:10
139:15
143:9 148:3
168:17

**feel** 58:9
58:10 58:17
146:5
**fellow** 20:23
**felt** 63:5
63:7
63:23
132:23
151:1 151:2
160:9
**field** 28:17
**fifth** 113:8
**figure** 52:4
52:5
**file** 60:23
78:24 85:23
88:25 99:13
113:18
**filed** 13:14
13:17 35:14
35:23 36:20
53:19 53:21
53:24
134:16
136:23
137:18
**filing**
37:24 135:1
150:12
**filled**
96:10 96:20
**filling** 96:9
**financial**
140:24
141:10
**findings** 55:9
**finish**
11:24 13:10

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

58:21
147:20
169:21
169:23

**finished** 12:3
53:25
55:8
77:19 85:17
144:15
146:22
166:8

**firearm** 66:13
66:22 67:10
71:8
97:13
101:24
108:7 108:8
112:8

**firearms**
66:10

**fired** 66:21
167:9
167:11

**first** 10:18
26:25 27:25
29:12 30:14
31:1
31:13 33:13
38:25 44:23
61:20 73:14
74:12
91:1 105:23
106:4 110:8
110:10
110:13
110:16
110:22
128:3 141:1
145:22
158:15
161:3

163:19
163:24
175:10
175:18
175:23
177:14

**five** 31:19
81:9
81:17
112:25

**five-minute**
156:6

**five-page**
124:12

**flaws** 55:2
55:2

**flipping**
122:14

**flirting**
87:25 88:11

**Florida**
130:22
130:24
131:1

**Floyd** 8:17
10:23 13:14
13:24
15:9
23:13 23:14
23:16 23:19
23:21 23:21
35:14
36:1
36:14
44:5 48:9
52:4
52:21 52:25
53:16
54:5 55:22

56:2
59:10
61:7
61:15 61:19
63:18 63:20
64:14 64:19
67:11 67:14
67:18 67:24
68:12
69:4 69:8
69:14 69:18
69:21
70:3
70:13 70:18
70:19 70:24
71:15 71:18
71:18 71:22
75:9
75:10 75:21
81:8
81:15 81:21
82:1
82:18 82:22
84:7
84:10
92:6
92:11 92:20
94:14 95:19
96:2 96:9
97:7
97:25
98:4
98:15 100:7
100:15
100:19
101:3
101:11
115:15
118:23
119:10
119:22
120:6
120:24

121:3
121:11
123:13
123:19
124:5
124:17
125:1 125:9
125:17
125:20
125:22
126:4
127:22
133:23
146:15
148:19
148:21
151:5
151:12
152:5
153:16
154:4 154:4
157:3 164:5
164:12
164:19
165:1
168:18
168:23
168:25
169:5 169:5
169:12
170:10
170:12
170:21
170:24
171:5 171:8
172:2 172:7
172:11
172:15
174:15

**Floyd's**
126:23
127:10

focus 52:2

focusing
119:9
119:10

follow-up
54:4 69:8
74:1
79:12 79:19
86:2 86:8
89:3
91:16 93:20
109:6 128:6
173:11
175:3

forensic
166:16
166:17

forgets 11:14

form 17:8
60:4
63:11
70:6
78:18 97:18
102:12
117:24
142:4
144:25
149:20
154:1
164:15
174:1
176:12

formal 110:17
134:13
134:21

formally
117:15
130:9

format 123:2

former 43:8
46:1 51:3
148:15

forth 33:2

forthright
62:2

forward
9:15 48:4

Foulston 24:2
24:20 25:12
25:15

fourth
64:25
65:1 66:5
66:14 66:18
66:21 66:22
166:18
166:23

frame
170:24
171:8
174:15

framed 170:21

framing 171:4

freeze 108:21

frequently
155:5

fresh 56:25

Friday
38:17 119:2

front 14:11
14:15
35:4
45:12 45:14
76:9
76:10 76:13
105:21
109:21

115:20
119:5
119:15
122:13
124:14
131:18
131:19
136:2
163:23
164:4

Frost 42:15
42:24
43:3
123:5
134:18
134:19
135:7
135:15

Frost's
128:12

full 30:8
144:17

full-time
30:7

future 176:10

————————

G

game 149:17

games
141:25
142:1

gather 47:22

gathered
177:22

general
23:5
36:12 46:23
66:6

generally

42:12 42:18
48:2
79:14 86:11
145:3 145:9

gentleman
162:21

George 8:20
91:22
92:2 92:4
92:14 92:18
92:25
93:4 93:8
93:14 93:21
98:10
115:12
115:15
115:15
130:16
130:19
130:22
172:9
172:13
172:17
172:20

gets 82:11

getting
29:9 45:7
51:5
68:24
69:3
90:12 94:25
136:5 147:9
147:10
147:12
169:16
171:11

girl 113:3

girls 89:9
89:18

given 9:11

15:19
32:9
93:10 99:24
137:21
151:24
153:18
176:4 176:8

**giving**
12:16 12:17
166:10

**Glock** 65:18

**go-around**
177:14

**gone** 139:22

**Gonzalez** 40:8
41:23
44:9
131:6 131:7

**Goods** 102:24

**gotten**
70:19 94:14

**grades** 85:7

**graduate** 26:3
26:5

**Graika**
80:20
81:2 81:6
81:14 81:16
81:20 81:24
82:6
82:10 82:13
82:17 82:24
83:8
83:17 83:23
84:2 84:7
84:21
85:1 85:5
85:12 85:17

**gray** 90:16

**great** 11:18
46:15
58:9 77:2
146:24
147:13

**gregarious**
170:13

**grew** 32:20

**grinning**
143:1

**ground** 11:3
47:5

**group** 31:21
31:22
153:22

**grudge** 172:7

**guess** 58:20
70:12 70:22
123:2
128:22
128:22

**guilt**
107:14
107:25
108:4

**gun** 65:21
84:14 84:16
101:25

**guns** 67:17
67:24 68:11
69:4 84:8

**gunshots**
77:11

**guys** 58:16
147:11

————————
H
————————

**half** 24:15

43:17 146:8
148:14
152:13

**hand** 10:2
14:7 20:1
72:11 72:23
72:23
161:19
161:24
176:17

**handed**
25:14
76:4 87:7
89:24 91:23
98:24
105:16
112:17
122:17
124:10
124:11
136:10

**handing** 20:14
157:16
160:17
166:4 175:8

**handwriting**
122:23
122:24
122:25
123:1
123:10
157:23

**handwritten**
122:21

**hang** 122:8
163:14

**happen** 52:3
86:8 159:6

**happened** 22:7
39:20 42:20

42:22
45:5
47:17 50:10
50:13
52:6
66:25
71:4 101:14
124:2
127:15
145:14
146:3
150:19
155:13
155:23
167:17

**happens** 159:8

**happy** 12:9
13:6
58:16
135:13

**hard** 33:16

**harsher**
132:24

**hatred** 172:1

**having**
10:18 11:18
18:12
63:8
83:10 84:23
85:6
115:8
122:21
123:12
141:1 141:7
153:13
154:16
167:23
169:11
170:6

**Hayes** 8:22

9:1
108:17
108:23
108:24
109:5
109:22
110:2  110:9
111:19
111:24
112:6  114:6
114:18
114:24
117:2  117:8
117:15
117:20
118:4
118:12
118:16
118:18
136:13
136:13
136:24
137:2  137:7
137:11
137:15
137:22
138:3
138:13
139:7
139:12
140:1  140:7
140:7
140:12
140:14
140:18
140:20
141:5  141:8
141:13
141:17
141:22
142:10
143:8
143:19

144:5  144:7
144:15
144:17
151:24
173:17
174:9
174:14

**Hays** 139:17

**head** 11:9
39:7  66:1
71:10  114:8

**headed** 32:22

**Headquarters**
29:2  29:7

**health** 29:9

**hear** 12:6
24:5  144:7

**heard** 65:5
77:11
98:9
116:6
143:23
144:4
150:23
154:14
155:15
173:3

**hearing** 15:11
41:6
43:10
44:4
48:14  48:17
59:21  60:14
60:22  61:11
61:24  62:10
62:15  62:24
63:21
65:9
105:7
105:11

107:10
112:5
133:24
134:10
145:17
146:11
155:7  155:8
159:18
160:5  176:2
176:4

**heavily** 33:20

**he'd** 40:18

**Heidi** 81:7
81:15  81:21
82:1  85:2
90:8  92:6
92:11  92:20
94:1  94:7
94:12  94:17
125:18
125:20
153:16

**Heidi's** 92:15

**held** 23:2
30:13  151:4

**hell** 142:18

**helped**
21:11  21:16
140:12
140:20

**helpful** 10:14

**helping**
32:8  114:14
128:12
141:8

**helps** 122:3

**Herrig** 42:5
44:14  45:20
46:2

47:20
54:3  55:9
132:21
133:2
137:10
137:13
137:21
161:4  161:6
161:10
165:5

**Herrig's**
46:16  46:20
47:14  51:21
51:23

**he's** 18:25
75:11  75:14

**hey** 47:7
51:11  104:9

**hiding** 71:15

**high** 26:3
26:6  26:9
70:12
84:3
90:22
91:8  95:1
95:14

**higher** 129:22
129:23
129:23
153:23

**history**
140:14
141:13

**hit** 36:19

**hold** 40:4
42:20  42:21
58:24
122:11
176:9  178:3

home 71:12
  71:13 77:11
  77:11 82:7
homicide 16:2
  16:7
  16:15 18:13
  19:15 22:10
  22:23 23:11
  31:7
  31:13 31:16
  31:17 31:22
  31:23
  32:3 32:6
  32:7 34:3
  43:19
  49:5
  50:17 54:21
  55:11 55:19
  56:3
  56:17
  63:1
  63:24 65:16
  70:4
  88:11
  89:7
  89:18 91:12
  93:15
  95:6
  95:10
  97:8 98:2
  103:25
  117:10
  117:16
  117:20
  118:24
  127:6
  134:13
  134:20
  144:8
  144:22
  152:1
  152:18

  152:23
  153:4
homicides
  18:4 18:7
  31:25 32:1
hoped 62:23
hopefully
  163:20
horrifically
  149:21
Horse
  154:15
  155:1
hour 43:16
  43:16 43:16
  100:3 100:4
  146:8 146:8
  152:13
  152:13
hours 24:15
  26:10 26:16
  26:16 58:25
  119:21
  133:22
house 84:8
  93:2
  155:9
  155:10
Huh 46:11
huh-uhs 11:10
hunter 154:15
  154:24
hurt 21:11
  21:17
  147:11
husband 100:8

————————
        I
————————

I'd 11:2
  11:10 11:23
  15:13 15:22
  37:10
  63:7
  64:12 75:13
idea 51:10
  51:16 74:10
  97:7 116:17
  116:19
  117:5
  118:14
  137:9
  137:13
  137:20
  138:1
  152:21
  157:13
  165:23
identified
  39:22
ill 172:1
I'll 12:14
  23:15 45:25
  46:8 55:1
  74:21
  122:12
  124:23
  133:6 156:6
  162:18
  166:1
  169:24
  172:4
  173:10
  175:12
I'm 9:4 10:23
  12:8 13:5
  15:3
  18:22 22:25
  23:1 26:1
  27:6

27:16 29:16
29:17
34:9 35:2
36:24
37:7 37:9
41:22 41:25
42:1 42:9
45:12 46:23
55:12 58:15
58:19 58:22
60:8
67:20
69:2
70:22 70:22
73:7
78:25 81:11
87:6
90:12 90:24
90:24
95:3
98:12 98:13
100:10
102:21
107:8
108:15
115:24
116:17
116:18
117:4
121:13
121:24
122:11
122:14
124:2 126:5
126:8
126:11
126:13
129:5 131:7
132:7 132:8
135:10
135:11
136:4
139:14

142:1 142:3
145:3 149:3
149:20
149:23
156:5 157:9
157:16
160:11
160:12
160:17
161:21
162:5
163:11
165:14
166:4
167:13
167:15
173:9
173:25
174:3 175:8
175:17
176:19
177:9
177:17
178:2
**imagine** 135:8
**immediately**
146:3
**impact**
12:24 13:2
**impaired**
105:11
**implicate**
172:11
**implicated**
55:22 56:2
**implicating**
55:10 98:14
146:15
**imply** 19:3
**implying**

174:13
**impossible**
165:15
**impression**
63:17
**inaccurate**
46:19
63:6 159:20
177:4
**inaudible**
65:11
**incarceration**
59:16
**incident**
158:11
158:18
158:23
**incidents**
159:21
**include** 21:10
21:16
**included** 21:6
164:6
164:20
**including**
173:21
**incomplete**
175:22
**incriminating**
98:1
**independent**
23:8 74:18
**independently**
100:22
126:5 126:7
**in-depth**
131:17

**indicate**
23:22
47:1
74:14
127:15
178:5
**indicated**
40:18 64:25
70:12 70:13
74:17
**indicates**
74:8
**indicating**
107:14
107:24
108:4 108:6
144:3
162:14
165:14
**indication**
154:18
**individual**
54:23
**inferred**
107:19
**informal**
134:13
134:21
134:22
**informally**
117:15
**information**
12:11 19:17
19:24
21:6
21:11 21:16
35:22
39:4 44:23

45:1
50:20 57:10
57:14
67:5 67:8
67:19 68:24
69:3
77:22
78:2 79:9
85:18
88:6
88:20 89:15
91:14 93:13
95:5 98:1
99:21
100:10
102:23
103:23
106:1 106:3
106:15
111:22
112:1
113:18
116:23
126:2
126:15
128:16
128:23
129:9
129:15
129:17
149:6 156:2
161:7 161:8
167:20
**informed**
41:25
45:4 47:8
48:5
**informing**
78:8
**initial** 47:25
64:18
108:16

109:6

**initially**
29:23 69:11
73:24
75:2 96:10

**Innocence**
35:13 35:22
69:13 69:21
150:13

**innocent** 36:2
36:15 134:3

**input** 86:13
86:19 86:22
93:18

**inside** 66:4

**instances**
142:8

**instead**
61:1
124:1
131:20
177:20

**Institute**
162:3

**institution**
26:20

**institutions**
26:17

**instructed**
19:16 20:18
104:2
172:10

**instructions**
51:21

**intense** 65:11

**intentional**
159:4

168:23

**intentionally**
160:4
168:12
171:15
171:19
172:14

**interacted**
140:15
141:14

**interest**
56:20 87:23

**interested**
65:14

**interpose**
157:10

**interpretatio
n** 63:23

**interpreted**
107:20

**interrupt**
24:4
29:18 129:5
132:7

**interrupting**
79:3

**interruption**
108:21
147:3

**interview**
15:22 40:10
76:7
76:13
77:9 85:6
85:17 87:15
88:20
89:4 90:4
91:13 92:2

93:21
100:18
100:19
103:17
108:16
108:18
109:6 109:7
110:8
110:11
110:12
110:17
110:17
110:23
114:23
115:12
115:14
115:17
116:2 118:1
119:22
119:24
120:6
120:12
120:20
121:3 121:3
121:10
123:19
130:16
130:19
131:4
131:11
133:15
139:6
139:12
139:17
139:20
148:23
155:9

**interviewed**
74:11 74:12
75:10 75:20
77:3 77:6
77:15 77:21

81:2
81:25
90:8 92:5
94:2 94:7
98:19 99:20
100:2 100:8
100:13
117:14
117:19
119:22
125:2
125:16
130:8 130:9
130:12
148:15

**interviewing**
70:18 74:19
101:1
103:18
118:4 118:8
118:9
120:24
157:3

**interviews**
97:25
99:3 99:8
99:12 99:18
109:3
123:13
124:4
134:21

**introduce**
8:12

**investigate**
18:3
19:17 54:11
54:15 54:16
64:22 73:24
75:3

**investigated**
19:16 34:19

34:22 68:25
69:5

**investigating**
53:9
53:15
74:2 154:14

**investigation**
14:3
15:16 15:21
16:3 16:7
16:15 16:25
18:11 18:13
19:15 20:20
20:25
21:7 22:4
22:10 22:20
22:23
23:1
23:11
31:7
31:13 31:18
32:7 34:3
40:14
48:1
48:25
49:5
50:16
52:3 54:5
55:3
56:17 56:24
60:15 64:18
65:17 70:17
70:24
72:1 72:2
73:10 79:17
86:9 88:7
88:18 89:19
95:6 97:9
100:9
101:21
102:5
102:23

114:17
117:10
117:16
117:21
119:9 127:6
128:19
131:12
134:14
134:20
136:25
137:3 137:8
137:12
137:17
137:22
139:13
139:18
151:10
151:11
152:19
153:4 153:9
153:12
154:3
154:24
155:4 157:4
159:24
168:5
168:24
169:19
170:2 172:2

**investigation s** 31:16
32:9

**investigative**
17:4
30:20
32:8 34:1
64:10 78:24
79:15 85:23
86:23 88:25
91:12 99:17
113:18
114:14

**investigator**
19:10
114:13
159:7 159:8

**investigators**
57:17 77:23
78:9
79:10 79:11
79:17 85:19
86:1
88:21
89:2 89:6
91:14 91:15
93:15 93:19
95:6 95:9
97:14 99:22
101:8
113:23
114:19
148:19
152:18
152:23
153:3

**involved**
15:16 15:18
43:18
51:4 52:7
52:10 52:17
52:23
53:2
56:19 56:23
65:15 70:25
74:2
86:19 87:22
94:24 133:5
133:6
145:20
151:3
174:14

**involvement**
48:22 56:2

154:3
154:13
154:16

**involving**
68:11
75:6 106:15
141:9

**issue** 61:4
61:5

**issues**
59:23 60:12
60:13
140:13
140:20
140:23
141:9 155:5
155:17

**items**
173:11
177:5
177:21
177:24
178:3

**it'll** 58:21

**I've** 13:18
13:20 26:10
72:24 119:6
149:16
160:12
166:20
166:24
167:22

___

**J**

**jail** 134:4

**James** 105:25

**Jason** 44:25
60:1 61:4
61:23

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

JC 94:4 98:25
  105:18
  122:19
  124:12
  160:19
JCN 92:19
  92:23
jealous 82:18
  82:21
Jean 168:10
Jeff 42:5
  46:2
Jefferson
  8:11
  16:18 16:18
  16:22 16:24
  17:16
  18:1 18:2
  18:7 22:2
  28:24
  30:1 30:3
  30:6 30:9
  30:13
  32:1 32:5
  32:13
  35:8
  37:21
  38:3
  39:12 41:20
  43:20
  49:4
  50:15 50:21
  50:24
  53:5
  53:11
  56:6 84:4
  92:24
  99:8 110:18
  111:16
  119:23
  142:17

143:9
143:14
143:19
Jeffrey 45:20
  46:16 46:20
  47:14
Jennifer 9:4
Jennings
  57:23 97:13
  101:24
JFSO 148:15
  148:17
Jim 8:19
  19:11 60:17
  60:17 62:16
  64:6 93:8
  107:16
  113:23
  118:13
  118:13
  118:18
  118:21
  129:24
  131:4
  131:11
  132:4
  132:20
  142:11
  142:12
  142:14
  142:16
  142:19
  142:20
  142:24
  143:4
  144:21
  145:17
  153:7 174:9
  175:21
  176:23
job 28:20

28:20 28:21
29:12 78:17
142:21
jobs 28:12
  28:13
Johnson
  8:20
  17:12 98:10
  115:12
  130:16
  130:19
  130:22
  172:10
  172:14
  172:18
  172:21
joined 17:4
Judgment
  15:10
July 28:6
  29:25
  30:3 30:9
  30:9
  30:15 167:4
jump 47:12
June 29:1
  33:2
  33:12 167:5
Junior 170:21
  170:24
  171:5 171:8
  172:2 172:7
  172:11
justice
  141:21

———
      K
———
Kansas 8:11
  26:18

29:2 29:6
29:24 34:21
39:1
69:13 69:20
KBI 16:25
  17:3 17:3
  17:6
  17:15 17:23
  18:10
  19:1 19:4
  19:11
  22:2
  41:25 43:21
  44:10 49:20
  49:23
  50:1
  54:20
  56:7
  56:15 60:16
  61:10 61:18
  62:16
  64:9 76:8
  76:8
  76:19 76:21
  80:18
  87:9
  89:25 91:24
  112:18
  118:17
  119:21
  144:9 148:5
  156:19
  173:22
KBI's 56:12
Kelsay 76:7
  76:13
  77:6
  77:21 79:9
kids 83:6
  83:9
kill 61:22

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

**killed** 45:8
52:2 57:3
57:16
71:6
115:8
133:22

**killing** 40:15
70:25
107:18

**kinds**
101:17
104:3

**Kirk** 8:2 8:10
8:15 10:4
10:18 95:22
120:19
136:13
136:15
148:17
178:22

**knew** 20:23
21:2
21:10
40:5
87:21 127:5
140:11
150:9
169:20
170:3

**knowledge**
22:1 38:4
44:25
49:3
49:13
51:7
61:21 62:12
74:24 78:17
88:1
97:25
101:16
114:10

116:15
117:12
117:22
118:3
130:21
140:8
140:19
152:17
152:22
153:2 171:1
173:20
174:2
174:17

**known** 81:7
81:9
81:16 102:5
106:8
140:16
159:15
160:10
170:14

——————
L
——————
**lab** 17:23
49:25 60:19
61:17 61:23

**Lake** 8:14
8:14 9:17
9:18
18:22 18:23
19:6
24:22
25:2 25:5
46:12 72:25
79:4
88:15 90:11
97:20 136:3
146:23
147:5 147:5
147:20
147:23
147:23

151:16
152:6 152:7
162:16
162:23
162:23
163:1 163:1

**language**
132:23
176:6

**larger** 33:1
33:18

**last** 28:6
43:15
49:9
49:13 49:23
91:2 119:19
167:4 173:9

**late** 31:4
168:15
168:16

**later** 32:22
33:18 59:19
66:15 71:13
74:24
102:10
103:7
109:22
126:3 128:5
128:9 137:5
145:25
159:1 160:8
178:9

**laughed** 113:2
113:6
113:13
114:1
116:13

**laughing**
143:1

**Laverne** 67:11

67:14 71:15
71:19
101:12
127:23
151:5 164:6
164:19
165:1

**law** 25:22
26:12 26:14
26:22 26:25
27:10 27:18
28:1 28:7
28:16 28:17
28:21
29:3 29:7
29:9
29:12 53:12
54:6
57:21 69:24
81:3 99:9
101:22
104:4 105:4
107:14
107:25
108:4 109:9
109:13
110:2
111:16
111:18
111:19
111:25
113:17
114:9
117:18
118:19
119:23
126:16
126:21
127:4
129:10
130:4 132:2
132:25

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

133:4 141:2
141:7 168:6
168:11
173:20

**Lawrence**
27:11 102:7

**lawsuit** 10:24
13:14 13:23
53:24
134:16
135:2 135:3
135:5
135:17
136:23
137:17
156:20
157:1

**lawyers**
133:24
135:21

**lay** 66:16
71:11

**lead** 16:21
19:10
72:1 72:2
73:9
73:14 73:14
73:25
74:2 74:9
75:7 75:8
75:9
75:11 75:13
75:16 77:23
78:4
79:11 85:19
86:1 89:2
91:15 93:19
95:9
101:8
107:13
114:13

**leaders** 86:17

**leadership**
32:25
56:8
86:19
101:13

**leading**
32:9
79:10 79:18
152:18
152:23
153:3

**leads** 15:19
16:6
16:11 19:16
19:18 20:18
32:8
79:16 80:11
86:23 99:17
100:21

**learned** 34:15
38:8
38:15 38:16
41:21 42:24
50:8
50:13
60:3
67:16 77:22
79:9
85:18
88:6
88:20 91:14
93:14
95:5
99:21
111:23
159:18

**learning** 34:7
34:11 68:10

**least** 43:16

48:6 175:19

**leave** 79:18
97:21

**leaving** 129:6

**lectured** 85:2

**led** 56:5
57:17 66:24
97:14
131:16
148:18

**lengthy**
132:15

**less** 59:1

**let's** 14:5
28:11 34:24
36:23
37:4 38:9
38:9 41:8
45:10 65:13
72:2
74:22 75:23
75:23 75:25
79:23
81:1 87:1
87:19 89:21
91:19 93:24
94:21 98:19
98:20
102:18
103:11
105:13
106:22
107:7
112:13
113:4
119:18
122:2 124:6
138:23
140:18
147:17

148:1 149:2
156:6

**letter**
60:15 60:18
60:21 60:23
61:1 95:13

**level** 22:1
129:22
129:23

**liaison** 29:3

**license** 39:10
39:24 141:2
141:7

**lied** 172:18

**likelihood**
101:9

**likely** 78:7
129:25

**line** 15:15
15:15
37:8 37:9
38:11 113:8

**lines**
112:25
113:7

**link** 70:3

**list** 74:5
136:15
177:5
177:21

**listed**
39:12 39:21
39:24
68:2
75:11 75:14
165:1
177:24
178:3

listen 135:24

listing 97:22

little
11:21
36:7
46:25 51:14
74:24 130:3
158:14
172:5

live 83:19
94:13

lived 58:2
82:7 102:1

living
81:25 92:10

lobby 65:8

locate 154:18

located 49:10
51:1 127:17
161:6

locating
127:17
127:18

location
57:17 71:10
101:23
106:7 106:8
129:13

log 20:8
112:14
112:19
116:9

login 10:14

long 24:13
25:2
27:12 43:14
45:19 58:12
58:20

64:6
67:24 68:11
122:7
140:16
173:10

loose 48:18

loosely 55:1

losing 78:23

lost 175:3

lot 18:3 18:7
31:23 36:20
39:23
48:4
56:16
140:14
141:12
153:23

lots 84:8

loudly 9:6

lower 158:14

lunch 58:8
58:11 58:15

lying 172:10

—————
M
—————

ma'am 46:18

machine 57:20
97:24
101:22

mail 94:18

main 153:25

mainly 46:22

maintain
33:10

major 27:21
33:17 86:16

Majors 31:20

maker 153:25

males 161:5
165:6

man 39:6
147:13

manipulated
172:14

manner
69:23 97:5

manpower
18:18 31:24

map 66:7

March 24:11
160:19
168:17

marital
140:24
141:9

marked 15:7
35:7
45:18 72:19
73:8 94:5
98:25
105:17
122:18
124:11
148:5
157:16
160:17
161:25
163:6
163:14
163:19
166:4 175:9
175:12

marriage 85:3

married

81:7
81:15 82:22

master 99:13

material 21:7

materialize
127:19

matter
17:11 18:12
54:12

may 10:1 10:9
10:16 18:19
53:21 65:15
71:3
116:1
117:19
137:13
137:14
170:17

maybe 47:25
64:8
82:11 130:3
132:24
159:13
159:13
169:14
169:14
169:15

Mazda 82:14
90:16

McAllen 67:15

mean 19:3
20:5
22:24 29:17
35:16 35:19
41:22
49:9
57:15 58:22
63:15 67:19
68:21 69:24
73:23 79:21

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

80:7
80:24 96:25
101:19
110:19
117:4 121:6
123:24
126:7
126:10
127:16
128:18
128:21
128:22
129:24
129:25
130:1
131:19
133:3 133:3
134:1 135:7
135:19
137:24
138:22
140:9
140:22
141:24
141:25
143:21
144:3
144:24
145:11
158:22
158:23
158:25
159:13
160:23
161:14
165:8
165:10
165:17
167:18
168:21
169:5 169:8

**meaning** 81:16

106:2

**means** 74:1
118:1 118:2
118:2
149:12

**meant** 96:9
132:10
158:25

**media** 36:20
36:25

**medical** 13:1

**medications**
12:23

**meet** 24:13
25:2

**meeting** 24:19
40:8 45:3
118:21
118:23
119:7 171:4

**meetings** 22:7
22:9
22:14 22:17
23:9 24:7

**memo** 60:1
61:4 160:19
165:5
175:18

**memorandum**
148:2

**memory**
22:21
23:3 23:6
23:8
122:3
126:15
130:25

**memos** 176:6

**men** 142:6

**mental** 29:9

**mention**
173:17

**Meriden** 29:24
30:5

**messages**
57:19 97:23
101:22
107:20
138:11

**met** 24:2
24:11 25:11

**method** 20:2

**mic** 173:5

**Michael**
8:22 9:1
87:15
88:6
88:19 137:2
137:15
173:17
174:8

**middle**
87:18 94:11
148:10
148:11
148:13
149:7

**middling** 47:5

**midnight**
125:13

**Mike** 108:17
109:5 110:2
110:9
111:19
111:24
112:6 114:6

114:18
114:24
117:2 117:8
117:14
117:19
118:4
118:16
118:18
136:24
137:7
137:11
137:21
138:3
138:13
139:7
139:12
139:17
141:5
141:13
141:17
142:10
142:19
142:21
142:24
142:24
143:2 143:3
143:8 144:7
144:16
151:24

**Milesha**
8:18 9:24

**military**
123:8 123:8

**mind** 22:19
142:9
146:18
166:9

**mine** 33:23
76:21

**Mine's** 163:14

**minor** 164:6

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

169:14

**minute** 35:9
46:6
134:4
160:11
166:5

**minutes**
64:8
107:2 107:4
144:16

**misconduct**
53:5
53:13
54:7 168:6

**mislead**
138:22

**misrepresent**
160:4

**missed**
47:25 95:15
116:6

**missing** 37:14
37:15
38:6
39:12 39:18
39:22 39:25
94:19 119:2

**mistake** 59:20
159:2 159:4
159:10
159:12
159:14

**mistakes**
159:6

**Mister** 40:12

**Mm-hmm**
35:11 77:17
110:21
123:4

155:12
161:12
164:10

**model** 82:15

**mom** 83:3

**moment**
10:15
40:8 65:4
122:8
132:23
146:3

**Monday**
38:18
48:4 118:20

**monitor**
115:17
121:13

**months** 150:12

**Morgan** 8:19
100:8
100:13
101:16
119:21
120:6 121:4
130:9
153:12

**Morgan/**
**Carreno/**
**Vernon** 74:6

**Morgan/**
**Woods** 74:7

**morning**
8:16
10:22 119:3
123:23

**mother**
73:15 82:25
83:4
83:13 83:15

124:23

**motion** 15:9
35:14 35:22
35:25
36:4
36:12 36:14
36:19 36:21
37:24
44:5 62:10

**motorists**
153:20

**mouth** 53:11

**move** 9:15

**moved** 92:6
92:15 131:2

**movie** 115:22

**moving** 92:20

**multiple**
22:11
115:18

**murder**
13:24 18:11
48:25 52:10
55:23 57:22
57:23 59:16
65:21 97:13
101:24
104:6
104:14
114:7 117:3
139:12
148:20
148:25
158:15
158:20
158:24
170:21
170:25
171:5

174:15

**myself** 9:13
48:6
56:11 62:23
136:12
157:5

———————
N
———————

**namely** 57:7

**Namiha** 77:12

**narrative**
76:25
112:24
113:8

**naturally**
11:19

**nature**
27:23 30:20
57:20 141:2

**Navy** 64:10
64:22 65:14
65:22
66:9
66:24
67:2 67:10

**NCIC** 39:21

**nearby** 155:6

**necessarily**
132:22

**negligent**
47:8

**neighbor**
155:16

**neither** 56:23
143:4

**newer** 15:18

**news** 36:19

40:21 43:3

**niece** 87:23
87:25
88:2
88:12 89:10

**night** 71:14
109:9
109:15
110:3
111:17
111:24
112:5 114:6
126:19

**night/**
Monday
119:3

**nine** 65:18

**nine-page**
122:18

**nobody** 102:10

**nods** 11:10

**none** 83:5
97:25

**nonetheless**
60:18
138:20

**nor** 56:23

**normally** 93:8
118:8

**North** 84:5
92:24

**notate** 159:14

**notation**
116:11

**notations**
123:9

**note** 53:10

65:23 66:8

**noted** 88:1

**notes** 41:2
41:5
41:11 41:17
48:8 52:2
57:7
64:24
120:20
121:3
121:12
122:22
123:14
123:18
124:4
173:13

**nothing**
10:6
27:24
65:8
68:15
134:23
149:16
169:10

**notice**
10:10
38:5 38:25

**noticed** 143:8
143:12
143:13
170:12

**November**
37:13 37:16
38:5
38:18
66:4 77:7
77:10 77:21
81:2
87:15
88:7 90:5
92:1 94:8

99:4 99:4
100:4 100:4
102:7
103:19
103:21
104:20
110:3
110:11
111:17
111:24
112:6
114:22
115:13
119:6
119:20
120:9 125:3
125:10
125:17
126:19
126:21
128:11
129:10
132:4 132:8
148:16
149:12
158:11
158:19
168:15
168:15
168:16

**numerous**
26:10 26:16
54:23 75:10
150:22

**nuts** 83:15

─────── O ───────

**oath** 12:17

**object** 17:8
18:22 60:4

63:11
70:6
78:18 97:17
102:12
117:23
144:25
146:23
152:7

**objection**
79:3
88:13
157:10
164:15
173:25
174:1 174:4
176:12

**objective**
52:14

**obtain**
26:19 67:13

**obtained** 26:8

**obvious** 104:4
104:9
104:12
104:17
105:1

**obviously**
26:11 41:23
48:3 149:11
165:10

**occasion**
168:14

**occasionally**
28:19 150:3

**occasions**
148:22
150:22

**occurred**
43:10 172:2

occurring
  22:10

October 35:15
  35:23 37:1

offered 83:19
  86:8

office 30:1
  30:6
  37:15 38:16
  78:1 109:21
  111:17
  138:19
  143:9

officer 14:13
  26:12
  28:1
  30:18 30:19
  30:24 95:22
  96:16

officers
  20:24
  22:3
  25:23 33:14
  39:5 39:9
  41:20 53:12
  57:22
  74:9 78:2
  78:2 78:5
  110:2
  111:18
  111:25
  112:1
  113:17
  114:9 116:4
  128:5
  129:11
  130:5

official
  143:16

officially

31:8

oh 19:2
  23:3 35:1
  42:6
  43:16 58:22
  72:23
  87:4
  113:3
  121:21
  122:25
  126:9 131:3
  131:22

okay 10:15
  10:17
  11:2 11:4
  11:6
  11:12 11:16
  11:16 11:25
  12:1 12:4
  12:5 12:9
  12:10 12:14
  12:15 12:16
  12:20 12:23
  13:1 13:4
  13:7 13:8
  13:13 13:22
  14:2 14:5
  14:10 14:15
  14:18
  15:4
  15:13
  16:1 16:5
  16:9
  16:14 16:17
  16:21 16:24
  17:3 17:6
  17:20
  18:1
  18:10 18:15
  19:5 19:8
  19:14 19:25
  20:10 20:17

20:23
21:2
21:14 21:19
21:25 22:12
22:17
23:8
23:13 23:13
23:18 23:25
24:13 24:16
24:19 24:25
25:5
25:14 25:19
26:1 26:5
26:14 26:19
26:22
27:3 27:8
27:12 27:15
27:25
28:4 28:7
28:22
29:4
29:21
30:2 30:8
30:12 30:23
31:1 31:5
31:10 31:16
32:4
32:12 32:17
33:5
33:11
34:2
34:14 34:14
34:18 34:24
35:3 35:6
35:12 35:21
35:25 36:18
36:23
37:4 37:8
37:19
38:3 38:8
38:17 38:21
38:24
39:4 39:9

39:15 40:13
40:17
41:1 41:5
41:8 41:9
41:14 41:19
42:3 42:6
42:6
42:11 42:14
42:18
43:2 43:5
43:14 43:18
43:23
44:2 44:8
44:12 45:10
45:13 45:16
45:25 46:13
46:15 46:19
47:12 47:19
48:11 48:16
48:21
49:3
49:12 49:20
50:9
50:11 50:19
51:6
51:12 51:19
52:13 52:16
53:4 53:8
53:15 53:20
53:23
54:3
54:11 54:18
54:25
55:7 55:7
55:14 55:20
55:25 56:12
56:15
57:1
57:13 57:21
58:1 58:6
58:6
59:10 59:25
60:8

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

| | | | |
|---|---|---|---|
| 61:25 | 85:1 | 106:6 | 123:6 |
| 62:5 62:9 | 85:16 86:11 | 106:11 | 123:11 |
| 62:14 62:19 | 86:21 | 106:14 | 123:17 |
| 62:25 | 87:1 87:4 | 106:22 | 124:6 |
| 63:4 | 87:5 | 107:9 | 124:16 |
| 63:14 | 87:18 87:19 | 107:23 | 124:21 |
| 64:1 64:6 | 88:5 88:9 | 108:2 108:9 | 125:1 125:8 |
| 64:9 | 88:18 89:15 | 109:8 | 126:1 126:9 |
| 64:13 65:10 | 89:21 89:22 | 109:18 | 126:14 |
| 67:7 | 90:7 91:4 | 109:25 | 126:21 |
| 67:16 68:14 | 91:8 | 110:10 | 127:9 128:2 |
| 68:17 68:24 | 91:11 91:19 | 110:14 | 128:10 |
| 69:7 69:7 | 92:4 | 111:2 | 128:15 |
| 70:2 | 92:25 93:13 | 111:14 | 128:20 |
| 70:17 70:22 | 93:23 93:24 | 111:22 | 129:4 129:7 |
| 71:20 71:25 | 94:10 94:21 | 112:4 | 129:17 |
| 72:16 72:19 | 95:4 | 112:13 | 129:23 |
| 72:22 72:22 | 95:12 95:18 | 112:24 | 130:2 130:8 |
| 73:4 73:7 | 95:21 | 113:16 | 130:12 |
| 73:13 73:19 | 97:4 | 113:22 | 130:15 |
| 74:11 74:16 | 97:11 | 114:4 | 130:24 |
| 74:21 74:24 | 98:7 | 114:11 | 131:3 132:2 |
| 75:8 75:8 | 98:18 | 115:5 | 133:1 |
| 75:22 75:23 | 99:7 | 115:11 | 134:18 |
| 76:4 | 100:2 | 116:1 116:8 | 135:5 |
| 76:16 | 100:12 | 116:20 | 135:23 |
| 77:2 77:2 | 100:17 | 117:1 117:1 | 136:18 |
| 77:6 | 100:25 | 117:7 | 136:19 |
| 77:15 | 101:6 | 117:14 | 136:23 |
| 78:4 78:8 | 101:15 | 117:18 | 137:10 |
| 78:12 78:16 | 101:20 | 118:25 | 137:15 |
| 78:22 | 102:4 | 119:12 | 137:21 |
| 79:1 79:8 | 102:19 | 119:12 | 138:2 138:6 |
| 79:14 79:23 | 102:22 | 120:2 120:5 | 138:10 |
| 80:3 80:5 | 103:5 | 120:11 | 138:16 |
| 80:14 80:16 | 103:11 | 120:16 | 138:24 |
| 81:1 | 103:18 | 120:23 | 139:4 139:9 |
| 81:20 | 104:2 | 121:2 | 139:20 |
| 82:6 | 104:12 | 121:21 | 139:24 |
| 82:10 82:17 | 105:1 105:6 | 122:2 122:6 | 140:4 140:6 |
| 83:3 83:8 | 105:13 | 122:10 | 141:3 |
| 83:22 84:13 | 105:14 | 122:15 | 141:12 |
| 84:20 | 105:23 | 122:25 | 143:12 |

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

143:18
143:22
144:6
144:11
144:14
144:21
146:6
146:13
148:9
150:17
151:14
151:20
151:22
152:3
152:11
152:22
154:2 154:9
154:13
154:20
154:23
155:3 155:8
155:15
158:10
158:14
159:2
160:25
161:23
162:12
163:15
165:20
165:25
166:3 166:7
169:24
174:25
175:14
177:21
178:12
**old** 27:25
66:16 88:10
88:12
**ones** 135:19
**onto** 56:25

158:10
178:3
**opening** 168:4
**operating**
86:15 86:17
**opinion** 17:11
55:13
167:18
**opportunity**
131:12
**opposed** 61:13
167:23
**oral** 47:6
**order** 25:23
37:1
44:13 51:17
52:18 59:22
59:25 62:17
63:10 177:4
177:13
177:15
177:19
**organization**
31:19
**organized**
45:7
**original**
13:16 15:16
56:24 60:15
60:20 65:17
66:6
66:11
134:25
137:4
137:17
157:4
**originally**
61:3 96:20

**Orin** 105:18
106:19
**Oskaloosa**
77:12
82:2 84:3
85:9
90:22
91:8
94:23
95:1 95:14
**Oskie** 91:7
**others** 153:15
**otherwise**
47:15
**outside** 28:17
28:21 49:25
50:3
**overarching**
47:20
**overboard**
83:14
**Owen** 142:15

————————
P
————————
**p.m** 59:5 59:8
103:3 111:9
111:12
120:8 120:9
156:10
156:13
178:21
178:23
**page** 11:4
15:14
35:7 37:6
37:9 37:9
38:10 41:10
46:7
60:24 72:14

73:14 76:18
81:5
81:13 83:23
84:21 85:11
87:19 90:14
91:1 93:7
94:10 94:11
102:19
102:20
107:7 107:9
119:18
119:20
120:14
124:23
148:9
148:10
149:8
161:19
162:8
163:12
163:20
175:10
175:18
175:23
176:1 176:3
176:4
176:18
176:20
176:25
177:1
**pages** 45:19
45:19 45:21
45:22
46:7
46:16 46:20
76:24 87:11
98:24
120:12
136:14
176:8 177:5
**paper** 160:12

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

175:4

**paragraph**
91:2 91:3
105:24
106:4
119:19
120:17
148:10
148:14
149:7 149:7
161:4
163:19
163:20
163:22
164:1 164:2
164:9
164:11
164:25

**paraphrasing**
149:9

**parents**
58:3
71:13 71:14
71:18
82:7 83:9
83:10 83:10
101:18
102:2 103:6
103:24
104:14
105:3

**parked** 84:17

**parking** 39:23

**participate**
28:13 108:9
110:1

**participated**
14:2
19:14 22:13
23:10

**participating**
15:10

**particular**
23:12
74:9 144:8

**particularly**
103:20
123:3

**parties**
52:7
52:10 52:17
108:19
109:7 151:3

**partners**
84:24

**part-time**
28:13 30:5

**party** 14:22

**pass** 149:17

**passed**
61:15 61:21
79:8

**passenger**
84:14

**passing**
65:7 98:4
153:20

**past** 150:11

**paster** 107:16

**patrol**
29:14 29:20
30:17

**pause** 65:4

**penalty** 10:3

**pending** 13:10

**Penney** 72:9

**people**
11:22 22:24
33:1
33:21 83:14
92:10
115:18
132:4 133:5
133:5 133:9
147:14
151:3
169:10
169:13
170:14

**per** 133:8

**perception**
119:11

**perfect**
159:24
160:2

**perform**
33:1 133:20

**performance**
95:1

**period**
43:19
47:9
100:9
141:19
141:20

**perjury** 10:4

**person** 9:9
19:22 39:22
39:25 44:23
66:10 66:16
84:22
118:24

**personal**
16:10 51:7

93:18
116:22
117:22
140:12
140:20
141:9

**personally**
22:13
86:7 124:3

**person's**
39:18

**Phillips**
168:10

**phone** 25:4
40:17 62:16
64:7 107:15
109:20
115:23
116:9
145:16

**phonetic**
39:16 69:25

**phrase**
18:14 18:15
177:17

**phrased** 18:16

**physical**
148:18

**physically**
111:16
127:14
128:1

**pickup**
82:14 90:16

**pieces** 57:18

**pistol**
57:23 64:11
64:13 64:22

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

65:15

**pistols** 68:2

**plaintiff**
8:17
10:24 23:15
156:14
163:16
178:17

**plaintiff's**
23:19 23:23

**plastic** 39:7

**plate** 39:10

**play** 141:24

**playing** 142:1

**please** 8:12
8:24 9:6
9:8 10:2
10:15
12:8
12:13
13:5 59:4
72:12 111:8
136:7 156:9
176:5
178:20

**point** 18:23
34:4
34:15
40:7 55:7
55:12 59:19
71:17
96:1
96:24
97:9 101:20
102:4 103:6
118:7
125:18
133:21
134:24
142:23

144:6

**pointed** 152:5

**points** 116:2

**police**
20:20 20:21
20:24 21:11
21:17 21:17
21:20 21:22
27:1 27:3
27:8
27:11 27:12
27:16 27:22
29:21 29:24
34:22 38:24
39:5
41:20 67:23
75:25 76:12
78:10 78:12
78:23 87:14
91:25
110:18
127:2

**polygraph**
61:8 61:9
61:15 61:16
61:18 61:19
75:18
98:4 98:5
98:8 110:19
115:1 115:2
115:6 115:6
115:12
116:2
149:14
172:15
172:18
172:21

**polygrapher**
17:12

**polygraphs**
17:20

98:7 98:15

**poorly** 92:19

**Poppa** 74:7
123:7

**position** 29:5
30:6 30:7
34:8
34:11 134:2
134:3

**positions**
30:13

**possible**
38:25 68:22
75:1 75:2
164:6
164:20

**possibly** 52:7
60:17
129:25
130:1
165:24

**potential**
165:22

**potentially**
21:7
66:23
71:7
86:13
101:19
123:24
149:10
155:24

**power** 142:21

**pre** 94:4
124:11

**Precision**
166:17

**pre-marked**

122:17

**preparation**
24:17 25:6

**prepare** 23:25
24:21 25:23
48:11
128:12

**prepared**
54:19 99:17
139:6

**present** 9:1
9:23
24:23
108:17
108:23
108:24
109:5 109:8
109:11
111:18
114:24
127:23
128:2 137:7
143:13
148:18

**presented**
160:9

**preserve**
176:10
178:8

**preserved**
99:11

**president**
108:22

**presume**
51:2 100:10
121:14
121:15
156:21
156:25

157:2 157:4

**presuming**
51:3 51:6

**pretty**
53:24 65:11

**Prevention**
29:2 29:7

**previous**
142:15
174:4

**previously**
15:7 35:7
45:18
84:4 87:8
105:17
105:17
148:5 150:2

**primarily**
18:17 25:12
29:8 127:12
169:13

**primary** 52:13

**primer**
66:12 66:13
66:18 66:19

**principal**
95:2 95:12

**printed** 96:20

**prior** 10:10
28:10 28:14
31:17
32:2 32:5
40:14 43:13
61:11 69:24
92:20
121:18
131:20
142:22
172:6 176:1

176:4 176:6

**prison** 48:9
52:4
63:18 157:8

**probable**
67:13
96:2
96:13 96:13
98:12 98:16

**probably**
22:24 101:9
101:12
115:24
117:4
133:22
168:14

**problems** 85:7
105:7
105:10

**procedure**
79:15 86:15

**proceed**
10:9 10:16

**proceeding**
15:9 59:11

**proceedings**
148:16

**process**
20:6 45:6
45:9

**professional**
9:13

**profile** 69:17

**profusely**
107:17

**program** 30:24

**Project** 35:14
35:22 69:13

69:21
150:13

**projectiles**
66:2

**promoted** 33:3

**prompted**
44:17
107:11

**prone** 169:16

**property** 58:5
102:1
127:23

**prosecuted**
52:19

**prosecuting**
142:13

**prosecution**
21:3 145:21

**prosecutor**
53:12

**protocol**
104:5

**proved** 65:20

**provide** 86:22
103:22
126:12
151:11

**provided** 45:1
57:21
61:6 63:9
80:9
97:13
98:1 101:24
122:4
136:12
137:16

**providing**

63:15 63:16

**Public** 94:23

**pumping** 154:3

**purpose**
29:8 137:25

**purposefully**
168:23

**pursue** 141:21

**push** 97:1
133:24

**pushback**
132:3
132:21
133:8

**putting**
140:22

————————

Q

**Qualseth** 8:18
8:18 9:21
9:22 17:8
58:7
58:12 58:18
58:20
59:2 60:4
60:7
63:11 65:11
70:6 72:6
78:18
79:5 80:3
88:13 97:19
102:12
106:24
107:3
108:23
111:4 111:6
129:5 132:7
136:18
144:25
156:17

156:18
157:14
160:11
160:15
160:16
162:18
162:19
163:3
164:16
166:9
166:11
166:15
166:21
172:25
173:5 175:3
175:7
176:16
178:11
178:15

**question**
11:25
12:4
13:10 15:17
33:16
36:7
37:10 37:13
38:14 38:17
48:6 48:9
61:20 61:22
68:6
77:20 90:11
102:15
107:11
107:23
131:10
132:13
146:17
149:2
150:19
151:6
157:10
165:20

169:23
174:5
176:13
176:21

**questioned**
89:7
89:17
146:14
146:18

**questioning**
108:10
108:15
110:6
114:21
132:17
150:17
150:20

**questions**
11:8
11:12
12:7
12:12
26:2 101:17
104:3
132:17
136:18
136:21
139:25
150:16
156:15
172:25
174:19
174:23
175:1
178:12
178:18

**quick** 9:5
34:25 74:22
102:18

**quite** 115:24

149:14

—————
R
—————
**raise** 10:2

**Ramon** 40:8
40:10 41:23
44:9 48:7
56:11 56:23
131:7 157:5

**ran** 39:10
39:23
142:10
142:11
142:19
142:19
142:21
150:4

**Randy** 16:21
20:12
42:7
42:21 42:23
43:3 69:1
69:5 78:6
108:17
109:4 110:9
113:23
114:23
119:14
120:2 120:6
121:4
123:25
133:11
134:12
144:7

**range** 166:10

**rationale**
101:1

**reached** 16:25
24:22

**reactions**

43:2

**reading**
38:9
41:11 51:23
81:12
167:15
178:2

**ready** 35:10
46:12
136:21

**real** 34:24
74:22
102:18

**realized**
159:11

**really**
32:19 101:7
134:15
135:22

**reason**
12:20
66:9 100:12
106:11
166:12

**reasonable**
101:5
165:17
165:18

**reasons** 97:22
177:10

**recall**
13:18 13:20
20:14
22:6
22:12 22:25
25:17
32:2
32:15 40:16
40:19 40:20
42:2 42:6

42:10 42:11
43:2
54:22 54:22
54:23 54:25
55:5
55:14
64:3
67:19 67:21
68:10 68:14
68:17 68:23
68:24
69:3 69:6
70:8
70:11 70:12
89:11 104:9
106:5
106:10
106:11
106:14
109:17
109:19
112:23
113:19
114:3
114:22
115:10
117:8 127:9
127:17
127:20
127:22
128:7 128:8
130:20
133:14
134:15
134:19
134:24
135:11
140:25
150:8
152:11
153:7
153:11
153:13

154:6 154:7
154:9
154:16
155:2 155:7
155:8
155:11
155:13
155:15
161:17
169:11

**recalled**
62:25 63:3

**recantation**
171:12

**received**
19:24
38:4
38:25
45:2
61:11 94:17
106:2 112:1
136:15

**recently** 28:5
49:7 49:8
50:7

**recess** 59:6
111:10
156:11

**recognize**
87:13
90:3
91:25
99:2 122:22

**recollection**
46:10 74:19
121:10
121:25
123:13
123:21
124:3

137:18
153:22

**record** 8:7
8:25 9:5
9:12 15:6
35:6 41:6
41:12 45:17
59:4 59:8
76:4
80:17
87:6
89:23
94:3
98:23
105:15
109:2 111:8
111:12
112:16
122:16
124:9 136:9
148:4 156:9
156:13
162:17
162:22
178:20

**recorded**
81:14
99:7 114:23

**recordings**
99:11 110:6

**records**
20:3
47:22 78:13
78:16 78:22
99:24

**recovered**
44:19 65:24
66:1 66:2
66:3 66:5
66:15 66:18
119:3

127:24
128:8
129:11
155:23
163:23
164:4

**red-headed**
170:10

**redo** 97:2

**reexamination**
61:7

**reexamined**
61:18

**refer** 23:13
23:19 57:13
132:13
158:12
163:4 165:4

**reference**
144:9

**referenced**
60:12

**references**
65:23 163:5

**referring**
23:15 76:11
84:10 106:3
108:3
110:11
120:5
150:25
162:5 162:9

**refers** 120:2

**reflaw@hotmai
l.com** 138:7

**refresh** 122:3

**refreshing**
161:18

refused 96:17

regard
  50:19 59:25
  128:10

regarding
  22:3 42:7
  54:19 59:11
  59:22
  61:7
  62:17 64:10
  74:3 76:6
  80:19 86:23
  87:14
  90:4 92:1
  98:2 99:3
  126:18
  136:12
  139:6
  139:12
  139:18
  140:24
  141:1
  151:24
  152:22
  153:2

regards
  40:9
  40:21 40:23
  40:24
  47:6 50:6
  112:12
  117:10
  117:15
  118:4 124:4
  127:21
  129:19
  140:3
  140:15
  150:13
  177:3

region 56:22

regular 28:21

reinvestigate
  44:22
  45:3 45:6

reinvestigati
  on 43:19
  43:24
  44:2 44:9
  44:13 44:17
  46:4
  47:10 47:21
  48:13 48:18
  48:21 51:20
  51:22 52:14
  53:25 54:20
  55:8
  55:21
  56:1 56:5
  56:13
  57:1
  64:11 64:23
  67:17 68:11
  69:9
  69:12
  70:3 123:12
  130:3 130:5
  131:5
  133:12
  133:16
  138:3 150:7
  157:5 168:4

relating
  117:3
  117:20
  143:16

relation
  37:25

relationship
  39:17
  93:5 139:25
  140:7

141:15

relationships
  174:8

relayed 78:1

release
  44:3 157:7

released
  64:18

relevant
  61:20
  127:21

relied 33:19

rely 20:24
  21:4

remaining
  58:25

remember
  11:24 12:11
  15:10
  23:4
  42:14 47:17
  61:12 67:22
  67:23 68:15
  80:24 80:25
  86:6
  86:11 86:13
  86:21 112:5
  112:10
  120:24
  121:2
  121:13
  127:12
  135:19
  143:22
  144:1
  144:11
  145:12
  145:13
  145:15
  153:14

154:7
154:10
174:10
176:21

remembered
  144:22
  145:2 145:5
  145:8

remembers
  145:14
  145:15

remind 11:15

remote 8:1
  9:12

removing
  96:19

repeat 12:8
  36:8
  51:15
  60:9 65:6
  68:6 69:2
  81:11 109:1
  139:14
  174:21

repeatedly
  62:22

rephrase 12:8

report 9:9
  19:20
  20:8 20:9
  39:18
  44:4
  48:12 54:18
  54:24
  55:1
  61:17 67:23
  68:20 74:17
  74:21 74:22
  76:5 76:13

NAEGELI
DEPOSITION & TRIAL
CELEBRATING 40 YEARS IN BUSINESS
(800)528-3335
NAEGELIUSA.COM

77:3 77:4
77:16 78:10
78:12 79:24
80:6
80:19 80:23
81:14 85:16
85:22 85:22
87:14 87:20
88:23
90:3 90:3
90:15 90:25
91:25 94:11
94:15 94:18
95:5
95:20 95:21
96:10
97:5 99:2
99:17 99:22
99:23
105:18
105:24
106:3
106:19
119:14
120:21
121:14
139:5 144:4
157:18
158:2 158:6
160:25
161:11
161:16
161:17
161:19
161:21
162:2 162:8
163:5 165:6
165:8 165:9
165:23
165:24
**reported**
19:17 33:24

37:14 37:15
38:15 85:18
88:19
98:3 98:9
101:13
172:22
**reporter** 8:24
9:3 9:4
9:13 9:17
9:19 9:21
9:23 10:1
10:8
10:15
11:7
11:22 14:22
14:25
36:6
51:13
65:3
65:10
68:4 79:2
79:6 103:13
108:20
147:2 147:6
147:24
162:21
162:24
163:2 173:3
174:20
174:24
**reports** 20:11
20:20 20:21
20:24
21:4 21:8
21:20 21:23
54:23 74:14
75:25 78:23
127:2
136:15
173:21
173:22
173:22

**represent**
8:13
45:25
156:19
**representing**
8:14 8:17
8:21
**Republican**
142:18
142:20
**reputation**
142:22
**request** 18:20
56:21
121:11
**requested**
50:22
**requirements**
27:17
**requires**
31:23
**rereading**
161:18
**Research**
162:3
**residence**
37:13
58:2
65:20 65:22
67:14 71:23
97:16
125:18
125:21
127:13
152:24
153:17
**resources**
17:16 18:19

56:16
**respect** 59:16
149:16
**responding**
39:5 39:9
**response**
11:11 40:3
**responsibilit
ies** 32:17
33:6
**responsibilit
y** 34:1 62:2
**responsible**
56:9 107:21
**responsive**
12:12
**rest** 62:9
175:11
**restate**
102:14
**restroom**
115:23
**result**
61:23
67:9 150:20
**results** 15:23
44:17 44:24
48:8
49:12 50:13
52:1
61:10
70:9
70:11 70:13
98:8 98:9
172:14
172:18
172:21
**resumed**

120:18

**retained**
99:12

**retest** 166:22

**retired**
28:4
28:23 28:23
33:22 50:14
62:18 131:2
150:23
167:3

**retirement**
30:16 167:4

**Retreat** 106:8
106:12
106:15

**retrospect**
47:2

**return** 15:23

**returned**
67:11 71:13
78:1 128:6

**returning**
77:25
138:16

**revealed**
57:16
154:24
155:24

**Reverend**
87:15 88:19
89:4 89:10

**review**
24:17
25:6 25:9
35:9 46:6
46:16 54:18
61:10

102:20
136:8 144:9
148:12
163:25
164:9 166:5
175:13
175:15

**reviewed**
13:13 13:17
13:18

**reviewing**
54:25

**revisions**
13:19

**Richard** 8:14

**ride** 93:11

**right-hand**
76:17

**Road** 77:12
127:13
153:16
154:15
155:1

**Robert** 81:6
123:7 131:6

**Roberta** 80:20
81:2
81:14 81:16
81:20 81:24
82:6
82:10 82:13
82:17 82:24
83:8
83:17 83:23
84:2 84:7
84:21 84:22
85:1 85:5
85:11 85:17

**role** 16:2

32:6 33:1
33:15 37:21
114:11
127:9
128:11
128:25
129:3

**romantically**
87:22 87:22

**Ronnie**
41:24
44:9 48:6
54:19
55:1 56:7
56:11 56:23
61:12 68:18
130:4
130:11
130:13
130:18
131:5 139:5
139:11
139:24
143:8 148:2
149:6 149:9
149:13
149:16
149:18
149:19
157:5

**Ronnie's**
144:3

**room** 9:24
10:11
109:12
109:13
115:14
115:16
115:17
121:10
121:12

129:6
142:23
150:5 150:7
158:9
165:11
178:13

**ropes** 34:7
34:11

**Rose** 93:9

**roughly**
47:9 64:7
100:3

**Roy** 42:4 43:6
95:22
96:4 96:7
96:25
113:23
141:13
143:1 146:7
146:14
146:17

**Roy's** 96:11

**rules** 11:3

**run** 33:7

**running** 16:14
142:16

**rural** 31:21

**Rusty's** 102:7
102:9
102:24
103:1

**Ruth** 8:16
10:23 14:19
15:1 58:7
106:24
129:6 132:8

———————
S
———————

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

**SA** 119:21

**sales** 28:12

**Saturday**
77:10

**saw** 39:24
117:4
118:18
138:20
170:12

**scheduled**
134:6

**scheme** 174:14

**school** 26:3
26:6 26:9
27:22 28:14
82:2 84:3
85:7
90:22 90:23
91:6 91:8
92:7
92:15 94:13
95:1
95:14 95:15
105:10

**Schools**
84:5 94:23

**schoolyear**
95:16

**scope** 51:22

**Scott** 36:1
36:14
52:4
52:21
61:7
75:21
115:16
124:5 157:3
164:12
169:6

169:12

**Scott's**
133:23

**scratch** 22:18
38:10 63:14
77:19 93:24
98:19
102:18
130:8
131:10
141:5

**screams**
154:14
154:25

**screen** 14:8
14:11 25:21
35:2 35:4
45:12 72:17
73:4 87:7

**screw** 142:5

**screwed**
147:15
168:21

**screwing**
143:3
147:11

**se** 133:8

**search** 67:1
67:6
67:13 67:14
71:21 71:22
128:6
128:12
128:16
128:24

**searched**
106:12
152:20
152:25

153:5
154:17

**searches**
40:21 40:23
40:24
126:22
127:1 127:5
127:7
127:10
128:3
128:10
128:13
129:10

**searching**
127:14

**seat** 84:14

**sec** 15:4 87:4

**second**
26:15
81:5
81:13
93:7
116:9
120:16
128:5
148:14
176:1
176:17
176:20

**secondary**
28:17

**secondhand**
112:1

**section**
112:25
115:5

**security**
28:19

**seeing**

46:23 54:22
54:23
55:6
67:23
70:9
70:11 70:13
90:24
109:20
112:23
113:19
161:17

**seem** 101:5

**seemed** 127:21
144:14

**seen** 13:20
17:7
18:12 84:16
103:8
112:22
139:5
153:20
167:22

**Segun** 8:19
9:24 9:25
129:6

**selected**
45:21

**semen** 44:19

**Senior**
23:20 23:21
53:1 56:22

**sense**
109:13
124:1 143:5
143:6

**sent** 40:10
49:11 49:15
49:24
50:3
60:16 60:21

61:4

**sentence** 91:2
161:3
163:25

**separate**
106:7

**separately**
101:1

**September**
162:2

**sergeant**
30:21 32:13
32:18 32:25
33:3
33:15 33:17

**series** 126:22

**Serological**
162:3

**served** 141:18

**Sesame** 66:16

**sets** 76:17

**setting** 26:14
50:14

**seven** 47:18
135:20

**seven-page**
73:8

**several** 15:19
40:23 40:24
148:22

**sex** 85:3
113:1 113:5
113:12
113:25
116:12

**sexual** 84:23

89:8 89:17

**shape** 142:4
153:25

**share** 14:19
56:8
77:22
122:11
149:24

**shared**
55:12 91:13
93:13 93:17
93:17 93:23
95:4 99:21

**sharing** 91:16

**sheet** 72:2
73:9 75:9
75:12 75:13
112:14

**shell** 49:7
49:23
50:2 50:6
50:12 50:19
50:25
51:5 51:8
64:25
65:1
65:24
66:2 66:5
66:6
66:11 66:14
66:14 66:21
66:23
71:9 166:18
166:23
167:7 167:9
167:10

**sheriff** 16:16
16:17 19:23
20:2
20:12 20:15

33:24 41:25
42:3 42:4
43:8
43:12 44:14
44:14
45:4 46:1
46:1 46:1
46:16 47:20
51:23
54:3 55:9
60:16
78:5
96:15
109:24
118:12
118:16
118:22
129:24
131:18
132:5 132:6
132:16
132:21
137:10
137:13
137:21
140:14
141:16
141:16
141:23
141:23
142:24
146:7 147:7
148:15
148:17
148:20
148:23
149:17
149:24
149:25
150:3 150:7
150:15
150:23
151:6 151:9

151:10
151:22
152:3
152:12
161:4 161:6
161:10
165:5
165:16
174:9

**sheriff's**
16:18 17:17
18:2 22:3
28:24
30:1 30:3
30:6
30:14 32:14
37:15
38:4
38:16 43:20
49:4
50:16 50:21
50:24 51:21
53:6 56:6
78:1
99:13
109:21
119:23
143:9 150:6
173:21

**shifted**
151:12

**Shockingly**
135:24

**Shon** 8:18
17:9 58:7
79:5
88:14
106:24
111:4
156:18

**short** 29:25

76:25

**shortcoming**
46:24

**shortly**
54:1  87:7
125:13

**shot**  66:24
71:6  71:9
71:16  113:2
113:6
113:13
114:1  114:8
116:13

**should've**
75:7  151:4

**shovel**  155:23
156:3

**showed**  83:9
87:23
109:23
109:23
138:17

**showing**
73:7  87:6
176:8

**shown**  25:20

**shut**  53:11

**Siefkin**
24:3  25:12

**sifting**
127:24

**sign**  96:21

**signed**
60:16  95:18
95:21  95:25
97:4

**significance**

39:16  154:8

**significant**
98:8  98:11

**signing**
146:20

**similar**  32:6

**single-page**
112:17

**sir**  10:12
10:22  11:16
71:5  151:20
162:24

**sister**  83:18

**sit**  23:9
25:17  43:14
55:15
86:6
86:21
106:16
112:11
117:7
123:11
126:14
154:11

**sit-down**
43:12  146:7

**site**  126:23
127:11
128:3  128:6
155:22

**sitting**  67:21

**situations**
140:24
141:10

**six-to-**
**eight**  47:9

**skull**  66:4

**slash**  73:20

73:25

**sleep**  62:23

**slowly**  9:6

**small**  18:6
170:15

**smaller**  33:10
170:11

**Smith**  56:21

**snippets**
143:23

**snowball's**
142:18

**sock**  163:24
164:4
164:12
164:22
165:1  165:7

**socks**  69:14
70:15  70:20
161:6

**solemnly**  10:3

**somebody**  65:7

**somehow**
51:2  174:14

**someone**  18:24
51:2  51:3
104:6  117:5
173:4

**sometime**
49:13
125:12
136:24
137:3  137:6
137:17
137:23

**somewhat**
32:20  48:2

**somewhere**
31:4
36:25
37:3
43:11  103:2

**song**  66:17

**sorry**  15:15
27:6
29:16  29:17
34:9
36:24
37:9
41:22  58:19
60:8  69:2
70:12  81:11
87:4
90:12  90:24
126:11
132:8  136:4
138:21
139:14
157:9
173:25
174:3
176:13
176:19
177:17

**sort**  48:11
53:13  68:25
103:22
150:19

**sounds**  55:5
110:25
129:16
144:20

**source**
44:19
113:17
116:19

**southeast**

NAEGELI
DEPOSITION & TRIAL

CELEBRATING
40
YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

77:11

**spark** 23:3

**speak** 9:6
25:22
40:4 50:5
64:6
98:13 133:7
144:16
146:1
169:16
173:4

**speaking**
11:23 41:23
64:7 65:5
100:3
143:14
151:5

**Special** 19:11
56:22
139:16
148:2

**specific** 42:2
134:23
142:7 142:9
145:4

**specifically**
25:18 32:16
40:19 42:10
42:17 68:23
70:8 104:10
107:18
112:12
117:13
127:16
135:11
144:5 151:5

**specifics**
144:12
145:10

**speculate**

123:24

**speculating**
63:7

**speculation**
157:11
174:4

**spend** 134:4

**spoke** 14:23
51:17
65:6
130:4
144:21
147:4
162:22
166:25

**spoken**
43:13
101:17

**sponsored**
27:11

**Sporting**
102:24

**spring** 27:5
67:12
168:15

**Springs** 34:21
34:22 38:24
39:1 39:5
39:15 39:20
39:25 40:11

**Squad** 31:20

**stamp** 76:19
163:15
166:12

**stamped** 76:8

**stand** 92:23
132:24

**standard**

26:11 86:15
153:21

**Standby**
59:3
111:7 156:8
178:19

**stapled** 60:24

**start** 16:24
28:11
131:10
140:18
149:2
156:22

**started**
28:2 29:1
29:23 30:17
92:7 134:10
141:1 143:1
150:8
176:24

**starters**
149:1
149:11

**starting**
150:12

**state** 8:12
145:4
148:21
165:6

**stated**
87:21
117:13
148:24
161:4 165:7

**statement** 9:5
77:1 116:14
116:23

**statements**
107:14

107:24
108:2 108:4
111:23
115:8
151:23

**states** 161:4

**stating** 160:7

**stature**
170:11

**statute**
170:11

**staying** 87:24

**steady** 28:20

**stepped**
68:5 115:22

**sticks** 153:14

**stipulate**
9:11

**stood**
142:18
146:19

**stop** 59:22
60:1
60:14 60:19
60:22 60:25
62:17 63:10
107:2 113:4
169:21
177:4 177:7
177:8
177:15

**stopped**
153:17

**story** 66:25
148:22

**street** 66:17

169:16

**strike** 66:19

**struck** 66:13

**style** 123:9

**subject** 17:11
18:12
70:1 91:16

**subject's**
73:15

**submitted**
77:19 78:10
78:13 85:22
88:24
166:18

**Subpoena** 76:8
76:8
76:20 80:18
87:9
89:25 91:24
112:18
148:5

**subsequent**
148:12

**substance**
25:1

**substantial**
57:2

**successful**
145:21

**Sue** 82:25
83:3 83:6
83:13
124:22
125:2 125:8
126:2
126:17

**suggesting**
142:1 142:3

**suggestions**
80:8

**suicide**
29:2 29:6
34:16 34:19
34:20 34:23
37:11 37:22
38:2
40:12 40:25
41:2 41:5
41:17 41:21
42:8
42:16 42:25
43:7
44:20
48:3
53:10 64:24
65:23
66:8 173:13

**summarize**
57:5

**summarizing**
36:4

**summary** 36:12
48:12 54:18
54:24 54:25
88:5

**Sunday**
37:13
118:20
119:3

**supervised**
33:14

**supervisory**
33:15

**supplement**
12:13

**supplemental**
13:20

**support**
167:19
174:17

**supported**
44:18

**suppose** 18:14

**supposed**
21:15

**suppressed**
171:19

**sure** 10:13
11:5
19:23
23:1
24:10 27:17
33:8
33:20 34:10
36:9
41:25
42:1 42:9
58:22 67:20
67:22
68:8 75:1
75:4 75:5
76:12 81:13
91:1 95:3
102:17
109:15
116:20
118:7 122:9
135:18
135:18
136:7
136:22
139:15
141:4 141:6
143:25
149:23
151:8 159:3
159:13
162:7

165:12
173:4
174:11
175:5 177:9

**suspect** 21:12
21:17 21:17

**suspect's**
118:9

**swab** 36:3
36:16

**swear** 8:24

**switch** 30:2

**switched**
119:9

**sworn** 10:18
12:17

---

T

**taking** 11:7
30:15 32:25
34:2 77:2
94:10
123:18
124:4

**talk** 9:8
11:20
109:24
118:8 138:3
138:13
139:22
150:4 150:9

**talked**
51:10
111:18
114:11
133:1 146:7
157:15
174:8
175:19

talking 23:22
  77:25 104:5
  110:16
  118:9 135:2
  135:20
  137:9
  137:20
  143:19
  144:8
  144:15
  149:4
  162:13
  162:13
  165:22

task 47:20
  74:2 75:4
  75:6

tasks 33:2
  44:13
  114:14
  133:20

team 17:4
  34:18

telephone
  112:14
  112:19

Ten 64:8

tenor 46:23

term 43:24
  142:13

terms 25:14
  39:17
  114:18
  141:13

terrible
  58:23
  131:10

terrified
  147:12

Terry 8:19
  100:8
  100:13
  100:21
  101:10
  101:16
  121:4 130:9
  153:12
  153:13
  153:14
  153:19
  153:21
  153:23
  153:24

test 49:23
  70:13
  166:17
  176:9 178:6

tested 50:2
  50:20
  51:5 51:9
  177:25
  178:9

testified
  10:19 60:14
  60:21
  61:3
  61:24
  111:15
  125:1
  132:22
  132:23
  152:15
  157:19
  159:17
  166:22
  167:6 168:3
  170:17
  173:12
  175:19
  175:25
  176:14

  176:19
  177:3
  177:15

testify 12:21
  12:24 13:2

testifying
  63:20 125:5

testimony
  9:11 9:12
  9:14 10:5
  12:17
  15:8
  15:24 37:17
  38:19 41:11
  46:3
  46:20 51:23
  59:10 59:14
  59:21
  60:2 61:6
  62:3 62:6
  62:9
  62:17
  63:5 63:9
  63:16
  79:3 107:10
  124:8
  124:16
  124:21
  124:24
  125:6 126:3
  132:3
  133:12
  159:19
  160:5 167:8
  174:7
  174:12
  175:22
  176:1

testing 17:23
  49:11 49:15
  49:17 50:12

  50:22 51:17
  59:22
  60:1
  60:19 60:22
  60:25 60:25
  129:19
  166:17
  176:10
  177:7 177:8
  177:8 177:9

Texas 67:15

thank 9:3
  9:16 10:1
  10:8
  10:17 14:25
  65:10
  79:6
  129:7
  132:10
  147:6
  147:24
  151:18
  156:14
  163:2
  166:19
  173:1
  174:24

thanks 33:5
  101:15
  173:2

theater
  115:21

theft 169:14

themselves
  104:6
  169:17

theoretically
  75:5

theory 70:23

| | | | |
|---|---|---|---|
| 71:3 167:16 | throughout | 173:12 | 98:5 101:21 |
| 174:18 | 15:20 86:16 | 174:7 | 102:6 |
| **thereafter** | **thugs** 169:15 | 174:12 | 102:24 |
| 54:1 | **Thursday** | **Tom** 34:15 | 103:8 |
| **there's** | 24:11 | 34:20 | 103:21 |
| 11:7 | **tie** 69:13 | 36:2 | 103:24 |
| 13:19 | **till** 120:14 | 36:15 37:11 | 104:13 |
| 21:3 | 150:22 | 37:12 37:22 | 105:2 105:7 |
| 47:23 76:17 | **timeframe** | 38:5 38:6 | 105:9 |
| 115:16 | 18:8 | 38:17 | 107:24 |
| 121:14 | 21:25 22:15 | 39:2 | 108:3 |
| 123:8 133:3 | 37:20 43:21 | 39:11 39:17 | 108:10 |
| 133:4 | 49:16 51:20 | 39:21 40:10 | 108:15 |
| 136:14 | 110:7 | 40:12 40:14 | 109:3 109:9 |
| 140:13 | 123:15 | 41:2 | 109:20 |
| 147:13 | 141:4 141:6 | 41:21 | 109:23 |
| 148:10 | **timeline** | 42:8 | 110:1 110:6 |
| 164:3 | 35:13 | 42:15 42:25 | 110:9 |
| **the-secret** | 126:17 | 43:6 | 110:17 |
| 149:17 | 127:22 | 44:18 44:20 | 111:19 |
| **they're** 18:20 | 140:22 | 45:7 48:2 | 111:23 |
| 141:20 | **today** 9:4 9:8 | 48:5 48:7 | 112:6 113:1 |
| 169:15 | 12:18 12:21 | 52:1 52:9 | 113:2 113:3 |
| **third** 84:21 | 12:24 | 52:17 | 113:5 113:9 |
| 161:3 | 13:2 | 53:9 | 113:12 |
| **Thomas** | 22:21 | 55:11 | 113:24 |
| 91:22 | 23:9 | 57:2 | 114:5 |
| 148:24 | 25:24 55:15 | 57:15 | 114:18 |
| 164:5 | 67:21 68:23 | 58:2 | 114:21 |
| 164:13 | 86:6 | 61:15 61:19 | 114:24 |
| **thorough** | 86:22 | 66:7 71:6 | 115:3 115:7 |
| 20:21 21:23 | 106:16 | 71:18 | 115:13 |
| **thoroughly** | 112:11 | 82:7 | 115:15 |
| 152:25 | 117:8 | 82:11 82:13 | 116:11 |
| 153:5 | 121:18 | 82:18 82:21 | 116:13 |
| **thoughts** 80:9 | 123:11 | 84:13 84:17 | 119:3 119:9 |
| 86:7 | 126:14 | 85:12 87:21 | 133:21 |
| 86:23 91:17 | 145:13 | 87:23 87:25 | 140:2 140:3 |
| 167:19 | 154:11 | 88:2 88:9 | 151:12 |
| | 173:10 | 89:7 | 151:23 |
| | | 89:16 90:15 | 152:19 |
| | | 93:10 97:11 | 155:24 |
| | | | 169:18 |

170:1
170:10
171:12
172:10
172:15
173:13

**Tommie**
82:25
83:3 83:6
83:13
124:22
125:2 125:8
126:2
126:17

**Tom's** 64:24
65:23 66:25
104:18
104:21
152:24
153:5

**tool-and-**
**machine**
66:10

**top** 81:5
81:13 84:20
91:2
107:9
120:17
158:1
163:18

**topics** 143:15
144:1

**touched**
120:23

**towards** 33:17
83:22 87:18
94:11
132:24
145:18
152:5

**town** 170:15

**trailer**
126:23
127:10
154:5

**training**
26:11 26:15
26:23 26:25
27:21 127:4

**transcribed**
9:14

**transcript**
9:7 45:21
45:22
46:7 46:17

**transfer**
29:10

**transferring**
85:8

**translated**
149:19

**treats** 83:14

**trial** 62:10
124:8
124:16
124:18
125:2

**tried** 20:20
113:1 113:5
113:12
113:25
116:12
138:3
138:17
159:22

**trouble** 141:7
169:6 169:9
169:17

**troubled**
176:23

**troubles**
141:1

**Troy** 42:15
42:24
43:3
123:5 123:7
123:7
123:25
128:12
134:18
134:19
135:7
135:15

**Troy's** 123:10

**truck** 84:14
84:18
109:20
113:2 113:5
113:13
113:25
116:12
153:5

**true** 42:21

**truth** 10:6
10:6 10:6

**truthful**
62:11 160:7

**truthfully**
12:21 125:5

**try** 11:24
67:5 67:8
67:12 92:15
122:11
125:9
133:15
142:21
168:23

169:24
173:10

**trying**
47:17
52:3 52:5
104:10
141:21
147:8
150:21
173:5

**T-shirt**
129:12
129:20

**Tuesday** 8:4
8:8 37:15
118:20
118:20
119:1 119:6

**turn** 19:21
20:1
20:10 20:13
37:10 112:8

**turned**
19:25
20:3 39:2
97:12 104:6
109:10
114:6

**Turner** 105:19
105:24
106:20

**turning** 71:25
105:3 108:7
108:8 116:8
143:7

**TV** 115:17

**twice** 74:10

**two-fold**
56:18

two-page
  89:25
  136:11
tying 48:18
Tyler 40:11
type 73:10
  127:14
  153:21
  154:18
typed 77:16
types 54:17
typical 28:13

_____
        U
uh-huhs 11:10
ultimately
  19:22
  20:4 56:9
  71:11 71:22
  78:15 80:10
  86:5
  86:20 93:18
unable 67:6
unaware
  108:15
unbiased
  56:25
uncomfortable
  97:7 97:23
uncovered
  57:9 102:1
underneath
  66:3
undersheriff
  33:25
understand
  12:7

12:16 22:19
58:23 63:19
71:2
98:16
104:11
132:13
132:18
132:19
134:1
137:25
150:21
167:8
understanding
13:22 18:10
19:4
21:14
23:5 36:1
36:19 44:16
49:22
64:2 131:25
145:8
161:15
167:12
174:12
176:3
undertaken
127:6
undo 145:24
undone
63:24
145:21
unearthed
114:9
unhappiness
135:16
unhappy
132:21
135:9
145:24
146:5

University
  26:18
Unless 126:12
unwilling
  134:5
update
  42:24 55:9
updated 46:25
  47:3
upon 64:24
  106:5 123:2
upper-right
  158:11
utilized
  17:12

_____
        V
Vacate
  15:10 44:5
vacuum 86:17
vaginal
  36:3 36:16
Vanderbilt
  60:18
  118:13
  118:19
  129:25
  140:1 140:8
  140:12
  140:13
  140:19
  140:20
  140:21
  141:1 141:4
  141:6 141:8
  142:11
  173:23
  174:9
Vanderbilt's

140:24
variety 62:20
  143:15
various 27:17
  116:2 177:5
vehicle 39:10
  39:11
  126:23
  127:10
veracity 53:9
verbal 11:11
verify
  69:25
  120:13
  128:23
vernacular
  46:22
Vernon 8:2
  8:10 8:15
  10:1 10:4
  10:18 14:13
  51:14
  65:4 68:6
  72:16 73:20
  73:20
  74:1 80:5
  80:22
  94:7
  95:22
  120:19
  136:13
  136:15
  147:19
  148:17
  148:23
  156:18
  162:20
  163:4 173:1
  173:9 175:8
  178:14

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

178:22

**Vernon/Vernon**
74:4  74:25

**Vernon's**
80:19
120:21

**versus** 8:11

**vested** 56:20

**Vic** 130:12

**vicinity** 66:6

**victim** 36:3
36:16  44:20
58:1  102:8

**victim's**
124:22

**video** 110:5

**VIDEOGRAPHER**
8:7  8:23
59:3  59:7
111:7
111:11
156:8
156:12
178:19

**videotaped**
8:1  119:24

**view** 110:5
134:24
135:3

**Vince** 14:6
97:17
117:23
136:11

**Vincent** 8:21

**violence**
155:5
155:17

**vision** 161:22

**visit** 150:3

**vouch** 102:10

———————
W
———————
**Wade** 40:11

**Wagoneer**
87:15  87:20
88:6
88:19  89:4

**Wagoneer's**
88:2
88:11  89:10

**wait** 12:2

**waiting** 10:11
72:22
85:2  163:11

**walked** 150:11
150:14

**Walmart**
39:1  39:23

**warrant** 67:13
71:21  95:18
128:12
128:24

**Washburn**
26:18

**wasn't** 96:8
128:24
149:14
150:20
150:20
153:23
173:4

**watch**
115:11
115:21

**watched** 110:8

**ways** 22:18
40:24  58:14
58:17

**weapon**
57:22  57:23
65:21  97:14
101:25
167:10

**we'd** 150:11

**week** 43:9
47:9  92:7
128:5  128:8
133:23

**weeks** 27:14

**weigh** 167:17

**weird** 148:21

**welcome**
120:13

**we'll** 47:10
74:23  74:23
75:22  107:2

**we're** 23:14
23:22
76:2  103:16
118:8
135:19
161:20
162:7
162:13
165:22

**west** 154:25

**we've** 45:3
72:25
73:1  145:12

**whatever**
61:22
115:23
116:5

134:10

**whereabouts**
102:11
103:23
104:18
104:21

**WHEREUPON**
59:6  111:10
156:11
178:22

**whether** 13:18
13:20  22:12
46:9
47:23
52:8
52:16  52:18
52:22
53:1  53:4
55:10  70:24
79:11  79:19
86:2  89:3
89:8
89:16  89:17
91:16  93:19
103:21
116:15
126:2
126:16
129:18
129:18
130:18
131:9  131:9
134:21
137:10
155:13

**whoever**
65:6  100:20
143:3

**whole** 10:6
52:6  75:13

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

143:21
153:23

**whom** 8:12

**who's** 11:7
104:6

**whose** 123:1

**wife** 37:16
38:5

**Wild** 154:15
155:1

**win** 143:5

**wise** 58:15
58:18

**wish** 131:16
131:22

**wishes** 23:18

**witch** 83:4

**with/atty**
113:10

**witness**
8:24 14:7
72:12 103:3
117:2
122:17
124:10
124:17
136:10

**witnesses**
103:7

**wondering**
70:23

**Woods** 8:19
19:12 60:17
60:17 62:16
64:7 113:23
118:13
118:17

118:21
129:24
131:4
131:11
132:4
132:20
133:2
144:21
145:17
153:8
175:21
176:23

**wording** 46:22

**work** 29:25
32:19 32:19
32:20 37:24
55:8
64:10 91:12
143:2 160:3
167:5

**worked** 30:8
31:14 31:17
32:5 82:8
100:23
100:24
123:12

**working** 16:11
28:1 28:7
28:16
29:1 29:8
30:19
31:6 32:1
41:24
78:3 78:5
78:9 133:22

**world's** 160:2

**would've** 20:3
22:16
31:8 32:2
32:16 36:25
42:5

42:19
51:4
55:17 66:24
68:21 77:24
77:24 77:25
78:4 78:9
78:15
80:6
86:12 88:19
95:4 100:20
101:10
101:13
101:14
104:8
111:23
111:25
115:18
117:6
121:11
129:21
131:17
131:24
157:6 158:7

**wounds** 65:25

**write** 20:9

**written**
61:1
76:25
149:20
158:6

**wrong** 59:15
62:22
64:4
147:9
149:11
149:21
151:2 159:1
168:12
168:23

**wrote** 60:1
87:25

113:20
116:17
116:19
160:19
161:2
161:14
165:17

————————

Y

**yet** 53:19
122:4

**you'll** 87:7

**young** 89:9
89:18

**yours** 157:24

**yourself** 25:9
69:18
120:13
131:5

**yourselves**
8:12

**you've** 12:2
23:4
26:15 27:16
45:11
76:4
89:24 91:23
98:23
105:15
112:16
124:7 136:2
145:14
152:14

————————

Z

**Zetta** 164:5
164:14

**Zule** 125:9
125:13
125:21

NAEGELI
DEPOSITION & TRIAL

CELEBRATING 40 YEARS IN BUSINESS

(800)528-3335
NAEGELIUSA.COM

126:4
126:18