# EXHIBIT 11

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FLOYD S. BLEDSOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:16-CV-02296-DDC-JPO |
| | ) |
| v. | ) |
| | ) |
| JEFFERSON COUNTY, KANSAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS MORGAN AND WOODS'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Interrogatory No. 1: State whether you contend that there was probable cause to support plaintiff's arrest for the Armann Murder at the time of the arrest and/or charging and, if so, please state the principal and material facts on which you rely.

> Answer: **I don't know if there was probable cause to arrest plaintiff. I am not aware of all the information obtained during the course of the investigation and subsequent court proceedings.**

Interrogatory No. 2: For punitive damages purposes, please estimate your net financial worth. Please describe how that net worth has been calculated by providing a balance sheet of all assets greater than $2,500 USD (including a description of any ownership of stock, mutual funds, real estate, etc.) and including all liabilities. Please also provide an income statement for the past three years, including your annual salary, if any, and any income from any other source for those years.

> Answer: [REDACTED]

1

███████████████████████████████████████████

Interrogatory No. 8: State whether you contend that plaintiff committed, was an accomplice or accessory to, or assisted in concealing the Arfmann Murder and, if so, state the principal and material facts on which you rely.

Answer:   No.

Interrogatory No. 9: State whether you contend that there are any material errors in the transcription of the field notes at KBI Subpoena 1628-1631, including as to any references to illegible words or phrases and, if so, identify those errors and your contention as to the correct transcription.

Answer:   See the attached "Exhibit A" regarding these defendants' transcription of the field notes at KBI Subpoena 1628-1631.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Shon D. Qualseth
Shon D. Qualseth, KS No. 18369
Assistant Attorney General/Senior Trial Counsel
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 368-8424
Fax: (785) 291-3767
Email: shon.qualseth@ag.ks.gov

2

# **VERIFICATION**

STATE OF KANSAS        )
                       ) ss:
COUNTY OF DOUGLAS   )

      I, Jim Woods, being of lawful age, and first duly sworn upon my oath, state that I have made and reviewed the foregoing answers to Plaintiff's First Set of Interrogatories to Jim Woods and that I have knowledge of these answers and that the answers are true and correct.

                                                                                                                                         Jim Woods

      Subscribed and sworn to before me on this _____ day of _____, 2023.

                                                                                                               Notary Public

My Appointment Expires:

_____

## VERIFICATION

STATE OF KANSAS      )
                     ) ss:
COUNTY OF JOHNSON    )

 I, Terry Morgan, being of lawful age, and first duly sworn upon my oath, state that I have made and reviewed the foregoing answers to Plaintiff's First Set of Interrogatories to Terry Morgan and that I have knowledge of these answers and that the answers are true and correct.

              */s/ Terry Morgan*
              Terry Morgan

 Subscribed and sworn to before me on this 1st day of June, 2023.

              */s/ Tiffany Walker*
              Notary Public

My Appointment Expires:

6/2/26

NOTARY PUBLIC -- State of Kansas
TIFFANY WALKER
My Appt. Exp. 10/2/26

4