# EXHIBIT 13

IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

FLOYD S. BLEDSOE, )
)
        Plaintiff, ) Case No. 2:16-CV-02296-DDC-JPO
)
v. )
)
JEFFERSON COUNTY, KANSAS, *et al.*, )
)
        Defendants. )

## DEFENDANT ESTATE OF GEORGE JOHNSON'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

**Interrogatory No. 1:** State whether you contend that plaintiff committed, was an accomplice or accessory to, or assisted in concealing the Arfmann Murder and, if so, state the principal and material fact on which you rely.

    **Answer:** I have no knowledge of the statements made in this Interrogatory.

**Interrogatory No. 2:** State whether you contend that there was probable cause to support plaintiff's arrest for the Arfmann Murder at the time of the arrest and, if so, state the principal and material facts on which you rely.

    **Answer:** I have no knowledge of the statements made in this Interrogatory.

**Interrogatory No. 3:** State whether you contend that there was probable cause to support charges against plaintiff for the Arfmann Murder at the time plaintiff was charged and, if so, state the principal and material facts on which you rely.

    **Answer:** I have no knowledge of the statements made in this Interrogatory.

1

Interrogatory No. 4: State whether you contend that there was probable cause to try plaintiff for the Arfmann Murder at the start of plaintiff's trial and, if so, state the principal and material facts on which you rely.

Answer:   **I have no knowledge of the statements made in this Interrogatory.**

Interrogatory No. 8: State whether you contend that there are any material errors in the transcription of the field notes at KBI Subpoena 1628-1631, including as to any references to illegible words or phrases and, if so, identify those errors and your contention as to the correct transcription.

Answer:   **I have no knowledge of the statements made in this Interrogatory.**

          Respectfully submitted,

          OFFICE OF ATTORNEY GENERAL
          KRIS W. KOBACH

          <u>s/ Shon D. Qualseth</u>
          Shon D. Qualseth, KS No. 18369
          First Assistant Attorney General/Senior Trial Counsel
          Memorial Building, 2nd Floor
          120 SW 10th Avenue,
          Topeka, Kansas, 66612-1597
          Phone: (785) 368-8424
          Fax: (785) 291-3767
          Email: shon.qualseth@ag.ks.gov

## VERIFICATION

STATE OF Florida     )
                     ) ss:
COUNTY OF LEE        )

I, David R. Linn, as personal representative and special administrator for the Estate of George L. Johnson, being of lawful age, and first duly sworn upon my oath, state that I have made and reviewed the foregoing answers to Plaintiff's First Set of Interrogatories to the Estate of George Johnson and that I have knowledge of these answers and that the answers are true and correct.

David R. Linn
Personal Representative and Special Administrator for the Estate of George L. Johnson

Subscribed and sworn to before me on this 6 day of June, 2023.

Notary Public

My Appointment Expires:

12/12/26

Notary Public State of Florida
Robert A Snow
My Commission HH 340707
Expires 12/12/2026

3