# EXHIBIT 17

JC_000245

173

STATE OF KANSAS,
JEFFERSON COUNTY
FILED

1    IN THE DISTRICT COURT OF JEFFERSON COUNTY, KANSAS

2    STATE OF KANSAS,                          )        Aug 4   3 25 PH '00
3                            Plaintiff,)                CLERK OF DIST COURT
                                          )
4            vs.                          ) Case No.
                                          ) 99CR325
5    FLOYD SCOTT BLEDSOE,                 )
                            Defendant.)
6

7                    **TRANSCRIPT OF JURY TRIAL**
8                            (TESTIMONY)

9                         **VOLUME TWO**

10                        April 25, 2000

11                            BEFORE

12              HONORABLE GARY L. NAFZIGER,          **ORIGINAL**
                      District Judge,
13                   and a Jury of 12

14
                        Courthouse
15                   Oskaloosa, Kansas

16
                        APPEARANCES
17
        The Plaintiff appears by Mr. Jim Vanderbilt, County
18   Attorney, Courthouse, Oskaloosa, Kansas, 66066.

19       The Defendant appears in person and by his counsel,
     Mr. John R. Kurth, Attorney at Law, Garrity, Kuckelman &
20   Kurth, 701 Kansas Avenue, Atchison, Kansas, 66002.

21

22

23

24

25

## I N D E X

### W I T N E S S E S

FOR THE PLAINTIFF:   Direct   Cross   Redirect   Recross

Robert L. Poppa.........................175
Dorothy S. McClung....177
Troy R. Frost.........181....187......190.....191
William S. Knoebel....191....198
Terry L. Morgan.......199....202
Scott E. Harries......205....212......215
Richard Zule..........217....223......230.....231
Orin W. Turner........232....236
Billie G. Summerville.239....247
Charles Summerville...249....252
Gil Crouse............253....256......257
Dale Arfmann, Jr......258....264......267
Thomas E. Bledsoe.....268....327......365....378
Ruth Meyer...........382....384
Floyd L. Bledose......385....396......405
Brandi N. Wampler.....407

### E X H I B I T S

State's No.        Offered    Received

24.................202.......202
32.................365.......365

Defense No.
A-G................363.......364
H & I..............405.......405
J-T................363.......364
Z..................364.......364

1    the case.  Thank you very much.

2           (A lunch recess was taken.)

3           THE COURT:  Be seated, please.  We're back on the

4    record.  Jury's present.  Call your next witness,

5    please.

6           MR. VANDERBILT:  State calls Thomas Edward

7    Bledsoe.  Judge, this witness has a hearing impairment

8    so if we can turn this microphone up as loud as it can

9    go that's agreeable.

10           THOMAS EDWARD BLEDSOE,

11   called as a witness on behalf of the State, having been

12   first duly sworn by the reporter, testified under oath as

13   follows:

14           DIRECT EXAMINATION

15   By Mr. Vanderbilt:

16   Q.   What's your full name?

17   A.   Thomas Edward Bledsoe.

18   Q.   Tom, you have a little bit of a hearing impairment,

19        don't you?

20   A.   Yes, sir.

21   Q.   If you don't understand my questions or can't hear

22        what I'm saying would you please indicate that and not

23        answer the question?

24   A.   Yes.

25   Q.   You testified at a preliminary hearing.  Is that

1       correct?

2   A.  Yes.

3   Q.  At the preliminary hearing you had difficulty hearing

4       me.  Is that correct?

5   A.  Yes.

6   Q.  At part of that hearing when I was asking you

7       questions did you read my lips instead of listening to

8       what my questions were?

9   A.  Yes, sir.

10  Q.  Will you not do that at this hearing?

11  A.  Yes.

12  Q.  When Mr. Kurth cross examines you will you answer the

13      questions based on what you hear and not by reading

14      the lips?

15  A.  Think a little of both.

16  Q.  Well, but if you have any doubt as to what you hear

17      will you ask us to --

18  A.  Yes.

19  Q.  -- repeat the question?  Thank you.  Do you know, did

20      you know Zetta Camille Arfmann?

21  A.  Yes, I did.

22  Q.  How did you know Camille?

23  A.  She went to church at Countryside Baptist Church.

24  Q.  How often did she go to church?

25  A.  Two or three times a week.

JC_000340

JC_000341

270

1   Q.   Did you attend that same church?

2   A.   Yes, I did.

3   Q.   How often did you attend the church?

4   A.   Two or three times a week, every time the doors were

5        open.

6   Q.   On November 5th, 1999, during the afternoon did you go

7        to Lawrence?

8   A.   Yes, I did.

9   Q.   What for?

10  A.   To get my paycheck.

11  Q.   Where do you work?

12  A.   Lawrence, Farmland Industries.

13  Q.   And what do you do there?

14  A.   I'm a security guard.

15  Q.   On November 5th, 1999, you were a security guard?

16  A.   Pardon?

17  Q.   You were a security guard at Farmland Industries?

18  A.   No.

19  Q.   Where were you security guard?

20  A.   Can you repeat your question.

21  Q.   Yes, sir.  On November 5th, 1999, were you a security

22       guard at Farmland?

23  A.   Yes, I was.

24  Q.   Today are you still a security guard at Farmland?

25  A.   Yes, I am.

JC_000342

1   Q.   On November 5th, 1999, what time did you go there to

2        get your paycheck?

3   A.   I got there about, little before 3:00.

4   Q.   Did you pick up your paycheck?

5   A.   Yes, I did.

6   Q.   What else did you do while you were there?

7   A.   I chatted with the, with the guys on shift change.

8   Q.   What happened after that?

9   A.   I left and went to Lunker's Bait and Tackle.

10  Q.   Why did you go to Lunker's Bait and Tackle?

11  A.   To look at a rifle and some bows.

12  Q.   What happened after that?

13  A.   I left there and went to Rusty's outdoor equipment.

14  Q.   Why?

15  A.   To buy some ammunition.

16  Q.   Is that the Rusty's in Lawrence?

17  A.   Yes.

18  Q.   Corner of 23rd and Iowa?

19  A.   Yes.

20  Q.   Did you buy any ammunition?

21  A.   Yes, I did.

22  Q.   What did you buy?

23  A.   Bought some .30-.30s, some nine-millimeters.

24  Q.   Those are cartridges?

25  A.   Yes.

JC_000343

272

```
 1    Q.   About what time was that?

 2    A.   Around 4:00 o'clock, 4:00, after 4:00 o'clock.

 3    Q.   What time did you leave?

 4    A.   I don't know.

 5    Q.   Did you do anything while you were leaving?

 6    A.   Made a phone call.

 7    Q.   To who?

 8    A.   To my father.

 9    Q.   That would be Floyd Bledsoe, Sr.?

10    A.   Yes.

11    Q.   Floyd L. Bledsoe?

12    A.   Yes.

13    Q.   Okay.  Where did you live?

14    A.   Oskaloosa.

15    Q.   Where at in Oskaloosa?

16    A.   North, northwest of Oskaloosa.

17    Q.   What was the address?

18    A.   11477 Osage Road.

19    Q.   What did you do -- well, where did you make the phone

20         call?

21    A.   At Rusty's parking lot.

22    Q.   What happened after that?

23    A.   I left and --

24    Q.   Where did you go?

25    A.   I headed towards home.
```

1   Q.   What direction did you take?

2   A.   I went down Iowa Street to Sixth Street, crossed the

3        bridge to Second, Third Street, then to 24 Highway,

4        then I went to Wellman Road, then I went to Republic,

5        from Republic I went to 54th Street, and from there I

6        went to Buck Creek to 59 to Osage to home.

7   Q.   Now why did you go that way?

8   A.   Because I wanted to go by where I hunt to look for,

9        see if I seen deer.

10  Q.   And where is that?  Where do you hunt?

11  A.   On Mr. Gamble's land.

12  Q.   Where did you go after you got --

13  A.   Pardon?

14  Q.   Where did you go after you got closer to Oskaloosa?

15  A.   I went home.

16  Q.   To your dad's place?

17  A.   Yes.

18  Q.   About what time did you get there?

19  A.   Sometime after 5:00 o'clock.

20  Q.   Did you go anywhere else after your trip up Buck Creek

21       Road?  Did you get on 59 Highway then?

22  A.   Yes.

23  Q.   From 59 Highway tell the jury exactly what route you

24       took.

25  A.   From 59 Highway?

274

```
 1    Q.   Yes.
 2    A.   From 59 I got on, went through town to 120 something
 3         road, which leads into Osage, and from Osage I went
 4         home.
 5    Q.   And what time did you say you got home?
 6    A.   Sometime after 5:00.
 7    Q.   What did you do at that point?
 8    A.   I got ready for church.
 9    Q.   How do you mean you got ready for church?
10    A.   Took a shower, changed clothes.
11    Q.   Did you go to church?
12    A.   Pardon?
13    Q.   Did you go to the church?
14    A.   Yes, I did.
15    Q.   What time did you get to the church?
16    A.   Around 6:00.
17    Q.   What time did it get dark that evening?
18    A.   Pardon?
19    Q.   What time did it get dark that evening?
20    A.   Around 5:30.
21    Q.   It was dark when you got to the church?
22    A.   Yes, it was.
23    Q.   What did you do while you were at the church?
24    A.   Socialized with other people.
25    Q.   Camille wasn't at the church, was she?
```

JC_000346

275

1    A.    No, sir.

2    Q.    What happened after that?

3    A.    I went home.

4    Q.    What time did you leave the -- now let me back up a

5          little bit.

6    A.    What?

7    Q.    When you say you were at the church what do you mean

8          you were at the church?

9    A.    They were meeting at the farm that night.

10   Q.    Where is the farm at?

11   A.    Jim Bolinger's farm.

12   Q.    Where is that at?

13   A.    Eighth mile east of Pat's Thriftway, I don't know the

14         name of the road.

15   Q.    Did you say an eighth of a mile east of Pat's

16         Thriftway?

17   A.    Yes.  I don't know the road number.

18   Q.    What time did you leave the farm?

19   A.    Sometime after 9:00 o'clock.

20   Q.    So you got there sometime around 6:00 and you left

21         sometime around 9:00 o'clock?

22   A.    Yes.

23   Q.    Where did you go from there?

24   A.    I went home.

25   Q.    Back up to 11477 Osage?

```
 1   A.   Pardon?

 2   Q.   Back up to your dad's place at 11477 Osage?

 3   A.   Yes.

 4   Q.   Who was there when you arrived?

 5   A.   No one at that moment.

 6   Q.   What time did you get there?

 7   A.   Sometime around 10:00, between 9:00, around 9:30.

 8   Q.   Now, from the retreat to your dad's house what route

 9        did you take?

10   A.   59 to Osage.

11   Q.   Now, when you got there you said that nobody was there

12        at that time?

13   A.   Yes.

14   Q.   What did you do once you got, arrived at home?

15   A.   I went to bed.

16   Q.   Did anyone show up that evening?

17   A.   Yes.

18   Q.   Who?

19   A.   My mother and father.

20   Q.   What time did they arrive?

21   A.   Within 30 minutes after I got home.

22   Q.   What happened after that?

23   A.   I went to bed.

24   Q.   You went to bed.  Did you get back up when your

25        parents got there?
```

```
 1   A.   No.

 2   Q.   Okay, so you got home, you got -- did you take a

 3        shower or bath or anything after you got home?

 4   A.   No.

 5   Q.   Just got home, went to bed?

 6   A.   Yes.

 7   Q.   Watch any TV?

 8   A.   No.

 9   Q.   What time did you wake up?

10   A.   Around 8:00 o'clock.

11   Q.   What happened at that point?

12   A.   Pardon?

13   Q.   What happened at that point?

14   A.   I got up, drank coffee with my mom and dad.

15   Q.   Did they get up before you or after you?

16   A.   Pardon?

17   Q.   When did they get up?

18   A.   My dad got up before me, mom got up shortly after I

19        did.

20   Q.   What do you mean by shortly after you did?

21   A.   Couple minutes, not long.

22   Q.   And this was at roughly 8:00 o'clock in the morning?

23   A.   Yes.

24   Q.   How do you know?

25   A.   That's when I usually get up.
```

JC 000348

| | | |
|---|---|---|
| 1 | Q. | Do you have an alarm clock? |
| 2 | A. | No. |
| 3 | Q. | Did you look at a clock? |
| 4 | A. | Yes. |
| 5 | Q. | So it said -- what time did it say, if you remember? |
| 6 | A. | I don't remember.  I know it was around 8:00. |
| 7 | Q. | Okay. |
| 8 | A. | Because I was watching news. |
| 9 | Q. | You were watching the news? |
| 10 | A. | Yes. |
| 11 | Q. | Was anyone else there at that point? |
| 12 | A. | Yes. |
| 13 | Q. | Other than your mom and your dad and you? |
| 14 | A. | No, there wasn't. |
| 15 | Q. | What happened after that? |
| 16 | A. | What happened after that? |
| 17 | Q. | What happened after you had coffee with your parents? |
| 18 | A. | I helped them unload the trailer of stuff. |
| 19 | Q. | Where did they get the stuff? |
| 20 | A. | From my grandmother's. |
| 21 | Q. | Your grandmother had died? |
| 22 | A. | Yes. |
| 23 | Q. | They were working with the estate? |
| 24 | A. | Yes. |
| 25 | Q. | Where did you put the stuff? |

JC_000350

279

1   A.   Behind the, behind the house by a trailer.

2   Q.   What was it?

3   A.   Had some milk cans, cages, benches, lot of old stuff.

4   Q.   And who was helping you do this?

5   A.   My mom and dad.

6   Q.   Had you seen Floyd up to this point?

7   A.   Pardon?

8   Q.   Had you seen your brother Floyd?

9   A.   No.

10  Q.   Were you aware at this point whether or not Camille

11       was missing?

12  A.   At that point?

13  Q.   Yes.

14  A.   Yes, I was.

15  Q.   How were you aware that Camille was missing?

16  A.   Floyd called the house and talked to Dad.

17  Q.   Had anyone else called the house up to this point?

18  A.   No.

19  Q.   How long did it take you to unload that trailer?

20  A.   Fifteen, 20 minutes.

21  Q.   What happened after that?

22  A.   Mom and dad left and went over to my grandma's estate,

23       land.

24  Q.   What did you do?

25  A.   I worked on a lawn mower.

1   Q.   How long did you work on the lawn mower?

2   A.   Till they came back.

3   Q.   What time was that?

4   A.   About an hour, hour and a half.

5   Q.   What happened after that?

6   A.   I helped them unload the trailer again.

7   Q.   What time did they -- you said it was an hour, hour

8        and a half.  What time was it when they got back, if

9        you know?

10  A.   I don't know exactly.

11  Q.   Did you unload the trailer once they got there?

12  A.   Yes.

13  Q.   How long did that take?

14  A.   Fifteen, 20 minutes.

15  Q.   Was this, your, was your mother, Catherine Bledsoe,

16       and your father, Floyd Bledsoe, the only two people at

17       the house so far?

18  A.   Yes.

19  Q.   What did you do after you unloaded the trailer the

20       second time?

21  A.   I got ready to go to work.

22  Q.   How do you mean you got -- what do you mean by you got

23       ready to go to work?

24  A.   Took a shower, got in my uniform.

25  Q.   Did you eat lunch that day?

JC_000352

281

1    A.    No.

2    Q.    What time was it when you were getting ready to go to

3          work?

4    A.    Between 11:00 and 12:00.

5    Q.    And your parents were there?

6    A.    Pardon?

7    Q.    Your parents were still there?

8    A.    Yes, they was.

9    Q.    Did they leave again?

10   A.    Pardon?

11   Q.    Did they leave again?

12   A.    No, they didn't.

13   Q.    Were they there when you left for work?

14   A.    Yes.

15   Q.    About what time did you leave for work?

16   A.    Between 11:00 and 1:00.  I don't really know when.

17   Q.    When you left for work what were you wearing?

18   A.    My security uniform.

19   Q.    And what were you driving?

20   A.    My black Mazda truck.

21   Q.    A black Mazda truck?

22   A.    Yes.

23   Q.    Is this a big truck or little truck?

24   A.    Little truck.

25   Q.    What year was it?

JC_000353

282

```
 1    A.    '89.

 2    Q.    '89?

 3    A.    Yes.

 4    Q.    What route did you take to work?

 5    A.    I went south on Osage to 59 Street.

 6    Q.    Anything happen on the way?

 7    A.    I met someone.

 8    Q.    You met someone?

 9    A.    Yes.

10    Q.    Who did you meet?

11    A.    My brother, Floyd.

12    Q.    How do you mean you met him?

13    A.    I waved him down.

14    Q.    Would you show the jury where at on this diagram you

15          met Floyd, the defendant, that day on your way to

16          work?  Can you do that?

17    A.    Yeah.

18              MR. VANDERBILT:  Judge, may he please do that?

19              THE COURT:  Yes.

20              (The witness went to the board.)

21    A.    Right in here (indicating).

22    Q.    (By Mr. Vanderbilt)  Did you go all the way south on

23          Osage Road?

24    A.    Yes.

25    Q.    Did you go over a bridge?
```

JC_000354

283

| | | |
|---|---|---|
| 1 | A. | Yes.  There's a big hill right in here where you turn |
| 2 | | and go up. |
| 3 | Q. | Do you know whether that's 110th Street or 98th |
| 4 | | Street? |
| 5 | A. | 98th. |
| 6 | Q. | Just right at the edge of Oskaloosa? |
| 7 | A. | Yes. |
| 8 | Q. | You can go ahead and have a seat.  What was he |
| 9 | | driving? |
| 10 | A. | His green car. |
| 11 | Q. | His green car? |
| 12 | A. | Yes. |
| 13 | Q. | Is it all green? |
| 14 | A. | Has a white top. |
| 15 | Q. | How did you wave him down? |
| 16 | A. | I stuck my hand out. |
| 17 | Q. | What did he do? |
| 18 | A. | He stopped. |
| 19 | Q. | What happened at that point? |
| 20 | A. | I asked him if Camille had been found. |
| 21 | Q. | What did he say? |
| 22 | A. | He said no. |
| 23 | Q. | What happened after that? |
| 24 | A. | Then I asked him if some fliers had been put out. |
| 25 | Q. | Did you say fliers? |

JC_000355

284

```
 1   A.   Yes.

 2   Q.   What do you mean by fliers?

 3   A.   Picture with a description of her.

 4   Q.   How did he respond?

 5   A.   Said yeah, like it's none of my business in a way.

 6   Q.   What happened after that?

 7   A.   I mentioned that the, I heard the police was looking

 8        for her.

 9   Q.   How did you know the police were looking for her?

10   A.   Because earlier, earlier that day 911 called at my

11        dad's place.

12   Q.   And what did they want?  Who did they speak to?

13   A.   Speak to me.

14   Q.   What did they say?

15   A.   They asked if 13 or 14-year-old girl had been seen

16        around there.

17   Q.   How did you respond?

18   A.   I said no.

19   Q.   Now, when you were talking to your brother on the road

20        after you asked him about the fliers, what happened

21        after that?

22   A.   I asked him if, I asked -- no, I mentioned that police

23        is looking for her.

24   Q.   What happened after that?

25   A.   He kind of said yeah.  He looked a little nervous and
```

JC_000356

285

1      he had his hand on the steering wheel with his head on

2      his arm.

3   Q.   Head on his arm?

4   A.   Yes.

5   Q.   What happened at that point?

6   A.   I asked him what's wrong and he said that she's dead.

7   Q.   Your brother said that she was dead?

8   A.   Yes.

9   Q.   What happened at that point?

10  A.   What do you mean?

11  Q.   What happened after your brother said that Camille was

12       dead?

13  A.   I asked him what?  And I don't know if he, if I

14       heard -- he was mumbling and I don't know if what he

15       was saying at first but, I don't know if he said "I"

16       or "we," but I heard "accidentally shot her," and I

17       asked him, What?  And he said, She's dead,

18       accidentally shot her.

19  Q.   What happened after that?

20  A.   I asked him why, why is she dead.

21  Q.   How did he respond?

22  A.   He just shook his head, shrugged his shoulders.

23       MR. KURTH:  I'm sorry, Judge, I didn't hear that.

24       THE COURT:  Could you repeat that answer again,

25       please.

JC_000357

286

```
 1    A.   He shook his head and shrugged his shoulders.

 2    Q.   (By Mr. Vanderbilt)  What did you do at that point?

 3    A.   What did I do?

 4    Q.   Yes.

 5    A.   I started firing questions to ask him.

 6    Q.   What did you ask him?

 7    A.   Why, why is she dead.  I asked him if he raped her or

 8         sexually abused her.

 9    Q.   You asked him if he raped her or sexually abused her?

10    A.   Yes.

11    Q.   How did he respond?

12    A.   He said, Yes, no, I don't know.  He recalled her shirt

13         and bra being above her breast.

14    Q.   What did you do?

15    A.   I just started firing questions to ask.

16    Q.   What happened after that?

17    A.   I asked him, What'd you shoot her with?  And he said

18         my pistol.  I reached behind my --

19    Q.   Now wait a minute.  Did Floyd say that he shot her

20         with "my pistol" --

21    A.   Yes.

22    Q.   -- or -- so Floyd had a pistol?

23    A.   Said my pistol (indicating).

24    Q.   You just pointed to your chest.  So did Floyd say "my

25         pistol" or "your pistol"?
```

JC_000358

287

| | | |
|---|---|---|
| 1 | A. | He said "your pistol." |
| 2 | Q. | Okay.  What did you do at that point? |
| 3 | A. | I reached behind the seat and felt my gun, which was |
| 4 | | in the case. |
| 5 | Q. | What happened at that point? |
| 6 | A. | I asked him why again.  He didn't answer. |
| 7 | Q. | What happened after that? |
| 8 | A. | He mentioned that he shot her two, three times, once |
| 9 | | in back of the head, twice in the chest. |
| 10 | Q. | What happened after that? |
| 11 | A. | I asked him why again and he didn't answer. |
| 12 | Q. | What happened after that? |
| 13 | A. | I asked him where is she and he said in the trash dump |
| 14 | | behind the house underneath some plywood and trash and |
| 15 | | dirt. |
| 16 | Q. | What happened after that? |
| 17 | A. | He said don't tell no one, if, if anyone comes around |
| 18 | | snooping and stuff, for me to take the blame. |
| 19 | | MR. KURTH:  Judge, I'm sorry, I didn't catch the |
| 20 | | end of that. |
| 21 | | THE COURT:  Ask him to repeat. |
| 22 | Q. | (By Mr. Vanderbilt)  Would you repeat what you just |
| 23 | | said. |
| 24 | A. | He asked me not to tell no one, if someone does come |
| 25 | | around snooping and stuff, for me to take the blame. |

288

| | | |
|---|---|---|
| 1 | Q. | He asked you to take the blame -- |
| 2 | A. | Yes. |
| 3 | Q. | -- for Camille's death? |
| 4 | A. | Yes. |
| 5 | Q. | What happened after that? |
| 6 | A. | He said that if I don't he'll tell people about my |
| 7 | | past. |
| 8 | Q. | What did you do at that point? |
| 9 | A. | I got mad and left. |
| 10 | Q. | Where did you go? |
| 11 | A. | I went to Texaco gas station. |
| 12 | Q. | What were you thinking at this point? |
| 13 | A. | I was shocked, confused, angry. |
| 14 | Q. | Did you believe him? |
| 15 | A. | I didn't know what to expect.  I, for -- I didn't know |
| 16 | | what to expect. |
| 17 | Q. | You said you went and got gas.  Where did you go to |
| 18 | | get gasoline? |
| 19 | A. | Pardon? |
| 20 | Q. | Where did you go to get the gasoline? |
| 21 | A. | At Texaco gas there in Oskie. |
| 22 | Q. | On 59 Highway? |
| 23 | A. | Yes. |
| 24 | Q. | About what time would that have been, if you know? |
| 25 | A. | I don't know. |

1   Q.   How did you pay for the gas?

2   A.   By check.

3   Q.   Did you see anybody there that you knew or anything?

4   A.   No.

5   Q.   Where did you go from there?

6   A.   I went to Louis Gamble's house.

7   Q.   You went to Louis Gamble's house?

8   A.   Yes.

9   Q.   Why did you go to Louis Gamble's house?

10  A.   Drop off some turkey legs.

11  Q.   Did you say turkey legs?

12  A.   Yes.

13  Q.   Why were you taking Louis Gamble turkey legs?

14  A.   Because my father promised him short time ago that I'd

15       bring some by.

16  Q.   Did you do that?

17  A.   Yes.

18  Q.   What did you do after that?

19  A.   I went to work.

20  Q.   What time did you get to work?

21  A.   Ten or 15 minutes before 3:00.

22  Q.   Ten or 15 minutes before 3:00?

23  A.   Yes.

24  Q.   Did you go to work?

25  A.   Yes, I did.

290

1   Q.   What did you do while you were at work?

2   A.   I thought about what I heard and what Floyd told me

3        and stuff.

4   Q.   What else?

5   A.   I went out, looked, see, looked at my gun.

6   Q.   What do you mean you looked at your gun?

7   A.   I looked to see if, if it had been fired.

8   Q.   What did you do?

9   A.   I smelled it.

10  Q.   Why did you smell it?

11  A.   See if it had been fired.

12  Q.   When was the last time you'd cleaned the gun?

13  A.   A week before that.

14  Q.   Had it been shot, that you're aware of, after that?

15  A.   Not that I am aware of.

16  Q.   When you smelled the gun what did you smell?

17  A.   Had a burnt smokey smell.

18  Q.   What did you do at that point?

19  A.   I looked to see how many shells was in it.

20  Q.   How many shells were in the gun?

21  A.   Two.

22  Q.   Two?

23  A.   Yes.

24  Q.   How many shells were in the gun when you put the gun

25       behind your seat?

1    A.   Would that be my gun?

2    Q.   Is that your gun?

3    A.   It could be.

4    Q.   Do you know the serial number of your gun?

5    A.   No, I don't.

6    Q.   You know the brand?

7    A.   Jennings.

8    Q.   Is that a Jennings?

9    A.   Yes.

10   Q.   So if that's not your gun it looks just like it?

11   A.   Yes.

12        MR. VANDERBILT:  May I approach again?

13        THE COURT:  You may.

14   Q.   (By Mr. Vanderbilt)   State's Exhibit No. 4 are two

15        nine-millimeter cartridges.  Do you recognize those?

16   A.   Yes.

17   Q.   How do you recognize them?

18   A.   Because I had some ammunition like it.

19   Q.   Is that the same type of bullet that was in your gun

20        that day?

21   A.   Yes, it was.

22   Q.   Are those the two rounds that were in your gun that

23        day?

24   A.   Could be.

25   Q.   What did you think at that point?

JC 000363

293

```
 1    A.   What Floyd told me was true.

 2    Q.   So what did you do?

 3    A.   I thought about what to do.

 4    Q.   What were you thinking?

 5    A.   If I should go to the police with the information that

 6         I knew or keep my mouth shut or take the rap.

 7    Q.   What did you do after that?

 8    A.   I made up my mind to go out and make sure if what he

 9         told me was true.

10    Q.   What time did you get off work?

11    A.   11:00 o'clock at night.

12    Q.   Now we're talking about November 6, Saturday, you got

13         off at 11:00 o'clock at night?

14    A.   Yes.

15    Q.   At Farmland.  Now that's east of Lawrence?

16    A.   Yes.

17    Q.   Did you do anything else while you were at work?

18    A.   I did my work, schedule.

19    Q.   What happened after work?

20    A.   I went home.

21    Q.   Did you go straight home?

22    A.   Yes.

23    Q.   You didn't stop anywhere along the way?

24    A.   No, I didn't.

25    Q.   What did you do when you got home?
```

JC_000364

294

1   A.   I went into the brome field, checked to see if what

2        Floyd told me was true.

3   Q.   Now, what's the difference between the brome field and

4        the trash dump?

5   A.   Trash dump is in the brome field.

6   Q.   Trash dump is in the brome field?

7   A.   Yes.

8   Q.   Where is that located at from the house?

9   A.   Just north of it to the west.

10  Q.   How far?  Do you know?

11  A.   I don't know.

12  Q.   How long have you lived at that house?

13  A.   Eighteen, 19 years.

14  Q.   How long, how many times have you been out to that

15       dump?

16  A.   Lots of times.

17  Q.   You don't have any idea how far it is?

18  A.   No, I don't.

19  Q.   It was dark.  Did you just drive up to it or what did

20       you do?

21  A.   I drove up to it.

22  Q.   What did you do at that point?

23  A.   I got out and looked.

24  Q.   How could you see?

25  A.   With the flashlight I had in the truck.

JC_000365

295

| | | |
|---|---|---|
| 1 | Q. | Excuse me.  You had a flashlight in the truck, you got |
| 2 | | out with your flashlight? |
| 3 | A. | Yes. |
| 4 | Q. | What were you looking for? |
| 5 | A. | See what he told me was true. |
| 6 | Q. | What did you find? |
| 7 | A. | That some stuff was out, some trash was out of place. |
| 8 | Q. | Now how would you recognize trash being out of place |
| 9 | | in a trash dump, Tom? |
| 10 | A. | Well, I had some plywood there that looked, I had it |
| 11 | | in a certain area and it was shoved over and there was |
| 12 | | bare spots where it was. |
| 13 | Q. | So you were able to find plywood in the trash dump |
| 14 | | that didn't belong there? |
| 15 | A. | Yes. |
| 16 | Q. | What else? |
| 17 | A. | I noticed shovel marks in the side of the bank. |
| 18 | Q. | What did you do at that point? |
| 19 | A. | I got down in the ditch and looked underneath the |
| 20 | | plywood. |
| 21 | Q. | What did you find? |
| 22 | A. | I couldn't really see much because there was more |
| 23 | | trash under. |
| 24 | Q. | What did you do? |
| 25 | A. | I got up out of the ditch. |

JC 000366

1   Q.  Did you leave the, leave it bare?

2   A.  Pardon?

3   Q.  Did you leave the trash bare?  Did you put the plywood

4      back where it was?  What did you do?

5   A.  I didn't mess with it much.

6   Q.  Explain that to the jury, what you actually did while

7      you were down in the ditch.

8   A.  Pardon?

9   Q.  Explain to the jury what you did when you were down in

10     the ditch.

11  A.  I got down in the ditch, I think I might have lifted

12     one sheet of plywood and trying to look under to see

13     if I could see something, see, to see something, what

14     he told me was true.

15  Q.  When you lifted -- did you lift just one sheet of

16     plywood?

17  A.  I don't remember.

18  Q.  After you finished lifting the plywood what did you

19     do?

20  A.  I got out of the ditch.

21  Q.  What did you see when you were down in the ditch?

22  A.  I couldn't see much, just more trash blocking my view.

23  Q.  What did you decide at that point?

24  A.  What Floyd told me was true, to my knowledge.

25  Q.  Because of the shovel marks and the plywood being,

JC_000367

1    shovel marks in the bank and the plywood being in the

2    ditch?

3  A.   Yes.

4  Q.   So what did you do?

5  A.   I walked down to see if a shovel was by a fence.

6  Q.   Which direction did you walk when you did that?

7  A.   Easterly.

8  Q.   East?

9  A.   Yes.

10 Q.   You walked towards the road?

11 A.   East to the southeast.

12 Q.   What were you heading towards when you were walking?

13 A.   The fence line.

14 Q.   The fence line?

15 A.   Yes.

16 Q.   Why were you looking for a shovel in the fence line?

17 A.   See if it was there.

18 Q.   Why would there have been a shovel in the fence line?

19 A.   Earlier that week I used it.

20 Q.   To do what?

21 A.   I was looking for a tree.

22 Q.   You was what?

23 A.   To dig up.  Pardon?

24 Q.   You were doing what?

25 A.   I was looking for a tree to dig up.

JC 000368

298

```
1    Q.   To dig up a tree?

2    A.   Yeah.

3    Q.   To move it or to -- what were you going to do with the

4         tree?

5    A.   Plant it elsewhere.

6    Q.   So you walked down the fence line to look at a shovel

7         that you had left there --

8    A.   Yes.

9    Q.   -- earlier in the week.  Did you find it?

10   A.   Yes.

11   Q.   What did you do with it when you found it?

12   A.   I went back to the truck.

13   Q.   Did you look at it?

14   A.   No.  I just glanced to see if it was there.

15   Q.   And it was?

16   A.   Yes.

17   Q.   What did you do after that?

18   A.   I went back to the truck.

19   Q.   What happened after that?

20   A.   I went to the house.

21   Q.   What were you thinking at this point?

22   A.   So far what Floyd told me was the truth.

23   Q.   Were you thinking about what you were going to do?

24   A.   Yes.

25   Q.   Why didn't you call the sheriff?
```

JC_000369

1    A.    I was scared.

2    Q.    So what did you do at that point?

3    A.    I went inside.

4    Q.    You went inside where?

5    A.    My mom and dad's house.

6    Q.    Did you leave your gun in the truck?

7    A.    No, sir.

8    Q.    What did you do with it?

9    A.    I took it out, took it inside.

10   Q.    What did you do with it when you got inside?

11   A.    Put it upstairs in my bedroom in a dresser drawer.

12   Q.    Did you wipe it down?

13   A.    No, sir.

14   Q.    Did you take the bullets out of it?

15   A.    No, sir.

16   Q.    You just set it in your dresser drawer?

17   A.    Yes, sir.

18   Q.    Where did you normally keep it?

19   A.    In my dresser drawer.

20   Q.    You kept your gun in your dresser drawer all the time?

21         Where was your gun normally located?

22   A.    In my dresser drawer.

23   Q.    In your dresser drawer?

24   A.    Yes.

25   Q.    Before you reached, you had reached down in the back

1    of the truck and found it behind your seat.    Why would

2    you have done that?

3    A.    Because I knew I had it in my truck.

4    Q.    Why did you have it in your truck?

5    A.    Because earlier that week I, I had cleaned it after I

6    shot it first time.

7    Q.    Did you normally keep a gun in your truck?

8    A.    No.

9    Q.    Did you used to keep a gun in your truck?

10    A.    Pardon?

11    Q.    Did you used to keep a gun in your truck?

12    A.    Yes.

13    Q.    What kind of gun was that?

14    A.    A little .22.

15    Q.    A little .22 what, revolver?

16    A.    Pistol.

17    Q.    Pistol?  What happened to it?

18    A.    Pardon?

19    Q.    What happened to that gun?

20    A.    It was inside.

21    Q.    It was inside what?

22    A.    In my bedroom.

23    Q.    So you took the nine-millimeter gun and you put it up

24    in your, your dresser?

25    A.    Yes.

1   Q.   And what did you do at that point?

2   A.   What do you mean?

3   Q.   What did you do after you put the gun in the dresser?

4   A.   I thought about what to do.

5   Q.   What do you mean by that?

6   A.   I thought about calling the police, telling them what

7        to do, or just keep my mouth shut for now or what,

8        what, whatever.  I had a lot of questions running

9        through my mind.

10  Q.   What did you do?  At that point what did you do?

11  A.   Pardon?

12  Q.   At that point what did you do?

13  A.   I did nothing.

14  Q.   Did you go downstairs?

15  A.   No.

16  Q.   What did --

17  A.   I went to bed.

18  Q.   You went to bed?

19  A.   Yes.

20  Q.   About what time would that have been?  Do you

21       remember?

22  A.   Sometime after midnight.

23  Q.   Did you stay in bed?

24  A.   Yes.

25  Q.   What time did you get up?

JC_000372

302

```
 1   A.   Around 8:00.

 2   Q.   What did you do when you got up?

 3   A.   Drink coffee with my mom and dad.

 4   Q.   Who was up first?

 5   A.   I think Dad was.

 6   Q.   How long did you drink coffee with your parents?

 7   A.   Thirty minutes, 45 minutes.

 8   Q.   What did you do after that?

 9   A.   I helped them unload a trailer of lumber.

10   Q.   What happened after that?

11   A.   He left and went over to my grandma's to get some

12        machinery.

13   Q.   What happened after that?

14   A.   I got ready to go to church.

15   Q.   About what time would that have been?

16   A.   Between 9:15 and 9:30.

17   Q.   What time was church?

18   A.   9:45.

19   Q.   Did you go to church?

20   A.   Yes, I did.

21   Q.   You knew Camille Arfmann's body was in the trash dump

22        northwest of your house, your brother had told you

23        that, what he'd said on the side of the road and you

24        went to church on Sunday morning.  Is that right?

25   A.   Yes.
```

JC_000373

303

```
1    Q.   How long was church?

2    A.   Till 12:00.

3    Q.   9:45 to 12:00?

4    A.   Yes.

5    Q.   Where are the services held?

6    A.   At, on Wellman Road.

7    Q.   By McLouth?

8    A.   About, about a mile off Fairview on Wellman Road.

9    Q.   About a mile off Fairview.  On Wellman Road?

10   A.   About a mile on Wellman Road.

11   Q.   Somewhere off over in here?  Is this where the church

12        is, somewhere off over here?  This is Wellman Road and

13        this is Fairview (indicating).

14   A.   Little further up.

15   Q.   Little further up, somewhere in there?

16   A.   Somewhere in there.

17   Q.   Who was doing the service?

18   A.   Jim Bolinger.

19   Q.   Jim Bolinger?

20   A.   Yes.

21   Q.   How well do you know Jim Bolinger?

22   A.   He's a trusted friend who I respect and trust.

23   Q.   What do you mean by that?

24   A.   He's been there for me.  Any time I needed advice or

25        something I go to him for it.
```

JC 000374

304

| | | |
|---|---|---|
| 1 | Q. | Did you go to him for advice that morning? |
| 2 | A. | No. |
| 3 | Q. | What did you do after church? |
| 4 | A. | I went home. |
| 5 | Q. | What did you do after you got home? |
| 6 | A. | I changed my clothes. |
| 7 | Q. | What did you do at that point? |
| 8 | A. | I waited around for Dad to come home. |
| 9 | Q. | Let's go back to church.  Camille Arfmann was missing |
| 10 | | and she was a member of the church.  Is that right? |
| 11 | A. | Pardon? |
| 12 | Q. | Camille Arfmann, Zetta Camille Arfmann, Camille, -- |
| 13 | A. | Yes. |
| 14 | Q. | -- was a member of the church; right? |
| 15 | A. | Yes. |
| 16 | Q. | She was missing? |
| 17 | A. | Yes. |
| 18 | Q. | They bring that up at church? |
| 19 | A. | Yes, they did. |
| 20 | Q. | What did they say? |
| 21 | A. | That she was missing, didn't know where she was. |
| 22 | Q. | Say a prayer for her or anything? |
| 23 | A. | Yes, they did. |
| 24 | Q. | What did you do during that time? |
| 25 | A. | What do you mean? |

JC 000375

305

| | | |
|---|---|---|
| 1 | Q. | What were you thinking?  They were praying for Camille |
| 2 | | and you knew where she was buried. |
| 3 | A. | I was trying to figure out why this happened to her. |
| 4 | | I couldn't find no answer. |
| 5 | Q. | Did you talk to anybody about her that morning? |
| 6 | A. | No, sir. |
| 7 | Q. | You said you'd gone home and changed your clothes. |
| 8 | | What did you do after you went home and changed your |
| 9 | | clothes? |
| 10 | A. | I waited around for my dad to come home. |
| 11 | Q. | What did you do after that? |
| 12 | A. | I helped him go over to my grandma's, get some |
| 13 | | machinery. |
| 14 | Q. | What happened after that? |
| 15 | A. | Came back home. |
| 16 | Q. | About what time would that have been? |
| 17 | A. | 4:30, 5:00. |
| 18 | Q. | What did you do after that? |
| 19 | A. | I got ready for church again. |
| 20 | Q. | Did you go to church? |
| 21 | A. | Yes, I did. |
| 22 | Q. | What time was the services that night? |
| 23 | A. | 6:00. |
| 24 | Q. | Now this is Sunday, November 7th, you went to church |
| 25 | | at 6:00 o'clock? |

JC 000376

306

```
1    A.   Yes.
2    Q.   The same church down on Wellman Road about a mile
3         south of Fairview?
4    A.   Yes, sir.
5    Q.   Was Jim Bolinger doing the service again?
6    A.   Yes, he was.
7    Q.   What happened at church that night?
8    A.   They talked about it, wondered where she was.
9    Q.   Do anything special?
10   A.   They just said a prayer for her.
11   Q.   You talk to anybody about Camille at church that
12        evening?
13   A.   No.
14   Q.   You didn't say anything at all?
15   A.   No, I didn't.
16   Q.   Anybody say anything to you about Camille that
17        evening?
18   A.   Yes, sir.
19   Q.   Who?
20   A.   Jim Bolinger.
21   Q.   What did he say to you?
22   A.   Was two or three of us gathered around, he was
23        talking, and he made a comment that if he knew where
24        Camille was he'd go get her, bring her home, and he
25        said, "Right, Tom?"  Using me as an example.
```

JC 000377

307

```
 1    Q.   He said if he knew where Camille was at he'd go get
 2         her?
 3    A.   Yes.
 4    Q.   What did he say, "Right, Tom?"
 5    A.   Yes.
 6    Q.   Was he looking at you when he said that?
 7    A.   Yes, he was.
 8    Q.   What did you do?
 9    A.   I said yes.
10    Q.   So you did say something to somebody about her?
11    A.   Yeah.
12    Q.   Now, what did you do after church?
13    A.   I went to the police station.
14    Q.   Did you go to the police station right after church?
15    A.   Yes.
16    Q.   You went straight from the church to what police
17         station?
18    A.   Law enforcement center.
19    Q.   Jefferson County Law Enforcement Center --
20    A.   Yes.
21    Q.   -- here, you went to the Sheriff's Department?
22    A.   Pardon?
23    Q.   You went to the Sheriff's Department?
24    A.   Yes.
25    Q.   What did you do when you got to the Sheriff's
```

```
 1        Department?

 2   A.   I called Jim Bolinger.

 3   Q.   You called Jim Bolinger?

 4   A.   Yes.

 5   Q.   Did you talk to him?

 6   A.   No, I left a message on his answering machine.

 7   Q.   What did you tell Jim Bolinger on the answering

 8        machine, Tom?

 9   A.   I don't remember exactly.

10   Q.   Did you indicate --

11             MR. VANDERBILT:  May I have a second?

12             THE COURT:  Sure.

13             MR. VANDERBILT:  May I approach?

14             THE COURT:  You may.

15   Q.   (By Mr. Vanderbilt)    That answering machine tape was

16        transcribed by the Jefferson County Sheriff's

17        Department.  Would you read that first paragraph to

18        yourself.  Is that the message you left on Jim

19        Bolinger's answering machine?

20   A.   I think so.

21   Q.   Explain to the jury what message you left Jim Bolinger

22        on his answering machine.

23   A.   Pardon?

24   Q.   Tell the jury what you told Jim Bolinger on his

25        answering machine.
```

JC_000379

```
 1    A.   I told him --

 2              THE REPORTER:  Talk a little louder, please.

 3    A.   Pardon?

 4              THE REPORTER:  Louder.

 5    A.   I said:  Hi, Jim.  This is Tom.  I wanted you to be

 6         the first to know.  I know I lied to you.  I know

 7         where Camille is.  When you get this message I'm going

 8         to turn myself in to the police.  I said -- I wished I

 9         never did it.  I hurt the church, I hurt God, most of

10         all, I let everyone down.  All I can say is I'm sorry.

11         I'll pay for the rest of my life for what I've done.

12         All I can ask is for the church to remain strong.

13         Please forgive me.  As a favor, please remember my mom

14         and dad.  Help them when they go through, help with

15         the pain I'm about to -- thank you, Jim.  Sorry.

16         Goodbye.

17    Q.   You made that, you left that message on Jim Bolinger's

18         answering machine from the parking lot of the

19         Jefferson County Law Enforcement Center.  Is that

20         correct?

21    A.   Yes, sir.

22    Q.   What did you do at that point?

23    A.   I was taking the blame.

24    Q.   I understand.  What did you do after you left the

25         message?
```

1   A.   I called my mom and dad.

2   Q.   Who did you talk to?

3   A.   My dad.

4   Q.   What did you tell your dad?

5   A.   That I knew where Camille was and that she was dead.

6   Q.   What did you do after that?

7   A.   He told me to wait, he'd come up.

8   Q.   What happened after that?

9   A.   I called Jim again.

10  Q.   Did you leave another message on his answering machine

11       or did you talk --

12  A.   Yes, sir.

13  Q.   You left a message on his answering machine.   That

14       message, too, was transcribed by the Jefferson County

15       Sheriff's Department.   You remember what it said?

16  A.   No, sir.

17  Q.   Would you read the second paragraph on that page to

18       yourself.   Is that the message you left on Jim

19       Bolinger's answering machine?

20  A.   Yes, sir.

21  Q.   Would you tell the jury what the second message on the

22       answering machine was.

23  A.   (Reading) Hi, Jim.   Me again, Tom.   Please help me and

24       my dad -- please help my mom and dad through this.

25       Right now they're disappointed.   I know that the

JC 000381

311

```
 1        church will be, too.  All I can ask, forgive me for
 2        what I have done and I will pay for the rest of my
 3        life.  I wanted to tell you in front of the church,
 4        but I didn't have enough guts.  I'm sorry.  I don't
 5        know what went through my mind.  Right now you're
 6        probably pretty shocked.  I wish I could turn the
 7        clock back, but I can't.  Made my choice.  I wish I
 8        didn't.  Sorry.  Bye.
 9    Q.  Tom, did you kill Camille Arfmann?
10    A.  No, sir.
11    Q.  Why did you leave those notes, those messages on Jim
12        Bolinger's answering machine?
13    A.  Because I didn't want people to know about my past.
14    Q.  Why did you leave -- what did you want to leave them
15        with the impression of?
16    A.  Pardon?
17    Q.  You didn't say you killed Camille on the answering
18        machine, did you?  Did you tell Jim Bolinger that you
19        killed Camille?
20    A.  No, sir, I didn't.
21    Q.  You told him that you knew where she was buried?
22    A.  Yes.
23    Q.  And that you had done something terrible and you was
24        going to pay for it the rest of your life.  What was
25        it that you had done that was so terrible that you was
```

```
1         going to pay for the rest of your life?
2    A.   I lied to Jim.
3    Q.   About what?
4    A.   About I knew where Camille was.
5    Q.   What were you doing at the law enforcement center?
6    A.   Turning myself in.
7    Q.   For doing something that you didn't do?
8    A.   Yes.
9    Q.   Why were you going to do that, Tom?
10   A.   I didn't want people to know about my past.
11   Q.   This jury is charged with the task of deciding whether
12        or not the State has proved beyond a reasonable doubt
13        that your brother has committed first degree murder.
14        You understand that?
15   A.   Yes.
16   Q.   Do you understand that you left a message indicating
17        that you were going to pay for something for the rest
18        of your life?  You understand that?
19   A.   Yes.
20   Q.   Why should they believe what you're telling them
21        today?
22   A.   I have, I have, I have no reason to hurt Camille or
23        anything.
24   Q.   Did you tell your father you killed Camille?
25   A.   I don't remember.
```

1   Q.   Did you tell Senior Special Agent George Johnson with

2        the K.B.I. that you had shot Camille, you did it, you

3        shot Camille, at one point during your interview?

4   A.   Pardon?

5   Q.   At one point during the interview, an interview did

6        you tell Senior Special Agent George Johnson with the

7        Kansas Bureau of Investigation that you did it, you

8        shot Camille?

9   A.   Yes, sir.

10  Q.   Did you tell him the truth?

11  A.   No.

12  Q.   Why did you tell him that?

13  A.   I was scared.

14  Q.   You eventually told the Sheriff's Department what

15       actually happened.  Is that correct?

16  A.   Yes, sir.

17  Q.   You had already been arrested?

18  A.   Yes, sir.

19  Q.   How long was it -- what day were you arrested, do you

20       remember?

21  A.   Early Monday morning.

22  Q.   November 8th, early --

23  A.   Something like that.

24  Q.   Early in the morning on November 8th?

25  A.   That's when Mike took me in.

JC 000384

313

```
1    Q.   Did you tell Senior Special Agent George Johnson with
2         the K.B.I. that you had shot Camille, you did it, you
3         shot Camille, at one point during your interview?
4    A.   Pardon?
5    Q.   At one point during the interview, an interview did
6         you tell Senior Special Agent George Johnson with the
7         Kansas Bureau of Investigation that you did it, you
8         shot Camille?
9    A.   Yes, sir.
10   Q.   Did you tell him the truth?
11   A.   No.
12   Q.   Why did you tell him that?
13   A.   I was scared.
14   Q.   You eventually told the Sheriff's Department what
15        actually happened.  Is that correct?
16   A.   Yes, sir.
17   Q.   You had already been arrested?
18   A.   Yes, sir.
19   Q.   How long was it -- what day were you arrested, do you
20        remember?
21   A.   Early Monday morning.
22   Q.   November 8th, early --
23   A.   Something like that.
24   Q.   Early in the morning on November 8th?
25   A.   That's when Mike took me in.
```

JC_000385

314

| | | |
|---|---|---|
| 1 | Q. | The police or the sheriff's department went to the |
| 2 | | place where you had found Camille? |
| 3 | A. | Yes, sir. |
| 4 | Q. | And she was actually there? |
| 5 | A. | Pardon? |
| 6 | Q. | She was actually there in the ground?  The jury's |
| 7 | | already seen the photographs and heard some of the |
| 8 | | testimony. |
| 9 | A. | (Witness nods head). |
| 10 | Q. | That's the information that you gave them.  Is that |
| 11 | | correct? |
| 12 | A. | Pardon? |
| 13 | Q. | Based on the information that you had eventually |
| 14 | | provided to them.  Is that correct? |
| 15 | A. | Yes. |
| 16 | Q. | Now, when you were arrested how long was it before you |
| 17 | | decided to tell the Sheriff's Department the truth? |
| 18 | A. | Tuesday or Wednesday. |
| 19 | Q. | The next day or the day after? |
| 20 | A. | Yeah. |
| 21 | Q. | It wasn't until awhile after that that anybody gave |
| 22 | | you the opportunity to do that?  Do you remember? |
| 23 | A. | What do you mean? |
| 24 | Q. | Did you speak to somebody after that about it? |
| 25 | A. | No one gave me a chance. |

JC_000386

315

| | | |
|---|---|---|
| 1 | Q. | Did you eventually speak with Detective Randy Carreno |
| 2 | | about it? |
| 3 | A. | Yes. |
| 4 | Q. | You explain to him what actually happened? |
| 5 | A. | Yes, sir. |
| 6 | Q. | You were released? |
| 7 | A. | Pardon? |
| 8 | Q. | You were released -- |
| 9 | A. | Yes. |
| 10 | Q. | -- from custody, your brother was arrested? |
| 11 | A. | Yes. |
| 12 | Q. | How did your brother know your gun was in the truck? |
| 13 | A. | I don't know, unless he was looking for my .22. |
| 14 | Q. | You usually kept your .22 in the truck? |
| 15 | A. | Yes. |
| 16 | Q. | Why did you have your nine-millimeter with you? |
| 17 | A. | Pardon? |
| 18 | Q. | Why did you have your nine-millimeter with you in your |
| 19 | | truck? |
| 20 | A. | I don't know. |
| 21 | Q. | Can you hear my question?  Why was your |
| 22 | | nine-millimeter pistol in your truck? |
| 23 | A. | Because I never took it in, inside. |
| 24 | Q. | Let's go back to that day when he talked to you on the |
| 25 | | road.  Describe Floyd's demeanor on the road. |

1   A.   Pardon?

2   Q.   Describe how Floyd was acting when you met him on the

3       road when he told you that he or we had accidentally

4       shot Camille.

5   A.   He was nervous.  He looked scared.  He looked like he

6       didn't know what to do.

7   Q.   You know he's got two sons?

8   A.   Yes, sir.

9   Q.   How well do you know the sons?

10   A.   The oldest one calls me uncle.

11   Q.   You take them to church?

12   A.   Yes, sir.

13   Q.   How do you feel about those boys?

14   A.   Oldest one I like.

15   Q.   You don't know the baby that well?

16   A.   No.

17   Q.   You had indicated earlier that one of the reasons you

18       had done this --

19   A.   Pardon?

20   Q.   You had indicated earlier that one of the reasons that

21       you had decided to take the rap for him was because

22       you didn't want him exposing the past.  Is that

23       correct?

24   A.   Yes.

25   Q.   Your past.  What would have happened to Floyd if, if

JC 000388

```
 1        he would have been convicted of this, if he, if you

 2        would have ratted him out?

 3   A.   What would happen?

 4   Q.   To his sons.

 5   A.   I'm not getting your question.

 6   Q.   At the time did you consider what would happen to your

 7        brother if he was convicted of killing Camille?

 8   A.   Yeah.

 9   Q.   Did you consider the ramifications on his sons?

10   A.   They'd grow up without knowing him.

11   Q.   And you don't have any children, do you?

12   A.   No, sir.

13   Q.   Did you consider that before you decided --

14   A.   Pardon?

15   Q.   You considered that before, that was another one of

16        the considerations that you indicated earlier that you

17        had considered, was whether or not he had children and

18        you didn't?

19   A.   Yes.

20   Q.   Is that accurate?

21   A.   Yes.

22   Q.   Explain to the jury what I'm talking about.

23   A.   I thought about, because Floyd had family and I

24        didn't, I wanted his kids to grow up to have a father

25        in the home, someone to care for them, and I didn't
```

JC_000389

```
 1        want the family to be split up.
 2   Q.   Your religious beliefs, some of the things that they
 3        teach at the church --
 4   A.   Pardon?
 5   Q.   Some of the things that they teach at the church and
 6        one of your religious beliefs, what is the penalty of
 7        lying, for lying about the death of a person?  What is
 8        the penalty for lying?
 9   A.   Get the same punishment.
10   Q.   You had already lied about Camille, hadn't you?
11   A.   Yes.
12   Q.   Based on your religious belief, what would happen to
13        you at that point, since you'd already lied to Jim
14        Bolinger?
15   A.   That I was ashamed of myself.
16   Q.   When you were in jail why did you decide to tell the
17        sheriff the truth?
18   A.   Because I realized then if I didn't say anything those
19        two boys may be subjected to what Camille had been
20        through.
21   Q.   Was that an easy decision for you to make?
22   A.   Pardon?
23   Q.   Was that an easy decision for you to make?
24   A.   No, sir.  Worked me up.
25            THE REPORTER:  Would you repeat that.
```

06€000 ɔſ

```
 1  A.  It worked me up.

 2  Q.  How did you feel about Camille lying in that grave?

 3  A.  Pardon?

 4  Q.  How did you feel about Camille lying in that ditch?

 5  A.  I was ashamed, upset, discouraged.

 6  Q.  What were you ashamed of?

 7  A.  Of the fact my brother told me where she was.

 8  Q.  You were ashamed because your brother told you where

 9      she was?

10  A.  Yes.

11  Q.  Why is that?

12  A.  By what he told me of it, the fact that he be the one

13      who did it.

14  Q.  And you didn't tell anybody?

15  A.  Pardon?

16  Q.  You didn't tell anybody when he did?  You didn't tell

17      anybody that you knew where she was when you found

18      out, did you?

19  A.  No.

20  Q.  You didn't tell anybody the next day?

21  A.  Pardon?

22  Q.  You didn't tell anybody on Sunday --

23  A.  No.

24  Q.  -- until very late, did you?

25  A.  No, I didn't.  I felt guilty about that.
```

1    Q.    Was it Jim Bolinger's sermon at church and the prayers

2          at church that convinced you that you needed to let

3          somebody know where Camille was?

4    A.    I can't hear you.

5    Q.    I'm sorry, Tom.  Was it Jim Bolinger's sermon at

6          church regarding Camille and the prayer at church

7          regarding Camille, was that what motivated you to let

8          people know where Camille was buried?

9    A.    Yes.

10               MR. VANDERBILT:  May I approach?

11               THE COURT:  You may.  You want to break now?  How

12          long --

13               MR. VANDERBILT:  We can break now if you'd like.

14               THE COURT:  Let's do that.  We'll take our recess

15          now, ladies and gentlemen.  Then we'll come back

16          again.  Sir, step down.

17               (A recess was taken.)

18               THE COURT:  Be seated, please.  We're ready to

19          proceed with your direct examination.

20    Q.    (By Mr. Vanderbilt)   Tom, there's been some concern

21          that some of the people involved can't hear what

22          you're saying so we're going to both, there's been

23          some, some people can't hear what I'm saying either.

24          I'm going to try to speak into this microphone more

25          and if you could speak directly into that microphone

JC 000392

321

1    it, it may, it may help.  Both you and Camille

2    participated in the church.  Is that correct?

3  A.  Yes, sir.

4  Q.  And how long had you been going to the church?

5  A.  Eleven or 12 years.

6  Q.  During that 11 or 12 years did you go on a regular

7    basis?

8  A.  Yes.

9  Q.  What do you mean by that?

10  A.  Every time church doors were open, any time they had a

11    special activity, I tried to be there.

12  Q.  And are you aware of how long Camille had been there

13    going to the church?

14  A.  Pardon?

15  Q.  How long had Camille been going to the church, if you

16    know?

17  A.  I don't know for --

18  Q.  Two years?  Ten years?

19  A.  Three or four.

20  Q.  Three or four years?

21  A.  Yes.  Maybe longer.

22  Q.  How often did she attend?

23  A.  She started faithful at first, then she fell away,

24    she'd drift back and forth.

25  Q.  In the last few months before she was killed how often

JC 000393

1          did she go to church?

2    A.    Every time the doors were open.

3    Q.    Now, during the church sessions -- and this is at the

4          retreat and at the church and all that, is that right?

5    A.    Pardon?

6    Q.    The retreat at --

7    A.    Yes.

8    Q.    And to the church, how often were those -- what days

9          were those services?

10   A.    Sunday morning, Sunday night, Wednesday night, Friday

11         night, and occasionally we have a get-together some

12         day during the week.

13   Q.    During those services and get-togethers and at the

14         retreat did you ever, did you associate with Camille?

15   A.    Yes.

16   Q.    At the retreat how often were you and Camille

17         together?

18   A.    How often?

19   Q.    Uh-huh.

20   A.    Minute or two.

21   Q.    Just to speak to each other?

22   A.    Yes.

23   Q.    But as far as the activities, did you and Camille

24         participate with the activity, in the activities

25         together?

1   A.   She went her way, I went mine.

2   Q.   Did the church teach separation as far as keeping boys

3        and girls away from each other?

4   A.   Yes.

5   Q.   When were boys and girls supposed to begin associating

6        with each other?

7   A.   Till 18, 19, 20, whenever.

8   Q.   When they were, considered matrimony and that, when

9        they're grown up?

10  A.   Yes.

11  Q.   Did you stick to that rule?

12  A.   Yes.

13  Q.   Outside of church did you associate with Camille?

14  A.   Very seldom.

15  Q.   What does very seldom mean?

16  A.   Whenever she'd come over with Floyd or Heidi, over to

17       the house.

18  Q.   Did you two hang around together?

19  A.   No.

20  Q.   Did you ever go places together other than to church?

21  A.   No.

22  Q.   You indicated that you live alone with your parents,

23       or you live with your parents.  How long have you

24       lived with your parents?

25  A.   About all my life.

JC 000395

```
 1   Q.   And you help them around the house and that type of
 2        thing?
 3   A.   Yes.
 4   Q.   So so far your testimony seems to be that if you're
 5        not at church or at work you appear to be helping your
 6        family?
 7   A.   Pardon?
 8   Q.   When you're not at church and you're not at work you
 9        appear to be helping your family.  Is that an accurate
10        statement?
11   A.   Yes.
12   Q.   How long have you been employed with the, as a
13        security guard?
14   A.   Back then or now?
15   Q.   When did you first get a job as a security guard?
16   A.   February of '97, I think.
17   Q.   '97?  So up until that point you'd been, what, two
18        years or about two years?
19   A.   Two years.
20   Q.   Over two years, then you were back working --
21   A.   Pardon?
22   Q.   You, during this, this whole ordeal you, you weren't
23        working there for awhile, is that right?  After
24        Camille's death you were not working as a security
25        guard for awhile.  Is that correct?
```

1   A.   Yes.

2   Q.   And you're back working at the same place?

3   A.   Yes.

4   Q.   Doing the same tasks?

5   A.   Yes.

6   Q.   What, how would you describe your relationship with

7        Camille, if you had one?

8   A.   She was a friendly person.  Every time I seen her she

9        always gave me a smile.  She gave everyone a smile or

10       said hi.  She treated me with respect.

11  Q.   How did you treat her?

12  A.   The same way.

13  Q.   Had you ever had a fight with Camille?

14  A.   No, sir.

15  Q.   Ever try to date Camille?

16  A.   Pardon?

17  Q.   Had you ever tried to date Camille?

18  A.   No, sir.

19  Q.   But she was pretty?

20  A.   Pardon?

21  Q.   But she was pretty?

22  A.   Yes, sir.

23  Q.   On November 5th, 1999, from that point back when was

24       the last time you had spoken with Camille?  Do you

25       remember?

1    A.    That Wednesday.

2    Q.    That Wednesday?

3    A.    Yeah.

4    Q.    And what was that regarding?

5    A.    Pardon?

6    Q.    What was that regarding?  What was the conversation

7          about?

8    A.    Floyd and Heidi.

9    Q.    What about Floyd and Heidi?

10   A.    She was telling me they was having marital problems.

11   Q.    And where was this at?

12   A.    On when I was taking her home.

13   Q.    From where?

14   A.    Church.

15   Q.    Was she concerned about going back to Floyd and

16         Heidi's?

17   A.    I don't remember.

18   Q.    Was there any problems between the two of you on your

19         way back from church?

20   A.    Pardon?

21   Q.    Were there any problems with the two of you on your

22         way back from church?

23   A.    No.

24   Q.    Had you ever been in any kind of conflict with

25         Camille?

1    A.    No, sir.

2    Q.    Was she ever upset with you --

3    A.    No, sir.

4    Q.    -- that you're aware of?

5              MR. VANDERBILT:  I have nothing further of this

6         witness.

7              THE COURT:  Mr. Kurth.

8              MR. KURTH:  Thank you, Judge.

9                    CROSS EXAMINATION

10   By Mr. Kurth:

11   Q.    Mr. Bledsoe, do you recall testifying at preliminary

12        hearing on this case?

13   A.    Yes, sir.

14   Q.    And at that time you were sworn to tell the truth just

15        like you were today.  Isn't that correct?

16   A.    Yes, sir.

17   Q.    And at that time you told my partner when he talked to

18        you that you saw Floyd sometime between 12:00 and 1:00

19        o'clock on the 6th.  Isn't that right?

20   A.    Something like that.

21   Q.    Well, is that right or is it not?  Do you remember?

22   A.    I don't remember.

23   Q.    I'll read from page 57 of the transcript, Mr. Bledsoe,

24        bottom of page 56.  (Reading) So you needed to, needed

25        to do that to buy gas.  How much early did you leave?

JC 000399

328

1          Half hour, 15 minutes?  I don't know the exact time I

2          left.  Over to page 57, What's your best estimate?

3          Between 12:00 and 1:00.  Is that right?  Remember

4          that?

5     A.   Yeah, I think so.

6     Q.   And today you're saying sometime between 11:00 and

7          1:00?  Is that what you're saying?

8     A.   Yeah.  I don't know exactly.

9     Q.   Do you remember when Mr. Hayes, your attorney, went

10         into the cell or the holding place where your brother

11         was?

12    A.   Pardon?

13    Q.   Remember when you talked to your brother face to

14         face --

15    A.   Yeah.

16    Q.   -- and accused him of what you're accusing him of now?

17    A.   Yeah.

18    Q.   And you told him it was between 1:00 and 1:30 when you

19         saw him, didn't you?

20    A.   I don't remember.

21    Q.   You don't remember?

22    A.   (Witness shakes head).

23    Q.   You don't remember what time you saw him, do you?

24    A.   I know it was between 11:00 and 1:00, somewhere in

25         there.

JC_000400

329

```
 1   Q.   Well, 11:00 and 1:00?
 2   A.   I don't know exactly when.
 3   Q.   11:00 and 1:00 or 1:00 and 1:30?
 4   A.   I don't know.
 5   Q.   You don't know?
 6   A.   I wasn't paying attention to the time.
 7   Q.   Let's back up to Friday, the 5th, Mr. Bledsoe.  You
 8        didn't work at all on the 5th, did you?
 9   A.   No, sir.
10   Q.   You had a free day?
11   A.   Yes, sir.
12   Q.   And you went to Lawrence to pick up your paycheck.
13        Isn't that right?
14   A.   Yes, sir.
15   Q.   And then you stopped at Lunker's Bait and Tackle in
16        Lawrence --
17   A.   Yes, sir.
18   Q.   -- and at Rusty's?
19   A.   Yeah.
20   Q.   And it was at Rusty's that you bought a box of
21        nine-millimeter shells.  Isn't that right?
22   A.   Yes, sir.
23   Q.   Fifty?
24   A.   Pardon?
25   Q.   Box of 50?
```

JC_000401

330

```
 1    A.    Yes, sir.

 2    Q.    For your nine-millimeter that you'd purchased?

 3    A.    Yes, sir.

 4    Q.    And let's back up a little bit.  When did you purchase

 5          that gun?  Remember?

 6    A.    Two, three weeks before, I don't --

 7    Q.    Two or three weeks before.  And when your dad went

 8          into his house to pick it up after you turned yourself

 9          in he didn't even know you'd bought it?

10    A.    No, sir.

11    Q.    You hadn't told anybody?

12    A.    No.

13    Q.    Just yourself.  You're the only one that knew you had

14          it.  Isn't that right?

15    A.    Yeah.

16    Q.    And the shells that you bought on the 5th are the

17          bullets that killed Camille, aren't they?  You know

18          that now?

19    A.    No, sir.

20    Q.    You don't?  Those are the bullets that were in the

21          clip, weren't they?

22    A.    No, sir.

23    Q.    They weren't?

24    A.    (Witness shakes head).

25    Q.    Weren't the Winchesters in the clip?  Those are
```

1    different?

2  A.  I don't know where I bought on the 5th but it wasn't

3      same ammunition.

4  Q.  So the ammunition in the clip, your testimony is, is

5      different than what's in the box that they took out of

6      your house?

7  A.  Yes, sir.

8  Q.  Not the same?

9  A.  Not the same.

10  Q.  Explain to me, then, Mr. Bledsoe, how come there were

11      only 33 shells in that box of 50 when they got ahold

12      of them on Sunday night or Monday morning.

13  A.  The ammunition I bought on the 5th was Federal or

14      something.

15  Q.  Federal?

16  A.  Yes.

17  Q.  Not Winchester?

18  A.  I had box of Winchesters.

19  Q.  When did you buy those?

20  A.  Two weeks before that.

21  Q.  Well then, where did the 17 rounds come out of the

22      ones you bought at Rusty's on the 5th, where did those

23      go?  You don't understand my question?

24  A.  Huh-uh.

25  Q.  Mr. Bledsoe, you know that when they took the box of

1       shells out of your house on Sunday --

2  A.  I had two boxes of nine-millimeter.

3  Q.  Two boxes.  One of them had only 33 in it.  Isn't that

4       right?

5  A.  Yes, sir.

6  Q.  That was the box that you purchased at Rusty's, wasn't

7       it?

8  A.  No, sir.

9  Q.  Where did you purchase the other box?

10  A.  Wal-Mart.

11  Q.  Where?

12  A.  In Lawrence.

13  Q.  And how many was in that box?

14  A.  Box of 50.

15  Q.  Okay.  So there was a full box of 50?

16  A.  No.  That's the ones that was in the clip.

17  Q.  Hang on a minute.  The two boxes --

18  A.  Yes, sir.

19  Q.  The one you bought at Rusty's was still full?

20  A.  Yes.

21  Q.  All full 50?

22  A.  Yes, sir.

23  Q.  And then the other one you were missing 17?

24  A.  I think so.

25  Q.  Less the two in the clip is 15.  Is that right?

JC_000404

1   A.   Yes.

2   Q.   So are we in agreement we're down to 15?

3   A.   Yeah.

4   Q.   Fifteen shells gone?

5   A.   Yes.

6   Q.   Camille was shot how many times?

7   A.   Two or three.

8   Q.   How about four?  Do you know?

9   A.   I don't know exact.

10  Q.   You and your brother, Floyd, hadn't talked in about a

11       month prior to this incident.  Isn't that what you

12       told us before?

13  A.   Pardon?

14  Q.   You and your brother hadn't talked in about a month

15       prior to this incident.  Isn't that right?

16  A.   Probably.

17  Q.   You and your brother didn't get along too well, did

18       you?

19  A.   No.

20  Q.   In fact, it would be correct when Jim Bolinger said

21       you hated your brother because he teased you?

22  A.   Yes.

23  Q.   Don't like him at all, do you?

24  A.   (Witness shakes head).

25  Q.   Is that a no?

JC 000405

334

1    A.    No.

2    Q.    When you went to Lawrence and bought those

3          nine-millimeter shells you say you went out and called

4          your father.  Is that correct?

5    A.    Yes, sir.

6    Q.    Did you speak to him?

7    A.    No, sir.

8    Q.    How long did you call?

9    A.    I called to see if he was home.

10   Q.    What number did you call?

11   A.    The home number.

12         MR. KURTH:  May I approach, Judge?

13         THE COURT:  You may.

14   Q.    (By Mr. Kurth)   Mr. Bledsoe, do you know the number of

15         the phone you had that you called from?

16   A.    Yes, sir.

17   Q.    Can you tell us what that is?

18   A.    691-6005.

19   Q.    Okay.  The call, that would have been on the 5th that

20         you made it, about 4:25?

21   A.    Something like that.

22   Q.    And that was, what's your folks's number, 863-2187?

23         Is that right?

24   A.    Yes.

25   Q.    Have you seen your phone bill?

```
1    A.   I seen it once or twice.

2    Q.   I'll hand you what's been marked as Defendant's 2.   Is

3         that an accurate record of the calls on the 5th and

4         the 7th that you made?

5    A.   Pardon?

6    Q.   Does that look like the calls you made and the numbers

7         on the 5th and the 7th?

8    A.   Yeah.

9    Q.   Is that a yes?

10   A.   Yes.

11   Q.   And all of those show the serving area is Topeka.   It

12        doesn't say Lawrence, does it?

13   A.   That's the cellular number.

14   Q.   Isn't that right?  Doesn't show Lawrence, does it?

15        Yes or no?

16   A.   No, it don't.

17   Q.   So the call you made outside the Jefferson County Law

18        Enforcement Center was the same area as when you made

19        it from Lawrence.   Is that your testimony?

20   A.   Yes.

21   Q.   So you could have made that call at 4:25 here in

22        Oskaloosa, couldn't you?  Yeah?

23   A.   Maybe.

24   Q.   Not in Lawrence like you testified to?

25   A.   It was in Lawrence.
```

JC_000407

336

1   Q.   You brought a receipt, or your attorney did, didn't

2        you?

3   A.   Yes, sir.

4   Q.   Showing that the time was at what, 4:20?

5   A.   Something like that.

6   Q.   Did you give that to the police?

7   A.   I don't know.

8   Q.   Have you talked to the police about it afterwards?

9   A.   No.

10  Q.   You know that they went down and checked the time slip

11       on the tickets?

12  A.   No, I did not.

13  Q.   Did you know that the time slips are 45 minutes fast

14       so 4:20 was about what time you pulled into town?  Do

15       you know that?

16  A.   (Witness shakes head).

17  Q.   You don't know that?

18  A.   I didn't know that.

19  Q.   When you drove, came back from Lawrence on the 5th did

20       you go on Fairview?

21  A.   No, sir.

22  Q.   Not at all?

23  A.   Not at all.

24  Q.   You recall talking to Detective Carreno on a number of

25       occasions?

JC 000408

337

```
 1   A.   Yes, sir.

 2   Q.   Let's go over that a little bit, if we can.  First

 3        time you talked to him I think was on the 24th of

 4        November.  Is that right?

 5   A.   Something like that.

 6   Q.   The next time was actually on Thanksgiving Day, the

 7        25th, wasn't it?

 8   A.   Yes, sir.

 9   Q.   And at that time you said, on Saturday, the 6th, when

10        you're saying that you spoke with your brother on that

11        road, that you couldn't hear what he said, you

12        couldn't hear whether he said I, we, they, or if Pete

13        shot Camille.  Isn't that right?

14   A.   Yeah.

15   Q.   Is it your testimony today that you heard differently?

16   A.   Not that I'm aware of.

17   Q.   So you don't know what he said?

18   A.   I don't know if he said I or we.

19   Q.   Or they?

20   A.   Or they.

21   Q.   Or if John shot her, you don't know that either?

22   A.   I do not know.

23   Q.   But today you're saying it was I or we?

24   A.   No, I'm not.

25   Q.   Today you're saying you don't know?
```

JC 000409

338

```
 1    A.   I don't -- pardon?

 2    Q.   Today you're saying you don't know?

 3    A.   I do not know for sure if he said I, we, or they.

 4    Q.   Are you having a tough time hearing me also, Tom?

 5    A.   Yes, sir.

 6    Q.   How close was your brother to you on that road that

 7         day?  Closer than me?

 8    A.   About from here (indicating).

 9    Q.   That close?

10    A.   Yes.

11    Q.   And you still had trouble hearing him?

12    A.   No, sir.

13    Q.   The cars running?

14    A.   Oh, I think mine was.

15    Q.   Your testimony was you didn't have trouble hearing

16         him?

17    A.   He was mumbling.

18    Q.   You recall what else you told Detective Carreno the

19         first time about going out to the grave site?

20    A.   Pardon?

21    Q.   You recall what you told Detective Carreno about going

22         out to the grave site the first time?  Let me strike

23         that, Judge.  Start all over, Tom.  I'm going to back

24         up on you a little bit.  You also told Detective

25         Carreno the first time that Floyd said he'd put the
```

JC 000410

339

```
 1        gun back in your pickup Friday night, didn't you?
 2   A.   I might of.
 3   Q.   Yes or no?  You did?
 4   A.   Yeah.
 5   Q.   And then the next time you saw him, on the 25th, the
 6        first thing you said when you came in is "I lied,"
 7        didn't you?
 8   A.   Yes.
 9   Q.   He didn't say he brought it back and put it in my
10        pickup on Friday, I lied to make my story sound
11        better, make it more believable.  Didn't you?
12   A.   Yes.
13   Q.   Your story.  Made up your story.  Because you sat in
14        that jail for a week and you didn't like it, did you?
15        Didn't like sitting in jail for a week, did you?
16   A.   No, sir.
17   Q.   So you decided you're going to tell on your brother?
18   A.   Pardon?
19   Q.   Decided you're going to make up a story on your
20        brother --
21   A.   No, sir.
22   Q.   -- so you can get out?  And that worked, didn't it?
23        You got out?
24             MR. VANDERBILT:  Objection, the question's
25        compound.
```

```
1              MR. KURTH:  I'll withdraw it, Judge.
2     Q.  (By Mr. Kurth)   So your brother didn't tell you he put
3          the gun back on Friday?
4     A.  Pardon?
5     Q.  Your brother didn't tell you he put the gun back in
6          the pickup on Friday night?
7     A.  No, sir, he did not.
8     Q.  When was the last time you checked to see if your gun
9          was in the pickup?
10    A.  Earlier that week.
11    Q.  What day?
12    A.  Monday or Tuesday.
13    Q.  Just left it in your pickup?
14    A.  Yes.
15    Q.  Pickup unlocked?
16    A.  Yes.
17    Q.  So you don't know when somebody came and got your gun
18         and when they didn't?
19    A.  No, sir.
20    Q.  There shells in the back of your truck?
21    A.  Yes.
22    Q.  How many boxes?
23    A.  One.
24    Q.  On Friday night how many boxes?
25    A.  Two that I know of.
```

JC_000412

1   Q.   Okay.  One that you had earlier?

2   A.   Yes.

3   Q.   And the one you bought at Rusty's?

4   A.   Yes.

5   Q.   So you had a full box and a partial box?

6   A.   Yes.

7   Q.   And then what was in the clip?

8   A.   Should have been 10 rounds.

9   Q.   Okay.  Did you have more than one clip?

10  A.   Yes.

11  Q.   Was it full also?

12  A.   No, sir.

13  Q.   It was empty?

14  A.   Yes.

15  Q.   And your testimony is is that on Saturday you saw your

16       brother and he told you this and then you just went

17       and got gas.  Is that right?

18  A.   Yes, sir.

19  Q.   Then you went to Gamble's and delivered turkey legs?

20  A.   Yes, sir.

21  Q.   And then you went to work?

22  A.   Yes, sir.

23  Q.   You didn't do anything about it then; right?

24  A.   No, I didn't do nothing.

25  Q.   You said you were angry and scared when you spoke with

JC 000413

342

| | | |
|---|---|---|
| 1 | | your brother.  Isn't that right? |
| 2 | A. | Yes. |
| 3 | Q. | But after that, or before that you checked to see if |
| 4 | | the pistol was in your gun -- in your pickup, didn't |
| 5 | | you? |
| 6 | A. | I reached behind the seat. |
| 7 | Q. | You knew it was there? |
| 8 | A. | Yes. |
| 9 | Q. | You could feel it? |
| 10 | A. | Yes. |
| 11 | Q. | So you had the gun but you were scared? |
| 12 | A. | Yes. |
| 13 | Q. | You knew your brother didn't own any guns, didn't you? |
| 14 | A. | Yes. |
| 15 | Q. | He never has, has he? |
| 16 | A. | No. |
| 17 | Q. | Why didn't you just pull out the gun and say let's go |
| 18 | | to the sheriff's office, we're going to take a little |
| 19 | | walk? |
| 20 | A. | I didn't think of it at that moment. |
| 21 | Q. | Didn't think of it.  So you really didn't bother about |
| 22 | | it, you went and filled up with gas, didn't say |
| 23 | | anything to anybody then? |
| 24 | A. | No. |
| 25 | Q. | Didn't say anything to Mr. Gamble? |

343

```
 1    A.    No.

 2    Q.    He's a friend of yours?

 3    A.    Yes.

 4    Q.    Didn't say anything to anybody at work?

 5    A.    No.

 6    Q.    You have some friends at work, too, don't you?

 7    A.    Yes, sir.

 8    Q.    So then once you found out or you confirmed that the

 9          gun had been fired at work you didn't call the

10          Sheriff's Department here in Jefferson County?

11    A.    No, sir.

12    Q.    And you had your cell phone, didn't you?

13    A.    Yes, sir.

14    Q.    Didn't use that to call them up?

15    A.    (Witness shakes head).

16    Q.    No?

17    A.    No.

18    Q.    You came back home?

19    A.    Yes, sir.

20    Q.    And you went to the grave site?

21    A.    Yes, sir.

22    Q.    It's true, is it not, that you're the one that had

23          dumped the plywood that she was found underneath?

24    A.    Pardon?

25    Q.    You'd put the plywood there before, hadn't you, --
```

JC 000414

```
 1    A.   Yes, sir.

 2    Q.   -- at the dump site?  How long before?

 3    A.   Two or three months before, I don't know.

 4    Q.   Floyd hadn't been out to the dump in two or three

 5         months, had he?

 6    A.   No.

 7    Q.   He didn't know the plywood was there, did he?

 8    A.   No.

 9         THE REPORTER:  Talk louder, please.

10    A.   Okay.

11    Q.   When you went out there the first time -- when I say

12         the first time, you told Detective Carreno about what

13         you've said today, you didn't do anything, you just

14         looked around, you saw the shovel marks and you left;

15         right?

16    A.   Basically.

17    Q.   Okay.  But that changed, didn't it, Tom?

18    A.   Pardon?

19    Q.   That changed?  You changed that story, didn't you?

20    A.   I just told --

21    Q.   Did you tell Detective Carreno that you then did move

22         the plywood out of the way?

23    A.   I moved one piece.

24    Q.   One piece.  Did you tell him -- you told him you moved

25         a lot more pieces, didn't you?
```

```
 1   A.   I told --
 2   Q.   You told him you stacked them up, didn't you?
 3   A.   Yeah.
 4   Q.   Okay.  Told him that you even moved the dirt and dug
 5        out where you could see her arm in the dirt, didn't
 6        you?
 7   A.   Started to.
 8   Q.   You could see her skin.  Isn't that right?
 9   A.   Yeah.
10   Q.   Isn't that what you told him?
11   A.   Yes.
12   Q.   Was that a lie?
13   A.   Yes, it was.
14   Q.   Are you telling the truth to the jury now or are you
15        lying to them?
16   A.   Telling the truth now.
17   Q.   How come you lied to Detective Carreno three times?
18        You were already out of jail.  Trying to make your
19        story sound better?
20   A.   Yeah.
21   Q.   If you would have moved the dirt out of the way like
22        you told Detective Carreno --
23             MR. KURTH:  May I approach, Judge?
24             THE COURT:  You may.
25   Q.   (By Mr. Kurth)   You would have had to put everything
```

JC 000417

```
 1        back in its place after you covered her back up,
 2        wouldn't you?
 3   A.   Uh-huh.
 4   Q.   You would have had to put the dirt back over the top
 5        of her.  Is that right?
 6   A.   (Witness nods head).
 7   Q.   You would have had to put those clothes back on top of
 8        the dirt that was covering her, wouldn't you?
 9   A.   Yeah.
10             THE REPORTER:  Talk louder, please.
11   A.   Okay.
12   Q.   And you would have had to put the plywood down,
13        wouldn't you?
14   A.   Yes, sir.
15   Q.   And then you would have had to put the clothes back on
16        top of the plywood?
17   A.   Yes, sir.
18   Q.   And then you'd have left.  And the trash; right?
19   A.   Yes, sir.
20   Q.   And on top of that plywood was a Countryside Baptist
21        Church T-shirt, wasn't there?  You know that?
22   A.   Don't know.
23   Q.   You don't know?  Didn't you have some?
24   A.   Yes, sir.
25   Q.   Was that your shirt?
```

JC_000418

```
 1    A.   Could be.

 2    Q.   Could be.  You put it there probably, didn't you?

 3    A.   No.

 4    Q.   You put it out there.  You had an X-rated tape out

 5         there, didn't you?

 6    A.   No, sir.

 7    Q.   You didn't?

 8    A.   Not that I'm aware of.

 9    Q.   Didn't Detective Carreno tell you about that?

10    A.   Told me he found one.

11    Q.   Uh-huh.  Now, your folks don't have any, do they?

12    A.   No, sir.

13    Q.   You admitted to Detective Carreno you had some?

14    A.   Yes, sir.

15    Q.   And when you told myself and your brother under oath

16         at preliminary hearing it had been five years since

17         you'd looked at one you lied about that, didn't you?

18    A.   No, sir.

19    Q.   You didn't?  You told Detective Carreno it had only

20         been a couple months before, because you'd rented them

21         at Priscilla's and made copies down in Lawrence and

22         you'd rented them somewhere else.  Isn't that right?

23    A.   Yes, sir.

24    Q.   So which is the truth?  Had it been five years or just

25         a couple months before?
```

JC 000419

348

| | | |
|---|---|---|
| 1 | A. | Last one I seen was three, four months. |
| 2 | Q. | Before this incident? |
| 3 | A. | Yes. |
| 4 | Q. | And you made copies.  Is that right? |
| 5 | A. | Yes, but I thought I threw them away. |
| 6 | Q. | So tell me, did you uncover her body when you went out |
| 7 | | there? |
| 8 | A. | No, sir. |
| 9 | Q. | You didn't? |
| 10 | A. | No, sir. |
| 11 | Q. | How did you know she was there, then? |
| 12 | A. | By what Floyd told me. |
| 13 | Q. | You didn't see a body there.  How'd you know she was |
| 14 | | there? |
| 15 | A. | I did not. |
| 16 | Q. | You didn't.  But you took the police out there, didn't |
| 17 | | you? |
| 18 | A. | Yes, sir. |
| 19 | Q. | You gave them the gun, said this is the gun I think |
| 20 | | killed her? |
| 21 | A. | Pardon? |
| 22 | Q. | Said this is the gun I think killed her? |
| 23 | A. | I didn't give them the gun. |
| 24 | Q. | You gave it to your attorney? |
| 25 | A. | Yes. |

JC 000420

349

| | | |
|---|---|---|
| 1 | Q. | He gave it to them; right? |
| 2 | A. | Yes. |
| 3 | Q. | And then you sat in jail for a week and didn't come up |
| 4 | | with this story for a week.  Isn't that right? |
| 5 | A. | Didn't take a week. |
| 6 | Q. | When's the first time you told them?  Week later? |
| 7 | A. | No one would stop and listen. |
| 8 | Q. | No one would listen to you? |
| 9 | A. | No. |
| 10 | Q. | Because everybody once they sit in jail decides they |
| 11 | | don't like it and then wants to change their mind, |
| 12 | | don't they? |
| 13 | A. | Pardon? |
| 14 | Q. | Because everyone sits in jail for awhile and decides |
| 15 | | they don't like it, don't they? |
| 16 | A. | Yeah. |
| 17 | Q. | And you didn't like it?  You didn't like sitting in |
| 18 | | jail? |
| 19 | A. | No, sir. |
| 20 | Q. | And when you say you were worried about Floyd's sons, |
| 21 | | that's not really true, is it? |
| 22 | A. | Yes, it is. |
| 23 | Q. | How is that true?  You went by their house on Sunday |
| 24 | | before you turned yourself in, didn't you? |
| 25 | A. | Yes, sir. |

Q.   And you wanted to take Cody to church, didn't you?

A.   Yes, sir.

Q.   Did you?

A.   No, sir.

Q.   Did you bring him home?

A.   I don't think so.

Q.   You talked to Cody, though, on Sunday, didn't you?

A.   I seen him.

Q.   You talked to him, didn't you?

A.   He sat beside me.

Q.   Yeah.  And that's why he started saying that you killed Camille, isn't it?

A.   I don't know.

Q.   You don't know.  You know he started saying that, though, don't you?

A.   I don't know.

Q.   Don't you?

A.   I don't know.

Q.   You have any idea why Cody would say that?

A.   Only way is if somebody tells him to.

Q.   Like you?

A.   No.

Q.   But you didn't go to pick up both boys, you were so scared you just wanted to pick up one boy on Sunday; right?

1   A.   Yes, sir.

2   Q.   After you knew or had confirmed in your mind that

3        Floyd had killed Camille.  Is that your testimony?

4   A.   Yeah.

5   Q.   You were going to pick one up and leave the other one

6        there; right?

7   A.   Yeah.

8   Q.   Does that make any sense to you, if you're scared of

9        both, for both boys?  Doesn't really, does it?

10  A.   I wasn't thinking.

11  Q.   If you would have picked Cody up you'd have brought

12       him back to the house, wouldn't you?

13  A.   Probably.

14  Q.   You go back to the grave site, you say then you went

15       and checked on the shovel.  Is that right?

16  A.   Pardon?

17  Q.   After you went to the grave site and confirmed that

18       the plywood had been moved you went and looked at a

19       shovel?

20  A.   Yes, sir.

21            MR. KURTH:  May I approach again, Judge?

22            THE COURT:  You may.

23  Q.   (By Mr. Kurth)   And that's up against the fence, --

24  A.   Uh-huh.

25  Q.   -- is that right?  Floyd, I'll hand you what's been

1    marked as Defendant's A and B.  You recognize those

2    two pictures?

3  A.  Yes, sir.

4  Q.  What are those two pictures of?

5  A.  Trash dump.

6  Q.  Is that the fence you're talking about that you walked

7    to?

8  A.  No, sir.

9  Q.  It's not?

10  A.  No, sir.

11  Q.  Where's the fence at?

12  A.  That's part of the fence, yes.

13  Q.  Well, that's part of the fence.  It runs all the way

14    along, doesn't it?

15  A.  Yes.

16  Q.  Is that the fence you walked to?

17  A.  Yes.

18  Q.  Not this particular spot but the fence?

19  A.  Yes.

20  Q.  That's one trash pile in the brome field, isn't it?

21  A.  Yes.

22  Q.  There's a lot more, aren't there?

23  A.  It's, runs up and down.

24        MR. VANDERBILT:  John, may I see those pictures?

25        MR. KURTH:  Sure.  I'll just try to hurry and get

1     them out of the way here, Judge.

2  Q.  (By Mr. Kurth)   Tom, Defendant's C, D, E, F, G, J, K,

3     L, M, N, O, P, Q, R, and S, would you look at those

4     and tell me if those are pictures all of the dumps in

5     that brome field?

6  A.  Pardon?

7  Q.  Tell me if those are pictures of all the trash piles

8     and dumps in that brome field, if you would, please.

9  A.  Yes, sir.

10  Q.  Those are all pictures of the trash piles?

11  A.  All one trash pile.

12  Q.  There's more than one; right?

13  A.  It runs up and down.

14  Q.  Okay, but some of it's separated, isn't it?

15  A.  Not by --

16  Q.  By a little bit?

17  A.  (Witness nods head).

18  Q.  This one isn't together in A and B, is it?  It's a

19     separate one?

20  A.  It's on down.

21  Q.  That's against the fence?

22  A.  Yes.

23  Q.  This plywood that's in S, that's the plywood she was

24     under, isn't it?

25  A.  I think so.

1    Q.   Well, there's only one place in the brome field that's

2         got plywood, isn't there?

3    A.   Yes, yes.

4    Q.   How many pieces of plywood did you dump?

5    A.   Pardon?

6    Q.   How many pieces of plywood did you dump?

7    A.   Truckload.

8    Q.   How many?  Ten, 15?

9    A.   Twenty to 50, I don't know how many.

10   Q.   Quite a bit, isn't there?

11   A.   Yes.

12   Q.   How did you know which pile of trash to go to to try

13        to find her?

14   A.   What was your question?

15   Q.   How did you know which pile of trash to go to to find

16        Camille's body?

17   A.   Because there was only one spot where the plywood is.

18   Q.   Okay.  You knew she was under the plywood, didn't you?

19   A.   Yes.

20   Q.   And you lifted that plywood up, didn't you, saw her

21        body under there, didn't you?

22   A.   No, sir.

23   Q.   That's what you told Detective Carreno.

24   A.   That's what I told him at first.

25   Q.   No, that's the third time.  But you told him that,

1        didn't you?

2   A.   Yeah.

3            THE REPORTER:  Talk louder, please.

4   A.   Okay.

5   Q.   When Floyd called on Saturday, wasn't it?

6   A.   Pardon?

7   Q.   Was it Saturday that Floyd called and said Camille was

8        missing?

9   A.   Yes.

10  Q.   How come neither you nor your father offered to help

11       find her?

12  A.   Because none of our business.

13  Q.   None of your business.  Didn't even think about it?

14  A.   I don't really know why.

15  Q.   You knew she was gone?

16  A.   Pardon?

17  Q.   You knew she'd disappeared?

18  A.   Yes.

19  Q.   But you didn't offer to help.  Isn't that right?

20  A.   No, I didn't.

21  Q.   You have a dog out at your house, don't you?

22  A.   Yes, sir.

23  Q.   Copper?

24  A.   Yes, sir.

25           MR. KURTH:  Approach again, Judge?

JC_000426

1    Q.   (By Mr. Kurth)   Defendant's T, is that a picture of

2         Copper?

3    A.   Yes, sir.

4    Q.   Does Copper bark like Copper did at me when I came out

5         there?

6    A.   Pardon?

7    Q.   People show up, does Copper bark like she did at me?

8    A.   Most of the time.

9    Q.   Most of the time.  Pretty loud, too, isn't it?

10   A.   Yeah.

11   Q.   And you can hear it, too?

12   A.   Yes.

13   Q.   Did you use the shovel that night?

14   A.   No, sir.

15   Q.   Did you touch it?

16   A.   No, sir.

17   Q.   You told Detective Carreno, though, you touched the

18        shovel, didn't you?

19   A.   Yes, sir.

20   Q.   You're saying you just went to look at it to see if it

21        was still there; correct?

22   A.   Yes, sir.

23   Q.   You told Detective Carreno you touched the shovel to

24        see if there was fresh dirt on it, didn't you?

25   A.   Yes, sir.

1   Q.   Was that a lie?

2   A.   Yes, sir.

3   Q.   Or is this a lie?

4   A.   No, sir.

5   Q.   Sure?

6   A.   Yes, sir.

7   Q.   Did you touch the shovel at all?

8   A.   No, sir, I did not.

9   Q.   Did you check to see if there was fresh dirt on it?

10   A.   No, sir.

11   Q.   You just looked to see if it was still there?

12   A.   Yes.

13   Q.   So when you told Detective Carreno that you saw fresh

14       dirt on it that's a lie?

15   A.   Yes, sir.

16   Q.   And the reason you went over there is to see if that

17       shovel is the shovel that had been used to bury her.

18       Isn't that right?

19   A.   I just wanted to see if it was there.

20   Q.   You are the one that had put the shovel on the fence

21       earlier; right?

22   A.   Yes, sir.

23   Q.   You wanted to see if it was still there?

24   A.   Yes, sir.

25   Q.   Detective Carreno also asked you if you loved Camille,

```
 1          didn't he?
 2     A.   Yes, sir.
 3     Q.   You told him you did?
 4     A.   Yes.
 5     Q.   You told him you were infatuated with her, didn't you?
 6     A.   Pardon?
 7     Q.   Told him you were infatuated with her, didn't you?
 8     A.   What do you mean?
 9     Q.   You loved her, you wanted to be with her?
10     A.   No.
11     Q.   You told him that, though, didn't you?
12     A.   I don't remember.
13     Q.   You told him that you wanted Camille to be your first?
14     A.   No, sir.
15     Q.   You did, didn't you?
16     A.   No, sir, I did not.
17     Q.   You want me to call Detective Carreno up here?  Said
18          now's the time to tell the truth; you told him that,
19          didn't you?
20     A.   I don't remember.
21     Q.   You don't remember.  Told him Camille, you wanted
22          Camille to be your first, you wanted to be with her,
23          didn't you?
24     A.   What do you mean?
25     Q.   You wanted to be with Camille?
```

```
 1    A.    What do you mean by that?

 2    Q.    Wanted her to be your first in a sexual way?

 3    A.    No, sir.

 4    Q.    No?  Didn't Detective Carreno ask you if you'd ever

 5          been with a woman before?

 6    A.    Yes, sir.

 7    Q.    Your answer was no; correct?

 8    A.    No, I haven't.

 9    Q.    Right.  And I'm not saying that to embarrass you, but

10          then Detective Carreno also asked you if you wanted

11          Camille, if you had thought about Camille being your

12          first.  You know what he meant by that and you said

13          yes, didn't you?  You don't remember?

14    A.    I don't remember.

15    Q.    Don't remember.  Is it possible you said yes?

16    A.    It could be.

17    Q.    Because that would be the truth, wouldn't it?

18    A.    Pardon?

19    Q.    Because that would be the truth, wouldn't it?

20    A.    No.

21    Q.    No.  So you lied to him then, too?

22    A.    I don't, I don't know.

23    Q.    So all the statements you gave to Detective Carreno

24          over those three times were a lie?

25    A.    Pardon?
```

JC_000430

1   Q.   Every time you talked to Detective Carreno was a lie?

2   A.   No, sir.

3   Q.   No.  The only time we're hearing the truth is today,

4        is that your testimony?

5   A.   No, I told Carreno the truth.

6   Q.   Which time?  You gave three statements.  I'd like to

7        hear which one was the truth.

8   A.   All the ones except with the lies that I told him was

9        a lie.

10  Q.   That doesn't narrow it down much, does it, Tom?

11  A.   What do you mean?

12  Q.   Well, you're telling me every statement you gave to

13       him you lied.  You don't know when your gun

14       disappeared, do you, Tom?

15  A.   No, sir, I do not.

16  Q.   You don't know when it was brought back, do you?

17  A.   No, sir.

18  Q.   How did the gun get clean?  Did you clean it?

19  A.   Yes, sir.

20  Q.   You cleaned it after you found it again?

21  A.   No, sir.

22  Q.   No or yes?

23  A.   No.

24  Q.   You ever see any blood on it?

25  A.   No.

1   Q.   Not at all?

2   A.   Not at all.

3   Q.   You know she was shot point blank in the head.   You

4        think there might be a little blood on it?

5   A.   Pardon?

6   Q.   You know she was shot point blank in the back of the

7        head.   You think there might be a little blood on it?

8   A.   Probably.

9   Q.   You didn't wipe it off?

10  A.   No, sir.

11  Q.   You never saw any blood on it at all?

12  A.   No.

13  Q.   And whoever cleaned it didn't clean the inside, the

14       chamber?

15  A.   Pardon?

16  Q.   Whoever cleaned it didn't clean the inside and the

17       chamber and the barrel to get the smell out, is that

18       your testimony, just wiped the blood off?

19  A.   Yeah.

20  Q.   On the night of the 7th into the 8th you called Jim

21       Bolinger twice; right?

22  A.   Pardon?

23  Q.   The night, Sunday night you called Jim Bolinger twice,

24       didn't you?

25  A.   Yes, sir.

JC_000432

1   Q.   You told him you were sorry for what you'd done, you

2        were going to pay for it the rest of your life?

3   A.   Yes, sir.

4   Q.   Because you had done something, hadn't you?

5   A.   Yes, sir.

6   Q.   And you called your dad that night also, didn't you?

7   A.   Yes, sir.

8   Q.   You told him about the same thing, you knew where

9        Camille was at, didn't you?

10  A.   Yes, sir.

11  Q.   And after Special Agent Johnson talked to you, the end

12       of that you said I did it, I shot her, and you meant

13       Camille?

14  A.   Pardon?

15  Q.   You told him that you had shot Camille, didn't you?

16  A.   Yes, sir.

17  Q.   Now was that a lie or is that the truth?

18  A.   A lie.

19  Q.   Why would you lie about something like that, Tom?

20  A.   Pardon?

21  Q.   Why would you lie about something like that?

22  A.   Because I was scared.

23  Q.   Scared?  You were already out, weren't you?

24  A.   No, sir.

25  Q.   No?  You didn't even have to go in, did you?  You

JC_000433

1      could have come forward just like you are now and

2      saved us all a lot of problems, but you just brought

3      that story, that story forward after you sat in there

4      for a week, in there for a week, didn't you?

5   A.  Pardon?

6   Q.  You only brought that story before us after you sat in

7      jail for a week.  Isn't that right?

8   A.  Once someone finally listened.

9   Q.  Who else did you try to tell?  You didn't tell Mr.

10      Gamble, did you?

11   A.  No, sir.

12   Q.  Didn't tell anybody at work?

13   A.  No, sir.

14   Q.  You didn't tell Jim Bolinger at church, you didn't

15      tell Rose?

16   A.  No, sir.

17   Q.  The people that you're closest to; right?

18   A.  Yes, sir.

19           MR. KURTH:  Can I have just a moment, Judge?

20           THE COURT:  Sure.

21           MR. KURTH:  Think that's all I have, Judge.

22           THE COURT:  Redirect?

23           MR. KURTH:  Judge, I guess to help out here I'd

24      move to admit the photographs I had.

25           MR. VANDERBILT:  I'd like to look at them for

1   just a second.  I haven't seen them.  I'd like to look

2   at them before.

3        THE COURT:  List them again for the record, John,

4   would you, please.

5        MR. KURTH:  It's defendant's R, Q, P, O, N, M, L,

6   K, J, G, F, A, B, T, S, C, D, and E, Judge.

7        THE COURT:  Is there objection?

8        MR. VANDERBILT:  No, sir.

9        THE COURT:  They're admitted and received.

10       MR. VANDERBILT:  Your Honor, may I approach the

11   witness again?

12       THE COURT:  You may.

13       MR. KURTH:  I'll go ahead and offer Defendant's 2

14   also.

15       THE REPORTER:  Z.

16       MR. KURTH:  Oh, I'm sorry, Candy, Z, not 2.

17       THE COURT:  That's the statement?

18       MR. KURTH:  That's the phone records, Judge.

19       THE COURT:  Phone records.  Defendant's Exhibit

20   No. 2, is there objection?

21       MR. VANDERBILT:  None.

22       THE COURT:  It's admitted and received.

23       MR. VANDERBILT:  State's Exhibit No. 32 is a

24   statement, is the transcript of the Jim Bolinger phone

25   calls on the answering machine, Jim Bolinger's

JC_000435

1       answering machine -- I'll speak clearly in a second,

2       Judge -- are the two transcripted messages that Tom

3       left on Jim Bolinger's answering machine.  I'd move to

4       have State's Exhibit 32 admitted into evidence.

5           MR. KURTH:  No objection.

6           THE COURT:  They're admitted and received.

7               REDIRECT EXAMINATION

8  By Mr. Vanderbilt:

9  Q.   Counsel, Mr. Kurth, had indicated that the receipt

10     from Rusty's was wrong and that you would have been

11     able to be back in Oskaloosa at 4:20.  That's not

12     possible, is it?

13  A.   Pardon?

14  Q.   I'm sorry.  John Kurth had indicated to you on cross

15     examination that the receipt from Rusty's that said

16     4:20 on it, --

17  A.   Yes, sir.

18  Q.   -- that that was wrong, that it was actually 3:20 when

19     you were there.  That's not possible, is it?

20  A.   I don't know.

21  Q.   What time did you go to your work to pick up the

22     check?

23  A.   Around 2:00 o'clock.

24  Q.   Around 2:00.  How long did you stay there?

25  A.   Fifteen, 20 minutes.

1   Q.   Did you go to Lunker's?

2   A.   Yes.

3   Q.   And how long did you stay there, do you know?

4            THE REPORTER:   Talk into the mike.

5   Q.   I'm not asking you to guess, Tom, I'm asking you to

6        tell us if you know.

7   A.   I don't know.

8   Q.   Was it quite awhile?

9   A.   I can't remember.

10  Q.   You was talking about buying a rifle?

11  A.   Yes, talked about a boat.

12  Q.   I'm sorry, we're only allowed to talk one at a time.

13  A.   I talked --

14  Q.   Go ahead.

15  A.   I talked about buying a boat, a rifle, and use of

16       their firearms license.

17  Q.   And roughly how long did each one of those three

18       conversations take?

19  A.   I don't know.

20  Q.   And then when you went to Rusty's, what did you do

21       when you went to Rusty's?

22  A.   I walked around and then I bought, got some

23       ammunition.

24  Q.   You bought a box of .30-.30 rifle cartridges?

25  A.   Yes.

JC_000437

1    Q.    And a box of nine-millimeter bullets?

2    A.    Yes, sir.

3    Q.    Did you do anything else while you were there?

4    A.    Yes, sir.  I waited on the guy to get done with a

5          customer so I could talk to him.

6    Q.    Did you look at any catalogs or anything like that?

7    A.    Not that I can remember.

8    Q.    Shop around the store or anything?

9    A.    Yes, I walked around.

10   Q.    Was it one or two minutes when you went in or was it

11         longer than that?

12   A.    It was longer.

13   Q.    The receipt for those .30-.30s and the nine-millimeter

14         shells that was in your bedroom that the law

15         enforcement have is the right receipt for the ones you

16         purchased at Rusty's that day.  Is that correct?

17   A.    I believe so.

18   Q.    Next issue that I wanted to cover was I want to clear

19         up for the jury why you took Cody to church and not,

20         what's the little brother's name, Christian, Chris?

21   A.    Chris, Christian.

22   Q.    Chris, Christian.  Why did you take Cody to church and

23         not the baby?

24   A.    Because the baby's too young.  I don't mess with the

25         babies.

JC_000438

1  Q.  You don't carry them and care for them and change

2      their diaper?

3  A.  No.

4  Q.  You don't do any of that?

5  A.  No.

6  Q.  Cody's old enough to take to church?

7  A.  Yes.

8  Q.  Did you tell Cody on the way to church that you had

9      shot Camille?

10 A.  No, sir.

11 Q.  Did you tell Cody on the way to church that she had

12     flopped down around on the ground --

13 A.  I didn't --

14 Q.  -- after she was shot?

15 A.  I didn't take Cody to church that day.

16 Q.  Sunday?

17 A.  Sunday, I did not.

18 Q.  Sunday evening?

19 A.  No, I don't think Sunday either.

20 Q.  At night the Sunday after Camille became missing you

21     didn't take Cody to church?

22 A.  I don't think so.

23 Q.  How did Cody get to church?

24 A.  Tom Bryant, Cheryl Bryant, brought him.

25 Q.  You spend any time with Cody that evening?

1   A.   I don't think so.  I don't know where Cody was.

2   Q.   You didn't have the opportunity to explain anything to

3       Cody, did you?

4   A.   No, sir.

5   Q.   I want to -- next topic is the dump and the plywood.

6       How do you know Floyd didn't go to the dump?

7   A.   Pardon?

8   Q.   How do you know Floyd did not go to the dump?

9   A.   How do I know he didn't?

10   Q.   Yes.  Do you know that?

11   A.   I don't know.

12   Q.   Have any idea whether Floyd had been to the dump?  Do

13       you have any idea whether Floyd had been to the dump

14       within the past year?

15   A.   Not that I'm aware of.

16   Q.   You don't know whether he has or he hasn't, do you?

17   A.   No, I don't.

18   Q.   How about within the last six months?  You don't know

19       whether he's been there or not, do you?

20   A.   No, I don't.

21   Q.   How about the last two months?  That one's easy, he's

22       been in jail?

23   A.   Pardon?

24   Q.   You have no idea when Floyd went to the dump or when

25       he didn't go to the dump?

JC_000440

1   A.   No, I don't.

2   Q.   Tom, why did you testify that you knew he hadn't been

3        to the dump?

4   A.   Pardon?

5   Q.   Why did you testify that you knew he hadn't been to

6        the dump?

7   A.   I don't know.

8   Q.   Did you understand Mr. Kurth's question when he was

9        talking to you about whether Floyd had gone to the

10       dump or not?

11  A.   I know Floyd, I know, far as I can know I know Floyd

12       has not been to the dump.

13  Q.   You don't know whether he has or he hasn't?

14  A.   I do not know.

15  Q.   You don't have any knowledge or any other facts to

16       indicate whether Floyd had been to the trash dump on

17       your family's property or not.  Is that correct?

18  A.   Pardon?  I didn't hear you.

19  Q.   You don't have any personal knowledge of any facts or

20       otherwise that would indicate to you whether he had

21       been to the dump or whether he hadn't been to the

22       dump?

23  A.   I do not know.

24  Q.   So you can't say that he hadn't been to the dump

25       within the past year.  Is that correct?

1   A.   To my knowledge, no.

2   Q.   You can't say whether he has or he hasn't?

3   A.   I --

4   Q.   You just simply don't know, is that right?

5   A.   I don't know.

6   Q.   So when you testified that he hadn't went there you

7        don't know whether that's accurate or not?  Do you

8        understand my question?

9   A.   What, what did you just say?

10  Q.   You confirmed, on cross examination you confirmed

11       through your testimony that Floyd Bledsoe, the

12       defendant, hadn't been to the dump in two years and

13       you don't know whether he's been there in two years or

14       not.  Is that right?

15  A.   In two years he's been up there, he dumped some tires

16       out there within two years, I don't know exactly.

17  Q.   And how about within the past year?  Do you know

18       whether he's been to the dump or not?

19  A.   No, I do not.

20  Q.   And you don't know whether Floyd Bledsoe, the

21       defendant, knew whether the plywood was in the dump or

22       not, do you?  On cross -- let me withdraw that

23       question.  On cross examination you testified that you

24       knew Floyd did not know the plywood was there?

25  A.   No, I did not.

1    Q.   You don't know whether he knew it was there.  Is that

2         correct?

3    A.   Yes.

4    Q.   And you don't know whether he didn't know it was

5         there?  You have no idea whether he knew the plywood

6         was there or not.  Is that accurate?

7    A.   He didn't know.

8    Q.   He did know or didn't know?  I'm confusing you.  Let

9         me start --

10              MR. KURTH:  I think he's answered he didn't know.

11              THE COURT:  Your witness, counsel.

12              MR. VANDERBILT:  Judge, he testified that Floyd

13        didn't know the plywood was there.  He has -- may I

14        continue with one more question?

15              THE COURT:  One more question.

16              MR. VANDERBILT:  I don't know how to -- I won't

17        ask any further.

18   Q.   (By Mr. Vanderbilt)  The .22 in your truck -- you used

19        to have a .22 pistol.  Is that right?

20   A.   Yes, sir.

21   Q.   How long have you had that?

22   A.   Three, four years.

23              THE REPORTER:  Talk a little louder, please.

24   A.   Okay, three or four years.

25   Q.   Did Floyd know you had the .22 pistol?

1    A.   Yes, sir.

2    Q.   Where did you always keep the .22 pistol?  Did you

3         carry it in your truck?

4    A.   Yes, sometimes.

5    Q.   Where did you keep it most of the time?

6    A.   Before I got my truck it was in the house.

7    Q.   I didn't hear you.

8    A.   Before I got my truck it was in the house.

9    Q.   Before you got your truck?

10   A.   Yes.

11   Q.   It was in the house.  After you bought your truck

12        where did you keep it?

13   A.   In my truck.

14   Q.   Did Floyd know that your .22 pistol was in your truck?

15   A.   Yes.

16   Q.   Did you ever keep your truck locked?

17   A.   No, sir.

18   Q.   Any time he wanted to he could go borrow it?

19   A.   Yes.

20            MR. VANDERBILT:  May I approach again, Your

21        Honor?

22            THE COURT:  Counsel, both of you approach just a

23        minute.

24            (Off the record at the bench between the

25             Court and counsel out of the hearing of

```
 1                     the jury and the reporter.)

 2               MR. VANDERBILT:  May I approach the witness?

 3               THE COURT:  You may.

 4               MR. VANDERBILT:  May I publish these to the jury?

 5               THE COURT:  Yes.

 6               (Photos were passed to the jury.)

 7    Q.  (By Mr. Vanderbilt)   Defense counsel handed you a

 8         bunch of pictures of that ditch that runs through the

 9         property.  Is that correct?

10    A.    Pardon?

11    Q.    The defense -- I'm sorry.

12               THE COURT:  Look at one and then just pass it

13         down.  That way it will get through quicker.

14    Q.    The defense counsel handed you a bunch of pictures and

15         you identified them as the ditch that runs through

16         that property?

17    A.    Yes, sir.

18    Q.    Is that one long ditch?

19    A.    Yes, sir.

20    Q.    One long trash dump?

21    A.    Yes, sir.

22    Q.    Pretty near full, isn't it?

23    A.    Getting there.

24    Q.    How long have you been using that as a dump?

25    A.    Ever since I can remember.
```

1   Q.   When you drove in you drove straight to the plywood

2        because that's where Floyd told you where Camille was

3        buried, --

4   A.   Yes.

5   Q.   -- is that right?

6   A.   Yes.

7   Q.   We're going to change the subject again, Tom.  You

8        went to church always?

9   A.   Pardon?

10  Q.   You always went to church?

11  A.   Yes, sir.

12  Q.   Wednesday nights, Friday nights, and twice on Sunday?

13  A.   Yes, sir, when I didn't have to work.

14  Q.   And when you didn't -- yeah, when you didn't have to

15       work.  You always drove your truck?

16  A.   Yes, sir.

17  Q.   If you weren't at church you were at work or at home?

18  A.   Yes, sir.

19  Q.   Except for occasionally when you got to go hunting.

20       Is that right?

21  A.   Yes.

22  Q.   Did you go out and socialize with the boys and do that

23       type of thing?

24  A.   What do you mean by that?

25  Q.   Do you have friends you go out and hang out with?

JC_000446

1   A.   Not very many.

2   Q.   So you were either at home, church, work, except for

3         occasionally when you got to go hunting --

4   A.   Yes.

5   Q.   -- out on Gamble's place?

6   A.   Yes.

7   Q.   You're not much of a social butterfly, are you?

8   A.   No.

9   Q.   And I apologize for mumbling and not speaking clearly.

10       I don't mean to cause you any difficulty with your,

11       your hearing.  And your hearing, how did that happen?

12   A.   When I was a little kid I had fungus, it slowly ate

13       away the bones and the eardrum.

14   Q.   How, what kind of impact has that had on your life?

15   A.   I been quiet.  People have to talk loud to me than

16       normal.  When I watch TV TV has to be on louder than

17       what everyone else wants.

18   Q.   Defendant's Exhibit T is laying there, it's a picture

19       of your dog or the family dog.  Do you see that?

20   A.   Yes, sir.

21   Q.   Would you look at that for me.  Is that the dog that

22       the defense counsel was referring to?

23   A.   Yes, sir.

24   Q.   Is that the one that barks?

25   A.   Pardon?

1   Q.   Is that the one that he was referring to that barks

2        when people come up?

3   A.   Yes, sir.

4   Q.   Does it bark when you go up there?

5   A.   Sometimes.

6   Q.   Not every time?

7   A.   Not every time.

8   Q.   Does it bark the same as when you do -- when it does

9        bark does it bark the same as when a stranger comes

10       up?

11  A.   It's different.

12  Q.   Does it bark like that when your dad comes up?

13  A.   Occasionally, not much.

14  Q.   Not much?

15  A.   No.

16  Q.   Most of the time it doesn't?

17  A.   No.

18            THE REPORTER:  Talk louder, please.

19  A.   Okay.

20  Q.   And your mother, when your mother pulls in does the

21       dog bark at her?

22  A.   Occasionally.

23  Q.   How often?

24  A.   Very seldom; a few times.

25  Q.   And it's not as though a stranger had pulled in?

JC_000448

```
 1   A.   No.

 2   Q.   And Floyd?

 3   A.   He'll bark.

 4   Q.   The same?

 5   A.   He'll bark every now and then, he's not there more

 6        often than --

 7   Q.   Floyd can come up to the house without the dog really

 8        barking too much?

 9   A.   Pardon?

10   Q.   Floyd can come up to the house without the dog really

11        barking a lot trying to alert you that a stranger's

12        there?

13   A.   I don't, I never really paid attention when he come

14        up.

15            MR. VANDERBILT:  Nothing further.

16            MR. KURTH:  Briefly, Judge.

17                  RECROSS EXAMINATION

18   By Mr. Kurth:

19   Q.   Tom, if somebody snuck up to your house in the middle

20        of the night Copper would sound off, wouldn't he?

21   A.   Pardon?

22   Q.   If somebody walked up to your house in the middle of

23        the night Copper would start barking, wouldn't he?

24   A.   If he hears them or sees them.

25   Q.   Probably would, would not he?
```

JC_000449

1  A.  Yeah.

2  Q.  Just so I can get it clear for myself, prior to

3      Saturday, the 6th of November, when you checked and

4      found your gun in the truck -- right?

5  A.  Yes.

6  Q.  When is the last time that you checked your gun to see

7      that it was in there?

8  A.  Pardon?

9  Q.  When was the time before that you knew your gun was in

10     there?  Had you checked it on Friday, the 5th?

11  A.  Last time I knew for sure?

12  Q.  Yeah.

13  A.  That Saturday, week before.

14  Q.  A week before?

15  A.  Yeah, week.

16  Q.  When you opened the door you didn't look, just see if

17     the bag was there?

18  A.  No.

19  Q.  Didn't check and touch it and feel it or anything, see

20     if it was there?

21  A.  No.

22  Q.  Nothing at all.  But you didn't put the bag in

23     regularly, did you?  You didn't keep your gun in the

24     back of the pickup regularly, did you?  Kept it mostly

25     in the house?

JC_000450

1    A.   I kept it in the back.

2    Q.   Not all the time; right?

3    A.   Which gun?

4    Q.   The nine-millimeter.

5    A.   Nine-millimeter.  Kept it inside.

6    Q.   Kept it in the house?

7    A.   In the cab.

8    Q.   In the cab?

9    A.   Of the truck.

10   Q.   Okay.  Ever since you bought it?

11   A.   Brought it in one time, I brought it in one time when

12        I first bought it.

13   Q.   So is it your testimony now that you always kept a gun

14        in the back of your cab?

15   A.   No, not always.

16   Q.   Not always?

17   A.   When I first bought it I brought it in.

18   Q.   Okay.  So somebody was going out there to get your

19        gun, it may be there, it may not, isn't that right?

20        You may have taken it into the house?

21   A.   Yes.

22   Q.   Wasn't a sure thing, was it?

23   A.   No.

24   Q.   And what were your hours of work?

25   A.   Pardon?

1  Q.  What were your hours of work?

2  A.  11:00 to 3:00.

3  Q.  11:00 to 3:00?

4  A.  Or 3:00 to 11:00, I'm sorry.

5  Q.  You'd get home about midnight, isn't that right?

6  A.  Yes, sir.

7  Q.  And you know that's about what time Heidi would get

8     home from work at Amarr in Lawrence also, isn't it?

9  A.  I don't know.

10 Q.  You don't know.  Fact, from midnight on, midnight

11    until 8:00 Floyd would always have somebody with him.

12    His wife would be with him or his kids, wouldn't they?

13 A.  I don't know.

14 Q.  You don't know.

15         MR. KURTH:  That's all I have, Judge.

16         THE COURT:  Any other redirect?

17         MR. VANDERBILT:  No, but I would ask that he be

18    subject to recall.

19         THE COURT:  Okay.  You may step down, sir.

20    You're still subject to recall.

21         (The witness left the stand.)

22         THE COURT:  Call your next witness.

23         MR. VANDERBILT:  Judge, I need to check and see

24    if the young lady who's pregnant, supposed to be

25    bedridden, is here yet.  She should be.