# EXHIBIT 19

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



KBI001528

Jefferson County Sheriff 's Department
Detective Division
Narrative Report

Case Number: 99005455                                        Date: 11061999

Homicide: KSA  21-3701
Victim:  Zetta Camille Arfmann
Suspect: Floyd S. Bledsoe

On November 6, 1999, at approximately 1000 hours, I, DETECTIVE SERGEANT (DET. SGT.) RANDY CARRENO had contact with SERGEANT (SGT.) ROBERT POPPA. SGT. POPPA stated that ZETTA CAMILLE ARFMANN had been reported missing by her family members. SGT. POPPA stated HEIDI BLEDSOE (ZETTA'S sister) filed the report in the early morning hours on November 6th at the Jefferson County Sheriff's Law Enforcement Center.

SGT. POPPA additionally stated that FLOYD S. BLEDSOE contacted him that morning at the CASEY'S GENERAL STORE in Oskaloosa (Ks.). FLOYD S. BLEDSOE expressed concerns that ZETTA could have been abducted from their residence. (See SGT. POPPA'S report).

SGT. POPPA stated that after talking with FLOYD S. BLEDSOE, he contacted UNDERSHERIFF JEFF HERRIG along with other officers from the Sheriff's Department. SGT. POPPA stated he and the officers were going to conduct a search of the area where ZETTA was last seen.

I advised SGT. POPPA that I was currently attending classes at the Jefferson County Emergency Service building. I advised SGT. POPPA that I would be at that location if my assistance was needed.

On November 6, 1999, at approximately 1050 hours, the Sheriff's dispatcher advised me to meet with SGT. POPPA at the residence where ZETTA lived. I was advised that I needed to interview subjects at the residence in regards to ZETTA'S disappearance. I was provided with the address of 15200 Fairview Road in Oskaloosa.

On November 6, 1999, at 1123 hours, I met with SGT. POPPA on Highway 59, north of Oskaloosa. SGT. POPPA was currently with canine officers searching for ZETTA. SGT. POPPA stated that ZETTA'S family members were at 15200 Fairview Road. SGT. POPPA stated the family needed to be interviewed.

On November 6, 1999, at 1140 hours, I arrived at 15200 Fairview Road in Oskaloosa.

I made contact with FLOYD S.BLEDSOE. FLOYD S. BLEDSOE told me that ZETTA lived with him and his wife (ZETTA' sister) HEIDI BLEDSOE. FLOYD S. BLEDSOE told me that ZETTA had been missing since last night. FLOYD S. BLEDSOE stated that ZETTA never arrived at church and didn't return home or go to her mother's residence on Friday night. FLOYD S. BLEDSOE stated ZETTA wasn't the type of person who would leave the residence without telling anyone. FLOYD S. BLEDSOE was concerned that something "bad" had happened to ZETTA. FLOYD S. BLEDSOE stated that "everyone" had been searching for ZETTA.

FLOYD S. BLEDSOE stated he had talked with ZETTA'S best friend, ROBIN MYER. FLOYD S. BLEDSOE stated ROBIN would occasionally pick-up ZETTA at their residence and go to Oskaloosa to eat.

ROBIN MYER told FLOYD S. BLEDSOE that she was at their residence on Friday afternoon at approximately five o'clock to pick-up ZETTA. ROBIN MYER told FLOYD S. BLEDSOE that she

1

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001529

knocked on the door and got no response. ROBIN MYER stated she went inside the residence and ZETTA wasn't present.

FLOYD S. BLEDSOE stated he was concerned that someone had abducted ZETTA from the residence. FLOYD S. BLEDSOE continuously stated that ZETTA wouldn't leave without telling someone.

FLOYD S. BLEDSOE stated that he had expressed his concerns to SGT. POPPA at the CASEY'S GENERAL STORE in Oskaloosa.

I asked FLOYD S. BLEDSOE when he last had contact with ZETTA. FLOYD S. BLEDSOE stated it was Friday morning when ZETTA was getting for school.

I asked FLOYD S. BLEDSOE if ZETTA had made statements to indicate that she was having problems. FLOYD S. BLEDSOE stated "no."

I asked FLOYD S. BLEDSOE if he recalled what ZETTA was wearing on Friday morning. FLOYD S. BLEDSOE stated he "believed" a black t-shirt and jeans. FLOYD S. BLEDOSE was unsure of ZETTA' foot wear, but thought she could have been wearing her black tennis shoes.

FLOYD S. BLEDSOE stated ZETTA rode on the school bus . FLOYD S. BLEDSOE stated he thought that ZETTA had got on the bus, but didn't know this to be factual.

I asked FLOYD S. BLEDSOE if he really thought that ZETTA was abducted from the residence. FLOYD S. BLEDSOE stated "yes." I asked FLOYD S. BLEDSOE why he had those thoughts. FLOYD S. BLEDSOE stated that when he got home from work on Friday night he saw ZETTA'S school book bag, school coat and an uneaten brownie on the living room couch. FLOYD S. BLEDSOE stated he knew ZETTA well enough to know that she wouldn't leave the residence without telling someone. FLOYD S. BLEDSOE stated that the way the items were left on the couch indicated to him that she was abducted or left in a hurry with someone that she knew. FLOYD S. BLEDSOE stated that he was more inclined to believe that she was abducted because she had since failed to return home and nobody knew where she was at.

I asked FLOYD S. BLEDSOE where he worked and what time he arrived home from work. FLOYD S. BLEDSOE stated he worked for RICHARD ZULE'S dairy. FLOYD S. BLEDSOE stated he arrived at his trailer around midnight on Friday night. FLOYD S. BLEDSOE stated that when he got home, he knew something was wrong. FLOYD S. BLEDSOE stated he began "to search" for ZETTA at that time.

I asked FLOYD S. BLEDSOE if he had any suspects if ZETTA had been abducted. FLOYD S. BLEDSOE stated "yes." FLOYD S. BLEDSOE stated that he thought BILLY SUMMERVILLE was capable of hurting ZETTA. I asked FLOYD S. BLEDSOE why he would mention BILLY SUMMERVILLE'S name.

FLOYD S. BLEDSOE stated he and HEIDI BLEDSOE lived in the same trailer court with BILLY SUMMERVILLE. FLOYD S. BLEDSOE stated that the trailer court was located at [                ]
[          ] FLOYD S. BLEDSOE stated that BILLY SUMERVILLE would always try to get ZETTA to go out with him or try to talk ZETTA into coming to his trailer. FLOYD S. BLEDSOE stated that it was known that BILLY SUMMERVILLE liked ZETTA and wanted her for a girlfriend.

FLOYD S. BLEDSOE additionally stated that "yesterday" he seen BILLY SUMMERVILLE at the WINCHESTER HARDWARE STORE at approximately 1620 hours (4:20pm). FLOYD S. BLEDSOE stated that he and BILLY SUMMERVILLE left the hardware store during the same time. FLOYD S. BLEDSOE stated that both subjects traveled south on Wellman Road. FLOYD S. BLEDSOE stated that BILLY SUMMERVILLE was driving a blue Chevy truck with a "ninety-seven (97) county" sticker in the back window. FLOYD S. BLEDSOE stated BILLY SUMMERVILLE was alone in the truck. FLOYD S. BLEDSOE stated that he followed BILLY SUMMERVILLE on WELLMAN Road until he (FLOYD) turned left (east) to return to work. FLOYD S. BLEDSOE stated that BILLY SUMMERVILLE had turned

KBI Subpoena 002287
**Exhibit 10 at 002**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001530

right (west) onto Fairview Road. FLOYD S. BLEDSOE stated that BILLY SUMMERVILLE would have driven "right by the trailer." FLOYD S. BLEDSOE stated he wouldn't be surprised if BILLY SUMMERVILLE had stopped at his trailer and had contact with ZETTA.

I asked FLOYD S. BLEDSOE if he really thought that BILLY SUMMERVILLE would hurt ZETTA. FLOYD S. BLEDSOE stated "yes."

FLOYD S. BLEDSOE then stated that he had contact with BILLY SUMMERVILLE at (BILLY'S trailer) at Monroe Street. FLOYD S. BLEDSOE stated that the contact was "this morning" at approximately 0900 hours (9:00am). FLOYD S. BLEDSOE stated that he was in the area searching for ZETTA when he saw BILLY SUMERVILLE. FLOYD S. BLEDSOE asked BILLY SUMMERVILLE if he knew where ZETTA was. BILLIE SUMMERVILLE stated "no." FLOYD S. BLEDSOE then asked BILLIE SUMMERVILLE if he noticed anything unusual when he drove by his (FLOYD) trailer yesterday. BILLIE SUMMERVILLE stated "no", and then asked FLOYD S. BLEDSOE if something was "wrong or stolen." FLOYD S. BLEDSOE stated BILLIE SUMMERVILLE "acted nervous."

FLOYD S. BLEDSOE continued to state that neither of BILLIE SUMMERVILLE'S vehicles were present when he had contact with him. FLOYD S. BLEDSOE told me that BILLIE SUMMERVILLE had taken his "red" vehicle to "TINY MOORE'S" shop yesterday at approximately 1600 (4:00pm) hours. {"TINY MOORE'S shop is located in downtown Oskaloosa} I asked FLOYD S. BLEDSOE how he obtained this information. FLOYD S. BLEDSOE stated that HEIDI BLEDSOE told him today "about one hour ago."

I advised FLOYD S. BLEDSOE that I would make contact with BILLIE SUMMERVILLE.

I concluded my contact with FLOYD S. BLEDSOE on the same date at 1153 hours.

On November 6, 1999, at 1158 hours, I obtained the following information from SGT. POPPA'S field notes pertaining to ZETTA:
ZETTA CAMILLE "MILLIE" ARFMANN
white female
five (5) foot four (4) inches
one-hundred (100) pounds
blonde hair  brown eyes
small round scar near right eye

On November 6, 1999, at 1200 hours, I interviewed ROBIN ANN MEYER. The interview was conducted in my vehicle at HEIDI and FLOYD BLEDSOE'S residence. ROBIN MEYER told me that she was ZETTA'S best friend. ROBIN MEYER stated she had concerns that she nor anyone else knew where ZETTA was. ROBIN MEYER stated that ZETTA wasn't the type of person who would just leave and not tell anyone.

#9

I asked ROBIN MEYER if ZETTA had a boyfriend. ROBIN MEYER stated "no." ROBIN MEYER stated that ZETTA life consisted of school and the church.

I asked ROBIN MEYER if she knew anything about ZETTA'S disappearance. ROBIN MEYER stated that yesterday, she was at the trailer between 1700 (5:00pm) and 1715 (5:15pm) hours. ROBIN MEYER stated that she arrived alone at the residence. ROBIN MEYER stated that she was in her white Sunbird.

ROBIN MEYER stated that she exited from her vehicle and went to the front door and "just walked in." ROBIN MEYER stated that she took one step into the residence and yelled for ZETTA. ROBIN MEYER saw ZETTA'S school bag and coat on the couch in the living room. ROBIN MEYER stated that she didn't get a response from ZETTA. ROBIN MEYER stated that she was inside the trailer for approximately two (2) minutes. ROBIN MEYER stated that she left from the trailer assuming that ZETTA was with her mother.

KBI Subpoena 002288
**Exhibit 10 at 003**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001531**

ROBIN MEYER stated that she returned home to Winchester (Ks.). and watched television.

I asked ROBIN MEYER when she had last seen ZETTA. ROBIN MEYER stated "yesterday" she and ZETTA were together at the trailer. ROBIN MEYER stated that she helped ZETTA with her homework. They then left the residence and went to ROBIN MEYER'S residence. ROBIN MEYER stated that they arrived at her residence at approximately 1900 (7:00pm) hours. ROBIN MEYER stated that she drove ZETTA back to the trailer at approximately 2045 (8:45pm) hours.

I asked ROBIN MYER if ZETTA had ever expressed any personal concerns. ROBIN MEYER stated that ZETTA had talked about HEIDI AND FLOYD BLEDSOE being in the process of a divorce. ZETTA had talked about wanting to move in with JIM and ROSE BOLINGER, who are members of the Countryside Baptist Church located on Wellman Road.

ROBIN MEYER stated that ZETTA had never talked about wanting to runaway. ROBIN MEYER stated that ZETTA had expressed concerns about BILLIE SUMMERVILLE. "She always felt uncomfortable around BILLIE SUMMERVILLE."

I then asked ROBIN MEYER for the names and telephone numbers of ZETTA'S friends.

ROBIN MEYER provided me with the following information.

DARWIN PALMER II ██████████
NICOLE TRANSIER 9629 Delaware Drive 7 ██████
JIM and ROSE BOLINGER ██████
SARAH MONTHEY (sp) 10215 Marion Road | ██████████
DALE "TD" ██████ ″ | ███

I concluded my contact with ROBIN MEYER on the same date at 1215 hours.

On November 6, 1999, at 1217 hours, I left this location to make telephone (cellular) contact with ZETTA'S friends and also to locate BILLIE SUMMERVILLE.
I went to the Oskaloosa Fire Station parking lot and make the following cellular telephone calls:

1224 hours, I contacted SARAH MONTHEY (sp). SARAH MONTHEY stated that her last contact with ZETTA was yesterday at approximately 1430 (2:30 pm) hours. SARAH MONTHEY stated that ZETTA had appeared to be tired and mentioned that she might go to mother's residence in Winchester.  *#/C*

1227 hours, I contacted DARWIN PALMER II. DARWIN PALMER stated that he was already contacted  *#/*
by SGT. POPPA. DARWIN PALMER stated that his last contact with ZETTA was yesterday at approximately 1155 (1155am) hours. DARWIN PALMER stated that he didn't detect anything unusual with ZETTA.

1229 hours, I contacted NICOLE TRASIER'S father. I was advised that NICOLE TRASIER was presently in the City of Oskaloosa. I was also advised that NICOLE TRASIER had already talked with SGT. POPPA.

I concluded with my telephone calls and went enroute to locate BILLIE SUMMERVILLE.

On November 6, 1999, I arrived at BILLIE SUMMERVILLE'S residence located at | ██
██████████ I had no contact with anybody at this residence. I then
went to CHARLIE SUMMERVILLE'S (BILLIE'S father) residence located approximately one (1) block from BILLIE'S residence. I didn't have contact with anybody at this location.

4

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001532

On November 6, 1999, at approximately 1240 hours, I contacted BILLIE SUMMERVILLE at the #18 Downtown Café in Oskaloosa. I told BILLIE SUMMERVILLE that I was investigating the disappearance of ZETTA. BILLIE SUMMERVILLE agreed to be interviewed. The interview began in my vehicle in front of the café and ended in the driveway at BILLIE SUMMERVILLE'S residence.

BILLIE stated that FLOYD had been by his residence and told him about ZETTA. BILLIE SUMMERVILLE stated that he had no knowledge of ZETTA'S location.

BILLIE SUMMERVILLE provided me with the following information.

BILLIE SUMMERVILLE stated that he had worked yesterday (Nov. 5th) with his father, CHARLIE SUMMERVILLE. BILLIE SUMMERVILLE stated that they worked on a metal barn near Paradise Point (near Lake Perry). BILLIE SUMMERVILLE stated that he was with CHARLIE SUMMERVILLE until approximately 1830 (6:00pm).

I asked BILLIE SUMMERVILLE if he traveled Fairview Road on Friday. BILLIE SUMMERVILLE stated "yes." BILLIE SUMMERVILLE stated he and CHARLIE SUMMERVILLE were at the WINCHESTER HARDWARE STORE around "four-thirty." BILLIE SUMMERVILLE stated that they took Wellman Road and Fairview Road home after leaving the hardware store. BILLIE SUMMERVILLE stated that they were in CHARLIE SUMMERVILLE'S blue Chevrolet half ton truck. BILLIE SUMMERVILLE stated that CHARLIE SUMMERVILLE was the driver of the truck.

I asked BILLIE SUMMERVILLE if he had seen FLOYD S. BLEDSOE at the hardware store. BILLIE SUMMERVILLE stated "yes." BILLIE SUMMERVILLE stated that he had talked with FLOYD S. BLEDSOE inside the store.

BILLIE SUMMERVILLE stated again that he had been with CHARLIE SUMMERVILLE all day.

I asked BILLIE SUMMERVILLE what he did after he returned to Oskaloosa. BILLIE SUMMERVILLE stated that after he got off work, he, his son "CHAS", and BILLIE'S brother, BRIAN SUMMERVILLE went to CHARLIE SUMMERVILLE'S residence. BILLIE SUMMERVILLE stated that they left from CHARLIE SUMMERVILLE'S residence between 1830 (6:30pm) hours and 1900 (7:00pm) hours and went to his residence. BILLIE SUMMERVILLE stated that he made dinner for "CHAS", BRIAN SUMMERVILLE and himself. BILLIE SUMMERVILLE stated that he made macaroni/cheese and sirloin steak. BILLIE SUMMERVILLE stated that he went to bed between 2000 (8:00pm) and 2030 (8:30pm) hours. BILLIE SUMMERVILLE stated that "CHAS" and BRIAN SUMMERVILLE were still up when he went to bed. BILLIE SUMMERVILLE stated that he slept until 0715 (7:15am) hours the following morning.

I then asked BILLIE SUMMERVILLE about vehicles he drove. BILLIE SUMMERVILLE stated that he drove a black truck that belonged to his employer, BRAD TILLERY. BILLIE SUMMERVILLE stated that he owned a red 1992 Oldsmobile that was currently at "TINY MOORE'S" shop. BILLIE SUMMERVILLE stated that the fuel pump went out on the Oldsmobile, "last Wednesday." BILLIE SUMMERVILLE stated that "TINY" picked-up his Oldsmobile yesterday at approximately 1600 (4:00pm) hours. BILLIE SUMMERVILLE also stated that he hadn't driven BRAD TILLERY'S truck "for awhile." BILLIE SUMMERVILLE stated that BRAD TILLERY has been in possession of the truck.. BILLIE SUMMERVILLE stated that he had been without transportation for about one week.

I then asked BILLIE SUMMERVILLE when he last had contact with ZETTA. BILLIE SUMMERVILLE stated that he had last talked with ZETTA when FLOYD and HEIDI BLEDSOE lived next to him in the trailer court. BILLIE SUMMERVILLE thought this was in May of 1999. BILLIE SUMMERVILLE stated he had seen ZETTA at different times in the City of Oskaloosa but had never talked with her.

5

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001533**

I asked BILLIE SUMMERVILLE what type of clothing he wore yesterday. BILLIE SUMMERVILLE stated a "TILLERY Fashion Floor" blue t-shirt, blue jeans, Caterpillars brown work boots and green and white boxer shorts.

BILLIE SUMMERVILLE stated that the t-shirt and boxer shorts were in his residence and hadn't been washed.

BILLIE SUMMERVILLE stated the t-shirt had a rip on one of the sleeves. BILLIE SUMMERVILLE stated that the rip had been on the t-shirt for a long time. BILLIE SUMMERVILLE stated that he had washed the t-shirt several times with the rip being present. BILLIE SUMMERVILLE stated that the t-shirt was ripped when BRAD TILLERY initially gave it to him.

I asked BILLIE SUMMERVILLE if he had taken a shower or bath last night. BILLIE SUMMERVILLE stated "no." BILLIE SUMMERVILLE stated that he took a shower "this morning."

BILLIE SUMMERVILLE gave me permission to check his arms, hands, back, neck and chest area for any type of scratches or signs of bleeding. I viewed and photographed (35mm) four (4) long thin lined lacerations on BILLIE SUMMERVILLE'S right forearm. I didn't see anything else remarkable. The lacerations didn't indicate any swelling or puffiness. BILLIE SUMMERVILLE stated that he got the scratches from the job site at Paradise Point.

BILLIE SUMMERVILLE became offended when I asked him if the scratches could have been inflicted by ZETTA. BILLIE SUMMERVILLE stated he was a lot of things but not one to hurt someone.

At 1305 hours, BILLIE SUMMERVILLE and I entered his residence. I viewed an empty container of macaroni and cheese and wrappings for sirloin steak in the kitchen.

BILLIE SUMMERVILLE provided me with the 'TILLERY Fashion Floor' black t-shirt and a pair of red and white boxer shorts. I told BILLIE SUMMERVILLE that he earlier stated he had been wearing green and white boxer shorts. BILLIE SUMMERVILLE stated that he was sure the red and white boxer shorts were what he was wearing on Friday. {These items were seized as evidence}.

BILLIE SUMMERVILLE told me that he had just gotten off probation, "last Monday." BILLIE SUMMERVILLE stated that he didn't need his name involved in anything.

At 1327 hours, I drove BILLIE SUMMERVILLE to the Downtown Café. I went in the café and talked with BRIAN and CHARLIE SUMMERVILLE. *#19*

I asked CHARLIE SUMMERVILLE if he knew of BILLIE SUMMERVILLE'S activities from yesterday. CHARLIE SUMMERVILLE stated he and BILLIE SUMMERVILLE worked all day on constructing a metal barn near Paradise Point. CHARLIE SUMMERVILLE stated that he picked up BILLIE SUMMERVILLE at his (BILLIE'S) residence and they went to the job site. CHARLIE SUMMERVILLE stated that he drove  BILLIE SUMMERVILLE back home (to Oskaloosa) after work. I asked CHARLIE SUMMERVILLE what vehicle they in yesterday. CHARLIE SUMMERVILLE stated his blue Chevy truck.

I then talked with BRIAN SUMMERVILLE. I asked BRIAN SUMMERVILLE if he was with BILLIE SUMMERVILLE at anytime on Friday. BRIAN SUMMERVILLE stated "yes." BRIAN SUMMERVILLE stated that he spent the night with BILLIE at BILLIE SUMMERVILLE'S residence. I asked BRIAN SUMMERVILLE what time BILLIE SUMMERVILLE went to bed. BRIAN SUMMERVILLE stated "around eight o'clock." I asked BRIAN SUMMERVILLE if he had any knowledge of BILLIE SUMMERVILLE leaving the residence after he (BILLIE) went to bed. BRIAN SUMMERVILLE stated that BILLIE SUMMERVILLE never left the trailer.

I ended my contact with BILLIE, CHARLIE and BRIAN SUMMERVILLE at approximately 1332 hours.

6

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001534**

On November 6, 1999, at 1348 hours, I returned to HEIDI and FLOYD BLEDSOE'S residence. I re-interviewed FLOYD S. BLEDSOE in my vehicle. #14

{During the interview, JIM PENRY arrived at our location with possible information on ZETTA'S location. JIM PENRY is FLOYD S. BLEDSOE'S neighbor and was assisting in attempting to locate ZETTA}.

On arrival, I viewed FLOYD S. BLEDSOE stopping vehicles on Fairview Road. FLOYD S. BLEDSOE was stopping vehicles and showing the occupants a photograph of ZETTA. FLOYD S. BLEDSOE was asking if they had seen ZETTA.

I began the interview by telling him that I needed detailed information about his personal relationship with HEIDI BLEDSOE. FLOYD S. BLEDSOE stated that he and HEIDI BLEDSOE had been married for approximately four (4) years. FLOYD S. BLEDSOE stated that he and HEIDI BLEDSOE still lived together at the residence. I asked FLOYD S. BLEDSOE if he and HEIDI BLEDSOE were in the process of a divorce. FLOYD S. BLEDSOE stated "yes" and he thought "they" might file for divorce when they obtained enough money.

I asked FLOYD S. BLEDSOE where he worked and the hours he worked. FLOYD S. BLEDSOE stated he worked for RICHARD ZULE at the dairy farm. FLOYD S. BLEDSOE stated that he went to work yesterday at 1000 (1000am) hours and returned home from work at 0000 (midnight) hours. I asked FLOYD S. BLEDSOE if he left his job at anytime on Friday. FLOYD S. BLEDSOE stated "yes," when he went to the WINCHESTER HARDWARE STORE to buy duct-tape for Richard. FLOYD S. BLEDSOE stated that he also purchased a black sweatshirt for four (4) dollars while at the hardware store (FLOYD S. BLEDSOE was currently wearing the sweatshirt during the interview).

I asked FLOYD S. BLEDSOE if he had returned home (at his trailer) anytime between 1000 am and midnight. FLOYD S. BLEDSOE stated "no."

I asked FLOYD S. BLEDSOE to describe the relationship between he and ZETTA. FLOYD S. BLEDSOE stated that they were only "good friends."

#21

It was during this time (1405 hours/2:05pm) that JIM PENRY arrived at our location and advised that there was a stalled truck located approximately one mile east from the county shop on County Shop Road. JIM PENRY stated that as he drove near the truck, he thought he saw a female subject walking away from the truck into the open field. JIM PENRY stated that he thought it could be ZETTA.

I stopped my interview with FLOYD S. BLEDSOE to investigate JIM PENRY'S concerns. FLOYD S. BLEDSOE asked if he could ride along with me and I agreed.

JIM PENRY, FLOYD S.BLEDSOE and I proceeded to the location of the stalled truck. There was no subject in the area of the truck. We were unable to detect any shoeprints that lead from the truck to the field on the south side of the roadway. There was no evidence at this scene that indicated that a subject had walked away from the truck in the manner that JIM PENRY had initially indicated.

I left from this area at approximately 1435 hours. I advised FLOYD S. BLEDSOE that I was going to take him back to his residence (trailer) so that I could drive the county roads in attempt to find ZETTA. FLOYD S. BLEDSOE requested that he be able to continue riding with me.
#22

On November 6, 1999, at 1535 hours, I had contact with NICKIE COURTER in her driveway at her residence, located on ▮▮▮▮▮▮. NICKIE stated that last night she was in the city of Oskaloosa. NICKIE COURTER stated she seen ZETTA in a dirty and dusty black Grand Am or Grand Prix. NICKIE COURTER then stated that she wasn't sure that the person she saw was ZETTA.

7

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001535

I ended my contact with NICKIE at approximately 1542 (3:42pm) hours.

On November 6, 1999, at approximately 1620 hours FLOYD S. BLEDSOE and I arrived at the trailer court at 500 Monroe Street in Oskaloosa. SHERIFF ROY DUNNAWAY, SGT POPPA and a canine handler from Leavenworth County, (Ks.) met us at the trailer court. The canine and its handler searched the area.

During this time, FLOYD S. BLEDSOE was interviewing and showing people a photograph of ZETTA.

FLOYD S. BLEDSOE and I stayed in the trailer court as the canine and the handler conducted a scent search of the area. As we waited during the search, FLOYD asked me if I thought ZETTA was okay. FLOYD S. BLEDSOE stated that the longer it took to find ZETTA the more he was thinking that she wasn't okay. FLOYD S. BLEDSOE asked me again if I thought ZETTA was okay. I told FLOYD S. BLEDSOE that all depended on whether or not she was really abducted and where and how she was left. FLOYD S. BLEDSOE didn't give a response.

I returned FLOYD S. BLEDSOE back to his residence (trailer) at approximately 1735 (5:35pm) hours.

On November 7, 1999 at approximately 1745 hours, I met with SHERIFF DUNNAWAY, SGT. POPPA, and a canine handler from Leavenworth County (see SGT. POPPA'S report) in the trailer court at

I stayed in the area of the trailer court during the search with consideration that ZETTA might arrive at this location. I left the area at 1900 (7:00pm) hours.

During this time SGT. POPPA and the canine handler searched an area owned by the Countryside Baptist Church, east of Oskaloosa (see SGT. POPPA'S report).

On November 7, 1999, at approximately 2200 (10:00pm) hours, I received a page from Jefferson County Sheriff's Correctional Officer RICHARD PARNELL. RICHARD PARNELL Advised me that SHERIFF DUNNAWAY was requesting my presence at the Jefferson County Sheriff's Law Enforcement Center as soon as possible.

On November 7, 1999, at approximately 2338 hours, I arrived at the Jefferson County Sheriff's Law Enforcement Center. I met with SHERIFF DUNNAWAY in the parking lot. SHERIFF DUNNAWAY stated that he had information that THOMAS "TOM" BLEDSOE knew about ZETTA'S disappearance. SHERIFF DUNNAWAY stated that ZETTA was dead and TOM BLEDSOE knew where ZETTA was buried. SHERIFF DUNNAWAY stated that TOM BLEDSOE was currently with his attorney, MIKE HAYES inside the Law Enforcement Center. (See SHERIFF DUNNAWAY'S report).

SHERIFF DUNNAWAY stated that TOM BLEDSOE had made two (2) telephone calls to JIM BOLINGER. SHERIFF DUNNAWAY stated the two (2) telephone calls were made that evening at approximately 2100 (9:00pm) hours. SHERIFF DUNNAWAY stated JIM BOLINGER wasn't at home to receive the telephone calls. SHERIFF DUNNAWAY stated TOM BLEDSOE left two (2) messages on JIM BOLINGER'S answering machine. JIM BOLINGER had returned home and played back the messages on his digital answering machine. JIM BOLINGER then contacted the Jefferson County Sheriff's Department and advised on the content of the messages from TOM BLEDSOE.

SHERIFF DUNNAWAY stated that DEPUTY HEATHER KYLE responded to JIM BOLINGER' residence to gather JIM BOLINGER'S information. SHERIFF DUNNAWAY stated that DEPUTY KYLE tape-recorded the two (2) messages left by TOM BLEDSOE.

The following is a typed copy of DEPUTY KYLE'S transcription of the two (2) telephone messages left by TOM BLEDSOE on JIM BOLINGER'S digital answering machine:

8

KBI Subpoena 002293
**Exhibit 10 at 008**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001536

**Telephone messages left on JIM BOLINGER'S answering machine from TOM BLEDSOE:**

Hi, JIM, this is TOM. I …wanted you to be the first to know. I know…I lied to you. I know where CAMILLE is. And when you get this message, I'm going to turn myself in to the police. …. went through…I said. I wished I never did it. I hurt the church, I hurt GOD, most of all, I let everyone down. All I can say is, I'm sorry. I'll pay for the rest of my life for what I've done. All I can ask is for the church to remain strong. Please forgive me. As a favor, please remember my mom and dad. Help them when they go through…help with pain…I'm about to…thank you, JIM.

8:55pm

Hi, JIM. Me again. TOM. Please help mom and dad through this. Right now they're disappointed. I know that the church will be, too. All I can ask…forgive me for what I've done and I will pay for it for the rest of my life. I wanted to tell you in front of the church, but I didn't have enough guts…I'm sorry. I don't know what went through my mind. … right now you're probably pretty shocked. I wish I could turn the clock back, but I can't. I made my choice. I wish I didn't. I'm sorry. Bye.

9:01pm

On November 8, 1999, at 0039 (1239am) hours, TOM BLEDSOE and his attorney, MIKE HAYES led officers to the ZETTA' buried body. I arrived at the crime scene at 0051 *#23* (1251am) hours.

Officers were led to an open brome field that was owned by TOM and FLOYD S. BLEDSOE'S father, FLOYD L. BLEDSOE. ZETTA'S buried was discovered in an area north of the residence (11477 Osage Road) owned by FLOYD L. BLEDSOE. The location of ZETTA'S buried body was additionally documented as being seven-tenths of mile north of 110th and Osage Road and then west two-tenths of a mile west in the brome pasture. This area is located in Jefferson County Kansas. (See copy of written consent to search obtained by SHERIFF DUNNAWAY from FLOYD L. BLEDSOE).

ZETTA'S body was buried in an open ditch area that was used for dumping trash and garbage. The open ditch area was approximately four and one-half (4 ½) feet deep and approximately fourteen (14) feet wide.

ZETTA'S body was buried and covered with dirt, trash and several pieces of plywood. DETECTIVE (DET.) TROY FROST and SGT. POPPA hand dug the ground area in order to expose ZETTA'S body.

As the dirt was removed, I viewed a white female subject positioned on the left side of her back. The female subject's right leg was slightly bent at the knee, the left leg was bent at the knee at approximately a forty-five (45) degree angle, the left leg was positioned under the right leg. The female subject's right arm was bent at the elbow and positioned across the waist area and above the jean line. The female subject's right hand was position outwards from the body and the fingers were positioned inward toward the palm at the third (3rd) knuckles. The female subject's left arm was bent at the elbow, the left hand was positioned back towards the left forearm, the fingers on the left hand were bent at the second (2nd) knuckles. The left arm and left hand were positioned against the exposed breast area. The female subject's head was positioned with her chin on her chest area. The head was positioned in a straight line to the middle of her waist.

The female subject was wearing black tennis shoes (shoelaces were tied), blue jeans, a dark t-shirt and bra. The t-shirt and bra were positioned above the breast area, exposing ZETTA'S breasts.

KBI Subpoena 002294
**Exhibit 10 at 009**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001537**

I took thirty-five (35) mm color still photographs and Polaroid color photographs of the crime scene. SGT. POPPA maintained a photograph log indicating the time, position, and items photographed (See SGT. POPPA'S log/report).

I also photographed areas of the ZETTA'S body that indicated that she had been shot with a firearm. These areas were the head, chest, breast and left arm.

KBI S/A JIM WOODS additionally took color photographs of the crime scene.

DR. ERIK MITCHELL and DR. JAMES RIDER were the coroners at the scene.

GUS BARNETT (BARNETT'S FUNERAL HOME/Oskaloosa) delivered the body to DR. MITCHELL'S office in Topeka, (Ks.). DET. FROST assisted in the transportation of the body.

On November 8, 1999, at 0547 hours, I exited from the crime scene.

On November 8, 1999, at 0722 hours, I had telephone contact with JAMES BOLINGER. *#26* I advised JAMES BOLINGER that I wanted to conduct an interview with him in regards to the telephone messages that he had received from TOM BLEDSOE.

JAMES BOLINGER agreed to be enroute to the Jefferson County Sheriff's Law Enforcement Center.

On November 8, 1999, at 0757 hours, I interviewed JAMES BOLINGER in the interview room at the Jefferson County Sheriff's Law Enforcement Center  JAMES BOLINGER provided me with a verbal and written statement (attached).

JAMES BOLINGER confirmed that he had received two (2) telephone messages from TOM BLEDSOE on November 7, 1999. JAMES BOLINGER confirmed that he notified the Sheriff's Department after receiving the messages.

I asked JAMES BOLINGER how he knew TOM BLEDSOE. JAMES BOLINGER stated that he and TOM BLEDSOE attended the same church. JAMES BOLINGER stated that he has known TOM BLEDSOE for a long time and couldn't believe that he (TOM) would be involved in ZETTA'S death.

I told JAMES BOLINGER that my primary concern was to ascertain his official capacity with the church. I told JAMES BOLINGER that I had been told that he was a Pastor at the Countryside Baptist Church.

JAMES BOLINGER stated he was "just a member" and sometimes led the services at the church. JAMES BOLINGER stated that the church was presently without a pastor. JAMES BOLINGER stated that MIKE WAGGONER was the previous pastor. MIKE WAGGNER resigned on September 21, 1999.

JAMES BOLINGER stated that he had never presented to any of the church members as a pastor or acting in the manner of a pastor. I asked JAMES BOLINGER if TOM BLEDSOE could have had believed that he (JAMES) was a pastor. JAMES BOLINGER stated that TOM BLEDSOE was well aware that he (JAMES) wasn't.

The following is a typed copy of a written statement provided by JAMES BOLINGER.
**JIM BOLINGER became a member of Blessed Hope Baptist Church Oskaloosa in approx. 1973.**

10

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001538**

The church later became know as Countryside Baptist Church and moved to ▮▮▮▮▮▮▮ ▮▮▮▮▮. I am not a pastor have never been called to be a pastor and never represented myself as a Pastor. I have been with TOM in services at least two or three times a week for past 8 or 9 years. He knew that I was not a pastor. No members refer to me as a pastor. I am a Sunday School teacher of young people a song leader and have Friday night devotions at the.....also youth group leader on Sun evening. REV. MIKE WAGGONER was our last Pastor. He resigned Sept 21st 1999 and since that time I have not represented myself as the Pastor of our church nor at any other time.

Signed by JAMES R. BOLINGER 11-8-99  0817 hours

I concluded my interview with JAMES BOLINGER at 0820 hours.

On November 8, 1999, at 0832 hours, SHERIFF DUNNAWAY stated that DR. MITCHELL was needing information regarding whether or not ZETTA had a school lunch on Friday. DR. MITCHELL also wanted to know the type of food that was served. SHERIFF DUNNAWAY requested that contact school officials for the needed information.

On November 8, 1999, at 0834 hours, I had telephone contact with DARLA HEARD. DARLA HEARD is a secretary at the Oskaloosa Superintendent Office. DARLA HEARD confirmed (computer data) that ZETTA had lunch on November 5, 1999. DARLA HEARD stated the food served on Friday consisted of a salad bar, hamburger, lettuce, tomatoes, pickles, green beans, chocolate cookie, and French fries.

On November 8, 1999, at 0851 hours, I had telephone contact with DET. FROST. DET. FROST was at DR. MITHCELL'S office. I advised DET. FROST of the information that I had received from DARLA HEARD.

On November 8, 1999, at 1028 hours, KBI S/A WOODS requested that I make contact with FLOYD S. BLEDSOE. KBI S/A WOODS needed the names of ZETTA'S family members.

On November 8, 1999, I had telephone contact with BECKY ARFMANN who was at Floyd's residence. BECKY ARFMANN stated that FLOYD S. BLEDSOE wasn't home. BECKY ARFMANN stated that she would advise FLOYD S. BLEDSOE when he returned that he needed to contact me.

During the telephone conversation, I asked BECKY ARFMANN if she knew the color of TOM BLEDSOE'S truck. BECKY ARFMANN stated the truck was either gray or black.

On November 8, 1999, at 1040 hours, KBI S/A TERRY MORGAN requested that I re-contact BECKY ARFMANN. KBI S/A MORGAN wanted to know who was currently at FLOYD S. BLEDSOE residence (trailer). KBI S/A MORGAN stated he wanted to interview the family members at the Jefferson County Law Enforcement Center.

On November 8, 1999, at 1042 hours, I had telephone contact with BECKY ARFMANN. I advised her on S/A MORGAN'S request. BECKY ARFMANN stated DALE, GEORGE, and herself would be enroute to the Jefferson County Law Enforcement Center.

On November 8, 1999, at 1155 hours, I had telephone contact with FLOYD S. BLEDSOE. FLOYD S. BLEDSOE agreed to come to the Jefferson County Law Enforcement for an interview. I asked FLOYD S. BLEDSOE if he had knowledge of the color of TOM BLEDSOE'S truck. FLOYD S. BLEDSOE stated he was sure the truck was black. FLOYD S. BLEDSOE told me that members from different television stations were continuously driving by his residence (trailer).

On November 9, 1999, at 1015 hours, I received an interoffice memo indicating that JEFF TAYLOR was at the Jefferson County Law Enforcement Center on November 11, 1999. JEFF TAYLOR provided a written statement (attached) indicating that he had heard a gun shot on or about 2330 (1130pm) hours on Saturday night. JEFF TAYLOR documented that the shot came from

11

KBI Subpoena 002296
**Exhibit 10 at 011**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001539

the pasture just west of his residence. JEFF TAYLOR listed his address as 15031 K-16 Highway.

On November 9, 1999, at 1035 hours, I had telephone contact with CLAUDINE BOLDRIDGE. CLAUDINE BOLDRIDGE is the Oskaloosa School Psychologist. CLAUDINE BOLDRIDGE stated that she had concerns about statements being made by the students at the school.

I advised CLAUDINE BOLDRIDGE that I was currently in a meeting discussing the investigation. I asked CLAUDINE BOLDRIDGE to document her information in written form and to bring her written statements to me at the Jefferson County Law Enforcement Center.

On the same day, I received a one-page written letter (attached) from CLAUDINE BOLDRIDGE. CLAUDINE BOLDRIDGE documented that one of the students provided information that TOM BLEDSOE had "messed with" some boys on a fishing trip while with other church members.

CLAUDINE BOLDRIDGE also had a student tell her that 'CODY BLEDSOE was at the Church yesterday and was showing others what MR. BLEDSOE did to CAMILLE with both actions and words. He reportedly was saying, "bang, bang" as he was pointing to his feet, legs, and rib cage and then saying, "bam,bam" as he was hitting his head.'

On November 9, 1999, I received a telephone call from BRANDI WAMPLER. BRANDI WAMPLER stated that she babysat for FLOYD and HEIDI BLEDSOE'S children. BRANDI WAMPLER stated on Friday (November 6th) at 0045 (12:45am) hours, FLOYD S. BLEDSOE picked up CODY and CHRISTIAN BLEDSOE from her residence. BRANDI WAMPLER stated at 0245 (2:45am) FLOYD S. BLEDSOE brought CODY and CHRISTIAN BLEDSOE back to her residence. BRANDI WAMPER stated that FLOYD S. BLEDSOE didn't return to pick up CODY and CHRISTIAN until the following morning at 0840 (8:40am).

The following is a typed copy of a five (5) page written statement provided by BRANDI WAMPLER:

**On October 21, 1999 I, BRANDI WAMPLER had called CAMILLE at FLOYD'S house around 5pm. I had asked her if she had talked to FLOYD at all and she said no not since that morning. Then CAMILLE said, "This is going to sound stupid but you would never guess what FLOYD asked me." I, BRANDI, asked her what he had asked her. CAMILLE said, "FLOYD asked me what and where I was going to live when him and HEIDI got their divorce. She said," I don't know." SHE CAMILLE also had said, "she was scared to stay at the trailer by herself at night when FLOYD was there." ROSE BOLINGER said, "it was because FLOYD would always pinch her on her cheek, and wrestle with her, so she would go to her room and shut the door." She also told me she wanted to move in with ROSE and JIM BOLINGER instead of her mom but she didn't know how to ask them so she asked me if I would ask them for her. Then, she said well I'm gonna let you go so I can do my homework and go to bed. I, BRANDI, then called ROSE BOLINGER and told her what CAMILLE had told me on the phone about wanting to move in with them but she did not know how to ask them. We also talked about her not wanting to stay out at FLOYD and HEIDI'S house by herself at night. Then ROSE had to go.**

**FLOYD had picked the boys up at 11:00pm that night. FLOYD had said, "he needed me to keep boys on 10-23-99" I asked him why and he said he had to go collect some money at 9:00pm from some people and he would be back in 2 hours, he got her at 12:30am.**

**On November 2 and November 4 he had picked them up at 11:00pm (11-2-99)-11:15pm (11-4-99). On Friday Nov. 5, 1999 HEIDI had brought the boys over here at 12:45pm, she had ROBIN MEYERS car because FLOYD was not home yet. At 8:15pm I, BRANDI and BRANDON went to my mom's house to drop some stuff off for STEPHEN and he had decided he wanted to come home so he did. ADRIENNE and I had went to DAVID and CINDY MASTERS house for**

KBI Subpoena 002297

**Exhibit 10 at 012**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001540

20 minutes to get STEPHEN'S order form when they order some things. We then left CINDY and DAVIDS house and I took ADRIENNE back home and then BRANDON, STEPHEN, and I came home. JEFF was awake and CODY, CHRISTIAN, and AUSTIN were sleeping. JEFF brought BRANDON in. We then all went to bed. TAMMY DRESSLER and CAMILLE'S mom came by at 12:30am and TOMMY asked me, "if I had seen or talked to CAMILLE after school." I told TOMMY the last time I had talked to CAMILLE was the week before we went out to the farm for the Halloween party. I had not seen her since then or talked to her. She CAMILLE was very quiet the night we were at the farm, which was October 29, 1999. At 12:45am FLOYD had just gotten here to pick the boys up. He said, "he was sorry he was late." He did not say why he was late and he usually does. I asked him if they had found CAMILLE yet and he said, "what did they already come by here." I said, "yeah they thought CAMILLE came over here to help with the boys, and I told them no I hadn't seen her." He said,"oh." I told him that HEIDI said, he had the money to pay me because she gave it to him to give me when he picked them up at 11:00pm but he didn't get here until 12:45am. He had said on yeah when I went home to see if CAMILLE was there I forgot to grab it. He said, "he didn't want to take it with him to work because he thought he might lose it.

So then he left and I went back to bed. Then at 2:45am Jeff and I heard FLOYD pull in the driveway and knocking on the door. So I got up to see what he needed. He asked me if I would watch the boys while he went to Pomona to see if HEIDI'S sister had picked her up. I said, "well where is HEIDI he said at home in stress." I said, "I guess." He said "thank". I'll pick them up when I get back. I said, "how long does it take to get there and where is it?" he FLOYD said, "it's about 1 ½ hours to there and back. He got here at 8:40am to pick them up and he said, "I still haven't had any sleep yet." Then he said,"oh can you keep then for a little while longer while I go and do some things. I said no because I got to take STEPHEN to Winchester to his grandma' and I'm taking BRANDON and AUSTIN to the doctor because they are sick. He said,"oh that's right." He then said, well maybe my mom will watch them. CHRISTIAN stayed at CATHERINE BLEDSOE'S house after they left here. CODY was with FLOYD. CHERYL and TOM BRYANT picked CODY up at his house around 7:-8:30pm. FLOYD told them that CODY did not want to stay there with his mom and dad. CHERYL told FOLYD he needed clothes for CODY for church. He started digging around on the floor for clothes. He (CODY) stayed with CHERYL and TOM BRYANT Saturday night and came to church on Sunday. Monday when we were at the church CODY was telling STEPHEN and other peers a lot of detailed stuff about what happened to CAMILLE.

How does CODY know is what I want to know?

On Nov.5  FLOYD got off work at 11:30pm according to RICHARD ZULE who owns Zule's Dairy. I called RICHARD today to find out what time he got off-Friday night.

Five page written statement (attached) of BRANDI WAMPLER provided November 9, 1999

On November 9, 1999 at 1112 hours, I had telephone contact with TRUDY ERHARDT. #30 TRUDY ERHARDT stated her daughter, KELLY ERHARDT attended Jefferson County North High School. KELLY ERHARDT heard from a third party (BRITTANY LNU) that ZETTA had told BRITTANY (LNU) that TOM BLEDSOE told ZETTA that if she (ZETTA) didn't give him what he wanted that he would kill her. TRUDY ERHARDT stated he would ascertain BRITTANY'S last name and advise me of such.

On November 9, 1999, UNDERSHRIFF JEFF HERRIG made contact with me at the Jefferson County Law Enforcement Center. UNDERSHERIFF HERRIG stated that he had been contacted by DETECTIVE (DET.) JERRY GREENE. DET. GREENE stated that "BARB" STEPHENS contacted him. "BARB" STEPHENS stated that her husband, DICK STEPHENS (a land excavator) was contacted "last Saturday" by either FLOYD S. BLEDSOE or his father, FLOYD L. BLEDSOE. DICK STEPHENS was told that a "pumping well" needed to be filled with dirt at FLOYD S. BLEDSOE'S property, as soon as possible. "BARB" STEPHENS stated that after reading the newspaper about the homicide and FLOYD'S arrest, she thought it was somewhat strange.

KBI Subpoena 002298
**Exhibit 10 at 013**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001541

UNDERSHERIFF HERRIG stated he needed me to contact "BARB" STEPHENS.

On November 9, 1999, at 1150 hours, KBI S/A MORGAN and I met with "BARB" STEPHENS   #31
at her place of employment, OLD JEFFERSON INN in Oskaloosa, (Ks.). "BARB" STEPHENS confirmed
the information received from UNDERSHERIFF HERRIG. "BARB" STEPHENS additionally
stated that it was "little FLOYD" (FLOYD S. BLEDSOE) that had contacted DICK STEPHENS,
wanting his "well filled."

"BARB" STEPHENS stated that DICK STEPHENS was currently working at a job site in
Winchester, if we needed to talk with him. "BARB" STEPHENS additionally stated DICK
STEPHENS had a doctor's appointment in Winchester, at 1300 (1:00pm) hours on the same date.

On November 9, 1999, at 1235 hours, KBI S/A MORGAN and I went enroute to meet with DICK
STEPHENS.

At 1325 (1:25pm) hours, KBI S/A MORGAN and I met with DICK STEPHENS in Winchester. I   #32
told DICK STEPHENS on the information that was received from his wife, "BARB
STEPHENS."

DICK STEPHENS confirmed that he had contact with FLOYD S. BLEDSOE "last Sunday"
at approximately 0830 (8:30am) hours. DICK STEPHENS stated that the contact was at the Casey's
General Store in Oskaloosa, (Ks).

DICK STEPHENS stated he and FLOYD S. BLEDSOE had a five (5) minute conversation
that was initiated by FLOYD S. BLEDSOE.

DICK STEPHENS stated FLOYD S. BLEDSOE began conversing by asking DICK STEPHENS
if he, (DICK) could fill up "a well" on his property with dirt. FLOYD S. BLEDSOE expressed to DICK
STEPHENS that it needed to done as soon as possible. DICK STEPHENS told me that FLOYD
S. BLEDSOE stated that he wanted it done "that day". DICK STEPHENS stated he
told FLOYD S. BLEDSOE that he was currently busy and wouldn't be able to do it that day. FLOYD S.
BLEDSOE then stated he needed the well filled as soon as possible.

DICK STEPHENS stated that FLOYD S. BLEDSOE then talked briefly about ZETTA'S
disappearance. FLOYD S. BLEDSOE commented that ZETTA had been reported missing and Law
Enforcement was looking for her.

DICK STEPHENS told me that he didn't think anything of FLOYD S. BLEDSOE's
request until he heard that ZETTA had been found dead.

DICK STEPHENS agreed to continue our interview at the Jefferson County Sheriff's Law
Enforcement Center on the same date.

DICK STEPHENS arrived at the Jefferson County Sheriff's Law Enforcement Center.
KBI S/A MORGAN interviewed DICK STEPHENS (See KBI S/A MORGAN'S report).

On November 9, 1999 I received a telephone call from DEBBIE STEPHENS. DEBBIE   #33
STEPHENS stated on Friday (November 5th, 1999) she seen BILLY SUMMERVILLE in a black
truck in the City of Oskaloosa. DEBBIE STEPHENS stated that BILLY SUMMERVILLE had a female
passenger in the truck. DEBBIE STEPHENS could only describe the passenger as having "dishwater
hair." DEBBIE STEPHENS was unable to provide any additional information.

On November 9, 1999 at 2000 hours, KBI S/A MORGAN and I interviewed FLOYD S.   #14
BLEDSOE. The interview was at the Jefferson County Sheriff's Law Enforcement Center.
The interview was videotaped.

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001542

FLOYD S. BLEDSOE was provided with his RIGHTS PER MIRANDA (written form) before any questions were asked. FLOYD S. BLEDSOE agreed to WAIVE HIS RIGHTS.

The interview started with FLOYD S. BLEDSOE providing us with his activities for November 5th, (99). The following are FLOYD S. BLEDSOE'S verbal statements:

FLOYD S. BLEDSOE stated that he woke up at 0700 (7:00am) hours at his residence. FLOYD S. BLEDSOE woke up ZETTA and then went into the kitchen and got a glass of juice. FLOYD S. BLEDSOE talked with ZETTA and gave her some change. ZETTA got on the school bus at 0730 (7:30 am) hours. FLOYD S. BLEDSOE went back to bed and woke up at 0900 (9:00am) hours and got his sons dressed. HEIDI BLEDSOE then woke up and got dressed.

HEIDI and FLOYD S. BLEDSOE went to SCOTT HARRIS' residence and he (SCOTT) wasn't home.

HEIDI and FLOYD S. BLEDSOE then went to the doctor's office (DR. COX) in Oskaloosa, arriving at approximately 1000 (10:00am) hours. HEIDI and FLOYD S. BLEDSOE then went to the Oskaloosa State Bank and HEIDI deposited a check in her account (unknown amount). HEIDI BLEDSOE kept two-hundred and fifty ($250.00) in cash for paying bills.

HEIDI and FLOYD S. BLEDSOE then went to make contact with HEIDI'S mother (TOMMIE SUE ARFMANN) at her trailer in Winchester. TOMMIE SUE ARFMANN wasn't present.

HEIDI and FLOYD S. BLEDSOE went to the TLC (daycare) in Winchester so HEIDI could ask ROBIN MYER to borrow her vehicle. HEIDI BLEDSOE has ROBIN MEYER'S vehicle.

HEIDI BLEDSOE and her two sons leave Winchester enroute to their residence.

FLOYD S. BLEDSOE drove to his place of employment, ZULE'S DAIRY and arrived at approximately 1100 (1100am) hours.

RICHARD ZULE and FRANK CRAWFORD were present when he arrived at work. FLOYD S. BLEDSOE recalled that SHERRY ZULE was present but inside her residence. FLOYD S. BLEDSOE then stated that another man was present, he was unsure of the identity of this person.

FLOYD S. BLEDSOE stated HEIDI BLEDSOE arrived at the diary and wanted twenty (20) dollars. FLOYD S. BLEDSOE stated HEIDI BLEDSOE had arrived at the diary in ROBIN MEYER'S vehicle.

FLOYD S. BLEDSOE stated that he started to milk the cows at approximately noon. FLOYD S. BLEDSOE stated that he finished milking the cows between 1300 (1:00pm) and 1330 (1:30pm) hours.

FLOYD S. BLEDSOE stated that it usually took him four (4) hours to milk the cows. FLOYD S. BLEDSOE stated that RICHARD ZULE had already started the milking when he arrived at work. FLOYD S. BLEDSOE stated that in the afternoon, he and RICHARD ZULE went and checked on some fresh cows, located about one-forth (1/4) of a mile from the dairy. RICHARD ZULE took the four (4) wheeler. FLOYD S. BLEDSOE drove the blue 1982 Chevrolet truck. They were at this area for approximately forty-five (45) minutes and then returned to the dairy.

FLOYD S. BLEDSOE had lunch at RICHARD ZULE'S residence at approximately 1430 (2:30pm) hours.

FLOYD S. BLEDSOE then left the residence to get some silage and then back to the diary at approximately 1530 (3:30pm).

15

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001543**

At approximately 1600 (4:00pm) hours, RICHARD ZULE had FLOYD go to the WINCHESTER HARDWARE STORE to buy duct-tape. RICHARD ZULE gave FLOYD a fifty (50) dollar bill. FLOYD S. BLEDSOE left the diary in a green Chevrolet truck and went to the hardware store.

FLOYD S. BLEDSOE stated that as he turned onto Wellman Road, he saw ZETTA'S school bus heading south on Wellman Road and getting ready to turn on Fairview Road.

FLOYD S. BLEDSOE stated that he thought about stopping by his residence to pick up ZETTA and take her to Oskaloosa. FLOYD S. BLEDSOE stated that he does this about twice a week.

FLOYD S. BLEDSOE then stated that he had been working for approximately three (3) weeks for RICHARD ZULE.

FLOYD S. BLEDSOE stated that last Tuesday, he picked up ZETTA and they got something to eat.

FLOYD S. BLEDSOE decided not to stop at his residence because he knew that SHERRI ZULE would fix him dinner.

FLOYD S. BLEDSOE then stated ZETTA lost her house key about two (2) weeks ago. FLOYD S. BLEDSOE talked about the fact that he always thought that someone had been entering his residence and removing items. FLOYD S. BLEDSOE stated that he thought it was his mother-in-law.

FLOYD S. BLEDSOE then talked about the roads he drove from the dairy to the hardware store. FLOYD S. BLEDSOE stated that he traveled north on Wellman Road and arrived at the hardware store at approximately 1620 (4:20) hours. FLOYD S. BLEDSOE stated that he had contact with the female owner of the store. FLOYD S. BLEDSOE bought the duct tape and then looked at sweat shirts at the store.

FLOYD S. BLEDSOE then stated that during this time, BILLIE SUMMERVILLE walked into the store and asked for lag bolts. FLOYD S. BLEDSOE talked with BILLIE SUMMERVILLE for approximately five (5) minutes. FLOYD S. BLEDSOE stated that he talked with BILLIE SUMMERVILLE about his (FLOYD'S) divorce. FLOYD S. BLEDSOE then stated that he paid for the sweat shirt and left.

FLOYD S. BLEDSOE stated that he saw BILLIE SUMMERVILLE leave the hardware store in a black Chevrolet truck. FLOYD S. BLEDSOE was unsure if BILLIE SUMMERVILLE was with anyone. FLOYD S. BLEDSOE stated that he followed BILLIE SUMMERVILLE from the parking lot. FLOYD S. BLEDSOE stated that he and BILLIE SUMMERVILLE traveled south on Wellman Road. FLOYD S. BLEDSOE stated that he (FLOYD) stayed within one hundred and fifty feet (150) of BILLIE SUMMERVILLE'S truck. FLOYD S. BLEDSOE stated that he saw BILLIE SUMMERVILLE turning west onto Fairview Road. FLOYD S. BLEDSOE returned to the dairy at approximately 1650 (4:50pm) hours.

RICHARD ZULE asked FLOYD, "where you go, Kansas City." FLOYD S. BLEDSOE gave RICHARD ZULE the duct tape and told him (RICHARD) that he was going to start milking the cows. RICHARD ZULE had FLOYD help remove items from the truck before he went to milk the cows. FLOYD S. BLEDSOE drove the green truck to the dairy.

FLOYD S. BLEDSOE stated that he didn't recall receiving any telephone calls during this time. FLOYD S. BLEDSOE went to the "east barn" to bring cows back. FLOYD BLEDSOE got back to the milking barn at approximately 1800 (6:00 pm) hours.

SHERRI ZULE brought him dinner and he ate soup and a sandwich.

KBI Subpoena 002301
**Exhibit 10 at 016**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001544

At 1930 (7:30pm) hours, FLOYD received a telephone from RICHARD ZULE. RICHARD ZULE wanted information on the cows that had been loaded into the trailer, earlier that day. FLOYD S. BLEDSOE milked over one-hundred (100) cows in three and ½ (3 ½) to four (4) hours.

FLOYD S. BLEDSOE recalled while milking the cows, he received a telephone call from BRANDI SIZEMORE.

FLOYD S. BLEDSOE stated that by 2200 (1000PM) hours, he had approximately forty (40) cows left to milk.

At 2215 (10:15pm) hours, FLOYD received a telephone call from his mother-in-law (TOMMIE SUE ARFMANN) asking where ZETTA was. FLOYD S. BLEDSOE told her that ZETTA was at church. TOMMIE SUE ARFMANN told FLOYD that ZETTA had never made it to church. FLOYD S. BLEDSOE told her that ZETTA could have fallen asleep at the residence. FLOYD S. BLEDSOE also stated that maybe ZETTA was with DALE and TAMMY.

FLOYD S. BLEDSOE then stated that he thought that ZETTA was going to spend the night at the church but he didn't let TOMMIE SUE ARFMANN know this.

FLOYD S. BLEDSOE then stated that he wasn't for sure, but TOMMIE SUE ARFMANN might not have called him

At approximately 2300 (11:00pm) to 2315 (11:15pm) hours, FLOYD finished milking the cows.

FLOYD S. BLEDSOE made a telephone call to TOMMIE SUE ARFMANN at her residence in Winchester. FLOYD S. BLEDSOE stated that he was unable to make contact with TOMMIE SUE ARFMANN but continued to call her residence about every ten (10) minutes.

FLOYD S. BLEDSOE then left to go home.

When he arrived at his residence, SCOTT HARRIS and HEIDI BLEDSOE had just arrived home and were at the residence. FLOYD S. BLEDSOE asked SCOTT HARRIS and HEIDI BLEDSOE if they knew where ZETTA was. HEIDI BLEDSOE stated "not since last night, is she inside?"

FLOYD and HEIDI BLEDSOE entered the residence after HEIDE BLEDSOE fell through the front door. FLOYD S. BLEDSOE stated HEIDI BLEDSOE had grabbed the door handle and thought the door had been locked. FLOYD S. BLEDSOE stated that he went to his children's bedroom and HEIDI BLEDSOE checked for ZETTA in her bedroom.

FLOYD S. BLEDSOE stated that ZETTA'S backpack, coat and a brownie were on the living room couch.

FLOYD S. BLEDSOE stated that their dogs were inside the residence when they entered the trailer to look for ZETTA. FLOYD S. BLEDSOE stated that he thought that ZETTA had let the dogs in when she got home.

FLOYD S. BLEDSOE then went to the babysitter to pick up his sons. HEIDI BLEDSOE stayed at the residence in case TOMMIE ARFMANN arrived.

Enroute to BRANDI WAMPER'S (babysitter) residence, he (FLOYD) stated that he thought that he seen TOMMIE ARFAMNN in her vehicle.

FLOYD S. BLEDSOE arrived at BRANDI WAMPLER'S residence. BRANDI WAMPLER asked if they had found ZETTA. FLOYD S. BLEDSOE told her "no," but he thought that she could be with her mother, TOMMIE ARFAMNN. BRANDI WAMPLER told FLOYD S. BLEDSOE that TOMMIE

17

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001545

ARFMANN was just there. FLOYD S. BLEDSOE paid BRANDI WAMPLER, one hundred (100) dollars and then returned to his residence.

On arrival, TOMMIE AFRMANN, GEORGE and HEIDI BLEDSOE were present. SCOTT HARRIS then arrived at the residence. SCOTT HARRIS asked if ZETTA had been located. FLOYD S. BLEDSOE told SCOTT HARRIS, "no."

Everyone begins search the area around the residence. FLOYD S. BLEDSOE stated that he didn't have a flashlight.

FLOYD S. BLEDSOE stated that ROBIN MYERS arrived at the residence at approximately 0030 (12:30am) hours.

At 0100 (1:00am) hours, HEIDI BLEDSOE and ROBIN MYERS went to the Sheriff's Department to report ZETTA missing. During this time, FLOYD had SCOTT HARRIS take him to his uncle's (GARY BLEDSOE) residence to get gasoline. FLOYD S. BLEDSOE stated that he couldn't wake anyone up. They then went to the pay telephone by GAMBINO'S in Oskaloosa. FLOYD S. BLEDSOE made telephone contact with GARY BLEDSOE and asked for gasoline. SCOTT HARRIS took FLOYD S. BLEDSOE to his uncle's house and he (FLOYD) got gasoline.

At approximately 0230 (2:30am ) hours, FLOYD S. BLEDSOE took his sons back to BRANDI WAMPLER'S residence to babysit.

FLOYD S. BLEDSOE then stated that TOMMIE ARFMANN thought that ZETTA could have gone to her sister's (ROBERTA) residence in Quenemo (Ks.). FLOYD S. BLEDSOE stated that he was going to Quenemo to see if ZETTA was at ROBERTA'S.

HEIDI BLEDSOE stated she had to take a photograph of ZETTA to the Sheriff's Department. FLOYD S. BLEDSOE stated that he stopped at a Conoco gas station in north Lawrence and purchased gas. FLOYD S. BLEDSOE stated that he had contact with an off duty police officer at the Conoco station. FLOYD S. BLEDSOE stated he wasn't for sure what time he was at Conoco. FLOYD S. BLEDSOE stated that he purchased nineteen dollars and forty cents in gas.

FLOYD S. BLEDSOE drove to Ottawa (Ks.) and stopped at BECKY'S (ZETTA'S sister) residence. FLOYD S. BLEDSOE believed that he arrived at BECKY'S residence at approximately 0400 (4:00am) hours. FLOYD S. BLEDSOE told BECKY about ZETTA. BECKY asked if he thought that ZETTA could have runaway. FLOYD S. BLEDSOE stated that he didn't think so. FLOYD S. BLEDSOE then left this location and went to ROBERTA WEEKLY'S residence in Quenemo. FLOYD S. BLEDSOE stated he had contact with ROBERTA WEEKLY, who stated that ZETTA wasn't present.

FLOYD S. BLEDSOE returned to BECKY'S residence between 0600 (6:00am) and (6:30am) hours. FLOYD S. BLEDSOE stated that he believed that HEIDI BLEDSOE had called BECKY after he left the first time. FLOYD S. BLEDSOE stated that he returned the telephone call to HEIDI BLEDSOE and asked if ZETTA had been found.

FLOYD S. BLEDSOE and BECKY returned back to Oskaloosa and to his residence at approximately 0830 (8:30am) hours. This is when FLOYD met with SGT. POPPA at the CASEY'S GENERAL STORE.

FLOYD S. BLEDSOE then returned to his residence and searched the area. FLOYD S. BLEDSOE also called his father, and told him about ZETTA being missing.

FLOYD S. BLEDSOE stated during the day  he stopped his vehicle on the roadway and showed a photograph of ZETTA. FLOYD S. BLEDSOE stated that I had contact with him and he assisted in the search.

18

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001546**

On Sunday, (7th) FLOYD S. BLEDSOE stated that he had contact with CARLA BAKER at the CASEY'S GENERAL STORE in Oskaloosa. FLOYD S. BLEDSOE stated that he didn't talk to anyone else at CASEY'S, "it was dead."

{during this time, 0033 (12:33am) we took a break. We resumed at 0100 hours. At this time, DETECTIVE KIRK VERNON began to take interview notes (See DETECTIVE VERNON'S Report}

During my contact with FLOYD S. BLEDSEO he admitted that he had contact with DICK STEPHENS at the CASEY'S GENERAL STORE on November 7th. FLOYD S. BLEDSOE Stated that he had asked DICK STEPHENS if he could fill the pumping well on his property. FLOYD S. BLEDSOE stated that his uncle, GARY BLEDSOE and owner of the land where FLOYD S. BLEDSOE lives had told him in the past to have the pumping well filled.

On November 10, 1999, I received a telephone call from <u>BRANDI WAMPLER</u>. BRANDI   #67 WAMPLER stated that FLOYD S. BLEDSOE had made contact with her. BRANDI WAMPLER stated that FLOYD S. BLEDSOE wanted her to change her story that she had told Law Enforcement in reference to the time that he (FLOYD) brought his children to her residence in the early morning hours on November 6th, 1999.

The following is a one and one half page typed written statement from BRANDI WAMPLER:

**When FLOYD picked the boys up at 8:45am he had said, "he was going to see if his mom would watch the boys because I couldn't. Instead of FLOYD taking them out there to his mom's, HEIDI supposebly took them out there and CODY did not want to stay so he went home with HEIDI. HEIDI Was not sure what time she took him over there.**

**ROSE BOLINGER had went over to FLOYD and HEIDI'S around 11:00am and CODY was there but CHRISTIAN wasn't they said, he CHRISTIAN was at CATHERYN and FLOYD BLDEDSOE'S.**

**\*Today, Nov.10, 99, FLOYD was asking me questions like what time did he get here Friday night. I told him it was 12:45 am he said are you sure I could have thought it was 11:30pm, I mean 12"30am. When I told him that RICHARD said he got off at 11:30pm, he said I did not leave until 10 'til 12 (1150) p.m.**

**I told him that HEIDI'S mom and Tammy came over here about 12:30pm because JEFF and I couldn't figure out who was knocking at the door and Tammy wanted to know if we had seen CAMILLE. Then Tammy asked if the boys were still here and I said yes. FLOYD then showed up at 12:45am to get them. He also tried to tell me it wasn't that late because HEIDI and SCOTT were just getting home. He also forgot he was out at the house before he came to pick them up because when I had asked him for the money he said it was home because he didn't want to lose it at work.**

**I had told him I knew it was at 12:45am because he had brought them back to me at 2:45am, 2 hours later.**

Written statement (attached) from BRANDI WAMPLER provided November 10, 1999

On November 10, 1999 at 1510 hours, SGT. POPPA and I had contact with <u>GARY D.</u>   #68 <u>BLEDSOE</u>. GARY D. BLEDSOE owns the properties located at ▮▮▮▮▮▮▮▮
▮▮▮▮▮

I explained to GARY D. BLEDSOE that we were interested in searching the field areas and pumping well that was located at 15200 Fairview Road. GARY D. BLEDSOE stated he would allow the search of the property but couldn't allow the search of the trailer located on 15200 Fairview

19

KBI Subpoena 002304
**Exhibit 10 at 019**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001547

Road. GARY D. BLEDSOE stated his son, GARY D. BLEDSOE II, owns the trailer. GARY D. BLEDSOE stated HEIDI and FLOYD S. BLEDSOE were the current tenants of the trailer.

During this contact, I asked GARY D. BLEDSOE if he had any contact with FLOYD S. BLEDSOE in the morning hours on Saturday the 6th. GARY D. BLESOE stated that FLOYD S. BLEDSOE was at his residence at approximately 0215 (2:15am) hours. GARY D. BLEDSOE stated that FLOYD S. BLEDSOE needed gasoline for his vehicle. GARY D. BLEDOE stated there was a second person in the vehicle when they arrived. GARY D. BLEDSOE stated he couldn't tell if the second person was a male or female. GARY D. BLEDSOE stated they arrived in a white or reddish vehicle, unknown of make or model.

GARY D. BLEDSOE additionally confirmed that he had had a conversation in the past with FLOYD S. BLEDSOE about having the pumping will filled.

GARY D. BLEDSOE  provided us with (written) consent to search the above listed property for any evidence regarding the investigation.

SGT. POPPA and I searched the pumping well located at 15200 Fairview Road. The pumping well was located approximately one hundred (100) feet and forty-foot (40) northeast of FLOYD S. and HEIDI'S trailer. I took 35mm (still) photographs the evidence seized including the pumping well and it surroundings.

During the search, I seized three (3) partially burnt pieces of blue jean type cloth from inside of the pumping well. The items were seized and packaged as evidence to be sent to the Kansas Bureau of Investigation for laboratory examination  (see KBI Evidence Custody Receipt).

FLOYD S. BLEDSOE arrived at his residence during the search. I advised FLOYD S. BLEDSOE of the purpose of the search. I told FLOYD S. BLEDSOE that three-(3) partially burnt pieces of blue jean cloth were seized from inside the pumping well.

FLOYD S. BLEDSOE stated the seized items were from a pair of blue jeans that he had burnt. I asked FLOYD S. BLEDSOE why he would burn a pair of pants. FLOYD S. BLEDSOE stated That he had been wearing the jeans approximately two weeks ago. FLOYD S. BLEDSOE stated that he was digging dirt and the jeans got covered with the dirt. FLOYD S. BLEDSOE stated the jeans were not worth keeping.

I told FLOYD S. BLEDSOE that I had never known him to wear a decent or clean pair of jeans. FLOYD S. BLEDSOE started to shake and appeared to start crying when he stated "you got to believe me." I told FLOYD S. BLEDSOE that the seized items were going to be sent to the KBI for examination. FLOYD S. BLEDSOE asked me again to believe him and that he had nothing to do with ZETTA'S death.

See SGT. POPPA'S report.

I left this area at 1626 hours. I was requested to return to the FLOYD S.BLEDSOE'S residence at 1641 hours. I was requested to meet with HEIDI BLEDSOE at the residence. HEIDI BLEDSOE stated she had viewed  "dark spots" on the carpet in ZETTA'S bedroom. HEIDI BLEDSOE stated she thought the stains could be blood.

I went inside the trailer and in ZETTA'S bedroom. I viewed areas on the carpet that were darker than the original color of the carpet. I advised HEIDIE BLEDSOE that I would inform KBI S/A WOODS on her concerns.

FLOYD S. BLEDSOE made contact with me as I was leaving the property. FLOYD BLEDSOE stated to me again that he had nothing to do with ZETTA'S death. I asked FLOYD S. BLEDSOE if he would be willing to take a polygraph test to indicate such. FLOYD S. BLEDSOE

KBI Subpoena 002305
**Exhibit 10 at 020**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001548

stated "yes." I asked FLOYD S. BLEDSOE if he would follow me to the Jefferson County Sheriff's Law Enforcement Center. I told FLOYD S. BLEDSOE on our arrival, I would confirm a time and place that he could take the polygraph test.

FLOYD S. BLEDSOE met with me at 1654 (4:54pm) hours, in the east parking lot at the Jefferson County Sheriff's Law Enforcement Center. FLOYD S. BLEDSOE agreed take a polygraph test on Friday, November 12, 1999, at the Jefferson County Sheriff's Law Enforcement Center.

On November 12, 1999, I interviewed <u>FLOYD S. BLEDSOE</u>. The interview was at the Jefferson County Sheriff's Law Enforcement Center. The interview was videotaped.                    #14

FLOYD S. BLEDSOE was provided with his RIGHTS PER MIRANDA before any questions were asked. FLOYD S. BLEDSOE agreed to WAIVE HIS RIGHTS.

The following are verbal statements made by FLOYD S. BLEDSOE:

FLOYD S. BLEDSOE began the interview by stating he had no involvement in ZETTA'S death, "I want you to believe me." FLOYD S. BLEDSOE stated that he was at work when ZETTA was killed. I asked FLOYD S. BLEDSOE if HEIDI BLEDSOE could had been involved in ZETTA'S death. FLOYD S. BLEDSOE stated that HEIDI BLEDSOE was at work on that Friday night.

I told FLOYD S. BLEDSOE that it is my opinion that it was he who caused ZETTA'S death and then quickly left the county.

FLOYD S. BLEDSOE again denied any involvement and stated that he didn't know that ZETTA was missing until 2215 (10:15pm) hours, when he had received a telephone call from his mother-in-law, TOMMIE SUE ARFMANN. FLOYD S. BLEDSOE stated, "that was the only time that I knew she wasn't at church."

FLOYD S. BLEDSOE stated he wasn't present when ZETTA was killed. I asked FLOYD S. BLEDSOE where he was when ZETTA was hurt. FLOYD S. BLEDSOE stated "no I wasn't" and then stated "I was at WINCHESTER HARDWARE, I left from the WINCHESTER HARDWARE and went straight back to the dairy."

I then asked FLOYD S. BLEDSOE where he was at when ZETTA was hurt. FLOYD S. BLEDSOE stated "I don't know."

I asked FLOYD S. BLEDSOE if he and ZETTA had a relationship that he feared was going to be exposed. FLOYD S. BLEDSOE stated "no."

FLOYD S. BLEDSOE asked me if he could re-take the polygraph test.

FLOYD S. BLEDSOE denied touching or shooting ZETTA, FLOYD S. BLEDSOE stated, "you have trust in me."

I told FLOYD S. BLEDSOE that his wife, HEIDI BLEDSOE had suspected him as being the killer. I told FLOYD S. BLEDSOE that HEIDI BLEDSOE was going to be interviewed. FLOYD S. BLEDSOE didn't give a verbal response.

FLOYD S. BLEDSOE denied that he accidentally killed ZETTA.

I asked FLOYD S. BLEDSOE if he thought that he owed something to ZETTA. FLOYD S.BLEDSOE stated "yea" but he continued to deny that he killed ZETTA.

KBI Subpoena 002306
**Exhibit 10 at 021**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001549

I asked FLOYD S. BLEDSOE if he knew what type of items had been placed on top of the burial site. FLOYD S. BLEDSOE stated he only things he knew is what SGT. POPPA had told him.

{During this time, KBI S/A GEORGE JOHNSON entered the interview room}

KBI S/A JOHNSON asked FLOYD S. BLEDSOE to describe ZETTA. FLOYD S. BLEDSOE stated ZETTA had blond hair, five (5) foot two (2), and weighed one-hundred and ten (110) pounds.

KBI S/A JOHNSON asked FLOYD S. BLEDSOE if ZETTA was ugly. FLOYD S. BLEDSOE stated "no." KBI S/A JOHNSON asked FLOYD S. BLEDSOE if ZETTA was pretty. FLOYD S. BLEDSOE stated "yea." KBI S/A JOHNSON asked FLOYD S. BLEDSOE about the rest of ZETTA'S figure. FLOYD S. BLEDSOE stated ZETTA that she was more developed than most fourteen (14) year old girls.

I then showed FLOYD S. BLEDSOE a photograph of ZETTA as she was found at the burial site. FLOYD S. BLEDSOE reacted by immediately looking away and then stated he "never knew about it" and "the last time I seen her, she was alive."

I continued to hold the photograph so it could be seen by FLOYD S. BLEDSOE. I told FLOYD S. BLEDSOE that he needed to be honest. FLOYD S. BLEDSOE continued to deny any involvement.

KBI S/A JOHNSON asked FLOYD S. BLEDSOE if he knew who killed ZETTA. FLOYD S. BLEDSOE stated "I don't know."

I asked FLOYD S. BLEDSOE if HEIDI BLEDSOE could have shot ZETTA. FLOYD S. BLEDSOE stated "I don't know."

FLOYD S. BLEDSOE then asked KBI S/A JOHNSON if he could re-take the polygraph. KBI S/A JOHNSON stated he could re-test him, but he wanted FLOYD S. BLEDSOE to be honest with us during the interview.

FLOYD S. BLEDSOE then inquired if GUS BARNETT would be able to tell where ZETTA was shot. FLOYD S. BLEDSOE stated that GUS BARNETT had told his wife, HEIDI BLEDSOE the areas that ZETTA had been shot. {{As FLOYD S. BLEDSOE was asking the questions, he physically folded his arm and placed it against his chest. FLOYD S. BLEDSOE pointed (with his index finger) on his arm the exact location where ZETTA had been shot. I address this with FLOYD S. BLEDSOE} FLOYD S. BLEDSOE that his wife, HEIDI BLEDSOE had told him where ZETTA had been shot.

I then told FLOYD S. BLEDSOE to look at photograph of ZETTA at the burial site. FLOYD S. BLEDSOE stated "please don't."

KBI S/A JOHNSON asked FLOYD S. BLEDSOE why someone would say that he (FLOYD) had told him that "we" accidentally shot ZETTA. FLOYD S. BLEDSOE stated "I never once said that."

KBI S/A JOHNSON put a photograph of ZETTA in front of FLOYD S. BLEDSOE. KBI S/A JOHNSON told FLOYD S. BLEDSOE the photograph showed what he did to ZETTA. FLOYD S. BLEDSOE continuously denied any involvement and refused to look at the photograph.

I told FLOYD S. BLEDSOE that ZETTA'S mother, TOMMIE SUE ARFMANN was going to see the same photographs. I told FLOYD S. BLEDSOE that TOMMIE SUE ARFMANN would know that he killed her daughter. FLOYD S. BLEDSOE didn't give a verbal response but shook his head, left to right.

I told FLOYD S. BLEDSOE that he didn't even have enough respect for ZETTA to cover her breast before he buried her. FLOYD S. BLEDSOE stated "I didn't do it."

KBI Subpoena 002307
**Exhibit 10 at 022**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001550

I asked FLOYD S. BLEDSOE why he left her in the manner that he did. FLOYD S. BLEDSOE continued to deny any involvement "I didn't do it." FLOYD S. BLEDSOE then stated "I wasn't there."

KBI S/A JOHNSON asked FLOYD S. BLEDSOE if he had a temper. FLOYD S. BLEDSOE initially denied it, but then stated he did.

FLOYD S. BLEDSOE was asked if he had ever touched ZETTA'S breast or vagina. FLOYD S. BLEDSOE stated "no." FLOYD S. BLEDSOE denied having any sexual contact with ZETTA, before or after her death.

I told FLOYD S. BLEDSOE that I would personally take him to the funeral home to see ZETTA after the public viewing. I told FLOYD S. BLEDSOE that I wanted to be sure that we had a true understanding of this involvement before we went to the funeral home. FLOYD S. BLEDSOE stated he wanted to visit ZETTA and wanted me present. FLOYD S. BLEDSOE stated he wanted me to believe him that he had no involvement. FLOYD S. BLEDSOE stated "do you believe that I didn't do it." I told FLOYD S. BLEDSOE that I knew he was involved in ZETTA'S death. FLOYD S. BLEDSOE stated "I didn't bury her, I didn't have knowledge where she was."

KBI S/A JOHNSON told FLOYD S. BLEDSOE that he had told another person where ZETTA had been buried. FLOYD S. BLEDSOE didn't give a verbal response but shook his head from left to right.

I told FLOYD S. BLEDSOE that he knew that his brother, TOM BLEDSOE shouldn't be in jail for ZETTA'S murder. FLOYD S. BLEDSOE agreed and then stated "I wasn't there."

[During this time, TOM BLEDSOE and his attorney, MIKE HAYES was brought into the interview room]

FLOYD S. BLEDSOE denied in the presence of his brother, TOM BLEDSOE that they had contact with him on Saturday, between 1300 (1:00pm) and 1330 (1:30pm) hours. FLOYD S. BLEDSOE stated he was with his neighbor, JIM PENRY during that time.

TOM BLEDSOE stated in the presence of his brother, FLOYD S. BLEDSOE that he (FLOYD) had told (TOM) the location of ZETTA'S body. FLOYD described ZETTA'S clothing to TOM BLEDSOE, saying ZETTA'S shirt and bra was above her breast and he (FLOYD) had put trash and plywood over ZETTA'S grave.

TOM BLEDSOE stated he had gone to the gravesite to verify his brother's story. TOM BLEDSOE stated that he viewed the dumping area as being as FLOYD S. BLEDSOE had told him. TOM BLEDSOE stated that he wanted to do the right thing and disclose the information. TOM BLEDSOE stated he was in fear that his brother, FLOYD S. BLEDSOE, would disclose embarrassing information about him.

TOM BLEDSOE stated he went to jail for ZETTA'S murder to protect his brother, FLOYD S. BLEDSOE who had two (2) children. TOM BLEDSOE told FLOYD S. BLEDSOE that the truth finally needed to told.

FLOYD S. BLEDSOE asked me if he could spend time alone with his brother, TOM BLEDSOE in the interview room. FLOYD S. BLEDSOE was advised that at least one officer had to stay in the interview room. FLOYD S. BLEDSOE stated "does someone have to stay?" FLOYD S. BLEDSOE was told "yes." FLOYD S. BLEDSOE stated he wanted SGT. POPPA in the interview room. I told FLOYD S. BLEDSOE that I would be the officer who remained in the room. {KBI S/A JOHNSON and MIKE HAYES left the interview room.}

FLOYD S. BLEDSOE looked at TOM BLEDSOE and stated "TOM, you're the only person, TOM, you're the only person, that knows.....who did this, that I didn't talk to you, now, I'm asking you as a favor to me. CAMILLE, as CHRIST JESUS, tell them the truth (started crying), I didn't communicate with you, tell them they lied, damn it TOMMIE, you know." TOM BLEDSOE stated "yes, I know

23

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001551

FLOYD." FLOYD S. BLEDSOE then stated "I didn't talk with you, I didn't see you, I was milking cows." TOM BLEDSOE stated "they know."

FLOYD S. BLEDSOE continued to state that he didn't see his brother, TOM BLEDSOE on Saturday. FLOYD S. BLEDSOE stated to TOM BLEDSOE "the only person on that side of the highway was HEIDI dropping off CHRIS and CODY."

I asked FLOYD S. BLEDSOE what side of the highway was he referring to. FLOYD S. BLEDSOE stated "on mom and dad's side." FLOYD S. BLEDSOE stated that he wasn't present during that time.

I asked TOM BLEDSOE if he was going to testify to the truth. TOM BLEDSOE stated "yes." FLOYD S. BLEDSOE looked at his brother, TOM BLEDSOE and stated, "you are a liar." "You know that I didn't talk to you Saturday." "Who put you up to this, HEIDI?" "Did she promise you something in return?" TOM BLEDSOE replied, "she has nothing I want."

FLOYD S. BLEDSOE then stated "what would I spend six hours out on the highway to see if they seen CAMMILLE?" I told FLOYD S. BLEDSOE that he did it, so it won't bring suspicion on him. FLOYD S. BLEDSOE stated "I didn't do it." FLOYD S. BLEDSOE continued to state "he is covering up for somebody if he, he didn't do it."

TOM BLEDSOE stated that he had covered up for his brother, FLOYD S. BLEDSOE. TOM BLEDSOE stated that he realized that his testimony could result in FLOYD S. BLEDSOE spending the rest of his life in jail. TOM BLEDSOE stated he had to tell the truth because it was the right thing to do. FLOYD S. BLEDSOE stated that TOM'S statement were not true and he was disappointed in him (TOM) for blaming him for something that he didn't do."

FLOYD S. BLEDSOE stated that he wanted to talk to JIM PENRY, who could verify his (FLOYD'S) story.

FLOYD S. BLEDSOE then stated "so you will ruin my life for someone else, you willing to throw my chances, my two kids away for someone who promised you by saying that I talked to you on Saturday, you are willing to do all that." TOM BLEDSOE stated "nobody has promised me nothing." FLOYD S. BLEDSOE stated "are you willing to do all that by lying." TOM BLEDSOE stated "look what I done." FLOYD S. BLEDSOE stated "what did you do, TOM?" TOM BLEDSOE stated "I turned myself in for you." FLOYD S. BLEDSOE stated "you didn't turn yourself in for me, who did you turn yourself in for, because I know for a fact that I didn't talk to you on Saturday, I know for a fact where I was on Saturday, I was in front of my house on Saturday, JIM PENRY was in my driveway on Saturday, so what are you covering for? Tom you are the only one right now that can keep me out of jail, are you willing to throw my respect, and my kids away by lying at RANDY CARRENO, who is sitting right here beside us, by lying. Saying that I talked to you on Saturday, are you willing to do that?" TOM BLEDSOE stated "you did talk to me, sorry FLOYD, I can't live with myself, if I didn't say nothing." FLOYD S. BLEDSOE then started to talk about his son having to be brought to jail to see him, "I hope you can live with it." FLOYD S. BLEDSOE then stated "I just hope that he will confess now or soon." TOM BLEDSOE then stated "they already know, sorry." FLOYD S. BLEDSOE looked at TOM BLEDSOE and stated "no you're not." {TOM BLEDSOE leaves and KBI S/A JOHNSON entered the interview room.}

I asked FLOYD S. BLEDSOE what he thought. FLOYD S. BLEDSOE stated "I didn't do it."

I told KBI S/A JOHNSON that FLOYD S. BLEDSOE had told me in an earlier interview that if TOM BLEDSOE killed ZETTA that he should be killed and he (FLOYD) would want to watch the execution. FLOYD S. BLEDSOE confirmed to KBI S/A JOHNSON that he had made the statement to me.

FLOYD S. BLEDSOE continued to deny any involvement. FLOYD S. BLEDSOE stated he didn't know ZETTA was missing until 2215 (10:15pm) hours. FLOYD S. BLEDSOE stated he arrived home Friday night at midnight, and SCOTT and HEIDI were parked in the driveway. FLOYD S. BLEDSOE

KBI Subpoena 002309
**Exhibit 10 at 024**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001552

stated HEIDI BLEDSOE got out of the vehicle and he (FLOYD) asked if ZETTA had been found. HEIDI stated "no" and asked if ZETTA was in the residence. FLOYD S. BLEDSOE stated he didn't know and they (FLOYD and HEIDI) went and searched the inside of the residence. FLOYD S. BLEDSOE stated he entered the residence and started checking his children's bedroom as HEIDI BLEDSOE went the north end of the trailer. FLOYD S. BLEDSOE stated ZETTA wasn't present. FLOYD S. BLEDSOE additionally stated "I didn't have any knowledge of her disappearance, I didn't help anyone at all."

FLOYD S. BLEDSOE continued to state that HEIDI and ZETTA "had been fussing" and HEIDI had been wanting to move, "for what reason, I don't know." FLOYD S. BLEDSOE stated on Friday morning, he woke up and ZETTA got on the school bus. FLOYD S. BLEDSOE stated he then went back to bed and woke up at 0850 (8:50am) hours. FLOYD S. BLEDSOE that his intent was to go to work but HEIDI BLEDSOE stated she t to go to the bank. FLOYD S. BLEDSOE stated he drove HEIDI and their children to the Oskaloosa State Bank to cash a check. They then drove by his mother-in-law's, TOMMIE SUE ARFMANN'S residence in Winchester. FLOYD S. BLEDSOE stated TOMMIE SUE ARFMANN wasn't home. They then met with ROBIN MEYERS at her place of employment in Winchester. ROBIN MEYERS lets HEIDI BLESOE borrow her vehicle. FLOYD S. BLEDSOE stated he left form Winchester and went to work. FLOYD S. BLEDSOE then stated he "was with RICHARD all day, up until four o'clock, when I went to the hardware store and back again."

KBI S/A JOHNSON asked FLOYD S. BLEDSOE if had stopped anywhere along the way to the hardware store. FLOYD S. BLEDSOE "nowhere" and continued to state that his trip to the hardware store should have taken him "maybe thirty minutes" but it took him twenty (20) minutes longer because he looked at sweatshirts and hats while at the hardware store. FLOYD S. BLEDSOE then stated "then BILLY showed up" and they talked. FLOYD S. BLEDSOE stated that after talking with BILLY, he paid for the sweatshirt and then left. FLOYD S. BLEDSOE then stated "I thought I seen BILLY'S truck heading south on Wellman Road." FLOYD S. BLEDSOE stated he followed as both subjects traveled south.

FLOYD S. BLEDSOE stated while in the hardware store he got a roll of duct tape and paid for it. FLOYD S. BLEDSOE then stated he looked at sweatshirts and paid for one sweatshirt. FLOYD S. BLEDSOE stated he then had contact with BILLY SUMMERVILLE.

I told FLOYD S. BLEDSOE that we had a copy of the hardware store's receipt that indicated what time he made a purchase. I told FLOYD S. BLEDSOE that we also knew the driving time from the dairy to the hardware store. I told FLOYD S. BLEDSOE that from his own statements on his activity leaving the dairy, arriving at the hardware store and returning to the dairy, that there was approximately eighteen (18) minutes that wasn't accounted for.

FLOYD S. BLEDSOE didn't give a verbal response.

I asked FLOYD S. BLEDSOE to explain where he was at for eighteen (18) minutes that he couldn't explain his whereabouts. FLOYD S. BLEDSOE stated "I can't."

During this time, FLOYD S. BLEDSOE admitted that he had lied when he had told me that he and BILLY SUMMERVILLE left from the hardware store parking lot at the same time. FLOYD S. BLEDSOE stated BILLY SUMMERVILLE had left the parking lot before he did. FLOYD S. BLEDSOE stated he lied when he stated BILLY SUMMERVILLE was the only person in his (BILLY'S) vehicle. FLOYD S. BLEDSOE stated there could have been a second person in BILLY SUMMERVILLE'S vehicle. FLOYD S. BLEDSOE stated he also lied when he had stated that he seen BILLY SUMMERVILLE turn off from Wellman Road and went west on Fairview Road.

KBI S/A JOHNSON told FLOYD S. BLEDSOE that we wanted the truth. FLOYD S. BLEDSOE didn't give a verbal response.

KBI S/A JOHNSON continuously questioned FLOYD S. BLEDSOE about what he did with ZETTA'S body. FLOYD S. BLEDSOE sat for long periods of time without giving a verbal response.

KBI Subpoena 002310
**Exhibit 10 at 025**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001553**

I asked FLOYD S. BLEDSOE if he went to his residence during the unaccounted nineteen (19) minutes. FLOYD S. BLEDSOE stated, "no, I told you everything I did."

I asked FLOYD S. BLEDSOE why he had made the statements to TOM BLEDSOE. FLOYD S. BLEDSOE stated "I didn't." I asked FLOYD S. BLEDSOE who thought I needed to believe. FLOYD S. BLEDSOE didn't give a verbal response.

It was during this time that I ended my contact with FLOYD S. BLEDSOE and DET. FROST continued with the interview.

On November 13, 1999, I interviewed FLOYD S. BLEDSOE. The interview was at the Jefferson County Sheriff's Law Enforcement Center. The interview was videotaped.

FLOYD S. BLEDSOE was provided with his RIGHT PER MIRANDA before any questions were asked. FLOYD S. BLEDSOE agreed to WAIVE HIS RIGHTS and talk with me.

I began the interview with asking FLOYD S. BLEDSOE about the burnt pieces of jeans seized from his pumping well. FLOYD S. BLEDSOE stated he had thrown the jeans away because "they were old and muddy and they had been sitting outside for quite a while."

I asked FLOYD S. BLEDSOE if he cut himself when he been wearing the jeans. FLOYD S. BLEDSOE stated "I don't think so, as far as I know I didn't."

I then asked FLOYD S. BLEDSOE if he had ever cut himself when he was in ZETTA'S bedroom. FLOYD S. BLEDSOE stated "no sir."

I asked FLOYD S. BLEDSOE when the last time he had been at the dumpsite where ZETTA had been buried. FLOYD S. BLEDSOE stated he was sure that he was there two (2) years ago. FLOYD S. BLEDSOE stated he could have been at the dumpsite approximately six (6) months ago but wasn't for sure.

I asked FLOYD S. BLEDSOE to describe to me the location of the dumpsite. FLOYD S. BLEDSOE stated the dump was north and west of the residence in a brome field. {FLOYD provided me with a drawing of the dump area}

I then told FLOYD S. BLEDSOE that he had told DET. FROST that he loved ZETTA. I asked FLOYD S. BLEDSOE to describe that love for me. FLOYD S. BLEDSOE stated "I cared for her" and if conditions were different between him and HEIDI BLEDSOE, he would have wanted to be with ZETTA. I asked FLOYD S. BLEDSOE if he was in love with ZETTA. FLOYD S. BLEDSOE stated "to some extent, yes." I asked FLOYD S. BLEDSOE if he thought that ZETTA was in love with him. FLOYD S. BLEDSOE stated "not to my knowledge." I asked FLOYD S. BLEDSOE if he wanted ZETTA to be in love with him. FLOYD S. BLEDSOE stated "no" then stated "yes, let me back up, yes, I would" would want ZETTA to love him back. I asked FLOYD S. BLEDSOE if he would have wanted ZETTA to love in the manner that he loved her. FLOYD S. BLEDSOE stated "yes." I asked FLOYD S. BLEDSOE if his type of love would be him being happy with ZETTA. FLOYD S. BLEDSOE stated "yes" with HEIDI in or out of the picture.

FLOYD S. BLEDSOE admitted to me that he knew that HEIDI BLEDSOE was having affairs. FLOYD S. BLEDSOE stated that their sexual activities had decreased within the last two (2) months.

I asked FLOYD S. BLEDSOE about the wrestling matches he had with ZETTA. FLOYD S. BLEDSOE admitted that he and ZETTA could have wrestled at least fifty (50) times in the past. I reminded FLOYD S. BLEDSOE that during and earlier contact he had told me that they had only wrestled a couple of times. FLOYD S. BLEDSOE told me that he had previously lied to me.

FLOYD S. BLEDSOE denied ever having any type of sexual contact with ZETTA.

KBI Subpoena 002311
**Exhibit 10 at 026**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001554

FLOYD S. BLEDSOE had been told in the previous interview that evidence had been sent to the KBI for examination. FLOYD S. BLEDSOE asked me during this interview, when I thought the evidence would be known.

I told FLOYD S. BLEDSOE that his mother-in-law, TOMMIE SUE ARFMANN was currently at the Law Enforcement Center. I told FLOYD S. BLEDSOE that she wanted to talk with him. FLOYD S. BLEDSOE stated he didn't want to talk with TOMMIE SUE ARFMANN until the evidence returned from the KBI.

I brought TOMMIE SUE ARFMANN in the interview room. The following are statements made by each subject:

t.a.: tell me why you did it
f.b: I didn't do it
t.a.: who did
f.b: I don't know
t.a.: how could you not be involved
f.b: the closest I came was to the WINCHESTER HARDWARE and turned off on the black top
t.a.: ZETTA was so bad that the casket had to remain closed
{FLOYD didn't give a verbal response}
DET. CARRENO: FLOYD tell you mother-in-law, what you told me about being in love with ZETTA
f.b.: I cared for her
t.a.: why would you want a little kid
f.b.: if things were different
t.a.: FLOYD, I can't believe that you did this
f.b.: then don't please
t.a.: when I called FLOYD at the dairy, I told FLOYD that ZETTA was missing. FLOYD stated the first
       thing , don't call anybody, don't call the cops and she will probably be home in bed when you get
       home.
{FLOYD denied making the above statements to TOMMIE ARFMANN}
DET. CARRENO: TOMMIE SUE do you remember FLOYD actually making those statements
t.a.: oh yes, that was the first thing he said when I said that she was missing, he said don't call the cops
       when I said I was going to report her missing.
f.b.: I never said that
t.a.: where did the gun come from
f.b.: I wasn't there
t.a.: where did the gun come from
f.b.: I don't know
t.a.: remember when they wanted to walk the woods and FLOYD stated she couldn't be there, there
       is no way
f.b: we walked the woods that night
t.a.: FLOYD run up his telephone bill to seven or eight hundred dollars talking to some physic????
DET. CARRENO: FLOYD is that true, did the physic tell you to go out and kill ZETTA.
f.b.: no, I didn't kill ZETTA
t.a.: where were you when she got shot
f.b.: I was milking cows
t.a.: where is the gun
f.b.: I don't know
t.a.: did they ever find it
f.a.: I don't know
DET. CARRENO: I asked FLOYD S. BLEDSOE how he knew that he was milking cows when
       ZETTA was shot.
f.b.: because I was milking cows that night
t.a.: what time did she die
f.b.: I don't know
t.a.: was the car involved

27

**Exhibit 10 at 027**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001555**

f.b.: no
t.a.: how could you do it
f.b.: I didn't do it
t.a.: you don't even do an animal that way
    {FLOYD had told her that the police had taken his jeans that was in the pumping well and
      the jeans were a pair that he had from a long time ago}.
t.a.: I bet the jeans are covered with blood
    {FLOYD didn't give a verbal response}
t.a.: is there blood on the jeans
f.b.: no, if there is blood on the jeans it would have been when I working on the water hydrant
t.a.: was HEIDI involved
f.b.: because, you're the type that would get her involved

       The contact with FLOYD, TOMMIE SUE, and myself continued. TOMMIE SUE ARFMANN stated that FLOYD S. BLEDSOE had told her that I have been interviewing him at the law enforcement center "so he could rat on TOM." I asked FLOYD S. BLEDSOE if he made those comments to TOMMIE SUE ARFMANN. FLOYD S. BLEDSOE refused to answer.

       TOMMIE SUE ARFMANN stated that FLOYD S. BLEDSOE had told her that I was only out to get him "for nothing."

       During this time, TOMMIE SUE ARFMANN left the interview room.

       FLOYD S. BLEDSOE asked me if I knew when the evidence from the KBI would return.

       FLOYD S. BLEDSOE then asked to use the telephone to contact his father, so an attorney could be notified.

       The interview ended.

       On November 14, 1999, at 1002 hours, Law Enforcement officers began a search (pursuant to a #79 search warrant) of the area where ZETTA'S body was located. During the search, the following were found, photographed (35mm color/still) and seized as evidence:

Item #1:  black T-shirt, size medium, "Countryside Baptist Church"
Item #2:  black leather belt (partial piece of)
Item #3:  black leather belt (partial piece of)
Item #4:  sample of dirt removed from burial site
Item #5:  projectile
Item #6:  (partial) metal jacket
Item #7:  projectile
Item #8:  projectile
Item #9:  Winchester 9mm shell casing
Item #10: Winchester 9mm shell casing
Item #11: Winchester 9mm shell casing
Item #12: butt of a cigarette

See KBI Evidence Custody Receipt (attached) for detail on items, time and location found.

Listed Officers on scene:
SHERIFF DUNNAWAY, KBI S/A WOODS, DETECTIVE SERGEANT CARRENO, DETECTIVE TROY FROST, DETECTIVE KIRK VERNON, LAWRENCE OFFICER DAN WARD, DEPUTY JASON BOYER, DEPUTY KEVIN KAFAHL, UNDERSHERIFF JEFF HERRIG, TROOPER DENNIS TATE, DEPUTY KYLE and JIM VANDERBILT-County Attorney.

The search ended at 1830 (6:30pm) hours.

KBI Subpoena 002313
**Exhibit 10 at 028**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001556

On November 14, 1999, at approximately 1642 hours, I arrived at the FLOYD L. BLEDSOE #79 residence located at 11477 Osage Road in Jefferson County (Ks.). At the residence, I photographed (35mm color/still), seized and took as evidence the following items:
Item #1: one partially filled (thirty-three/33) box of Winchester Super X 9mm Luger 147-gr. silvertip HP unfired bullets. See KBI Evidence Custody Receipt (attached).

These items were seized from the top dresser drawer in TOM BLEDSOE'S bedroom.

On November 15, 1999, I received information that DAN COURTNEY had information #70 that he viewed a truck in the brome field north of FLOYD L. BLEDSOE'S residence on November 6th, 1999.

On November 15, 1999, at 1736 hours, I had telephone contact with DAN COURTNEY. DAN COURTNEY stated that he was a neighbor to FLOYD L. BLEDSOE. DAN COURTNEY stated on Saturday morning at approximately 0820 (8:20am) hours, he was traveling north on Osage Road near FLOYD L. BLEDSOE'S residence. DAN COURTNEY stated he seen a full size truck in the brome field and next to the roadway, north of FLOYD L. BLEDSOE'S residence. DAN COURTNEY thought the truck was a Chevrolet but wasn't sure. DAN COURTNEY stated the truck bed wasn't full size. DAN COURTNEY additionally stated he thought the truck could have been a step-side. DAN COURTNEY stated the truck was dark colored and thought the truck could had been black. DAN COURTNEY described the truck as being clean,"it was shining and clean." DAN COURTNEY stated the truck didn't display anything remarkable, etc.: big tires, c.b. antennas or extra lights.

DAN COURTNEY was sure there was only one male occupant in the truck. DAN COURTNEY couldn't give a physical or clothing description of the driver.

On November 17, 1999, at 0836 hours, I interviewed GARY DEAN BLEDSOE II at the #78 Jefferson County Sheriff's Law Enforcement Center. The interview was videotaped.

GARY D. BLEDSOE II started the interview by stating that he didn't believe that FLOYD S. BLEDSOE killed ZETTA. GARY D. BLEDSOE II stated he thought that BILLIE SUMMERVILLE was involved in ZETTA'S death.

I asked GARY D. BLEDSOE II the reason(s) why he thought BILLIE SUMMERVILLE was or could have been involved in the homicide investigation. GARY D. BLEDSOE II stated that he (BILLIE) was a friend of TOM BLEDSOE. I asked GARY D. BLEDSOE II if he knew that to be the truth. GARY D. BLEDSOE II stated "no", but had been told in the recent past of the friendship between TOM BLEDSOE and BILLIE SUMMERVILLE. GARY D. BLEDSOE II stated he couldn't recall who had provided him with that information.

GARY D. BLEDSOE II then stated he had seen TOM BLEDSOE and BILLIE SUMMERVILLE together in the past. GARY D. BLEDSOE II was unable to tell me when and where he saw them together.

I then asked GARY D. BLEDSOE II about the last time he had had contact with TOM BLEDSOE.
GARY D. BLEDSOE II stated it had been approximately one month ago. The contact was at FLOYD S. BLEDSOE'S residence. GARY D. BLEDSOE II stated TOM BLEDSOE had arrived at the residence to visit. FLOYD S. BLEDSOE had asked TOM BLEDSOE if he (TOM) would stay at the residence and baby-sit for his (FLOYD'S) children. TOM BLEDSOE told FLOYD S. BLEDSOE that he wouldn't or couldn't baby-sit. FLOYD S. BLEDSOE "tried doing a little begging" to TOM BLEDSOE. TOM BLEDSOE continued to refuse to baby-sit.

I then asked GARY D. BLEDSOE II when the last time he had had contact with FLOYD S. BLEDSOE. GARY D. BLEDSOE II stated his last contact with FLOYD S. BLEDSOE was on November 11, 1999 between 2000-2100 (8:00pm and 9:00pm) hours. This contact was at FLOYD

29

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001557

S. BLEDSOE'S residence. GARY D. BLEDSOE stated he has been with FLOYD S. BLEDSOE everyday since Monday, November 8th, 1999.

I then asked GARY D. BLEDSOE II when he first gained knowledge of ZETTA'S disappearance. GARY D. BLEDSOE II stated he had received a telephone call from FLOYD S. BLEDSOE on Saturday, November 6, 1999, at approximately 1615 (4:15pm) hours. GARY D. BLEDSOE stated that he was on duty with the Army Reserve at the Army Reserve Center when he received the telephone call. FLOYD S. BLEDSOE told GARY D. BLEDSOE II that ZETTA was missing. FLOYD S. BLEDSOE asked GARY D. BLEDSOE if he (GARY) would come to Oskaloosa to help find her. FLOYD S. BLEDSOE told GARY D. BLEDSOE II that ZETTA had been missing since Friday. GARY D. BLEDSOE II was unsure if FLOYD S. BLEDSOE gave a time in which ZETTA was initially suspected of being missing.

I asked GARY D. BLEDSOE if FLOYD S. BLEDSOE had mentioned where he (FLOYD) was at when the telephone was made. GARY D. BLEDSOE II stated "no." GARY D. BLEDSOE II stated their telephone conversation lasted for approximately two and one half (2 ½) to three (3) minutes. GARY D. BLEDSOE II stated he had received the telephone call on his (GARY'S) cellular telephone (785-633-4585).

GARY D. BLEDSOE told FLOYD S. BLEDSOE that he would come to Oskaloosa after work and assist in locating ZETTA. GARY D. BLEDSOE II stated "the drills" lasted longer than expected. GARY D. BLEDSOE II stated he went home after leaving the Reserve building. GARY D. BLEDSOE II stated he arrived at his residence in Lawrence (Ks.) at approximately 1900 (7:00pm) hours.

GARY D. BLEDSOE II stated he stayed at his residence during the evening of November 6th, 1999. GARY D. BLEDSOE II stated that he had partied with five (5) of his friends.

GARY D. BLEDSOE II on the same date stated that he had received a telephone call at approximately 2015 (8:00pm) from FLOYD S. BLEDSOE. GARY D. BLEDSOE II stated he had received the telephone call on his cellular telephone. GARY D. BLEDSOE II stated he wasn't told and didn't know where FLOYD S. BLEDSOE was at when he made the telephone call.

GARY D. BLEDSOE II stated that FLOYD S. BLEDSOE wanted to know if he (GARY) was still coming to Oskaloosa to assist in location ZETTA. GARY D. BLEDSOE II stated that the telephone conversation "was pretty brief."

I asked GARY D. BLEDSOE II if he was sure the two (2) telephone calls were on Saturday. GARY D. BLEDSOE II stated "yes."

GARY D. BLEDSOE II stated that he stayed home on the evening of Saturday the 6th. GARY D. BLEDSOE II stated that he woke-up on Sunday morning at approximately 0600 (6:00am). GARY D. BLEDSOE II stated that he went back to the Army Reserve Center. GARY D. BLEDSOE stated that he stayed at the center until 1700 (5:00pm) hours.

GARY D. BLEDSOE II stated that he received one (1) telephone call while at work on Sunday. GARY D. BLEDSOE II stated he had received a telephone call from his Aunt JOEY MEYERS. JOEY MEYERS wanted GARY D. BLEDSOE to come over to her residence. GARY D. BLEDSOE Stated that she had forgotten before making the telephone call that he (GARY) had reserve duty that weekend.

GARY D. BLEDSOE II stated he went home after leaving work. GARY D. BLEDSOE II he left his residence once to pick-up his children (in Lawrence) and then returned back to his residence. GARY D. BLEDSOE II stated that he went to bed at approximately 2030 (8:30pm) hours.

GARY D. BLEDSOE II stated that he didn't receive any telephone calls during the evening hours

KBI Subpoena 002315
**Exhibit 10 at 030**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001558

at his residence.

I asked GARY D. BLEDSOE II what he thought had happened to ZETTA. GARY D. BLEDSOE II stated that he thought that ZETTA was "just at a friends house."

GARY D. BLEDSOE II then stated that he and his children woke up (Monday morning) at approximately 0700 (7:00am) hours. GARY D. BLEDSOE II received a telephone call from MICHELLE SCOTT at approximately 0800 (8:00am) hours. MICHELLE SCOTT told GARY D. BLEDSOE II "that one of your cousins was in jail". GARY D. BLEDSOE II stated that he initially thought that MICHELLE SCOTT was referring to his cousin, JASON BLEDSOE.

MICHELLE SCOTT told GARY D. BLEDSOE II that ZETTA had been found dead and TOM BLEDSOE was arrested. GARY D. BLEDSOE II stated, "I almost dropped my phone." GARY D. BLESOE II stated that he thanked MICHELLE SCOTT for letting him know.

GARY D. BLEDSOE II stated that he then make a telephone call to his manager, JOHN CROW. GARY D. BLEDSOE II told JOHN CROW that he needed to take the day off because there was a possible murder in the family.

GARY D. BLEDSOE II stated he took his children to school and then went to Oskaloosa.

GARY D. BLEDSOE II stated that he arrived in Oskaloosa at approximately 0900 (9:00am) hours. Enroute to Oskaloosa, GARY D. BLEDSOE II attempted four (4) or five (5) times to make telephone contact with FLOYD S. BLEDSOE at his residence. GARY D. BLEDSOE II stated he continued to get a busy signal.

GARY D. BLEDSOE II stated he had also made telephone contact with his father, GARY D.. BLEDSOE during this same period of time. GARY D. BLEDSOE II stated his father "was in shock." GARY D. BLEDSOE II stated his father, "just kind of filled me in on what I heard."

GARY D. BLEDSOE II told his father, that he probably would be staying with him for a few days. GARY D. BLEDSOE II stated he has been staying with his father, since November 12th.

GARY D. BLEDSOE II stated he went to FLOYD BLEDSOE'S residence when he arrived in Oskaloosa. GARY D. BLEDSOE II stated ZETTA'S family were outside of the trailer. FLOYD S. BLEDSOE wasn't present. HEIDI BLEDSOE told GARY D. BLEDSOE II that they had found ZETTA dead and TOM BLEDSOE was in jail.

GARY D. BLEDSOE II stated that while at FLOYD BLEDSOE'S trailer he (GARY) was told that FLOYD S. BLEDSOE was currently at GARY BLEDSOE'S residence. GARY D. BLEDSOE II went to his father's residence and met with FLOYD S. BLEDSOE.

GARY D. BLEDSOE stated FLOYD BLEDSOE'S green Chevrolet Nova was parked in the driveway when he arrived at his father's residence.

GARY D. BLEDSOE II stated he went inside the residence and gave FLOYD S. BLEDSOE a hug. FLOYD S. BLEDSOE told GARY D. BLEDSOE II that ZETTA was found at two-thirty (2:30am) in the morning and TOM BLEDSOE was in jail. FLOYD S. BLEDSOE stated ZETTA had been found in the ditch at his (GARY'S) "uncle's property." FLOYD S. BLEDSOE stated he was "pissed" at TOM for doing it.

GARY D. BLEDSOE II stated he didn't remember if FLOYD S. BLEDSOE had stated to him how ZETTA had been killed.

GARY D. BLEDSOE II stated he asked FLOYD S. BLEDSOE questions about ZETTA but couldn't remembered what was asked.

KBI Subpoena 002316
**Exhibit 10 at 031**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001559

I asked GARY D. BLEDSOE II if he recalled what FLOYD S. BLEDSOE was wearing during this contact. GARY D. BLEDSOE II stated FLOYD S. BLEDSOE "was wearing a blue hat with some type of design." GARY D. BLEDSOE II thought that FLOYD S. BLEDSOE was wearing blue jeans, cowboy boots and was unsure to the type of shirt wear.

GARY D. BLEDSOE II stated FLOYD S. BLEDSOE'S attitude was that he was hurt, devastated, upset, "all but happy."

GARY D. BLEDSOE II then stated that FLOYD S. BLEDSOE "broke-down" that evening at church. FLOYD S. BLESOE thought the church members had something against him and he (FLOYD) couldn't take it. GARY D. BLEDSOE II stated he was with FLOYD S. BLEDSOE when this occurred.

GARY D. BLEDSOE II stated on the same date at approximately 1015 (10:15am) hours, he heard that news reporters were at the Oskaloosa High School. GARY D. BLEDSOE II believed that he had received this information from HEIDI BLEDSOE (who had arrived at GARY D. BLEDSOE'S residence).

GARY D. BLEDSOE II stated he and FLOYD S. BLEDSOE went to the high school in (GARY'S) Ford Mustang. Enroute to the high school, they discussed what they were going to tell the news reporter. GARY D. BLEDSOE II stated he wasn't for sure who initiated this conversation. GARY D. BLEDSOE II stated enroute to the high school they decided that the family members were not going talk with any news reporters.

GARY D. BLEDSOE II stated they saw news reporters from Channel Thirteen (13) and Twenty-seven (27) when they arrived at the high school. GARY D. BLEDSOE II stated that after arriving at the high school, FLOYD S. BLEDSOE decided to allow the news reporters from Channel Thirteen (13) to interview family members.

GARY D. BLEDSOE II stated news reporters from Channel Thirteen (13) followed he and FLOYD S. BLEDSOE to the residence.

GARY D. BLEDSOE II stated FLOYD S. BLEDSOE made statements while enroute to (FLOYD'S) residence but couldn't recall the content.

On arrival, GARY D. BLEDSOE II stated there were three (3) to five (5) family members present. GARY D. BLEDSOE II wasn't sure who was present. GARY D. BLEDSOE II stated that FLOYD S. BLEDSOE had told the family members that news reporters wanted to interview them.

I asked GARY D. BLEDSOE II why FLOYD S. BLEDSOE had changed his mind about not wanting the news reporters to conduct an interview. GARY D. BLEDSOE II stated that FLOYD S. BLEDSOE had stated that it was Channel Thirteen (13) who helped initially on reporting ZETTA being missing.

GARY D. BLEDSOE II stated that FLOYD S. BLEDSOE was the first person to be interviewed. GARY D. BLEDSOE II stated that he was unsure if other family members were interview during this time.

GARY D. BLEDSOE II stated that after FLOYD S. BLEDSOE was interviewed (FLOYD) he stated that he hoped that something good would come out of the interview. GARY D. BLEDSOE II stated that he thought that FLOYD S. BLEDSOE hid his emotion while being interviewed.

GARY D. BLEDSOE II stated the news reporter left from the residence but additional news reporters continued to arrive at the residence. GARY D. BLEDSOE II stated that he thought it was between 1100 and 1200 (11:00am and 12:00pm) hours, when the news reporters from Channel Thirteen (13) left the residence.

KBI Subpoena 002317
**Exhibit 10 at 032**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001560

GARY D. BLEDSOE II stated while he was at the residence, FLOYD S. BLEDSOE stated that he was in shock that TOM BLEDSOE would kill ZETTA. GARY D. BLEDSOE II stated that it was his impression that FLOYD S. BLEDSOE didn't know how ZETTA was killed but knew where she was killed. GARY D. BLEDSOE II then stated that he didn't know for a fact that FLOYD S. BLEDSOE had actually made statements on where ZETTA had been killed or buried.

GARY D. BLEDSOE II stated that at approximately 1300 (1:00pm) hours, ROBIN MYERS, FLOYD S. BLEDSOE and himself went to GAMBINO'S to eat. GARY D. BLEDSOE II stated that FLOYD S. BLEDSOE didn't express any interest to going to the location where ZETTA was found.

GARY D. BLEDSOE stated FLOYD S. BLEDSOE made statements that he had stopped vehicles east of Wellman Road. FLOYD S. BLEDSOE stated he was inquiring of the drivers if they had seen ZETTA. GARY D. BLEDSOE was unsure when this event occurred.

GARY D. BLEDSOE II stated that during that day, FLOYD S. BLEDSOE had a "missing person" poster in the back window of his vehicle.

On the same date at approximately 1915 (7:15pm) hours, GARY D. BLEDSOE II, FLOYD S. BLEDSOE and HEIDI BLEDSOE went to church. GARY D. BLEDSOE II stated during the church services FLOYD S. BLEDSOE exited the building. GARY D. BLEDSOE II stated that he went outside and made contact with FLOYD S. BLEDSOE. GARY D. BLEDSOE II stated  that FLOYD S. BLEDSOE was crying "like there was no tomorrow." FLOYD S. BLEDSOE told GARY D. BLEDSOE II that some of the church members were looking at him like he was the guilty  person. FLOYD S. BLEDSOE continued to state that he didn't like being accused of something that he didn't do. FLOYD S. BLEDSOE told GARY D. BLEDSOE II that he was "pissed" at TOM BLEDSOE for hurting ZETTA. FLOYD S. BLEDSOE also stated he couldn't understand why TOM BLEDSOE would do something like that to a good girl like ZETTA. GARY D. BLEDSOE II stated he told FLOYD S. BLEDSOE that people were going to look at them "funny" because of the last name. GARY D. BLEDSOE told FLOYD S. BLEDSOE that he (GARY) had been down that road before and they had to roll with the punches.

I asked GARY D. BLEDSOE II if FLOYD S. BLEDSOE made any comments to his statements. GARY D. BLEDSOE II stated FLOYD S. BLEDSOE was too busy crying.

GARY D. BLEDSOE II stated neither he nor FLOYD S. BLEDSOE entered back into the church for the service.

GARY D. BLEDSOE II stated he and FLOYD S. BLEDSOE stayed outside of the church for approximately twenty (20) minutes before they left.  GARY D. BLEDSOE stated church services ended at 2000 (8:00pm) hours.

GARY D. BLEDSOE II stated that he didn't think he had any type of contact with FLOYD S. BLEDSOE on November 9th.

GARY D. BLEDSOE II stated that he had received a telephone call from FLOYD S. BLEDSOE I on either November 10th or 11th. GARY D. BLESOE II stated that he had received the telephone call on his cellular telephone.

GARY D. BLEDSOE II stated that FLOYD S. BLEDSOE had concerns about red stains on the carpet in ZETTA'S bedroom. FLOYD S. BLEDSOE asked GARY D. BLEDSOE II if he recalled if any of the children had spelled Kool-Aid on the carpet. GARY D. BLEDSOE II told FLOYD S. BLEDSOE that he didn't know but would be at his (FLOYD'S) residence to look at the carpet.

GARY D. BLEDSOE II stated he arrived at FLOYD S. BLEDSOE'S residence at approximately 2100 (9:00pm) hours. GARY D. BLEDSOE II stated that he looked at the carpet and thought the

KBI Subpoena 002318
**Exhibit 10 at 033**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001561

stains could have been blood. GARY D. BLEDSOE II told FLOYD S. BLEDSOE that it looked like she got hit on the nose and the trail of blood led to the bathroom.

FLOYD S. BLEDSOE asked GARY D. BLEDSOE II if he thought that ZETTA had been shot in her room. GARY D. BLEDSOE II stated he didn't know "what to think at this time."

GARY D. BLEDSOE II then stated his next contact with FLOYD S. BLEDSOE was November 11th. FLOYD S. BLEDSOE told GARY D. BLEDSOE II that he was going to take a polygraph test. GARY D. BLEDSOE II told FLOYD S. BLEDSOE that he needed to keep his mind clear and think clear, "my dad told him the same thing." FLOYD S. BLEDSOE stated that he was nervous about taking the polygraph test.

GARY D. BLEDSOE II stated that he believed that TOM BLEDSOE didn't kill ZETTA, but may have helped to hide the body. GARY D. BLEDSOE II stated that he had never known TOM BLEDSOE to be violent, "it's not in our nature."

GARY D. BLEDSOE II stated there was nothing that anyone including FLOYD S. BLEDSOE could say to convince him that he (FLOYD) was involved. GARY D. BLEDSOE II stated even if FLOYD S. BLEDSOE confessed to killing ZETTA, he wouldn't believe it.

I asked GARY D. BLEDSOE II if he had knowledge of TOM or FLOYD S. BLEDSOE owning any firearms. GARY D. BLEDSOE II stated he thought TOM BLEDSOE had hunting guns and a handgun. GARY D. BLEDSOE II stated he had no knowledge that FLOYD S. BLEDSOE owning a gun, "not that I know of."

I asked GARY D. BLEDSOE II when he last seen ZETTA. GARY D. BLEDSOE II stated it was the last weekend of October (99).

I asked GARY D. BLEDSOE II if he had any knowledge of FLOYD S. and HEIDI BLEDSOE having marital problems. GARY D. BLEDSOE II stated that FLOYD S. and HEIDI had talked about getting a divorce in his presence. GARY D. BLEDSOE II stated the last time was in mid or late October.

GARY D. BLEDSOE II stated that FLOYD S. BLEDSOE had never talked about having any type of problems with ZETTA. FLOYD S. BLEDSOE had stated that he loved ZETTA in a family way. FLOYD S. BLEDSOE never made statements to GARY D BLEDSOE II indicating that he (FLOYD) was sexually involved with ZETTA.

GARY D. BLEDSOE II stated that FLOYD S. BLEDSOE had never talked about taking ZETTA to work with him.

I asked GARY D. BLEDSOE II when the last time that he had been at the ditch area where ZETTA was located. GARY D. BLEDSOE II it was approximately three (3) years ago.

I asked GARY D. BLEDSOE II about the type of firearms he currently had in his possession. GARY D. BLEDSOE II stated he had a Remington twelve (12) gauge shotgun, a twenty-two (22) semi-automatic rifle, a bolt action twenty-two (22) rifle and a Glock nine (9) millimeter handgun. I asked GARY D. BLEDSOE II about his activity during the evening of November 5th, 1999. GARY D. BLEDSOE II stated he worked until 1930 (7:30pm) hours. GARY D. BLEDSOE II stated he went home and meet with some friends. GARY D. BLEDSOE II stated he and his friends went to a party in Lawrence (Ks.).

GARY D. BLEDSOE II stated he didn't have any contact with FLOYD S. BLEDSOE or ZETTA on November 5th, 1999.

GARY D. BLEDSOE II stated he would provide me with his work schedule (attached)

34

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI001562

to show the days and hours he had worked.

GARY D. BLEDSOE II agreed to provide me with the Glock nine (9) millimeter semi-automatic handgun that belonged to him (See KBI Evidence Custody Receipt).

The following items were seized (voluntary consent) from GARY D. BLEDSOE II on November 17th and 18th, 1999:

Item 1: one 'Glock' nine (9) millimeter semi-automatic handgun, serial number CTG219
Item 2: one 'Glock' gun clip for item number one (1)
Item 3: nine (9) F.C. nine (9) millimeter Luger live ammunition
Item 4: one (1) black nylon 'Uncle Mike' sidekick holster for a nine (9) millimeter semi-automatic handgun.
{seized on November 17th by DET. SGT. CARRENO}

Item 1: one (1) 'Glock' gun clip
Item 2: ten (10) nine (9) millimeter FC Luger ammunition (unfired) removed from item #1
{seized on November 18th by DET. FROST}

I ended my contact with GARY D. BLEDSOE II (on November 17th) at 1153 (11:53am) hours.

On November 18, 1999, I re-interviewed BILLIE SUMMERVILLE at the Jefferson County Sheriff's Law Enforcement Center. The interview was videotaped.

I began the interview with BILLIE SUMMERVILLE identifying his vehicles. BILLIE SUMMERVILLE he presently owned a red 1992 Achive Oldsmobile and a white and black 1969 Chevrolet truck.

I then asked BILLIE SUMMERVILLE what type of vehicles were owned by his employer, BRAD TILLERY. BILLIE SUMMERVILLE stated BRAD TILLERY had a gold 1994 full size Chevrolet truck and a black 1989 one-half (1/2) ton Chevrolet truck with a full size bed. BILLIE SUMMERVILLE stated on October 25th, the 1989 Chevrolet had broke down at 4th and Perry Street in Lawrence (Ks). BILLIE SUMMERVILLE stated the truck was later reported stolen to the Lawrence Police Department (Lawrence Police Departments report attached).

I then asked BILLIE SUMMERVILLE what type of vehicles his father, CHARLIE SUMMERVILLE owned. BILLIE SUMMERVILLE stated CHARLIE SUMMERVILLE had a light blue 1989 Chevrolet one-half (1/2) ton truck with a black tool box in the bed of the truck.

I asked BILLIE SUMMERVILLE if he drove CHARLIE SUMMERVILLE'S truck during the first (1st) week of November. BILLIE SUMMERVILLE stated "no" but he drove the truck on Saturday, November 6th, (99).

I then asked BILLIE SUMMERVILLE if he had a cellular telephone. BILLIE SUMMERVILLE stated "yes" and provided with his cellular telephone number; 785-232-7296.

I then had BILLIE SUMMERVILLE to detail his activity from the time that he had arrived at the WINCHESTER HAREWARE STORE on November 5th (99).

BILLIE SUMMERVILLE stated he arrived at the hardware store with his father, CHARLIE SUMMERVILLE. BILLIE SUMMERVILLE stated when they initially arrived he viewed FLOYD S. BLEDSOE'S green Chevrolet Nova parked in the parking lot. I asked BILLIE SUMMERVILLE if he was positive that he saw a Chevrolet Nova in the parking lot. BILLIE SUMMERVILLE stated that he was positive and he knew that FLOYD S. BLEDSOE was inside the hardware store.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI001563

BILLIE SUMMERVILLE stated that CHARLIE SUMMERVILLE had parked his truck next to the Chevrolet Nova. BILLIE SUMMERVILLE stated the Chevrolet Nova was within feet of the passenger door of their truck.

BILLIE SUMMERVILLE stated he exited from the truck and walked right by the Chevrolet Nova. BILLIE SUMMERVILLE stated that he remembered seeing a child restraint seat in the back seat of the Chevrolet Nova.

BILLIE SUMMERVILLE stated he entered the hardware store between 1715 (5:15pm) and 1800 (6:00pm). BILLIE SUMMERVILLE stated he entered the hardware store to buy some bolts and nuts.

BILLIE SUMMERVILLE stated that he didn't think that his father, CHARLIE SUMMERVILLE Had talked or had seen FLOYD S. BLEDSOE inside the hardware store.

BILLIE SUMMERVILLE stated that his father, CHARLIE SUMMERVILLE drove his truck when they left the hardware store. BILLIE SUMMERVILLE stated  that they returned to Oskaloosa after leaving the hardware store.

BILLIE SUMMERVILLE stated he went to his father's (CHARLIE) residence when they got to Oskaloosa. BILLIE SUMMERVILLE stated he left from his father's residence and returned home and cooked diner for his brother and son.

BILLIE SUMMERVILLE stated he went to bed at approximately 2000 (8:00pm) hours. BILLIE SUMMERVILLE stated that he slept on the couch in the living room.

BILLIE SUMMERVILLE stated the following morning (Saturday, the 6th) he woke up at 0715 (7:15am) hours. BILLIE SUMMERVILLE stated that he and his father, CHARLIE SUMMERVILLE went to various stores in Topeka (Ks.), to find the needed bolts for the construction site at Paradise Point (near Lake Perry).

BILLIE SUMMERVILLE stated he and his father, CHARLIE SUMMERVILLE went to TOPEKA TRACTOR SUPPLY STORE, SALISBURY and KN0TTS (sp) WHOLESALE in Topeka (Ks.).

BILLIE SUMMERVILLE stated they left from Topeka (Ks.) and went to the job site. BILLIE SUMMERVILLE stated that he and his father, CHARLIE SUMMERVILLE went to lunch at 1400 (2:00pm) hours at the DOWNTOWN CAFÉ in Oskaloosa. BILLIE SUMMERVILLE stated that it was at this time that I made contact with him. I asked BILLIE SUMMERVILLE if he had any idea what happened to ZETTA. BILLIE SUMMERVILLE stated "no."

I asked BILLIE SUMMERVILLE if he had knowledge of FLOYD S. BLEDSOE and ZETTA being sexual involved. BILLIE SUMMERVILLE stated "no."

BILLIE SUMMERVILLE stated that he was unaware of ZETTA having a boyfriend or being sexual active.

BILLIE SUMMERVILLE stated that he knew that ZETTA fought a lot with her mother.

BILLIE SUMMERVILLE had no knowledge of TOM BLEDSOE being involved with ZETTA.

BILLIE SUMMERVILLE stated that he wasn't surprise that FLOYD S. BLEDSOE had been arrested.

I asked BILLIE SUMMERVILLE if he had ever had sexual contact with ZETTA. BILLIE

36

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI001564

SUMMERVILLE stated "no."

BILLIE SUMMERVILLE stated that HEIDI BLEDSOE had had affairs and would frequently go to COYOTTES in Lawrence (Ks.) on Thursday nights.

BILLIE SUMMERVILLE stated FLOYD S. and HEIDI BLEDSOE would had continuous fights when they lived in the trailer court. BILLIE SUMMERVILLE stated it was always HEIDI BLEDSOE that would batter FLOYD S. BLEDSOE. BILLIE SUMMERVILLE stated at different times he saw bruising on FLOYD S. BLEDSOE that was inflicted by HEIDI BLEDOSE.

BILLIE SUMMERVILLE stated it was unknown to him if ZETTA was ever battered by FLOYD S. or HEIDI BLEDSOE. BILLIE SUMMERVILLE stated that FLOYD S. BLEDSOE and ZETTA would get into pinching contest.

I asked BILLIE SUMMERVILLE if he had knowledge of FLOYD S. BLEDSOE having firearms at the trailer. BILLIE SUMMERVILLE stated "no," and also that HEIDI BLEDSOE would never allow guns in her house.

I then asked BILLIE SUMMERVILLE to describe his activity and the time that they left from the WINCHESTER HARDWARE STORE on November 5th. BILLIE SUMMERVILLE stated that they traveled south on Wellman Road to Fairview Road, then west and drove by FLOYD S. and HEIDI'S BLEDSOE'S residence. BILLIE SUMMERVILLE stated it was still day light when they went by FLOYD S. and HEIDI'S residence. BILLIE SUMMERVILLE thought it was between 1630 (4:30pm) and 1700 (5:00pm) hours.

I asked BILLIE SUMMERVILLE if he noticed anything remarkable when they drove by the BLEDOE'S residence. BILLIE SUMMERVILLE stated he looked towards the residence as they drove by and saw a old gray car Ford Escort parked in the yard on the southwest corner of the residence. BILLIE SUMMERVILLE stated he didn't see any other vehicles on the property. BILLIE SUMMERVILLE then stated he believed that they drove by the BLEDSOE'S residence between 1615 (4:15pm) and 1630 (4:30pm) hours.

I asked BILLIE SUMMERVILLE if he killed ZETTA. BILLIE SUMMEVILLE stated that he didn't kill her, he didn't know who did, and wasn't present when ZETTA was killed.

I asked BILLIE SUMMERVILLE if he had knowledge that FLOYD S. BLEDSOE killed ZETTA. BILLIE SUMMERVILLE stated "no" and he didn't believe FLOYD S. BLEDSOE killed ZETTA.

I told BILLIE SUMMERVILLE that I had information that he had ZETTA in his truck on November 5th, in downtown Oskaloosa (Ks.). BILLIE SUMMERVILLE stated that he was driving his father's truck on November 5th. BILLIE SUMMERVILLE stated he was driving CHRIS (aka CHIEF) to his residence located on the corner of Washington and Liberty Street in Oskaloosa (Ks.).

I asked BILLIE SUMMERVILLE to describe CHRIS LNU. BILLIE SUMMERVILLE stated CHRIS was a white male with long blond hair and a beard. I told BILLIE SUMMERVILLE that I had information that ZETTA was the passenger in the truck. BILLIE SUMMERVILLE stated 'CHIEF' was a subject would sometimes assisted he and his father. BILLIE SUMMEVILLE stated 'CHIEF' was with he and his father on that day.

I ended my contact with BILLIE SUMMERVILLE at 1332 hours.

On November 24, 1999 at 1526 hours, I interviewed <u>TOM BLEDSOE</u> at the Jefferson County Sheriff's Law Enforcement Center. The interview was videotaped. MIKE HAYES (attorney) was present during the interview.

KBI Subpoena 002322
**Exhibit 10 at 037**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001565

TOM BLEDOE was provided with RIGHTS PER MIRANDA (written form) prior to the beginning of the interview. I had asked TOM BLEDSOE a series of questions during the presentation of MIRANDA. TOM BLEDSOE stated he had a twelfth (12th) grade education and could read and write, he wasn't presently on medication, drugs/narcotics or alcohol, and wasn't currently under doctor's care. TOM BLEDSOE stated that he had gone to bed at 2200 (10:00pm) hours the night before and awoke this morning at 0900 (9:00am) hours.

During the interview, I asked TOM BLEDSOE what his activities were on November 5th and 6th. TOM BLEDSOE provided me with the following information:

TOM BLEDSOE stated he initially heard of ZETTA'S disappearance on Friday, November 5th. TOM BLEDSOE stated he was at his residence when the Sheriff's Department called the residence inquiring if ZETTA was there.

TOM BLEDSOE stated the following day (Saturday the 6th) in the afternoon he was driving east on the County road by the old saddle club (98th Street) north of Oskaloosa (Ks.). TOM BLEDSOE saw FLOYD S. BLEDSOE driving west on the same county road. FLOYD S. BLEDSOE was in his green Chevrolet Nova. TOM BLEDSOE thought this was between the hours of 1200 (12:00pm) and 1300 (1:00pm) hours.

TOM BLEDSOE stated that he flagged down FLOYD S. BLEDSOE to stop. TOM BLEDSOE stated he wanted to check with FLOYD S. BLEDSOE if ZETTA had been located.

TOM BLEDSOE stated FLOYD S. BLEDSOE stopped his vehicle next to his. TOM BLEDSOE asked FLOYD S. BLEDSOE if ZETTA was found. FLOYD S. BLEDSOE stated no. TOM BLEDSOE asked if anyone had circulated any flyers. FLOYD S. BLEDSOE stated "yes in a harsh way." TOM BLEDSOE stated that the police were looking for ZETTA. FLOYD S. BLEDSOE stated "yea" and appeared to be scared. FLOYD S. BLEDSOE "kind of" puts head on the steering wheel. TOM BLEDSOE asked what was wrong. FLOYD S. BLEDSOE started "too cry a little" and stated that ZETTA was dead. TOM BLEDSOE asked FLOYD S. BLEDSOE what he meant by that statement. TOM BLEDSOE stated he couldn't remember if FLOYD S. BLEDSOE responded "we or I" accidentally shot her. TOM BLEDSOE asked why. FLOYD S. BLEDSOE brought his hands toward his head and shrugged his shoulders. TOM BLEDSOE asked if she had been raped. FLOYD S. BLEDSOE stated "no." TOM BLEDSOE asked if she had been sexual abused. FLOYD S. BLEDSOE stated "yes, no, I don't know, if you call her shirt and bra being up over her breast." TOM BLEDSOE asked FLOYD S. BLEDSOE, why. FLOYD S. BLEDSOE didn't answer "he just kind of sat there." TOM BLEDSOE asked "what did you shoot her with." FLOYD S. BLEDSOE stated "with your gun." TOM BLEDSOE asked "how" and then reached behind the seat to check if his gun was there. TOM BLEDSOE stated he felt the gun bag and it appeared to have the weight to support the gun. TOM BLEDSOE asked "how did you get it?" FLOYD S. BLEDSOE stated "I got it out of your truck one day during the week." TOM BLEDSOE "no you didn't." FLOYD S. BLEDSOE stated "yes, I did, I put it back in your truck last night while you, mom and dad were sleeping." TOM BLEDSOE asked why again. FLOYD S. BLEDSOE shook his head from right to left. TOM BLEDSOE asked where she (ZETTA) was. FLOYD S. BLEDSOE stated "she is up laying in the brome field ditch, underneath some dirt and trash, behind the house. TOM BLEDSOE asked why again and FLOYD S. BLEDSOE didn't answer. TOM BLEDSOE asked how many times she had been shot. TOM BLEDSOE wasn't sure if FLOYD S. BLEDSOE responded "two or three" times. TOM BLEDSOE asked "why are you telling me." FLOYD S. BLEDSOE told TOM BLEDSOE not to tell anyone, if you do, I will tell them about your past. TOM BLEDSOE stated he got mad and scared that FLOYD S. BLEDSOE made that statement. TOM BLEDSOE stated FLOYD S. BLEDSOE left without making any other statements.

TOM BLEDSOE stated he drove straight to the Texaco gas station but thought about going to the Sheriff's Department.

TOM BLEDSOE stated he left from the Texaco station and drove to JESSE GAMBLE'S residence to deliver "turkey legs." TOM BLEDSOE then drove to his employment in Lawrence (Ks.).

KBI Subpoena 002323
**Exhibit 10 at 038**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001566

TOM BLEDSOE stated he arrived at work at approximately 1445 (2:45pm) hours.

TOM BLEDSOE stated while at work he thought about what he should do. TOM BLEDSOE stated he went to his truck and removed the nine (9) millimeter semi-automatic hand gun from its case that was located behind the drivers seat. TOM BLEDSOE put the end of the gun barrel to his nose. TOM BLEDSOE stated it appeared that the gun was recently fired. TOM BLEDSOE then removed the gun clip and saw there was bullets missing from the gun clip. TOM BLEDSOE removed one of the bullets from the gun clip and noted there was one bullet remaining in the gun clip.

TOM BLEDSOE stated that he made up his mind that he was going to the brome field to see if ZETTA was really buried.

TOM BLEDSOE stated he went to the brome field after returning home from work. TOM BLEDSOE stated he drove to the brome field between 2330 (11:30pm) and 2400 (12:00am) hours. TOM BLEDSOE stated he exited from his truck leaving the headlights on. TOM BLEDSOE said he was in possession of a flashlight. TOM BLEDSOE stated he had parked his truck approximately ten (10) to fifteen (15) feet north from where he seen shoved marks along the bank. TOM BLEDSOE stated he had to walk approximately thirty (30) feet south from his truck before he found the burial site. TOM BLEDSOE stated he knew that he was the right location because of the shovel marks. TOM BLEDSOE he entered into the ditch area and then when he saw the pile of dirt against the bank. TOM BLEDSOE stated he got out of the ditch and went back to the truck and went home.

TOM BLEDSOE stated he removed his nine (9) millimeter semi-automatic hand gun from the truck and put it in his bedroom. TOM BLEDSOE stated he had a sleepless night wondering what he should do.

TOM BLEDSOE stated he got up the next morning at 0800 (8:00am) hours and drank coffee. TOM BLEDSOE then helped his father, FLOYD L. BLEDSOE unload a trailer on their property. TOM BLEDSOE arrived at church and returned home at approximately 1200 (12:00pm) hours. TOM BLEDSOE stayed at the residence and waited on his father, FLOYD L. BLEDSOE. FLOYD L. BLEDSOE arrives at their residence with different types of machinery at approximately 1400 (2:00pm) hours. TOM, LLOYD, and JASON BLEDSOE assisted FLOYD L. BLEDSOE with unloading the trailer.

TOM BLEDSOE stated at approximately 1643 (4:30pm) he went in his residence and got ready to go to church. TOM BLEDSOE stayed at his residence until approximately 1730 (5:30pm) hours and then left for church. TOM BLEDSOE arrived at church at approximately 1800 (6:00pm) hours and stayed until approximately 2000 (8:00pm) to 2030 (8:30pm) hours. TOM BLEDSOE stated he left from the church not being able to stand knowing what had happened to ZETTA.

TOM BLEDSOE stated he then made two (2) telephone calls to JAMES BOLLINGER. TOM BLEDSOE stated JAMES BOLINGER wasn't at home and he left two (2) different messages of his answering machine. TOM BLEDSOE stated he also notified his parents (via telephone). TOM BLEDSOE stated this was during the time that put in contact with his attorney, MIKE HAYES.

I asked TOM BLEDSOE again if he could remember exactly what FLOYD S. BLEDSOE told him ( while on the county road) about who and how many people were involved in ZETTA'S death. TOM BLEDSOE stated he wasn't for sure if FLOYD S. BLEDSOE had stated, I, we, or they.

I asked TOM BLEDSOE where FLOYD S. BLEDSOE told him where ZETTA was. FLOYD S. BLEDSOE had stated that ZETTA was buried under dirt and "garbage or trash." I asked TOM BLEDSOE how many times he went to the burial site. TOM BLEDSOE stated, once.

I asked TOM BLEDSOE if FLOYD S. BLEDSOE told him what ZETTA was wearing at the time of the shooting. TOM BLEDSOE stated "no" but FLOYD S. BLEDSOE stated that he shot ZETTA in the back of the head and her chest. TOM BLEDSOE stated he wasn't

KBI Subpoena 002324
**Exhibit 10 at 039**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001567**

sure how many times FLOYD S. BLEDSOE stated ZETTA was shot. TOM BLEDSOE stated that FLOYD S. BLEDSOE didn't say where they were (FLOYD and ZETTA) when he shot ZETTA. TOM BLEDSOE stated FLOYD S. BLEDSOE told him about this information during their contact on the county road on Saturday (6th).

TOM BLEDSOE stated when he went to the burial site, he checked the area for any type of evidence. TOM BLEDSOE stated that he had previous knowledge that there was a shovel had been placed against a fence located south of the burial site and north of his parent's residence. TOM BLEDSOE stated that he located the shovel at the same location than he had last seen it. TOM BLEDSOE stated that he checked the shovel to see if there was "fresh dirt."

During the interview, TOM BLEDSOE stated that he entered into the burial site. TOM BLEDSOE stated he moved some the debris in the ditch to check for signs of a fresh gravesite. TOM BLEDSOE stated he found in the ditch an area that was consistant with something being freshly buried. TOM BLEDSOE stated that he removed some of the dirt. TOM BLEDSOE stated that in removing the dirt, ZETTA'S arm and a shoe became exposed. As the interview continued TOM BLEDSOE stated he didn't remove any dirt nor did he ever uncover any portion of ZETTA'S body.

During the interview, I asked TOM BLEDSOE what information FLOYD S. BLEDSOE had on him that he (TOM) didn't want known. TOM BLEDSOE stated FLOYD S. BLEDSOE knew that TOM BLEDSOE had rented X-rated movies in the past. FLOYD S. BLEDSOE had caught TOM BLEDSOE masturbating. FLOYD S. BLEDSOE caught TOM BLEDSOE having sexual intercourse with the family dog.

I asked TOM BLEDSOE what was worse, killing someone or everyone knowing that he had X-rated movies, had been caught masturbating and had sexual intercourse with a dog. TOM BLEDSOE stated he would rather have people think he was a murderer.

I then asked TOM BLEDSOE to give me an account of his activities on November 5th. TOM BLEDSOE stated he got up at 0800 (8:00am) hours. At approximately 1400 (2:00pm) hours, He left his residence enroute to Lawrence. He traveled south of his parent's residence to Highway 59 to Highway 24. TOM BLEDSOE stated he arrived at work at approximately 1450 (2:50 pm) hours (this wasn't a scheduled work day/went to pick up his payroll check). TOM BLEDSOE stayed at work for approximately fifteen (15) minutes and then drove to LOUNKERS (sp) in Lawrence. TOM BLEDSOE stated was inside LOUNKER'S (sp) for approximately fifteen (15) to twenty (20) minutes. TOM BLEDSOE was inquiring if he could use their store firearm license to purchase a firearm.

TOM BLEDSOE stated he then went to RUSTY'S OUTDOOR SPORTS (23rd and Iowa Street) in Lawrence. TOM BLEDSOE arrived at RUSTY'S OUTDOOR SPORTS at approximately 1550 (3:50 pm) hours. TOM BLEDSOE was inside the store for approximately twenty (20) to twenty-five (25) minutes. TOM BLEDSOE stated he stayed in the parking lot before returning to his residence for a short period of time, because of the rush hour traffic. (KBI S/A WOODS confirmed with employees from LOUNKER'S (sp) and RUSTY'S statements made by TOM BLEDSOE).

TOM BLEDSOE stated that he traveled the following roads from RUSTY'S OUTDOOR SPORTS to his residence. TOM BLEDSOE stated he left from 23rd and Iowa Street going north to 6th Street, then east on 6th Street to the north Lawrence bridge. TOM BLEDSOE then traveled north and west on Highway 24 to Wellman Road. TOM BLEDSOE went north on Wellman Road to Republic Street then to Buck Creek Road to Highway 59 and to 98th Street (saddle club) and then north to his residence on Osage Road.

TOM BLEDSOE wasn't for sure what time he arrived home but thought it was approximately 1730 (5:30pm) hours. TOM BLEDSOE stated he then got ready to go to church. TOM BLEDSOE stated he left his residence and went to the bank in Oskaloosa. TOM BLEDSOE then stated left the bank and traveled east of Washington Street to Highway 59, going north on Highway 59 to

40

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001568**

the Co-op Road, the traveled east to the church camp.

TOM BLEDSOE stated he left the church camp between 2130 (9:30pm) and 2200 (10:00pm) hours and returned to his residence.

TOM BLEDSOE stated he didn't see ZETTA at the church camp on Friday.

This contact with TOM BLEDSOE ended at 1918 hours.

On November 25, 1999, at 0917 hours, I interviewed TOM BLEDSOE at the Jefferson County Sheriff's Law Enforcement Center. The interview was videotaped. MIKE HAYES (attorney) was present during the interview.

During the interview, TOM BLEDSOE stated he confirmed the area with the aid of a flashlight. TOM BLEDSOE stated he went down inside the ditch area where ZETTA was buried. TOM BLEDSOE stated he was in the ditch area for approximately five (5) or ten (10) minutes. TOM BLEDSOE stated he didn't remove the plywood or dirt but picked up one black bag "to get a better view." TOM BLEDSOE stated he did see the shovel marks along the bank where FLOYD S. BLEDSOE had described the area of where ZETTA was buried.

TOM BLEDSOE stated he found the shovel along the fence line that he talked about during the interview the previous day. TOM BLEDSOE stated he didn't touch the shovel.

I asked TOM BLEDSOE when was the last time that he had been at the dumping site prior to November 6th. TOM BLEDSOE stated was two (2) to three (3) months ago. TOM BLEDSOE stated he had taken several pieces of plywood to the ditch.

I asked TOM BLEDSOE to state why he was willing to go to jail for his brother. TOM BLEDSOE stated that he was scared that FLOYD S. BLEDSOE would tell people about him (TOM) having x-rated movies, x-rated magazines, masturbating, and having sexual intercourse with a dog.

I asked TOM BLEDSOE if he knew how many bullets were in the nine (9) millimeter gun the last time he was in possession of it. TOM BLEDSOE couldn't give an exact amount. TOM BLEDSOE Stated that he used the nine (9) millimeter handgun to target practice at the GAMBLE residence. TOM BLEDSOE stated the gun had jammed several times while he target practicing. TOM BLEDSOE recalled that several unfired ammunition had fallen on the ground after being ejected. TOM BLEDSOE stated he didn't pick up the unfired ammunition.

TOM BLEDSOE stated he had purshaced the nine (9) millimeter handgun at a gun show in October, in Lawrence (this was confirmed by KBI S/A WOODS). TOM BLEDSOE stated he went to purchase a deer rifle but they were too expensive.

The interview ended at 1115 hours.

On November 30, 1999 at approximately 1830 hours, I had telephone contact with CHARLIE *#19* SUMMERVILLE. I asked CHARLIE SUMMERVILLE if he had recalled being at the WINCHESTER HARDWARE STORE on November 5th, 1999. I also asked CHARLIE SUMMERVILLE if he recalled any vehicles in the parking lot when he arrived and if he seen FLOYD S. BLEDSOE inside the store.

CHARLIE SUMMERVILLE stated he was "in a hurry" that day and paid no attention to any vehicles in the parking lot. CHARLIE SUMMERVILLE stated he additionally couldn't remember if he seen FLOYD S. BLEDSOE inside the hardware store.

On December 4, 1999, I interviewed TOM BLEDSOE at the Jefferson County Sheriff's *#122* Law Enforcement Center. MIKE HAYES was present during the interview. The interview was videotaped (see KBI Evidenced custody receipt/attached). The interview began at approximately

KBI Subpoena 002326
**Exhibit 10 at 041**

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001569

0920 hours.

TOM BLEDSOE stated he had had nine (9) hours of sleep the previous evening, wasn't currently on any medication and wasn't under the influence of any drugs or alcohol.

I provided TOM BLEDSOE with his RIGHTS PER MIRANDA (written form) at the beginning of the interview.

I advised TOM BLEDSOE that I wanted to ascertain all of his information on the types of firearms and ammunition/bullets he had had in his vehicle.

TOM BLEDSOE stated he had had three (3) different types of firearms in his vehicle in the past. TOM BLEDSOE stated he had a twenty-two (22) caliber rifle, twenty-two (22) caliber semi-automatic, and a nine (9) millimeter semi-automatic in his vehicle. TOM BLEDSOE additionally stated he had twenty-two (22) bullets of various brands in his truck.

TOM BLEDSOE stated he had removed all of the above items from his vehicle in the first or second week of October (99).

TOM BLEDSOE stated he put the twenty-two (22) semi-automatic and nine (9) millimeter semi-automatic handgun back into his vehicle near the end of October (99). TOM BLEDSOE stated he had taken the twenty-two (22) semi-automatic handgun and nine (9) millimeter handgun to his place of employment. TOM BLEDSOE stated he took the guns to work to "clean them." TOM BLEDSOE stated there was a twenty-two (22) clip inserted in the twenty-two (22) caliber semi-automatic handgun. TOM BLEDSOE stated there were bullets in the clip but was unsure how many. TOM BLEDSOE was sure that there was not a bullet in the chamber of the handgun.

TOM BLEDSOE stated he removed the twenty-two (22) caliber semi-automatic handgun from his vehicle when he had returned home from work after cleaning the gun. TOM BLEDSOE stated he took the twenty-two (22) caliber semi-automatic handgun from the vehicle to his bedroom at his parent's residence. TOM BLEDSOE stated he kept the nine (9) millimeter inside of his vehicle.

TOM BLEDSOE stated he also had a gray plastic bucket of twenty-two bullets and a "hole brick" of twenty-two (22) bullets in his vehicle. TOM BLEDSOE described the size of the plastic bucket of bullets as being approximately four (4) to five (5) inches high and approximately three (3) inches in diameter. TOM BLEDSOE stated he purchased the gray container of bullets at Wal-Mart. TOM BLEDSOE stated the gray container was purchased with "loose" twenty-two (22) caliber bullets.

TOM BLEDSOE stated there was currently a box of Thunderbolt twenty-two (22) caliber bullets in the gray container.. TOM BLEDSOE stated he had purchased a box of Thunderbolt bullets at HARVEY'S HARDWARE STORE approximately one (1) year ago.

TOM BLEDSOE stated he initially put the gray container of twenty-two (22) bullets in his truck "about this time last year."

I asked TOM BLEDSOE if he could recall when he had removed the gray container of twenty-two (22) bullets from his vehicle. TOM BLEDSOE stated he removed the gray container from his vehicle approximately one (1) to two (2) months ago. TOM BLEDSOE stated it was during the same time that he also removed his twenty-two (22) rifle and twenty-two (22) semi automatic from his vehicle, "didn't have no need for them to be there." TOM BLEDSOE stated the gray container and its contents were currently in his bedroom at his father's residence.

I asked TOM BLEDSOE how many boxes of Thunderbolt twenty-two (22) caliber bullets he purchased at HARVEY'S HARDWARE STORE. TOM BLEDSOE stated he wasn't sure but knew it could not have been too many boxes "because they are expensive." TOM BLEDSOE described the Thunderbolt

42

## CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001570

container as being a green cardboard container, approximately two (2) inches by one (1) inch by one and one half (1 ½) inches.

TOM BLEDSOE stated he thought the twenty-two (22) caliber bullets in the Thunderbolts box were "hollow points" but he wasn't positive.

TOM BLEDSOE then stated he wasn't sure how many "loose" twenty-two (22) caliber bullets were currently in the gray plastic container. TOM BLEDSOE stated he had shot some of the twenty-two (22) bullets "last winter" at the GAMBLE residence.

TOM BLEDSOE stated he couldn't remember or recall if he had removed any of the Thunderbolts twenty-two (22) caliber ammunition from its container. TOM BLEDSOE then stated he remembered placing one (1) box of Thunderbolt twenty-two (22) caliber ammunition inside of the gray container "last summer."

I asked TOM BLEDSOE if the plastic gray container and its content could have been in his vehicle on November 5, 1999. TOM BLEDSOE stated "no."


TOM BLEDSOE stated he also had a "brick" of twenty-two (22) caliber ammunition in his vehicle. TOM BLEDSOE was unsure of the name brand but stated the "brick" consisted of ten (10) or twelve (12) red boxes of ammunition. TOM BLEDSOE stated he purchased this ammunition at RUSTY'S, approximately three (3) to five (5) months ago. TOM BLEDSOE thought each separate box of ammunition consisted of fifty (50) rounds. TOM BLEDSOE stated he had recalled removing two (2) boxes of ammunition from the "brick."

TOM BLEDSOE stated he had removed the brick of ammunition at the same time that the firearms and other ammunition were removed from his vehicle.

I asked TOM BLEDSOE if he recalled the exact day and month in which the firearms and ammunition were removed. TOM BLEDSOE he had removed the items sometime in mid October (99).

I asked TOM BLEDSOE what guns and ammunition where in his vehicle on November 5th, 1999. TOM BLEDSOE stated his nine (9) millimeter semi-automatic handgun and possibly a box of Thunderbolts twenty-two (22) caliber ammunition.

I then had TOM BLEDSOE view a previously seized box (from FLOYD S. BLEDSOE residence) of Thunderbolts 'longs' twenty-two (22) caliber ammunition.

TOM BLEDSOE stated he had purchased Thunderbolts twenty-two (22) caliber bullets from HARVEY'S HARDWARE STORE approximately one year ago. TOM BLEDSOE stated he couldn't recall if he had ever removed any of the bullets from the box. TOM BLEDSOE stated the box of bullets would have been in his vehicle. TOM BLEDSOE stated he couldn't remember ever removing the box of bullets from his vehicle.

I asked TOM BLEDSOE if he had any knowledge of his brother, FLOYD S. BLEDSOE being in possession of a twenty-two (22) caliber firearm. TOM BLEDSOE stated he didn't know and had no knowledge of his brother, FLOYD S. BLEDSOE needing to be possession of twenty-two (22) caliber bullets.

I asked TOM BLEDSOE if he had knowledge of any family members owning a video camera. (reference information received from CAPTAIN ORIN TURNER). TOM BLEDSOE stated his father, FLOYD L. BLEDSOE had a video camera. I asked TOM BLEDSOE if he any knowledge of his brother, FLOYD S. BLEDSOE using or being in possession of the video camera. TOM BLEDSOE

KBI Subpoena 002328
**Exhibit 10 at 043**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI001571

stated his brother, FLOYD S. BLEDSOE had borrowed the video camera in the past but was unsure of a date. TOM BLEDSOE stated he wasn't for sure if his brother, FLOYD S. BLEDSOE had returned the video camera (I spoke with FLOYD L. BLEDSOE on December 6, 1999, in reference to the above information. FLOYD L. BLEDSOE stated he had a video camera but it had not worked for approximately one year).

I asked TOM BLEDSOE if I could take possession of the twenty-two (22) semi-automatic handgun and twenty-two (22) caliber bullets that were presently in his bedroom at his parent's residence. TOM BLEDSOE agreed (see KBI Evidence Receipt on items seized on December 4th, 1999).

This contact at the Jefferson County Sheriff's Law Enforcement Center ended at 1031 hours.

On December 4, 1999, I recovered the following items (KBI Evidence Custody Receipt) from TOM BLEDSOE:

Item 1: one (1) Jennings J-22 twenty-two (22) caliber semi-automatic handgun, "Jennings Firearm Inc", serial number 702380, with pearl handles (unloaded at time of possession)
Item 2: one (1) black metal twenty-two (22) caliber handgun clip with six (6) "F" twenty-two (22) Caliber, one (1) inch unfired hollow point bullets/brass casings and copper projectiles.
Item 3: one (1) black nylon "Sidekick" right-handed holster
Item 4: one (1) Remington, green box, 2 ¼"x1 ¼" of 'new improved' twenty-two (22) caliber long rifle, fifty (50) rimfire cartridges capacity, 'Hi-Speed', bar code 4770000250 the content of the box consisted of: six (6) unfired twenty-two (22) caliber one (1) inch twenty-two (22) caliber bullets with brass casings and gray solid tips (projectiles). Purchased sticker on box/ white with one red border line/208-603-21238 T-11-F105
Item 5: one (1) gray Remington plastic bucket with the following content:
Fifty (50) "REM" twenty-two (22) caliber one (1) inch bullets with brass casing and gray solid tips (projectiles). Three (3) U.S. pennies. One (1) green Remington twelve (12) gauge magnum, three (3) inch shotgun shell. One (1) twenty-two caliber "Hi U Speed" one-half (1/2) inch bullet. Twenty-four (24) Remington one-half (1/2) inch twenty-two (22) caliber bullets in a green 'Remington' box, bar code 477103/purchased sticker (white)/333-534-2100-3105.

The items were seized at 1050 hours.

On December 6, 1999, I compared the bar code numbers from the Remington ammunition box (item four) seized from TOM BLEDSOE on to December 4, 1999, to the Remington ammunition box (item eight) seized from the FLOYD S. BLEDSOE'S residence on November 14, 1999. Both items were consistent with being the same type, color, size and brand of ammunition. Both items displayed a bar code of 47770000250.

On December 6, 1999, SHERIFF DUNNAWAY had contact with SAM HARVEY at HARVEY'S HARDWARE STORE. SHERIFF DUNNAWAY confirmed that the twenty-two (22) 'Remington' currently in stock at the store consisted of the following bar code numbers: 4770000251 (boxes of ammunition that had been removed from the entire brick of ammunition) and 4770000230 (boxes that were still inserted in the brick of ammunition).

SHERIFF DUNNAWAY advised me that the bar codes on the twenty-two (22) ammunition presently at HARVEY'S HARDWARE STORE were consistent with the boxes of Remington twenty-two (22) caliber ammunition seized from TOM BLEDSOE on December 4, 1999 and from FLOYD S. BLEDSOE'S residence on November 14, 1999.

On December 6, 1999, I had telephone contact with GEORGE SEVALL. GEORGE SEVALL is a representative for Remington Arms in Lonoke, Arkansas. I provided GEORGE SEVALL with the information obtained from the Remington boxes of twenty-two (22) caliber ammunition seized from TOM and FLOYD S. BLEDSOE'S residence. GEORGE SEVALL stated the bar codes on the boxes didn't provide the information to establish where or what region of the country the ammunition

44

**Exhibit 10 at 044**

# CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**KBI001572**

was sent to. GEORGE SEVALL stated that the bar code information indicated that the ammunition might have been sent to a Wal-Mart Store but he couldn't be definite.

GEORGE SEVALL advised me that every box of Remington twenty-two (22) caliber ammunition had a six (6) character identification number imprinted on the inside tab of each box.

I verified that the box of Remington twenty-two (22) caliber box of ammunition seized from TOM BLEDSOE indicated the following characters; E1(?)M2A. The box of ammunition seized from FLOYD S. BLEDSOE'S residence on November 14, 1999 indicated the following characters; H09G1D.

GEORGE SEVALL the coded box with the characters; E1(?)M2A was loaded at the Arkansas ammunition plant in March of 1997 between the 10th and 19th. The coded box with the Characters; H09G1D was loaded at the Arkansas ammunition plant on September 9th, 1998.

I asked GEORGE SEVALL to fax (attached/received the same day) me with verification on the information that he had provided me.

jrc061 12-13-99

KBI Subpoena 002330
**Exhibit 10 at 045**