# EXHIBIT 20

CONFIDENTIAL

JC_001645

11-7-99
~1335 hours
1138 hrs. 10-23 LEC, PER #30 / ANO PAGE RECV.
FROM RICHARD PARNELL

ON ARRIVAL, #30 MET W/ R/O OUTSIDE OF LEC
AND ADVISED → TOM BLEDSOE CURRENTLY
HAD ADMITTED TO BEING INVOLVED. #30 ADVISED
(V) WAS IN A FIELD W/ A BULLET TO THE HEAD

MIKE HAYES ATTORNEY         MIKE HAYES, C#1, #30
FOR TOM BLEDSOE             #655, #46, #44, #42 PRESENT
                            IN CONFERENCE ROOM

SUSPECT: THOMAS E. BLEDSOE
W/M DOB [redacted] 1974 (25)    5'04"  130'
11477 OSAGE ROAD  OSKIE
BLU EYES  RED HAIR  SSN  KS DL [redacted]

POSS. VEH. OF SUSPECT           JIM BOLINGER  [redacted] 942
1989 MAZD  KS NHW747          [redacted]
B2200 TRUCK
VIN: JM2UF1133K0724827
(CURRENTLY AT PARENTS HOUSE)    SELF EMPLOYED



**Exhibit 71**