# EXHIBIT 21

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI000765

11/7/99      V-Artman
             S-Bledsoe, T
             ect                                 Woods, J.W.

Ret Case Info.

Details: On 11/7/99 at 10:50 P.M. KBI SSA J. Woods recieved a call from JF Co. Sheriff Roy Dunaway.

Dunaway advised his office had been working a missing person case, since early A.M. 11/6/99. The victim was a 14 yr old rural Oskaloosa girl. Investigation had revealed that she had last been seen about 4:20 P.M. 11/5/99 being let off the school bus.

Dunaway further advised that he had, received information that Mike Hayes an Oskaloosa Atty, had contacted JFSO requesting to meet Sheriff Dunaway, regarding the missing girl. Hayes had indicated that the girl was deceased, Hayes had knowledge of her location and also had a weapon.

Sheriff Dunaway requested KBI Assistance.

SSA Woods made telephone notification of weekend duty supervisor SAC Brandau and

KBI Subpoena 001523
**Exhibit 7 at 003**

KBI000734

11/7/99  V-Artmann  Woods, J.W.
         S-Bledsoe, T.
         ect

Ref: Information Sheriff Roy Dunnaway
     Scene Investigation

Details: On 11/7/99 at 11:30 A.M. KBI SSA J. Woods arrived at the JFCo. L.E.C. and was provided the following additional information.

Atty Mike Hayes had arrived earlier in the evening accompanied by Thomas E. Bledsoe W/M - 3-6-74, SSN [redacted] Address 11477 Osage Rd, Oskaloosa Ks. Hayes related that Thomas Bledsoe knew the whereabouts of the Artmann girls body, and also Hayes had a weapon he would turn over. Dunnaway believed the weapon was a handgun.

Dunnaway further advised that a Jim Bollinger had also contacted JFSO earlier in the evening about two voice mail messages Thomas Bledsoe had left for Bollinger. Dunnaway advised that he had officers at the Bollinger home, making a recording of the messages.

About 12:30 A.M. 11/8/99 SSA Woods followed Sheriff Dunnaway, other JFCo. officers, along with Atty Hayes & Tom Bledsoe to a field north of Bledsoe's parent home. (11477 Osage Rd - Oskaloosa, Ks) Upon arrival about 12:40 A.M. 11/8/99

KBI Subpoena 001492
**Exhibit 7 at 004**

KBI000735

③

Atty Hayes pointed out a location in a ditch, where several sheets of paneling and plywood were observed. The ditch had apparently used as a dump. As a wide variety of items were noted in the ditch.

Sheriff Dunnaway went to the Floyd & Catherine Bledsoe residence and obtained a signed consent to search.

Det Carreno began taking photographs, with SSA Woods taking "back-up" photo's

At 1⁴⁴AM, 11/8/99 Sgt R. Poppa recieved a plastic bag from Atty Hayes. Inside the bag wrapped in a towel was a silver Bryco Arms/Jennings Mod 9mm, semi-auto pistol, Cal 9mm. Ser# 1375571
Sgt Poppa indicated that Atty Hayes had related that the gun belonged to Thomas Bledsoe, and had been recently purchased at a gunshow.

After removing the paneling and plywood along with assorted trash, Det Frost and Sgt Poppa then began ~~digging to~~ removing- loose dirt. About 2³⁰AM After removing 8-10" of loose dirt a female body believed to be that of

KBI000736

(3)

Zetta Camille Hartman was uncovered.

The body was on its back, head bent forward, arms folded across the chest, legs slightly crossed. The upper portion of the body was slightly elevated.

The clothing from the waist down was intact, and appeared normal. Blue jeans, socks, tennis shoes. A shirt & bra were above the breasts, which were exposed.

About 4:30 A.M. Dr. Eric Mitchell M.D. arrived and after viewing the body, it was placed in a body bag and removed from the ditch.
Dr. Mitchel noted apparent gun shot wounds to the head and chest area.

The body bag was closed & sealed and transported to Topeka by Gus Barnett of Barnett Funeral Home, Oskaloosa, Ks. Det T. Frost was assigned to attend the autopsy.

It is noted that only a small ammount of blood was observed in the bottom of the grave sight.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000737

(4)

Item's on KBI ECR (KBI Lab Page 1) were collected during the removal of the wood and trash covering the grave. Evidence collected by Deputy Gunckle/JFSO

⊘ No other items of possibly evidentiary value were noted within the grave area, or above in the area around the ditch.

Atty Hayes drove Thomas Bledsoe to the JFCo. Jail where he was Arrested and booked for murder.

P.

0912-227867

KBI Subpoena 001495
**Exhibit 7 at 007**