# EXHIBIT 24



Kansas Bureau of Investigation CMS
## ACISS INVESTIGATIVE 0912-227867/11
Report Date: 12/17/2015



### Warning
Contains entities exempt from disclosure

### Primary Information

| | |
|---|---|
| Description: | REVIEW OF POLYGRAPH EXAMINATIONS CONDUCTED BY SA GEORGE JOHNSON |
| Occurence From: | 12/03/2015 00:00 |
| Occurence To: | 12/03/2015 00:00 |
| Source Of Info: | CASE FILE 0912-227867 |
| Dissemination Code: | RESTRICTED (NORMAL) |
| Reporting LEO: | BUTLER, ROGER (90 / STAFF / KANSAS BUREAU OF INVESTIGATION) |
| Approval Status: | Approved |
| Approved Date: | 12/17/2015 |
| Approved By: | MELLOR, BRUCE SAC (64 / STAFF / KANSAS BUREAU OF INVESTIGATION) |

### Synopsis

On 12-03-2015 SA Ronnie BURK requested a review and evaluation of polygraph examination charts produced during two examinations conducted by Special Agent George JOHNSON, a former agent for the Kansas Bureau of Investigation (KBI), regarding KBI Case #0912-227867.

KBI case #0912-227867 focused around the death of Zetta C. ARFMANN on or around 11-05-1999 in Jefferson County, Kansas.

Based on information provided in the polygraph examination reports of SA JOHNSON, ARFMANN'S body was found on 11-08-1999 and Thomas BLEDSOE had shown investigators the location of the body. ARFMANN had been shot numerous times with an unknown caliber weapon.

On 11-08-1999 THOMAS took investigators to the body and his attorney also provided investigators with a 9mm handgun which was believed to be the murder weapon. In addition THOMAS had left messages on his pastor's phone stating that he was going to turn himself in and that he wished he had never done it.

Later in the investigation THOMAS denied that he was the person that killed ARFMANN and claimed that on 11-06-1999, his brother, Floyd BLEDSOE had stopped THOMAS while he was on his way to work and that FLOYD had told THOMAS the location of the body and that she, ARFMANN, had been shot two or three times. THOMAS stated that he asked FLOYD more than one time if he, FLOYD, had shot ARFMANN, but FLOYD did not answer so THOMAS assumed that FLOYD had shot ARFMANN.

Both THOMAS and FLOYD did voluntarily submit to polygraph examinations on November 12, 1999 conducted by Special Agent George JOHNSON.

On 12-03-2015 Special Investigator (SI) Rick ATTEBERRY and Special Investigator Roger BUTLER of the KBI met at the SOUTH HUTCHINSON POLICE DEPARTMENT, South Hutchinson, Kansas to evaluate the polygraphs examinations of both FLOYD and THOMAS.

During the meeting the case facts as per SA JOHNSON'S reports, as well as the polygraph examination reports, the case notes, the question sheet and the polygraph charts submitted by SA JOHNSON were reviewed and discussed.

The examination of Thomas Edward BLEDSOE began at approximately 11:35 A.M. and SA JOHNSON marked the last chart as being collected at approximately 1:53 P.M. SA JOHNSON'S report and question sheet show that the SA JOHNSON did conduct an Acquaintance Test and utilized a Mixed General Question Technique (MGQT) to address the issue in question with the following relevant questions being presented to THOMAS during the examination:

Q: Do you know for sure who shot Zetta ARFMANN, between 5 and 8 Nov. '99?

A: No

CONFIDENTIAL     JC_002489



Kansas Bureau of Investigation CMS
## ACISS INVESTIGATIVE  0912-227867/11
Report Date: 12/17/2015

**Synopsis - Continued**

Q: Did you shoot Zetta ARFMANN, between 5 and 8 Nov. '99?

A: No

Q: Were you physically present with Zetta ARFMANN at the time she was shot?

A: No

Q: Was the gun, used to shoot Zetta ARFMANN, in your possession when she was shot, between 5 and 8 Nov. '99?

A: No

According to the report submitted by SA JOHNSON it was his opinion that THOMAS was truthful when answering the relevant questions.

During the review of THOMAS' polygraph examination questions by SI ATTEBERRY and SI BUTLER it was the consensus that the relevant questions were constructed properly and appropriate for the issue addressed. However, it is the opinion of SI ATTEBERRY and SI BUTLER that the first listed relevant question, (Do you know for sure who shot Zetta ARFMANN, between 5 and 8 Nov. '99?), might not have been appropriate for THOMAS since he was the person that had reported to the police that FLOYD had informed him of the location of the body and did not deny killing her when questioned by THOMAS, which would have, at the very least, caused THOMAS to have very strong suspicions that FLOYD was the killer. It is likely that SA JOHNSON clarified the question with THOMAS and defined it as having actually seen or having other evidence or information that provided THOMAS with indisputable information as to the identity of the killer.

A MGQT format requires that each question be scored independently utilizing a plus or minus three cutoff score with a plus three indicating no significant reaction and a minus three indicating significant reaction. However, significant reaction noted on one or more question results in an opinion of deception for the examination. A subject must have a plus three or higher on each question to demonstrate no significant reaction and an opinion of no deception for the examination.

A numerical evaluation of THOMAS' polygraph charts by SI ATTEBERRY and SI BUTLER, utilizing the scoring procedures accepted at the time the examination was conducted (1999), and the current established scoring standards, did not support the opinion of truthfulness reported by SA JOHNSON and resulted in a consensus that the charts indicated deception and that THOMAS was not truthful when answering one or more of the above listed relevant questions.

There is no indication that SA JOHNSON conducted any post-chart interviews and it is likely THOMAS' examination concluded shortly after 1:53 P.M. however SA JOHNSON does not report the ending time.

The examination of Floyd Scott Edward BLEDSOE began at approximately 3:03 P.M. and SA JOHNSON marked the last chart as being collected at approximately 4:49 P.M. SA JOHNSON'S report and question sheet show that the SA JOHNSON did conduct an Acquaintance Test and did utilized a test format similar to a Mixed General Question Technique (MGQT) with the following relevant questions presented to FLOYD during the examination:

Q: Do you know for sure who shot Zetta ARFMANN, between 5 and 8 Nov. '99?

A: No

Q: Did you shoot Zetta ARFMANN, between 5 and 8 Nov. '99?

A: No

Q: Were you physically present with Zetta ARFMANN at the time she was shot?

A: No

Q: Did you take part in transporting Zetta ARFMANN at the time she was shot?

A:

**CONFIDENTIAL**                                        JC_002490



Kansas Bureau of Investigation CMS
### ACISS INVESTIGATIVE 0912-227867/11
Report Date: 12/17/2015

**Synopsis - Continued**

No

Q: Was the gun used to shoot Zetta ARFMANN in your possession when she received any of those gunshot wounds?

A: No

According to the report submitted by SA JOHNSON it was his opinion that FLOYD was not truthful when answering the relevant questions.

During the review of the polygraph examination questions by SI ATTEBERRY and SI BUTLER it was the consensus that the relevant questions were constructed properly and appropriate for the issue addressed. However, based on the review of the case facts, as summarized in the reports from SA JOHNSON, the issue of transporting Zetta ARFMANN at the time she was shot was not brought into question during the investigation, which raised the question as to the purpose of that particular question. There may have been some information provided to SA JOHNSON during the pre-chart interview or in other sources in the investigation that was the basis of that question that is unknown to SI ATTEBERRY and SI BUTLER. The question is not necessarily an inappropriate question and does not invalidate the test; there was just some question as to the background of the question.

In addition it was the opinion of SI ATTEBERRY and SI BUTLER that the first listed relevant question might not have been appropriate for FLOYD since he was aware that THOMAS had been the person that had directed the police to the location of Zetta ARFMANN and indicated to the investigators that he, FLOYD, was the probable killer. Those actions by THOMAS would most likely have caused FLOYD to have very strong suspicions or beliefs that THOMAS was the killer. As with THOMAS, it is likely that SA JOHNSON clarified the question with FLOYD and defined it as having actually seen or having other evidence or information that provided FLOYD with indisputable information as to the identity of the killer.

During the chart collection segment of the examination it is noted that SA JOHNSON varied from the standard procedure of conducting an MGQT examination, however there was no evidence to indicate that those variations significantly altered the outcome of the examination. SA JOHNSON did note several distortions/artifacts on Chart I-1 which he indicated were caused by the subject swallowing. In addition a distortion/artifact similar to those noted by SA JOHNSON on Chart I-1 was observed by SI ATTEBERRY and SI BUTLER on relevant question #11 on Chart I-2.

A numerical evaluation of THOMAS' polygraph charts by SI ATTEBERRY and SI BUTLER, utilizing the scoring procedures accepted at the time the examination was conducted (1999), and the current established scoring standards, did support the opinion of deception reported by SA JOHNSON and resulted in a consensus that the charts indicated deception, and that FLOYD was not truthful when answering one or more of the above listed relevant questions.

According to his report, SA JOHNSON conducted a post-chart interview of FLOYD but did not obtain any additional information and FLOYD did not provide any admissions regarding the death of Zetta ARFMANN.

SA JOHNSON does not report the ending time.

A re-test of FLOYD is recommended to determine FLOYD'S involvement, if any, in the death of Zetta ARFMANN.

ATTACHMENTS:   None

---

**Subject #1 - VICTIM #1 - ARFMANN, ZETA CAMILLE**

*Primary Information*

| | |
|---|---|
| Exempt From Disclosure: | YES |
| Race: | WHITE |
| Record Type: | PERSON |
| Subject Name: | ARFMANN, ZETA CAMILLE |
| Sex: | FEMALE |



# Kansas Bureau of Investigation CMS
## ACISS INVESTIGATIVE 0912-227867/11
Report Date: 12/17/2015

### Subject #1 - VICTIM #1 - ARFMANN, ZETA CAMILLE - Continued

**Primary Information - Continued**

| | |
|---|---|
| Birth Date: | ███ 1985 |
| Age: | 14 YEAR(S) |
| Juvenile: | YES |

**Personal Information**

| | |
|---|---|
| Ethnicity: | NOT OF HISPANIC ORIGIN |
| Height: | 504 |
| Weight: | 110 |
| Eye Color: | BROWN |
| Hair Color: | BLONDE |
| Physical Build: | THIN |
| Deceased: | YES |
| Date Deceased: | 11/08/1999 00:00 |

**Related Addresses**

| Address | Relationship |
|---|---|
| 15200 FAIRVIEW RD, OSKALOOSA, KANSAS 66066, UNITED STATES | CURRENT ADDRESS |

### Subject #2 - SUSPECT #1 - BLEDSOE, FLOYD S

**Primary Information**

| | |
|---|---|
| Race: | WHITE |
| Record Type: | PERSON |
| Subject Name: | BLEDSOE, FLOYD S |
| Sex: | MALE |
| Birth Date: | ███ 1976 |
| Age: | 39 YEAR(S) |
| Juvenile: | NO |

### Subject #3 - SUSPECT #2 - BLEDSOE, THOMAS E

**Primary Information**

| | |
|---|---|
| Race: | WHITE |
| Record Type: | PERSON |
| Subject Name: | BLEDSOE, THOMAS E |
| Sex: | MALE |
| Birth Date: | ███ 1974 |
| Age: | 41 YEAR(S) |
| Juvenile: | NO |

**Personal Information**

| | |
|---|---|
| Ethnicity: | NOT OF HISPANIC ORIGIN |



Kansas Bureau of Investigation CMS

## ACISS INVESTIGATIVE 0912-227867/11

Report Date: 12/17/2015

| Subject #3 - SUSPECT #2 - BLEDSOE, THOMAS E - Continued | |
|---|---|
| **Personal Information - Continued** | |
| Height: | 504 |
| Weight: | 130 |
| Eye Color: | BLUE |
| Hair Color: | RED |
| Hair Length: | SHORT |
| Hair Style: | BUZZ/CREW CUT |
| Complexion: | LIGHT/FAIR |
| Deceased: | YES |
| Date Deceased: | 11/09/2015 00:00 |
| **Related Addresses** | |
| Address | Relationship |
| ▓▓▓▓▓▓ MCLOUTH, KANSAS 66054, UNITED STATES | CURRENT ADDRESS |

| Record Status Information | |
|---|---|
| Record Origination Operator: | BUTLER, ROGER (90 / STAFF / KANSAS BUREAU OF INVESTIGATION) |
| Record Origination Date: | 12/17/2015 11:36 |
| Last Update Operator: | MELLOR, BRUCE SAC (64 / STAFF / KANSAS BUREAU OF INVESTIGATION) |
| Last Update Date: | 12/17/2015 14:02 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| BUTLER, ROGER (90 / STAFF / KANSAS BUREAU OF INVESTIGATION) | | MELLOR, BRUCE SAC (64 / STAFF / KANSAS BUREAU OF INVESTIGATION) | 12/17/2015 |
| | | | |