# EXHIBIT 25

Case 2:16-cv-02296-DDC   Document 339-25   Filed 07/19/23   Page 1 of 5

GARRITY, KUCKELMAN & KURTH
Attorneys at Law
701 Kansas Avenue, Suite B
Atchison, KS 66002
(913) 367-2008

IN THE DISTRICT COURT OF JEFFERSON COUNTY, KANSAS

STATE OF KANSAS                                    Plaintiff

vs.                                                Case No. 99 CR 325

FLOYD SCOTT BLEDSOE                                Defendant

MOTION TO PRODUCE

COMES NOW, the Defendant, Floyd Scott Bledsoe, by and through his attorney, John R. Kurth, of GARRITY, KUCKELMAN & KURTH, and respectfully moves this Court to enter an order directing the prosecuting attorney to permit the Defendant and Defendant's attorney of record to inspect and copy the following materials pursuant to K.S.A. 22-3212, to-wit:

1. Any written or recorded statements or confession made by the Defendant, or copies thereof, which are ar have been in the possession, custody or control of the prosecution, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney.

2. Results or reports of physical or mental examination and scientific tests or experiments made in connection with this particular case, or copies thereof, including but not limited to fingerprint examinations, chemical analysis of substances and any

other examination or test made or which is yet to be made at the request of the Prosecution or police.

3. Memoranda of any oral confession made by the Defendant and list of witnesses to such alleged confession, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney.

4. Any and all information or evidence tending to establish the innocence of the Defendant which is or has been in the possession, custody or control of the prosecution, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney.

5. Any and all statements and reports made by a State witness or prospective State witness, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney.

6. Any and all records from any Police Department or Law Enforcement Agency including all radio logs, daily logs, daily activity reports and field notes of all officers involved in the investigation of this case.

7. Names and addresses of all witnesses intended to be called by the State of Kansas in the trial of this action.

8. Copies of the file created regarding State v. Tom Blesoe.

9. Any and all diagrams of the area in which the alleged crime is purported to have taken place.

10. Any and all photographs or video tapes of any object, activity, or area material to the crime, including, but not limited to the interrogation of the defendant at the Jefferson COunty law

Enforcement Center.

11.  Any and all physical evidence seized along with copies of the search warrants or consents to search and seize and property custody receipts.

12.  Any and all reports made regarding a Mr. Billy Summervile by Zetta Camille Arfmann or Heidi Bledsoe or Floyd Bledsoe.

In support of said Motion, Defendant alleges and states:

1.  That said information is material to the above-captioned case and places no undue burden upon the State or prosecuting attorney.

2.  That the possession of said information is necessary to enable the Defendant and Defendant's attorneys to prepare for trial and to insure that the Defendant receives a fair and competent defense.

WHEREFORE, Defendant respectfully requests that this Court enter an order pursuant to K.S.A. 22-3212 directing the prosecuting attorney to supply the Defendant and Defendant's attorneys of record with the above stated information.

>                               GARRITY, KUCKELMAN & KURTH
>                               Attorneys for Defendant
>                               701 Kansas Avenue, Suite B
>                               Atchison, KS 66002
>                               (913) 367-2008
>
>                               by _____
>                                  John R. Kurth
>                                  Sup. Ct. No. 13208

NOTICE OF HEARING

TO ALL PARTIES CONCERNED:

Please take notice that the above Motion to Produce will be called up for hearing in the District Court Room in the Jefferson County Courthouse, Oskaloosa, Kansas on the ___9___ day of December, 1999 at 9:30 a.m. or as soon thereafter as the Court may hear and determine the same.

GARRITY, KUCKELMAN & KURTH
ATTORNEYS FOR DEFENDANT

by_____
JOHN R. KURTH

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Produce and Notice of Hearing was served on Plaintiff by hand delivering a copy to the office of Mr. Jim Vanderbilt, Jefferson County Attorney, Jefferson County Courthouse, Oskaloosa, Kansas, on this ___1___ day of December, 1999.

GARRITY, KUCKELMAN & KURTH
ATTORNEYS FOR DEFENDANT

by_____
JOHN R. KURTH