# EXHIBIT 26

GARRITY, KUCKELMAN & KURTH
Attorneys at Law
701 Kansas Avenue, Suite B
Atchison, KS 66002
(913) 367-2008

STATE OF KANSAS
JEFFERSON COUNTY
FILED

'99 DEC 14 PM 12 21

*Sherry L. Seifert*
CLERK OF DIST COURT

IN THE DISTRICT COURT OF JEFFERSON COUNTY, KANSAS

STATE OF KANSAS                           Plaintiff

vs.                                       Case No. 99 CR 325

FLOYD SCOTT BLEDSOE                       Defendant

### ORDER TO PRODUCE

On this 9th day of December, 1999, this matter comes before the Court on Defendant's Motion to Produce pursuant to K.S.A. 22-3212. The Defendant appears in person and by his attorney John R. Kurth of GARRITY, KUCKELMAN & KURTH; the State appears by and through Jim Vanderbilt, Jefferson County Attorney.

Thereupon the Court after being fully advised in the premises and hearing the statements and arguments of counsel finds the Motion of Defendant should be granted. The Court further finds that the State of Kansas should be ordered to produce to the Defendant and the Defendant's attorney of record for inspection and copying, the following materials pursuant to K.S.A. 22-3212:

1. Any written or recorded statements or confession made by the Defendant, or copies thereof, which are ar have been in the possession, custody or control of the prosecution, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney.

2. Results or reports of physical or mental examination and

/5/

scientific tests or experiments made in connection with this particular case, or copies thereof, including but not limited to fingerprint examinations, chemical analysis of substances and other examination or tests made or which are yet to be made at the request of the Prosecution or police.

    3. Memoranda of any oral confession made by the Defendant and list of witnesses to such alleged confession, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney.

    4. Any and all information or evidence tending to establish the innocence of the Defendant which is or has been in the possession, custody or control of the prosecution, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney.

    5. Any and all statements and reports made by a State witness or prospective State witness, the existence of which is known or by the exercise of due diligence may become known to the prosecuting attorney.

    6. Any and all statements and reports made by a State witness or prospective State witness, the existence of which is known or by the exercise of due diligence may become know to the prosecuting attorney.

    6. Any and all records from any Police Department or Law Enforcement Agency including all radio logs, daily logs and daily activity reports and filed notes of all officers involved in the

investigation of this case.

7. Names and addresses of all witnesses intended to be called by the State of Kansas in the trial of this action.

8. Copies of the file created regarding State v. Tom Bledsoe.

9. Any and all diagrams of the area in which the alleged crime is purported to have taken place.

10. Any and all photographs or video tapes of any object, activity, or area material to the crime, including, but not limited to the interrogation of the defendant at the Jefferson County law Enforcement Center.

11. Any and all physical evidence seized along with copies of the search warrants or consents to search and seize and property custody receipts.

12. Any and all reports made regarding a Mr. Billy Summervile by Zetta Camille Arfmann or Heidi Bledsoe or Floyd Bledsoe.

IT IS SO ORDERED.

_____
JUDGE OF THE DISTRICT COURT

SUBMITTED AND APPROVED BY:  
GARRITY, KUCKELMAN & KURTH  
Attorneys for Defendant  
701 Kansas Avenue, Suite B  
Atchison, Kansas 66002  
(913) 367-2008

BY: _____  
JOHN R. KURTH  
No. 13208

APPROVED BY:  
JEFFERSON COUNTY ATTORNEY  
Attorney for the State  
PO Box 351  
Oskaloosa, Kansas 66066  
(785) 863-2251

BY: _____  
JIM VANDERBILT  
No.

/7/