# EXHIBIT 28

KBI000701

Proffer — Some type romance V+S — Supposedly no sex.
— Hays has weapon —
S — Afraid V accuse him of sex trying to have sex with her.

Trk used to transport victim — while alive
Currently at parents house.

S-Weapon / Pritchard / Gun Stor
Ser # 1375521 — Jennings Model 9mm
Brush chrome finish, black grips.
Bryco Arms — 4" bbl
Costa Mesa Ca. USA.

10 Rd Mag
1-chamber
.44A
11-8-94
8:30A - KC
B.ATF - KC
Re trace

0.7 N of 140 + Osage on Osage
.5  2½ (tenth) W. Osage — Brome pasture
ditch — N-S

7+ sheets Pauline

Wounds
1 — head
3 — Central chest
1 — Lower left breast
2 — Mid back

Artmann — Dale G. w/m ▮ - 33
FBI #
KBI #
▮▮▮▮▮▮▮▮▮▮

KBI Subpoena 001459