# EXHIBIT 30

STATE OF KANSAS

JEFFERSON COUNTY                                    1

IN THE DISTRICT COURT OF JEFFERSON COUNTY, KANSAS

'00 JAN 14  PM 2 17                    COPY

*Kerry L. Seigle*

CLERK OF DIST COURT

State of Kansas                              Plaintiff

vs                                    Case No. 99CR325

Floyd Scott Bledsoe                      Defendant


VOLUME ONE of TWO

T R A N S C R I P T

(Preliminary Hearing)


Proceedings had before the Honorable Dennis L. Reiling, District Magistrate Judge, Second Judicial District, Jefferson County, Kansas on the 29th of November, 1999.


A P P E A R A N C E S

The State appears by Jim Vanderbilt, Jefferson County Attorney.  Defendant appears in person by and through his attorney, John R. Kurth, 701 Kansas, 2nd Floor, Atchison, Kansas 66002.  Gerald Kuckleman, 701 Kansas, 2nd Floor, Atchison, Kansas 66002 appears as co-counsel for the defendant.

THE COURT:     Okay.  This is the Jefferson

PlaintiffFB 000375

INDEX - VOLUME 1

Witnesses:          (Plaintiff's)

|   | | Direct | Cross | Redirect | Recross |
|---|---|---|---|---|---|
| 1. | Thomas Bledsoe | 15 | 51 | 76 | 89-90 |
| 2. | Detective | | | | |
|   | Randy Carreno | 91 | 100 | | |
| 3. | Detective | | | | |
|   | Troy Frost | 120 | 123 | | |

EXHIBITS

|   | | Offered | Ruled On |
|---|---|---|---|
| 1. | 35 Photographs | 95 | 96 |
| 2. | Map | 130 | 130 |

ALICE L. HENNING
JEFFERSON COUNTY TRANSCRIPTIONIST

PlaintiffFB 000376

15

1   witness.

2          MR. VANDERBILT:    The   State   calls   Thomas

3   Bledsoe.

4

5

6                    THOMAS BLEDSOE

7       Called as a witness on behalf of the plaintiff, having

8   been first duly sworn, testified as follows:

9       MR. VANDERBILT:    Judge, before I begin I need to

10  inform the Court that Mr. Bledsoe has a hearing impairment

11  and because I mumble and don't articulate very well I'd ask

12  that my microphone be turned up as much as possible.

13

14                  DIRECT EXAMINATION

15  By Mr. Vanderbilt:

16      Q.   What's your full name?

17      A.   Thomas Edward Bledsoe.

18      Q.   How old are you?

19      A.   Twenty five.

20      Q.   You were represented by an attorney in this

21  matter is that correct?

22      A.   Yes.

23      Q.   What's his name?

24      A.   Mike Hayes.

25      Q.   Michael C. Hayes?

ALICE L. HENNING
JEFFERSON COUNTY TRANSCRIPTIONIST

PlaintiffFB 000390

16

1    A.    Yes.

2    Q.    Is he here today?

3    A.    Yes.

4    Q.    Have you discussed with him whether or not want

5    to testify here today?

6    A.    Yes.

7    Q.    And what has he said?

8    A.    Yes.

9    Q.    Do you understand you've got the right to

10   counsel?

11   A.    Yes.

12   Q.    And the right to remain silent?

13   A.    Yes.

14   Q.    And you can't be forced to testify to anything

15   that might incriminate yourself right?

16   A.    Pardon.

17   Q.    You can't be forced to testify against anything

18   that might incriminate you?  That might indicate that

19   you've committed a crime.  You can't be forced to that can

20   you?  You'll have to answer out loud.

21   A.    No.

22   Q.    Today's hearing is being recorded by some

23   electronic equipment up here and in order to preserve your

24   testimony you have to answer out loud.

25   A.    Yes.

PlaintiffFB 000391

17

1    Q.   Are you having any problems hearing me Tom?

2    A.   Some, almost.

3    Q.   Some.  Is there a way that -- is it as loud as it

4    will go?

5              THE COURT:    If you want you may step up

6    closer if that would help.

7    Q.   Where do you live Tom?

8    A.   Oskaloosa.

9    Q.   Where at in Oskaloosa?

10   A.   Northwest of Oskaloosa with my parents.

11   Q.   What are your parent's names?

12   A.   Floyd and Kathy Bledsoe.

13   Q.   How long have you lived there?

14   A.   Eighteen, nineteen years.

15   Q.   Do you have a brother?

16   A.   Yes, sir.

17   Q.   What's his name?

18   A.   Floyd Scott Bledsoe.

19   Q.   Is he here today?

20   A.   Yes.

21   Q.   Where's he at?

22   A.   Over there.

23   Q.   There's three individuals over there which one of

24   them would be -- do you claim as your brother?

25   A.   Pardon.

ALICE L. HENNING
JEFFERSON COUNTY TRANSCRIPTIONIST

PlaintiffFB 000392

18

1    Q.    Which one of those is your brother?

2    A.    The middle one.

3    Q.    The one in the orange?

4    A.    Yes.

5    Q.    The defendant?

6    A.    Pardon.

7    Q.    The defendant?

8    A.    Yes.

9    Q.    How well do you get along with your brother?

10   A.    So, so.

11   Q.    What do you mean by that?

12   A.    At times we get along, other times we don't.

13   Q.    Is he married?

14   A.    Yes.

15   Q.    What's his wife's name?

16   A.    Heidi Bledsoe.

17   Q.    Where do they live?

18   A.    Oskaloosa.

19   Q.    Where at in Oskaloosa?

20   A.    Northeast.

21   Q.    Fairview Road?

22   A.    Yes.

23   Q.    Have you been there before?

24   A.    Yes.

25   Q.    Do they have any children?

PlaintiffFB 000393

19

1    A.    Yes.

2    Q.    What are their names?

3    A.    Cody Bledsoe and Chris -- Christian Bledsoe.

4    Q.    How old is Cody Bledsoe?

5    A.    Two or three.

6    Q.    How old is Christian?

7    A.    Under a year.

8    Q.    Under a year?

9    A.    Yes.

10   Q.    How well do you know Cody?

11   A.    He's -- what do you mean?

12   Q.    Do you ever spend time with Cody?

13   A.    Yes.

14   Q.    How do you spend time with Cody?

15   A.    Church, when were in one.

16   Q.    Did you say church?

17   A.    Yes.

18   Q.    Do you meet Cody at church?

19   A.    Sometimes I take him.

20   Q.    What church do you go to?

21   A.    Countryside Baptist Church.

22   Q.    And where's that?

23   A.    Near McLouth on Wellman Road.

24   Q.    Near McLouth on Wellman Road?

25   A.    Yes.

PlaintiffFB 000394

20

1    Q.    How often do you go to that church?

2    A.    Everytime the doors are open.

3    Q.    Everytime the doors are open?  How often is that?

4    A.    Three or four times a week, more now that I'm not

5 working.

6    Q.    Did you take Cody to that Church?

7    A.    Pardon.

8    Q.    Did you take Cody to that church?

9    A.    Yes.

10   Q.    Do you know Zetta Camille Arfmann?

11   A.    Yes.

12   Q.    How did you know her?

13   A.    Through church.

14   Q.    Do you call her Camille?

15   A.    Yes.

16   Q.    How often did you see Camille?

17   A.    Three or four times whenever were around that

18 church.

19   Q.    Did she go to church alot?

20   A.    Yes.

21   Q.    Do you ever socialize with Camille outside of

22 church?

23   A.    Very seldom.

24   Q.    When -- on November 6th, the day after Camille

25 disappeared, what time did you get up in the morning?

PlaintiffFB 000395

21

1    A.    Around 8:00.

2    Q.    What did you do when you got up?

3    A.    Drank some coffee with my mom and dad.

4    Q.    With your mom and dad?

5    A.    Yes.

6    Q.    Was there anyone else around?

7    A.    Just the three of us.

8    Q.    What did you do after that?

9    A.    I helped -- helped them unload a trailer.

10   Q.    What were you taking -- excuse me, what were you

11   taking off the trailer?

12   A.    Some stuff that we'd got from my grandma's place.

13   Q.    Your grandma died?

14   A.    Yes.

15   Q.    And her property had been split up?

16   A.    Yes.

17   Q.    Your father had been collecting --

18   A.    Yes.

19   Q.    What he'd been given?

20   A.    Yes.

21   Q.    What kind of stuff were you taking off the

22   trailer?

23   A.    Old stuff, benches, milk cans, some other stuff.

24   Q.    Where were you putting it?

25   A.    Probably behind the house by the semi trailer.

PlaintiffFB 000396

22

1    Q.    What did you do after that?

2    A.    I worked on some lawn mowers.

3    Q.    You worked on lawn mowers?

4    A.    Yes.

5    Q.    Whose lawn mowers were you working on?

6    A.    Jim Bolinger.

7    Q.    You work on lawn mowers alot?

8    A.    Yes.

9    Q.    Why?

10   A.    Because it's my business, part-time business.

11   Q.    What did you do after that?

12   A.    Mom and dad came back from grandma's and I helped

13   them unload the trailer.

14   Q.    What happened after that?

15   A.    I got ready to go to work.

16   Q.    Where do you work?

17   A.    Farmland.

18   Q.    Farmland?

19   A.    Yes.

20   Q.    Where's Farmland?

21   A.    In Lawrence, South Lawrence on K-2.

22   Q.    South and east of Lawrence?

23   A.    Yes.

24   Q.    What do you do out there?

25   A.    I'm a security guard.

23

1   Q.   A security guard?

2   A.   Yes.

3   Q.   And what are your duties?

4   A.   I maintain of the gate, report people going in

5   and out and do patrols.

6   Q.   On November 6th, that would have been Saturday,

7   what time did you have to be to work?

8   A.   At three.

9   Q.   Did you go to work that day?

10  A.   Yes.

11  Q.   What were you wearing when you left the house?

12  A.   My security uniform.

13  Q.   Your security uniform?

14  A.   Yes.

15  Q.   Which way did you go when you left your house?

16  A.   South.

17  Q.   South?

18  A.   On Osage.

19  Q.   On Osage Road?

20  A.   Yes.

21  Q.   What were you driving?

22  A.   A black truck.

23  Q.   Did you turn to go to 59 Highway?

24  A.   Yes.

25  Q.   Which direction did you go?

FORM 2004   PENGAD · 1-800-531-6989

PlaintiffFB 000398

24

1       A.   West.

2       Q.   West on 59 Highway?

3       A.   What do -- you mean on 59 -- I went North --

4   South.

5       Q.   Before you got to 59 Highway did you meet anyone?

6       A.   Yes.

7       Q.   Who did you meet?

8       A.   Floyd, my brother.

9       Q.   How did you meet?

10      A.   I waived him down.

11      Q.   You waived him down?

12      A.   Yes.

13      Q.   Was he driving a vehicle?

14      A.   Yes.

15      Q.   Which vehicle was he driving?

16      A.   A green car of his.

17      Q.   Which direction was he headed?

18      A.   West.

19      Q.   Which direction were you headed?

20      A.   East.

21      Q.   So you turned east off of Osage Road towards 59?

22      A.   Yes.

23      Q.   How did Floyd respond when you started waiving at

24   him?

25      A.   He stopped.

PlaintiffFB 000399

1   Q.   What happened after that?

2   A.   I asked him if Camille's been found?

3   Q.   How did he respond?

4   A.   He said no.

5   Q.   What happened after that?

6   A.   Then I asked him if there's been flyers put out?

7   Q.   You asked him if there were flyers put out?  What

8   do you mean by flyers?

9   A.   With her picture and description of her.

10  Q.   Trying to find out if anybody had seen her?

11  A.   Yeah.

12  Q.   When you -- when you asked him if there had

13  flyers sent out how did he respond?

14  A.   He responded kinda like, yeah, kinda like it

15  ain't any of my business.  I don't know he --

16  Q.   What happened after that Tom?

17  A.   I mentioned that I heard the police are looking

18  for her now.

19  Q.   And how did he respond?

20  A.   He said yeah.

21  Q.   What did he do at that --

22  A.   He kinda turned scared or nervous.  He put his

23  head on his arm, which is on the steering wheel like this.

24  Q.   What happened after that?

25  A.   And I asked him what's wrong and he said she's

PlaintiffFB 000400

1   dead and I asked him what. I don't know if he said we or

2   I, I couldn't hear him because he was mumbling, but I heard

3   accidently shot her. I --

4        Q.   We or I or you didn't hear?

5        A.   I didn't quite hear him when he said that.

6        Q.   Accidently shot her?

7        A.   Yes.

8        Q.   How did you respond?

9        A.   I asked why, kinda surprised and shocked.

10       Q.   What happened after that?

11       A.   He said I don't know and shook his head, shrugged

12   his shoulders.

13       Q.   What happened after that?

14       A.   Then I asked him if he raped her, well did you

15   rape her or sexual abuse her?

16       Q.   How did he respond when you asked him if he had

17   raped her?

18       A.   He said no.

19       Q.   How did he respond when you asked him if he had

20   sexually molested her?

21       A.   He said yes, no, just recall her shirt and bra

22   being up over her breast.

23       Q.   What happened after that?

24       A.   I asked him why again, he didn't answer, just

25   shook his -- his head and a I was trying to find an answer

FORM 2094 ® PENGAD • 1-800-631-6989

PlaintiffFB 000401

1  for questions to ask him and I asked him what'd you shoot

2  her with.

3      Q.   What'd you shoot her with?  How did he respond?

4      A.   He said with your pistol and I reached behind the

5  seat and I felt my gun behind the seat in the case.

6      Q.   What happened after that?

7      A.   He said I shot her two or three times, once in

8  the back of the head, two in the chest.

9      Q.   What happened after that?

10      A.   I asked him why again, he didn't -- he didn't

11  answer.

12      Q.   What happened after that?

13      A.   I asked him where is she and he says -- he told

14  me in the garbage dump behind the house, under some dirt,

15  some plywood and trash.

16      Q.   What happened after that?

17      A.   I was stunned and shocked and he said that if I

18  told anyone that he would tell people about my past.

19      Q.   Did he say anything else to you about your past?

20      A.   Um-hum.

21      Q.   What did he say to you about your past?

22      A.   He said that if anyone -- what do you mean?

23      Q.   What did he say after that?

24      A.   He said that if anyone comes around asking about

25  Camille he wanted me to take the rap.  If I didn't he'd

PlaintiffFB 000402

28

1   tell people about my past.

2      Q.   He wanted you to take the rap?

3      A.   Yes.

4      Q.   What happened after that?

5      A.   I got mad and I left.

6      Q.   Where did you go?

7      A.   I went to the gas station to get some gas.

8      Q.   Where did you go after that?

9      A.   I went to Gambles.

10     Q.   Gambles?  What is Gambles?

11     A.   Louis Gamble.

12     Q.   To his residence?

13     A.   Yes.

14     Q.   Why did you go to his residence?

15     A.   To drop off some turkey legs for him.

16     Q.   Why were you dropping the turkey legs off at the

17   Louis Gamble residence?

18     A.   Because my father asked me to.  He promised him

19   earlier in October that I would bring some by.

20     Q.   What did you do at that point?

21     A.   Pardon.

22     Q.   What happened at that point?

23     A.   What do you mean?

24     Q.   What did you do after you dropped the turkey legs

25   off?

ALICE L. HENNING
JEFFERSON COUNTY TRANSCRIPTIONIST

PlaintiffFB 000403

29

1      A.   I went to work.

2      Q.   You went to work at Farmland?

3      A.   Yes.

4      Q.   In east and southeast of Lawrence?

5      A.   Yes.

6      Q.   On 10 Highway.   What were you thinking during

7  that trip?

8      A.   What to do.   If I should go to the police and

9  tell them or just keep my mouth shut or take the blame.

10     Q.   After you arrived at work at Farmland what did

11 you do?

12     A.   I checked my gun to see if it had been fired.

13     Q.   Your gun was still in your truck?

14     A.   Yes.

15     Q.   How did you check to see if your gun had been

16 fired?

17     A.   I went to my truck, got it out, sat down in the

18 truck and looked to see, smelled it to see if it had been

19 fired.

20     Q.   You said you smelled it to see if it had been

21 fired?

22     A.   Yes.

23     Q.   Did you determine whether or not you believed it

24 had been fired?

25     A.   Yes.

PlaintiffFB 000404

30

1    Q.    What was your -- what did you determine?

2    A.    It had a smoke smell.

3    Q.    Did you believe it had been fired?

4    A.    Yes.

5    Q.    How long have you had that gun?

6    A.    Three or four weeks.

7    Q.    Had you fired it before?

8    A.    Yes.

9    Q.    How do you know it didn't smell like that from

10   when you fired it?

11   A.    Because the week before I cleaned it.

12   Q.    The week before you cleaned it?

13   A.    Yes.

14   Q.    Is that what you said?

15   A.    Yes.

16   Q.    Okay.

17   A.    In October.

18   Q.    Did you fire it after that?

19   A.    No.

20   Q.    As far as you know it hadn't been fired after

21   that?

22   A.    No, it hadn't.

23   Q.    How many cartridges were in the gun when you

24   found it in your truck?

25   A.    Two.

PlaintiffFB 000405

31

1    Q.   Two cartridges?

2    A.   Two.

3    Q.   Did they bull-- were they unfired cartridges?

4    A.   Yes.

5    Q.   They had the bullets in them?

6    A.   Yes.

7    Q.   When you put the gun in your truck how many did

8    it have in it?

9    A.   Two.

10   Q.   When you put it back in your truck?

11   A.   Yes.

12   Q.   It had two in it?

13   A.   Yes.

14   Q.   After you cleaned the gun what did you do with

15   it?

16   A.   Pardon.

17   Q.   The week before, after you cleaned the gun, what

18   did you do with it?

19   A.   I put it in my truck.

20   Q.   You put it in your truck after you cleaned it?

21   A.   Yes.  Yes.

22   Q.   How many cartridges were in the gun at that

23   point?

24   A.   Ten rounds.

25   Q.   Ten rounds?

PlaintiffFB 000406

32

1    A.   Yes.

2    Q.   And you put it in your truck with ten and you

3    found it with two?

4    A.   Yes.

5    Q.   What did you think at that point Tom?

6    A.   That my brother told me as far as I could tell my

7    brother was telling the truth.

8    Q.   About what?

9    A.   About what he'd told me about Camille, about

10   using my gun.

11   Q.   What did you do at that point?

12   A.   I thought about it some more.  I wanted to make

13   sure.

14   Q.   Wanted to make sure of what?

15   A.   That he was telling me the truth.

16   Q.   How were you going to do that?

17   A.   Go out there and look for myself.

18   Q.   Go out where?

19   A.   The brome field behind the house.

20   Q.   Is that where the trash dump is?

21   A.   Yes.

22   Q.   And you were still at work when you decided to do

23   that?

24   A.   Yes.

25   Q.   What time did you leave work?

PlaintiffFB 000407

33

1    A.    11:00.

2    Q.    11:00 o'clock?

3    A.    Yes.

4    Q.    And this would have been 11:00 p.m. on Saturday,

5    November 6th?

6    A.    Yes.

7    Q.    Where did you go?

8    A.    Straight home.

9    Q.    What route did you take home Tom?

10   A.    24 to 59 to Osage.

11   Q.    When you got to the driveway of your house on

12   Osage what did you do?

13   A.    I went into the brome field, drove up there.

14   Q.    Drove up into the brome field?

15   A.    Yes.

16   Q.    What did you do at that point?

17   A.    I looked, drove to the garbage ditch and looked.

18   Q.    When you got to the garbage ditch did you get out

19   of your vehicle?

20   A.    Yes.

21   Q.    You parked your truck and got out of the vehicle?

22   A.    Yes.

23   Q.    Was it dark?

24   A.    Yes.

25   Q.    How could you see?

PlaintiffFB 000408

34

1    A.   With my lights on the truck and I got a

2  flashlight.

3    Q.   Do you have a flashlight?

4    A.   Yes.

5    Q.   When you got to the trash dump had you been,

6  first of all let me just strike that, had you been to that

7  trash dump before?

8    A.   Yes.

9    Q.   When was the last time you were there?

10   A.   A couple weeks before.

11   Q.   Did it look the same this time?

12   A.   No.

13   Q.   Why not?

14   A.   Because there was trash out of place.

15   Q.   What do you mean by that?

16   A.   There was plywood out of place, like somebody was

17  trying to cover something or moved something.

18   Q.   Tom, how do you know that plywood was out of

19  place?

20   A.   Because I seen the bare spots where it was.

21   Q.   Who put the plywood there?

22   A.   I don't know.

23   Q.   Who originally put the plywood there?

24   A.   I did.

25   Q.   What else did you notice if anything?

PlaintiffFB 000409

35

1      A.    I noticed some shovel marks inside the bank.

2      Q.    What do you mean by that?

3      A.    Shovel marks inside, on the side of the bank like

4  someone had been digging.

5      Q.    What did you do at that point?

6      A.    I got down in the ditch with a flashlight and

7  looked around.

8      Q.    What did you do?

9      A.    Looked around and then tried to see underneath.

10     Q.    Did you move any of the trash?

11     A.    I moved a little, not much.

12     Q.    Did you move the plywood?

13     A.    I think one sheet.

14     Q.    What did you find?

15     A.    I couldn't see a whole lot, but I found more

16  trash underneath.

17     Q.    Was there dirt under there?

18     A.    I couldn't tell.

19     Q.    At that point what did you do?

20     A.    I got out of the ditch.

21     Q.    What did you believe at that point?

22     A.    That what my brother told me was the truth.

23     Q.    What do you mean by what your brother told you

24  was the truth?

25     A.    That Camille was there and that she was dead.

PlaintiffFB 000410

36

1    Q.   What did you do at that point?

2    A.   What do you mean?

3    Q.   Did you just get in your truck?

4    A.   I went down to check on the shovel.

5    Q.   Did you drive down there or did you walk down

6    there?

7    A.   Walked down there.

8    Q.   What shovel are you talking about Tom?

9    A.   The one against the tree by the fence.

10   Q.   How did you know there was a shovel there?

11   A.   Because I used it earlier that week.

12   Q.   That would have been up by the house?

13   A.   Pardon.

14   Q.   That would have been on the fence row up by the

15   house?

16   A.   Yes.

17   Q.   Once you got to the shovel what did you do?

18   A.   I looked to see if it was there.

19   Q.   Was it there?

20   A.   Yes.

21   Q.   What did you do at that point?

22   A.   Went back to the truck.

23   Q.   And then what happened?

24   A.   I got in and went back to the house.

25   Q.   Went back into what house?

PlaintiffFB 000411

37

1      A.   My mom and dad's house.

2      Q.   Just south of where you were?

3      A.   Yes.

4      Q.   What did you do once you got to the house?

5      A.   I took my gun out and put it behind my pants and

6  two clips in my pocket and took it inside with the case.

7      Q.   What did you do at that point?

8      A.   What do you mean?

9      Q.   What did you do after you went in the house?

10     A.   Went upstairs to bed.

11     Q.   What did you do with the gun?

12     A.   In my dresser drawer.

13     Q.   You put the gun in your dresser drawer?

14     A.   With the case and two clips.

15     Q.   What did you do then?

16     A.   I thought about what to do.

17     Q.   What do you mean by that?

18     A.   Pardon.

19     Q.   You said you thought about what to do is that

20  correct?

21     A.   Yes.

22     Q.   What do you mean by that?

23     A.   If I should tell the police what I found out or

24  keep my mouth shut or take the blame like Floyd wanted me

25  to.

PlaintiffFB 000412

38

1    Q.   Were you in bed?

2    A.   Pardon.

3    Q.   Were you in your bed?  When you did this?

4    A.   Yes.

5    Q.   Did you go to sleep?

6    A.   Eventually.

7    Q.   What time did you get up?

8    A.   8:00, around 8:00.

9    Q.   Around 8:00 o'clock?

10   A.   Yes.

11   Q.   Would that have been on Sunday, November 7th?

12   A.   Yes.

13   Q.   What did you do when you got up?

14   A.   Went to coffee with mom and dad.

15   Q.   What did you do after that?

16   A.   I helped my father unload the trailer full of

17   lumber?

18   Q.   The trailer full of lumber?

19   A.   Yeah.

20   Q.   Where did you put that?

21   A.   Inside the shed.

22   Q.   What'd you do after that?

23   A.   I got ready for church.

24   Q.   What time was church?

25   A.   9:45.

PlaintiffFB 000413

39

1   Q.   9:45?

2   A.   Yes.

3   Q.   Did you go to church?

4   A.   Yes.

5   Q.   What time did church get out?

6   A.   Around 12:00.

7   Q.   Where did you go after church?

8   A.   Back home.

9   Q.   What happened after that?

10  A.   I kinda waited around for Dad to come back so I
11  could help him and I went over to Grandma's with him and
12  helped him pick up machinery.

13  Q.   You went over to your grandmother's?

14  A.   Yes.

15  Q.   Where your grandmother used to live?

16  A.   Yes.

17  Q.   And you got machinery, what kind of machinery?

18  A.   The old hay wagon trailer and some feeders.

19  Q.   What did you do with it?

20  A.   Took it back to my dad's house.

21  Q.   Did you leave it on the trailer?

22  A.   We took it off, unloaded it.

23  Q.   What did you do after that?

24  A.   Went inside and got ready for church.

25  Q.   What time was church?

PlaintiffFB 000414

40

1    A.   6:00.

2    Q.   6:00 o'clock?

3    A.   Yes.

4    Q.   Did you go to church?

5    A.   Yes.

6    Q.   What time did you get there?

7    A.   It was around 6:00.  I think before or a little

8    after.

9    Q.   Do you know what time you got there?

10   A.   I know it was around 6:00.

11   Q.   Did you get there in time for church to start?

12   A.   Yes.

13   Q.   How long was church?

14   A.   Til around 8:00.

15   Q.   What did you do after that?

16   A.   Went to the police station.

17   Q.   You went to the police station?

18   A.   Yes.

19   Q.   Why did you go to the police station?

20   A.   Because I had made up my mind what to do.

21   Q.   You made up your mind what to do?  What did you

22   decide to do Tom?

23   A.   Take the rap.

24   Q.   Because you did it?

25   A.   No.

ALICE L. HENNING
JEFFERSON COUNTY TRANSCRIPTIONIST

PlaintiffFB 000415

41

1     Q.    Why were you taking the rap?

2     A.    Cause I didn't want people to know about my past.

3     Q.    By police station, do you mean the Law

4     Enforcement Center here in Oskaloosa?

5     A.    Yes.

6     Q.    Did you drive your truck there?

7     A.    Yes.

8     Q.    Did you go there straight from church?

9     A.    Yes.

10    Q.    Did you have the gun with you?

11    A.    No.

12    Q.    What did you do at that point?

13    A.    I told a friend.

14    Q.    Who?

15    A.    I told Jim Bolinger.

16    Q.    Jim Bolinger?

17    A.    Yes.

18    Q.    Why did you call Jim Bolinger?

19    A.    So one would know where Camille was.

20    Q.    Where Camille was?

21    A.    Yes.

22    Q.    Was there any other reason you called Jim

23    Bolinger?

24    A.    Let him know where I was going to be.

25    Q.    How did you know Jim Bolinger?

PlaintiffFB 000416

42

1    A.   He's a friend from church.

2    Q.   How close of friends were you to Jim Bolinger?

3    A.   He's someone I respect and trust.

4    Q.   And you were going to call and tell him that you

5    were going to take responsibility for Camille's death?

6    A.   Yes.

7    Q.   And you did that?

8    A.   Yes.

9    Q.   Did you speak with Jim Bolinger that day?

10   A.   No.

11   Q.   Did you call him?

12   A.   Yes.

13   Q.   What did you do when you called him?

14   A.   Left it on the answering machine.

15   Q.   After you left the message on the answering

16   machine what did you do?

17   A.   Called my mom and dad.

18   Q.   Called your mom and dad?

19   A.   Yes.

20   Q.   Did you speak with one of them?

21   A.   Yes.

22   Q.   Who'd you speak with?

23   A.   My father.

24   Q.   What did you tell him?

25   A.   I told him I did it.

PlaintiffFB 000417

43

1    Q.   That you did what?

2    A.   I took responsibility.

3    Q.   What did you tell your dad?

4    A.   I told him.

5    Q.   You told him that you killed her?

6    A.   Yes.

7    Q.   What did you do after that?

8    A.   Called Jim again.

9    Q.   Called Jim Bolinger again?

10   A.   Yes.

11   Q.   Did you speak with him?

12   A.   No.

13   Q.   Did you leave a message?

14   A.   Yes.

15   Q.   What did you tell him this time?

16   A.   To help my mom and dad.

17   Q.   Essentially the same thing and help your mom and

18   dad?

19   A.   Yes.

20   Q.   What did you do at that point?

21   A.   Waited for mom and dad to come up.

22   Q.   Did your dad tell you when you talked to him that

23   he'd come up and see you?

24   A.   Yes.

25   Q.   Later on in the evening of Sunday, November 7th

PlaintiffFB 000418

44

1  and the early morning hours of November 8th did Jefferson

2  County Law Enforcement end up with your pistol?

3       A.   Yes.

4       Q.   9mm?

5       A.   Yes.

6       Q.   And they had gone to the body?

7       A.   Yes.

8       Q.   And found her?

9       A.   Yes.

10      Q.   Earlier during my opening remarks I told the

11  Judge that I would tell -- that you would explain to the

12  Judge why you went to the police and took responsibility

13  for something you hadn't done.   Would you do that and

14  explain to the Judge why you told the police that you'd one

15  it and you hadn't done it?

16      A.   Why?

17      Q.   Yes.

18      A.   Because I was thinking about Floyd and his two

19  boys.

20      Q.   What were you thinking about Floyd and his two

21  boys?

22      A.   That I wanted them to grow up to have a father

23  and a good family and go to church and stuff.

24      Q.   You were willing to do that for your brother?

25      A.   Yes.

PlaintiffFB 000419

45

1    Q.    While you were in jail you changed your mind?

2    A.    Yes.

3    Q.    Why?

4    A.    Because I realized that if I didn't do that he

5    could turn on them like he did Camille.

6    Q.    He could turn on them like he did Camille?

7    A.    Yes.

8    Q.    Where did Floyd work?

9    A.    Some dairy.

10   Q.    You don't know where he works do you?

11   A.    (Inaudible response.)

12   Q.    How often did you talk to your brother?

13   A.    Pardon.

14   Q.    How often did you talk to your brother?

15   A.    Whenever I see him.

16   Q.    How well did the two of you get along?

17   A.    To a certain extent.

18   Q.    You got along to a certain extent?

19   A.    Yes.

20   Q.    Can you hear me Tom?

21   A.    Yes.

22   Q.    If you can't hear me or you don't understand my

23   question you'll litigate that won't you Tom?

24   A.    Pardon.

25   Q.    You'll tell me?

PlaintiffFB 000420

46

1    A.   Yes.

2    Q.   Were you two close?

3    A.   No.

4    Q.   Do you love your brother?

5    A.   Yes.

6    Q.   Why weren't you close?

7    A.   Because he would tease me and stuff and
8 embarrass.

9    Q.   You didn't want to spend time with him?

10   A.   Pardon.

11   Q.   You didn't want to spend time with him?

12   A.   No.

13   Q.   You didn't enjoy spending time with your brother?

14   A.   No.

15   Q.   When Floyd stopped you, when you stopped Floyd on
16 your way to work November 6th had he told you that he had
17 used your gun to kill Camille?

18   A.   Yes.

19   Q.   Did you believe him?

20   A.   At first no.

21   Q.   When he told you that he had buried Camille in
22 the trash dump behind your dad's house did you believe him?

23   A.   I didn't want to believe him.

24   Q.   When he said that -- when you, excuse me, when
25 you asked him if he raped her, why would you ask him that?

PlaintiffFB 000421

47

1    A.   Because he's had relationships with other women.

2    Q.   Relationships with other women?

3    A.   Yes.

4    Q.   Has he raped other women that you're aware of?

5    A.   I don't know.

6    Q.   Have you ever been with a woman Tom?

7    A.   No.

8    Q.   When you found your gun and realized that it had
9    been fired and you aren't the one that fired it how did
10   that make you feel inside?

11   A.   Sorry, upset.

12   Q.   Did Floyd every explain to you how he'd got your
13   gun?

14   A.   No.

15   Q.   Did Floyd explain to you how he put the gun back
16   in your truck?

17   A.   No.

18   Q.   Do you keep your truck locked?

19   A.   No.

20   Q.   The church, was Camille mentioned?

21   A.   Pardon.

22   Q.   Was  Camille  mentioned  in  church  on  Sunday
23   morning?

24   A.   Yes.

25   Q.   How?

PlaintiffFB 000422

48

1    A.    That she was missing.

2    Q.    Did you say anything in church Sunday morning?

3    A.    No.

4    Q.    On Sunday evening when you went to church was

5    Camille mentioned at Sunday evening services?

6    A.    Yes.

7    Q.    How?

8    A.    Jim Bolinger asked us -- there was two or three

9    of us standing around and he just made the comment that if

10   we knew where Camille was and who did it and he looked at

11   me and said right Tom.

12   Q.    Jim Bolinger asked two or three of you standing

13   around that if anybody knew where she was --

14   A.    No.   That if he knew where she was he'd go get

15   her.

16   Q.    And what'd he say after that?

17   A.    He said right Tom, using me as an example.

18   Q.    I've got to make sure I hear you right because I

19   stepped back.   Jim Bolinger said that if he knew where

20   Camille was he would step forward -- or he'd tell --

21   A.    He'd go get her.

22   Q.    He'd go get her?

23   A.    Um-hum.

24   Q.    And then he looked at you and he said right Tom?

25   A.    Yes.

PlaintiffFB 000423

49

1    Q.   What did you do at that point?

2    A.   Told him, yes.

3    Q.   You already knew where she was?

4    A.   Yes.

5    Q.   How did you feel at that point Tom?

6    A.   Ashamed that I lied to him.

7    Q.   You lied to Jim Bolinger?

8    A.   Yes.

9    Q.   Is that why you called him later?

10   A.   Yes.

11   Q.   You explained to the Judge earlier that you

12   wanted Floyd's children to grow up with a father and that

13   you'd be willing to go to prison for something that he'd

14   done is that correct?

15   A.   Yes.

16   Q.   Why would you make that sacrifice for a brother

17   that you didn't get along with?

18   A.   Pardon.

19   Q.   Why would you make that sacrifice for a brother

20   that you didn't get along with?

21   A.   I was thinking about Cody .  I was scared that he

22   might tell people about my past.

23   Q.   You've got several things in your past that

24   you're highly ashamed of don't you Tom?

25   A.   Yes.

PlaintiffFB 000424

50

1    Q.   Humiliated?

2    A.   Yes.

3    Q.   When you were a child, that occurred when you

4    were a child?

5    A.   Yes.

6    Q.   You don't want anybody to know about that do you?

7    A.   No, I don't.

8    Q.   I have nothing further.

9        THE COURT:   Mr. Kurth, we can proceed

10   with cross examination or it's five minutes to twelve.  I'm

11   only going to take a thirty minute lunch break today.  If

12   you want to start your cross examination after lunch break

13   we can.

14       MR. KURTH:   That's what I'd ask, Judge, if we

15   could.

16       THE COURT:   Okay.  We'll be in recess

17   until 12:30.

18                    (Whereupon,  the  Court

19                    recessed for lunch.)

20       THE COURT:   We would call Tom Bledsoe to

21   the stand for cross examination.  That's where we left off.

22   You are still under oath, sir.  Please be seated.  Okay.

23   We'll let the defense proceed with cross examination of Tom

24   Bledsoe.

25

PlaintiffFB 000425

51

CROSS EXAMINATION

By Mr. Kuckleman:

1
2
3      Q.   Mr. Bledsoe would tell the Court where you would
4 have been on the day of November 5th, 1999?
5      A.   Is that Friday?
6      Q.   On Friday, yes?
7      A.   About what time?
8      Q.   What were your activities that day?  Did you get
9 up at 8:00 like you normally do?
10     A.   Yes.
11     Q.   Drink coffee with your parents?
12     A.   Yes.
13     Q.   What'd you do after that?
14     A.   We went to town, my father and I.
15     Q.   And you know when you say you went to town, what
16 do you mean?  To Oskaloosa?
17     A.   Oskaloosa.
18     Q.   Okay.  And what'd you do in town?
19     A.   Picked up some lumber at the lumber yard.
20     Q.   What time did you -- did you then return back
21 home?
22     A.   Yes.
23     Q.   What time would that have been?
24     A.   About 9:00 or sometime after 9:00.
25     Q.   Okay.  What did you do up until noon?

PlaintiffFB 000426

52

1    A.    Helped my father on the shed.

2    Q.    Okay.  Your father is building a shed?

3    A.    Yes.

4    Q.    And you helped him with that?

5    A.    Yes.

6    Q.    Okay.  After lunch where did you go?

7    A.    To Lawrence.

8    Q.    I'm sorry.

9    A.    I went to Lawrence about 2:00.

10   Q.    About 2:00 you left for Lawrence?

11   A.    Yes.

12   Q.    You weren't going to work were you?

13   A.    Yeah.   I was going to work, picked up my

14   paycheck.

15   Q.    Okay.   So at 2:00 you left home to go to

16   Lawrence?

17   A.    Yes.

18   Q.    And you went to Farmland down in South Lawrence?

19   A.    Yes.

20   Q.    Approximately what time did you arrive?

21   A.    A couple of minutes before 3:00.

22   Q.    Okay.  How long does it take to get from your

23   home to your employment at Farmland?

24   A.    Forty, forty-five minutes.

25   Q.    And you normally leave your home at 2:00 to go to

PlaintiffFB 000427

53

1   work?

2       A.   Yes.

3       Q.   And that gets you there just before 3:00?

4       A.   Yes.

5       Q.   And 3:00 is the normal time you arrive at work?

6       A.   Yes.

7       Q.   Okay.  And you picked up your check?

8       A.   Yes.

9       Q.   About 3:00?

10      A.   Yes.

11      Q.   And then where'd you go?

12      A.   I stood around there talking with the employees

13  and then I left and went to Lunker Bait and Tackle?

14      Q.   Okay.  And where would that be?

15      A.   About 23rd and Haskell.

16      Q.   Okay.  In Lawrence?

17      A.   Yes.

18      Q.   Okay.  Did you make some purchases there?

19      A.   No.

20      Q.   Okay.  You just went in there and then left?

21      A.   I went in there to talk to the lady.

22      Q.   Okay.  Where'd you go from there?

23      A.   I went to Rusty's.

24      Q.   And what is Rusty's?

25      A.   Rusty's Outdoor Equipment.

PlaintiffFB 000428

54

1    Q.   Okay.   Did you buy anything there?

2    A.   Yes.

3    Q.   What'd you buy?

4    A.   Some 30/30's and 9mm.

5    Q.   You bought some 9mm shells?

6    A.   (Inaudible response.)

7    Q.   Okay.   How many 9mm shells did you buy?

8    A.   A box.

9    Q.   How --

10   A.   Fifty.

11   Q.   Fifty.   After you left Rusty's where did you go?

12   A.   Straight home.

13   Q.   Okay, so then you would have arrived at your

14   parent's house approximately what time?

15   A.   Sometime after 5:00.

16   Q.   Was it dark out?

17   A.   Getting there.

18   Q.   What'd you do that evening?

19   A.   I went to church.

20   Q.   And what time was church?

21   A.   6:00.

22   Q.   And what time did it get out?

23   A.   Usually around 9:00.

24   Q.   Did you go anywhere after church?

25   A.   Straight home.

PlaintiffFB 000429

55

1    Q.   Straight home.   When was it that you first

2  learned that Camille was missing?

3    A.   When Floyd called the house that morning,

4  Saturday morning.

5    Q.   On Saturday morning?

6    A.   Yes.

7    Q.   Okay.   So when you went to bed Friday night you

8  had not been informed of that fact yet?

9    A.   Pardon.

10   Q.   You had no knowledge that Camille was missing at

11 the time you went to bed Friday night?

12   A.   I had no knowledge.

13   Q.   And on Saturday morning when Floyd called did he

14 talk to you?

15   A.   No.

16   Q.   Okay.   He called and talked to one of your

17 parents?

18   A.   My father.

19   Q.   And then they told you that Camille was missing?

20   A.   Yes.

21   Q.   What time of day do you think that would have

22 been on Saturday?

23   A.   It was early morning.

24   Q.   Do you have any idea what time of the morning?

25   A.   Between 8:00 and 9:00.

PlaintiffFB 000430

56

1      Q.   While you were drinking your coffee?

2      A.   Yes.

3      Q.   I believe you testified that it was on Saturday

4  afternoon that you had your conversation with Floyd, is

5  that right?

6      A.   Yes.

7      Q.   That was while you were on your way to work?

8      A.   Yes.

9      Q.   And you leave for work about 2:00?

10     A.   Yes.

11     Q.   Okay, would that have been when the conversation

12 occurred?

13     A.   No.

14     Q.   Okay, when did the convers--

15     A.   Earlier Saturday.

16     Q.   Okay, why did you leave early?

17     A.   Because I wanted to make a couple of stops.

18     Q.   Where were you stopping at?

19     A.   The gas station and the Gamble's, Louis Gamble

20 and Jess.

21     Q.   Oh, to drop off the turkey legs?

22     A.   Yes.

23     Q.   So you needed to do that to buy gas.  How much

24 early did you leave?  Half hour?  Fifteen minutes?

25     A.   I don't know the exact time I left.

PlaintiffFB 000431

57

1    Q.   What's your best estimate?

2    A.   Between 12:00 and 1:00.

3    Q.   So you left an hour or two early?

4    A.   Yeah.

5    Q.   Did you have lunch at home?

6    A.   Yes.

7    Q.   Do you normally eat at noon?

8    A.   No.  I ate earlier.

9    Q.   Okay.  You ate early that day?

10   A.   Yes.

11   Q.   Okay.  And then left.  How far from your house

12   was it to the location where you first saw Floyd?

13   A.   Around three miles.

14   Q.   Three miles?

15   A.   Yes.

16   Q.   And when you saw Floyd, one of the first things

17   you asked him was if they had found Camille?

18   A.   Yes.

19   Q.   Why was it that you were concerned?

20   A.   Why?

21   Q.   Yes.

22   A.   Because she's a friend.

23   Q.   Okay.  Camille's a friend of yours?

24   A.   Yes.

25   Q.   I believe it's your testimony though that you

PlaintiffFB 000432

58

1    don't have any socializing with her?

2         A.    Very little.

3         Q.    The only place you really see her was at church?

4         A.    Yes or whenever she'd come over with my brother

5    and sister-in-law.

6         Q.    Okay.   Sometimes Floyd and Heidi and the kids

7    would come over to your house?

8         A.    Sometimes.

9         Q.    And visit your parents?

10        A.    Yes.

11        Q.    And Camille would come with them?

12        A.    When the -- she's with them which was very

13   seldom.

14        Q.    Now I believe your testimony was that you asked

15   Floyd if he had raped her is that correct?

16        A.    Yes.

17        Q.    Why is it that you wanted to know if he raped

18   her?

19        A.    Cause he's fooled around with other women.

20        Q.    Fooled around with other women?

21        A.    Yes.

22        Q.    These would be adult women?

23        A.    Yes.

24        Q.    You don't have any information he's every fooled

25   around with a girl her age do you?

PlaintiffFB 000433

left blank intentionally

59

1    A.   Not that I know of.

2    Q.   Then why is it that you would have wanted to know

3    if he raped her?

4    A.   I wanted to know why she's dead.

5    Q.   And he denied that he had raped her?

6    A.   Yes.

7    Q.   Would you describe for us exactly what it was

8    Floyd said about humiliating you?

9    A.   Pardon.

10   Q.   I believe you testified earlier that Floyd would

11   humiliate you if you didn't take the rap for this murder is

12   that correct?

13   A.   Yes.

14   Q.   What exactly did he say?

15   A.   That he'd tell people about my past.

16   Q.   Did he say what he'd tell them about your past?

17   A.   No, he'd just said he would tell people.

18   Q.   But he gave you no indication of what that would

19   have been?

20   A.   It would be everything.  It would be one little

21   thing.

22   Q.   Tom what is it about your past that you were

23   worried about?

24   A.   That I've done it when I was a kid.

25   Q.   That you've done with his kid?

PlaintiffFB 000434

60

1      A.   No.   When I was -- when I was a kid.

2      Q.   You were worried he was going to tell something

3  about when you were a kid?

4      A.   Yes.

5      Q.   What came to your mind that he was going to tell

6  about?

7      A.   That I looked at dirty magazines.

8      Q.   You were worried -- that if you didn't take the

9  rap   for   murder   that   he'd   tell   that   you   read   dirty

10  magazines?

11      A.   That plus some other stuff.

12      Q.   Some other stuff, what other stuff?

13      A.   Dirty movies.

14      Q.   Okay.   You've looked at dirty movies, dirty

15  magazines.   Was there something else you were worried that

16  he'd tell about?

17      A.   Yeah.

18      Q.   What was that?

19      A.   I played with myself.

20      Q.   I'm sorry I can't hear you.

21      A.   I played with myself.

22      Q.   That you play with yourself.   Okay.   Anything

23  else?

24      A.   There was some other stuff.

25      Q.   Okay.   What would that be?

PlaintiffFB 000435

61

1    A.   When I was a kid -- do I have to answer that?

2    Q.   Tom, I'm not trying to humiliate you in any way

3    I'm simply trying to find out what it is that would have

4    motivated you to take a murder rap to keep quiet.  Is there

5    something more serious than those things or is it just

6    things along those nature?

7    A.   Pardon.

8    Q.   Is there something more serious in your past than

9    looking at movies and looking at magazines?

10   A.   That I'm ashamed of, yes.

11   Q.   There is.  What kind of things would that be?

12   A.   I tried to have sex to with a dog.

13   Q.   Okay.   Are these all things that Tom or that

14   Floyd knew about?

15   A.   Yes.

16   Q.   He was present or you told him about those

17   things?

18   A.   He seen them.

19   Q.   He seen them.  Is that it then?

20   A.   Pretty much.

21   Q.   Those are the things you were worried he'd tell.

22   A.   Yes.

23   Q.   Those happen when the two of you were young boys?

24   A.   Yeah.

25   Q.   And you were willing to confess to a murder and

PlaintiffFB 000436

FORM 2034 ® PENGAD · 1-800-631-6989

1    go to prison for murder to keep that from being public

2    knowledge?

3        A.   Yes.

4        Q.   Now you testified that on Sunday evening you went

5    to church about 6:00 and got out at 8:00 and it was at 8:00

6    o'clock then after church that you went to the sheriff's

7    department?

8        A.   Yes.

9        Q.   Is that correct?

10       A.   Yes.

11       Q.   Okay.   When   you   arrived   at   the   Sheriff's

12   Department what'd you do?

13       A.   Told Jim Bolinger.

14       Q.   You walked into the Sheriff's Department or did

15   you have a cell phone?

16       A.   I had a cell phone.

17       Q.   Okay.  So you're sitting in your truck --

18       A.   Yes.

19       Q.   And you make the call to Jim Bolinger?

20       A.   Yes.

21       Q.   And you tell -- you don't get Jim you get his

22   answering machine correct?

23       A.   Yes.

24       Q.   And you say to the answering machine I've done

25   something terrible, something that's going to mess up the

PlaintiffFB 000437

FORM 2094   ®   PENGAD • 1-800-631-6989

63

1    rest of my life.   Is that basically what you said to him?

2         A.    In a way.

3         Q.    In a way?

4         A.    Yes.

5         Q.    What -- what'd you say?   I don't want to put

6    words in your mouth, tell me what you said.

7         A.    I just told him that I knew where Camille was and

8    I'd lied to him.

9         Q.    That you'd lied to him?

10        A.    Yes.

11        Q.    Okay and that you did know where Camille was?

12        A.    Yes.

13        Q.    Okay and did you tell the answering machine where

14   Camille was?   Or just that you knew where she was?

15        A.    I knew where she was.

16        Q.    Okay.   Did you say anything else on the machine?

17        A.    I told him I was sorry.

18        Q.    Okay.   Were you -- were you crying, were you

19   upset?

20        A.    No.

21        Q.    You just said it calm?

22        A.    Um-hum.

23        Q.    Okay.   When you hung the phone up from talking to

24   Jim Bolinger, it's then that you called your father?

25        A.    Yes.

PlaintiffFB 000438

64

Q.   Okay.  And what did you tell your father?

A.   That I knew where Camille was, that she was dead.

Q.   Okay.  Did you tell him that you had killed her?

A.   Yes.

Q.   You told your father that you had killed Camille?

A.   Yes.

Q.   And that you knew where her body was?

A.   Yes.

Q.   Did you tell him where the body was?

A.   No.

Q.   Did you tell him how you'd killed her?

A.   No.

Q.   Did you tell him why you had killed her?

A.   No.

Q.   That's all you told him?

A.   Yes.

Q.   And what did he tell you?

A.   He said just wait, I'll be right up.

Q.   Okay.  And so you waited in the parking lot at
the Sheriff's Department for your father?

A.   Yes.

Q.   Okay.  And when he arrived what occurred?

A.   We talked alot and he asked me if I was sure.

Q.   And you reassured him that yes you in fact did
kill Camille?

PlaintiffFB 000439

65

1    A.    No, I didn't.

2    Q.    What did you tell him?

3    A.    I told him that she was dead and I knew where the

4  body was.

5    Q.    Did you tell him anything about how you know?

6    A.    No.

7    Q.    Did you tell him you killed her?

8    A.    No.

9    Q.    Okay.  So after you talked to your father what

10  occurred?

11    A.    He said just wait for his attorney.

12    Q.    Your dad said wait and we'll go get an attorney?

13    A.    Yes.

14    Q.    So did he leave and go get an attorney?

15    A.    Yes.

16    Q.    And you waited there in the parking lot?

17    A.    No, I went with him.

18    Q.    You went -- you hopped in his truck?

19    A.    Yes.

20    Q.    Okay.  And you went to see an attorney?

21    A.    Yes.

22    Q.    Sunday night at -- what probably 9:00 o'clock by

23  then?

24    A.    Somewhere around in there.

25    Q.    Which attorney did you go to see?

PlaintiffFB 000440

66

1    A.   Mike Hayes.

2    Q.   Okay.

3    A.   Or Jim Vand-- Swoyer then Mike Hayes.

4    Q.   First you went to see Jim Vanderbilt, the

5    prosecuting attorney?

6    A.   No.  Swoyer.

7    Q.   Jim Swoyer?

8    A.   Yes.

9    Q.   Okay.  So you went to see Mr. Swoyer first?

10   A.   Yes.

11   Q.   And after talking with him you left and went and

12   talked to Mr. Hayes?

13   A.   He came there when we went to the police station.

14   Q.   Mr. Hayes came to the police station?

15   A.   No, he went to Swoyer's -- picked me up.

16   Q.   Okay.  You and your father went to Mr. Swoyer's

17   house?

18   A.   Yes.

19   Q.   And then Mr. Hayes came to Mr. Swoyer's house and

20   met you there?

21   A.   Yes.  And then we went to the police station.

22   Q.   And then you left from Mr. Swoyer's with Mr.

23   Hayes?

24   A.   Yes.

25   Q.   And went to the police department?

PlaintiffFB 000441

67

1    A.    Yes.

2    Q.    Does that mean the Sheriff's Office here in

3    Oskaloosa?

4    A.    Yes.

5    Q.    Okay.  When you went in the Sheriff's Department

6    who'd you talk to?

7    A.    No one.

8    Q.    You didn't talk to anybody?

9    A.    No one.

10   Q.    Okay.  Mr. Hayes did the talking?

11   A.    Yes.

12   Q.    What did he tell them?

13   A.    (Inaudible response.)

14   Q.    You weren't in there?

15   A.    No.

16   Q.    Where did you wait?

17   A.    Outside.

18   Q.    Out in the truck?

19   A.    No.  In the building, in the waiting room or on

20   some couch.

21   Q.    Okay.  You waited in the reception area while Mr.

22   Hayes went in and talked with the Sheriff in his office?

23   A.    Yes.

24   Q.    When Mr. Hayes came out where'd you guys go?

25   A.    To see -- to the brome field on my father's farm.

PlaintiffFB 000442

68

1    Q.    Went out to the brome field?

2    A.    Yes.

3    Q.    And you showed him the location where the body

4    was?

5    A.    Yes.

6    Q.    You told them what?  Under the plywood?

7    A.    I told Mike that she'd be under the plywood.

8    Q.    But you didn't tell the Sheriff that?

9    A.    No.

10   Q.    And how long were you in the brome field at that

11   time?

12   A.    I don't know.

13   Q.    Were you there while they removed the trash and

14   debris?

15   A.    Yes.

16   Q.    Were you there when they discovered the body?

17   A.    I don't know.

18   Q.    Okay.  And during this time where was the 9mm

19   gun?

20   A.    In the police possession.

21   Q.    Okay.  When was the gun given to the police?

22   A.    Sometime that night.  I think Mike Hayes gave it

23   to them.

24   Q.    Okay.  It is my understanding from your earlier

25   testimony that on Saturday night you took the gun in the

PlaintiffFB 000443

69

1   house with you?

2        A.   Yes.

3        Q.   And you put it in your dresser?

4        A.   Yes.

5        Q.   Along with two clips?

6        A.   Yes.

7        Q.   Okay.  How did the gun get from your dresser to

8   Mr. Hayes?

9        A.   My father gave it to him.

10       Q.   Okay, so when you called your father you told him

11  where to get the gun?

12       A.   That was later. later on.

13       Q.   I'm sorry.

14       A.   That was later on that night.

15       Q.   It was later that night that your father got the

16  gun?

17       A.   I told Mike where to find the gun.  Mike told my

18  father to get the gun.

19       Q.   Okay and so then your father got the gun from

20  your bedroom and brought it to the police?

21       A.   Yes.

22       Q.   Would you tell us where it was you purchased that

23  gun?

24       A.   In Lawrence at a gun show.

25       Q.   Where at?

PlaintiffFB 000444

70

1    A.    The 4-H grounds.

2    Q.    Okay and you said that was sometime in October?

3    A.    Yes.

4    Q.    Do you remember when?

5    A.    Not exactly.

6    Q.    When you purchased it at a gun show for how much

7    money?

8    A.    Around two hundred.

9    Q.    Two hundred dollars?

10   A.    Yes.

11   Q.    Did you receive any ammunition at that time?

12   A.    No.

13   Q.    When did you buy the ammunition?

14   A.    I think the following week.

15   Q.    And then you took the gun out to shoot him?

16   A.    Yes.

17   Q.    Is it my understanding that you store this gun in

18   your pickup truck?

19   A.    Yes.

20   Q.    Unlocked?

21   A.    Yes.

22   Q.    You never lock your truck?

23   A.    No.

24   Q.    The gun is kept beneath the seat?

25   A.    Behind.

PlaintiffFB 000445

1      Q.   Behind.   Was it in a case?

2      A.   Yes.

3      Q.   Why was it that you bought that gun?

4      A.   I originally was going to buy a rifle.   They

5  didn't have no cheap good rifles so I bought the pistol

6  instead.

7      Q.   Do you own other handguns?

8      A.   Yes.

9      Q.   How many?

10     A.   One.

11     Q.   What would that be?

12     A.   A twenty-two.

13     Q.   Do you know Billie Summerville?

14     A.   I know of him.

15     Q.   Is he a friend of yours?

16     A.   Mm. (Inaudible response.)

17     Q.   How often do you see Mr. Summerville?

18     A.   I don't know him personally.

19     Q.   You wouldn't know Mr. Summerville if you saw him?

20     A.   No.

21     Q.   You only know the name?

22     A.   Yes.

23     Q.   Mr. Bledsoe have you ever made any statements to

24  law enforcement concerning this case?

25     A.   Yes.

PlaintiffFB 000446

1    Q.    And when would those statements have been given?

2    A.    Last week.

3    Q.    Last week?  After your release from jail?

4    A.    Yes.

5    Q.    You hadn't given any statements prior to the time

6    you were released?

7    A.    No.

8    Q.    At the time you were released from jail were

9    there any promises made to you from the Sheriff or the

10   County Attorney?

11   A.    No.

12   Q.    Did they ever agree to drop charges if you would

13   testify against your brother?

14   A.    No.

15   Q.    Tom, you stated that one of the reasons you were

16   willing to take the rap is you wanted to see these children

17   of Floyd's grow up in a good family?

18   A.    Yes.

19   Q.    You stated that you wanted to see them go to

20   church and have a father?

21   A.    Yes.

22   Q.    And that was your motivation?

23   A.    Part of it.

24   Q.    Along with nothing being revealed about your

25   past?

PlaintiffFB 000447

73

1     A.    Um-hum.

2     Q.    Are those the only two reasons you were willing
3   to take the rap?

4     A.    Yes.

5     Q.    Do you spend much time with those nephews of
6   yours?

7     A.    Just with Cody at church and sometimes at home.

8     Q.    You didn't have any concern of him growing up in
9   the house with a murderer?

10    A.    Yes.

11    Q.    But you thought it would still be better if he
12  had a father and went to church even if the father --

13    A.    Well, while I was in jail I thought better,
14  because I didn't think about it at that time, during the
15  weekend.

16    Q.    So it was while you were in jail that you--

17    A.    Yes.

18    Q.    You thought about all that and you decided it
19  would be better if you just told the truth?

20    A.    Yes.

21    Q.    Didn't like it in jail did you?

22    A.    No.

23    Q.    Not a comfortable place to be?

24    A.    No.

25    Q.    Sitting in that jail caused you to change your

PlaintiffFB 000448

74

1   story didn't it?

2        A.   Yes.

3        Q.   Decided to let Floyd take the blame didn't you?

4        A.   That I'd tell the truth.

5        Q.   Decided to let him take the blame didn't you?

6        A.   That I'd tell the truth.

7        Q.   Tom, the truth is that on November 5th you

8   actually went over to Camille's house didn't you?

9        A.   No.

10       Q.   You didn't see Camille at all that day?

11       A.   No.

12       Q.   Had you been looking at the dirty magazines that

13  day Tom?

14       A.   No.

15       Q.   You went to Camille's house with the intention of

16  raping her didn't you Tom?

17       A.   No.

18       Q.   You actually took your 9mm and shot Camille

19  didn't you?

20       A.   No.

21       Q.   Tom, it was while you sat in church on Sunday

22  that you felt guilty about what had happened didn't it?

23       A.   What do you mean?

24       Q.   You felt guilty about killing Camille didn't you?

25       A.   No.

PlaintiffFB 000449

75

1    Q.    You sat in church and as Mr. Bolinger talked

2 about her being missing and then said to you something

3 about if you knew where she was then you should tell and

4 that's when you decided to go to the police right?

5    A.    Pardon.

6    Q.    You went to the police because of what Mr.

7 Bolinger said to you didn't you?

8    A.    No.

9    Q.    You felt guilty after listening to it in church?

10    A.    What do you mean?

11    Q.    Was Camille discussed in church on Sunday?

12    A.    Yes.

13    Q.    You sat and listened to that didn't you?

14    A.    Yes.

15    Q.    Did you say anything about it at that time?

16    A.    No.

17    Q.    It's only after listening to that you felt guilty

18 and decided to go to the police and confess isn't it?

19    A.    Yes.

20    Q.    You wanted to come clean didn't you Tom?

21    A.    Clean with the information I knew.

22    Q.    You wanted to get this taken care of, put it

23 behind you correct?

24    A.    Yes.

25    Q.    You were living with the guilt of it weren't you?

PlaintiffFB 000450

76

1    A.    No.

2    Q.    You were not?

3    A.    Guilt of holding the information, yes.

4    Q.    And it was after spending a week in jail that you

5    decided to change your story?

6    A.    No.

7    Q.    What caused you to want to change your story Tom?

8    A.    When I realized that if Floyd turned on Camille

9    he'd turn on Cody and Christian.

10   Q.    I have no other questions, Judge.

11             THE COURT:    Does the State have any other

12   questions of this witness?

13

14             REDIRECT EXAMINATION

15   By Mr. Vanderbilt:

16   Q.    Tom one of the things you had indicated on cross

17   examination you said it was three miles from your house to

18   where you met your brother is that correct?

19   A.    Around three miles.

20   Q.    Around three miles?

21   A.    Yes.

22   Q.    So you don't know whether it was 3 miles or 3 1/2

23   or 2 1/2 miles or anything like that?

24   A.    Between 2 1/2 and 3 miles.

25   Q.    Somewhere in there.  Okay.  One of the questions

PlaintiffFB 000451

77

1    that the defense counsel asked is did you socialize with

2    Camille and I want to expand on that a little bit.  Who do

3    you socialize with Tom?

4         A.   Pardon.

5         Q.   Who do you socialize with?

6         A.   People in church.

7         Q.   You socialize with people at church?

8         A.   Yes.

9         Q.   Do you socialize with the people at church

10   outside of the church?

11        A.   Yes.

12        Q.   Do you socialize with anyone else?

13        A.   Whoever wants to socialize.

14        Q.   How often do you go out?

15        A.   What do you mean?

16        Q.   How often do you go out with other people at

17   night?

18        A.   Very seldom.

19        Q.   How often do you go to other people's houses?

20        A.   Very seldom.

21        Q.   How many dates have you gone on?

22        A.   None.

23        Q.   What was that?

24        A.   None.

25        Q.   None.  Isn't it true that the only place that you

PlaintiffFB 000452

1   ever socialize with people is at church and occasionally

2   you see one of them outside of church?

3        A.   Yes.

4        Q.   Do you hunt?

5        A.   Pardon.

6        Q.   Do you hunt?

7        A.   Yes, sir.

8        Q.   You said you'd gone to Lunkers, was that to buy

9   a rifle?

10       A.   Yes.

11       Q.   You'd gone to Rusty's?

12       A.   Yes.

13       Q.   You bought two boxes of bullets?

14       A.   Yes.

15       Q.   One was 30/30's?

16       A.   Yes.

17       Q.   The other one was 9mm?

18       A.   Yes.

19       Q.   When you walked out of Rusty's what did you do?

20       A.   Got in my truck?

21       Q.   And then what happened?

22       A.   I made a phone call.

23       Q.   You made a phone call to who?

24       A.   My father.  To talk to.

25       Q.   What phone did you use?

PlaintiffFB 000453

79

1   A. My cell phone.

2   Q. You made that phone call in the parking lot of

3 Rusty's in Lawrence, Kansas.  Mr. Kuckleman had you explain

4 embarrassing, humiliating things in your past when you were

5 a kid, you showed no emotion on the stand Tom.  Where you

6 aware of that?

7   A. Yes.

8   Q. Why is that?

9   A. Because I hide it.

10   Q. I what?

11   A. I hide it.

12   Q. You hide your emotions?

13   A. Yes.

14   Q. We've discussed the death of Camille Arf--

15 Arfman.

16   A. Arfman.

17   Q. We've discussed the death of Camille Arfman

18 today.  Were you aware that you haven't showed any emotions

19 in the courtroom today?

20   A. Yes.

21   Q. Why haven't you showed any emotions about the

22 death of Camille Arfman?

23   A. Because I hide it.

24   Q. How do you feel about the death of Camille?

25   A. It's a sad thing for a girl her age.

PlaintiffFB 000454

80

1    Q.   How'd you feel about her?

2    A.   I liked her.

3    Q.   How did you feel about Camille?

4    A.   She's a friend.

5    Q.   Was she more than that?   You didn't -- you

6    weren't dating her?

7    A.   No.

8    Q.   Can you expand on that, I mean she was a friend.

9    A.   She took care --

10   Q.   When she walked up to you what did she do?

11   A.   Pardon

12   Q.   When she walked up to you what did she do?

13   A.   She'd always smile.

14   Q.   Did you speak with her?

15   A.   Yes.

16   Q.   At church?

17   A.   Yes.

18   Q.   At church functions?

19   A.   Yes.

20   Q.   Was she polite to you?

21   A.   Yes.

22   Q.   How many people outside of church treated you

23   like Camille did?

24   A.   Just about everybody.

25   Q.   When you socialized with them.

ALICE L. HENNING
JEFFERSON COUNTY TRANSCRIPTIONIST

PlaintiffFB 000455

81

1    A.    Pardon.

2    Q.    When you seen them?

3    A.    Pardon.

4    Q.    I'm sorry.  When you seen people they treated you

5  like Camille did?

6    A.    They treated me with respect.

7    Q.    How old are you Tom?

8    A.    Twenty-five.

9    Q.    Twenty-five years old?

10   A.    Yes.

11   Q.    Can you think of any reason why Camille Arfman

12  should be dead right now?  Had she done anything to you?

13   A.    No.

14   Q.    Never treated you poorly?

15   A.    No.

16   Q.    And you never socialized with her outside the

17  church?

18   A.    Very seldom.

19   Q.    Did anything in church every happen or was -- did

20  she make fun of you or anything in church?

21   A.    No.

22   Q.    May I approach the board?

23          THE COURT:    You may.

24   Q.    You were in Rusty's parking lot.  What time of

25  the day were you in Rusty's parking lot?

PlaintiffFB 000456

82

1      A.   Pardon.

2      Q.   What time of the day?

3      A.   Around 4:00, between 4:00 and 4:30.  I don't know

4  the exact time.

5      Q.   But you made that phone call?

6      A.   Yes.

7      Q.   So if you made that phone call your phone records

8  would indicate that you made that phone call wouldn't it?

9  What was the traffic like at Rusty's?

10     A.   It was heavy.  Alot of people on the road going

11 home.

12     Q.   And that's somewhere around what intersection?

13     A.   23rd and Iowa.

14     Q.   23rd and Iowa.  Well what route did you take home

15 from Rusty's?

16     A.   On 23rd to -- no I took Iowa to 6th Street.

17     Q.   Iowa to 6th Street.  What was the traffic like on

18 Iowa?

19     A.   Alot of cars, slow.

20     Q.   When you got to 6th Street what was the traffic

21 like -- which way did you go on 6th Street?

22     A.   Towards the bridge.

23     Q.   That would be east?

24     A.   East.

25     Q.   Did you go over the bridge?

PlaintiffFB 000457

83

1    A.    Yes.

2    Q.    You went over the bridge.  What was the traffic

3    like heading north out of Lawrence?

4    A.    About the same.

5    Q.    Heavy?

6    A.    Yes.

7    Q.    Did it take you a long time to get through

8    Lawrence?

9    A.    Yes.

10   Q.    After you got outside of Lawrence what was the

11   traffic like?

12   A.    Beginning to thin out, but still alot of cars.

13   Q.    Did you take 24 Highway to 59?

14   A.    No.

15   Q.    You didn't?

16   A.    No.

17   Q.    Isn't that the way you normally go?

18   A.    Yes.

19   Q.    Which way did you go?

20   A.    To Wellman Road.

21   Q.    Wellman?

22   A.    Yes.

23   Q.    You said Wellman?

24   A.    Yes.

25   Q.    Which way did you go on Wellman?

PlaintiffFB 000458

84

1     A.    North.

2     Q.    North?   What did you do after you turned on

3 Wellman?

4     A.    I drove out to the fire station, to Republic.

5     Q.    Republic?

6     A.    Yes.

7     Q.    Now why are you going this way?

8     A.    Because I wanted to go by where I hunt.

9     Q.    You wanted to go by where you hunt?

10    A.    Yes.

11    Q.    Where do you hunt at?

12    A.    On Gambles, Louis Gamble.

13    Q.    The same people you brought the --

14    A.    Yes.

15    Q.    Turkey?

16    A.    Yes.

17    Q.    Legs to?

18    A.    Yes.

19    Q.    Do they live off of Republic somewhere?

20    A.    Yes.

21    Q.    North or South of Republic?

22    A.    North.

23    Q.    North of Republic?

24    A.    Um.

25    Q.    What did you do after you got to Republic?

PlaintiffFB 000459

85

1    A.   I drove slow.  I went by there house and honked.

2    Q.   What were you doing?

3    A.   I was looking to see if I seen any deer.

4    Q.   Scouting deer?

5    A.   Yeah.

6    Q.   What road did you turn north on?

7    A.   Pardon.

8    Q.   What road did you turn north on off of Republic?

9    A.   Republic runs north.

10    Q.   Republic runs north?

11    A.   Yes.

12    Q.   What road did you turn off of Wellman on?

13    A.   120, something like that.  I don't know the exact

14 number.

15    Q.   Okay.  So this is 120 something or --

16    A.   Yes.

17    Q.   Whatever.  You turned north on Republic?

18    A.   Yes.

19    Q.   Now after you went up Republic how far was it to

20 Gamble's place?

21    A.   Pardon.

22    Q.   How far is it up Republic to Gamble's place?

23    A.   About a mile

24    Q.   About a mile.  What kinda road is this?

25    A.   Dirt road.

PlaintiffFB 000460

86

Q.   Excuse me.

A.   Dirt road.

Q.   Dirt road.  Is it curved?

A.   Yes.

Q.   How fast do you drive on that road?

A.   I wasn't driving fast.

Q.   Why not?

A.   I wasn't in a hurry.

Q.   When you turned north on Republic, you went about a mile.  Did you go to Gamble's house, to Louis Gamble's house?

A.   Yes.

Q.   Okay.  Where do you hunt from Gamble's house?

A.   Behind his house and in his brome field.

Q.   Out in this area?

A.   Yes.

Q.   Okay.  So you hunt south?

A.   Yes.

Q.   And to the east?

A.   Southeast and west.

Q.   Southeast and west.  Okay.  That's where you hunt?  Were you looking around that area for deer?

A.   Yes.

Q.   How fast were you driving?

A.   Not fast.

PlaintiffFB 000461

87

1   Q.   Excuse me.

2   A.   Not fast.

3   Q.   Not fast?

4   A.   Slow.

5   Q.   Slow.  After you passed the Gamble's house which

6   way did you go?

7   A.   I continued going north.

8   Q.   What road were you on?

9   A.   Republic.

10  Q.   Did you turn off of Republic?

11  A.   Yes.

12  Q.   What road did you turn on to?

13  A.   54th Street.

14  Q.   54th Street?

15  A.   Or Road, 54th Road.  It runs east and west.

16  Q.   What kind of road is Republic?   Is that a

17  blacktop?

18  A.   Republic?

19  Q.   Yes.

20  A.   It's a dirt road.

21  Q.   It's a dirt road?  54th Street is it a dirt road?

22  A.   Yes.

23  Q.   How fast did you drive on 54th Street?

24  A.   About the same, not fast.

25  Q.   Not fast.  When did you turn off of 54th Street?

ALICE L. HENNING
JEFFERSON COUNTY TRANSCRIPTIONIST

PlaintiffFB 000462

88

1  A. To Rep-- to Buck Creek.

2  Q. Buck Creek Road?

3  A. Yes.

4  Q. Is Buck Creek Road blacktop?

5  A. No.

6  Q. It's gravel?

7  A. Yes.

8  Q. How fast did you go on Buck Creek Road?

9  A. Not fast.

10  Q. Not fast?

11  A. Ten to fifteen.

12  Q. Buck Creek Road intersects 59th Highway just

13  south of Oskaloosa doesn't it?

14  A. Yes.

15  Q. Did you get on 59 Highway?

16  A. Yes.

17  Q. Did you go north to your house?

18  A. Yes.

19  Q. Now if you left Rusty's at 4:30 what time would

20  you have gotten home?  Going that way?

21  A. Sometime after 5:00.

22  Q. Sometime after 5:00.  How long does it normally

23  take from Rusty's -- to drive from Rusty's to your house?

24  A. It'll take me a half an hour or 45 minutes.

25  Q. A half and hour to 45 minutes.  And that's when

PlaintiffFB 000463

89

1   the traffic isn't heavy?

2        A.    Yes.

3        Q.    So you drove through heavier traffic, then you

4   scouted deer.  You drove all dirt roads slow on your way

5   home is that right?

6        A.    Yes.

7        Q.    And when you got home -- what did  you do when

8   you got home?

9        A.    Got ready for church.  Took a shower.

10       Q.    Did  you  stop  anywhere  after  you  got  on  59

11  Highway?

12       A.    No.

13       Q.    To go north?

14       A.    I went straight home.

15       Q.    You went straight home?

16       A.    Yes.

17       Q.    And what time was church?

18       A.    6:00, between 6:00 and 6:30.

19       Q.    Nothing further.

20

21                    RECROSS EXAMINATION

22  By Mr. Kuckleman:

23       Q.    Tom is you had left Rusty's at 4:00 o'clock what

24  time would you have got home?

25       A.    Around 5:00.

PlaintiffFB 000464

90

1    Q.   Would it have taken you an hour to get from

2    Rusty's to home if you left at four?

3    A.   Yeah.

4    Q.   You actually could have come through Oskaloosa

5    and been here by about 4:40 couldn't you?

6    A.   I could have.

7    Q.   Quite easily.  Okay.  Tom you actually knew

8    Camille a little better than you're describing didn't you?

9    A.   What do you mean?

10   Q.   Well isn't it true that you sometimes gave her a

11   ride home from church?

12   A.   Yes, when --

13   Q.   And you'd actually done that the Wednesday before

14   her death hadn't you?

15   A.   Yes.

16   Q.   You had actually given her a ride home that

17   evening?

18   A.   Yes.

19   Q.   Which would have been November the 3rd?

20   A.   Yes.

21   Q.   I have no other questions, Judge.

22            THE COURT:     Anything else from the

23   State?

24

25            REDIRECT EXAMINATION CONTINUED

PlaintiffFB 000465

91

By Mr. Vanderbilt:

Q.   Did you keep your receipt for that ammunition?

A.   Pardon.

Q.   Did you keep your receipt for the ammunition you bought at Rusty's?

A.   Yes.

Q.   Nothing further.

MR. KUCKLEMAN:      Nothing further.

THE COURT:      You  may  step  down,  sir. Thank you.  Will the State call their next witness.

MR. VANDERBILT:      The  State  calls  Detective Randy Carreno.


DETECTIVE RANDY CARRENO

Called as a witness on behalf of the plaintiff, having been first duly sworn, testified as follows:


DIRECT EXAMINATION

By Mr. Vanderbilt:

Q.   Detective Carreno what's your full name?

A.   Randy Carreno.

Q.   What's your full name?

A.   It's Randy Joel Carreno, C-A-R-R-E-N-O.

Q.   And how are you employed?

A.   As  a  detective  with  the  Jefferson  County

ALICE L. HENNING
JEFFERSON COUNTY TRANSCRIPTIONIST

PlaintiffFB 000466