# EXHIBIT 31

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000767

11-9-
M. Hayes
Time line-P.M.

Fri - 11/5/99
2⁵⁰ P.M. - COOP-Law-Poll ✓
3²⁰ P.M - Leave Coop
3²⁵ p - Lunker Bait + Tackle - Looks at Guns & Bow
WAITED on by lady

3⁴⁰ p - Rustys Sports Law - Looked at 30-30
WAITED on by mike

4⁴⁰-4⁴⁵ P - Home
6⁰⁰ P Osky Bank, deposit pay ✓ Night deposit,

6¹⁵-6²⁰ - At Church, Susie LNU came in behind,
9³⁰ - Home to bed

Sat 11/6
8-9 A - Up Coffee, visit folks
9 A - Unload trailer, with dad, folks leave
Tom works around house, tinkers lawn
mower
11⁰⁰ A Mom + Dad back, unload trk & trailer
L.F. tells Tom   2-3 shots
Body in dump - Tits exposed, shirt around neck
Tom to dump, saw fresh dirt.
1¹⁵ p Prep for work   Looked for gun, in trk.
2nd mag, no Ammo. Did not use.
2⁰⁰ Enroute Law
2³⁰ At Work - Coop Plant Law
3ᵖ-11ᵖ - Work
11⁴⁵ᵖ Home, Mom comments home early

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000768

Sun 11/7

8:00A - Up Coffee folks
9:00A   Unload trailer
9:15A   ~~Left~~ Dad to Grannys
9:20A   Prep for church
9:55    To Church
12:00 - Church out, home, mom there.

2:00P   Dad back loaded tele & trailer
        ~~Dad~~, Lloyd, Jason, Jason son with Dad
        Unload

2:30P   Tom & others back to Grannys
4:00P   Back home unload
4:30P   Lloyd et al leave

5:30P - Prep for church
5:50-8:30 - At Church.

~~xxxx~~ 55 Meets Unk, learns Camille dead, where
        body is, ect.

8:55 - LEC Parking lot - 1st Call Bollinger
       Calls dad, knows where Camille is. Tells
       Dad, his gun in dresser drawer. Dad comes
       to LEC, P.U. Tom takes to Jim Sawyers.
       Dad returns later, P.U. touls truck

KBI Subpoena 001526
**Exhibit 7 at 031**

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000769

Son
9⁰⁸p  - LEC Parking lot 2nd call Bollinger
         (Dad Arrives)

Tom took gun out of trk seat, into house, dressed
in bedroom.
Doesn't think his gun murder weapon.

Week prior, At Louis Gambles place, shot pistol
saw + talked with James White,

Billy Sommerville + Little Floyd good friends