# EXHIBIT 32

KBI000870

Protest? - Has known (V) @ 5-6, knew from church, where met. Country side Baptist. (V)'s sis is married to (S)'s bro, Floyd. Would see 1-2x wkly, at church. Rarely went to KB's res. (S) got along w/ (V) fine. Never any arguments. Never hated (V), never wanted to. (S) considered (V) a nice girl. Not known if dated. Heard (V) dated boys & having sex w/ them. Not known of any of the boys she supposedly dated. Not get along that well w/ KB. Relations are in fam. Picks on (S). KB goes for jgh. & yrh. KB thinks his wife is running around on KB. (S) heard rumors to that effect. Also heard rumors KB running around. (V)'s mother appears to be greedy & uses her kids. (V) & KB appeared to get along ok. Nothing out of ordinary that (S) aware of. KB never said anything to (S). (S) get along w/ KB's wife, then KB.

5 Nov - (S) up @ 0800. Left res @ 1400. Went to Lawrence to pick up paycheck. L. wrpt @ 30 min, went to tackle shop - 20-25 min, Tuesdays - 25-30 min. Takes @ 45 min from res to Lawrence. Bought one box ea of 30-30 & 9mm bullets, got his check. (S) own 30-30 rifle & 9mm handgun, bought 9mm @ 2-3 wks ago. (S) returned directly to his res. (V) lives @ 3 min west. Not go by KB's to get home. At home until @ 1745. Went to lunch, then to church. (S) alone. Was at church until @ 2130. From church directly home. Not go by KB's res. At home until @ 1100. Went to work. KB stopped (S) along road, (S) first learned (V) missing from his dad. KB had called his dad & told

KBI000871

dad. Dad told S. RB told S that I knew when V was & she was dead. S asked RB why V dead, RB shrugged shoulders - no ans. S asked where V was, RB said trash dump by the house at Dad's house in the garbage ditch. Said buried w/ trash on top of her. Said clothed, shirt & bra on. Asked RB if raped V, RB not answer. Asked RB how V die, RB said gun shots, think said 2-3, not sure. S ask RB why again, not really ans. S also asked if RB shot V, RB not ans, just stayed quiet. S believes RB prob shot V, based on actions, what said & what wouldn't ans. S also asked why - again no ans. S said had to get out to work. Conv took place on a dirt road @ 2 miles f us, towards hiway to Lawrence. S stopped to get gas. Thought of calling police - decided to wait as RB could be lying. Wanted to make sure RB telling truth. Went on to work. Got off work @ 2300, 6 Nov. S went to location where RB said V was. Was V like RB described. S picked up plywood & saw a seen fresh dirt - RB said under dirt. Didn't move any dirt & couldn't see, however, was as described by RB, so believed V was there. Time @ 2345. Went home to try to figure out what to do. Went to bed, got up @ 0800. Went to church @ 0930. Not tell mom & dad. At church until @ 1200. Then home. @ 1730 went to church. Left church @ 2030. Decided to turn self in & tell police. Then RB has kids, S not.

KBI Subpoena 001629

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000872

(V) Zetta Camille ARFMANN (63-04-85)
(S) Thomas BLEDSOE (25) 3-6-74

3 turn 1620, 5 Nov F 0230, 8 Nov 99, (V) shot at least 4x w/ a unk cal weapon (.38). Btwn (S) Robbin MYER, a friend, went & visited @ 1700, & was empty. (V) lived in a single wide trailer at 15700 Fairview Rd, Oscaloosa, KS. (S) is bro of (V)'s brother-in-law. (V) lives w/ her sis, Heidi BLEDSOE, @ 20 year old. At @ 0050, (S) w/ his atty took (S) Zork inv to (V), who was buried put in a ditch on the Ida BLEDSOE property @ 3 miles NW of where (V) lived. (V) was in a ditch w/ dirt & wood put over her. (V) was fully dressed fr waist down (jeans & shoes). (V)'s short sleeve pullover shirt & bra was above (V)'s breasts. (V)'s atty also provided inves w/ a 9mm, which the atty, at that x, believed was the murder weapon. Atty told inves that his client knew where body was & would turn over murder weapon.

(S) is now saying that he did not shoot (V). During the afternoon of 6 Nov, Floyd BLEDSOE told (S) where (V) was & she had been shot 2-3x. Prior to going to work, (S) went to loc, lifted the plywood & saw newly moved dirt. (S) then goes to work. (S) in Lawrence until after 1600. Work fr 1630-1830. From 1830-2130 at church, acting normal. (V) was supposed to be at that some function, wasn't. Work fr 2130-2230/2300, when parents in home & (S) in bed. (S)'s home father died @ 1200.

KBI Subpoena 001630

KBI000873

(S) came to SO [crossed out] miles of 7 Nov & turned self in. By X he got & (S), had atty & would get intvw. On 2055 & 2101, 7 Nov, (S) called church & left msgs. [crossed out] By X got these msgs (S) will have turned himself in & be. He wished he had never did it. For him & help aren't deal thru it, they'll be disappointed. [crossed out] church would be too. Forgive what I've done.

[crossed out] At 1982, 5 Nov, a colonel called SO. He was out bow hunting, was in a deer stand. He heard a female screaming, don't hurt me, someone help me. He is near the dairy where Floyd S works.

(S) denied any knowledge, involv in 187. Did say saw blood in truck (S)'s truck (checked – no blood). (S) [crossed out] acknowledged that he [crossed out] having sex w/ (V).