# EXHIBIT 33

**Stipulated Contents of Field Note at KBI Subpoena 1628-1631**

[Page 1]

Pretest has known victim about 5 to 6, knew from church when met, Countryside Baptist. Victim's sister is married to subject's brother, Floyd. Would see 1 to 2 times weekly, at church. Rarely went to Floyd Bledsoe's residence. Got along with victim fine. Never any arguments. Never dated victim, never wanted her. Subject considered victim a nice girl. Not know if [she] dated. Heard victim dated boy not having sex with them. Not know of any of the boys she supposedly dated. Not get along that well with Floyd Bledsoe. [Illegible.] Picks on subject. Floyd Bledsoe goes from girl to girl. Floyd Bledsoe thinks his wife is running around on Floyd Bledsoe.

Subject heard rumors to that effect. Also heard rumors Floyd Bledsoe running around. Victim's mother appears to be greedy and uses her girls. Victim and Floyd Bledsoe appeared to get along OK. Nothing out of the ordinary that subject aware of. Floyd Bledsoe never said anything to subject. Subject got along with Floyd Bledsoe's wife than Floyd Bledsoe.

5 Nov. subject up at 08:00. Left residence at 14:00. Went to Lawrence to pick up pay check. [Illegible] at 30 minutes, went to tackle shop 20-25 minutes, Rusty's 25-30 minutes. Takes about 45 minutes from residence to Lawrence. Bought one box each of 30-30 and 9 mm bullets, paid by check. Subject owns 30-30 rifle and 9mm handgun, bought 9 mm about 2-3 weeks ago. Subject returned directly to his residence. Victim lives about 3 minutes [illegible.] Not go by Floyd Bledsoe's to get home. At home until about 1745. Went to bank, then to church. Subject alone. Was at church until about 2130. From church directly home. Not go by Floyd Bledsoe's residence. At home until about 14:00. Went to work. Floyd Bledsoe stopped subject along road. Subject first learned victim missing from his dad. Floyd Bledsoe had called his dad and told

[Page 2]

dad. Dad told subject. Floyd Bledsoe told subject that he knew where victim was and she was dead. Subject asked Floyd Bledsoe why victim dead, Floyd Bledsoe kind of shrugged shoulders - no answer. Subject asked where victim was, Floyd Bledsoe said trash dump by the house at dad's house in the garbage ditch. Said buried with trash on top of her. Said clothed, shirt and bra up. Asked Floyd Bledsoe if raped victim, Floyd Bledsoe not answer. Asked Floyd Bledsoe how victim died. Floyd Bledsoe said gun shots, thinks said 2-3, not sure. Subject asked Floyd Bledsoe why again, not really answer. Subject also asked if Floyd Bledsoe shot victim, Floyd Bledsoe not answer, just stayed quiet. Subject believes Floyd Bledsoe probably shot victim, based on actions, what said and what wasn't answered. Subject also asked why again no answer. Subject said had to get onto work. Events took place on a dirt road about 2 miles from residence towards [illegible] & Lawrence. Subject stopped to get gas. Thought about calling police - decided to wait as Floyd Bledsoe could be lying. Wanted to make sure Floyd Bledsoe telling truth. Went on to work. Got off work at 2300 November 6. Subject went to location where Floyd Bledsoe said victim was. Was [illegible] Floyd Bledsoe described. Subject picked up plywood and saw some fresh dirt - Floyd Bledsoe said under dirt. Didn't move any dirt and couldn't see, however, was as described by Floyd Bledsoe, so believed victim was there. Time about 2345. Went home to try to

figure out what to do. Went to bed. Got up at 0800. Went to church at 0930. Not tell mom and dad. At church until about 1200. Then home. At 1730 went to church. Left church at 2030. Decided to turn self in and take blame. Reason Floyd Bledsoe has kids subject none.

[Page 3]

Victim Zetta Camille Arfman 03-04-85

Subject Thomas Bledsoe age 25 03-06-74

Between 420 Friday, November 5 and 2:30 AM November 8, victim shot at least four times with an unknown caliber weapon (.38). [Illegible] at Robin Myer, a friend, went to Victim's residence at 1700, and residence empty. Victim lived in a single wide trailer at 15200 Fairview Rd., Oskaloosa, Kansas. Subject is brother of victim's brother-in-law. Victim lives with her sister Heidi Bledsoe, about 20 years old. At 0050, subject with his attorney took investigators to victim who was buried put in a ditch on the Ida Bledsoe property at 3 miles north west of where victim lived. Victim was in a ditch with dirt and wood put over her. Victim was fully dressed from the waist down (jeans and shoes). Victim's short sleeve pull over shirt and bra was above victims breasts. Victim's attorney also provided investigators with a 9 mm, which the attorney, at the crime scene, believed was the murder weapon. Attorney told investigators that his client knew where the body was and would turn over murder weapon.

Subject is now saying that he did not shoot victim. During the afternoon of November 6, Floyd S Bledsoe told subject where victim was and she had been shot 2 to 3 times. Prior to going to work, Subject went to look, lifted the plywood and saw newly moved dirt. Subject then goes to work. Subject in Lawrence until after 1600. Unknown from 1630 to 1830. From 1830 to 2130 at church, acting normal. Victim was supposed to be at that same function, wasn't. Unknown from 2130 to 2230/2300, when parents are home and subject in bed. Subject home further till about 12:00

[Page 4]

Subject came to SO [Sheriff's Office] night of November 7 and turned self in. By x [illegible] and subject had attorney and [illegible.] On 2055 and 2101, November 7, subject called church and left message. Said by time get these messages subject will have turned himself in and [illegible.] He wished he had never did it. [Illegible] him and help mom and dad through it they'll be disappointed. Knows church will be too. Forgive what I've done.

At 1902 November 5, a colonel called SO [Sheriff's Office] he was out bow hunting was in a deer stand he heard a female screaming, don't hurt me, someone help me. He is near the dairy where Floyd S works.

Subject denied any knowledge, involvement in murder did say saw blood in back subject's truck (checked-no blood). Subject acknowledged that he fantasized about having sex with victim.