# EXHIBIT 34

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KBI000168



## Kansas Bureau of Investigation

Larry Welch
*Director*

### INVESTIGATION REPORT

Carla J. Stovall
*Attorney General*

___11-15-99___
**Investigation Date**

___WOODS, J.W.___
**Special Agent**

**SUBJECT:** BLEDSOE, THOMAS E.
**VICTIM:** ARFMANN, ZETTA CAMILLA
**CRIME:** HOMICIDE
**PLACE & DATE:** JEFFERSON COUNTY, KANSAS       11-6-99
**REGION/CASE AGENT:** KANSAS CITY/WOODS

**RE:**    Receipt of Cash Register Receipt                    LEAD #73
            RUSTY'S OUTDOOR SPORTS
            Lawrence, Kansas

**DETAILS:**

On 11-15-99, KANSAS BUREAU OF INVESTIGATION (KBI) Senior Special Agent (SSA) J. WOODS received a cash register receipt for RUSTY'S OUTDOOR SPORTS, Lawrence, Kansas from Michael HAYES, Attorney for Tom BLEDSOE.

The receipt is dated 11-5-99 and reflects a time of 4:30.

HAYES stated that Tom BLEDSOE purchased a box of 9mm ammunition and a box of 30-30 ammunition, on the above date and time, at RUSTY'S OUTDOOR SPORTS in Lawrence, Kansas. He believed a MIKE and another male, unknown name, had waited on him.

Copy of receipt is attached.

PENDING

JWW/lkc
120899/ammo receipt

attachment

cc:    JFCA
       JFSO

___0912-227867___
KBI CASE NUMBER

DEC 10 1999

1620 S.W. Tyler / Topeka, Kansas 66612-1837 / (785) 296-8200 FAX (785) 296-6781

KBI Subpoena 000926

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000169

```
           RUSTY'S
        OUTDOOR SPORTS
         LAWRENCE, KS.
         785-749-1200
        11-05-99 04:30
    C25    0102    62469

    GUN/AMMOT        $8.99
    GUN/AMMOT       $11.99
         2No
    TAXABLE         $20.98
    TAX              $1.45
    SUBTOTAL        $22.43
    CHEK            $22.43
    CHANGE           $0.00
```

Rec - 11-15-99
From Mike Hayes
Jim.

1 - Box - 9mm
1 - Box - 30-30
(0912-227867)

KBI Subpoena 000927