# EXHIBIT 35

Case 2:16-cv-02296-DDC   Document 339-35   Filed 07/19/23   Page 2 of 6

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**



KBI000146

## Kansas Bureau of Investigation

Larry Welch
*Director*

Carla J. Stovall
*Attorney General*

INVESTIGATION REPORT

| 11-12-99 | JOHNSON, GEORGE L. |
|---|---|
| Investigation Date | Special Agent |

SUBJECT: BLEDSOE, THOMAS E.
VICTIM: ARFMANN, ZETTA C.
CRIME: HOMICIDE
PLACE & DATE: JEFFERSON COUNTY, KANSAS. 11-5-99
REGION/CASE AGENT: KANSAS CITY/WOODS, JAMES

RE: Polygraph Examination Of:

Thomas Edward BLEDSOE
w/m, dob: ▮▮-74, 5'3", 130 lbs.
red hair/blue eyes
pob: Winchester, Kansas
SSN: ▮▮▮
11477 Osage Road
Oskaloosa, Kansas 66066

DETAILS:

Senior Special Agent (SSA) James WOODS, KANSAS BUREAU OF INVESTIGATION (KBI), requested a polygraph examination of Thomas BLEDSOE in connection with the homicide of Zetta C. ARFMANN, on 11-5-99, in Jefferson County, Kansas. The examination was scheduled for 11-12-99.

Investigation disclosed that between about 4:20pm to 2:30am, 11-5-99 to 11-8-99, ARFMANN was shot at least four times with an unknown caliber weapon. ARFMANN lived with her sister, Heidi BLEDSOE and her husband, Floyd BLEDSOE, at 15200 Fairview, Oskaloosa, Kansas. About 4:20pm, 11-5-99, ARFMANN was dropped off at her residence by the school bus. The bus driver said she saw ARFMANN enter the residence before she pulled away.

Robbin MYER told investigators that she went to ARFMANN'S residence about 5:00pm, 11-5-99, and the residence was empty.

On 11-8-99, Thomas BLEDSOE and his attorney took investigators to the property of Ida BLEDSOE. Investigators were taken to a ditch, where

KBI Case Number: 0912-227867

1620 S.W. Tyler / Topeka, Kansas 66612-1837 / (785) 296-8200 FAX (785) 296-6781

KBI Subpoena 000904

KBI000147

page 2

under some dirt and wood, ARFMANN was found. She was fully clothed, except that her top and bra were pulled up over her breasts. The attorney also provided a 9mm handgun, which was believed to be the murder weapon. The gun belonged to Thomas BLEDSOE. Thomas BLEDSOE left messages on the telephone of his pastor, saying that he was going to turn himself into law enforcement and that he wished he had never done it.

Thomas BLEDSOE subsequently said that he did not shoot ARFMANN. On 11-6-99, he was on a dirt road, heading for work. Floyd BLEDSOE stopped him. Floyd BLEDSOE told him where ARFMANN was and that she had been shot two to three times. He asked Floyd BLEDSOE more than one time whether Floyd BLEDSOE had shot her and why she had been killed. Floyd BLEDSOE did not answer the questions. Because of that, he presumed Floyd BLEDSOE had been the person who shot her. He continued on to work, stopping for gas along the way. He thought about calling the police, however, didn't as he thought Floyd BLEDSOE might be lying. After he got off work, he went to the trash ditch on his parents' property, where Floyd BLEDSOE told him ARFMANN was buried, to see if she was really there. She was. At that time, he did not know what to do. He went home and went to bed. He went to church about 9:30am, returning home about 12:00pm, 11-7-99. He went back to church about 5:30pm, leaving about 8:30pm. At that time, he decided to turn himself in and take the blame for ARFMANN'S homicide as Floyd BLEDSOE had two young children and he did not.

On 11-12-99, after being advised of his rights under the Fifth Amendment of the Constitution of the United States, Thomas BLEDSOE was administered a polygraph examination.

PRETEST INTERVIEW:

During the pretest phase, Thomas BLEDSOE provided essentially the same information as he had previously provided investigators.

All questions to be asked Thomas BLEDSOE during the testing sequence of this examination were reviewed with him.

TEST SEQUENCE:

The test series consisted of the following relevant questions interspersed with irrelevant and control questions:

Q: Do you know for sure who shot Zetta ARFMANN, between 5 and 8 Nov. '99?

A: No.

Q: Did you shoot Zetta ARFMANN, between 5 and 8 Nov. '99?

KBI Case Number: 0912-227867

KBI Subpoena 000905

KBI000148

page 3

A: No.

Q: Were you physically present with Zetta ARFMANN at that time she was shot?

A: No.

Q: Was the gun, used to shoot Zetta ARFMANN, in your possession when she was shot, between 5 and 8 Nov. '99?

A: No.

**EXAMINATION RESULTS:**

After analysis of the polygraph charts produced during this examination, it is the opinion of this examiner that Thomas BLEDSOE was being truthful when answering the relevant questions.

During the interview, subsequent to the collection of the polygraph charts, Thomas BLEDSOE said that when Floyd BLEDSOE stopped him on the dirt road, on 11-6-99, along with Floyd BLEDSOE saying that ARFMANN had been shot, Floyd BLEDSOE also said that he had shot ARFMANN.

GLJ/ce
01240/092-T1.wpd

cc: SSA J. WOODS

Attachments: Rights Waiver and Polygraph Consent form, dated 11-12-99.

KBI Case Number: 0912-227867

KBI Subpoena 000906

KBI000149

### Rights Waiver -- Polygraph Examination Statement of Consent

Name _Thomas Edward BLEDSOE_

Address _11477 Osage Rd, Oscaloosa, KS 66066_

Date _12 Nov 99_     Time _1135_

In the presence of the witness(es) whose signature(s) below,

_George L. Johnson_

has informed me that he is a polygraph examiner, and this statement is being completed in connection with

_Homicide_

### Miranda Warning

1. You have the right to remain silent.
2. Anything you say can be used against you in a court of law.
3. You have the right to talk to an attorney and have him/her present with you while you are being questioned.
4. If you cannot afford to hire an attorney, one will be appointed to represent you before any questioning, if you wish one.

Do you understand each of the above rights that I have explained to you? Yes _TB_ No____

Having these rights in mind, are you willing to talk to me now? Yes _TB_ No____

I understand that such participation is voluntary and that I can refuse to take part in this examination, and that such refusal will immediately terminate the examination. Further, that once the examination begins, I can terminate the examination at any time.

Understanding my unqualified rights to refuse this test, I, do hereby, this date, voluntarily and without duress or promise of reward, consent to a polygraph examination.

_Michael C. Hoyer_                           _[signature]_
Witness  Attorney                            Examinee's Signature

                                             _George L. Johnson_
Witness                                      Polygraph Examiner's Signature

KBI Subpoena 000907

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

KBI000150

## ADMINISTRATIVE PAGE                           POLYGRAPH EXAM

This form must accompany reports where information for tabulation, indexing, and changes in case status are required.

| DATE | AGENT | CREDENTIAL # | UNIT |
|---|---|---|---|
| 10 Jan 00 | JOHNSON | 121 | C |

**ADMINISTRATIVE CHANGES**
- TITLE CHANGE
- SUBJECT
- VICTIM
- CRIME
- LOCATION
- DATE
- REASSIGNMENT
- CORRECTION TO PREVIOUS DATA

NARRATIVE INSTRUCTION:

**CASE STATUS:** OPEN ☒  INACTIVE  CLOSED

**NATURE OF CLOSING**
1 - ALL LEADS WORKED NOT SOLVED
2 - SOLVED WITH PROSECUTION OR NO PROSECUTION
3 - OTHER CLOSURE/ WORK COMPLETED

**INDEX (PERSONS / BUSINESSES):**

| NAME, CITY & STATE | RACE | SEX | INDEXED AS | DISPOSITION |
|---|---|---|---|---|
|  | W B U I A | M F | SUBJECT / VICTIM / WITNESS / OTHER | 1-ARRESTED / 2-ACQUITTED / 3-DIVERSION / 4-CONVICTED / 5-NO PROSECUTION |
| AKA: | HGT. | WT. | | |
| DOB: | EYES: | HAIR: | KBI # | FINE: $ |
| SSN: | | | FBI # | SENTENCE: |

| NAME, CITY & STATE | RACE | SEX | INDEXED AS | DISPOSITION |
|---|---|---|---|---|
|  | W B U I A | M F | SUBJECT / VICTIM / WITNESS / OTHER | 1-ARRESTED / 2-ACQUITTED / 3-DIVERSION / 4-CONVICTED / 5-NO PROSECUTION |
| AKA: | HGT. | WT. | | |
| DOB: | EYES: | HAIR: | KBI # | FINE: $ |
| SSN: | | | FBI # | SENTENCE: |

**POLYGRAPH (TEST)**

| NAME, CITY & STATE | RACE | SEX | INDEXED AS | |
|---|---|---|---|---|
| Thomas E. BLEDSOE, Oskaloosa, KS | W | M | SUBJECT / VICTIM / WITNESS / OTHER | ☒ 6-GIVEN  ☒ 9-PASSED  ☐ 7-CANCELLED  ☐ 10-DECEPTION  ☐ 8-ADMISSION OBTAINED  ☐ 11-INCONCLUSIVE |
| AKA: | HGT. 5'3" | WT. 130 | | |
| DOB: ██-74 | EYES: blue | HAIR: red | KBI # | ☐ 12-NO OPINION |
| SSN: ██ | | | FBI # | |

ENTERED: DATE: 12600 BY: ___

SEE REVERSE SIDE

CASE NUMBER: 0912-227867

06/91 - ADMFORM.PM3A

KBI Subpoena 000908