# EXHIBIT 36

**KURTH LAW OFFICE INCORPORATED, P.A.**
JOHN R. KURTH
304 COMMERCIAL
P.O. BOX 333
ATCHISON, KANSAS  66002
TELEPHONE:  (913) 367-2681
FACSIMILE:  (913 367-2882

LICENSED IN KANSAS & MISSOURI

March 21, 2023

LOEVY & LOEVY
ATTN: RUTH BROWN
311 N. Aberdeen Street
3rd Floor Chicago
Chicago, IL
60607

RE:   Floyd Bledsoe

Dear Ms. Brown:

    Enclosed is a copy of my file on Floyd Bledsoe.  It is the same as I sent to Mr. Ney some time ago during the 1507 action.  It contains all records with the exclusion of my own notes.  Copying expense was $248.52 (enclosed receipt).  I will tell you the postage when I e-mail you the tracking information.

Very truly yours,

John R. Kurth

Kurth 000001



3/21/2023 2:15 PM
Store 1

Sales Receipt #158706
Workstation: 2

# POOR RICHARD'S

Poor Richard's
718 Commercial
Atchison, KS. 66002
913-367-7600
Fax: 913-367-4588
e-mail:atchison@poorrichardsprinting.com

Bill To: Kurth Law Office Inc. P.A
Kurth Law Office Inc. P.A
Box 333
Atchison, KS 66002

Cashier:

| Description 1 | Qty | Price | Ext Price |
|---|---|---|---|
| CASE FILES COPIE: Printing | 1 | $228.52 | $228.52 T |

Subtotal: $228.52
KS 8.75 % Tax: + $20.00
RECEIPT TOTAL: $248.52

Check: $248.52  11590

Thank you! Have a nice day!

158706

Kurth 000002



LOEVY & LOEVY
ATTN: RUTH BROWN
311 N. Aberdeen Street
3rd Floor Chicago
Chicago, IL
60607

John R. Kurth
Kurth Law Office, Inc., P.A.
P.O. Box 333
Atchison, KS 66002-0333

Kurth 000003