# EXHIBIT 37

**(Digital Exhibit)**