# EXHIBIT 38

414

STATE OF KANSAS.
JEFFERSON COUNTY
FILED

AUG 4  3 25 PM '00

CLERK OF DIST COURT

IN THE DISTRICT COURT OF JEFFERSON COUNTY, KANSAS

STATE OF KANSAS,                    )
                        Plaintiff,  )
                                    )
            vs.                     ) Case No.
                                    ) 99CR325
FLOYD SCOTT BLEDSOE,                )
                        Defendant.  )

**TRANSCRIPT OF JURY TRIAL**
(Testimony)

**VOLUME THREE**

April 26, 2000

BEFORE

HONORABLE GARY L. NAFZIGER,
District Judge,
and a Jury of 12

ORIGINAL

Courthouse
Oskaloosa, Kansas

APPEARANCES

   The Plaintiff appears by Mr. Jim Vanderbilt, County Attorney, Courthouse, Oskaloosa, Kansas, 66066.

   The Defendant appears in person and by his counsel, Mr. John R. Kurth, Attorney at Law, Garrity, Kuckelman & Kurth, 701 Kansas Avenue, Atchison, Kansas, 66002.

1                       I N D E X

2    State rests..................................561
     Motion to acquit............................561
3

4                      W I T N E S S E S

5    FOR THE PLAINTIFF:  Direct   Cross   Redirect   Recross
     Erik K. Mitchell.....416.....437....441
6    Floyd L. Bledsoe....................442
     Catherine Bledsoe....444.....453
7    Louis E. Gamble......456
     Roy Dunnaway.........458.....472....478
8    Jim Woods............481.....507....511.......512
     Kevin S. Feleay......513.....518....521
9    Donald Bolinger......522
     Roy Dunnaway........................524.......526
10   James R. Bolinger....528......537...539
     Thomas E. Bledsoe...................556
11
     FOR THE DEFENDANT:
12   Dan Ward.............545
     Karen Edmonds........549
13   Rebecca Wheatley.....564.....566
     Annette McNary.......569
14

15                      E X H I B I T S

16   State's No.         Offered    Received
     25......................486........486
17   28 & 29.................502........502
     30......................506........506
18   35 & 36.................487........487
     37......................491........491
19   38......................492........492
     39......................499........499
20   40......................423........423
     41......................426........426
21   42 & 43.................501........501
     44......................498........498
22   50 & 51.................500........500
     Defense No.
23   U.......................520........521
     AA......................527........527
24

25

1  MR. VANDERBILT: Judge, the State recalls Thomas
2  Edward Bledsoe. They're bringing him in.
3  THE COURT: You're still under oath, sir.
4  THOMAS EDWARD BLEDSOE,
5  recalled as a witness on behalf of the State, having been
6  previously duly sworn by the reporter, testified under oath
7  as follows:
8  REDIRECT EXAMINATION
9  By Mr. Vanderbilt:
10 Q. Tom, I've got a couple questions for you that we
11    didn't ask the first time you were called. Can
12    hear me?
13 THE REPORTER: Pull that up to you.
14 Q. It's taped down. Go ahead and repeat your name
15 A. Thomas Edward Bledsoe.
16 Q. Tom, you went to the law enforcement center at
17    Jefferson County on November 7th and turned yourself
18    in; right?
19 A. Yes, sir.
20 Q. One of the things that have occurred since then is
21    there's been some evidence presented and one of the
22    things that I need to ask you, inquire into, is going
23    back to your hearing impairment, if, when you go to
24    sleep at night do you wear your hearing aid?
25 A. No, sir.

*[Margin annotation: Tom's Testimony (Redirect)]*

1  Q. You take it out?
2  A. Yes, sir.
3  Q. And with respect to the alarms in the house, does your
4     father have alarms in the house?
5  A. Yes, sir.
6  Q. And have you been in the house when the alarms have
7     gone off?
8  A. Yes, sir.
9  Q. Can you hear those alarms with your hearing aid?
10 A. Yes.
11 Q. When you're -- can you, can you hear those alarms
12    without your hearing aid?
13 A. If I'm downstairs.
14 Q. If you're downstairs?
15 A. Yes.
16 Q. Well, you sleep upstairs?
17 A. Yes.
18 Q. So at night when you're asleep, because you don't have
19    your hearing aid you just, you can't hear.  Is that
20    correct.
21 A. I won't be able to hear it.
22 Q. Okay.  The second issue I wanted to talk to you about
23    again was the, you explained at preliminary hearing
24    and I'm going to ask you to explain it again today.
25    Earlier you testified that the defendant threatened

```
 1        you when you met him on the road that day.  Is that
 2        correct?
 3   A.   Yes.
 4   Q.   And you didn't elaborate earlier during your testimony
 5        as to what that threat was, did you?
 6   A.   No.
 7   Q.   What was that threat?
 8   A.   He'd reveal things about my past.
 9   Q.   He would reveal things about your past?
10   A.   Yes.
11   Q.   He's held that against you before, hasn't he?
12   A.   Yes.
13   Q.   To get you to do what he wanted?
14   A.   Yes.
15   Q.   Is that what he was referring to?
16   A.   Yes.
17   Q.   You knew what he was talking about --
18   A.   Yes.
19   Q.   -- when he said that?
20   A.   Yes.
21   Q.   What was it?
22   A.   Things that I did.
23   Q.   Can you be more specific?
24   A.   I tried to have sex with a dog.
25   Q.   There's other things?
```

1  A.  Pardon?
2  Q.  There's other things, too, aren't there?
3  A.  Yes.
4  Q.  He's caught you with dirty magazines?
5  A.  Pardon?
6  Q.  Dirty magazines?
7  A.  Yes.
8  Q.  What else?
9  A.  I played with myself, watched some movies.
10 Q.  Looked at what kind of movies, Tom?
11 A.  Dirty movies.
12 Q.  Your brother has extorted things from you using
13     exposing that information to the church and your
14     family, hasn't he?
15 A.  Yes.
16 Q.  And he did it again, didn't he?
17 A.  Yes.
18 Q.  You're having some trouble articulating your feelings?
19 A.  Pardon?
20 Q.  You're having trouble articulating your feelings?  You
21     don't understand what I'm saying again, do you, Tom?
22 A.  (Witness shakes head).
23 Q.  Okay.  Are you finding it easy to express yourself in
24     front of this jury, to explain what you're talking
25     about?

560

| | | |
|---|---|---|
| 1 | A. | What do you mean? |
| 2 | Q. | Are you able to communicate what you want to say to |
| 3 | | the jury? I'll withdraw my question and ask a leading |
| 4 | | question. You have articulated over and over that one |
| 5 | | of the reasons that you wanted to go to the Sheriff's |
| 6 | | Department and to let people know that you knew where |
| 7 | | Camille's body was buried was so that she could be |
| 8 | | moved. Is that correct? |
| 9 | A. | Yes, sir. |
| 10 | Q. | Why haven't you been able to explain that to the jury? |
| 11 | | You don't know, do you, Tom? |
| 12 | A. | No. I just know that that night I wanted -- I |
| 13 | | couldn't live with myself. |
| 14 | Q. | Because you killed Camille? |
| 15 | A. | No. |
| 16 | Q. | Why couldn't you live with yourself, Tom? |
| 17 | A. | Fact that she was in that ditch and I knew where she |
| 18 | | was because Floyd told me and everyone else was |
| 19 | | wondering where she was. Floyd told me, said -- I |
| 20 | | couldn't live with myself because Floyd, what Floyd |
| 21 | | told me. |
| 22 | | MR. VANDERBILT: Nothing further. |
| 23 | | MR. KURTH: No questions, Judge. No questions. |
| 24 | | THE COURT: You may step down. Thank you. |
| 25 | | (The witness left the stand.) |