# EXHIBIT 44

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FLOYD S. BLEDSOE,

    Plaintiff,

    v.

JEFFERSON COUNTY, KANSAS, et al.,

    Defendants.

Case No. 16-2296-DDC-ADM

## ORDER

On May 18, 2023, the court convened a discovery conference at the parties' request to discuss disputes concerning the responses of defendants Terry Morgan, Jim Woods, and the Estate of George Johnson (the "KBI Defendants") to plaintiff's interrogatories and requests for admission ("RFAs"). The parties appeared through counsel. During the conference, plaintiff made an oral motion to compel responses to: (1) plaintiff's first set of interrogatories to defendant Estate of George Johnson; (2) plaintiff's first requests for admission to the KBI defendants; and (3) plaintiff's second set of interrogatories to defendants Jim Woods and Terry Morgan. (ECF 311.) The court granted the motion in part and denied it in part. This order is intended to memorialize the parties' agreements and the court's rulings as stated more fully on the record.

1. **Plaintiff's First Set of Interrogatories to the Estate of George Johnson.** The court granted the motion as to **Interrogatory Nos. 1-4, and 8**, modified as follows:

- Interrogatory No. 1: State whether you contend that plaintiff committed, was an accomplice or accessory to, or assisted in concealing the Arfmann Murder and, if so, state the principal and material facts on which you rely.

- Interrogatory No. 2: State whether you contend that there was probable cause to support plaintiff's arrest for the Arfmann Murder at the time of the arrest and, if so, state the principal and material facts on which you rely.

1

- Interrogatory No. 3: State whether you contend that there was probable cause to support charges against plaintiff for the Arfmann Murder at the time plaintiff was charged and, if so, state the principal and material facts on which you rely.

- Interrogatory No. 4: State whether you contend that there was probable cause to try plaintiff for the Arfmann Murder at the start of plaintiff's trial and, if so, state the principal and material facts on which you rely.

- Interrogatory No. 8: State whether you contend that there are any material errors in the transcription of the field notes at KBI Subpoena 1628-1631, including as to any references to illegible words or phrases and, if so, identify those errors and your contention as to the correct transcription.

The court denied the motion as to **Interrogatory Nos. 5, 6, 5 [sic], 6 [sic], and 7** as written, but granted plaintiff an opportunity to file a motion for leave to serve replacement interrogatories out of time. In consultation with the parties, the court set the following briefing schedule:

- Any such motion must be filed by **May 23, 2023**, is limited to 7 pages, and the proposed replacement interrogatories must be attached.

- Any response must be filed by **May 26, 2023**, and is limited to 7 pages.

- Any reply must be filed by **May 30, 2023**, and is limited to 2 pages.

**2.** **Plaintiff's First Set of Requests for Admission to the KBI Defendants.** The court denied plaintiff's motion as to this discovery, ruling that responding to 147 RFA's would be particularly burdensome, especially this late in the discovery period. The court noted, however, that plaintiff's anticipated motion to serve replacements interrogatories could help plaintiff obtain much of the information sought by these RFAs.

**3.** **Plaintiff's First Set of Interrogatories to Terry Morgan and Jim Woods.** The court granted plaintiff's motion as to **Interrogatory Nos. 1, 8, and 9**, modified as follows:

- Interrogatory No. 1: State whether you contend that there was probable cause to support plaintiff's arrest for the Arfmann Murder at the time of the arrest and/or charging and, if so, please state the principal and material facts on which you rely.

- Interrogatory No. 8: State whether you contend that plaintiff committed, was an accomplice or accessory to, or assisted in concealing the Arfmann Murder and, if so, state the principal and material facts on which you rely.

- Interrogatory No. 9: State whether you contend that there are any material errors in the transcription of the field notes at KBI Subpoena 1628-1631, including as to any references to illegible words or phrases, and, if so, please identify those errors and your contention as to the correct transcription.

The court granted the motion as to **Interrogatory No. 2**.

The court denied the motion as to **Interrogatory Nos. 3-7** as written, but granted plaintiff leave to include these interrogatories in his anticipated motion for leave to serve replacement interrogatories out of time, discussed above.

**IT IS THEREFORE ORDERED** that plaintiff's oral motion to compel (ECF 311) is granted in part and denied in part, as set forth above. To the extent that the motion is granted, defendants must respond within **14 days** of the date of this order.

Dated May 18, 2023, at Kansas City, Kansas.

s/ Angel D. Mitchell<br>
Angel D. Mitchell<br>
U.S. Magistrate Judge