# EXHIBIT 45

Case 2:16-cv-02296-DDC   Document 339-45   Filed 07/19/23   Page 2 of 3

7/7/23, 12:12 AM                                            Loevy & Loevy Mail - RE: Bledsoe v. Jeff. Co. et al. -



Ruth Brown <ruth@loevy.com>

# RE: Bledsoe v. Jeff. Co. et al. -

**Ruth Brown** <ruth@loevy.com>                                                                  Thu, May 11, 2023 at 5:30 PM
To: "Wells, Donna" <Donna.Wells@ag.ks.gov>
Cc: Vince Cox <vcox@cavlem.com>, "Qualseth, Shon" <Shon.Qualseth@ag.ks.gov>, Russell Ainsworth <russell@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Ethan Woodward <ethan@loevy.com>, Josh Loevy <joshl@loevy.com>

Counsel:

These responses are evasive and in violation of the applicable discovery standards and rules. With regard to the requests to admit, their purpose is to narrow and streamline the issues for summary judgment and trial; Defendants cannot evade accountability for their actions by refusing to admit undeniable facts.  As but one example, it is obstructionist for your clients to refuse to acknowledge that certain key documents do not appear anywhere in the prosecution file, defense file, or Jefferson County production. It is not practicable for Plaintiff to put those entire files before the Court at summary judgment to look through and confirm their absence. Rather, as Plaintiff has requested, if Defendants are going to claim that the key documents appear in those files, they should respond to Plaintiff's interrogatory seeking the bates number for the documents. And Plaintiff's contention interrogatories are likewise appropriate; Defendants cannot continue to hide what they will contend at trial through their counsel.

Please let us know when you are available to confer tomorrow regarding these deficient responses; barring agreement to provide appropriate responses, we will have no choice but to seek relief from the Court.

Ruth

On Thu, May 11, 2023 at 4:55 PM Wells, Donna <Donna.Wells@ag.ks.gov> wrote:

> Attached please find:
>
> Defendants responses to Plaintiff's First Interrogatories to Defendant Estate of George Johnson, Plaintiff's Second Set of Interrogatories to Defendants Jim Woods and Terry Morgan, and Plaintiff's First Set of Requests for Admission to Defendants Jim Woods, Terry Morgan, Estate of George Johnson and Michael Hayes
>
> *Donna Wells*
>
> Legal Assistant
>
> Civil Litigation Division
>
> Office of Kansas Attorney General Kris Kobach
>
> 120 SW 10th Ave, 2nd Floor
>
> Topeka, Kansas 66612
>
> 785-368-8428  phone
>
> 785-291-3767  fax
>
> donna.wells@ag.ks.gov
>
> www.ag.ks.gov

Case 2:16-cv-02296-DDC   Document 339-45   Filed 07/19/23   Page 3 of 3

7/7/23, 12:12 AM                                                Loevy & Loevy Mail - RE: Bledsoe v. Jeff. Co. et al. -

*This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.*

\--
Ruth Brown
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
She/her
ruth@loevy.com