# **EXHIBIT 47**

## TELEPHONE CONTACT LOG SHEET

KBI Case Number: 09-227867　　Examiner Initials: MGK/JAH

Submitting Agency: KBI/Jeff Co SO　　County Attorney: _____

Agency Contact: Jim Woods　　Phone #: ( ) ___-_____
Pager 1-800-
Phone #: ( ) ___-_____　　Fax #: ( ) ___-_____

Fax #: ( ) ___-_____

Victim(s): _____　　Suspect(s): _____

T14-05861

11-22-99 Look at sheets next, found nothing (in rape kit)/Tennis shoes (for Latents)
Very dirty house
#1/pg 10 + van fragment
Tom claimed he tried to leave boy after in truck — she laughed, he shot her
Tom came in w/ attn. after
(looking for girl all weekend
→ He knew where she was,
Something happened to her...)
Took police to Floyd Sr.,
to trash dump sight (ditch)
Started digging under plywood,
12 in dirt. Shirt/bra pulled
up 2 gunshot wound chest,
left arm, head, breast (left)
(4 shots?) Not killed there, thru
Tom's attn. Tried to locate
crime scene, Tom passed, Tom says
Floyd flunked. Floyd told him
"They had killed her accidentally"
sedated. Recovered 3 shell casings &
3 bullets, may have been there
where she was killed. Vehicles? On
Tom. Floyd had some thoughts (sexual) about girl)
marital problems — Girl lived w/them since fall, start of
school, truant when she lived w/mom

KBI Subpoena 005810