# EXHIBIT 48



Ruth Brown <ruth@loevy.com>

## RE: Bledsoe v. Jeff. Co. et al. -

**Ruth Brown** <ruth@loevy.com>                                                    Tue, Jun 6, 2023 at 5:27 PM
To: "Qualseth, Shon" <Shon.Qualseth@ag.ks.gov>
Cc: "Wells, Donna" <Donna.Wells@ag.ks.gov>, Vince Cox <vcox@cavlem.com>, Russell Ainsworth <russell@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Ethan Woodward <ethan@loevy.com>, Josh Loevy <joshl@loevy.com>, "Deckard, Connie" <Connie.Deckard@ag.ks.gov>

Shon, can you please provide some times when you are able to confer?

Thanks,
Ruth

> On Mon, Jun 5, 2023 at 4:33 PM Ruth Brown <ruth@loevy.com> wrote:
>> Shon, as to interrogatory No. 1, you have ducked my question. Are your clients going to contend at SJ or trial (through their counsel) that there was probable cause to support Plaintiff's arrest? If you confirm that they will not, then we have no dispute. But if they will so contend at SJ or trial, we have a very serious dispute. Please let me know promptly which one is the case.
>>
>> Re Interrogatory No. 2, it is improper to point to 840 pages of records and say the answer is in there somewhere. Please see Defendant Hayes's response for a more appropriate response.
>>
>> I think we are at the point where we need to confer again on these responses, and if we are not able to make progress, Plaintiff is going to have to email the Court for another discovery conference. Please let me know your availability for a call tomorrow.
>>
>> Ruth
>>
>> On Mon, Jun 5, 2023 at 3:57 PM Qualseth, Shon <Shon.Qualseth@ag.ks.gov> wrote:
>>> Ruth,
>>>
>>>      Interrogatory No. 1.  The Defendants' response is accurate – they don't know if there was probable cause to arrest plaintiff.  That's also what Jim Woods testified to.  Just like "yes" or "no," "I don't know" is an appropriate response if it's accurate.  While we know probable cause was found by the magistrate judge to proceed with the criminal charges, neither Jim nor Terry can contend that there was probable cause to support Plaintiff's arrest.  They just don't know.
>>>
>>>      Interrogatory No. 2.  They are not ducking the question regarding financial information.  It is proper to point to business records in answer to an interrogatory.  Fed. R. Civ. P. 33(d).  Terry specified the records to be reviewed, AG001893-002732.  That's almost 840 pages of records in response to the Interrogatory.  Terry was also questioned at his deposition regarding his financial information.  Jim Woods was also questioned about his financial information at his deposition, and we have inquired of one of Jim's sons who handles his financial affairs to provide more information responsive to this Interrogatory.  If we find more information, we will meet our duty to supplement this response.
>>>
>>> Shon D. Qualseth | First Assistant Attorney General/Senior Trial Counsel
>>>
>>> Office of Kansas Attorney General Kris W. Kobach

Case 2:16-cv-02296-DDC   Document 339-48   Filed 07/19/23   Page 3 of 5

7/7/23, 12:03 AM                                      Loevy & Loevy Mail - RE: Bledsoe v. Jeff. Co. et al. -

120 S.W. 10th Ave., 2nd Floor | Topeka, KS 66612

Office: 785.368.8424 | Fax: 785.291.3767

Shon.qualseth@ag.ks.gov | www.ag.ks.gov

**From:** Ruth Brown <ruth@loevy.com>
**Sent:** Monday, June 5, 2023 3:02 PM
**To:** Wells, Donna <Donna.Wells@ag.ks.gov>
**Cc:** Vince Cox <vcox@cavlem.com>; Qualseth, Shon <Shon.Qualseth@ag.ks.gov>; Russell Ainsworth <russell@loevy.com>; Theresa Kleinhaus <tess@loevy.com>; Ethan Woodward <ethan@loevy.com>; Josh Loevy <joshl@loevy.com>; Deckard, Connie <Connie.Deckard@ag.ks.gov>
**Subject:** Re: Bledsoe v. Jeff. Co. et al. -

**CAUTION:** This email originated from outside of the Office of The Attorney General of Kansas organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Shon, just re-upping this email from last Thursday. Can we get a response?

Thanks,

Ruth

On Thu, Jun 1, 2023 at 4:50 PM Ruth Brown <ruth@loevy.com> wrote:

> Thanks for sending these, and no problem regarding the verification taking a few additional days, but if it is going to take longer than Tuesday, please let us know.
>
> As to Interrogatory No. 1, that interrogatory is seeking your clients' contention in this litigation as to the issue of probable cause. The current answer is non-responsive. Are your clients going to contend at SJ or trial (through their counsel) that there was probable cause to support Plaintiff's arrest? If so, this answer is out of compliance with the court's order compelling a response. Please confirm that your clients will not so contend at SJ or trial; otherwise, if they will so contend, please confirm you will supplement this response within the next three days. As a reminder, the knowledge of these Defendants as to their contentions includes that of their counsel.
>
> And as for the interrogatory on net worth, No. 2, your clients were ordered to respond and have again ducked the question posed. Please confirm that you will provide a complete response by Wednesday, or we will have to raise with the Court.
>
> Sincerely,
>
> Ruth

7/7/23, 12:03 AM
Loevy & Loevy Mail - RE: Bledsoe v. Jeff. Co. et al. -
Case 2:16-cv-02296-DDC   Document 339-48   Filed 07/19/23   Page 4 of 5

> On Thu, Jun 1, 2023 at 4:07 PM Wells, Donna <Donna.Wells@ag.ks.gov> wrote:
>
>> Attached please find Defendant Woods and Morgan's Supplemental Responses to Plaintiff's Second Set of Interrogatories. We currently do not have a signed verification from Jim Woods but will forward that on as soon as we do have it.
>>
>> Thank you,
>>
>> Donna Wells, Legal Assistant |Civil Litigation Division
>>
>> **Office of Kansas Attorney General Kris Kobach**
>>
>> 120 SW 10th Ave, 2nd Floor | Topeka, Kansas 66612
>>
>> Office: 785-368-8428 | Fax: 785-291-3767
>>
>> donna.wells@ag.ks.gov | www.ag.ks.gov
>>
>> *This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.*

--

Ruth Brown

Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

She/her
ruth@loevy.com


--

Ruth Brown

Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900

Case 2:16-cv-02296-DDC   Document 339-48   Filed 07/19/23   Page 5 of 5

7/7/23, 12:03 AM                                          Loevy & Loevy Mail - RE: Bledsoe v. Jeff. Co. et al. -

> She/her
> ruth@loevy.com

--
Ruth Brown
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
She/her
ruth@loevy.com

--
Ruth Brown
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
She/her
ruth@loevy.com