UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| BLEDSOE, | |
|---|---|
| Plaintiff, | |
| v. | |
| JEFFERSON COUNTY, ET. AL., | Case No. 2:16-cv-02296-DDC-ADM |
| Defendants. | |

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| Exhibit Number | Description |
|---|---|
| Exh. 1 | Pretrial Order |
| Exh. 2 | Certificate of Innocence Order |
| Exh. 3 | Suicide Notes |
| Exh. 4 | Answering Machine Audio *(To Be Filed Conventionally with Leave of Court)* |
| Exh. 5 | Stipulated Transcription of Answering Machine Messages |
| Group Exh. 6 | Officer Kyle's Transcription and Report of Answering Machine Messages |
| Exh. 7 | Sentencing Hearing Transcript |
| Exh. 8 | Vernon December 2015 Hearing Testimony |
| Exh. 9 | Vernon Deposition |
| Exh. 10 | Gonzalez December 2015 Hearing Testimony |
| Exh. 11 | Woods & Morgan Responses to Second Interrogatories |
| Exh. 12 | Hayes Resp. to First Interrogatories |
| Exh. 13 | Estate of George Johnson Resp. to First Interrogatories |
| Exh. 14 | Oct. 22, 2004 Hearing Transcript |
| Exh. 15 | Woods Deposition |
| Exh. 16 | Woods Trial Testimony |
| Exh. 17 | Tom's Apr. 25, 2000 Trial Testimony |
| Exh. 18 | Poppa Deposition |
| Exh. 19 | Carreno Narrative Report |
| Exh. 20 | Carreno 11:38 p.m. Field Note |
| Exh. 21 | Woods Report of Nov. 7, 1999 |
| Exh. 22 | Carreno Deposition |
| Exh. 23 | Expert Report of Dan Sosnowski |
| Exh. 24 | Butler Report on Johnson Polygraphs |

| | |
|---|---|
| Exh. 25 | Dec. 1, 1999 Motion to Produce |
| Exh. 26 | Dec. 14, 1999 Order to Produce |
| Exh. 27 | Harvey Expert Report |
| Exh. 28 | Woods Field Note re Proffer |
| Exh. 29 | Koch Deposition |
| Exh. 30 | Tom's Preliminary Hearing Testimony |
| Exh. 31 | Excerpt of Woods Deposition Exhibit 7 (Woods field notes) |
| Exh. 32 | Johnson Field Notes |
| Exh. 33 | Stipulated Translation of Field Notes |
| Exh. 34 | Woods Nov. 15, 1999 report re Rusty's receipt |
| Exh. 35 | Johnson's Nov. 12, 1999 polygraph report |
| Exh. 36 | Morgan Deposition |
| Exh. 37 | Video of Nov. 12, 1999 Interrogation of Floyd Bledsoe *(To Be Filed Conventionally with Leave of Court)* |
| Exh. 38 | Tom's Apr. 26, 2000 Trial Testimony |
| Exh. 39 | Frost Deposition |
| Exh. 40 | Morgan Deposition |
| Exh. 41 | Woods Responses to First Interrogatories |
| Exh. 42 | Morgan Responses to First Interrogatories |
| Exh. 43 | May 18, 2023 Hearing Transcript |
| Exh. 44 | May 18, 2023 Hearing Transcript |
| Exh. 45 | Email from R. Brown, May 11, 2023 |
| Exh. 46 | June 8, 2023 Hearing Transcript |
| Exh. 47 | Nov. 22, 1999 phone call log |
| Group Exh. 48 | June 2023 Emails from R. Brown |